UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONGGUK UNIVERSITY, | ) |
| | ) Civil No. 3:08CV00441(RNC) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **AFFIDAVIT OF SERVICE** |
| YALE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Robert J. Candella, being duly sworn, deposes and says:

    1. I am not a party to the action, am over the age of eighteen, am employed by McDermott Will & Emery LLP, and reside in the State of New York.

    2. On Tuesday, March 25, 2008, at approximately 3:50 PM, I served true copies of the Summons in a Civil Action; Civil Cover Sheet; Appearance of Ira B. Grudberg, Esq.; and Complaint in the above-captioned action. Each document bore the Civil Action Index Number and each had proof of filing with the District Court thereon. I also served the Order on Pretrial Deadlines and Electronic Filing Order with attachments.

    3. I made such service by personally delivering the aforementioned documents to Yale University, Office of the Vice President and General Counsel located at 2 Whitney Avenue, 6th Floor, New Haven, CT 06510 and leaving them with Caroline G. Hendel, Esq., Associate General Counsel.

    4. Ms. Hendel, who stated that she was authorized to accept such service, and who gave me her business card in receipt thereof, can be described as a Caucasian female, approximately 5'7" tall, 45 years of age, with medium length brown hair.

                                                     _____
                                                     Robert J. Candella

Sworn to before me this
_____ day of March, 2008

_____
Notary Public

DONALD RICHARD PUGLIESE
Notary Public, State of New York
No. 02PU6057057
Qualified in Suffolk County
Commission Expires April 9, 20 11



**Yale University**  Office of the Vice President
and General Counsel

CAROLINE G. HENDEL
*Associate General Counsel*

U.S. Mail:
P.O. Box 208255
New Haven, CT 06520-8255
caroline.hendel@yale.edu

Campus:
2 Whitney Avenue, 6th Floor
New Haven, CT 06510
Tel: (203) 432-4949
Fax: (203) 432-7960