```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

DONGGUK UNIVERSITY,            :
                               :
    Plaintiff,                :
                               :
    v.                        :
                               :   CASE NO. 3:08-CV-441(RNC)
YALE UNIVERSITY,               :
                               :
    Defendant.                :
                               :

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

   _____   For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

   _____   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

   _____   To supervise discovery and resolve discovery disputes;

   \_\_X_____   To conduct an early settlement conference;

   \_\_X_____   To conduct a prefiling conference;

   _____   To conduct a status conference;

   _____   A hearing on damages and attorney fees;

   \_\_X_____   A ruling on the following pending motion(s): <u>Motion to Stay Discovery (Doc. # 12)</u>.

   So ordered.

   Dated at Hartford, Connecticut this _____ day of May 2008.

                                           /s/ RNC
                                         Robert N. Chatigny, U.S.D.J.