UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
DONGGUK UNIVERSITY,                :    No. 3:08-CV-00441 (RNC)
                                   :
        Plaintiff,                 :
                                   :
    v.                             :
                                   :
YALE UNIVERSITY,                   :
                                   :
        Defendant.                 :    JUNE 2, 2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Yale University moves to dismiss all claims in Plaintiff Dongguk University's Complaint.

                DEFENDANT YALE UNIVERSITY

                By:    /s/ Felix J. Springer
                        Felix J. Springer (#ct05700)
                        Howard Fetner (#ct26870)
                        Day Pitney LLP
                        242 Trumbull Street
                        Hartford, CT 06103
                        (860) 275-0100 (phone)
                        (860) 275-0343 (fax)
                        fjspringer@daypitney.com
                        hfetner@daypitney.com

                        Its attorneys

**ORAL ARGUMENT REQUESTED**

## **CERTIFICATION**

      I hereby certify that on June 2, 2008, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    /s/ Felix J. Springer