UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| DONGGUK UNIVERSITY, : | No. 3:08-CV-00441 (RNC) |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| YALE UNIVERSITY, : | |
| : | |
| Defendant. : | JUNE 16, 2008 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the parties to the above-captioned case jointly request a two-day extension of time, until June 18, 2008, to submit the Report of their Rule 26(f) Planning Meeting.  Pursuant to this Court's May 20, 2008 Order, the parties' Rule 26(f) Report is due on or before June 16, 2008.  Because the parties are still attempting to identify undisputed facts and to reach agreement on other aspects of the 26(f) Report, they request a two-day extension of time in which to submit the report.

| PLAINTIFF DONGGUK UNIVERSITY | DEFENDANT YALE UNIVERSITY |
|---|---|
| By:   /s/ Ira Grudberg   | By:   /s/ Felix J. Springer   |
| Ira Grudberg (#ct00178) | Felix J. Springer (#ct05700) |
| Jacobs, Grudberg, Belt, Dow & Katz P.C. | Howard Fetner (#ct26870) |
| 350 Orange Street | Day Pitney LLP |
| New Haven, CT 06511 | 242 Trumbull Street |
| (203) 951-3720 (phone) | Hartford, CT 06103 |
| igrudberg@jacobslaw.com | (860) 275-0100 (phone) |
| | (860) 275-0343 (fax) |
| Robert A. Weiner | fjspringer@daypitney.com |
| McDermott Will & Emery LLP | hfetner@daypitney.com |
| 340 Madison Avenue | |
| New York, NY 10173-1922 | Its attorneys |
| (212) 547-5400 | |
| rweiner@mwe.com | |
| | |
| Its attorneys | |

## **CERTIFICATION**

      I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court' s CM/ECF System.

                                                                                     /s/ Howard Fetner