```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| DONGGUK UNIVERSITY,        : | |
|                            : | |
|     Plaintiff,             : | |
|                            : | |
|     v.                     : | |
|                            : | CASE NO. 3:08-CV-441(RNC) |
| YALE UNIVERSITY,           : | |
|                            : | |
|     Defendant.             : | |
|                            : | |

<u>REFERRAL TO MAGISTRATE JUDGE</u>

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

_____  For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

  X         To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

_____  To supervise discovery and resolve discovery disputes;

_____  To conduct an early settlement conference;

_____  To conduct a prefiling conference;

_____  To conduct a status conference;

_____  A hearing on damages and attorney fees;

_____ A ruling on the following pending motion(s):

So ordered.

Dated at Hartford, Connecticut this _____ day of June 2008.


                                               /s/ RNC
                                               Robert N. Chatigny, U.S.D.J.