UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONGGUK UNIVERSITY, | ) |
| Plaintiff, | ) No. 3:08-CV-00441(RNC) |
| v. | ) |
| YALE UNIVERSITY, | ) |
| Defendant. | ) July 31, 2008 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT'S REPLY MEMORANDUM OF LAW IN SUPPORT OF THE MOTION TO DISMISS**

Plaintiff Dongguk University ("Dongguk") respectfully moves for leave to file the attached "Plaintiff's Surreply to Defendant's Reply in Support of the Motion to Dismiss."

In its Reply Brief, defendant Yale University ("Yale") cites new authority and makes new arguments with regard to the issue of whether certain elements of Dongguk's claims should be determined as a question of fact or law. In fact, of the nine cases cited by Yale in support of its position, five cases are cited for the first time in Yale's Reply Brief. Dongguk seeks permission to serve a short surreply brief responding to Yale's new legal authorities.

For these reasons, Dongguk respectfully request leave to file the attached "Plaintiff's Surreply to Defendant's Reply in Support of the Motion to Dismiss."

McDERMOTT WILL & EMERY LLP

By: /s/ Robert A. Weiner
Robert A. Weiner
340 Madison Avenue
New York, New York 10173-1922
(212) 547-5400

3:08CV441(RNC) <u>Dongguk University v. Yale University</u>

<u>Motion for Permission to File a Surreply (Doc. #49)</u>

**August 1, 2008.** Denied. Neither the Federal nor Local Civil Rules contemplate the filing of sur-reply briefs as a matter of right. On this record, the plaintiffs have not indicated good cause to warrant leave of court to file such a brief. So ordered.

/s/ Robert N. Chatigny, USDJ