```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
```

DONGGUK UNIVERSITY,             :
                                :
    Plaintiff,                  :
                                :
V.                              :
                                :     CASE NO. 3:08-CV-441(RNC)
YALE UNIVERSITY,                :
                                :
    Defendant.                  :
                                :

<u>ORDER</u>

In accordance with the discussion during the telephone conference on February 23, 2009, the motions to dismiss (doc. #25) and stay discovery (doc. #12) are hereby denied.

Discovery will be conducted in phases.  The parties will have an initial period of six months (i.e. through August 31, 2009) to engage in discovery focused primarily on issues relating to liability.  During this time, plaintiff will depose Pamela Schirmeister, Susan Carney and Gila Reinstein.  Defendant will take no depositions but will be permitted to serve up to fifty interrogatories.  A settlement conference will be scheduled for a date in September 2009.  In the event the case does not settle, a pretrial conference will be scheduled to address the timing of further discovery and dispositive motions.

So ordered this 24th day of February 2009.

                                                  /s/ RNC
                                     Robert N. Chatigny
                               United States District Judge