UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| DONGGUK UNIVERSITY, | : | No. 3:08-CV-00441 (RNC) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| | : | |
| Defendant. | : | MARCH 17, 2009 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant Yale University ("Yale") hereby answers Plaintiff Dongguk University's Complaint. All allegations of the Complaint not specifically admitted or otherwise addressed below are hereby denied.

## PARTIES

1.      Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 1 and leaves Plaintiff to its proof.

2.      Admitted.

## JURISDICTION AND VENUE

3.      Paragraph 3 states a legal conclusion to which no response is required.

4.      Paragraph 4 states a legal conclusion to which no response is required.

5.      Paragraph 5 states a legal conclusion to which no response is required.

## FACTS COMMON TO ALL COUNTS

### Dongguk University

6.      Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6 and leaves Plaintiff to its proof.

7.      Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7 and leaves Plaintiff to its proof.

8.      Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8 and leaves Plaintiff to its proof.

9.      Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 and leaves Plaintiff to its proof.

10.      Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 10 and leaves Plaintiff to its proof.

11.      Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 11 and leaves Plaintiff to its proof.

12.      Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 12 and leaves Plaintiff to its proof.

13.      Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 13 and leaves Plaintiff to its proof.

14.      Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14 and leaves Plaintiff to its proof.

15.      Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15 and leaves Plaintiff to its proof.

16.      Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16 and leaves Plaintiff to its proof.

17.      Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17 and leaves Plaintiff to its proof.

18.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18 and leaves Plaintiff to its proof.

## Yale University

19.     Admitted.

20.     Admitted.

21.     Admitted.

22.     Admitted.

23.     Denied.

24.     Yale admits that it is concerned about its reputation and does not want individuals to represent themselves falsely as having received graduate or post-graduate degrees from Yale University.  Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 24 and leaves Plaintiff to its proof.

25.     Yale admits that it has established certain protocols regarding the verification of degrees.  Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 25 and leaves Plaintiff to its proof.

26.     Denied.

27.     Yale admits that it does not want to employ faculty members who have falsified their records by erroneously claiming that they have received degrees that they did not receive. Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 27 and leaves Plaintiff to its proof.

28.     Denied.

29.     Denied.

**Jeong Ah Shin**

30.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 30 and leaves Plaintiff to its proof.

31.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 31 and leaves Plaintiff to its proof.

32.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 32 and leaves Plaintiff to its proof.

33.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 33 and leaves Plaintiff to its proof.

34.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 34 and leaves Plaintiff to its proof.

35.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 35 and leaves Plaintiff to its proof.

36.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 36 and leaves Plaintiff to its proof.

37.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 37 and leaves Plaintiff to its proof.

38.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 38 and leaves Plaintiff to its proof.

39.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 39 and leaves Plaintiff to its proof.

40.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 40 and leaves Plaintiff to its proof.

41.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 41 and leaves Plaintiff to its proof.

42.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 42 and leaves Plaintiff to its proof.

**Dongguk University's Decision to Expand Its Art History Department**

43.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 43 and leaves Plaintiff to its proof.

44.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 44 and leaves Plaintiff to its proof.

45.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 45 and leaves Plaintiff to its proof.

46.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 46 and leaves Plaintiff to its proof.

47.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 47 and leaves Plaintiff to its proof.

48.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 48 and leaves Plaintiff to its proof.

49.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 49 and leaves Plaintiff to its proof.

50.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 50 and leaves Plaintiff to its proof.

51.     Yale denies that the Certification Letter was signed by "Pamela Schirmeistr [sic]." Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 51 and leaves Plaintiff to its proof.

52.     Yale admits that Pamela Schirmeister is an Associate Dean in the Yale University Graduate School of Arts and Sciences.

53.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 53 and leaves Plaintiff to its proof.

54.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 54 and leaves Plaintiff to its proof.

55.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 55 and leaves Plaintiff to its proof.

56.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 56 and leaves Plaintiff to its proof.

57.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 57 and leaves Plaintiff to its proof.

**Yale University's Verification of Shin's Ph.D.**

58.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 58 and leaves Plaintiff to its proof.

59.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 59 and leaves Plaintiff to its proof.

60.     Yale admits that Hyung Taik Ahn sent a letter dated September 5, 2005 to Yale University together with a copy of the Certification Letter.  Yale lacks knowledge or information

sufficient to form a belief as to the truth of the remaining allegations of Paragraph 60 and leaves Plaintiff to its proof.

61.     Yale admits that the September 5 Registered Letter contained language similar to the quoted language, without italics.  Yale denies the remaining allegations of Paragraph 61.

62.     Yale admits that Schirmeister received the September 5 Registered Letter.  Yale denies the remaining allegations of Paragraph 62.

