# Sonzoni, Nancy

**From:** Gila Reinstein [gila.reinstein@yale.edu]
**Sent:** Tuesday, July 24, 2007 1:07 PM
**To:** nancy.sonzoni@yale.edu
**Subject:** question

Hi Nancy,
Thanks for your voice message. Can you confirm if Jeong Ah Shin (or Shin, Jeong Ah) was ever in the DSR program? Steve Goot already confirmed that she was never enrolled as a student. She's claiming that she earned a PhD from Yale in 2005! When that backfired, she started to let out that she was enrolled in the DSR. I doubt that's true, but need to confirm it. She has caused a major scandal in Korea...
Gila

YALE00000073

**helaine.klasky@yale.edu, 7/17/07 3:09 PM -0400, Korean art historian**     1

To: helaine.klasky@yale.edu
From: Gila Reinstein <gila.reinstein@yale.edu>
Subject: Korean art historian
Cc: tom.conroy@yale.edu, pamela.schirmeister@yale.edu
Bcc:

Helaine,
I know you're busy with another matter now, but please keep in mind that the issue of the Korean art historian who falsely claims to have earned her PhD from Yale is still on the front burner in the Korean media.

Apparently, Jeong-Ah Shin continues to claim that she earned a degree from Yale. She flew into JFK and told reporters she was going to New Haven to get proper documentation from us.

If/when she returns to Korea, she faces criminal charges at this point.

Meanwhile, Pamela Schirmeister's name keeps getting dragged into the stories, because Shin falsified a document to look like it came from Pam.

It would help me to have a statement to email/fax to reporters -- something like: "Jeong-Ah Shin was never enrolled as a student at Yale University and did not earn a Ph.D. or any other degree from this university. Any document purporting to support her claim is false and was not issued from Yale."

Gila

george.joseph@yale.edu, kianti.walcott@yale.edu, 7/24/07 1:43 PM -0400, Korean media     1

To: george.joseph@yale.edu, kianti.walcott@yale.edu
From: Gila Reinstein <gila.reinstein@yale.edu>
Subject: Korean media
Cc: helaine.klasky@yale.edu, tom.conroy@yale.edu
Bcc:

Here are the media contacts I have spoken to so far regarding Jeong Ah Shin, who falsely claimed that she earned a PhD in History of Art from Yale in 2005.

Seoul Broadcasting Company, Seung-In Ahn (Joanna), 011-82-22-113-4222
seungin@hotmail.com

MBC tv, CJ Kim, 718-926-7119, totalestate512@hotmail.com (he didn't have his MBC card with him)

JoongAng Ilbo (Daily), Jeongho Nam, 201-421-6575, namjih@joongang.co.kr

Chosun Ilbo, Kevin Kihun Kim, 201-616-9631, khkim@chosun.com
Chosun Ilbo, Kyu Rhee, 011-82-11-385-2486, kyuh@chosun.com

Korean tv (don't know the station), Heather Lee, 718-812-9155

Dong-A Daily, Jongsik Kong, 201-290-7056
Dong-A Daily, Mr. Lee, turtle@donga.com

To: helaine.klasky@yale.edu
From: Gila Reinstein <gila.reinstein@yale.edu>
Subject: Korean media
Cc: tom.conroy@yale.edu
Bcc:

I got some calls today from Korean media, now that Shin has been arrested. They want to know if we will be releasing a statement, or taking any legal action of our own. The woman STILL claims she got her PhD here, and that Yale is giving her the run-around. Any word from General Counsel on this?

Date: Wed, 2 Jan 2008 17:31:31 -0500
To: Gila Reinstein <gila.reinstein@yale.edu>
From: Helaine Klasky <helaine.klasky@yale.edu>
Subject: Shin Announcement
Cc: "Tom C." <tom.conroy@yale.edu>
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)

Gila:

Will you please put together a list of q and a on this whole issue.  thanks.

Helaine
--

------------------------------------------------------------
Helaine S. Klasky
Associate Vice President & Director of Public Affairs
Yale University
Phone: 203.432.1345
Fax: 203.432.1323

**Filer, Donald**

| | |
|---|---|
| **From:** | helaine klasky [helaine.klasky@yale.edu] |
| **Sent:** | Saturday, December 29, 2007 11:17 PM |
| **To:** | richard.levin@yale.edu; linda.lorimer@yale.edu; dorothy.robinson@yale.edu; jon.butler@yale.edu; susan.carney@yale.edu; gila.reinstein@yale.edu; Donald.filer@yale.edu; george.joseph@yale.edu; Tom.conroy@yale.edu |
| **Cc:** | tracy.edwards@yale.edu; michael.helfenbein@yale.edu; jgabella@groupsjr.com |
| **Subject:** | Korea Statement |


Shin12-29.doc (25 KB)

thanks to everyone for their assistance in pulling this together.  It went out to the two Korean media outlets that had inquired and to the YDN earlier today.  It was also posted to the OPA site.  I will distribute it more widely next week.  Gila and I will also put together a set of q and a based on all the information we now have from the numerous emails over the past few days.  We can probably address the dissertation question in a q and a.

Best wishes for a happy and healthy new year.

Helaine

1

YALE00007035