**Crystal Patenaude, 01:12 PM 7/3/2007, Myoung Lee from the University of Missouri called**

Date: Tue, 03 Jul 2007 13:12:51 -0400
From: Crystal Patenaude <crystal.patenaude@yale.edu>
User-Agent: Thunderbird 1.5.0.12 (Windows/20070509)
To: Susan Carney <susan.carney@yale.edu>
Subject: Myoung Lee from the University of Missouri called
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.9

She said that she needs to move along with the project and can't keep it on hold so if youhave
something to add, it would be great if you could call her as soon as possible.  Her office number is
573-884-9793 and her cell is 573-289-1707.  Thanks.

YALE00001033

**From:**           nina.glickson@yale.edu
**Sent:**           Monday, July 16, 2007 8:39 AM
**Subject:**        Re: Dongguk response, fyi


thanks Susan.
Nina


-----Original Message-----

From:  Susan Carney <susan.carney@yale.edu>
Subj:  Dongguk response, fyi
Date:  Sun Jul 15, 2007 10:48 am
Size:  5K
To:   nina.glickson@yale.edu

  Dear Nina,
  I just received this acknowledgment of the letter re the Korean matter. FYI, I met with
Sgt Brano and one of the Detectives on Thurs. They are v. busy at the moment
(unfortunately, with break-ins victimizing some of the international summer students, as
you probably know), but will be looking into this.
  Best,
  //Susan


  From: =?ks_c_5601-1987?B?IsG2wMe/rCI=?= <choey@dongguk.edu>
  To: <susan.carney@yale.edu>
  Subject: =?ks_c_5601-1987?B?dGhhbmsgeW91IGFuZCBhbm90aGVyIGlucXVpcenk=?=
  Date: Sun, 15 Jul 2007 22:48:21 +0900
  X-Mailer: empal MIME interface v2.1
  X-Yale-Not-Spam: For more info see:  http://www.yale.edu/email/spam/content.html
  X-Yale-Spam-Score: * (1.649)
  X-Yale-Filter-Score: 1.649
  X-Scanned-By: MIMEDefang 2.52 on 130.132.50.54
  X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)

Dear Deputy General Counsel Carney,


President Oh has asked me, Director of the Office of Management and Supervision, to reply
to your letter of July 10, 2007.


First of all, we would like to thank you and President Levin for your quick and detailed
answers to our inquries about the documents regarding Ms. Jeong Ah Shin.


We would appreciate the results of your investigation on how the facsimile of document
"3" bearing the fax number "203-432-6904" was created and issued from your school to
Dongguk University. We also would like to know whether the fax number is a Yale number.


We appreciate your help on this matter.


Sincerely,

1

YALE00006882

Euiyon Cho
Euiyon Cho, Ph.D.

Director

Management and Supervision,

Office of the President

26,3 pil-dong, chung gu, seoul 100-715, Korea

Telephone: 82-2-2260-8803

Fax: 82-2-2260-3694
E-mail : choey@dongguk.edu

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

Susan L. Carney Regular mail:
Deputy General CounselP.O. Box 208255
Yale University New Haven, CT 06520-8255
T: (203) 432-4949  Overnight mail:
F: (203) 432-7960 2 Whitney Avenue, 6th Fl.
susan.carney@yale.eduNew Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear
that you are an intended recipient, please promptly notify  the sender of your receipt of
this email and delete the transmittal and any attachments. If you have received this email
in error, you are not permitted
 to review, copy, or distribute this email or any attachments. If this communication
concerns a proposed agreement, be advised that this message and electronic signature do
not constitute an acceptance of any proposed terms.

YALE00006883

Cara Gibilisco, 4/18/08 10:31 AM, Readers reports

## Goot, Stephen

| | |
|---|---|
| **From:** | Susan Carney [susan.carney@yale.edu] |
| **Sent:** | Friday, June 15, 2007 11:25 AM |
| **To:** | Edward Barnaby; Susan Emerson; Stephen Goot; David Joselit; christine.mehring@yale.edu; Pamela Schirmeister |
| **Cc:** | Jon Butler; thomas.conroy@yale.edu |
| **Subject:** | Re: Jeong ah Shin |
| **Importance:** | High |

Tom Conroy from OPA has been briefed generally and is available to assist. I will be giving him more info as I receive it.
Thanks,
//Susan

At 11:01 AM 6/15/2007, Edward Barnaby wrote:

> This matter has been referred to the Office of General Counsel. It will be assigned a representative from the Office of Public Affairs. Should anyone contact you regarding Jeong ah Shin, please decline to offer information. Once a contact in Public Affairs has been named, you can refer inquiries to that person. I will be in touch with the contact's information as soon as I receive it.
>
> Regards,
> Ed

> At 08:10 AM 6/15/2007, Edward Barnaby wrote:

>> I heard from a faculty member at University in Missouri yesterday who was asked
>> to follow up with the Graduate School by the university in Korea that hired this Jeong ah Shin. I will look into it today. I don't think there should be any formal response to journalists. I will identify a contact, which should probably be in the Office of Public Affairs, and get back to you.

>> Ed

>> Quoting Susan Emerson <susan.emerson@yale.edu>:

>>> Dear Stephen,

>>> Is there some way we reach closure on this?

>>> Thanks,

>>> Susan

3/31/09

YALE00006936

Cara Gibilisco, 4/18/08 10:31 AM, Readers reports

Date: Fri, 15 Jun 2007 17:43:11 +0900 (KST)
From: sys@kbs.co.kr
To: susan.emerson@yale.edu
Subject: Dear Susan Emetson~!!
X-TERRACE-SPAMMARK: NO        (SR:39.99)
 (by Terrace)
X-YaleITSMailFilter: Version 1.2c (attachment(s) not
renamed)
X-Yale-Not-Spam: For more info see:
http://www.yale.edu/email/spam/content.html
X-Yale-Spam-Score: (0.688)
X-Yale-Filter-Score: 0.688
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.10

Dear grand registra of Graduate studies in history of
Art
<?xml:namespace prefix = o ns = "urn:schemas-
microsoft-com:office:office" />


Sorry for sending email to you again. But I really need
your answer to withdraw the doubt.


