UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
DONGGUK UNIVERSITY,              :   No. 3:08-CV-00441 (RNC)
                                 :
            Plaintiff,           :
                                 :
      v.                         :
                                 :
YALE UNIVERSITY,                 :
                                 :
            Defendant.           :   FEBRUARY 16, 2010
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## MOTION TO SEAL

Pursuant to D. Conn. L. Civ. R. 5(e), Defendant Yale University ("Yale") moves to seal Exhibits M and N to Yale's Motion to Compel Defendant Dongguk University ("Dongguk") to provide a complete narrative response to Interrogatory 1 of Yale's Second Set of Interrogatories.

Exhibits M and N consist of documents that Dongguk produced to Yale in discovery and which Dongguk labeled "Confidential" pursuant to the Protective Order that entered in this case on July 22, 2009. Without conceding that Exhibits M and N are in fact confidential, Yale respectfully requests permission to manually file Exhibits M and N to its Motion to Compel under seal. Copies of Exhibits M and N have been served on counsel for Dongguk.

**ORAL ARGUMENT NOT REQUESTED**

        DEFENDANT YALE UNIVERSITY

By:    /s/ Howard Fetner
     Felix J. Springer (#ct05700)
     Howard Fetner (#ct26870)
     Day Pitney LLP
     242 Trumbull Street
     Hartford, CT 06103
     (860) 275-0100 (phone)
     (860) 275-0343 (fax)
     fjspringer@daypitney.com
     hfetner@daypitney.com

     Its attorneys

## **CERTIFICATION**

      I hereby certify that on February 16, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


                                                  /s/ Howard Fetner