# EXHIBIT 1

Dongguk University v. Yale University, No. 3:08-CV-00441 (RNC)
Yale University Privilege Log of Documents Withheld from Production

| Number | Type | Date | Author | Recipient(s) | CC | BCC | General Subject Matter | Privilege(s) |
|---|---|---|---|---|---|---|---|---|
| 1 | E-mail | 7/20/07 | Susan Carney | Gila Reinstein | Tom Conroy; Pamela Schirmeister; Edward Barnaby | | Legal advice concerning communications with media | A/C |
| 2 | E-mail | 10/18/07 | Harold Rose | Pamela Schirmeister; Stephen Goot | Peter Brano | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 3 | E-mail | 10/18/07 | Stephen Goot | Harold Rose | Pamela Schirmeister | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 4 | E-mail | 10/18/07 | Harold Rose | Stephen Goot | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 5 | Draft Memorandum | 12/28/07 | Susan Carney | | | | Attorney notes concerning Dongguk University and Jeong Ah Shin | A/C, WP |
| 6 | E-mail | 10/18/07 | Harold Rose | Pamela Schirmeister; Stephen Goot | Peter Brano | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 7 | E-mail | 12/28/07 | Jon Butler | Helaine Klasky | Richard Levin; Linda Lorimer; Dorothy Robinson; Tom Conroy; Gila Reinstein; Susan Carney | | Conveying legal advice concerning draft public statement | A/C |
| 8 | E-mail | 12/28/07 | Susan Carney | Jon Butler; Helaine Klasky | Tom Conroy; Gila Reinstein; Dorothy Robinson; Richard Levin; Linda Lorimer | | Legal advice concerning draft public statement | A/C |
| 9 | E-mail | 12/28/07 | Richard Levin | Dorothy Robinson; Jon Butler; Helaine Klasky; Linda Lorimer | | | Request for legal advice concerning Dongguk University and Jeong Ah Shin | A/C |
| 10 | Draft Memorandum | 12/28/07 | Susan Carney | | | | Attorney notes concerning Dongguk University and Jeong Ah Shin | A/C, WP |
| 11 | E-mail | 12/29/07 | Richard Levin | Dorothy Robinson; Jon Butler; Susan Carney | Helaine Klasky; Harold Rose; Tom Conroy; Gila Reinstein; Linda Lorimer | | Response to legal advice concerning Dongguk University and Jeong Ah Shin | A/C |
| 12 | E-mail | 1/1/08 | Susan Carney | Jon Butler | | | Legal advice concerning Dongguk University and Jeong Ah Shin | A/C |
| 13 | E-mail | 1/2/08 | Dorothy Robinson | Jon Butler; Susan Carney | | | Legal advice concerning Dongguk University | A/C |
| 14 | E-mail | 1/3/08 | Jon Butler | Susan Carney | | | Request for legal advice concerning Jeong Ah Shin | A/C |
| 15 | E-mail | 1/3/08 | Dorothy Robinson | Jon Butler | | | Legal advice concerning Dongguk University and Jeong Ah Shin | A/C |
| 16 | E-mail | 1/4/08 | Dorothy Robinson | Harold Rose | Jon Butler | | Request for legal advice concerning Jeong Ah Shin issue | A/C |

