公證認可
## 法務法人 廣場
### LEE & KO

[별지 제41호서식]

☎ 2191-3100

Registered No. 2010 - 235



# NOTARIAL CERTIFICATE



### LEE & KO

20F, Hanjin Main Bldg.,
118, 2-ka Namdaemun-ro, Chung-ku,
Seoul, Korea

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT



| | |
|---|---|
| DONGGUK UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>    Defendant. | Civil Action No. 3:08-CV-00441-RNC<br><br>AFFIDAVIT OF<br>JIN-SOO HAN |

JIN-SOO HAN, being duly sworn, deposes and says:

1. I am the Vice-Chancellor for plaintiff Dongguk University ("Dongguk"). As Vice-Chancellor, I am the chief administrative officer to the President of Dongguk. My duties and responsibilities include providing executive leadership, operational management, and management in administrative affairs such as planning, budget, and fiscal issues, including overseeing the development and management of Dongguk's operating and capital improvements budgets.

2. Because of my duties as Vice-Chancellor, I am personally familiar with the types of funding Dongguk receives from the Korean government, and how information regarding Dongguk's grants is managed.

3. I submit this affidavit in Opposition to defendant Yale University's ("Yale") motion to compel Dongguk's response to Interrogatory 1 of Yale's Second Set of Interrogatories ("Interrogatory 1"), dated February 16, 2010. I have personal knowledge of the facts stated herein.

4. I have reviewed Interrogatory 1 and understand that it asks Dongguk to:

> Identify all funding that Dongguk received from the Korean government in each year since 1998, including for each occasion of funding (i.e., each grant, subsidy, etc.): (a) the type of funding (e.g., grant, subsidy); (b) all dates on which Dongguk received the funding; (c) the date that Dongguk applied for the funding; (d) the total amount of money (in Korean won) that Dongguk received in connection with each grant subsidy, or other occasion of funding; (e) the agency or other governmental unit that awarded the funding; (f) the date that the funding was awarded; and (g) the purpose of the government's funding.



5. Contrary to any assertion by the media or by Yale otherwise, since 1998, Dongguk has only received grants from the Korean government. In particular, most of the grants received from the Korean government have been research grants.

6. Dongguk has not received any subsidies or other types of funding from the Korean government.

7. Dongguk did not receive any subsidies from the Korean government in exchange for the hiring of Jeong Ah Shin.

8. At this time, Dongguk has produced all the documents it has regarding any funding it has received from the Korean government, i.e., grants. These documents were produced in response to Yale's Document Request 63.

9. Dongguk does not keep a compilation or summary of all the information that Yale requests in Interrogatory 1.

10. In order to respond to all sub-parts of Interrogatory 1, Dongguk would

have to review and compile the information based on the documents that have been previously cited in Dongguk's response to Interrogatory 1.

_____
Jin-Soo Han

Sworn to before me this
5th day of March, 2010

_____
Notary Public Yong Kyo Han

NYK 1285779-1 081817 0011

-3-

法務法人 廣 場
LEE & KO

[별지 제42호 서식]

등부 2010년   제 235 호

인 증

위     진술서     에
기재된

한 진 수     는
본직의 면전에서 위 사서증서에
자기가 서명(기명)한 것임을
자인하였다.

2010년 3월 5일 이 사무소에서
위 인증한다.

공증인가
**법무법인 광 장**
소속 서울중앙지방검찰청
서울 중구 남대문로2가 118
한진빌딩 본관 20층

공증인



Registered No. 2010 - 235

## Notarial Certificate

**Jin Soo Han**

personally appeared before
me and admitted his(her)
subscription to the
attached

**Affidavit of Jin-Soo Han**

This is hereby attested on
this  5th day of **March, 2010**
at this office

Authorized Attorney Notary Public:

Young Kyeo Lee

**LEE & KO**
Belong to Seoul Central District Prosecutor's Office

20F, Hanjin Main Bldg.,
118, 2-ka Namdaemun-ro, Chung-ku
Seoul, Korea

This Office has been authorized
by the Minister of Justice, the
Republic of Korea to act as
Notary Public since
March 6, 1985 under
Law No. 3594