UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------X
Dongguk University,

                       Plaintiff,        **ORDER OF REFERRAL TO MAGISTRATE JUDGE**

    -against-                          Case No. 08-cv-0441 (TLM)

Yale University,

                       Defendant
-----------------------------------------------------------------X

       This case is referred to the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, for the following purposes:

    \_\_\_\_\_   All purposes, except trial, unless the parties consent to trial before the Magistrate Judge

    \_\_\_\_\_   A ruling on all pretrial motions, except dispositive motions

    ✓   To supervise discovery and resolve discovery disputes

    ✓   A ruling on the following motion(s) which are currently pending:
- Motion to Compel Defendant Yale University to Produce Documents Not Protected by the Attorney-Client Privilege [Rec. Doc. 110]
- Motion to Compel Plaintiff To Provide a Complete Narrative Response to Interrogatory 1 of Yale's Second Set of Interrogatories [Rec. Doc. 114]
- Motion to Seal Exhibits M and N to Yale's Memorandum of Law In Support of Motion to Compel [Rec. Doc. 116]
- Motion to Seal An Unredacted Version of Its March 23, 2010 Reply Memorandum of Law In Support of Motion to Compel [Rec. Doc. 124]
- MOTION for Leave to File Sur-reply to Defendant's Reply Memorandum of Law in Support of Its Motion to Compel [Rec. Doc. 127]

    \_\_\_\_\_   A conference to discuss the following:

    \_\_\_\_\_   A settlement conference

**SO ORDERED.**

                                                   Tucker L. Melançon
                                                   United States District Judge

April 8, 2009
Bridgeport, CT