# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------- x
DONGGUK UNIVERSITY,              : No. 3:08-CV-00441 (TLM)
                                 :
        Plaintiff,                :
                                 :
    v.                           :
                                 :
YALE UNIVERSITY,                 :
                                 :
        Defendant.                : APRIL 30, 2010
---------------------------------- x

## AFFIDAVIT OF HOWARD FETNER

STATE OF CONNECTICUT    )
                        )   ss:   New Haven
COUNTY OF NEW HAVEN     )

Howard Fetner, having been duly sworn, deposes and states as follows:

1. I am over the age of 18 and believe in the obligation of an oath.

2. I am an associate with the law firm of Day Pitney LLP, which is counsel to Defendant Yale University in the above-captioned matter.

3. In the above-captioned case, Plaintiff Dongguk University has produced 381,340 pages of documents, and it has designated 379,186 (99.4%) of them "Confidential" under the Protective Order.

_____
Howard Fetner

Sworn to and subscribed before me
this 30th day of April, 2010

_____
Notary Public

My commission expires

**CHERYL EDELMANN**
**NOTARY PUBLIC**
MY COMMISSION EXPIRES JAN. 31, 2015