# EXHIBIT 34