# EXHIBIT 35

# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

FELIX J. SPRINGER
Attorney at Law

242 Trumbull Street
Hartford, CT 06103

T: (860) 275 0184   F: (860) 881 2462
fjspringer@daypitney.com

January 7, 2010

**VIA E-MAIL AND REGULAR MAIL**

Robert A. Weiner, Esq.
McDermott Will & Emery
340 Madison Avenue
New York, NY 10173-1922

Re:   Dongguk University v. Yale University, No. 3:08-CV-00441 (RNC)

Dear Bob:

I write to address the confidentiality of the upcoming depositions and mediation.

First, as indicated in Section III of the JAMS Mediation Agreement that Caitlin Molloy e-mailed on December 22, 2009, I wish to underscore that the entire mediation process is confidential and that all statements made in connection with the mediation will not be disclosed to third parties. While the JAMS Mediation Agreement should suffice to ensure the confidentiality of the mediation, I want to be certain to prevent a recurrence of the previous mediation, immediately after which your client disclosed Yale's confidential statements to the Korean media.

Second, in accordance with the protective order that has entered in this case, we wish to designate the entire depositions of Pamela Schirmeister, Susan Carney, and Gila Reinstein "Confidential." Under the protective order, no person affiliated with Dongguk University may disclose any portion of the video recording, transcript, or contents of any of those depositions to any third party. If you have any questions or concerns about the confidentiality of these depositions, please let us know as soon as possible, so that we may resolve this issue before the depositions.

Sincerely,

*Felix*

Felix J. Springer

cc:   Ira Grudberg, Esq.