# EXHIBIT 38



# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

FELIX J. SPRINGER
Attorney at Law

242 Trumbull Street
Hartford, CT 06103
T: (860) 275 0184 F: (860) 881 2462
fjspringer@daypitney.com

September 19, 2008

Robert A. Weiner
McDermott Will & Emery
340 Madison Avenue
New York, NY 10173

Re:   Dongguk University v. Yale University, No. 3:08-CV-00441 (RNC)

Dear Bob:

I was dismayed to see the attached articles in the English-language Digital Chosun Ilbo and Korea Times. The information in these articles was published widely in the Korean-language press and broadcast media. As you will see, the Digital Chosun Ilbo article quotes Vice President Han, who participated in last month's mediation, describing in detail what he claims was Yale's settlement offer. Your client's unacceptable behavior violates the norms of court-assisted mediation and will make it far more difficult for Yale to participate in any further efforts to settle this matter. Yale is also concerned that this behavior reflects an attitude on the part of your client that, as a Korean institution, it has no obligation to follow the standards that apply to litigation in the U.S. I trust you will remind your client of its obligations to the Court in which it has brought its claims.

Very truly yours,

Felix J. Springer

Attachments

cc:   Hon. Donna F. Martinez (with attachments)

**DIGITAL CHOSUN**
**The Chosun Ilbo**

### Yale Apologizes for Shin Scandal Blunder

Yale University offered to publish a letter of apology in major Korean dailies and make a public apology at a press conference on condition that Dongguk drop a lawsuit against the Ivy League college for mistakenly verifying the fake Ph.D. of the disgraced star curator Shin Jeong-ah.

Dongguk University Vice President Han Jin-soo said, "In the first settlement talks held in a U.S. court prior to a hearing on Aug. 28, Yale offered to hold an official press conference if Dongguk drops the lawsuit, and spend US$100,000 to publish a letter of apology in newspapers."

Yale also offered a world-class educational cooperation program to help Dongguk regain its reputation.

But Dongguk turned down the offer and the settlement talks collapsed, as Dongguk was ready to go to trial to restore its honor.

When Dongguk asked for the verification of Shin's degree in September 2005, Pamela Schirmeister, associate dean of Yale Graduate School, faxed a document confirming that Shin has obtained a Ph.D. degree there. But when it became clear that the degree was fake in 2007, Yale denied faxing the document. In November 2007, Yale University President Richard Levin, however, sent a letter of apology to Dongguk, admitting the university mistakenly verified her degree.

In March, Dongguk filed a civil lawsuit against Yale at the Connecticut District Court for defamation and sought a minimum of US$50 million in damages.

url: http://english.chosun.com/w21data/html/news/200809/200809180009.html

Copyright (c)2003 DIGITAL CHOSUN All rights reserved.
Contact letters@chosun.com for more information.
Privacy Statement Contact privacy@chosun.com

09-18-2008 18:37  PRINT

# Dongguk Snubs Yale's Compromise Offer

By Kim Rahn
Staff Reporter

Dongguk University has refused to accept Yale University's offer to make a public apology for its administrative error involving the false diploma of disgraced art professor Shin Jeong-ah.

The Seoul school said it would continue its compensation suit, in which it seeks $50 million for defamation.

An official of the university said Thursday that Yale had proposed a compromise during the first settlement hearing held at the Connecticut District Court on Aug. 28.

"The U.S. school said it would hold a press briefing to make a public apology for its mistake and place apologetic ads in Korean newspapers as well as $100,000 if Dongguk drops the suit. It also offered to develop joint education programs," the official said.

The school, however, refused the offer. "We refused, as we thought we can regain our honor by winning the suit," he said.

Last year, it was found that a former Dongguk professor Shin had faked her diplomas to claim that she obtained her doctorate at Yale. In 2005 when the school hired Shin, Yale mistakenly confirmed the authenticity of Shin's degree, but it denied the confirmation when the fake degree scandal erupted in 2007.

Later that year, Yale admitted its error, and Yale President Richard C. Levin sent a letter of apology to Dongguk President Oh Young-kyo. But Dongguk filed a suit early this year for defamation, demanding Yale pay $50 million in compensation.

rahnita@koreatimes.co.kr