IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONGGUK UNIVERSITY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>　　　　　　Defendant. | Civil Action No. 3:08-CV-00441-TLM |

## PLAINTIFF DONGGUK UNIVERSITY'S MOTION TO COMPEL DEFENDANT YALE UNIVERSITY TO COMPLY WITH ITS ELECTRONIC DISCOVERY OBLIGATIONS

Plaintiff Dongguk University, through its undersigned counsel, hereby moves this Court for an order, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure ("FRCP"), to compel defendant Yale University ("Yale") to comply with its electronic discovery obligations. Pursuant to Local Rule 7(a)1, any memoranda in opposition to this motion shall be served within 21 days of the filing of this motion.

Dated:　　　New York, New York
　　　　　　June 24, 2010

　　　　　　　　　　　　　　　　　　McDERMOTT WILL & EMERY LLP

　　　　　　　　　　　　　　　　　　By: /s/ Robert A. Weiner
　　　　　　　　　　　　　　　　　　　　Robert A. Weiner
　　　　　　　　　　　　　　　　　　　　Audrey Lu
　　　　　　　　　　　　　　　　　　340 Madison Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10173-1922
　　　　　　　　　　　　　　　　　　(212) 547-5400
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Dongguk University*

Of Counsel:
Ira Grudberg
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange Street
New Haven, Connecticut 06511
(203) 951-3720

**ORAL ARGUMENT REQUESTED**