IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONGGUK UNIVERSITY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>　　　　　Defendant. | Civil Action No. 3:08-CV-00441-TLM<br><br>**DECLARATION OF AUDREY LU IN SUPPORT OF PLAINTIFF DONGGUK UNIVERSITY'S MOTION TO COMPEL DEFENDANT YALE UNIVERSITY TO COMPLY WITH ITS ELECTRONIC DISCOVERY OBLIGATIONS** |

AUDREY LU, pursuant to 28 U.S.C. § 1746, declares as follows:

1.　　I am an attorney at the firm of McDermott Will & Emery LLP, counsel for plaintiff Dongguk University ("Dongguk") in the above-captioned matter. I respectfully submit this declaration in support of Dongguk's Motion to Compel defendant Yale University ("Yale") to Comply with its Electronic Discovery Obligations. I have personal knowledge of the facts set forth herein.

2.　　A true and complete copy of Dongguk's First Set of Requests for Production to Yale, dated March 19, 2009, is annexed hereto as Exhibit A.

3.　　A true and complete copy of a letter from Dongguk's counsel to Yale's counsel, dated April 9, 2009, is annexed hereto as Exhibit B.

4.　　A true and complete copy of an e-mail chain between Dongguk's counsel and Yale's counsel, dated April 15, 2009, is annexed hereto as Exhibit C.

5.　　A true and complete copy of an e-mail from Yale's counsel to Dongguk's counsel, dated April 23, 2009, is annexed hereto as Exhibit D.

-2-

6. A true and complete copy of a letter from Dongguk's counsel to Yale's counsel, dated May 5, 2009, is annexed hereto as Exhibit E.

7. A true and complete copy of a letter from Dongguk's counsel to Yale's counsel, dated August 6, 2009, is annexed hereto as Exhibit F.

8. True and complete copies of the three e-mails, dated July 6, 2007, and referenced in the August 6, 2009 letter are annexed hereto as Exhibit G.

9. A true and complete copy of a letter from Yale's counsel to Dongguk's counsel, dated August 26, 2009, is annexed hereto as Exhibit H.

10. A true and complete copy of a letter from Dongguk's counsel to Yale's counsel, dated September 21, 2009, is annexed hereto as Exhibit I.

11. A true and complete copy of a letter from Dongguk's counsel to Yale's counsel, dated October 19, 2009, is annexed hereto as Exhibit J.

12. A true and complete copy of a letter from Yale's counsel to Dongguk's counsel, dated November 9, 2009, is annexed hereto as Exhibit K.

13. A true and complete copy of an e-mail chain between Dongguk's counsel and Yale's counsel, dated February 3, 2010, is annexed hereto as Exhibit L.

14. A true and complete copy of the February 4, 2008 e-mail from Gila Reinstein ("Reinstein") to George Joseph, referred to Dongguk's counsel's February 3, 2010 e-mail is annexed hereto as Exhibit M.

15. True and complete copies of the relevant pages from the Reinstein deposition, dated February 4, 2010, are annexed hereto as Exhibit N.

16. A true and complete copy of Dongguk's Third Set of Requests for Production to Yale, dated February 5, 2010, is annexed hereto as Exhibit O.

17. A true and complete copy of a letter from Yale's counsel to Dongguk's counsel, dated February 25, 2010, is annexed hereto as Exhibit P.

18. A true and complete copy of Yale's Responses to Dongguk's Third Set of Requests for Production, dated March 8, 2010, and the documents produced with the responses are annexed hereto as Exhibit Q.

19. A true and complete copy of a letter from Dongguk's counsel to Yale's counsel, dated March 9, 2010, is annexed hereto as Exhibit R.

20. A true and complete copy of a letter from Dongguk's counsel to Yale's counsel, dated March 16, 2010, is annexed hereto as Exhibit S.

21. A true and complete copy of a letter from Yale's counsel to Dongguk's counsel, dated March 19, 2010, is annexed hereto as Exhibit T.

22. A true and complete copy of a letter from Yale's counsel to Dongguk's counsel, dated the June 8, 2010, is annexed hereto as Exhibit U.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge.

_____
Audrey Lu

Dated:  June 24, 2010