# EXHIBIT G



Dear Pamela Schirmeister,

I am writing this letter in need of verification on your records about Ms. Jeong Ah Shin for whom, according to the documents we have, in 2005, you issued a Ph.D. certification letter to our school, Dongguk University, in Seoul, Korea.

According to one of the documents, in May 27, 2005, you issued a certification letter saying that Jeong Ah Shin (dob: April 28, 1972) got a Ph.D. in the major of History of Art and graduated in May 2005. The letter was carbon copied to Professor Christine Mehring and the Department of the History of Art.  Moreover, in response to our letter of asking your verification of the May letter, in September 22, 2005, you faxed us, saying that you confirmed that the May letter was issued by the Yale Graduate School and signed by you.

On the contrary to your statements, however, upon our request for the verification of Ms. Shin's status on whether she got a Ph.D. in the Department of the History of Art, Susan Emerson, the registrar of the Department of the History of Art informed us that Jeong Ah Shin did not receive a Ph.D. in the History of Art Department. Also Professor Mehring emailed saying that she did not advise Jeong Ah Shin and does not know her.

Faced with these two contradictory statements from Yale University about Ms. Jeong Ah Shin, we are obligded to ask you again whether you really issued the May and September certification letter on behalf of the Yale Graduate School. If Jeong Ah Shin received a Ph.D. in the major of the History of Art under  Professor Mehring, as you confirmed, why do you think Susan Emerson and Dr. Christine Mehring have denied what you wrote about Ms. Shin?

It will be very kind of you if you double check both the registrar of the Yale Graduate School and  the History of Art Department with regard to our inquiry about Ms. Shin's status on whether she really got a Ph.D. in the History of Art Department under the supervison of Dr. Mehring.  Your quick reply to this will be greatly appreciated.

Sincerely,

Euiyon Cho, Ph.D.

Euiyon Cho

Professor
Department of English
Director
Management and Supervision,
President's Office

26.3 pil-dong, chung gu, seoul 100-715,
Korea
E-mail : choey@dongguk.edu

DONGGUK UNIVERSITY



| | |
|---|---|
| 다음받지 -- invitation to conference from Seoul Korea | \<mkoller@japonline.org\> |
| 이전받지 -- 오랜대화 되었읍니다 | \<pearl781103@hanmail.net\> |
| · 한글과 휴지어 | \<people@hankyung.com\> |
| 오랜 대화 했다 | \<people@hankyung.com\> |





**Away From My Mail** — Pamela Schirmeister <pamela.schirmeister@ya...>, 2007년 07월 06일 15시 44분, to choey@dongguk.edu

I will be away from the office until Monday, July 16, with only sporadic e-mail contact. If you need immediate assistance, please contact my assistant at alicia.grendziszewski@yale.edu. Otherwise, I'll respond to your message when I return.

Thanks for your patience.