# EXHIBIT J

# McDermott
# Will & Emery

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan
Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Robert A. Weiner
Partner
rweiner@mwe.com
+1 212 547 5408

October 19, 2009

**VIA FED-EX**

Howard Fetner, Esq.
Day Pitney LLP
1 Audubon Street
New Haven, Connecticut  06511

Re:     Dongguk University v. Yale University, No. 3:03-CV-00441 (RNC)

Dear Howard:

        As I explained at the October 7, 2009 meet and confer, we are concerned about the
completeness of Yale's document production.  As you also know, we believe that Yale has not
used the correct methods and procedures to collect, preserve and produce electronically stored
information.  Rather than directly address our concerns, you asked us to provide you with our
specific concerns regarding Yale's document production and the documents from Yale's
production that address those concerns.

        Although we are not sure that this is the right way to proceed, by this letter we will detail
the deficiencies that have we noted in Yale's production of electronically stored information
("ESI").  We will also discuss our concerns about Yale's hard copy production and its privilege
log.

        First, attached as Exhibits A (Bates Nos. YALE00007037-7044), B (Bates Nos.
YALE00007053-7085), C (Bates Nos. YALE00007086-7115), D (Bates Nos. YALE00007116-
7162), and E (Bates Nos. YALE00007163-7202) are sets of emails that we cannot even begin to
understand.  Each set appears to be a single email chain.  However, we are not sure how this
could be possible since within the set, the same emails seem to repeat over and over again
throughout "the chain."

        For example, in Bates range YALE00007053-7085, the December 28, 2007 e-mail from
Kevin Kim to Reinstein repeats within the "chain" on Bates Nos. YALE00007053,
YALE00007057, YALE00007061, YALE00007066, YALE00007072, and YALE00007078.
Please explain what these sets of emails are, and, if and how they should be broken up.  If you
are unable to identify what these emails are, please provide them in native format or the metadata
for these emails so we can figure out where the different chains begin and end.

U.S. practice conducted through McDermott Will & Emery LLP.
NYK 1227244-2.081817.0011
340 Madison Avenue  New York, New York  10173-1922  Telephone: +1 212 547 5400  Facsimile: +1 212 547 5444  www.mwe.com

Howard Fetner, Esq.
October 19, 2009
Page 2

Second, attached as Exhibit F is a list of emails/documents where various pages of the email/document are missing. For example, Bates No. YALE00000689 (attached as Exhibit G), is a four-page e-mail, but pages 2-4 were not produced with it. If the documents were properly collected all four pages of the email should be consecutive within the production. Even assuming that the remaining pages of the email are in the production, this indicates the collection was done incorrectly. Please produce the missing pages and if the pages cannot be produced, please explain why.

Third, attached as Exhibit H is a list of emails/documents where the attachments to those emails/documents were not produced. This is true of both emails and hard copy documents. Please produce all attachments referenced in Exhibit H.

For example, YALE00000668 (attached as Exhibit I) is a July 10, 2007 e-mail from Alicia Grendziszewski to Mihee Ahn (Gwangju Biennale Foundation). The header and the text of the original email indicate that there were four attachments. However, none of the attachments to the email were produced.

Also, for example, Bates Nos. YALE00000045-46 and YALE00000047-48 (attached as Exhibit J) are briefing memoranda from Helaine Klasky to President Levin regarding various interviews with Korean media. However, the attachments to the memoranda, which include articles and documents about the Shin case, were not produced. If the attachments cannot be produced, please explain why.

Fourth, attached as Exhibit K is a list of emails that have not been independently produced. The list includes the Bates No. on which the missing email is located and the information identifying the missing email within the chain. For example, YALE00000004-5 (attached as Exhibit L) is a chain of emails on July 4-5, 2007 from ytd25@hanmail.net to Pamela Schirmeister and forwarded to Grendziszewski. While we have copies of the first and second emails in the chain, the third email from ytd25@hanmail.net to Schirmeister was not separately produced. Please identify ytd25@hanmail.net.

Fifth, we have not received a complete email production. Attached as Exhibit M is a list of emails that reflect the fact that for many emails, multiple people were involved in the email as either a sender, a recipient, a "cc" and, possibly, a "bcc." Rather than produce a copy of the email from each person who should have had it in his or her files, Yale has randomly produced these emails from different sources.

In some cases, Yale only produced a "cc" copy from one of the "cc's," but not from the other "cc's." Nor did it provide copies of the email from the sender or the recipient. In other cases, Yale produced the recipient's copy, but not the sender's copy or any of the "cc's" or "bcc's" copies. In still other cases, Yale produced the sender's copy but not the "cc's" or recipient's copies.

Howard Fetner, Esq.
October 19, 2009
Page 3

For example, YALE00005965 (attached as Exhibit N) is a December 30, 2007 email from Butler to seven (7) other individuals. However, only a single copy from Stephen Goot's email files was produced. In other words, copies from the seven people are missing, including from the sender Butler.

At a minimum, it is essential that we receive all senders' emails since only those emails will reflect whether a blind copy of the email was sent. As to emails where the "cc" copies were not produced or where the recipient's email was not produced, we are concerned that the ESI for those people were not properly searched which would explain why Yale did not produce all emails which should have existed in the files of employees who sent or received emails.

For your convenience, we created a list of every person who appeared as a "bcc," "cc," sender or recipient of emails that Yale has produced. The list is attached hereto as Exhibit O. Based upon our preliminary review, we know that we do not have a complete email production from the following people:

- Edward Barnaby
- Susan Carney
- Nicole Chardiet
- Nina Glickson
- Stephen Goot
- David Joselit
- Helaine Klasky
- Gila Reinstein
- Pamela Schirmeister

Please explain how the ESI of these individuals as well as the other people listed in Exhibit O were searched and for each individual, tell us whether the search was limited to the downloading of the person's hard drive or whether Yale also searched its back-up logs and/or servers for emails sent by or received by those individuals.

Also based on the list in Exhibit O, it appears that the following key individual's ESI and documents have not been searched at all:

- Tim Barringer
- Jon Butler
- Tom Conroy
- Susan Emerson
- George Joseph
- Richard Levin
- Christine Mehring
- Dorothy Robinson

Howard Fetner, Esq.
October 19, 2009
Page 4

- Richard Sleight
- Steven Sprowson

Please confirm whether the ESI and documents of these individuals have, in fact, been searched and, if so, how.  If not, please explain why not.

Sixth, for several documents, we are unable to determine who the custodian of the document is or who the author of the handwriting on the document is.  Please identify the information requested below:

- Bates Nos. YALE00007003-7012:  Please identify the author of the handwriting within this document.
- Bates Nos. YALE00000897:  Please identify who performed this interview with Schirmeister, as well as any other individuals who were present for the interview.
- Bates Nos. YALE00007360, YALE00007393, YALE00007394, YALE00007886-7899:  Please identify the author of these handwritten notes.
- Bates Nos. YALE00000646-648:  Please identify who this fax was sent to and who the custodian of this document is.
- Bates No. YALE00008124:  Please identify the author of these handwritten notes.

Seventh, on many of Susan Carney's emails, it appears that a blind copy of the email was sent to email address "f\D Group\Dongguk U."  Attached as Exhibit P are several examples of the emails containing this "bcc."  Please tell us the names of everyone who received blind emails addressed to "f\D Group\Dongguk U."

