# EXHIBIT  J –

# Part 2

# EXHIBIT C

**From:** Helaine Klasky <helaine.klasky@yale.edu>
**Date:** December 27, 2007 4:43:45 PM EST
**To:** jon.butler@yale.edu;dorothy.robinson@yale.edu;;
**Subject: FW: Fwd: Kevin Kim, Chosun Ilbo**


---- Original Message ----
From: "gila.reinstein@yale.edu" <gila.reinstein@yale.edu>
Date: 12/27/07 3:58 pm
To: "tom.conroy@yale.edu" <tom.conroy@yale.edu> ;
"helaine.klasky@yale.edu" <helaine.klasky@yale.edu> ;
"susan.carney@yale.edu" <susan.carney@yale.edu>
Subj: Fwd: Kevin Kim, Chosun Ilbo


----- Forwarded message from khkim@chosun.com -----
   Date: Fri, 28 Dec 2007 04:20:33 +0900
   From: khkim@chosun.com
Reply-To: khkim@chosun.com
Subject: Kevin Kim, Chosun Ilbo
     To: gila.reinstein@yale.edu

Thank you Gila for quick response.

I want to advise you that Dong-Kuk University is in very strong
position
to hold Yale responsibe for this matter. It thinks that it
started to
get involved in this case since Yale sent the answering fax
making
Dong-Kuk believe that Ms. Shin had received the degree at Yale.
If Yale
had said 'No', it would not have hired her, it insists. The
University
seems not to avoid legal procedures against Yale, which may
exemt it
from legal responsibility in Korea.
Now the focus has changed from Shin's fake diploma to why Ms.
Schirmeister sent the confirming fax to Dong-Kuk, which you said
was of
totally different format from what Yale has been employing. Some
doubt
that somebody in the Graduate School was involved in the fake
diploma
case no matter what the reason was. That is why Yale needs
internal
audit and in worst senario needs to ask FBI for investigation.

YALE00007086

I want you to be advised that the focus has changed to Yale, and your
effort in good faith will contribute to protect Yale's interest. I will
look forward to getting more information as soon as possible. Please let
me know any kind of development.

Best wishes for the New Year.

Take care,

Kevin


----- Original Message -----
From: gila.reinstein@yale.edu
To: khkim@chosun.com
Date: 2007-12-28 01:14:57
Subject: Re: Urgent!! Kevin Kim, Chosun Ilbo

Kevin,
I will look into these matters for you. Please be advised that Yale
is
currently in the midst of a winter recess. Offices are closed from
Christmas through New Year's, and many members of the faculty and
staff
use the time to travel. Classes don't resume until January 14. I may
not be able to give you any answers until January 2 or even later,
for
that reason.

This I can say for sure: Ms Shin NEVER EARNED A DEGREE FROM YALE
UNIVERSITY. She was never enrolled in the Graduate School (or any
school at Yale), and the diploma she produced is DEFINITELY A FAKE. I
saw a copy of it, and I can confirm with certainly that it is not a
genuine diploma from 2005, as Ms. Shin claims. It appears to be a
diploma issued in 1993 that was altered to change the year and the

name
of the person receiving the degree. I spoke directly to the
Graduate
School registrar and to the Alumni Records office, who confirmed
that
there is no information in their files about Ms. Shin. Had she
attended
Yale, both offices would have information about her in their
databases.

I'll be in touch when I have more information.

Best wishes for the new year.

Sincerely,
Gila Reinstein


Quoting khkim@chosun.com:

Hello Gila,

I am Kevin Kim, New York Bureau Chief of Chosun Ilbo, Korea. I
think
you remember me having visited you twice at the office.

I am sorry to bother you with the same issue as when I visited
you,
Ms. Shin Jeong-A's fake diploma. I have some developments from
the
Dong-Kuk University that hired Ms. Shin as professor.

