# EXHIBIT Q

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------- x
DONGGUK UNIVERSITY,                : No. 3:08-CV-00441 (TLM)
                                   :
      Plaintiff,                   :
                                   :
v.                                 :
                                   :
YALE UNIVERSITY,                   :
                                   :
      Defendant.                   : MARCH 8, 2010
---------------------------------- x

### DEFENDANT YALE UNIVERSITY'S OBJECTIONS AND RESPONSES TO PLAINTIFF DONGGUK UNIVERSITY'S THIRD SET OF REQUESTS FOR PRODUCTION

Defendant Yale University ("Yale") hereby responds to Plaintiff Dongguk University's ("Dongguk") Third Set of Requests for Production as follows:

### GENERAL OBJECTIONS

Defendant objects generally to the extent that any request for production seeks information or documents protected by the attorney-client privilege.

Defendant objects generally to the extent that any request for production seeks information or documents prepared in anticipation of litigation or information or documents reflective of the mental impressions, theories, conclusions, and opinions of counsel and/or their representatives that are work product of counsel without the required showing of substantial hardship in obtaining the substantial equivalent.

### DOCUMENTS REQUESTED

1.     All letters and other documents signed or authored by Pamela Schirmeister between January 1, 2004 and September 22, 2005 certifying, verifying, or confirming that a student had received a degree from Yale University.

**RESPONSE:** Yale objects to this Request as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, see documents numbered YALE00001171, YALE00001187, YALE00007999, and YALE00008556.

2. All "examples of confirmation letters" Pamela Schirmeister provided to Gila Reinstein ("Reinstein"), as discussed in Reinstein's February 4, 2008 email to George Joseph, Bates-stamp numbered YALE00000840-YALE00000841.

**RESPONSE:** See documents numbered YALE00008559 and YALE00008560, enclosed herewith.

DEFENDANT YALE UNIVERSITY

By: _____
Felix J. Springer (#ct05700)
Howard Fetner (#ct26870)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100 (phone)
(860) 275-0343 (fax)
fjspringer@daypitney.com
hfetner@daypitney.com

Its attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this 8th day of March, 2010, via overnight mail, postage prepaid, to the following counsel of record:

Ira Grudberg
Jacobs, Grudberg, Belt, Dow & Katz P.C.
350 Orange Street
New Haven, CT 06511

Robert A. Weiner
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

_____
Howard Fetner

**From:** Pamela Schirmeister <pamela.schirmeister@yale.edu>
**Sent:** Tuesday, July 17, 2007 2:02 PM
**To:** gila.reinstein@yale.edu
**Subject:** Emailing: article2765578

Dear Gila,

Google turned this up, and there may be others. One question, though, is if she was in all of the places doing all of the things the article says she was, when could she have been at Yale? We have had a residency requirement for many years. Also, I wonder a little bit about getting a degree in History of Art and writing on Apollinaire. Oh well.

Pam

The message is ready to be sent with the following file or link attachments:

Shortcut to: http://news.independent.co.uk/world/asia/article2765578.ece


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

Pamela Schirmeister
Associate Dean
The Graduate School
Yale University

P.O. Box 208236
New Haven CT 06520-8236
203-432-9098

Confidentiality Notice: This e-mail message and any attachments are for the sole use of the intended recipient (s) and may contain proprietary, confidential, or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited and may be a violation of law. If you are not the intended recipient or a person responsible for delivering this message to an intended recipient, please contact the sender by reply email and destroy all copies of the original message immediately.   date-sent 1184695295 flags 33815680 sender Pamela Schirmeister <pamela.schirmeister@yale.edu> subject Emailing: article2765578 to gila.reinstein@yale.edu

YALE00008553

| | |
|---|---|
| From: | Pamela Schirmeister <pamela.schirmeister@yale.edu> |
| Sent: | Thursday, January 17, 2008 4:26 PM |
| To: | Gila Reinstein <gila.reinstein@yale.edu> |
| Subject: | Re: more dongguk guk |

OK--thanks.

At 12:33 PM 1/17/2008, you wrote:

> Pam,
> I went through my old inbox for July and came up with no perfect match. Quite a few inquiries on the topic, but none that were from EUIYON CHO.
> I sent two that might be corruptions of the name, through the workings of transliteration.
> Oy.
> Gila
>
>> Dear Gila,
>>
>> Susan Carney asked me if I had received an e-mail on July 6 from EUIYON CHO. I can find no such e-mail on this computer, not when I search for it by name, nor when searching for Dongguk. It could be on my home computer, but if I had received it, I might have sent it to you. Could you check on and a few days after july 6 2007 to see if you received anything from me that had come from her? Thanks.
>>
>> Pam
>> Pamela Schirmeister
>> Associate Dean
>> The Graduate School
>> Yale University
>>
>> P.O. Box 208236
>> New Haven CT 06520-8236
>> 203-432-9098
>>
>> Confidentiality Notice: This e-mail message and any attachments are for the sole use of the intended recipient (s) and may contain proprietary, confidential, or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited and may be a violation of law. If you are not the intended recipient or a person responsible for delivering this message to an intended recipient, please contact the sender by reply email and destroy all copies of the original message immediately.

