# EXHIBIT 2

## Weiner, Robert

| | |
|---|---|
| **From:** | Bae, Jean |
| **Sent:** | Wednesday, April 15, 2009 11:51 AM |
| **To:** | hfetner@daypitney.com |
| **Cc:** | fjspringer@daypitney.com; igrudberg@jacobslaw.com; Weiner, Robert; Kratenstein, Andrew |
| **Subject:** | Search Term List |
| **Attachments:** | DGProposedSearchTerms041509.pdf |

Howie,

Please find the attached proposed e-mail search term list by Dongguk.  We look forward to receiving your search term list soon.

Jean

4/15/2009

## Dongguk v. Yale: Proposed Search Term List for Dongguk's ESI

| English | Korean |
|---|---|
| "Shin Jeong Ah" or "Jeong Ah Shin" or "Shin Jeong-Ah" or "Jeong-Ah Shin"<br><br>"Jeong Ah" "or Jeong-Ah"<br><br>"Professor Shin"<br><br>shindarc@hanmail.net | 신정아<br><br>정아<br><br>신 교수<br><br>shindarc@hanmail.net |
| Yale | 예일 |
| Kansas | 캔자스 |
| Myoung Lee | 이명 |
| Schirmeister or Schirmeistr | 셔마이스터 |
| Carney | 카니 |
| Reinstein | 라인스틴 or 라인스타인 |
| Levin | 레빈 |
| Emerson | 에머슨 |
| Butler | 버틀러 |
| Barnaby | 바나비 |
| Mehring | 메링 |
| Ostroff | 오스트로프 |
| "Byeon Yang Kyun" or "Yang Kyun Byeon" or "Byeon Yang-Kyun" or "Yang-Kyun Byeon"<br><br>"Yang Kyun" or "Yang-Kyun" | 변양균<br><br>양균 |
| "Lim Yong Taek" or "Yong Taek Lim" or | 임용택 |

| | |
|---|---|
| "Lim Yong-Taek" or "Yong-Taek Lim" or "Im Yong-Taik" or "Yong-Taik Im"<br><br>"Yong Taek"or "Yong-Taek" or "Yong-Taik" "Im Yong Taik" or "Yong Taik Im" or "Yong Taik"<br><br>"Young Bae" | 용택<br><br><br><br>영배 |
| "Hong Ki Sam" or "Ki Sam Hong" or "Hong Ki-Sam" or "Ki-Sam Hong"<br><br>"Ki Sam" or "Ki-Sam" | 홍기삼<br><br>기삼 |
| "Jang Yoon" or "Yoon Jang" or "Chang Yoon" or "Yoon Chang" | 장윤 |
| (degree or credential or Ph.D.) and (forge or forgery or fake or falsify or falsification) | (학위 or 학력 or 박사) and (위조 or 날조 or 허위 or 거짓) |
| (dissertation or thesis) and (plagiarize or plagiarism) | 논문 and 표절 |
| "Guillaume Apollinaire: Catalyst for Primitivism, for Picabia and Duchamp" | "기욤 아폴리네르:원시주의, 피카비아와 뒤샹을 위한 촉매"or "기욤 아폴리네르: 피카비아와 뒤샹을 위한 원시주의의 촉매" |