# EXHIBIT 9

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------ x
DONGGUK UNIVERSITY,            :  No. 3:08-CV-00441 (RNC)
                               :
         Plaintiff,            :
                               :
    v.                         :
                               :
YALE UNIVERSITY,               :
                               :
         Defendant.            :  JUNE 12, 2009
------------------------------ x
```

## DEFENDANT YALE UNIVERSITY'S OBJECTIONS AND RESPONSES TO PLAINTIFF DONGGUK UNIVERSITY'S FIRST SET OF REQUESTS FOR ADMISSION

Defendant Yale University ("Yale") hereby responds to Plaintiff Dongguk University's ("Dongguk") First Set of Requests for Admission as follows:

### REQUESTS FOR ADMISSION

15. On July 6, 2007 at 3:44 AM (EST), Cho sent an email to Schirmeister (the "July 6 Email").

**RESPONSE:** Yale lacks knowledge or information sufficient to enable it to admit or deny. After making reasonable inquiry, the information that Yale knows or can readily obtain is insufficient to enable it to admit or deny.

16. The contents of the July 6 Email are as follows:

Dear Pamela Schirmeister,

I am writing this letter in need of verification on your records about Ms. Jeong Ah Shin for whom, according to the documents we have, in 2005, you issued a Ph.D. certification letter to our school, Dongguk University, in Seoul, Korea.

According to one of the documents, in May 27, 2005, you issued a certification letter saying that Jeong Ah Shin (dob: April 28, 1972) got a Ph.D. in the major of History of Art and graduated in May 2005. The letter was carbon copied to Professor Christine Mehring and the Department of the History of Art. Moreover, in response to our letter of asking your verification of the May letter, in September 22, 2005, you faxed us, saying

-7-

that you confirmed that the May letter was issued by the Yale Graduate School and signed by you.

On the contrary to your statements, however, upon our request for the verification of Ms. Shin's status on whether she got a Ph.D. in the Department of the History of Art, Susan Emerson, the registrar of the Department of the History of Art informed us that Jeong Ah Shin did not receive a Ph.D. in the History of Art Department. Also, Professor Mehring emailed saying that she did not advise Jeong Ah Shin and does not know her.

Faced with these two contradictory statements from Yale University about Ms. Jeong Ah Shin, we are oblidged to ask you again whether you really issued the May and September Certification letter on behalf of the Yale Graduate School. If Jeong Ah Shin received a Ph.D. in the major of the History of Art under Professor Mehring, as you confirmed, why do you think Susan Emerson and Dr. Christine Mehring have denied what you wrote about Ms. Shin?

It will be very kind of you if you double check both the registrar of the Yale Graduate School and the History of Art Department with regard to our inquiry about Ms. Shin's status on whether she really got a Ph.D. in the History of Art Department under the supervision of Dr. Mehring. Your quick reply to this will be greatly appreciated.

Sincerely,

Euiyon Cho, Ph.D.

**RESPONSE:** Yale lacks knowledge or information sufficient to enable it to admit or deny. After making reasonable inquiry, the information that Yale knows or can readily obtain is insufficient to enable it to admit or deny.

17. On July 6, 2007 at 3:44 AM (EST), Cho received an away message from Schirmeister (the "July 6 Away Message") in response to his July 6, 2007 email.

**RESPONSE:** Yale lacks knowledge or information sufficient to enable it to admit or deny. After making reasonable inquiry, the information that Yale knows or can readily obtain is insufficient to enable it to admit or deny.

18. The contents of the July 6 Away Message are as follows:

-8-

> I will be away from the office until Monday, July 16, with only sporadic e-mail contact. If you need immediate assistance, please contact my assistant at alicia.grendziszewski@yale.edu. Otherwise, I'll respond to your message when I return.
>
> Thanks for your patience.

**RESPONSE:** Yale lacks knowledge or information sufficient to enable it to admit or deny. After making reasonable inquiry, the information that Yale knows or can readily obtain is insufficient to enable it to admit or deny.

19. Schirmeister never sent an email or other communication to Cho in response to the July 6 Email.

**RESPONSE:** Yale lacks knowledge or information sufficient to enable it to admit or deny. After making reasonable inquiry, the information that Yale knows or can readily obtain is insufficient to enable it to admit or deny.