# EXHIBIT 17

# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

FELIX J. SPRINGER
Attorney at Law

242 Trumbull Street
Hartford, CT 06103

T: (860) 275 0184 F: (860) 881 2462
fjspringer@daypitney.com

November 6, 2009

**VIA E-MAIL ONLY**

Robert A. Weiner, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

Re:   Dongguk University v. Yale University, No. 3:08-CV-00441 (RNC)

Dear Bob:

This letter is in response to Audrey Lu's email concerning the depositions of Mses. Shirmeister, Carney and Reinstein, currently noticed for December 2009.

As you will remember, in our October 7, 2009 meet and confer regarding discovery, we agreed that it made no sense to proceed with the depositions of Yale personnel while other discovery issues are outstanding and further documents may be produced.

Only very recently, you have provided Dongguk's responses to Yale's interrogatories 23 and 24 and begun to produce documents from the Dongguk University Foundation Board of Directors. Those responses and documents need to be reviewed and translated prior to the depositions. In addition, other documents from Dongguk's voluminous document productions need to be reviewed and translated prior to the depositions.

In your October 19, 2009 letter to Howard Fetner, you set forth what you consider to be outstanding issues related to Yale's discovery responses. By separate cover early next week, Howie will be addressing that October 19 letter. Suffice it to say, in the next several weeks we intend to provide further responses to some of the issues you have raised. While I expect those responses to satisfy any remaining concerns that you may have, out of appropriate caution and in line with our understanding from the October 7, 2009 meet and confer, we need to be sure that there are no outstanding discovery issues before the depositions go forward.

Accordingly, we should discuss realistic dates for the depositions. December is unrealistic, but we have ascertained from the deponents that January dates are available. In

**DAY PITNEY** LLP

Robert A. Weiner, Esq.
November 6, 2009
Page 2

addition, we also should discuss scheduling the mediation. Please contact me at your earliest
convenience next week after you receive Howie's letter.

Very truly yours,

Felix J. Springer

FJS/jhs
cc:  Howard Fetner, Esq.
     Audrey Lu, Esq.
     Ira B. Grudberg, Esq..