# EXHIBIT 19

Gila Reinstein, 2/4/08 1:58 PM -0500, Shin documents                                                                1

Date: Mon, 4 Feb 2008 13:58:30 -0500
To: george.joseph@yale.edu
From: Gila Reinstein <gila.reinstein@yale.edu>
Subject: Shin documents
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)

George,
Here are statements that I gave to Korean media, including one asserting that the infamous fax was false, based on what Pam told me at the time--and examples of confirmation letters she sent me.
Gila

July 20:
To: √+ø¯¢ <circle@hani.co.kr>
From: Gila Reinstein <gila.reinstein@yale.edu>
Subject: Re: Question from Korea
Cc:
Bcc:

Dear Choi, Won-Hyung,

After a careful search in the records of the Registrar of Yale University and the History of Art Department, it is clear that Jeong Ah Shin was never a student at Yale. Yale has no record of her at all.

Neither Pam Schirmeister nor any other Yale official signed documents affirming that she earned a degree. The phone and fax numbers on the false documents are correct, but that information is public knowledge. If Yale had received a request to confirm that Shin earned a degree from the Graduate School, Yale would have responded that she did not.

The documents Shin supplied are clearly false: the diploma is signed by Howard Lamar and Sheila Wellington, although it is supposed to have been awarded in 2005. Howard Lamar was president of Yale only in 1992-93, and Wellington left Yale in 1993. The fax that supposedly came from Associate Dean Pamela Schirmeister bears no resemblance to the letter her office sends to confirm a degree. In addition, the fax misspells "Schirmeister," among other errors.

Yale has had no instance of a faculty member with false documents, so far as I know. Occasionally, a student will apply for admission and submit false documents. The cases I'm aware of have involved U.S. citizens.


Sept. 21:
Jeong Ah Shin was never enrolled as a student at Yale University and did not attend classes or earn a Ph.D. or any other degree from this university. Any document or statement purporting to support her claim is false and was not issued by Yale University.

In order to earn a PhD degree from the Yale Graduate School of Arts and Sciences, a student must register and attend the university full time for a minimum of three years, during which time he or she must be in residence in New Haven, Connecticut. Ms. Shin never registered at Yale. Her name does not appear in any records maintained by the Registrar or by the Yale Graduate School.

Ms. Shin claims she was a student in the History of Art Department at Yale, and that Professor Christine Mehring was her advisor. Professor Mehring has stated that she never met or advised Ms. Shin.

The History of Art Department has no record of Jeong Ah Shin. Furthermore, they have no knowledge or record of anyone named John Tracy or Tracy John, whom Ms. Shin says was her "broker." The Graduate School has never dealt with "brokers," and the concept is unknown to the University.

A doctoral dissertation must be researched and written by the person who submits it. A doctoral dissertation must be original work done by the candidate for the degree. Yale does not permit a tutor to write a dissertation. Dissertation work is closely supervised by a Yale University professor or a Yale-approved committee of professors.


December 29:

Statement by Yale University Office of Public Affairs

Yale University earlier this year expressed regrets to President Youngkyo Oh of Dongguk University in Seoul, Korea regarding an administrative error made in responding to an inquiry from Dongguk University concerning Ms. Jeong Ah Shin's claim to hold a Yale Ph.D. In fact Ms. Shin's claim is untrue.

YALE00000840

Gila Reinstein, 2/4/08 1:58 PM -0500, Shin documents                                           2

In September 2005, Dongguk University sent Yale a document on Yale Graduate School letterhead purporting to bear the signature of a Graduate School dean and appearing to be a May 2005 letter from Yale stating the result of a records audit at Yale of Ms. Shin's alleged Ph.D. Dongguk asked if Yale could verify the content of the May 2005 letter. In a facsimile response sent to Dongguk, also in September 2005, the Graduate School confirmed, erroneously, that the letter was issued by the Yale Graduate School and signed by a Yale Associate Dean. Responding quickly to what appeared to be a routine request, Yale's staff mistakenly relied on the letterhead and signature on the purported May 2005 letter and failed to recognize it as fabricated. The University deeply regrets this error and the resulting inconvenience to Dongguk University.

Yale underscores that, despite her public claims to the contrary, Ms. Shin never attended Yale University and never received a Ph.D. from Yale. Ms. Shin created several false documents to support her claim of a Yale Ph.D., including a fake Yale diploma and the fake May 2005 letter referenced above.

Yale has undertaken an extensive examination of its documents related to this matter in the past several months and has changed its protocols for verifying graduate degrees. Yale's review of the Shin matter in Summer 2007 at Dongguk's request suggested at first that the September 2005 facsimile had not been sent by the Graduate School, because the format of the facsimile was not customary, and Yale so advised Dongguk. This conclusion raised further questions, and a more thorough investigation and document search concluded that Yale indeed erroneously verified the purported May 2005 letter as a result of an administrative error. Again, Yale University deeply regrets this error; it stands ready to cooperate with government officials in Korea in any further investigation of Ms. Shin's false documents and claims.

FOR IMMEDIATE RELEASE: December 29, 2007

Attachment converted: Mercury:Shin statement 1.doc (WDBN/«IC») (00C76D6A)
Attachment converted: Mercury:Shin12-29 3.doc (WDBN/«IC») (00C76D70)



YALE00000841