# EXHIBIT 20

## Weiner, Robert

**From:** Lu, Audrey
**Sent:** Wednesday, February 03, 2010 1:30 PM
**To:** Fetner, Howard
**Cc:** Springer, Felix J.; Weiner, Robert
**Subject:** Dongguk v. Yale

Howie-

In prior correspondence, we requested that Yale produce any and all attachments to all emails that had been previously produced. To date, we believe that Yale still has not produced such attachments and would again request that Yale produce those attachments immediately.

Specifically, we'd request that you produce the attachments to the following email tomorrow:

YALE00000840-841:  The email states that Pam Schirmeister sent "examples of confirmation letters" to Gila Reinstien, but no attachments were included in the production (i.e., Shin statement 1.doc and Shin12-29 3.doc).

Additionally, please produce the first page of document bates stamped YALE00001081-1082.

Best regards,
Audrey Lu

1