# EXHIBIT 21

## Weiner, Robert

**From:** Fetner, Howard [hfetner@daypitney.com]
**Sent:** Wednesday, February 03, 2010 6:08 PM
**To:** Lu, Audrey
**Cc:** Springer, Felix J.; Weiner, Robert
**Subject:** RE: Dongguk v. Yale

Audrey,

As I stated in my previous e-mail, we have produced all responsive e-mails and attachments in Yale's possession, including the attachments to YALE00000840-YALE00000841. They are located at YALE00008513 and YALE00008514. As I also stated in my previous e-mail, YALE00001083 is the only page of that particular document that Yale possesses, but the same document is reproduced at YALE00001135-YALE00001136.

Howie

---

**From:** Lu, Audrey [mailto:AuLu@mwe.com]
**Sent:** Wednesday, February 03, 2010 5:51 PM
**To:** Fetner, Howard
**Cc:** Springer, Felix J.; Weiner, Robert
**Subject:** RE: Dongguk v. Yale

Howie-
After reviewing the documents to which you refer in your email, please note the below:

YALE00008513-8514 are two of Yale's public statements NOT samples of confirmation letters that Schirmeister sent to Reinstein (as discussed in YALE00000840). If sample letters were not attached to YALE00000840, we ask that you produce the email and attachments that included said sample confirmation letters.

Furthermore, I was looking for the first page of YALE00001083. Additionally, YALE00001135-1136 is clearly part of the fax that Carney sent to Schirmeister attaching the December 28, 2007 letter, not the pdf version originally attached to the email in YALE00001081-1082. Please produce the original and complete attachment to YALE00001081-1082.

Audrey

---

**From:** Fetner, Howard [hfetner@daypitney.com]
**Sent:** Wednesday, February 03, 2010 5:23 PM
**To:** Lu, Audrey
**Cc:** Springer, Felix J.; Weiner, Robert
**Subject:** RE: Dongguk v. Yale

Audrey,

As we have previously told you, we have produced all responsive e-mails and attachments in Yale's possession. For your reference, the document numbered YALE00000840-YALE00000841 was also produced as YALE00008511-YALE00008512, and its two attachments are numbered YALE00008513 and YALE00008514. The document numbered YALE00001081-YALE00001082 is complete; its first page is YALE00001081. If you intended to inquire about the first page of the attachment to that document, YALE00001083, we have produced all that Yale possesses. The complete document was also produced at YALE00001135-YALE00001136.

Howie

1

**From:** Lu, Audrey [mailto:AuLu@mwe.com]
**Sent:** Wednesday, February 03, 2010 1:30 PM
**To:** Fetner, Howard
**Cc:** Springer, Felix J.; Weiner, Robert
**Subject:** Dongguk v. Yale

Howie-

In prior correspondence, we requested that Yale produce any and all attachments to all emails that had been previously produced. To date, we believe that Yale still has not produced such attachments and would again request that Yale produce those attachments immediately.

Specifically, we'd request that you produce the attachments to the following email tomorrow:

YALE00000840-841: The email states that Pam Schirmeister sent "examples of confirmation letters" to Gila Reinstien, but no attachments were included in the production (i.e., Shin statement 1.doc and Shin12-29 3.doc).

Additionally, please produce the first page of document bates stamped YALE00001081-1082.

Best regards,
Audrey Lu

*********************************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

---

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*********************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.