# EXHIBIT 22

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CIVIL ACTION 3:08-CV-00441 (RNC)

- - - - - - - - - - - - - - - - - - - - - - - -x

DONGGUK UNIVERSITY,            :

    Plaintiff,             :

  -versus-                      :

YALE UNIVERSITY,               :

    Defendant.             :

- - - - - - - - - - - - - - - - - - - - - - - -x

    Deposition of GILA REINSTEIN, taken pursuant to the Federal Rules of Civil Procedure, at the law offices of Jacobs, Grudberg, Belt, Dow & Katz, PC, 350 Orange Street, Connecticut, before James A. Martone, L.S.R. #00248, and a Notary Public in and for the State of Connecticut, on February 4, 2010, at 9:40 a.m.

```
1                MR. WEINER:  Well, if you --
2                MR. FETNER:  You have the attachments
3    to the e-mail.
4                MR. SPRINGER:  That's why I said it's
5    beyond the pale.
6                MR. WEINER:  Excuse me, if you go to
7    the bottom of the second page, there are a reference
8    to attachments.
9                MR. FETNER:  And you have both of
10   them.  They're Exhibits 49 and 50.
11               MR. WEINER:  And those are not the
12   confirmation letters.
13               MR. FETNER:  No.  You see the two
14   attachments are labeled Shin Statement 1 and Shin
15   12/29.  The attachments are a statement and a 12/29
16   document.
17               MR. WEINER:  Let's go further.
18       Q.   When you received the examples of
19   confirmation letters from Dean Schirmeister, what
20   did you do with them?
21       A.   To the best of my recollection, I looked
22   at them.
23       Q.   Put them in the files?
24       A.   No.  I put them on the -- in the temporary
25   file.
```

1   Q.   Okay. And what is a temporary file?

2   A.   Stack of papers for projects I'm working on.

3   Q.   And what happens to the temporary files?
4   Are they destroyed?

5   A.   They have -- I don't remember exactly what
6   happened to those papers.

7   Q.   Okay. Were you aware that as of February
8   2008, news articles had appeared in the Korean press
9   stating that Dongguk University was considering
10  suing Yale University for a libel?

11  A.   I don't remember what I knew at that
12  point.

13  Q.   Okay.

14           MR. WEINER: Mr. Fetner, I believe
15  that we have provided you in the past with evidence
16  that as of December, I believe it was December 28th,
17  2007, a public statement had been made by Dongguk
18  University that it was considering bringing an
19  action against Yale University. Were these
20  documents maintained?

21           MR. SPRINGER: I'm not -- don't --
22  Let's not get into any of that at this point.

23           MR. FETNER: You haven't even
24  established any documents existed on 12/28/07, but
25  I'm not going to answer questions.