# EXHIBIT 24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------- x
DONGGUK UNIVERSITY,                : No. 3:08-CV-00441 (TLM)
                                   :
        Plaintiff,                 :
                                   :
v.                                 :
                                   :
YALE UNIVERSITY,                   :
                                   :
        Defendant.                 : MARCH 8, 2010
---------------------------------- x

## DEFENDANT YALE UNIVERSITY'S OBJECTIONS AND RESPONSES TO PLAINTIFF DONGGUK UNIVERSITY'S THIRD SET OF REQUESTS FOR PRODUCTION

Defendant Yale University ("Yale") hereby responds to Plaintiff Dongguk University's ("Dongguk") Third Set of Requests for Production as follows:

### GENERAL OBJECTIONS

Defendant objects generally to the extent that any request for production seeks information or documents protected by the attorney-client privilege.

Defendant objects generally to the extent that any request for production seeks information or documents prepared in anticipation of litigation or information or documents reflective of the mental impressions, theories, conclusions, and opinions of counsel and/or their representatives that are work product of counsel without the required showing of substantial hardship in obtaining the substantial equivalent.

### DOCUMENTS REQUESTED

1.      All letters and other documents signed or authored by Pamela Schirmeister between January 1, 2004 and September 22, 2005 certifying, verifying, or confirming that a student had received a degree from Yale University.

**RESPONSE:** Yale objects to this Request as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, see documents numbered YALE00001171, YALE00001187, YALE00007999, and YALE00008556.

2. All "examples of confirmation letters" Pamela Schirmeister provided to Gila Reinstein ("Reinstein"), as discussed in Reinstein's February 4, 2008 email to George Joseph, Bates-stamp numbered YALE00000840-YALE00000841.

**RESPONSE:** See documents numbered YALE00008559 and YALE00008560, enclosed herewith.

DEFENDANT YALE UNIVERSITY

By: _____
Felix J. Springer (#ct05700)
Howard Fetner (#ct26870)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100 (phone)
(860) 275-0343 (fax)
fjspringer@daypitney.com
hfetner@daypitney.com

Its attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this 8th day of March, 2010, via overnight mail, postage prepaid, to the following counsel of record:

Ira Grudberg
Jacobs, Grudberg, Belt, Dow & Katz P.C.
350 Orange Street
New Haven, CT 06511

Robert A. Weiner
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY10173-1922

Howard Fetner