# EXHIBIT 25

**From:** Pamela Schirmeister <pamela.schirmeister@yale.edu>
**Sent:** Tuesday, July 17, 2007 1:33 PM
**To:** gila.reinstein@yale.edu
**Subject:** Fwd: degree verification

Dear Gila,

Here are the two templates we use to indicate that a student has a degree. The first is used for students who have the degree in hand. The second is used for students who have gotten jobs that require them to have the degree, but who, because of when they've submitted, haven't yet received the degree. These letters are usually requested by the student and sent to dept. chairs at other institutions.

Pam

> X-Mailer: QUALCOMM Windows Eudora Version 7.0.1.0
> Date: Tue, 17 Jul 2007 13:26:15 -0400
> To: "Pamela Schirmeister" <pamela.schirmeister@yale.edu>
> From: Alicia Grendziszewski <alicia.grendziszewski@yale.edu>
> Subject: degree verification
> X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
> X-Scanned-By: MIMEDefang 2.52 on 130.132.50.7
>
> Pam: I have attached two templates
>
> Alicia Grendziszewski
> Assistant to Dean Pamela Schirmeister
> and Dean Edward Barnaby
> Yale Graduate School
> 320 York Street
> PO Box 208236
> New Haven CT 06520-8236
>
> tel: 203.432.7598
> fax: 203.432.6904

Confidentiality Notice: This e-mail message and any attachments are for the sole use of the intended recipient (s) and may contain proprietary, confidential, or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited and may be a violation of law. If you are not the intended recipient or a person responsible for delivering this message to an intended recipient, please contact the sender by reply email and destroy all copies of the original message immediately.

YALE00008557

Pamela Schirmeister
Associate Dean
The Graduate School
Yale University

P.O. Box 208236
New Haven CT 06520-8236
203-432-9098

Confidentiality Notice: This e-mail message and any attachments are for the sole use of the intended recipient (s) and may contain proprietary, confidential, or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited and may be a violation of law. If you are not the intended recipient or a person responsible for delivering this message to an intended recipient, please contact the sender by reply email and destroy all copies of the original message immediately.   date-sent 1184693589 flags 33815681 sender Pamela Schirmeister <pamela.schirmeister@yale.edu> subject Fwd: degree verification to gila.reinstein@yale.edu

YALE00008558

7 October 2004

Chair
Department of Economics
Harvard University

Dear X,

I am writing to certify that ----- has completed all of the degree requirements for the Ph.D. in Economics at Yale University as of October 7, 2004. Due to our own internal deadlines, his degree will not be certified by the Yale Corporation until its December meeting, but that approval is purely pro forma. He should be considered now as having his degree in hand.

If you have any questions about this matter, please feel free to contact me directly at (203)-432-9098 or at Pamela.schirmeister@yale.edu.

Thank you.

Sincerely,

Pamela Schirmeister
Associate Dean

cc:    Truman Bewley, DGS, Economics

YALE00008560

September 20, 2004

To Whom It May Concern:

This is to certify that -------- has completed all course requirements for the Ph.D. degree in English Language and Literature and submitted her dissertation on March 15, 2004. The dissertation was approved by all of the selected readers and she received her degree on May 24, 2004.

If you have any questions please contact me at (203) 432-7598.

Sincerely,

Pamela Schirmeister
Associate Dean

cc:   Registrar, Department of English Language and Literature

YALE00008559