# EXHIBIT 26

# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Robert A. Weiner
Attorney at Law
rweiner@mwe.com
+1 212 547 5408

March 9, 2010

**VIA EMAIL AND FIRST CLASS MAIL**

Felix J. Springer, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103

Re:   <u>Dongguk University v. Yale University, Case No. 3:08-CV-0441 (RNC)</u>

Dear Felix:

We find it ironic that your February 25, 2010 letter, which we will be responding to shortly under separate cover, requests precisely the same type of information that we have requested from Yale on several occasions. Specifically, our letters dated August 6, 2009, September 21, 2009, and October 19, 2009 requested information about Yale's electronically stored information ("ESI") and other document preservation, collection, and search procedure and protocol. We also asked you about this information during our October 7, 2009 meet and confer.

However, rather than provide us with the requested information, you have merely stated that: (1) many of the documents Dongguk has requested "simply do not exist;" (2) Yale has produced all responsive emails it has in its possession; (3) Yale changed its email system and server in 2008; (4) any email stored on the old server was transferred to faculty and staff members' hard drives; (5) custodians searched their hard drives; (6) neither the old server nor any back-up data was searched, and (7) Michael Moore's email was searched from the legacy server. Notably, this information falls far short, both in type and amount, of the information we had previously requested.

Our concerns about the thoroughness of Yale's email production continues to this day. We just received a supplemental document production from Yale which consists of emails that should have been produced months ago. Suffice it to say, Yale has not provided an explanation as to why these new documents (Bates-stamped number 00008553-00008560) were found at this time and why they were not previously produced.

Therefore, by this letter, we again request that Yale provide to us the following documents and information:

   1.   A copy of Yale's document retention policy, from 2005 through present.

U.S. practice conducted through McDermott Will & Emery LLP.
340 Madison Avenue  New York, New York  10173-1922  Telephone: +1 212 547 5400  Facsimile: +1 212 547 5444  www.mwe.com

Felix J. Springer, Esq.
Day Pitney LLP
Page 2

2. A copy of Yale's email retention policy, from 2005 through present.

3. Yale's server logs for July 1, 2007 through July 31, 2007 demonstrating any emails from the domain "dongguk.edu" on Yale's email server.

4. A copy of any retention or litigation hold letters/notices sent to Yale and its employees concerning this litigation.

5. A detailed explanation of Yale's document collection procedure and protocol used in this matter, including any oral or written instructions provided to the individuals (including IT personnel) who collected the emails and documents.

6. A detailed explanation of Yale's ESI collection procedure as well as the protocols, if any, used in this matter, including the following:

   a) any oral or written instructions provided to the individuals (including IT personnel) who collected the emails and documents;

   b) a list of the sources that were searched; and

   c) a list of keywords used in any searches.

7. A detailed explanation of how the ESI of the individuals on the attached list were searched, including but not limited to, whether the search was limited to the downloading of the person's hard drive or whether Yale also searched its back-up logs and/or servers for emails sent by or received by those individuals.

8. A confirmation of whether the ESI and documents of the following individuals have, in fact, been searched and, if so, how. If not, please explain why not.

   - Tim Barringer
   - Jon Butler
   - Tom Conroy
   - Susan Emerson
   - George Joseph
   - Richard Levin
   - Christine Mehring
   - Dorothy Robinson
   - Richard Sleight
   - Steven Sprowson

Additionally, we now request the following information from Yale:

1. All steps Yale has taken to preserve ESI and other documents relevant to this case, including but not limited to: (a) a list of the individuals that were instructed

Felix J. Springer, Esq.
Day Pitney LLP
Page 3

        to preserve their ESI and other documents, (2) the substance of the instructions given regarding preservation (including what documents should be preserved), (3) when individuals were first instructed to preserve, (4) the date of any subsequent direction to preserve, (5) how the instructions were given regarding preservation (i.e., in writing or orally), (6) a copy of the instructions, if in writing, and (7) the names of the individual(s) who drafted or otherwise provided the instructions.

2. A list identifying any Yale personnel for whom the routine destruction and deletion of documents was suspended, when the routine destruction was suspended, and the specific actions taken to suspend the protocol.

3. A detailed explanation of the steps Yale has taken in collecting any relevant ESI and other documents, including: (1) any instructions provided on how to collect relevant ESI and other documents; (2) how ESI and other documents were actually collected (i.e., directly from hard-drives or hard-copy files); (3) a list of individuals who collected the ESI and other documents and their job titles; and (4) for ESI, the format in which relevant material was collected (i.e., native format, hard- copy print-outs).

Sincerely yours,

*Bob*

Robert A. Weiner

cc: Ira Grudberg, Esq.
    Howard Fetner, Esq.
    Audrey Lu, Esq.

NYK 1287157-1.081817.0011

**PEOPLE IN EMAILS PRODUCED BY YALE**

| LAST NAME | FIRST NAME |
|---|---|
| Baker | Dorie |
| Barnaby | Edward |
| Barringer | Tim |
| Brand | Sgt. Peter |
| Butler | Jon |
| Carlton | Jill |
| Carney | Susan |
| Chardiet | Nicole |
| Conroy | Thomas |
| Edwards | Tracy |
| Emerson | Susan |
| Filer | Donald |
| Glickson | Nina |
| Goot | Stephen |
| Green | Marilyn |
| Grendzizsewski | Alicia |
| Harper-Mangels | Robert |
| Helfenbein | Michael |
| Hovey | Diane |
| Joselit | David |
| Joseph | George |
| Klasky | Helaine |
| Lett | Bev |
| Levin | Richard |
| Lorimer | Linda |
| Mangan | John |
| Mehring | Christine |
| Oliver | Alice |
| Ostroff | Cynthia |
| Patenaude | Crystal |
| Reinstein | Gila |
| Robinson | Dorothy |
| Rose | Harold |
| Schirmeister | Pamela |
| Sleight | Richard |
| Sonzoni | Nancy |
| Sprowson | Steven |
| Tolson | Terri |
| Vander Veer | Darla |
| Walcott | Kianti |
| Zandy | Patricia |
| f\D Group\Dongguk U | |
| Emeritus | |
| Junior Faculty | |
| Senior Faculty | |