# EXHIBIT 30

# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

FELIX J. SPRINGER
Attorney at Law

242 Trumbull Street
Hartford, CT 06103
T: (860) 275 0184   F: (860) 881 2462
fjspringer@daypitney.com

July 2, 2010

**VIA UPS**

Robert A. Weiner, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

    Re:   <u>Dongguk University v. Yale University, No. 3:08-CV-00441 (TLM)</u>

Dear Bob:

    Enclosed please find documents numbered YALE00008561 – YALE00008611. The enclosed documents are as follows:

- documents numbered YALE00008561 – YALE00008593 are internal communications about Jeong Ah Shin or Dongguk;

- documents numbered YALE00008594 – YALE00008601 are communications with the media; and

- documents numbered YALE00008602 – YALE00008611 are communications with Dongguk.

    Documents numbered YALE00008561 – YALE00008610 were recovered from a backup of former Yale employee Susan Emerson's hard drive. Yale IT personnel preserved the back-up, including her stored e-mail, but the backup could not be found when Yale gathered responsive documents. IT personnel recently located the backup and searched it for the first time using the following terms: Dongguk, Shin, Jeong Ah, Jeong-Ah, shindarc@hanmail.net, Guillaume Apollinaire, Catalyst for Primitivism, Youngkyo, President Oh, Myoung, Professor Lee, Mr. Lee, Hyung Taik, Ahn, Euiyon, Cho, Chosun, Donga, Hankook, JoongAng, joins.com, Maeil, mk.co.kr, Munhwa, MBC, Byeon, Yang Kyun, Yang-kyun, Lim, Yong Taek, Yong-Taek, Seoul, Korea, (degree or credential or Ph.D.) and (forge or forgery or fake or falsify or falsification).

    The document numbered YALE00008611 was inadvertently omitted from an earlier document production.

**DAY PITNEY** LLP

Robert A. Weiner, Esq.
July 2, 2010
Page 2

Very truly yours,

*Felix*

Felix J. Springer

cc: Ira Grudberg, Esq.
      Audrey Lu, Esq.
      Howard Fetner, Esq.