# EXHIBIT 31

## Main Identity

| | |
|---|---|
| From: | <solatido@yna.co.kr> |
| To: | <christine.mehring@yale.edu>; <timothy.barringer@yale.edu>; <susan.emerson@yale.edu>; <history.dgs@yale.edu>; <marcy.kaufman@yale.edu> |
| Sent: | Wednesday, July 04, 2007 10:56 AM |
| Subject: | Inquiry on purported Ph.D dissertation |

Dear Sirs and Madams,

I am a journalist at Yonhap News Agency, South Korea's newswire service. My inquiry concerns the authenticity of an ostensible Ph.D. dissertation, titled "Guillaume Apollinaire: Catalyst for Primitivism, For Picabia and Duchamp" and purportedly presented to "the Faculty of the Graduate School of Yale University in Candidacy for the Degree of Doctor of Philosophy by Jeong Ah Shin in May 2005."

A page from the ostensible dissertation cites three persons as having approved the dissertation: "Christine Mehring, Ph.D (Professor in Charge of dissertation on behalf of the advisory committee)", "Richard B. murray [sic], Ph.D (Chairman of the Department of History)" and "Pamela Schirmestr Ph.D (Associate Dean, Graduate School)."

I have strong reason to doubt the purported dissertation's authenticity, as it appears to be completely identical to a 1981 Ph.D. dissertation presented to University of Virginia by Ekaterini Samaltanou-Tsiakma. Please refer to http://proquest.umi.com/pqdweb?did=752828901&sid=1&Fmt=2&clientId=15501&RQT=309&VName=PQD&cfc=1. The titles, the abstracts, the tables of contents and the main texts are the same in both dissertations. Apparently Shin's purported dissertation is a "copy-and-paste" plagiarism of the 1981 paper.

I also have strong doubts on Shin's claim of having attended Yale as a Ph. D. student. A few days ago, I was told by a former board trustee at Dongguk University, a Seoul-based private university, that internal investigations are under way about Shin, now an assistant professor at his institution, on charges of falsifying academic credentials.

Shin, born on April 28, 1972, is also the chief curator at Sungkok Art Museum and was recently appointed artistic director for Gwangju Biennale 2007, one of the most celebrated art event in South Korea.

According to Dongguk University's office of academic affairs, Shin submitted a letter of resignation to the university on June 25, 2007, citing personal reasons. Her request for voluntary resignation has not been accepted as investigations are still pending.

Was Shin a Ph.D. student at Yale's History of Art or History Department between Aug. 1996 and May 2005? Did she really obtain a Ph.D. degree at Yale in May 2005, as she claims? Thank you in advance.

Respectfully Yours,
Hwasop LIHM
Staff Writer, Yonhap News Agency
Seoul, Republic of Korea

YALE00008601

**Main Identity**

From: &lt;solatido@yna.co.kr&gt;
To: &lt;christine.mehring@yale.edu&gt;; &lt;timothy.barringer@yale.edu&gt;; &lt;susan.emerson@yale.edu&gt;; &lt;history.dgs@yale.edu&gt;; &lt;marcy.kaufman@yale.edu&gt;
Sent: Friday, July 06, 2007 7:14 AM
Subject: Regarding Dongguk Univ. and Jeong Ah Shin

Dear Sirs and Madams,

This is a follow-up to my e-mail sent two days ago. I found out that Shin's purported Ph.D. degree and dissertation have not been registered with Korea Research Foundation, a government-funded institution whose business includes maintaining official records on overseas-obtained academic degrees.
I am now convinced beyond reasonable that Shin's purported Ph.D. degree from Yale is fake. However, I want additional confirmation from a Yale professor or an official at Yale's Graduate School of Arts and Sciences or History of Art Department, as it would completely settle the issue.
Officials at Gwangju Biennale secretariat have quoted Shin as saying that she has already been cleared from accusations of falsifying credentials and that she has "settled discussion on that issue with Dongguk University President." Although I do not regard Shin's claim as probable, I cannot completely rule out the possibility of some Dongguk University officials backing Shin in spite of all this.
Indeed, it is very, very odd that Dongguk University failed to cross-check Shin's purported Ph.D. degree with the Korea Research Foundation, since such a background check for a foreign-issued Ph.D degree holder is part of the standard employment procedure at all Korean universities. Shin has been the most shining celebrity among Dongguk University's faculty, a regular TV show guest and also a columnist for at least three national newspapers.
In plain other words, I can't completely trust Dongguk University officials on this issue.

