# EXHIBIT 32

## Main Identity

**From:** <choey@dongguk.edu>
**To:** <pamela.schirmeister@yale.edu>
**Sent:** Friday, July 06, 2007 3:45 AM
**Subject:** in need of verification

Dear Pamela Schirmeister,

I am writing this letter in need of verification on your records about Ms. Jeong Ah Shin for whom, according to the documents we have, in 2005, you issued a Ph.D. certification letter to our school, Dongguk University, in Seoul, Korea.

According to one of the documents, in May 27, 2005, you issued a certification letter saying that Jeong Ah Shin (dob: April 28, 1972) got a Ph.D. in the major of History of Art and graduated in May 2005. The letter was carbon copied to Professor Christine Mehring and the Department of the History of Art. Moreover, in response to our letter of asking your verfication of the May letter, in September 22, 2005, you faxed us, saying that you confirmed that the May letter was issued by the Yale Graduate School and signed by you.

On the contrary to your statements, however, upon our request for the verification of Ms. Shin's status on whether she got a Ph.D. in the Department of the History of Art, Susan Emerson, the registrar of the Department of the History of Art informed us that Jeong Ah Shin did not receive a Ph.D. in the History of Art Department. Also Professor Mehring emailed saying that she did not advise Jeong Ah Shin and does not know her.

Faced with these two contradictory statements from Yale University about Ms. Jeong Ah Shin, we are oblidged to ask you again whether you really issued the May and September certification letter on behalf of the Yale Graduate School. If Jeong Ah Shin received a Ph.D. in the major of the History of Art under Professor Mehring, as you confirmed, why do you think Susan Emerson and Dr. Christine Mehring have denied what you wrote about Ms. Shin?

It will be very kind of you if you double check both the registrar of the Yale Graduate School and the History of Art Deparment with regard to our inquiry about Ms. Shin's status on whether she really got a Ph.D. in the History of Art Department under the supervison of Dr. Mehring. Your quick reply to this will be greatly appreciated.

Sincerely,


Euiyon Cho, Ph.D.



**Euiyon Cho**

Professor
Department of English
Director
Management and Supervision,
President's Office

26,3 pil-dong, chung gu, seoul 100-715, Korea
E-mail : choey@dongguk.edu

YALE00008604