# EXHIBIT 34

1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CIVIL ACTION 3:08-CV-00441 (RNC)

------------------------------x

DONGGUK UNIVERSITY,            :

     Plaintiff,              :

-versus-                       :

YALE UNIVERSITY,               :

     Defendant.              :

------------------------------x

Deposition of PAMELA SCHIRMEISTER, taken pursuant to the Federal Rules of Civil Procedure, at the law offices of Jacobs, Grudberg, Belt, Dow & Katz, PC, 350 Orange Street, Connecticut, before James A. Martone, L.S.R. #00248, and a Notary Public in and for the State of Connecticut, on January 28, 2010, at 9:39 a.m.

```
 1                    (Recess:  11:43 to 11:52 a.m.)
 2                    THE VIDEOGRAPHER:  On the record at
 3   11:52 a.m.  This begins disk No. 2.
 4   BY MR. WEINER:
 5       Q.   Let me show you Exhibits 24 and 25.
 6   Exhibit 24 is Dongguk 0314928, and Exhibit 25 is
 7   Dongguk 262848 through 49, both of which are the
 8   same documents, or e-mails, dated July 6, 2007.  One
 9   is a little clearer than the other, which is why I'd
10   like you to look at -- let's probably make it 24 --
11   25 is fine.  That's an e-mail sent from Ms. Cho to
12   you.
13                    First of all, is the e-mail address
14   to you correct?
15       A.   Yes.
16       Q.   And is the e-mail address for Christine
17   Mehring and Susan Emerson correct?
18       A.   Yes.
19       Q.   Did you ever, to your knowledge, receive
20   this e-mail?
21       A.   No.
22       Q.   And let me now show you Exhibit 29.  And
23   I'll give you Exhibits 28 and 29.  And Exhibits 28
24   and 29 are taken off of the webmail system at
25   Dongguk University.  And they're also dated the same
```