# EXHIBIT 36

# DAY PITNEY LLP

BOSTON  CONNECTICUT  NEW JERSEY  NEW YORK  WASHINGTON, DC

FELIX J. SPRINGER
Attorney at Law

242 Trumbull Street
Hartford, CT 06103
T: (860) 275 0184 F: (860) 881 2462
fjspringer@daypitney.com

July 20, 2010

**VIA E-MAIL AND REGULAR MAIL**

Robert A. Weiner, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

Re:  Dongguk University v. Yale University, No. 3:08-CV-00441 (TLM)

Dear Bob:

I write in response to your July 7, 2010 letter concerning Yale's July 2 document production. As I stated in my July 2 letter that accompanied the document production, the documents numbered YALE00008561 – YALE00008610 were recovered from a backup of Susan Emerson's hard drive. Contrary to the assertions in your July 7 letter, these are not "documents from others"; rather, they were recovered from the backup of Ms. Emerson's hard drive.

Very truly yours,

Felix J. Springer

cc: Ira Grudberg, Esq.
    Audrey Lu, Esq.
    Howard Fetner, Esq.