# EXHIBIT 37

Rose, Harold
───────────────────────────────

**From:** Helaine Klasky [helaine.klasky@yale.edu]
**Sent:** Friday, December 28, 2007 10:13 AM
**To:** jon.butler@yale.edu
**Subject:** RE: Kevin Kim, Chosun Ilbo

Yes

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

# Redacted

**Redacted**

>
>
>
> On Dec 27, 2007, at 9:37 PM, Helaine Klasky wrote:
>
>> Do you have any language on this?
>>
>> Helaine S. Klasky
>> Associate Vice President and
>> Director of Public Affairs
>> Yale University

**Redacted**

2

YALE00007231

Redacted

```
>>
>> Quoting Helaine Klasky <helaine.klasky@yale.edu>:
>>
>>> I have forwarded this to Jon and Dorothy
>>>
>>> Helaine S. Klasky
>>> Associate Vice President and
>>> Director of Public Affairs
>>> Yale University
>>>
>>> ---- Original Message ----
>>> From: "gila.reinstein@yale.edu" <gila.reinstein@yale.edu>
>>> Date: 12/27/07 3:58 pm
>>> To: "tom.conroy@yale.edu" <tom.conroy@yale.edu> ;
>>> "helaine.klasky@yale.edu" <helaine.klasky@yale.edu> ;
>>> "susan.carney@yale.edu" <susan.carney@yale.edu>
>>> Subj: Fwd: Kevin Kim, Chosun Ilbo
>>>
>>>
>>> ----- Forwarded message from khkim@chosun.com -----
>>>   Date: Fri, 28 Dec 2007 04:20:33 +0900
>>>   From: khkim@chosun.com
>>> Reply-To: khkim@chosun.com
>>> Subject: Kevin Kim, Chosun Ilbo
>>>      To: gila.reinstein@yale.edu
>>>
>>> Thank you Gila for quick response.
>>>
>>> I want to advise you that Dong-Kuk University is in very strong
>>> position to hold Yale responsibe for this matter. It thinks that it
>>> started to get involved in this case since Yale sent the answering
>>> fax making Dong-Kuk believe that Ms. Shin had received the degree at
>>> Yale. If Yale had said 'No', it would not have hired her, it
>>> insists. The University seems not to avoid legal procedures against
>>> Yale, which may exemt it from legal responsibility in Korea.
>>> Now the focus has changed from Shin's fake diploma to why Ms.
>>> Schirmeister sent the confirming fax to Dong-Kuk, which you said was
>>> of totally different format from what Yale has been employing. Some
>>> doubt that somebody in the Graduate School was involved in the fake
>>> diploma case no matter what the reason was. That is why Yale needs
>>> internal audit and in worst senario needs to ask FBI for
>>> investigation.
>>>
>>> I want you to be advised that the focus has changed to Yale, and
>>> your effort in good faith will contribute to protect Yale's
>>> interest. I will look forward to getting more information as soon as
>>> possible.
>>> Please let
>>> me know any kind of development.
>>>
>>> Best wishes for the New Year.
>>>
>>> Take care,
>>>
>>> Kevin
>>>
>>>
>>> ----- Original Message -----
>>>>> From: gila.reinstein@yale.edu
>>>>> To: khkim@chosun.com
>>>>> Date: 2007-12-28 01:14:57
>>>>> Subject: Re: Urgent!! Kevin Kim, Chosun Ilbo
>>>>>
>>>>> Kevin,
>>>>> I will look into these matters for you. Please be advised that
```

