January 24, 2011

Hon. Tucker L. Melançon
United States District Judge
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

    Re:    <u>Dongguk University v. Yale University, No. 3:08-CV-00441 (TLM)</u>

Dear Judge Melançon:

The parties to the above-referenced case respectfully submit this joint letter in response to the January 14, 2011 Minute Entry.

### Remaining Discovery

Plaintiff plans to conduct the following remaining fact discovery: 90-minute re-depositions of Pamela Schirmeister (scheduled for February 7) and Gila Reinstein (not yet scheduled).

Defendant plans to conduct the following remaining fact discovery: a deposition of Bong Hyun Kim (scheduled for February 9 and 10); a motion to issue a request for international judicial assistance in order to obtain certain documents from Korean authorities; written discovery requests regarding, and a possible deposition of, the "brand rehabilitation" consultant whom Plaintiff identified on January 21, 2011; and a small number of additional written discovery requests that Defendant will serve by January 28, 2011.

In addition to the remaining fact discovery, both parties plan to conduct expert discovery, including depositions of each other's expert witnesses once they have been disclosed.

### Anticipated Motions

Plaintiff does not anticipate filing any motions, at this time.

Defendant anticipates moving for summary judgment following the close of fact and expert discovery. Defendant might file a motion for protective order concerning Plaintiff's designation of many documents as "Confidential"; that issue is currently the subject of correspondence between the parties.

### Proposed Schedule

In accordance with the above, the parties suggest the following schedule.

    A.    Fact discovery, including any remaining depositions and written discovery, to be completed by no later than February 28, 2011 (except possible discovery regarding, and deposition of, the "brand rehabilitation" consultant whom Plaintiff identified on January 21, 2011).

    B.    Expert discovery to be completed as follows:

- Plaintiff to disclose expert witnesses by no later than March 31, 2011;

The Hon. Tucker L. Melançon
January 24, 2011
Page 2

- Defendant to complete depositions of Plaintiff's expert witnesses by no later than April 29, 2011;
- Defendant to disclose expert witnesses by no later than May 31, 2011; and
- Plaintiff to complete depositions of Defendant's expert witnesses by no later than June 30, 2011.

C. Defendant's summary judgment motion to be filed by August 1, 2011; Plaintiff's opposition to Defendant's summary judgment motion to be filed by September 1, 2011; Defendant's reply to Plaintiff's opposition to its summary judgment motion to be filed by September 16, 2011.

D. The parties are unable to agree as to a suitable trial date. Plaintiff proposes a trial date in or around September – October 2011. Defendant believes that is unrealistic in light of the proposed summary judgment schedule and proposes that the Court set a trial date, if necessary, following the resolution of Defendant's summary judgment motion.

**Estimated Length of Trial**

The parties anticipate that trial will take 4-5 weeks.

Sincerely,

---
Robert A. Weiner
Audrey Lu
McDermott Will & Emery
340 Madison Avenue
New York NY 10173
(212) 547-5400 (phone)
(212) 547-5444 (fax)
rweiner@mwe.com
aulu@mwe.com

Attorneys for Plaintiff Dongguk University

---
Felix J. Springer (#ct05700)
Howard Fetner (#ct26870)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100 (phone)
(860) 275-0343 (fax)
fjspringer@daypitney.com
hfetner@daypitney.com

Attorneys for Defendant Yale University