63.     Yale admits that on September 22, 2005, Schirmeister sent Ahn a three-page fax consisting of a transmittal sheet, a copy of Ahn's September 5 Registered Letter, and a copy of the Certification Letter.  Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 63 and leaves Plaintiff to its proof.

64.     Yale admits that the transmittal sheet of Schirmeister's September 22 Fax stated, "As requested I am confirming that the attached letter was issued by the Yale Graduate School and signed by me."  Yale denies the remaining allegations of Paragraph 64.

65.     Yale denies that the September 22 Fax attested to the fact that Shin had received a Ph.D. from Yale University.  Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 65 and leaves Plaintiff to its proof.

66.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 66 and leaves Plaintiff to its proof.

**Shin's Dissertation Rumors**

67.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 67 and leaves Plaintiff to its proof.

68.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 68 and leaves Plaintiff to its proof.

69.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 69 and leaves Plaintiff to its proof.

70.     Yale admits the first sentence of Paragraph 70.  Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 70 and leaves Plaintiff to its proof.

71.     Yale admits that Cho sent an e-mail to Emerson on June 11, 2007.  Yale denies the remaining allegations of Paragraph 71.

72.     Admitted.

73.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 73 and leaves Plaintiff to its proof.

74.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 74 and leaves Plaintiff to its proof.

75.     Yale admits that Youngkyo Oh sent a letter to Richard Levin dated July 5, 2007. Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 75 and leaves Plaintiff to its proof.

76.     Yale admits that Oh's July 5, 2007 letter included the three questions indicated.

77.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 77 and leaves Plaintiff to its proof.

78.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 78 and leaves Plaintiff to its proof.

**Yale University Denies Sending The September 22 Fax**

79.     Yale admits that Susan L. Carney, the Deputy General Counsel of Yale, was given responsibility for responding to Oh's letter.  Yale denies the remaining allegations of Paragraph 79.

80.     Yale admits that on July 10, 2007, Carney sent a letter to Oh, which speaks for itself.  Yale denies the remaining allegations of Paragraph 80.

81.     Yale admits that on July 10, 2007, Carney sent a letter to Oh, which speaks for itself.  Yale denies the remaining allegations of Paragraph 81.

82.     Yale admits that on July 10, 2007, Carney sent a letter to Oh, which speaks for itself.  Yale denies the remaining allegations of Paragraph 82.

83.     Denied.

84.     Denied.

85.     Denied.

86.     Denied.

87.     Denied.

88.     Denied.

89.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 89 and leaves Plaintiff to its proof.

90.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 90 and leaves Plaintiff to its proof.

91.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 91 and leaves Plaintiff to its proof.

92.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 92 and leaves Plaintiff to its proof.

93.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 93 and leaves Plaintiff to its proof.

94.     Yale denies that Reinstein informed Korean reporters that the September 22 Fax was "forged."  Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 94 and leaves Plaintiff to its proof.

95.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 95 and leaves Plaintiff to its proof.

96.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 96 and leaves Plaintiff to its proof.

97.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 97 and leaves Plaintiff to its proof.

### Yale University Rebuffs Dongguk University's Efforts To Prove That The September 22 Fax Was Authentic

98.     Yale admits that Cho sent an e-mail to Carney on July 15, 2007.  Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 98 and leaves Plaintiff to its proof.

99.     Yale admits that on July 15, 2007, Cho sent an e-mail to Carney, which speaks for itself.  Yale denies the remaining allegations of Paragraph 99.

100.     Yale admits that, on July 16, 2007, Carney sent an e-mail to Cho, which speaks for itself.  Yale denies the remaining allegations of Paragraph 100.

101.     Yale admits that, on July 16, 2007, Carney sent an e-mail to Cho, which speaks for itself.  Yale denies the remaining allegations of Paragraph 101.

102.    Yale admits that, on July 16, 2007, Carney sent an e-mail to Cho, which speaks for itself.  Yale denies the remaining allegations of Paragraph 102.

103.    Denied.

104.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 104 and leaves Plaintiff to its proof.

105.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 105 and leaves Plaintiff to its proof.

106.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 106 and leaves Plaintiff to its proof.

**Yale University Denies Receiving
The September 5 Registered Letter**

107.    Yale denies that Reinstein claimed that the September 22 Fax was a fake.  Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 107 and leaves Plaintiff to its proof.

108.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 108 and leaves Plaintiff to its proof.

109.    Yale denies that Reinstein stated that Dongguk University had never contacted Yale University about Shin.  Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 109 and leaves Plaintiff to its proof.

110.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 110 and leaves Plaintiff to its proof.

111.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 111 and leaves Plaintiff to its proof.

112.    Yale denies that Reinstein gave the quoted answer to the quoted question.  Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 112 and leaves Plaintiff to its proof.