I've already got Professor Christine' answer.


He said, " he has never Ms. Shin's name" through his
e-mail.


Ms. shin expresses gratitude to Professor Christine
mentioning how his cogent criticism and unfailing
support kept her and her project afloat." in
Acknowledements of her PhDs dissertation.


Through Professor Christine's answer, I' m almost sure
that she doesn't have doctor'degree.


But I need your answer to make sure.

3/31/09

YALE00006937

And Professor also said, I might contact the Registrar's Office at the Yale Graduate School to see whether she was enrolled in some other department.

So I'd like to sincerely ask you again to help me by providing names and titles of dissertation if your department produced any MAs or PhDs who were from Korea for the past 4-5 years. and whether she was enrolled in Graduate studies in history of Art.

I need your help....please send me your answer as soon as possible !!

I will greatly appreciate your cooperation.

I don't have enough.

Sincerely yours,

Young-seok Song

Reporter

Social Affairs Team

3/31/09

YALE00006938

Cara Gibilisco, 4/18/08 10:31 AM, Readers reports

KBS

tel 82-2-781-4441

mobile 82-10-8252-1887

[]

[]

Susan Emerson
Registrar
Department of the History of Art
Yale University
203.432.2669
http://www.yale.edu/arthistory

Edward Barnaby
Assistant Dean

Graduate School of Arts and Sciences
Yale University

Edward Barnaby
Assistant Dean

Graduate School of Arts and Sciences
Yale University
320 York Street, HGS 135
P.O. Box 208236
New Haven, CT 06520-8236
203.436.2628
203.432.6904  (fax)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Susan L. Carney        *Regular mail:*
Deputy General Counsel  P.O. Box 208255
Yale University      New Haven, CT 06520-8255
T: (203) 432-4949      *Overnight mail:*

3/31/09

YALE00006939

Cara Gibilisco, 4/18/08 10:31 AM, Readers reports

F: (203) 432-7960      2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu  New Haven, CT 06510

*NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify
the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted
to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic
signature do not constitute an acceptance of any proposed terms.*

3/31/09

YALE00006940

Cara Gibilisco, 4/18/08 10:31 AM, Readers reports

## Goot, Stephen

| | |
|---|---|
| **From:** | Stephen Goot [Stephen.Goot@yale.edu] |
| **Sent:** | Friday, June 15, 2007 2:15 PM |
| **To:** | susan.carney@yale.edu |
| **Cc:** | Edward Barnaby; Susan Emerson |
| **Subject:** | Search of Transcript Database to find Jeong Ah Shin |

Sue,

As per our conversation, I have searched the database we use to identify former students and was not able to find any student by the name of Jeong Ah Shin.

I also search for possible permutations of that name and found:

Seong Young Shin - who attended the Summer Program in 1981; and
Tung Hon Jeong - who was a member of the class of 1957 at Yale College.

Best,

Stephen

Stephen Goot
Deputy Registrar
Graduate School of Arts & Sciences
320 York Street
203-436-0492
203-432- 8644 (fax)
stephen.goot@yale.edu

Confidentiality Notice: This e-mail message and any attachments are for the sole use of the intended recipient (s) and may contain proprietary, confidential, or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited and may be a violation of law. If you are not the intended recipient or a person responsible for delivering this message to an intended recipient, please contact the sender by reply email and destroy all copies of the original message immediately.

3/31/09

YALE00006941

Page 1 of 1

Cara Gibilisco, 4/18/08 10:31 AM, Readers reports

## Goot, Stephen

**From:** Susan Carney [susan.carney@yale.edu]
**Sent:** Friday, June 15, 2007 2:19 PM
**To:** Stephen Goot
**Cc:** Edward Barnaby; Susan Emerson
**Subject:** Re: Search of Transcript Database to find Jeong Ah Shin

Thank you, Stephen.

//Susan C.

At 02:14 PM 6/15/2007, Stephen Goot wrote:

> Sue,
>
> As per our conversation, I have searched the database we use to identify former students and was not able to find any student by the name of Jeong Ah Shin.
>
> I also search for possible permutations of that name and found:
>
> Seong Young Shin - who attended the Summer Program in 1981; and
> Tung Hon Jeong - who was a member of the class of 1957 at Yale College.
>
> Best,
>
> Stephen
>
> Stephen Goot
> Deputy Registrar
> Graduate School of Arts & Sciences
> 320 York Street
> 203-436-0492
> 203-432- 8644 (fax)
> stephen.goot@yale.edu

Confidentiality Notice: This e-mail message and any attachments are for the sole use of the intended recipient (s) and may contain proprietary, confidential, or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited and may be a violation of law. If you are not the intended recipient or a person responsible for delivering this message to an intended recipient, please contact the sender by reply email and destroy all copies of the original message immediately.

. . . . . . . . . . . . . . . . . . . . . . . . .
Susan L. Carney    _Regular mail:_
Deputy General Counsel  P.O. Box 208255
Yale University    New Haven, CT 06520-8255
T: (203) 432-4949   _Overnight mail:_
F: (203) 432-7960    2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu  New Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.