| Number | Type | Date | Author | Recipient(s) | CC | BCC | General Subject Matter | Privilege(s) |
|---|---|---|---|---|---|---|---|---|
| 17 | Draft Letter | Jan. 2008 | Susan Carney | | | | Draft letter to Euiyon Cho | A/C, WP |
| 18 | Draft Letter | Jan. 2008 | Susan Carney | | | | Draft letter to Youngkyo Oh | A/C, WP |
| 19 | E-mail | 2/1/08 | Tom Conroy | Jon Butler, Susan Carney, Gita Reinstein | | | Request for legal advice concerning Dongguk University | A/C |
| 20 | E-mail | 2/4/08 | Susan Carney | Linda Lorimer, George Joseph, Dorothy Robinson, Helaine Klasky, Jon Butler | Gita Reinstein | | Legal advice concerning Korean criminal case | A/C |
| 21 | E-mail | 10/17/07 | Harold Rose | Attorneys, Office of the General Counsel | | | Subpoena concerning Jeong Ah Shin | A/C |
| 22 | E-mail | 10/17/07 | Caroline Hendel | Harold Rose | | | Subpoena concerning Jeong Ah Shin | A/C |
| 23 | E-mail | 10/17/07 | Richard Jacob | Harold Rose | | | Subpoena concerning Jeong Ah Shin | A/C |
| 24 | E-mail | 10/17/07 | Susan Carney | Harold Rose, Julie Carter, Jon Clune, Caroline Hendel, Richard Jacob, Ken Miller, Dorothy Robinson, Susan Sawyer, Harriet Cooper, Sheree Carter-Galvan, Deborah Chung, Lourdes Haynes, Robert Bienstock, Pamela Chambers, Jessica Sebeok, Deirdre Mask | | | Subpoena concerning Jeong Ah Shin | A/C |
| 25 | E-mail | 10/18/07 | Pamela Schirmeister | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 26 | E-mail | 10/18/07 | Pamela Schirmeister | Harold Rose | Stephen Goot | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 27 | E-mail attachment | 10/18/07 | Pamela Schirmeister | Harold Rose | Stephen Goot | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 28 | E-mail | 10/18/07 | Harold Rose | Pamela Schirmeister | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 29 | E-mail | 10/18/07 | Pamela Schirmeister | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 30 | E-mail | 10/18/07 | Harold Rose | Pamela Schirmeister | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 31 | E-mail | 10/18/07 | Pamela Schirmeister | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 32 | E-mail | 10/18/07 | Mindy Marks | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 33 | E-mail attachment | 10/18/07 | Mindy Marks | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 34 | E-mail | 10/18/07 | Mindy Marks | Pamela Schirmeister | Harold Rose | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 35 | E-mail attachment | 10/18/07 | Mindy Marks | Pamela Schirmeister | Harold Rose | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 36 | E-mail | 10/18/07 | Mindy Marks | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 37 | E-mail | 10/18/07 | Susan Carney | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |

| Number | Type | Date | Author | Recipient(s) | CC | BCC | General Subject Matter | Privilege(s) |
|---|---|---|---|---|---|---|---|---|
| 38 | E-mail attachment | 10/18/07 | Susan Carney | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C, WP |
| 39 | E-mail | 10/18/07 | Susan Carney | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 40 | E-mail | 10/18/07 | Susan Carney | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 41 | E-mail attachment | 10/18/07 | Susan Carney | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 42 | E-mail attachment | 10/18/07 | Susan Carney | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 43 | E-mail attachment | 10/18/07 | Susan Carney | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 44 | E-mail | 10/18/07 | Susan Carney | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 45 | E-mail | 10/18/07 | Harold Rose | Susan Carney | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 46 | E-mail | 10/18/07 | Susan Carney | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 47 | E-mail | 10/18/07 | Harold Rose | Pamela Schirmeister | | | Legal advice concerning Jeong Ah Shin | A/C |
| 48 | E-mail | 10/18/07 | Harold Rose | Nina Glickson Gila Reinstein | Dorothy Robinson Susan Carney Tom Conroy | | Legal advice concerning Jeong Ah Shin | A/C |
| 49 | E-mail | 10/18/07 | Pamela Schirmeister | Harold Rose | | | Response to legal advice concerning Jeong Ah Shin | A/C |
| 50 | E-mail | 10/18/07 | Gila Reinstein | Harold Rose | Nina Glickson Helaine Klasky Tom Conroy | | Response to legal advice concerning Jeong Ah Shin and request for legal advice concerning communications with media | A/C |
| 51 | E-mail | 10/18/07 | Harold Rose | Gila Reinstein | Nina Glickson Helaine Klasky Tom Conroy Susan Carney Dorothy Robinson | | Legal advice concerning communications with media | A/C |
| 52 | E-mail | 10/18/07 | Gila Reinstein | Harold Rose | | | Response to legal advice concerning communications with media | A/C |
| 53 | E-mail | 10/18/07 | Nina Glickson | Harold Rose Gila Reinstein | Helaine Klasky Tom Conroy Susan Carney Dorothy Robinson Nina Glickson | | Response to legal advice concerning communications with media | A/C |
| 54 | E-mail | 10/19/07 | Dorothy Robinson | Harold Rose | | | Response to legal advice concerning communications with media | A/C |
| 55 | E-mail | 10/22/07 | Harold Rose | Susan Carney | | | Strategy for addressing Jeong Ah Shin issue | A/C |
| 56 | E-mail | 10/22/07 | Susan Carney | Harold Rose | | | Strategy for addressing Jeong Ah Shin issue | A/C |
| 57 | E-mail | 10/26/07 | Mindy Marks | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 58 | E-mail attachment | 10/26/07 | Mindy Marks | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 59 | E-mail | 10/29/07 | Harold Rose | Nina Glickson | Dorothy Robinson | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 60 | E-mail | 10/29/07 | Nina Glickson | Harold Rose | Dorothy Robinson | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 61 | E-mail | 11/1/07 | Harold Rose | Gila Reinstein Tom Conroy | | | Legal advice concerning Jeong Ah Shin | A/C |
| 62 | E-mail | 11/14/07 | Harold Rose | Susan Carney | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 63 | E-mail | 11/14/07 | Susan Carney | Harold Rose | | | Response to subpoena concerning Jeong Ah Shin | A/C |