Eighth, we are confused about YALE00000015 (attached as Exhibit Q).  It appears to be a January 17, 2007 email from Edward Barnaby to Schirmeister with draft language.  However, it starts with the word "Finally" and it also seems that Barnaby is speaking in the third person.  Please tell us whether this email is complete.

Ninth, we do not understand what YALE00000038 is (attached as Exhibit R).  It appears to be an email but there is no header information.  Additionally, no attachment was included with this document.  Please explain what this document is.

Tenth, Yale's production indicates a clear lack of documents from the Yale Police Department.  While there appear to be many emails from Carney to Sgt. Peter Brano forwarding information about the case, there are few emails, and even fewer emails relevant to the case, from Brano back to Carney in response.  Additionally, Yale has not produced any hard copy documents such as a case file, interview and other notes, final reports regarding the investigation, or other hard copy documents one would expect the police department to maintain.  Please explain:

Howard Fetner, Esq.
October 19, 2009
Page 5

- why were no such documents produced?
- what was the exact investigation the Yale Police Department was asked to conduct?
- who was interviewed?
- what did the Yale Police Department do to investigate the issue?
- what was the outcome/determination of the investigation?

Eleventh, we still have very few documents/emails between and among the employees of the Office of Public Affairs from between June 2007 and August 2007. From your prior production, we know there was substantial public relations activities activity going on during that time period (i.e., questions from the media and other third parties, emails from Carney regarding how to respond). At the very least, we would expect to see calendar entries that reflect meetings about the Shin matter (i.e., Conroy was being "briefed"). Specifically, we seem to be missing documents from between June 18, 2007 and July 3, 2007, which seems to be a critical time period. Please let us know if any calendars or notes exist.

Twelfth, we have vey few communications with the media or other documents regarding communications with the media. While we have some email inquiries, you have not produced any notes from conversations with reporters, any calendar entries about scheduled interviews, no "briefing memos" like the ones prepared for President Levin by Klasky (discussed above). Please explain whether any documents were prepared or emails sent internally regarding media interviews. If so, please produce those documents.

Thirteenth, noticeably absent from Yale's document production is anything related to the preparation for Reinstein's interview with MBC. Thus, for that interview specifically, please answer the following questions:

- Did MBC or Yale request that the interview be arranged?
- Who was Reinstein's contact at MBC?
- How did Reinstein prepare for the interview, including any handwritten notes or briefing memorandums?
- Did anyone prepare Reinstein for the interview?
- Were there any meetings in advance about the interview?

Fourteenth, we have still not received a response to our October 5, 2009 letter regarding our concerns with Yale's privilege logs, which is attached as Exhibit S. We request that Yale address the concerns in that letter and promptly provide the information it requests.

Howard Fetner, Esq.
October 19, 2009
Page 6

Additionally, please explain why Yale is claiming the attorney-client privilege for communications where no attorney was a participant. Below are a few examples of emails that have been redacted for attorney-client privilege from Yale's redacted documents log, where clearly no attorney is listed as either the author, recipient, "cc" or "bcc:"

| Bates No. | Type | Date | Author | Recipient |
|-----------|------|------|--------|-----------|
| YALE00007057 | E-mail | 12/27/07 | Gila Reinstein | Helaine Klasky |
| YALE00007549 | E-mail | 12/28/07 | Helaine Klasky | Gila Reinstein |
| YALE00007215 | E-mail | 1/1/08 | Pamela Schirmeister | Jon Butler |
| YALE00007614 | E-mail | 1/17/08 | Pamela Schirmeister | Gila Reinstein |
| YALE00007742 | E-mail | 1/29/08 | Pamela Schirmeister | Jon Butler |

Moreover, the below are additional examples of emails that have been withheld for attorney-client privilege listed on Yale's privilege log, where no attorney appears to be part of the conversation:

| No. | Type | Date | Author | Recipient(s) |
|-----|------|------|--------|--------------|
| 163 | E-Mail | 10/19/07 | Tom Conroy | Gila Reinstein |
| 165 | E-Mail | 12/28/07 | Helaine Klasky | Gila Reinstein Tom Conroy |
| 166 | E-Mail | 12/28/07 | Gila Reinstein | Helaine Klasky |
| 177 | E-mail | 1/17/08 | Pamela Schirmeister | Edward Barnaby |
| 198 | E-mail | 1/25/08 | Pamela Schirmeister | Jon Butler |

Sincerely yours,

*Robert A Weiner*

Robert A. Weiner
Enclosures

cc:   Felix J. Springer, Esq.
      Ira Grudberg, Esq.
      Nathanael Kelley, Esq.
      Audrey Lu, Esq.

# EXHIBIT A

**From:** Edward Barnaby <edward.barnaby@yale.edu>
**Date:** June 15, 2007 11:01:03 AM EDT
**To:** Susan Emerson <susan.emerson@yale.edu>, Stephen Goot
<Stephen.Goot@yale.edu>, David Joselit <david.joselit@yale.edu>,
christine.mehring@yale.edu, Pamela Schirmeister
<pamela.schirmeister@yale.edu>
**Cc:** Susan L Carney <susan.carney@yale.edu>, Jon Butler <jon.butler@yale.edu>
**Subject: Jeong ah Shin**

This matter has been referred to the Office of General Counsel. It will be assigned
a representative from the Office of Public Affairs. Should anyone contact you
regarding Jeong ah Shin, please decline to offer information. Once a contact in
Public Affairs has been named, you can refer inquiries to that person. I will be in
touch with the contact's information as soon as I receive it.

Regards,
Ed

At 08:10 AM 6/15/2007, Edward Barnaby wrote:
  I heard from a faculty member at University in Missouri yesterday who was asked
  to follow up with the Graduate School by the university in Korea that hired
  this Jeong ah Shin. I will look into it today. I don't think there should be
  any formal response to journalists. I will identify a contact, which should
  probably be in the Office of Public Affairs, and get back to you.

  Ed



Quoting Susan Emerson <susan.emerson@yale.edu>:

  Dear Stephen,

  Is there some way we reach closure on this?

  Thanks,

  Susan

    Date: Fri, 15 Jun 2007 17:43:11 +0900 (KST)
    From: sys@kbs.co.kr
    To: susan.emerson@yale.edu
    Subject: Dear Susan Emerson~!!
    X-TERRACE-SPAMMARK: NO      (SR:39.99)
      (by Terrace)
    X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
    X-Yale-Not-Spam: For more info see: http://www.yale.edu/email/spam/
    content.html

YALE00007037

X-Yale-Spam-Score:  (0.688)
X-Yale-Filter-Score: 0.688
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.10

Dear grand registra of Graduate studies in history of Art
<?xml:namespace prefix = o ns = "urn:schemas-microsoft-com:office:office" />

Sorry for sending email to you again. But I really need your answer to withdraw the doubt.

I've already got Professor Christine' answer.

He said, " he has never Ms. Shin's name" through his e-mail.

Ms. shin expresses gratitude to Professor Christine mentioning how his cogent criticism and unfailing support kept her and her project afloat." in Acknowledements of her PhDs dissertation.