It announced that Yale had sent a letter telling that Yale's fax
answer to Donk-Kuk about Shin's diploma was genuine, which was
sent
under the name of Susan Carney, Deputy General Counsel, Office
of
General Counsel. The letter is saying that professor Pamela
Schirmeister in person signed the answering fax but the
signatuer
was
done wrong "in the rush of business."

The Dong-Kuk University said that it did not believe Yale's
explanation of "in the rush of business" and that it requested
internal audit at Yale. If Yale fails to find out why it
happend,
it
will ask U.S. government agency for investigation.

YALE00007088

I am so surprised about the announcement because it is totally
diffrenent from what you have been telling me. So I want to know
the
following.

- Is Dong-Kuk's announcement true?


- How come this purplexing result?


- How come professor Schirmeister signed the fax?


- Have she ever met Ms. Shin before? or did she just  carelessly
sign
the fax handed from secretary?


- How did Ms. Shirmeister respond?


- Is she working in the college these days? I want to contact
her
for
interview.


-Have you already started internal audit?


-Is anybody in the college possibly involved in other people
outside
working for dissertation-support organization?


Looking forward your quick responses,

Regards,

Kevin Kihun Kim

New York Bureau Chief
World News Desk
The Chosun Ilbo (Daily)

453-A, UN Headquarters, 405 E 42nd St.,
New York, NY 10017-3507

YALE00007089

Phone 212-963-8921
Fax 201-784-1173
Cellular 201-618-9631
Email : khkim@chosun.com
Website : www.chosun.com

----- End forwarded message -----

Redacted

Redacted

YALE00007091

# Redacted

Begin forwarded message:

From: Helaine Klasky <helaine.klasky@yale.edu>
Date: December 27, 2007 4:43:45 PM EST
To: jon.butler@yale.edu;dorothy.robinson@yale.edu;;
Subject: FW: Fwd: Kevin Kim, Chosun Ilbo


---- Original Message ----
From: "gila.reinstein@yale.edu" <gila.reinstein@yale.edu>
Date: 12/27/07 3:58 pm
To: "tom.conroy@yale.edu" <tom.conroy@yale.edu> ;
"helaine.klasky@yale.edu
" <helaine.klasky@yale.edu> ; "susan.carney@yale.edu"
<susan.carney@yale.edu

Subj: Fwd: Kevin Kim, Chosun Ilbo


----- Forwarded message from khkim@chosun.com -----
   Date: Fri, 28 Dec 2007 04:20:33 +0900
   From: khkim@chosun.com
Reply-To: khkim@chosun.com
Subject: Kevin Kim, Chosun Ilbo
     To: gila.reinstein@yale.edu

Thank you Gila for quick response.

I want to advise you that Dong-Kuk University is in very strong

YALE00007092

position
to hold Yale responsibe for this matter. It thinks that it started to
get involved in this case since Yale sent the answering fax making
Dong-Kuk believe that Ms. Shin had received the degree at Yale. If
Yale
had said 'No', it would not have hired her, it insists. The University
seems not to avoid legal procedures against Yale, which may exemt it
from legal responsibility in Korea.
Now the focus has changed from Shin's fake diploma to why Ms.
Schirmeister sent the confirming fax to Dong-Kuk, which you said was
of
totally different format from what Yale has been employing. Some doubt
that somebody in the Graduate School was involved in the fake diploma
case no matter what the reason was. That is why Yale needs internal
audit and in worst senario needs to ask FBI for investigation.

I want you to be advised that the focus has changed to Yale, and your
effort in good faith will contribute to protect Yale's interest. I will
look forward to getting more information as soon as possible. Please
let
me know any kind of development.

Best wishes for the New Year.

Take care,

Kevin


----- Original Message -----
From: gila.reinstein@yale.edu
To: khkim@chosun.com
Date: 2007-12-28 01:14:57
Subject: Re: Urgent!! Kevin Kim, Chosun Ilbo

YALE00007093

Kevin,
I will look into these matters for you. Please be advised that
Yale
is
currently in the midst of a winter recess. Offices are closed
from
Christmas through New Year's, and many members of the faculty
and
staff
use the time to travel. Classes don't resume until January 14. I
may
not be able to give you any answers until January 2 or even
later,
for
that reason.