Pamela Schirmeister
Associate Dean
The Graduate School
Yale University

P.O. Box 208236
New Haven CT 06520-8236
203-432-9098

Confidentiality Notice: This e-mail message and any attachments are for the sole use of the intended recipient (s) and may contain proprietary, confidential, or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited and may be a violation of law.

If you are not the intended recipient or a person responsible for delivering this message to an intended recipient, please contact the sender by reply email and destroy all copies of the original message immediately.     date-sent 1200605184 flags 33815680 sender Pamela Schirmeister <pamela.schirmeister@yale.edu> subject Re: more dongguk guk to Gila Reinstein <gila.reinstein@yale.edu>

YALE00008555

May 24, 2005

c/o Megan Sutherland
University of Minnesota
School of Music
200 Ferguson Hall
2106 4th Street
Minneapolis MN 55455

This is to certify that Redacted has completed all course requirements for the Ph.D. degree in the Department of Music and he received his degree on May 23, 2005.

If you have any questions please contact me at (203) 432-7598.

Sincerely,


Pamela Schirmeister
Associate Dean

cc:   Registrar, Department Music

YALE00008556

| | |
|---|---|
| **From:** | Pamela Schirmeister <pamela.schirmeister@yale.edu> |
| **Sent:** | Tuesday, July 17, 2007 1:33 PM |
| **To:** | gila.reinstein@yale.edu |
| **Subject:** | Fwd: degree verification |

Dear Gila,

Here are the two templates we use to indicate that a student has a degree. The first is used for students who have the degree in hand. The second is used for students who have gotten jobs that require them to have the degree, but who, because of when they've submitted, haven't yet received the degree. These letters are usually requested by the student and sent to dept. chairs at other institutions.

Pam

> X-Mailer: QUALCOMM Windows Eudora Version 7.0.1.0
> Date: Tue, 17 Jul 2007 13:26:15 -0400
> To: "Pamela Schirmeister" <pamela.schirmeister@yale.edu>
> From: Alicia Grendziszewski <alicia.grendziszewski@yale.edu>
> Subject: degree verification
> X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
> X-Scanned-By: MIMEDefang 2.52 on 130.132.50.7
>
> Pam: I have attached two templates
>
> Alicia Grendziszewski
> Assistant to Dean Pamela Schirmeister
> and Dean Edward Barnaby
> Yale Graduate School
> 320 York Street
> PO Box 208236
> New Haven CT 06520-8236
>
> tel: 203.432.7598
> fax: 203.432.6904

Confidentiality Notice: This e-mail message and any attachments are for the sole use of the intended recipient (s) and may contain proprietary, confidential, or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited and may be a violation of law. If you are not the intended recipient or a person responsible for delivering this message to an intended recipient, please contact the sender by reply email and destroy all copies of the original message immediately.

YALE00008557

Pamela Schirmeister
Associate Dean
The Graduate School
Yale University

P.O. Box 208236
New Haven CT 06520-8236
203-432-9098

Confidentiality Notice: This e-mail message and any attachments are for the sole use of the intended recipient (s) and may contain proprietary, confidential, or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited and may be a violation of law. If you are not the intended recipient or a person responsible for delivering this message to an intended recipient, please contact the sender by reply email and destroy all copies of the original message immediately.    date-sent 1184693589 flags 33815681 sender Pamela Schirmeister <pamela.schirmeister@yale.edu> subject Fwd: degree verification to gila.reinstein@yale.edu

YALE00008558

September 20, 2004

To Whom It May Concern:

This is to certify that -------- has completed all course requirements for the Ph.D. degree in English Language and Literature and submitted her dissertation on March 15, 2004. The dissertation was approved by all of the selected readers and she received her degree on May 24, 2004.

If you have any questions please contact me at (203) 432-7598.

Sincerely,


Pamela Schirmeister
Associate Dean


cc:   Registrar, Department of English Language and Literature

7 October 2004

Chair
Department of Economics
Harvard University

Dear X,

I am writing to certify that ----- has completed all of the degree requirements for the Ph.D. in Economics at Yale University as of October 7, 2004. Due to our own internal deadlines, his degree will not be certified by the Yale Corporation until its December meeting, but that approval is purely pro forma. He should be considered now as having his degree in hand.

If you have any questions about this matter, please feel free to contact me directly at (203)-432-9098 or at Pamela.schirmeister@yale.edu.

Thank you.

Sincerely,

Pamela Schirmeister
Associate Dean


cc:   Truman Bewley, DGS, Economics

YALE00008560