As I stated in my previous e-mail, I also had other reasons to suspect that Shin, an assistant professor at Dongguk University, has falsified her academic credentials including a Ph.D. from Yale's History of Art Department. She has apparently plagiarized a genuine Ph.D. dissertation presented in 1981 to University of Virginia.

I'll be looking forward to hearing from you soon.

Respectfully,
Hwasop LIHM
Staff Writer, Yonhap News Agency
Seoul, Republic of Korea

YALE00008596

## Main Identity

**From:** <solatido@yna.co.kr>
**To:** <pamela.schirmeister@yale.edu>; <timothy.barringer@yale.edu>; <tom.conroy@yale.edu>; <susan.emerson@yale.edu>; <history.dgs@yale.edu>; <marcy.kaufman@yale.edu>
**Sent:** Monday, July 09, 2007 1:56 AM
**Subject:** Second follow-up: Dongguk Univ. and Gwangju Biennale

Dear Sir(s)/Madam(s),

Officials at the secretariat of Gwangju Biennale, the largest South Korean-hosted international event with a budget of nearly US$10 million, quoted a top Dongguk University official as having said the university will "guarantee" there will be no problem with Shin's Ph.D. in the future, "whatever the complainers [maybe the board trustee who got fired in May after raising accusations of credential falsification and plagiarism against Shin?] say." I am becoming more and more convinced that at least some officials at the university is trying to drop the issue, thereby avoiding the necessity of a thorough probe and appropriate disciplinary measures. I suspect Dongguk will try to repeat the earlier response, i.e. "a Yale official [more specifically, Associate Dean Pamela Schirmeister] had confirmed the veracity of Shin's Ph.D. degree from Yale."

In a telephone conversation last night, Shin (who is supposed to be in Europe now and plans to return to Seoul in Thursday at the earliest) surprised me by saying "It's none of your business if I plagiarized an earlier dissertation, OK? It's an issue just between Yale and me, once Yale had conferred a Ph.D. on me. I didn't get the professorship [at Dongguk] because I wrote good theses. The university hired me because I am capable of doing 'real stuff'. You shouldn't care if I plagiarized or not. Dongguk will protect and keep me and I will be vindicated." She insisted Yale did confer a Ph.D. degree on her. Well, I wonder what makes her so overtly disrespectful of academic integrity...

Respectfully yours,
Hwasop Lihm

6/14/2010

YALE00008597

## Main Identity

| | |
|---|---|
| From: | <solatido@yna.co.kr> |
| To: | <pamela.schirmeister@yale.edu>; <timothy.barringer@yale.edu>; <tom.conroy@yale.edu>; <susan.emerson@yale.edu>; <history.dgs@yale.edu>; <marcy.kaufman@yale.edu> |
| Sent: | Monday, July 09, 2007 11:02 AM |
| Subject: | Third follow-up: Shin found to have lied on SNU attendance |

Dear Sir(s) and/or Madam(s),

In at least two press interrrviews, Jeong Ah Shin said she attended the Oriental Painting Department of Seoul National University (SNU) but droppped out in 1991 with a view to going to the United States to study painting and printmaking at Kansas State University.
However, SNU's Office of Academic Affairs confirmed today that there is no individual born in 1972 with the name of Jeong Ah Shin who had ever been a SNU student. Her claim of having attended SNU is now a confirmed lie.

A fellow journalist, who had been quite close to Shin when she wrote for art pages, quoted Shin as saying "I applied to the SNU Oriental Painting Department, took tests, was successful and got admission. However, since my parents were adamantly against my decision to study art, I had to give up. Later I pursuaded them to let me study art, and I went to Kansas State University."

This account was somewhat different from the earlier one and was also more difficult to confirm or refute. However, when I contacted SNU's Office of Admission, it had the needed data: there is no individual born in 1972 with the name of Jeong Ah Shin who had been granted admission to SNU Oriental Painting Department at any time.

I guess Shin chose to tell such lies because she wanted to impress people by mentioning SNU, the most prestigious Korean university. I wouldn't be surprised if she wanted to boast herself as a Ph.D. from Yale.

Officials at the secretariat of Gwangju Biennale keeps saying they believe Shin is free from any wrongdoing, as Dongguk University officials assured them that there would be no problem at all with Shin.

Hwasop Lihm
Staff Writer, Yonhap News Agency
Jongno-gu, Seoul, Korea