3

YALE00007232

```
>>>>> Yale
>>> is
>>>>> currently in the midst of a winter recess. Offices are closed from
>>>>> Christmas through New Year's, and many members of the faculty and
>>> staff
>>>>> use the time to travel. Classes don't resume until January 14. I
>>>>> may not be able to give you any answers until January 2 or even
>>>>> later,
>>> for
>>>>> that reason.
>>>>>
>>>>> This I can say for sure: Ms Shin NEVER EARNED A DEGREE FROM YALE
>>>>> UNIVERSITY. She was never enrolled in the Graduate School (or any
>>>>> school at Yale), and the diploma she produced is DEFINITELY A
>>>>> FAKE. I saw a copy of it, and I can confirm with certainly that it
>>>>> is not a genuine diploma from 2005, as Ms. Shin claims. It appears
>>>>> to be a diploma issued in 1993 that was altered to change the year
>>>>> and the
>>> name
>>>>> of the person receiving the degree. I spoke directly to the
>>>>> Graduate School registrar and to the Alumni Records office, who
>>>>> confirmed that there is no information in their files about Ms.
>>>>> Shin. Had she
>>> attended
>>>>> Yale, both offices would have information about her in their
>>> databases.
>>>>>
>>>>> I'll be in touch when I have more information.
>>>>>
>>>>> Best wishes for the new year.
>>>>>
>>>>> Sincerely,
>>>>> Gila Reinstein
>>>>>
>>>>>
>>>>> Quoting khkim@chosun.com:
>>>>>
>>>>>> Hello Gila,
>>>>>>
>>>>>> I am Kevin Kim, New York Bureau Chief of Chosun Ilbo, Korea. I
>>> think
>>>>>> you remember me having visited you twice at the office.
>>>>>>
>>>>>> I am sorry to bother you with the same issue as when I visited
>>>>>> you, Ms. Shin Jeong-A's fake diploma. I have some developments
>>>>>> from the Dong-Kuk University that hired Ms. Shin as professor.
>>>>>>
>>>>>> It announced that Yale had sent a letter telling that Yale's fax
>>>>>> answer to Donk-Kuk about Shin's diploma was genuine, which was
>>>>>> sent under the name of Susan Carney, Deputy General Counsel,
>>>>>> Office of General Counsel. The letter is saying that professor
>>>>>> Pamela Schirmeister in person signed the answering fax but the
>>>>>> signatuer
>>> was
>>>>>> done wrong "in the rush of business."
>>>>>>
>>>>>> The Dong-Kuk University said that it did not believe Yale's
>>>>>> explanation of "in the rush of business" and that it requested
>>>>>> internal audit at Yale. If Yale fails to find out why it happend,
>>> it
>>>>>> will ask U.S. government agency for investigation.
>>>>>>
>>>>>> I am so surprised about the announcement because it is totally
>>>>>> differnent from what you have been telling me. So I want to know
>>> the
>>>>>> following.
>>>>>>
```

4

YALE00007233

```
>>>>>> - Is Dong-Kuk's announcement true?
>>>>>>
>>>>>>
>>>>>> - How come this purplexing result?
>>>>>>
>>>>>>
>>>>>> - How come professor Schirmeister signed the fax?
>>>>>>
>>>>>>
>>>>>> - Have she ever met Ms. Shin before? or did she just carelessly
>>> sign
>>>>>> the fax handed from secretary?
>>>>>>
>>>>>>
>>>>>> - How did Ms. Shirmeister respond?
>>>>>>
>>>>>>
>>>>>> - Is she working in the college these days? I want to contact her
>>> for
>>>>>> interview.
>>>>>>
>>>>>>
>>>>>> -Have you already started internal audit?
>>>>>>
>>>>>>
>>>>>> -Is anybody in the college possibly involved in other people
>>> outside
>>>>>> working for dissertation-support organization?
>>>>>>
>>>>>>
>>>>>> Looking forward your quick responses,
>>>>>>
>>>>>> Regards,
>>>>>>
>>>>>> Kevin Kihun Kim
>>>>>>
>>>>>> New York Bureau Chief
>>>>>> World News Desk
>>>>>> The Chosun Ilbo (Daily)
>>>>>>
>>>>>> 453-A, UN Headquarters, 405 E 42nd St., New York, NY 10017-3507
>>>>>> Phone 212-963-8921 Fax 201-784-1173 Cellular 201-618-9631 Email :
>>>>>> khkim@chosun.com Website : www.chosun.com
>>>>>
>>>>>
>>>>>
>>>
>>>
>>> ----- End forwarded message -----
>>> )
>>>
>>
>> )
> )
)
```

5

YALE00007234