113.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 113 and leaves Plaintiff to its proof.

114.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 114 and leaves Plaintiff to its proof.

115.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 115 and leaves Plaintiff to its proof.

116.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 116 and leaves Plaintiff to its proof.

117.    Yale denies that it refused to acknowledge the truth and admit that it had sent the September 22 Fax verifying Shin's Ph.D.  Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 117 and leaves Plaintiff to its proof.

118.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 118 and leaves Plaintiff to its proof.

119.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 119 and leaves Plaintiff to its proof.

120.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 120 and leaves Plaintiff to its proof.

121.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 121 and leaves Plaintiff to its proof.

122.    Denied.

123.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 123 and leaves Plaintiff to its proof.

124.    Denied.

125.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 125 and leaves Plaintiff to its proof.

126.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 126 and leaves Plaintiff to its proof.

### Dongguk University's Continued Efforts To Have Yale University Acknowledge Its Role In the Shin Matter Are Rebuffed

127.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 127 and leaves Plaintiff to its proof.

128.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 128 and leaves Plaintiff to its proof.

129.    Yale admits that Dongguk University communicated with it.  Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 129 and leaves Plaintiff to its proof.

130.    Yale admits that on August 31, 2007, Cho sent an e-mail to Carney, which speaks for itself.  Yale denies the remaining allegations of Paragraph 130.

131.    Yale admits that on August 31, 2007, Cho sent an e-mail to Carney, which speaks for itself.  Yale denies the remaining allegations of Paragraph 131.

132.    Yale admits that on August 31, 2007, Carney sent an e-mail to Cho, which speaks for itself.  Yale denies the remaining allegations of Paragraph 132.

133.    Yale admits that on August 31, 2007, Cho sent an e-mail to Carney, which speaks for itself.  Yale denies the remaining allegations of Paragraph 133.

134.    Yale admits that on August 31, 2007, Carney sent an e-mail to Cho, which speaks for itself.  Yale denies the remaining allegations of Paragraph 134.

135.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 135 and leaves Plaintiff to its proof.

136.    Yale admits that on September 3, 2007, Carney sent an e-mail to Cho, which speaks for itself.  Yale denies the remaining allegations of Paragraph 136.

137.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 137 and leaves Plaintiff to its proof.

138.    Admitted.

139.    Denied.

140.    Yale admits that, on September 12, 2007, Cho sent an e-mail to Carney, which speaks for itself.  Yale denies the remaining allegations of Paragraph 140.

141.    Denied.

142.    Admitted.

143.    Yale admits that, on or about September 21, 2007, it issued a statement, which speaks for itself.  Yale denies the remaining allegations of Paragraph 143.

144.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 144 and leaves Plaintiff to its proof.

145.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 145 and leaves Plaintiff to its proof.

146.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 146 and leaves Plaintiff to its proof.

147.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 147 and leaves Plaintiff to its proof.

### Yale University Finally Admits That
### The September 22 Fax Is Authentic

148.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 148 and leaves Plaintiff to its proof.

149.    Yale admits that it received a subpoena relating to the Shin matter.  Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 149 and leaves Plaintiff to its proof.

150.    Denied.

151.    Yale admits that on November 29, 2007, Carney sent a letter to Oh via e-mail and regular mail, which speaks for itself.

152.    Yale admits that on November 29, 2007, Carney sent a letter to Oh via e-mail and regular mail, which speaks for itself.  Yale denies the remaining allegations of Paragraph 152.

153.    Yale admits that on November 29, 2007, Carney sent a letter to Oh via e-mail and regular mail, which speaks for itself.  Yale denies the remaining allegations of Paragraph 153.

154.    Yale admits that on December 28, 2007, Cho sent a letter to Carney, which speaks for itself.  Yale denies the remaining allegations of Paragraph 154.

155.    Yale admits that on December 29, 2007, it issued a statement, which speaks for itself.  Yale denies the remaining allegations of Paragraph 155.

156.    Denied.

**Dongguk University's Reputation**
**Was Destroyed by Yale's False Statements**

157.    Denied.

158.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 158 and leaves Plaintiff to its proof.

159.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 159 and leaves Plaintiff to its proof.

160.    Denied.

161.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 161 and leaves Plaintiff to its proof.

162.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 162 and leaves Plaintiff to its proof.

163.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 163 and leaves Plaintiff to its proof.

164.    Denied.

165.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 165 and leaves Plaintiff to its proof.

166.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 166 and leaves Plaintiff to its proof.

167.    Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 167 and leaves Plaintiff to its proof.