3/31/09

YALE00006942

Sgt. Peter Brano

| | |
|---|---|
| **From:** | Susan Carney [susan.carney@yale.edu] |
| **Sent:** | Wednesday, August 01, 2007 10:33 AM |
| **To:** | edward.barnaby@yale.edu; pamela.schirmeister@yale.edu |
| **Cc:** | Sgt. Peter Brano |
| **Subject:** | more Dongguk |

Dear Ed and Pam,

Can you help with this request re PS's signature? Does it look like a real signature that was picked up and reproduced on the faked document, or can you tell is it was itself faked?

I'm not aware of any update on the investigation right now, and feel that we will see what we can tell them on that in due course. We want to feel confident internally about whether there are any security measures to impose or any other steps to take.

Regards,

//Susan

From: =?ks_c_5601-1987?B?IsG2wMe/rCI=?= <choey@dongguk.edu>
To: =?ks_c_5601-1987?B?lN1c2FulENhcm5leSI=?= <susan.carney@yale.edu>
Subject: =?ks_c_5601-1987?B?dXBKYXRlIIGFuZCBoZWxwIG51ZWZZWRlZA==?=
Date: Wed, 1 Aug 2007 14:05:31 +0900
X-Mailer: empal MIME interface v2.1
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
X-Yale-Not-Spam: For more info see: http://www.yale.edu/email/spam/content.html
X-Yale-Spam-Score: * (1.523)
X-Yale-Filter-Score: 1.523
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.10

Dear Dupty General Counsel  Carney,

We sued Jeong Ah Shin for forgery of documents and prosecutors are now investigating the incident.  We need to submit evidence of showing that the signature of Associate Dean Schirmeister is not the same with the one on the document in question.  In fact, what we want to know is whether the signature on the forgered document is the one of the Associate Dean Schirmeiter or not.

In addition, if you have any update on the investigation of the fax that was sent to us, let us know the result.  It will be greatly appreciated.

Sincerely,

Euiyon

---- Original Message ----
From : Susan Carney(susan.carney@yale.edu)
To : choey@dongguk.edu
Cc : Edward Barnaby(edward.barnaby@yale.edu)
Sent : Friday, Jul 20, 2007 06:45 AM
Subject : further comments

Dear Director Cho:

I have received the following comments from the Yale Graduate School with regard to the first document that you faxed to me, which purports to be a letter to Ms. Shin advising of admission to a Yale graduate program and which is dated December 2000.

> It is grammatically incorrect, specifies admission to a
> "Ph.Degree" program for a three-year period (2001-2004), which is something we
> would not do, and then goes on to say that she is actually admitted as a "DSR"
> or non-degree student, which is done on a year-by-year basis and contradicts
> the idea that she would receive a degree.  Again, Pam Schirmeister's name is
> spelled incorrectly

Thus, this document is not an authentic Yale admission document.

I am not familiar with the other library/archives request slip form, but even if it is authentic, I don't believe that it demonstrates anything relevant to the question whether Ms. Shin received a degree from Yale.

Please let me know if you have other questions.

Sincerely,
//Susan Carney

At 01:53 AM 7/18/2007, you wrote:

> Dear Dupty General Counsel  Carney,
>
> We have additional documents of Ms. Jeong Ah Shin's records related to Yale University.  They came in our hands on July 13th, 2007.
> Jeong Ah Shin faxed us them claiming that she was admitted to the Yale University Graduate School as a doctoral student in 2000 and
> attended the school.  She went to the U.S. that day leaving a message that she will verify her then status.  I am going to fax them to you.
>
> We are certain that she has no degree from Yale and we believe that she is lying. But, allow me to let you know that shin's case has
> attracted the attention of the nation with regard to whether some Yale people were really involved in the fake degree matter.

8/1/2007

YALE00006966

With regard to Prof. Myoung Lee's case, I came to know that one of our board of trustees asked her to contact Yale to verify the documents. She would no longer contact you with regard to this matter.

I hope you let me know the result of your investigation on this matter soon when you have it.

Thank you.

Sincerely,

Euiyon

--- Original Message ---
From : Susan Carney(susan.carney@yale.edu)
To : choey@dongguk.edu
Cc : edward.barnaby@yale.edu
Sent : Tuesday, Jul 17, 2007 12:03 AM
Subject : update
Dear Director Cho,
Thank you for your quick response and for this additional information.
With regard to Prof. Myoung Lee, for your information, I am attaching an image of a letter Asst Dean Edward Barnaby received in which she wrote that she was contacting Yale on behalf of Dongguk University. When I spoke with her, briefly, she told me that she had a longstanding relationship with Dongguk University and because the University had not received an answer to the prior queries to Yale (something I did not think was the case), she had been asked to pursue a response. She had copies of much of the relevant documentation. Her biography is available on the U. Missouri-Columbia website, fyi. I advised her only that Ms. Jeong Ah Shin had not received a degree from Yale.
With regard to your June 10 email to Susan Emerson: I spoke with Steven Sprowson. He has no record of having received a copy of your email. Perhaps it went astray, or was caught by an email filter. Steven Goot, also a Deputy Registrar at the Graduate School, has been involved, and may have been contacted by Susan Emerson. Perhaps there was some confusion? I believe that Steven Goot may have contacted Assistant Dean Edward Barnaby at the Graduate School. Dean Barnaby has assisted here in addressing the issue on behalf of the Graduate School.
Sincerely,
//Susan Carney
At 07:55 PM 7/15/2007, you wrote:

Dear Deputy General Counsel Carney,
I would like to thank you for your email of July 16, 2007 and appreciate your helpful update on this matter.
At this moment I am the only and official person of Dongguk University to contact Yale regarding Ms. Jeong Ah Shin's case. We have never asked a Prof. Myoung Lee of University of Missouri-Columbia, whom I do not know. Regarding any questions for the office at our school which received a facsimile, you are also advised to let them contact me.
Here is one unclear case from the Yale Graduate School, which I experienced with regard this matter. In June 10, 2007, when I contacted Susan Emerson of the Department of the History of Art to ask whether Ms. Shin got a Ph.D. degree from Yale, I also addressed the same question to Steven Sprowson, Deputy Registrar of the Yale Graduate School. But he has not given me any reply to my inquiry, which I thought at that time was unusual.
Thank you again for your kind and quick reply.
Sincerely,
Euiyon