| Number | Type | Date | Author | Recipient(s) | CC | BCC | General Subject Matter | Privilege(s) |
|---|---|---|---|---|---|---|---|---|
| 64 | E-mail | 12/28/07 | Jon Butler | Dorothy Robinson | Helaine Klasky, Susan Carney, Harold Rose, Richard Levin, Tom Conroy, Gila Reinstein, Linda Lorimer | | Response to legal advice concerning draft public statement | A/C |
| 65 | E-mail | 12/28/07 | Dorothy Robinson | Harold Rose | | | Strategy for addressing Dongguk University and Jeong Ah Shin | A/C |
| 66 | E-mail | 12/28/07 | Dorothy Robinson | Jon Butler, Helaine Klasky, Susan Carney, Harold Rose, Richard Levin, Tom Conroy, Gila Reinstein, Linda Lorimer | | | Legal advice concerning draft public statement | A/C |
| 67 | E-mail | 12/28/07 | Harold Rose | Dorothy Robinson, Susan Carney | | | Response to subpoena concerning Jeong Ah Shin | A/C |
| 68 | E-mail | 12/28/07 | Harold Rose | Dorothy Robinson, Susan Carney | | | Legal advice concerning Jeong Ah Shin | A/C |
| 69 | E-mail | 12/28/07 | Susan Carney | Harold Rose | | | Strategy for addressing Dongguk University concerning Jeong Ah Shin | A/C |
| 70 | Draft public statement | 12/28/07 | Susan Carney | Harold Rose | | | Draft public statement concerning Jeong Ah Shin and Dongguk University | A/C, WP |
| 71 | E-mail | 12/28/07 | Susan Carney | Helaine Klasky, Jon Butler, Dorothy Robinson, Tom Conroy | Harold Rose | | Legal advice concerning Jeong Ah Shin issue | A/C |
| 72 | E-mail | 12/28/07 | Harold Rose | Dorothy Robinson, Susan Carney | | | Legal advice concerning Jeong Ah Shin issue | A/C |
| 73 | E-mail | 12/29/07 | Susan Carney | Helaine Klasky, Dorothy Robinson, Richard Levin, Jon Butler | Harold Rose, Tom Conroy, Gila Reinstein, Linda Lorimer | | Legal advice concerning Jeong Ah Shin issue | A/C |
| 74 | E-mail | 12/29/07 | Susan Carney | Helaine Klasky | Dorothy Robinson, Harold Rose | | Legal advice concerning public statement regarding Jeong Ah Shin and Dongguk University | A/C |
| 75 | E-mail | 12/29/07 | Helaine Klasky | Dorothy Robinson, Richard Levin, Jon Butler | Susan Carney, Harold Rose, Tom Conroy, Gila Reinstein, Linda Lorimer | | Response to legal advice concerning public statement regarding Jeong Ah Shin and Dongguk University | A/C |
| 76 | E-mail | 12/29/07 | Richard Levin | Helaine Klasky, Dorothy Robinson, Jon Butler | Susan Carney, Harold Rose, Tom Conroy, Gila Reinstein, Linda Lorimer | | Response to legal advice concerning public statement regarding Jeong Ah Shin and Dongguk University | A/C |