Through Professor Christine's answer, I' m almost sure that she doesn't have doctor'degree.

But I need your answer to make sure.

And Professor also said, I might contact the Registrar's Office at the Yale Graduate School to see whether she was enrolled in some other department.

So I'd like to sincerely ask you again to help me by providing names and titles of dissertation if your department produced any MAs or PhDs who were from Korea for the past 4-5 years. and whether she was enrolled in Graduate studies in history of Art.

YALE00007038

I need your help....please send me your answer as soon as possible !!

I will greatly appreciate your cooperation.

I don't have enough.

Sincerely yours,

Young-seok Song

Reporter

Social Affairs Team

KBS

tel 82-2-781-4441

mobile 82-10-8252-1887

YALE00007039

〖

Susan Emerson
Registrar
Department of the History of Art
Yale University
203.432.2669
http://www.yale.edu/arthistory


Edward Barnaby
Assistant Dean

Graduate School of Arts and Sciences
Yale University

Edward Barnaby
Assistant Dean

Graduate School of Arts and Sciences
Yale University
320 York Street, HGS 135
P.O. Box 208236
New Haven, CT 06520-8236
203.436.2628
203.432.6904  (fax)

**From:** Susan Carney <susan.carney@yale.edu>
**Date:** June 15, 2007 11:25:00 AM EDT
**To:** Edward Barnaby <edward.barnaby@yale.edu>, Susan Emerson
<susan.emerson@yale.edu>, Stephen Goot <Stephen.Goot@yale.edu>, David
Joselit <david.joselit@yale.edu>, christine.mehring@yale.edu, Pamela
Schirmeister <pamela.schirmeister@yale.edu>
**Cc:** Jon Butler <jon.butler@yale.edu>, thomas.conroy@yale.edu
**Subject: Re: Jeong ah Shin**

Tom Conroy from OPA has been briefed generally and is available
to assist. I will be giving him more info as I receive it.
Thanks,
//Susan

At 11:01 AM 6/15/2007, Edward Barnaby wrote:
This matter has been referred to the Office of General Counsel.
It will be assigned a representative from the Office of Public
Affairs.  Should anyone contact you regarding Jeong ah Shin,

YALE00007040

please decline to offer information.  Once a contact in Public
Affairs has been named, you can refer inquiries to that person.
I will be in touch with the contact's information as soon as I
receive it.

Regards,
Ed

At 08:10 AM 6/15/2007, Edward Barnaby wrote:
I heard from a faculty member at University in Missouri
yesterday who was asked
to follow up with the Graduate School by the university in Korea
that hired
this Jeong ah Shin.  I will look into it today.  I don't think
there should be
any formal response to journalists.  I will identify a contact,
which should
probably be in the Office of Public Affairs, and get back to
you.

Ed

Quoting Susan Emerson <susan.emerson@yale.edu>:

Dear Stephen,

Is there some way we reach closure on this?

Thanks,

Susan

Date: Fri, 15 Jun 2007 17:43:11 +0900 (KST)
From: sys@kbs.co.kr
To: susan.emerson@yale.edu
Subject: Dear Susan Emerson~!!
X-TERRACE-SPAMMARK: NO        (SR:39.99)
  (by Terrace)
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
X-Yale-Not-Spam: For more info see: http://www.yale.edu/email/
spam/content.html
X-Yale-Spam-Score:  (0.688)
X-Yale-Filter-Score: 0.688
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.10

Dear grand registra of Graduate studies in history of Art

```
<?xml:namespace prefix = o ns = "urn:schemas-microsoft-
com:office:office" />
```

Sorry for sending email to you again. But I really need your
answer to withdraw the doubt.

I've already got Professor Christine' answer.

He said, " he has never Ms. Shin's name" through his e-mail.

Ms. shin expresses gratitude to Professor Christine mentioning
how his cogent criticism and unfailing support kept her and her
project afloat." in Acknowledements of her PhDs dissertation.

Through Professor Christine's answer, I' m almost sure that she
doesn't have doctor'degree.

But I need your answer to make sure.

And Professor also said, I might contact the Registrar's Office
at the Yale Graduate School to see whether she was enrolled in
some other department.

So I'd like to sincerely ask you again to help me by providing
names and titles of dissertation if your department produced any
MAs or PhDs who were from Korea for the past 4-5 years. and
whether she was enrolled in Graduate studies in history of Art.

I need your help....please send me your answer as soon as
possible !!

YALE00007042

I will greatly appreciate your cooperation.

I don't have enough.

Sincerely yours,

Young-seok Song

Reporter

Social Affairs Team

KBS

tel 82-2-781-4441

mobile 82-10-8252-1887

[ ]

[ ]

YALE00007043

Susan Emerson
Registrar
Department of the History of Art
Yale University
203.432.2669
http://www.yale.edu/arthistory


Edward Barnaby
Assistant Dean

Graduate School of Arts and Sciences
Yale University

Edward Barnaby
Assistant Dean

Graduate School of Arts and Sciences
Yale University
320 York Street, HGS 135
P.O. Box 208236
New Haven, CT 06520-8236
203.436.2628
203.432.6904  (fax)

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *
*   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Susan L. Carney          *Regular mail:*
Deputy General Counsel   P.O. Box 208255
Yale University          New Haven, CT 06520-8255
T: (203) 432-4949              *Overnight mail:*
F: (203) 432-7960               2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu    New Haven, CT 06510

*NOTE: This email communication may be privileged and confidential. If it is not clear that
you are an intended recipient, please promptly notify
the sender of your receipt of this email and delete the transmittal and any attachments.
If you have received this email in error, you are not permitted
to review, copy, or distribute this email or any attachments. If this communication
concerns a proposed agreement, be advised that this message and electronic signature do
not constitute an acceptance of any proposed terms.*

YALE00007044

# EXHIBIT B

# Redacted

Begin forwarded message:
**From:** Helaine Klasky <helaine.klasky@yale.edu>
**Date:** December 27, 2007 4:43:45 PM EST
**To:** jon.butler@yale.edu;dorothy.robinson@yale.edu;;
**Subject:** FW: Fwd: Kevin Kim, Chosun Ilbo

```
---- Original Message ----
From: "gila.reinstein@yale.edu" <gila.reinstein@yale.edu>
Date: 12/27/07 3:58 pm
To: "tom.conroy@yale.edu" <tom.conroy@yale.edu> ; "helaine.klasky@yale.edu"
<helaine.klasky@yale.edu> ; "susan.carney@yale.edu" <susan.carney@yale.edu>
Subj: Fwd: Kevin Kim, Chosun Ilbo


----- Forwarded message from khkim@chosun.com -----
   Date: Fri, 28 Dec 2007 04:20:33 +0900
   From: khkim@chosun.com
Reply-To: khkim@chosun.com
Subject: Kevin Kim, Chosun Ilbo
     To: gila.reinstein@yale.edu

Thank you Gila for quick response.
```

I want to advise you that Dong-Kuk University is in very strong position
to hold Yale responsibe for this matter. It thinks that it started to
get involved in this case since Yale sent the answering fax making
Dong-Kuk believe that Ms. Shin had received the degree at Yale. If Yale
had said 'No', it would not have hired her, it insists. The University
seems not to avoid legal procedures against Yale, which may exemt it
from legal responsibility in Korea.
Now the focus has changed from Shin's fake diploma to why Ms.
Schirmeister sent the confirming fax to Dong-Kuk, which you said was of
totally different format from what Yale has been employing. Some doubt
that somebody in the Graduate School was involved in the fake diploma
case no matter what the reason was. That is why Yale needs internal
audit and in worst senario needs to ask FBI for investigation.