This I can say for sure: Ms Shin NEVER EARNED A DEGREE FROM YALE
UNIVERSITY. She was never enrolled in the Graduate School (or
any
school at Yale), and the diploma she produced is DEFINITELY A
FAKE. I
saw a copy of it, and I can confirm with certainly that it is
not a
genuine diploma from 2005, as Ms. Shin claims. It appears to be
a
diploma issued in 1993 that was altered to change the year and
the
name.
of the person receiving the degree. I spoke directly to the
Graduate
School registrar and to the Alumni Records office, who confirmed

that
there is no information in their files about Ms. Shin. Had she
attended
Yale, both offices would have information about her in their
databases.

I'll be in touch when I have more information.

Best wishes for the new year.

Sincerely,
Gila Reinstein


Quoting khkim@chosun.com:

Hello Gila,

I am Kevin Kim, New York Bureau Chief of Chosun Ilbo, Korea. I think
you remember me having visited you twice at the office.

I am sorry to bother you with the same issue as when I visited you,
Ms. Shin Jeong-A's fake diploma. I have some developments from the
Dong-Kuk University that hired Ms. Shin as professor.

It announced that Yale had sent a letter telling that Yale's fax
answer to Donk-Kuk about Shin's diploma was genuine, which was sent
under the name of Susan Carney, Deputy General Counsel, Office of
General Counsel. The letter is saying that professor Pamela
Schirmeister in person signed the answering fax but the signatuer
was
done wrong "in the rush of business."

The Dong-Kuk University said that it did not believe Yale's
explanation of "in the rush of business" and that it requested
internal audit at Yale. If Yale fails to find out why it happend,
it
will ask U.S. government agency for investigation.

I am so surprised about the announcement because it is totally
differnent from what you have been telling me. So I want to know the
following.

- Is Dong-Kuk's announcement true?


- How come this purplexing result?


- How come professor Schirmeister signed the fax?


- Have she ever met Ms. Shin before? or did she just  carelessly sign
the fax handed from secretary?


- How did Ms. Shirmeister respond?

YALE00007095

- Is she working in the college these days? I want to contact
her
for
interview.


-Have you already started internal audit?


-Is anybody in the college possibly involved in other people
outside
working for dissertation-support organization?


Looking forward your quick responses,

Regards,

Kevin Kihun Kim

New York Bureau Chief
World News Desk
The Chosun Ilbo (Daily)

453-A, UN Headquarters, 405 E 42nd St.,
New.York,. NY 10017-3507
Phone 212-963-8921
Fax 201-784-1173
Cellular 201-618-9631
Email : khkim@chosun.com
Website : www.chosun.com




----- End forwarded message -----
)


**From:** "Richard C. Levin" <richard.levin@yale.edu>
**Date:** December 27, 2007 7:56:27 PM EST
**To:** jon.butler@yale.edu, Helaine Klasky <helaine.klasky@yale.edu>
**Cc:** tom.conroy@yale.edu
**Subject: RE: Korea/Shin problem**

YALE00007096

Helaine,

I think Jon is right, and, if he is, he is also probably right that another clarifying statement is needed.

Unless I am mistaken, I think you should work on something together next week.

Rick

At 6:51 PM -0500 12/27/07, Jon Butler wrote:
Helaine:

I know we issued a statement about Shin's never having been a student here.
But I didn't kknow we issued a statement about the mistake Pam made (that
I tried to summarize in my note below) and which Harold Rose acknowledged
to the Korean university earlier this month by letter.  It's a statement
about Pam's mistake that concerns me.