168.    Denied.

169.    To the extent Paragraph 169 alleges that the number of student applications for admission to Dongguk University or the amount of government grants made to Dongguk

University decreased because of any action by Yale, Yale denies the allegations.  Yale lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations

of Paragraph 169 and leaves Plaintiff to its proof.

170.   Denied.

171.   Denied.

172.   To the extent Paragraph 172 alleges that Dongguk University was not added to

the list of academic institutions permitted to open a "U.S. style" law school because of any action

by  Yale, Yale denies the allegation.  Yale lacks knowledge or information sufficient to form a

belief as to the truth of the remaining allegations of Paragraph 172 and leaves Plaintiff to its

proof.

## FIRST CLAIM FOR RELIEF
### (Negligence)

173.   Yale repeats its responses to Paragraphs 1 through 172 as if fully set forth herein.

174.   Denied.

175.   Denied.

176.   Denied.

177.   Denied.

178.   Denied.

179.   Denied.

## SECOND CLAIM FOR RELIEF
### (Reckless and Wanton Conduct)

180.   Yale repeats its responses to Paragraphs 1 through 172 as if fully set forth herein.

181.   Denied.

182.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 182 and leaves Plaintiff to its proof.

183.     Denied.

184.     Yale denies that the September 22 Fax attested to the fact that Shin had received a Ph.D. from Yale.  Yale lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 184 and leaves Plaintiff to its proof.

185.     Yale lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 185 and leaves Plaintiff to its proof.

186.     Denied.

187.     Denied.

188.     Denied.

189.     Denied.

190.     Denied.

**THIRD CLAIM FOR RELIEF**
**(Implied Contract)**

191.     Yale repeats its responses to Paragraphs 1 through 172 as if fully set forth herein.

192.     Denied.

193.     Denied.

194.     Denied.

195.     Denied.

196.     Denied.

**FOURTH CLAIM FOR RELIEF**
**(Defamation)**

197.     Yale repeats its responses to Paragraphs 1 through 172 as if fully set forth herein.

198.    Denied.

199.    Yale admits that it made statements to the Korean press and to the Korean broadcast media verbally and in writing.  Yale denies the remaining allegations of Paragraph 199.

200.    Denied.

201.    Denied.

202.    Denied.

203.    Denied.

204.    Denied.

## AFFIRMATIVE DEFENSES

Yale sets forth the following affirmative defenses but expressly does not assume the burden of proof with respect to any such defense except as otherwise required by applicable law or rule with respect to the particular defense asserted.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Without conceding that Plaintiff has suffered any damages as a result of any purportedly wrongful act of Defendant, Plaintiff has failed to mitigate its damages.

### THIRD AFFIRMATIVE DEFENSE

The Complaint is barred in whole or in part by contributory negligence.

### FOURTH AFFIRMATIVE DEFENSE

The Complaint is barred in whole or in part by Plaintiff's reckless and wanton conduct.

## <u>FIFTH AFFIRMATIVE DEFENSE</u>

The Implied Contract claim is barred by a lack and/or failure of consideration.

## <u>SIXTH AFFIRMATIVE DEFENSE</u>

Without conceding that there was a valid and enforceable contract between the parties, Plaintiff breached its contract with Defendant.

## <u>SEVENTH AFFIRMATIVE DEFENSE</u>

Plaintiff's damages, if any, were caused or contributed to by Plaintiff's own actions or the actions of others over whom Defendant exercised no control and for whose conduct Defendant is not liable.

## <u>EIGHTH AFFIRMATIVE DEFENSE</u>

Any alleged statement or statements that the Plaintiff contends are defamatory or injured its reputation or prestige, if made by the Defendant or any agent of the Defendant, either were true or were made with a good faith belief in the truth thereof.

## <u>NINTH AFFIRMATIVE DEFENSE</u>

The Complaint is barred in whole or in part by assumption of risk.

## <u>TENTH AFFIRMATIVE DEFENSE</u>

The extent to which the Complaint may be barred by any remaining affirmative or other defenses, including those contemplated by Rule 8 of the Federal Rules of Civil Procedure, cannot be determined at this time without the benefit of discovery.  Thus, Yale reserves the right to amend its Answer to add additional affirmative or other defenses as may be disclosed during discovery in this matter.

DEFENDANT YALE UNIVERSITY

By:　　 /s/ Howard Fetner
　　　Felix J. Springer (#ct05700)
　　　Howard Fetner (#ct26870)
　　　Day Pitney LLP
　　　242 Trumbull Street
　　　Hartford, CT 06103
　　　(860) 275-0100 (phone)
　　　(860) 275-0343 (fax)
　　　fjspringer@daypitney.com
　　　hfetner@daypitney.com

Its attorneys

## <u>CERTIFICATION</u>

      I hereby certify that on March 17, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


                                                      ___/s/ Howard Fetner___