--- Original Message ---
From : Susan Carney(susan.carney@yale.edu)
To : choey@dongguk.edu
Cc : edward.barnaby@yale.edu, peter.brano@yale.edu
Sent : Monday, Jul 16, 2007 12:05 AM
Subject : inquiry
Dear Director Cho,
I am glad to know that you and President Oh received Yale's response to your inquiry regarding Ms. Jeong Ah Shin and that it was useful to you.
Investigators here are examining the documents that you provided, and will be making further inquiries. We do not know from the copies available here that document "3" was in fact issued from Yale. I can confirm to you that the fax number "203-432-6904" is assigned as the fax number for the Yale Graduate School Associate Dean's Office. Because documents can so easily be fabricated with available software programs these days, it appears that the fax line may have been added to a copy, but that may not be the case. The investigators will examine this question. If they have questions for the office at Dongguk University that received a facsimile or was presented with a copy of relevant documents, to whom shall I direct them?
Also: Yale received a query regarding this matter from a Prof. Myoung Lee, Department of Economics, University of Missouri-Columbia, who advised that she was contacting Yale "on behalf of DongGuk University." Could you please advise whether she was asked to contact Yale on behalf of Dongguk University?
Thank you.
Sincerely,
//Susan
At 09:48 AM 7/15/2007, you wrote:

Dear Deputy General Counsel Carney,
President Oh has asked me, Director of the Office of Management and Supervision, to reply to your letter of July 10, 2007.
First of all, we would like to thank you and President Levin for your quick and detailed answers to our inquiries about the documents regarding Ms. Jeong Ah Shin.
We would appreciate the results of your investigation on how the facsimile of document "3" bearing the fax number "203-432-6904" was created and issued from

8/1/2007

your school to Dongguk University. We also would like to know whether the fax
number is a Yale number.

We appreciate your help on this matter.

Sincerely,
Euiyon Cho
Euiyon Cho, Ph.D.
Director
Management and Supervision,
Office of the President
26,3 pil-dong, chung gu, seoul 100-715, Korea
Telephone: 82-2-2260-8803
Fax: 82-2-2260-3694
E-mail : choev@dongguk.edu



 DONGGUK UNIVERSITY

동국 백년의 두드림...ⅅ. Ɗ₁₁ₐₘ! 지구를 두드리는 큰 사람! 

Susan L. Carney    Regular mail:
Deputy General Counsel  P.O. Box 208235
Yale University      New Haven, CT 06520-8255
T: (203) 432-4949    Overnight mail:
F: (203) 432-7960    2 Whitney Avenue, 6th FL
susan.carney@yale.edu  New Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear that you are an
intended recipient, please promptly notify
the sender of your receipt of this email and delete the transmittal and any attachments. If you have
received this email in error, you are not permitted
to review, copy, or distribute this email or any attachments. If this communication concerns a proposed
agreement, be advised that this message and electronic signature do not constitute an acceptance of any
proposed terms.

동국 백년의 두드림...ⅅ. Ɗ₁₁ₐₘ! 지구를 두드리는 큰 사람!

Susan L. Carney    Regular mail:
Deputy General Counsel  P.O. Box 208235
Yale University      New Haven, CT 06520-8255
T: (203) 432-4949    Overnight mail:
F: (203) 432-7960    2 Whitney Avenue, 6th FL
susan.carney@yale.edu  New Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please
promptly notify
the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you
are not permitted
to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that
this message and electronic signature do not constitute an acceptance of any proposed terms.

ÆÂÂÎ¡¡
(Filename)Â¯É¡±å°£
(Expire date)
½°Âµ0006.jpg~2007/08/02
½°Âµ0007.jpg~2007/08/02
ÆÂÂ¡¡Â»Â¯¨ ÇÁ¼Â¿Â ¼Â»¶µß ÆÂÂÂÂ» ¨Ù¡¹µß ¹Â¸, ½Ç ¼ß ÂÖ¼Â¡¯Û.
Â¯¼ÂÂÂÎÂ°¡Â½Â¼ÂÂÛ ¼Â¡¾; ÂÖ½ÂÂ¼Âå¼µÇ¾¡ÂÖ¼Â, ¸Â¯ ¨É¡±å¾Ûⱽ, »Â¯Â¼Â, ½Ç ¼ß ÂÖ¼Â¡¯Û. 

동국 백년의 두드림...ⅅ. Ɗ₁₁ₐₘ! 지구를 두드리는 큰 사람! 

Susan L. Carney    Regular mail:
Deputy General Counsel  P.O. Box 208235
Yale University      New Haven, CT 06520-8255
T: (203) 432-4949    Overnight mail:
F: (203) 432-7960    2 Whitney Avenue, 6th FL
susan.carney@yale.edu  New Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify
the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted
to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and
electronic signature do not constitute an acceptance of any proposed terms.

동국 백년의 두드림...ⅅ. Ɗ₁₁ₐₘ! 지구를 두드리는 큰 사람! 