I want you to be advised that the focus has changed to Yale, and your
effort in good faith will contribute to protect Yale's interest. I will
look forward to getting more information as soon as possible. Please let
me know any kind of development.

Best wishes for the New Year.

Take care,

Kevin


----- Original Message -----
From: gila.reinstein@yale.edu
To: khkim@chosun.com
Date: 2007-12-28 01:14:57
Subject: Re: Urgent!! Kevin Kim, Chosun Ilbo

Kevin,
I will look into these matters for you. Please be advised that Yale
is
currently in the midst of a winter recess. Offices are closed from
Christmas through New Year's, and many members of the faculty and
staff
use the time to travel. Classes don't resume until January 14. I may
not be able to give you any answers until January 2 or even later,
for
that reason.

This I can say for sure: Ms Shin NEVER EARNED A DEGREE FROM YALE
UNIVERSITY. She was never enrolled in the Graduate School (or any
school at Yale), and the diploma she produced is DEFINITELY A FAKE. I
saw a copy of it, and I can confirm with certainly that it is not a
genuine diploma from 2005, as Ms. Shin claims. It appears to be a
diploma issued in 1993 that was altered to change the year and the
name
of the person receiving the degree. I spoke directly to the Graduate
School registrar and to the Alumni Records office, who confirmed that
there is no information in their files about Ms. Shin. Had she
attended
Yale, both offices would have information about her in their
databases.

I'll be in touch when I have more information.

Best wishes for the new year.

Sincerely,
Gila Reinstein


Quoting khkim@chosun.com:

Hello Gila,

YALE00007054

I am Kevin Kim, New York Bureau Chief of Chosun Ilbo, Korea. I think
you remember me having visited you twice at the office.

I am sorry to bother you with the same issue as when I visited you,
Ms. Shin Jeong-A's fake diploma. I have some developments from the
Dong-Kuk University that hired Ms. Shin as professor.

It announced that Yale had sent a letter telling that Yale's fax
answer to Donk-Kuk about Shin's diploma was genuine, which was sent
under the name of Susan Carney, Deputy General Counsel, Office of
General Counsel. The letter is saying that professor Pamela
Schirmeister in person signed the answering fax but the signatuer was
done wrong "in the rush of business."

The Dong-Kuk University said that it did not believe Yale's
explanation of "in the rush of business" and that it requested
internal audit at Yale. If Yale fails to find out why it happend, it
will ask U.S. government agency for investigation.

I am so surprised about the announcement because it is totally
differnent from what you have been telling me. So I want to know the
following.

- Is Dong-Kuk's announcement true?


- How come this purplexing result?


- How come professor Schirmeister signed the fax?


- Have she ever met Ms. Shin before? or did she just  carelessly sign
the fax handed from secretary?


- How did Ms. Shirmeister respond?


- Is she working in the college these days? I want to contact her for
interview.


-Have you already started internal audit?


-Is anybody in the college possibly involved in other people outside
working for dissertation-support organization?


Looking forward your quick responses,

Regards,

Kevin Kihun Kim

New York Bureau Chief
World News Desk
The Chosun Ilbo (Daily)

453-A, UN Headquarters, 405 E 42nd St.,
New York, NY 10017-3507
Phone 212-963-8921

YALE00007055

```
Fax 201-784-1173
Cellular 201-618-9631
Email : khkim@chosun.com
Website : www.chosun.com
```

----- End forwarded message -----
)

# Redacted

On Dec 27, 2007, at 9:37 PM, Helaine Klasky wrote:

Do you have anylanguage on this?

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

YALE00007056

# Redacted

Quoting Helaine Klasky <helaine.klasky@yale.edu>:

I have forwarded this to Jon and Dorothy

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

---- Original Message ----
From: "gila.reinstein@yale.edu" <gila.reinstein@yale.edu>
Date: 12/27/07 3:58 pm
To: "tom.conroy@yale.edu" <tom.conroy@yale.edu> ;
"helaine.klasky@yale.edu" <helaine.klasky@yale.edu> ;
"susan.carney@yale.edu" <susan.carney@yale.edu>
Subj: Fwd: Kevin Kim, Chosun Ilbo

----- Forwarded message from khkim@chosun.com -----
 Date: Fri, 28 Dec 2007 04:20:33 +0900
 From: khkim@chosun.com
Reply-To: khkim@chosun.com
Subject: Kevin Kim, Chosun Ilbo
   To: gila.reinstein@yale.edu

Thank you Gila for quick response.

I want to advise you that Dong-Kuk University is in very strong position
to hold Yale responsibe for this matter. It thinks that it started to
get involved in this case since Yale sent the answering fax making
Dong-Kuk believe that Ms. Shin had received the degree at Yale. If Yale
had said 'No', it would not have hired her, it insists. The University
seems not to avoid legal procedures against Yale, which may exempt it
from legal responsibility in Korea.
Now the focus has changed from Shin's fake diploma to why Ms.
Schirmeister sent the confirming fax to Dong-Kuk, which you said was of
totally different format from what Yale has been employing. Some doubt
that somebody in the Graduate School was involved in the fake diploma
case no matter what the reason was. That is why Yale needs internal
audit and in worst senario needs to ask FBI for investigation.

I want you to be advised that the focus has changed to Yale, and your
effort in good faith will contribute to protect Yale's interest. I will
look forward to getting more information as soon as possible. Please let
me know any kind of development.

Best wishes for the New Year.

Take care,

Kevin

----- Original Message -----
From: gila.reinstein@yale.edu
To: khkim@chosun.com

YALE00007057

Date: 2007-12-28 01:14:57
Subject: Re: Urgent!! Kevin Kim, Chosun Ilbo

Kevin,
I will look into these matters for you. Please be advised that Yale
is
currently in the midst of a winter recess. Offices are closed from
Christmas through New Year's, and many members of the faculty and
staff
use the time to travel. Classes don't resume until January 14. I may
not be able to give you any answers until January 2 or even later,
for
that reason.

This I can say for sure: Ms Shin NEVER EARNED A DEGREE FROM YALE
UNIVERSITY. She was never enrolled in the Graduate School (or any
school at Yale), and the diploma she produced is DEFINITELY A FAKE. I
saw a copy of it, and I can confirm with certainly that it is not a
genuine diploma from 2005, as Ms. Shin claims. It appears to be a
diploma issued in 1993 that was altered to change the year and the
name
of the person receiving the degree. I spoke directly to the Graduate
School registrar and to the Alumni Records office, who confirmed that
there is no information in their files about Ms. Shin. Had she
attended
Yale, both offices would have information about her in their
databases.

I'll be in touch when I have more information.

Best wishes for the new year.

Sincerely,
Gila Reinstein


Quoting khkim@chosun.com:

Hello Gila,

I am Kevin Kim, New York Bureau Chief of Chosun Ilbo, Korea. I
think
you remember me having visited you twice at the office.