Jon


...... Original Message .......
On 27 Dec 2007 23:25:42 GMT Helaine Klasky
<helaine.klasky@yale.edu> wrote:
We have issued  statement.  Still, the problem persists and we field
scores of press calls on this issue..if we have anything we can add..and
perhaps even if we don't, we should consider putting somethinf out.

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

# Redacted

YALE00007097

# Redacted

YALE00007098

Redacted

Begin forwarded message:

From: Helaine Klasky <helaine.klasky@yale.edu>
Date: December 27, 2007 4:43:45 PM EST
To: jon.butler@yale.edu;dorothy.robinson@yale.edu;;
>> Subject: FW: Fwd: Kevin Kim, Chosun Ilbo


---- Original Message ----
From: "gila.reinstein@yale.edu" <gila.reinstein@yale.edu>
Date: 12/27/07 3:58 pm
To: "tom.conroy@yale.edu" <tom.conroy@yale.edu> ;
"helaine.klasky@yale.edu
" <helaine.klasky@yale.edu> ; "susan.carney@yale.edu"
<susan.carney@yale.edu
>
Subj: Fwd: Kevin Kim, Chosun Ilbo


----- Forwarded message from khkim@chosun.com -----
    Date: Fri, 28 Dec 2007 04:20:33 +0900
    From: khkim@chosun.com
Reply-To: khkim@chosun.com
Subject: Kevin Kim, Chosun Ilbo
     To: gila.reinstein@yale.edu

Thank you Gila for quick response.

I want to advise you that Dong-Kuk University is in very strong
 position
to hold Yale responsibe for this matter. It thinks that it
started to
get involved in this case since Yale sent the answering fax
making
Dong-Kuk believe that Ms. Shin had received the degree at Yale.
If  Yale
had said 'No', it would not have hired her, it insists. The
University
seems not to avoid legal procedures against Yale, which may
exemt it
from legal responsibility in Korea.
Now the focus has changed from Shin's fake diploma to why Ms.
Schirmeister sent the confirming fax to Dong-Kuk, which you said
was  of
totally different format from what Yale has been employing. Some

YALE00007099

doubt
that somebody in the Graduate School was involved in the fake
diploma
case no matter what the reason was. That is why Yale needs
internal
audit and in worst senario needs to ask FBI for investigation.

I want you to be advised that the focus has changed to Yale, and
your
effort in good faith will contribute to protect Yale's interest.
I  will
look forward to getting more information as soon as possible.
Please  let
me know any kind of development.

Best wishes for the New Year.

Take care,

Kevin


----- Original Message -----
From: gila.reinstein@yale.edu
To: khkim@chosun.com
Date: 2007-12-28 01:14:57
Subject: Re: Urgent!! Kevin Kim, Chosun Ilbo

Kevin,
I will look into these matters for you. Please be advised that
Yale
is
currently in the midst of a winter recess. Offices are closed
from
Christmas through New Year's, and many members of the faculty
and
staff
use the time to travel. Classes don't resume until January 14. I
may
not be able to give you any answers until January 2 or even
later,
for
that reason.

This I can say for sure: Ms Shin NEVER EARNED A DEGREE FROM YALE
UNIVERSITY. She was never enrolled in the Graduate School (or
any
school at Yale), and the diploma she produced is DEFINITELY A

FAKE. I
saw a copy of it, and I can confirm with certainly that it is
not a
genuine diploma from 2005, as Ms. Shin claims. It appears to be
a
diploma issued in 1993 that was altered to change the year and
the
name
of the person receiving the degree. I spoke directly to the
Graduate
School registrar and to the Alumni Records office, who confirmed
that
there is no information in their files about Ms. Shin. Had she
attended
Yale, both offices would have information about her in their
databases.

I'll be in touch when I have more information.

Best wishes for the new year.

Sincerely,
Gila Reinstein


Quoting khkim@chosun.com:

Hello Gila,

I am Kevin Kim, New York Bureau Chief of Chosun Ilbo, Korea. I
think
you remember me having visited you twice at the office.