8/1/2007

YALE00006968

Steve L. Carey          *Regular mail:*
Deputy General Counsel   P.O. Box 208215
Yale University         New Haven, CT 06520-8215
T: (203) 432-4949        *Overnight mail:*
F: (203) 432-7960        2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu    New Haven, CT 06510

*NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.*

8/1/2007

YALE00006969

## Sgt. Peter Brano

**From:**     Susan Carney [susan.carney@yale.edu]
**Sent:**     Wednesday, July 18, 2007 6:13 PM
**To:**       Edward Barnaby
**Cc:**       Sgt. Peter Brano
**Subject:** Re: Fwd: Dongguk University Fax 7-18-07

Thanks, Ed. That's what I thought. I'll let them know.
It would be useful to figure out what the other document is, but that can wait, I'd say.
Best,
//Susan

At 03:28 PM 7/18/2007, Edward Barnaby wrote:

> Susan,
>
> I cannot comment on the receipt from the archive, but the admission letter is
> clearly fake.  It is grammatically incorrect, specifies admission to a
> "Ph.Degree" program for a three-year period (2001-2004), which is something we
> would not do, and then goes on to say that she is actually admitted as a "DSR"
> or non-degree student, which is done on a year-by-year basis and contradicts
> the idea that she would receive a degree.  Again, Pam Schirmeister's name is
> spelled incorrectly in the same way that it is on all of the other forged
> documents.  The likelihood of that happening by accident on numerous documents
> produced by our office is nil.
>
> I would be happy to comment more thoroughly or answer questions from your office
> when I return to Yale on Monday.  If necessary, I can be reached at 203.571.8124
> before then.
>
> Best,
> Ed
>
> Quoting Susan Carney <susan.carney@yale.edu>:
>
>> Gentlemen:
>> Here are two more documents I received from Dongguk. Would you please
>> have a look at them. The first, purporting to be from the graduate school, looks
>> faked to me (name misspelling, date confusion, program confusion, etc in the
>> text), but may be based on some other real document I suppose. The other one
>> only suggests to me that someone got access to some (old?) library or archive
>> request form and printed her name on it. If that.
>>
>> What do you think?
>>
>> Sgt Brano, I will bring you a hard copy this noontime when I'm back at YPD.
>> Best,
>> //Susan

7/20/2007

YALE00006970

PS Ed, is Pam around, do you know? I plan to give her a call directly on this, fyi.

Date: Wed, 18 Jul 2007 11:20:18 -0400
From: Crystal Patenaude <crystal.patenaude@yale.edu>
User-Agent: Thunderbird 1.5.0.12 (Windows/20070509)
To: Susan Carney <susan.carney@yale.edu>
Subject: Dongguk University Fax 7-18-07
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.10

```
*  *  *  *  *  *  *  *  *  *  *  **
 *  *  *  *  *  *  *  *  *  *  *  *
  *  *  *  *  *  *
```

Susan L. Carney        Regular mail:
Deputy General Counsel  P.O. Box 208255
Yale University        New Haven, CT 06520-8255
T: (203) 432-4949          Overnight mail:
F: (203) 432-7960          2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu   New Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.

Edward Barnaby
Assistant Dean

Graduate School of Arts and Sciences
Yale University

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```
Susan L. Carney      *Regular mail:*
Deputy General Counsel  P.O. Box 208255
Yale University      New Haven, CT 06520-8255
T: (203) 432-4949      *Overnight mail:*
F: (203) 432-7960      2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu   New Haven, CT 06510

*NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.*

7/20/2007

YALE00006971

## Filer, Donald

**From:** Susan Carney [susan.carney@yale.edu]
**Sent:** Friday, June 15, 2007 11:24 AM
**To:** donald.filer@yale.edu
**Cc:** edward.barnaby@yale.edu
**Subject:** DongGuk University
**Importance:** High

Don,
Could you pls tell me if your records show Yale as having any relationship with DongGuk University, in Seoul, Korea? We have an odd matter in which this info would be v usefult to have. Thanks for any help you can give.
//Susan

* • • • • • • • • • • • • • • • • • • • • • • •

Susan L. Carney      *Regular mail:*
Deputy General Counsel  P.O. Box 208255
Yale University      New Haven, CT 06520-8255
T: (203) 432-4949    *Overnight mail:*
F: (203) 432-7960     2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu   New Haven, CT 06510

*NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.*

4/1/2009

YALE00007036

Susan Emerson, 10:28 AM 6/15/2007, Fwd: dear grand registra of Graduate studies in history of

X-Mailer: QUALCOMM Windows Eudora Version 7.0.1.0
Date: Fri, 15 Jun 2007 11:28:51 -0400
To: Susan Carney <susan.carney@yale.edu>
From: Susan Emerson <susan.emerson@yale.edu>
Subject: Fwd: dear grand registra of Graduate studies in history of
  Art,  Susan Emerson
Cc: David Joselit <david.joselit@yale.edu>
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.10

Dear Susan,

This is the initial email I received from the reporter. I did not respond to her query but contacted our
Chair, DGS, and Business Manger about how to handle this situation.

All best,

Susan Emerson


Date: Tue, 12 Jun 2007 16:06:19 +0900 (KST)
From: sys@kbs.co.kr
To: susan.emerson@yale.edu
Subject: dear grand registra of Graduate studies in history of Art,  Susan
  Emerson
X-TERRACE-SPAMMARK: NO      (SR:41.23)
  (by Terrace)
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
X-Yale-Not-Spam: For more info see: http://www.yale.edu/email/spam/content.html
X-Yale-Spam-Score: (0.688)
X-Yale-Filter-Score: 0.688
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.9

dear grand registra of Graduate studies in history of Art


Sorry for sending email to you all of a sudden. But I don't know your director's email address.


So I ask you to send my message to Director of Graduate Studies in the History of Art.


@@Message

YALE00007398

**Susan Emerson, 10:28 AM 6/15/2007, Fwd: dear grand registra of Graduate studies in history of**

<?xml:namespace prefix = o ns = "urn:schemas-microsoft-com:office:office" />

I'm Young-seok Song, a reporter of Korean Broadcasting System Korean major press.

I'm collecting data about a professor of Dongguk University in Korea.