I am sorry to bother you with the same issue as when I visited you,
Ms. Shin Jeong-A's fake diploma. I have some developments from the
Dong-Kuk University that hired Ms. Shin as professor.

It announced that Yale had sent a letter telling that Yale's fax
answer to Donk-Kuk about Shin's diploma was genuine, which was sent
under the name of Susan Carney, Deputy General Counsel, Office of
General Counsel. The letter is saying that professor Pamela
Schirmeister in person signed the answering fax but the signatuer
was
done wrong "in the rush of business."

The Dong-Kuk University said that it did not believe Yale's
explanation of "in the rush of business" and that it requested
internal audit at Yale. If Yale fails to find out why it happend,
it
will ask U.S. government agency for investigation.

I am so surprised about the announcement because it is totally
differnent from what you have been telling me. So I want to know
the
following.

- Is Dong-Kuk's announcement true?

- How come this purplexing result?

- How come professor Schirmeister signed the fax?

- Have she ever met Ms. Shin before? or did she just  carelessly sign
the fax handed from secretary?

- How did Ms. Shirmeister respond?

- Is she working in the college these days? I want to contact her for
interview.

-Have you already started internal audit?

-Is anybody in the college possibly involved in other people outside
working for dissertation-support organization?

Looking forward your quick responses,

Regards,

Kevin Kihun Kim

New York Bureau Chief
World News Desk
The Chosun Ilbo (Daily)

453-A, UN Headquarters, 405 E 42nd St.,
New York, NY 10017-3507
Phone 212-963-8921
Fax 201-784-1173
Cellular 201-618-9631
Email : khkim@chosun.com
Website : www.chosun.com

----- End forwarded message -----
)


)

# Redacted

YALE00007059

Redacted

YALE00007060

# Redacted

On Dec 27, 2007, at 9:37 PM, Helaine Klasky wrote:

Do you have anylanguage on this?

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

# Redacted

Quoting Helaine Klasky <helaine.klasky@yale.edu>:

I have forwarded this to Jon and Dorothy

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

---- Original Message ----
From: "gila.reinstein@yale.edu" <gila.reinstein@yale.edu>
Date: 12/27/07 3:58 pm
To: "tom.conroy@yale.edu" <tom.conroy@yale.edu> ;
"helaine.klasky@yale.edu" <helaine.klasky@yale.edu> ;
"susan.carney@yale.edu" <susan.carney@yale.edu>
Subj: Fwd: Kevin Kim, Chosun Ilbo

----- Forwarded message from khkim@chosun.com -----
Date: Fri, 28 Dec 2007 04:20:33 +0900
From: khkim@chosun.com
Reply-To: khkim@chosun.com
Subject: Kevin Kim, Chosun Ilbo
  To: gila.reinstein@yale.edu

Thank you Gila for quick response.

I want to advise you that Dong-Kuk University is in very strong
position
to hold Yale responsibe for this matter. It thinks that it started to
get involved in this case since Yale sent the answering fax making
Dong-Kuk believe that Ms. Shin had received the degree at Yale. If
Yale
had said 'No', it would not have hired her, it insists. The
University
seems not to avoid legal procedures against Yale, which may exemt it
from legal responsibility in Korea.

YALE00007061

Now the focus has changed from Shin's fake diploma to why Ms.
Schirmeister sent the confirming fax to Dong-Kuk, which you said
was of
totally different format from what Yale has been employing. Some
doubt
that somebody in the Graduate School was involved in the fake diploma
case no matter what the reason was. That is why Yale needs internal
audit and in worst senario needs to ask FBI for investigation.

I want you to be advised that the focus has changed to Yale, and your
effort in good faith will contribute to protect Yale's interest. I
will
look forward to getting more information as soon as possible.
Please let
me know any kind of development.

Best wishes for the New Year.

Take care,

Kevin


----- Original Message -----
From: gila.reinstein@yale.edu
To: khkim@chosun.com
Date: 2007-12-28 01:14:57
Subject: Re: Urgent!! Kevin Kim, Chosun Ilbo

Kevin,
I will look into these matters for you. Please be advised that Yale
is
currently in the midst of a winter recess. Offices are closed from
Christmas through New Year's, and many members of the faculty and
staff
use the time to travel. Classes don't resume until January 14. I
may
not be able to give you any answers until January 2 or even later,
for
that reason.

This I can say for sure: Ms Shin NEVER EARNED A DEGREE FROM YALE
UNIVERSITY. She was never enrolled in the Graduate School (or any
school at Yale), and the diploma she produced is DEFINITELY A
FAKE. I
saw a copy of it, and I can confirm with certainly that it is not a
genuine diploma from 2005, as Ms. Shin claims. It appears to be a
diploma issued in 1993 that was altered to change the year and the
name
of the person receiving the degree. I spoke directly to the
Graduate
School registrar and to the Alumni Records office, who confirmed
that
there is no information in their files about Ms. Shin. Had she
attended
Yale, both offices would have information about her in their
databases.

I'll be in touch when I have more information.

Best wishes for the new year.

Sincerely,
Gila Reinstein


Quoting khkim@chosun.com:

Hello Gila,

YALE00007062

I am Kevin Kim, New York Bureau Chief of Chosun Ilbo, Korea. I think
you remember me having visited you twice at the office.

I am sorry to bother you with the same issue as when I visited you,
Ms. Shin Jeong-A's fake diploma. I have some developments from the
Dong-Kuk University that hired Ms. Shin as professor.

It announced that Yale had sent a letter telling that Yale's fax
answer to Donk-Kuk about Shin's diploma was genuine, which was sent
under the name of Susan Carney, Deputy General Counsel, Office of
General Counsel. The letter is saying that professor Pamela
Schirmeister in person signed the answering fax but the signatuer was
done wrong "in the rush of business."

The Dong-Kuk University said that it did not believe Yale's
explanation of "in the rush of business" and that it requested
internal audit at Yale. If Yale fails to find out why it happend, it
will ask U.S. government agency for investigation.

I am so surprised about the announcement because it is totally
differnent from what you have been telling me. So I want to know the
following.

- Is Dong-Kuk's announcement true?


- How come this purplexing result?


- How come professor Schirmeister signed the fax?
 
- Have she ever met Ms. Shin before? or did she just  carelessly sign
the fax handed from secretary?


- How did Ms. Shirmeister respond?


- Is she working in the college these days? I want to contact her for
interview.


-Have you already started internal audit?


-Is anybody in the college possibly involved in other people outside
working for dissertation-support organization?


Looking forward your quick responses,

Regards,

Kevin Kihun Kim

New York Bureau Chief
World News Desk
The Chosun Ilbo (Daily)

YALE00007063

453-A, UN Headquarters, 405 E 42nd St.,
New York, NY 10017-3507
Phone 212-963-8921
Fax 201-784-1173
Cellular 201-618-9631
Email : khkim@chosun.com
Website : www.chosun.com


----- End forwarded message -----
)


)

# Redacted

YALE00007064

Redacted

YALE00007065

# Redacted

On Dec 27, 2007, at 9:37 PM, Helaine Klasky wrote:

Do you have anylanguage on this?