I am sorry to bother you with the same issue as when I visited
you,
Ms. Shin Jeong-A's fake diploma. I have some developments from
the
Dong-Kuk University that hired Ms. Shin as professor.

It announced that Yale had sent a letter telling that Yale's fax
answer to Donk-Kuk about Shin's diploma was genuine, which was
sent
under the name of Susan Carney, Deputy General Counsel, Office
of
General Counsel. The letter is saying that professor Pamela
>>>>> Schirmeister in person signed the answering fax but the
signatuer
was
done wrong "in the rush of business."

YALE00007101

The Dong-Kuk University said that it did not believe Yale's
explanation of "in the rush of business" and that it requested
internal audit at Yale. If Yale fails to find out why it
happend,
it
will ask U.S. government agency for investigation.

I am so surprised about the announcement because it is totally
differnent from what you have been telling me. So I want to know
the
following.

- Is Dong-Kuk's announcement true?


- How come this purplexing result?


- How come professor Schirmeister signed the fax?


- Have she ever met Ms. Shin before? or did she just  carelessly
sign
the fax handed from secretary?


- How did Ms. Shirmeister respond?


- Is she working in the college these days? I want to contact
her
for
interview.


-Have you already started internal audit?


-Is anybody in the college possibly involved in other people
outside
working for dissertation-support organization?


Looking forward your quick responses,

Regards,

Kevin Kihun Kim

New York Bureau Chief
World News Desk
The Chosun Ilbo (Daily)

453-A, UN Headquarters, 405 E 42nd St.,
New York, NY 10017-3507
Phone 212-963-8921
Fax 201-784-1173
Cellular 201-618-9631
Email : khkim@chosun.com
Website : www.chosun.com

----- End forwarded message -----
)

# Redacted

---- Original Message ----
From: "Thomas Kaplan" <thomas.kaplan@yale.edu>
Date: 12/27/07 6:30 pm
To: "Helaine Klasky" <helaine.klasky@yale.edu> ; "Tom Conroy"
<tom.conroy@yale.edu> ; "Gila Reinstein"
<gila.reinstein@yale.edu>
Subj: Shin Jeong-ah fax?
Hi, hope you had a nice holiday.
I just saw this story on a Korean Web site about the Shin Jeong-ah
fake degree scandal --

Yale University Apologizes for Fax

YALE00007103

DECEMBER 28, 2007 03:54
It has been verified that the fax negating the doctorate Shin Jeong-
ah (35) claimed to have received from Yale University was authentic, sent by fax to Dongguk University from Pamela Schirmeister, Associate Dean of the Yale Graduate School.

Dongguk University held a press conference on December 27 and said,
?We received a note on December 17 stating that the fax that Yale
University sent to Dongguk University regarding Shin on September
22, 2005, was signed by Schirmeister and is genuine. The person who
sent it was Deputy General Counsel Susan Carney.?

Dongguk University added that, ?Yale University also apologized for
revealing in July that the fax regarding authenticity of the certificates and dissertation papers was false.?

Dongguk University also said, ?Yale University would not answer

Dongguk University?s question regarding the relationship between

Schirmeister and Shin.?

Dongguk University requested Shin?s academic certificate to Yale

University on September 5, 2005, and received Shin?s doctorate certificate and graduation certificate signed by Schirmeister via
fax in the same month.

However, in July this year when Shin was hiding due to the doctorate degree forgery incident, Yale University stated that ? The
fax Dongguk University received is different in form from Yale?s

documents, and the signature has been forged. It seems the certificate was forged on paper bought from Yale University?s stationery store.?

Cho Ui-yeon, chief of Administrative Affairs Office at Dongguk University, said, ?Yale University is accounting for this incident
saying that they were ?in the rush of business? but it is probably

not an administrative mistake. If a detailed investigation is
inconclusive, we will take this matter up with an investigative

institution in the United States.?