There is a female professor working for one of famous universities in Korea-Dongguk whose name is Jeong-Ah Shin.

She has insisted that she got her doctor's degree from the Graduate School of Yale University.

But there is a doubt that Ms. Shin doesn't have doctor's degree, and her plagiarized her dissertation.

I've already got evidence that makes sure the doubt. But I need to certify at first hand.

If she is lying mentioning Yale in her false colors dissertation, it will be a big problem shooting down Yale's credit in Korea.

To bring a scholar's conscience to rights, and recover Yale's credit, I need your help.

So I'd like to sincerely ask you to help me by providing names and titles of dissertation if your department produced any MAs or PhDs who were from Korea for the past 4-5 years.

I will greatly appreciate your cooperation.

YALE00007399

**Susan Emerson, 10:28 AM 6/15/2007, Fwd: dear grand registra of Graduate studies in history of**

Thank you for your kind consideration, and I'll be waiting for your answer

Please give me your answer as soon as possible!!

Sincerely yours,

Young-seok Song

Reporter

Social Affairs Team

KBS

tel 82-2-781-4441

mobile 82-10-8252-1887

Susan Emerson
Registrar
Department of the History of Art
Yale University
203.432.2669
http://www.yale.edu/arthistory

YALE00007400

Susan Emerson, 01:22 PM 6/15/2007, Re: telephone call

To: Susan Emerson <susan.emerson@yale.edu>
From: Susan Carney <susan.carney@yale.edu>
Subject: Re: telephone call
Cc: David Joselit <david.joselit@yale.edu>, thomas.conroy@yale.edu
Bcc: f\D Group\DongGuk U
Attached:

Dear Susan E.,
If you get any more such calls, I would ask that you refer them to Tom Conroy, in the Office of
Public Affairs, at 203 432 1345.
OK?
Thanks,
//Susan C.

At 01:14 PM 6/15/2007, Susan Emerson wrote:
   Dear Susan,

   I received a call from a woman who I thought might be a prospective student and I think is was the
   reporter.  She asked: "Have you found out what is going on with the student?"   I answered: "I'm
   not at liberty to speak about it" and then hung up the phone.  The phone number was
   573.289.1707.

   All best,

   Susan E.

   Susan Emerson
   Registrar
   Department of the History of Art
   Yale University
   203.432.2669
   http://www.yale.edu/arthistory

. . . . . . . . . . . . . . . . . . . . . . . . . . .
**Susan L. Carney**          *Regular mail:*
Deputy General Counsel      P.O. Box 208255
Yale University             New Haven, CT 06520-8255
T: (203) 432-4949                    *Overnight mail:*
F: (203) 432-7960           2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu       New Haven, CT 06510

*NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please
promptly notify
the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you
are not permitted
to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised
that this message and electronic signature do not constitute an acceptance of any proposed terms.*

YALE00007509

Susan Carney , pamela.schirmeister@yale.edu, 11:06 AM 8/1/2007, Re: more Dongguk

To: Susan Carney <susan.carney@yale.edu>, pamela.schirmeister@yale.edu
From: Edward Barnaby <edward.barnaby@yale.edu>
Subject: Re: more Dongguk
Cc: peter.brano@yale.edu
Bcc:
Attached:


Susan,

Pam is certainly the one who should verify her own signature. In my opinion, however, the signature was most likely reproduced electronically from an authentic admissions document, as the letterhead is clearly from a Graduate School admission letter that Pam would most likely have signed. Further, the forged admission letter Ms. Shin more recently produced seems to contain some standard language (albeit misused and somewhat distorted) from what would have been an actual letter admitting someone to the Graduate School for temporary non-degree study. As she does not seem herself to have applied to Yale at any point, she may have obtained such a letter from someone who had been admitted in the past.

Ed

At 10:33 AM 8/1/2007, Susan Carney wrote:
   Dear Ed and Pam,
   Can you help with this request re PS's signature? Does it look like a real signature that was picked up and reproduced on the faked document, or can you tell is it was itself faked?

   I'm not aware of any update on the investigation right now, and feel that we will see what we can tell them on that in due course. We want to feel confident internally about whether there are any security measures to impose or any other steps to take.
   Regards,
   //Susan


   From: =?ks_c_5601-1987?B?IsG2wMe/rCI=?= <choey@dongguk.edu>
   To: =?ks_c_5601-1987?B?IIN1c2FuIENhcm5leSI=?= <susan.carney@yale.edu>
   Subject: =?ks_c_5601-1987?B?dXBkYXRlIIGFuZCBoZWxwIIG5IZWRIRlZA==?=
   Date: Wed, 1 Aug 2007 14:05:31 +0900
   X-Mailer: empal MIME interface v2.1
   X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
   X-Yale-Not-Spam: For more info see: http://www.yale.edu/email/spam/content.html
   X-Yale-Spam-Score: * (1.523)
   X-Yale-Filter-Score: 1.523
   X-Scanned-By: MIMEDefang 2.52 on 130.132.50.10

   Dear Dupty General Counsel  Carney,

   We sued Jeong Ah Shin for forgery of documents and prosecutors are now investigating the incident. We need to submit evidence of showing that the signature of Associate Dean Schirmeister is not the same with the one on the document in question. In fact, what we want to know is whether the signature on the forgered document is the one of the Associate Dean Schirmeiter or not.

YALE00007641

Susan Carney , pamela.schirmeister@yale.edu, 11:06 AM 8/1/2007, Re: more Dongguk

In addition, if you have any update on the investigation of the fax that was sent to us, let us know the result.  It will be greatly appreciated.