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

# Redacted

Quoting Helaine Klasky <helaine.klasky@yale.edu>:

I have forwarded this to Jon and Dorothy

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

---- Original Message ----
From: "gila.reinstein@yale.edu" <gila.reinstein@yale.edu>
Date: 12/27/07 3:58 pm
To: "tom.conroy@yale.edu" <tom.conroy@yale.edu> ;
"helaine.klasky@yale.edu" <helaine.klasky@yale.edu> ;
"susan.carney@yale.edu" <susan.carney@yale.edu>
Subj: Fwd: Kevin Kim, Chosun Ilbo


----- Forwarded message from khkim@chosun.com -----
Date: Fri, 28 Dec 2007 04:20:33 +0900
From: khkim@chosun.com
Reply-To: khkim@chosun.com
Subject: Kevin Kim, Chosun Ilbo
 To: gila.reinstein@yale.edu

Thank you Gila for quick response.

I want to advise you that Dong-Kuk University is in very strong
position
to hold Yale responsibe for this matter. It thinks that it started
to
get involved in this case since Yale sent the answering fax making

YALE00007066

Dong-Kuk believe that Ms. Shin had received the degree at Yale. If
Yale
had said 'No', it would not have hired her, it insists. The
University
seems not to avoid legal procedures against Yale, which may exemt it
from legal responsibility in Korea.
Now the focus has changed from Shin's fake diploma to why Ms.
Schirmeister sent the confirming fax to Dong-Kuk, which you said
was of
totally different format from what Yale has been employing. Some
doubt
that somebody in the Graduate School was involved in the fake
diploma
case no matter what the reason was. That is why Yale needs internal
audit and in worst senario needs to ask FBI for investigation.

I want you to be advised that the focus has changed to Yale, and
your
effort in good faith will contribute to protect Yale's interest. I
will
look forward to getting more information as soon as possible.
Please let
me know any kind of development.

Best wishes for the New Year.

Take care,

Kevin


----- Original Message -----
From: gila.reinstein@yale.edu
To: khkim@chosun.com
Date: 2007-12-28 01:14:57
Subject: Re: Urgent!! Kevin Kim, Chosun Ilbo

Kevin,
I will look into these matters for you. Please be advised that
Yale
is
currently in the midst of a winter recess. Offices are closed from
Christmas through New Year's, and many members of the faculty and
staff
use the time to travel. Classes don't resume until January 14. I
may
not be able to give you any answers until January 2 or even later,
for
that reason.

This I can say for sure: Ms Shin NEVER EARNED A DEGREE FROM YALE
UNIVERSITY. She was never enrolled in the Graduate School (or any
school at Yale), and the diploma she produced is DEFINITELY A
FAKE. I
saw a copy of it, and I can confirm with certainly that it is
not a
genuine diploma from 2005, as Ms. Shin claims. It appears to be a
diploma issued in 1993 that was altered to change the year and the
name
of the person receiving the degree. I spoke directly to the
Graduate
School registrar and to the Alumni Records office, who confirmed
that
there is no information in their files about Ms. Shin. Had she
attended
Yale, both offices would have information about her in their
databases.

I'll be in touch when I have more information.

YALE00007067

Best wishes for the new year.

Sincerely,
Gila Reinstein

Quoting khkim@chosun.com:

Hello Gila,

I am Kevin Kim, New York Bureau Chief of Chosun Ilbo, Korea. I think
you remember me having visited you twice at the office.

I am sorry to bother you with the same issue as when I visited you,
Ms. Shin Jeong-A's fake diploma. I have some developments from the
Dong-Kuk University that hired Ms. Shin as professor.

It announced that Yale had sent a letter telling that Yale's fax
answer to Donk-Kuk about Shin's diploma was genuine, which was sent
under the name of Susan Carney, Deputy General Counsel, Office of
General Counsel. The letter is saying that professor Pamela
Schirmeister in person signed the answering fax but the signatuer was
done wrong "in the rush of business."

The Dong-Kuk University said that it did not believe Yale's
explanation of "in the rush of business" and that it requested
internal audit at Yale. If Yale fails to find out why it happend, it
will ask U.S. government agency for investigation.

I am so surprised about the announcement because it is totally
differnent from what you have been telling me. So I want to know the
following.

- Is Dong-Kuk's announcement true?


- How come this purplexing result?


- How come professor Schirmeister signed the fax?


- Have she ever met Ms. Shin before? or did she just  carelessly sign
the fax handed from secretary?


- How did Ms. Shirmeister respond?


- Is she working in the college these days? I want to contact her for
interview.


-Have you already started internal audit?


-Is anybody in the college possibly involved in other people outside
working for dissertation-support organization?

YALE00007068

Looking forward your quick responses,

Regards,

Kevin Kihun Kim

New York Bureau Chief
World News Desk
The Chosun Ilbo (Daily)

453-A, UN Headquarters, 405 E 42nd St.,
New York, NY 10017-3507
Phone 212-963-8921
Fax 201-784-1173
Cellular 201-618-9631
Email : khkim@chosun.com
Website : www.chosun.com



----- End forwarded message -----
)


)
)


From: Jon Butler <jon.butler@yale.edu>
Date: December 28, 2007 1:23:01 PM EST
To: Helaine Klasky <helaine.klasky@yale.edu>
Subject: Re: Kevin Kim, Chosun Ilbo

At the home and cell phone numbers in the email below--preferably now my cell phone:  203
314-9058.  We have several different approaches going on all at the same time, so we need 1
settle on one approach.

Jon


On Dec 28, 2007, at 12:21 PM, Helaine Klasky wrote:

How can I reach you?

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

# Redacted

YALE00007069

# Redacted

YALE00007070

# Redacted

_____

On Dec 27, 2007, at 9:37 PM, Helaine Klasky wrote:

Do you have any language on this?

Helaine S. Klasky

Associate Vice President and
Director of Public Affairs
Yale University

# Redacted

Quoting Helaine Klasky <helaine.klasky@yale.edu>:

I have forwarded this to Jon and Dorothy

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

---- Original Message ----
From: "gila.reinstein@yale.edu" <gila.reinstein@yale.edu>
Date: 12/27/07 3:58 pm
To: "tom.conroy@yale.edu" <tom.conroy@yale.edu> ;
"helaine.klasky@yale.edu" <helaine.klasky@yale.edu> ;
"susan.carney@yale.edu" <susan.carney@yale.edu>
Subj: Fwd: Kevin Kim, Chosun Ilbo

----- Forwarded message from khkim@chosun.com -----
Date: Fri, 28 Dec 2007 04:20:33 +0900
From: khkim@chosun.com
Reply-To: khkim@chosun.com
Subject: Kevin Kim, Chosun Ilbo
To: gila.reinstein@yale.edu

Thank you Gila for quick response.

I want to advise you that Dong-Kuk University is in very strong
position
to hold Yale responsibe for this matter. It thinks that it started
to
get involved in this case since Yale sent the answering fax making
Dong-Kuk believe that Ms. Shin had received the degree at Yale. If
Yale
had said 'No', it would not have hired her, it insists. The
University
seems not to avoid legal procedures against Yale, which may
exempt it
from legal responsibility in Korea.
Now the focus has changed from Shin's fake diploma to why Ms.
Schirmeister sent the confirming fax to Dong-Kuk, which you said
was of
totally different format from what Yale has been employing. Some
doubt
that somebody in the Graduate School was involved in the fake
diploma
case no matter what the reason was. That is why Yale needs
internal
audit and in worst senario needs to ask FBI for investigation.