Dongguk University is demanding a specific explanation regarding

the faxes, and is considering legal measures against Yale
University for libel.

http://english.donga.com/srv/service.php3?
bicode=040000&biid=2007122884558

Is this accurate?  I thought the fax was an obvious fake, with
misspellings and everything?

Thanks,
Tom

**From:** Helaine Klasky <helaine.klasky@yale.edu>
**Date:** December 27, 2007 9:29:28 PM EST
**To:** richard.levin@yale.edu;jon.butler@yale.edu;tom.conroy@yale.edu;;;;
**Cc:** susan.carney@yale.edu
**Subject:** FW: Fwd: Kevin Kim, Chosun Ilbo

Jon,
OK.  Much more complicated.  Just arrived to DC after a lovely
8.5 hrs in the car!  Pls call me on my cell anytime tomorrow.
 I'm up early.  203 376 6310.  Hope you had a merry christmas.
 Helaine

# Redacted

Quoting Helaine Klasky <helaine.klasky@yale.edu>:

I have forwarded this to Jon and Dorothy

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

---- Original Message ----
From: "gila.reinstein@yale.edu" <gila.reinstein@yale.edu>
Date: 12/27/07 3:58 pm
To: "tom.conroy@yale.edu" <tom.conroy@yale.edu> ;
"helaine.klasky@yale.edu" <helaine.klasky@yale.edu> ;
"susan.carney@yale.edu" <susan.carney@yale.edu>
Subj: Fwd: Kevin Kim, Chosun Ilbo


----- Forwarded message from khkim@chosun.com -----
  Date: Fri, 28 Dec 2007 04:20:33 +0900
  From: khkim@chosun.com
Reply-To: khkim@chosun.com
Subject: Kevin Kim, Chosun Ilbo
    To: gila.reinstein@yale.edu

Thank you Gila for quick response.

I want to advise you that Dong-Kuk University is in very strong
position
to hold Yale responsibe for this matter. It thinks that it
started to
get involved in this case since Yale sent the answering fax
making
Dong-Kuk believe that Ms. Shin had received the degree at Yale.
If Yale
had said 'No', it would not have hired her, it insists. The
University
seems not to avoid legal procedures against Yale, which may
exemt it
from legal responsibility in Korea.
Now the focus has changed from Shin's fake diploma to why Ms.
Schirmeister sent the confirming fax to Dong-Kuk, which you said
was of
totally different format from what Yale has been employing. Some
doubt
that somebody in the Graduate School was involved in the fake
diploma
case no matter what the reason was. That is why Yale needs
internal
audit and in worst senario needs to ask FBI for investigation.

YALE00007106

I want you to be advised that the focus has changed to Yale, and your
effort in good faith will contribute to protect Yale's interest.
I will
look forward to getting more information as soon as possible.
Please let
me know any kind of development.

Best wishes for the New Year.

Take care,

Kevin


----- Original Message -----
From: gila.reinstein@yale.edu
To: khkim@chosun.com
Date: 2007-12-28 01:14:57
Subject: Re: Urgent!! Kevin Kim, Chosun Ilbo

Kevin,
I will look into these matters for you. Please be advised that
Yale
is
currently in the midst of a winter recess. Offices are closed
from
Christmas through New Year's, and many members of the faculty
and
staff
use the time to travel. Classes don't resume until January 14. I
may
not be able to give you any answers until January 2 or even
later,
for
that reason.

This I can say for sure: Ms Shin NEVER EARNED A DEGREE FROM YALE
UNIVERSITY. She was never enrolled in the Graduate School (or
any
school at Yale), and the diploma she produced is DEFINITELY A
FAKE. I
saw a copy of it, and I can confirm with certainly that it is
not a
genuine diploma from 2005, as Ms. Shin claims. It appears to be
a
diploma issued in 1993 that was altered to change the year and
the

name
of the person receiving the degree. I spoke directly to the
Graduate
School registrar and to the Alumni Records office, who confirmed
that
there is no information in their files about Ms. Shin. Had she
attended
Yale, both offices would have information about her in their
databases.