Sincerely,

Euiyon

---- Original Message ----
From : Susan Carney(susan.carney@yale.edu)
To : choey@dongguk.edu
Cc : Edward Barnaby(edward.barnaby@yale.edu)
Sent : Friday, Jul 20, 2007 06:45 AM
Subject : further comments

Dear Director Cho:
I have received the following comments from the Yale Graduate School with regard to the first document that you faxed to me, which purports to be a letter to Ms. Shin advising of admission to a Yale graduate program and which is dated December 2000.

It is grammatically incorrect, specifies admission to a
"Ph.Degree" program for a three-year period (2001-2004), which is something we
would not do, and then goes on to say that she is actually admitted as a "DSR"
or non-degree student, which is done on a year-by-year basis and contradicts
the idea that she would receive a degree.  Again, Pam Schirmeister's name is
spelled incorrectly
Thus: this document is not an authentic Yale admission document.
I am not familiar with the other library/archives request slip form, but even if it is authentic, I don't believe that it demonstrates anything relevant to the question whether Ms. Shin received a degree from Yale.
Please let me know if you have other questions.
Sincerely,
//Susan Carney

At 01:53 AM 7/18/2007, you wrote:
Dear Dupty General Counsel  Carney,

We have additional documents of Ms. Jeong Ah Shin's records related to Yale University.
They came in our hands on July 13th, 2007.  Jeong Ah Shin faxed us them claiming that she
was admitted to the Yale University Graduate School as a doctoral student in 2000 and
attended the school.  She went to the U.S. that day leaving a message that she will verify her
then status.  I am going to fax them to you.

We are certain that she has no degree from Yale and we believe that she is lying. But, allow
me to let you know that shin's case has attracted the attention of the nation with regard to
whether some Yale people were really involved in the fake degree matter.

With regard to Prof. Myoung Lee's case, I came to know that one of our board of trustees
asked her to contact Yale to verify the documents.  She would no longer contact you with
regard to this matter.

Printed for Edward Barnaby <edward.barnaby@yale.edu>

2

YALE00007642

Susan Carney , pamela.schirmeister@yale.edu, 11:06 AM 8/1/2007, Re: more Dongguk

I hope you let me know the result of your investigation on this matter soon when you have it.

Thank you.

Sincerely,


Euiyon

---- Original Message ----
From : Susan Carney(susan.carney@yale.edu)
To : choey@dongguk.edu
Cc : edward.barnaby@yale.edu
Sent : Tuesday, Jul 17, 2007 12:03 AM
Subject : update
Dear Director Cho,
Thank you for your quick response and for this additional information.
With regard to Prof. Myoung Lee, for your information, I am attaching an image of a letter
Asst Dean Edward Barnaby received in which she wrote that she was contacting Yale on
behalf of Dongguk University. When I spoke with her, briefly, she told me that she had a
longstanding relationship with Dongguk University and because the University had not
received an answer to the prior queries to Yale (something I did not think was the case),
she had been asked to pursue a response. She had copies of much of the relevant
documentation. Her biography is available on the U. Missouri-Columbia website, fyi. I
advised her only that Ms. Jeong Ah Shin had not received a degree from Yale.
With regard to your June 10 email to Susan Emerson: I spoke with Steven Sprowson. He
has no record of having received a copy of your email. Perhaps it went astray, or was
caught by an email filter. Steven Goot, also a Deputy Registrar at the Graduate School,
has been involved, and may have been contacted by Susan Emerson. Perhaps there
was some confusion? I believe that Steven Goot may have contacted Assistant Dean
Edward Barnaby at the Graduate School. Dean Barnaby has assisted here in addressing
the issue on behalf of the Graduate School.
Sincerely,
//Susan Carney
At 07:55 PM 7/15/2007, you wrote:
  Dear Deputy General Counsel Carney,
  I would like to thank you for your email of July 16, 2007 and appreciate your helpful
  update on this matter.
  At this moment I am the only and official person of Dongguk University to contact Yale
  regarding Ms. Jeong Ah Shin's case.  We have never asked a Prof. Myoung Lee of
  University of Missouri-Columbia, whom I do not know.  Regarding any questions for the
  office at our school which received a facsimile, you are also advised to let them contact
  me.
  Here is one unclear case from the Yale Graduate School, which I experienced with
  regard this matter.  In June 10, 2007, when I contacted Susan Emerson of the
  Department of the History of Art to ask whether Ms. Shin got a Ph.D. degree from Yale, I
  also addressed the same question to Seteven Sprowson, Deputy Registrar of the Yale
  Graduate School.  But he has not given me any reply to my inquiry, which I thought at
  that time was unusual.
  Thank you again for your kind and quick reply.
  Sincerely,

YALE00007643

Euiyon

---- Original Message ----
From : Susan Carney(susan.carney@yale.edu)
To : choey@dongguk.edu
Cc : edward.barnaby@yale.edu, peter.brano@yale.edu
Sent : Monday, Jul 16, 2007 12:05 AM
Subject : inquiry
Dear Director Cho,
I am glad to know that you and President Oh received Yale's response to your inquiry regarding Ms. Jeong Ah Shin and that it was useful to you. Investigators here are examining the documents that you provided, and will be making further inquiries.
We do not know from the copies available here that document "3" was in fact issued from Yale. I can confirm to you that the fax number "203-432-6904" is assigned as the fax number for the Yale Graduate School Associate Dean's Office. Because documents can so easily be fabricated with available software programs these day, it appears that the fax line may have been added to a copy, but that may not be the case. The investigators will examine this question. If they have questions for the office at Dongguk University that received a facsimile or was presented with a copy of relevant documents, to whom shall I direct them?
Also: Yale received a query regarding this matter from a Prof. Myoung Lee, Department of Economics, University of Missouri-Columbia, who advised that she was contacting Yale "on behalf of DongGuk University." Could you please advise whether she was asked to contact Yale on behalf of Dongguk University?
Thank you.
Sincerely,
//Susan
At 09:48 AM 7/15/2007, you wrote:

Dear Deputy General Counsel Carney,
President Oh has asked me, Director of the Office of Management and Supervision, to reply to your letter of July 10, 2007.
First of all, we would like to thank you and President Levin for your quick and detailed answers to our inquries about the documents regarding Ms. Jeong Ah Shin.
We would appreciate the results of your investigation on how the facsimile of document "3" bearing the fax number "203-432-6904" was created and issued from your school to Dongguk University.  We also would like to know whether the fax number is a Yale number.
We appreciate your help on this matter.
Sincerely,
Euiyon Cho
Euiyon Cho, Ph.D.
Director
Management and Supervision,
Office of the President
26,3 pil-dong, chung gu, seoul 100-715, Korea
Telephone: 82-2-2260-8803
Fax: 82-2-2260-3694
E-mail : choey@dongguk.edu

YALE00007644

Susan Carney , pamela.schirmeister@yale.edu, 11:06 AM 8/1/2007, Re: more Dongguk



Susan L. Carney                     Regular mail:
Deputy General Counsel P.O. Box 208255
Yale University         New Haven, CT 06520-8255
T: (203) 432-4949                   Overnight mail:
F: (203) 432-7960                   2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu   New Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.

Susan L. Carney                     Regular mail:
Deputy General Counsel P.O. Box 208255
Yale University         New Haven, CT 06520-8255
T: (203) 432-4949                   Overnight mail:
F: (203) 432-7960                   2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu   New Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.

ÆÄÀ¸ı
(Filename)Ä¯Ë¿±â°£
(Expire date)
½°Àµ0006.jpg~2007/08/02
½°Àµ0007.jpg~2007/08/02
ÆÄÀ¸ıÀ» Â¬¸Ç½zÀé Â·ºÎµÈ ÆÄÄÀ» ªÙ¿Î¸ıµ§ ·ÞÀ¸½Ç ¼ö ÀÖ½ÀÏÙ.
Â·ºÎÆÄÄÀ¸ı¸½ÀÄÂÙ ¼¬·ö¿¡ ÀÖ½¾ÄúÀ§µåµÇ¾¿ì ÀÖÀ¸¸¸Ç Â¯Ë¿±â°££º»¿¿¡¸¸ ·»·À¹Î½Ç ¼ö ÀÖ½ÀÏÙ.

YALE00007645

Susan Carney , pamela.schirmeister@yale.edu, 11:06 AM 8/1/2007, Re: more Dongguk

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Susan L. Carney          Regular mail:
Deputy General Counsel   P.O. Box 208255
Yale University          New Haven, CT 06520-8255
T: (203) 432-4949        Overnight mail:
F: (203) 432-7960        2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu    New Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify
the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted
 to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Susan L. Carney          *Regular mail:*
Deputy General Counsel   P.O. Box 208255
Yale University          New Haven, CT 06520-8255
T: (203) 432-4949        *Overnight mail:*
F: (203) 432-7960        2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu    New Haven, CT 06510

*NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify*
*the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted*
*to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.*

Edward Barnaby

Assistant Dean


Graduate School of Arts and Sciences

Yale University

320 York Street, HGS 135

P.O. Box 208236

New Haven, CT 06520-8236

203.436.2628

203.432.6904  (fax)

YALE00007646

X-Mailer: QUALCOMM Windows Eudora Version 7.0.1.0
Date: Fri, 20 Jul 2007 14:58:27 -0400
To: pamela.schirmeister@yale.edu
From: Susan Carney <susan.carney@yale.edu>
Subject: Fwd: Dongguk University Fax 7-18-07
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.9


Date: Wed, 18 Jul 2007 11:25:59 -0400
To: edward.barnaby@yale.edu, peter.brano@yale.edu
From: Susan Carney <susan.carney@yale.edu>
Subject: Fwd: Dongguk University Fax 7-18-07
Bcc: f\D Group\DongGuk U

Gentlemen:
Here are two more documents I received from Dongguk. Would you please have a look at
them. The first, purporting to be from the graduate school, looks faked to me (name
misspelling, date confusion, program confusion, etc in the text), but may be based on some
other real document I suppose. The other one only suggests to me that someone got access
to some (old?) library or archive request form and printed her name on it. If that.

What do you think?

Sgt Brano, I will bring you a hard copy this noontime when I'm back at YPD.
Best,
//Susan

PS Ed, is Pam around, do you know? I plan to give her a call directly on this, fyi.


Date: Wed, 18 Jul 2007 11:20:18 -0400
From: Crystal Patenaude <crystal.patenaude@yale.edu>
User-Agent: Thunderbird 1.5.0.12 (Windows/20070509)
To: Susan Carney <susan.carney@yale.edu>
Subject: Dongguk University Fax 7-18-07
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.10


. . . . . . . . . . . . . . . . . . . . . . . . . .

Susan L. Carney     Regular mail:
Deputy General Counsel  P.O. Box 208255
Yale University     New Haven, CT 06520-8255
T: (203) 432-4949       Overnight mail:
F: (203) 432-7960       2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu  New Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify
the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted
to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message
and electronic signature do not constitute an acceptance of any proposed terms.

. . . . . . . . . . . . . . . . . . . . . . . . . .

YALE00007684

Susan Carney, 02:58 PM 7/20/2007, Fwd: Dongguk University Fax 7-18-07                    Page 2 of 2

**Susan L. Carney**          *Regular mail:*
Deputy General Counsel   P.O. Box 208255
Yale University          New Haven, CT 06520-8255
T: (203) 432-4949          *Overnight mail:*
F: (203) 432-7960          2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu   New Haven, CT 06510

*NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.*

<u>Dongguk University Fax 7-18-071.pdf</u>

YALE00007685