I want you to be advised that the focus has changed to Yale, and

your
effort in good faith will contribute to protect Yale's interest. I
will
look forward to getting more information as soon as possible.
Please let
me know any kind of development.

Best wishes for the New Year.

Take care,

Kevin


----- Original Message -----
From: gila.reinstein@yale.edu
To: khkim@chosun.com
Date: 2007-12-28 01:14:57
Subject: Re: Urgent!! Kevin Kim, Chosun Ilbo

Kevin,
I will look into these matters for you. Please be advised that
Yale
is
currently in the midst of a winter recess. Offices are closed
from
Christmas through New Year's, and many members of the faculty
and
staff
use the time to travel. Classes don't resume until January 14. I
may
not be able to give you any answers until January 2 or even
later,
for
that reason.

This I can say for sure: Ms Shin NEVER EARNED A DEGREE FROM YALE
UNIVERSITY. She was never enrolled in the Graduate School (or
any
school at Yale), and the diploma she produced is DEFINITELY A
FAKE. I
saw a copy of it, and I can confirm with certainly that it is
not a
genuine diploma from 2005, as Ms. Shin claims. It appears to
be a
diploma issued in 1993 that was altered to change the year and
the
name
of the person receiving the degree. I spoke directly to the
Graduate
School registrar and to the Alumni Records office, who confirmed
that
there is no information in their files about Ms. Shin. Had she
attended
Yale, both offices would have information about her in their
databases.

I'll be in touch when I have more information.

Best wishes for the new year.

Sincerely,
Gila Reinstein


Quoting khkim@chosun.com:

Hello Gila,

YALE00007073

I am Kevin Kim, New York Bureau Chief of Chosun Ilbo, Korea. I think
you remember me having visited you twice at the office.

I am sorry to bother you with the same issue as when I visited you,
Ms. Shin Jeong-A's fake diploma. I have some developments from the
Dong-Kuk University that hired Ms. Shin as professor.

It announced that Yale had sent a letter telling that Yale's fax
answer to Donk-Kuk about Shin's diploma was genuine, which was sent
under the name of Susan Carney, Deputy General Counsel, Office of
General Counsel. The letter is saying that professor Pamela
Schirmeister in person signed the answering fax but the signatuer
was
done wrong "in the rush of business."

The Dong-Kuk University said that it did not believe Yale's
explanation of "in the rush of business" and that it requested
internal audit at Yale. If Yale fails to find out why it happend,
it
will ask U.S. government agency for investigation.

I am so surprised about the announcement because it is totally
differnent from what you have been telling me. So I want to know
the
following.

- Is Dong-Kuk's announcement true?


- How come this purplexing result?


- Bow come professor Schirmeister signed the fax?


- Have she ever met Ms. Shin before? or did she just carelessly
sign
the fax handed from secretary?


- How did Ms. Shirmeister respond?


- Is she working in the college these days? I want to contact her
for
interview.


-Have you already started internal audit?


-Is anybody in the college possibly involved in other people
outside
working for dissertation-support organization?


Looking forward your quick responses,

Regards,

YALE00007074

Kevin Kihun Kim

New York Bureau Chief
World News Desk
The Chosun Ilbo (Daily)

453-A, UN Headquarters, 405 E 42nd St.,
New York, NY 10017-3507
Phone 212-963-8921
Fax 201-784-1173
Cellular 201-618-9631
Email : khkim@chosun.com
Website : www.chosun.com

----- End forwarded message -----
)

Redacted

Redacted

# Redacted

On Dec 27, 2007, at 9:37 PM, Helaine Klasky wrote:

YALE00007077

```
> Do you have anylanguage on this?
>
> Helaine S. Klasky
> Associate Vice President and
> Director of Public Affairs
> Yale University
```

# Redacted

```
> Quoting Helaine Klasky <helaine.klasky@yale.edu>:
>
>> I have forwarded this to Jon and Dorothy
>>
>> Helaine S. Klasky
>> Associate Vice President and
>> Director of Public Affairs
>> Yale University
>>
>> ---- Original Message ----
>> From: "gila.reinstein@yale.edu" <gila.reinstein@yale.edu>
>> Date: 12/27/07 3:58 pm
>> To: "tom.conroy@yale.edu" <tom.conroy@yale.edu> ;
>> "helaine.klasky@yale.edu" <helaine.klasky@yale.edu> ;
>> "susan.carney@yale.edu" <susan.carney@yale.edu>
>> Subj: Fwd: Kevin Kim, Chosun Ilbo
>>
>>
>> ----- Forwarded message from khkim@chosun.com -----
>>    Date: Fri, 28 Dec 2007 04:20:33 +0900
>>    From: khkim@chosun.com
>> Reply-To: khkim@chosun.com
>> Subject: Kevin Kim, Chosun Ilbo
>>      To: gila.reinstein@yale.edu
>>
>> Thank you Gila for quick response.
>>
>> I want to advise you that Dong-Kuk University is in very strong
>> position
>> to hold Yale responsibe for this matter. It thinks that it started to
>> get involved in this case since Yale sent the answering fax making
>> Dong-Kuk believe that Ms. Shin had received the degree at Yale. If
>> Yale
>> had said 'No', it would not have hired her, it insists. The
>> University
>> seems not to avoid legal procedures against Yale, which may exemt it
>> from legal responsibility in Korea.
>> Now the focus has changed from Shin's fake diploma to why Ms.
>> Schirmeister sent the confirming fax to Dong-Kuk, which you said
>> was of
>> totally different format from what Yale has been employing. Some
>> doubt
>> that somebody in the Graduate School was involved in the fake diploma
>> case no matter what the reason was. That is why Yale needs internal
>> audit and in worst senario needs to ask FBI for investigation.
>>
>> I want you to be advised that the focus has changed to Yale, and your
>> effort in good faith will contribute to protect Yale's interest. I
>> will
```