I'll be in touch when I have more information.

Best wishes for the new year.

Sincerely,
Gila Reinstein


Quoting khkim@chosun.com:

Hello Gila,

I am Kevin Kim, New York Bureau Chief of Chosun Ilbo, Korea. I
think
you remember me having visited you twice at the office.

I am sorry to bother you with the same issue as when I visited
you,
Ms. Shin Jeong-A's fake diploma. I have some developments from
the
Dong-Kuk University that hired Ms. Shin as professor.

It announced that Yale had sent a letter telling that Yale's fax
answer to Donk-Kuk about Shin's diploma was genuine, which was
sent
under the name of Susan Carney, Deputy General Counsel, Office
of
General Counsel. The letter is saying that professor Pamela
Schirmeister in person signed the answering fax but the
signatuer
was
done wrong "in the rush of business."

The Dong-Kuk University said that it did not believe Yale's
explanation of "in the rush of business" and that it requested
internal audit at Yale. If Yale fails to find out why it
happend,
it
will ask U.S. government agency for investigation.

YALE00007108

I am so surprised about the announcement because it is totally
diffenent from what you have been telling me. So I want to know
the
following.

- Is Dong-Kuk's announcement true?


- How come this purplexing result?


- How come professor Schirmeister signed the fax?


- Have she ever met Ms. Shin before? or did she just  carelessly
sign
the fax handed from secretary?


- How did Ms. Shirmeister respond?


- Is she working in the college these days? I want to contact
her
for
interview.


-Have you already started internal audit?


-Is anybody in the college possibly involved in other people
outside
working for dissertation-support organization?


Looking forward your quick responses,

Regards,

Kevin Kihun Kim

New York Bureau Chief
World News Desk
The Chosun Ilbo (Daily)

453-A, UN Headquarters, 405 E 42nd St.,
New York, NY 10017-3507

YALE00007109

```
Phone 212-963-8921
Fax 201-784-1173
Cellular 201-618-9631
Email : khkim@chosun.com
Website : www.chosun.com
```

```
----- End forwarded message -----
)


)
```

**From:** Helaine Klasky <helaine.klasky@yale.edu>
**Date:** December 27, 2007 9:37:24 PM EST
**To:** "gila.reinstein@yale.edu ; Helaine Klasky" <helaine.klasky@yale.edu>
**Cc:** tom.conroy@yale.edu;jon.butler@yale.edu;;
**Subject: RE: Fwd: Kevin Kim, Chosun Ilbo**

```
Do you have anylanguage on this?

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University
```

# Redacted

```
Quoting Helaine Klasky <helaine.klasky@yale.edu>:

I have forwarded this to Jon and Dorothy
```

YALE00007110

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

---- Original Message ----
From: "gila.reinstein@yale.edu" <gila.reinstein@yale.edu>
Date: 12/27/07 3:58 pm
To: "tom.conroy@yale.edu" <tom.conroy@yale.edu> ;
"helaine.klasky@yale.edu" <helaine.klasky@yale.edu> ;
"susan.carney@yale.edu" <susan.carney@yale.edu>
Subj: Fwd: Kevin Kim, Chosun Ilbo


----- Forwarded message from khkim@chosun.com -----
   Date: Fri, 28 Dec 2007 04:20:33 +0900
   From: khkim@chosun.com
Reply-To: khkim@chosun.com
Subject: Kevin Kim, Chosun Ilbo
     To: gila.reinstein@yale.edu

Thank you Gila for quick response.