>> look forward to getting more information as soon as possible.
>> Please let
>> me know any kind of development.
>>
>> Best wishes for the New Year.
>>
>> Take care,
>>
>> Kevin
>>
>>
>>
>> ----- Original Message -----
>>>> From: gila.reinstein@yale.edu
>>>> To: khkim@chosun.com
>>>> Date: 2007-12-28 01:14:57
>>>> Subject: Re: Urgent!! Kevin Kim, Chosun Ilbo
>>>>
>>>> Kevin,
>>>> I will look into these matters for you. Please be advised that Yale
>> is
>>>> currently in the midst of a winter recess. Offices are closed from
>>>> Christmas through New Year's, and many members of the faculty and
>> staff
>>>> use the time to travel. Classes don't resume until January 14. I
>>>> may
>>>> not be able to give you any answers until January 2 or even later,
>> for
>>>> that reason.
>>>>
>>>> This I can say for sure: Ms Shin NEVER EARNED A DEGREE FROM YALE
>>>> UNIVERSITY. She was never enrolled in the Graduate School (or any
>>>> school at Yale), and the diploma she produced is DEFINITELY A
>>>> FAKE. I
>>>> saw a copy of it, and I can confirm with certainly that it is not a
>>>> genuine diploma from 2005, as Ms. Shin claims. It appears to be a
>>>> diploma issued in 1993 that was altered to change the year and the
>> name
>>>> of the person receiving the degree. I spoke directly to the
>>>> Graduate
>>>> School registrar and to the Alumni Records office, who confirmed
>>>> that
>>>> there is no information in their files about Ms. Shin. Had she
>> attended
>>>> Yale, both offices would have information about her in their
>> databases.
>>>>
>>>> I'll be in touch when I have more information.
>>>>
>>>> Best wishes for the new year.
>>>>
>>>> Sincerely,
>>>> Gila Reinstein
>>>>
>>>>
>>>> Quoting khkim@chosun.com:
>>>>
>>>>> Hello Gila,
>>>>>
>>>>> I am Kevin Kim, New York Bureau Chief of Chosun Ilbo, Korea. I
>> think
>>>>> you remember me having visited you twice at the office.
>>>>>
>>>>> I am sorry to bother you with the same issue as when I visited
>>>>> you,
>>>>> Ms. Shin Jeong-A's fake diploma. I have some developments from the
>>>>> Dong-Kuk University that hired Ms. Shin as professor.
>>>>>
>>>>> It announced that Yale had sent a letter telling that Yale's fax
>>>>> answer to Donk-Kuk about Shin's diploma was genuine, which was

YALE00007079

>>>>> sent
>>>>> under the name of Susan Carney, Deputy General Counsel, Office of
>>>>> General Counsel. The letter is saying that professor Pamela
>>>>> Schirmeister in person signed the answering fax but the signatuer
>> was
>>>>> done wrong "in the rush of business."
>>>>>
>>>>> The Dong-Kuk University said that it did not believe Yale's
>>>>> explanation of "in the rush of business" and that it requested
>>>>> internal audit at Yale. If Yale fails to find out why it happend,
>> it
>>>>> will ask U.S. government agency for investigation.
>>>>>
>>>>> I am so surprised about the announcement because it is totally
>>>>> different from what you have been telling me. So I want to know
>> the
>>>>> following.
>>>>>
>>>>> - Is Dong-Kuk's announcement true?
>>>>>
>>>>>
>>>>> -·How come this purplexing result?
>>>>>
>>>>>
>>>>> - How come professor Schirmeister signed the fax?
>>>>>
>>>>>
>>>>> - Have she ever met Ms. Shin before? or did she just  carelessly
>> sign
>>>>> the fax handed from secretary?
>>>>>
>>>>>
>>>>> - How did Ms. Shirmeister respond?
>>>>>
>>>>>
>>>>> - Is she working in the college these days? I want to contact her
>> for
>>>>> interview.
>>>>>
>>>>>
>>>>> -Have you already started internal audit?
>>>>>
>>>>>
>>>>> -Is anybody in the college possibly involved in other people
>> outside
>>>>> working for dissertation-support organization?
>>>>>
>>>>>
>>>>> Looking forward your quick responses,
>>>>>
>>>>> Regards,
>>>>>
>>>>> Kevin Kihun Kim
>>>>>
>>>>> New York Bureau Chief
>>>>> World News Desk
>>>>> The Chosun Ilbo (Daily)
>>>>>
>>>>> 453-A, UN Headquarters, 405 E 42nd St.,
>>>>> New York, NY 10017-3507
>>>>> Phone 212-963-8921
>>>>> Fax 201-784-1173
>>>>> Cellular 201-618-9631
>>>>> Email : khkim@chosun.com
>>>>> Website : www.chosun.com
>>>>
>>>>
>>>>
>>
>>

YALE00007080

```
>> ----- End forwarded message -----
>> )
>>
>
> )
)
```

_____

Harold Rose, Associate General Counsel
Yale University
PO Box 208255
New Haven, CT  06520-8255
Tel.  (203) 432-4949; Fax  (203) 432-7960

<Ltr Jeong Ah Shin Subpoena.pdf>

**From: Jon Butler <jon.butler@yale.edu>**
**Date: December 28, 2007 4:13:34 PM EST**
**To: Klasky Helaine <helaine.klasky@yale.edu>**
**Subject: draft Shin statement**

Yale University earlier this month expressed regrets to XXXXX, the [President?] of Dongkuk
University in XXXXXX, Korea, that an administrative error at Yale in September 2005 led to
an incorrect verification of a document written on a Yale letterhead incorrectly stating
that Ms. Jeong Ah Shin had received a Ph.D. from Yale University in 2005 (is date of the
fake degree correct?)  The University deeply regrets this error and the difficulty the error
caused Dongkuk University.

Ms. Shin never attended Yale University and never received a Ph.D. from Yale.    Ms. Shin
created several false documents to support her claim of a Yale Ph.D., including a fake
diploma, a claim to have written a dissertation actually submitted at the University of
Virginia in 1981, and the false document written on Yale letterhead claiming that Yale had
verified her Ph.D (among others?).

Yale has undertaken an extensive examination of its erroneous September 2005 verification,
has changed its protocols for verifying graduate degrees, and stands ready to cooperate with
Korean governmental officials in the investigation of this matter.

**From: Jon Butler <jon.butler@yale.edu>**
**Date: December 28, 2007 5:15:56 PM EST**
**To: Helaine Klasky <helaine.klasky@yale.edu>**
**Subject: Re: draft Shin statement**

Helaine:

Do you want me to send this to Dorothy, Rick, et al.?  I can do that.  I also have the name
of the Dongkuk University president.  I also have two spellings for the university--Dongguk
and Dongkuk--both in Susan CArney's letter to the president there of July 10, 2007.

Tell me where to send this, and I will do it--or I will defer to you.

Jon


On Dec 28, 2007, at 5:06 PM, Helaine Klasky wrote:

I think this is great.
I am havong trouble getting on-line

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

---- Original Message ----
From: "Jon Butler" <jon.butler@yale.edu>

YALE00007081

Date: 12/28/07 4:14 pm
To: "Klasky Helaine" <helaine.klasky@yale.edu>
Subj: draft Shin statement
Yale University earlier this month expressed regrets to XXXXX, the
[President?] of Dongkuk University in XXXXXX, Korea, that an
administrative error at Yale in September 2005 led to an incorrect
verification of a document written on a Yale letterhead incorrectly
stating that Ms. Jeong Ah Shin had received a Ph.D. from Yale
University in 2005 (is date of the fake degree correct?)  The
University deeply regrets this error and the difficulty the error
caused Dongkuk University.

Ms. Shin never attended Yale University and never received a Ph.D.
from Yale.    Ms. Shin created several false documents to support her
claim of a Yale Ph.D., including a fake diploma, a claim to have
written a dissertation actually submitted at the University of
Virginia in 1981, and the false document written on Yale letterhead
claiming that Yale had verified her Ph.D (among others?).

Yale has undertaken an extensive examination of its erroneous
September 2005 verification, has changed its protocols for verifying
graduate degrees, and stands ready to cooperate with Korean
governmental officials in the investigation of this matter.

# Redacted

Redacted

YALE00007083

Redacted

YALE00007084

Redacted

YALE00007085