I want to advise you that Dong-Kuk University is in very strong
position
to hold Yale responsibe for this matter. It thinks that it
started to
get involved in this case since Yale sent the answering fax
making
Dong-Kuk believe that Ms. Shin had received the degree at Yale.
If Yale
had said 'No', it would not have hired her, it insists. The
University
seems not to avoid legal procedures against Yale, which may
exemt it
from legal responsibility in Korea.
Now the focus has changed from Shin's fake diploma to why Ms.
Schirmeister sent the confirming fax to Dong-Kuk, which you said
was of
totally different format from what Yale has been employing. Some
doubt
that somebody in the Graduate School was involved in the fake
diploma
case no matter what the reason was. That is why Yale needs
internal
audit and in worst senario needs to ask FBI for investigation.

I want you to be advised that the focus has changed to Yale, and
your

effort in good faith will contribute to protect Yale's interest.
I will
look forward to getting more information as soon as possible.
Please let
me know any kind of development.

Best wishes for the New Year.

Take care,

Kevin


----- Original Message -----
From: gila.reinstein@yale.edu
To: khkim@chosun.com
Date: 2007-12-28 01:14:57
Subject: Re: Urgent!! Kevin Kim, Chosun Ilbo

Kevin,
I will look into these matters for you. Please be advised that
Yale
is
currently in the midst of a winter recess. Offices are closed
from
Christmas through New Year's, and many members of the faculty
and
staff
use the time to travel. Classes don't resume until January 14. I
may
not be able to give you any answers until January 2 or even
later,
for
that reason.

This I can say for sure: Ms Shin NEVER EARNED A DEGREE FROM YALE
UNIVERSITY. She was never enrolled in the Graduate School (or
any
school at Yale), and the diploma she produced is DEFINITELY A
FAKE. I
saw a copy of it, and I can confirm with certainly that it is
not a
genuine diploma from 2005, as Ms. Shin claims. It appears to be
a
diploma issued in 1993 that was altered to change the year and
the
name
of the person receiving the degree. I spoke directly to the

YALE00007112

Graduate
School registrar and to the Alumni Records office, who confirmed that
there is no information in their files about Ms. Shin. Had she attended
Yale, both offices would have information about her in their databases.

I'll be in touch when I have more information.

Best wishes for the new year.

Sincerely,
Gila Reinstein


Quoting khkim@chosun.com:

Hello Gila,

I am Kevin Kim, New York Bureau Chief of Chosun Ilbo, Korea. I think
you remember me having visited you twice at the office.

I am sorry to bother you with the same issue as when I visited you,
Ms. Shin Jeong-A's fake diploma. I have some developments from the
Dong-Kuk University that hired Ms. Shin as professor.

It announced that Yale had sent a letter telling that Yale's fax
answer to Donk-Kuk about Shin's diploma was genuine, which was sent
under the name of Susan Carney, Deputy General Counsel, Office of
General Counsel. The letter is saying that professor Pamela
Schirmeister in person signed the answering fax but the signatuer
was
done wrong "in the rush of business."

The Dong-Kuk University said that it did not believe Yale's
explanation of "in the rush of business" and that it requested
internal audit at Yale. If Yale fails to find out why it happend,
it
will ask U.S. government agency for investigation.

I am so surprised about the announcement because it is totally

YALE00007113

differnent from what you have been telling me. So I want to know the
following.

- Is Dong-Kuk's announcement true?


- How come this purplexing result?


- How come professor Schirmeister signed the fax?


- Have she ever met Ms. Shin before? or did she just  carelessly sign
the fax handed from secretary?


- How did Ms. Shirmeister respond?


- Is she working in the college these days? I want to contact her
for
interview.


-Have you already started internal audit?


-Is anybody in the college possibly involved in other people outside
working for dissertation-support organization?


Looking forward your quick responses,

Regards,

Kevin Kihun Kim

New York Bureau Chief
World News Desk
The Chosun Ilbo (Daily)

453-A, UN Headquarters, 405 E 42nd St.,
New York, NY 10017-3507
Phone 212-963-8921
Fax 201-784-1173

YALE00007114

Cellular 201-618-9631
Email : khkim@chosun.com
Website : www.chosun.com

----- End forwarded message
)

)

YALE00007115