UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------x
DONGGUK UNIVERSITY,  :
                     :   No. 3:08-CV-00441 (TLM)
        Plaintiff,   :
                     :
    v.               :
                     :   **STIPULATION AND ORDER**
YALE UNIVERSITY,     :
                     :
        Defendant.   :
------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties hereto that plaintiff Dongguk University hereby withdraws its Third Claim For Relief (Implied Contract).

Dated: January 26, 2011

**McDERMOTT, WILL & EMERY LLP**          **DAY PITNEY LLP**

By: /s/ Robert A. Weiner                  By: /s/ Felix J. Springer
    Robert A. Weiner                          Felix J. Springer (#ct05700)
    Audrey Lu                                 Howard Fetner (#ct26870)
340 Madison Avenue                        242 Trumbull Street
New York NY 10173                         Hartford, CT 06103
(212) 547-5400 (phone)                    (860) 275-0100 (phone)
(212) 547-5444 (fax)                      (860) 275-0343 (fax)

          -AND-                           *Attorneys for Defendant Yale University*

Ira Grudberg
Jacobs, Grudberg, Belt, Dow & Katz P.C.
350 Orange Street
New Haven, Connecticut 06511
(203) 951-3720

*Attorneys for Plaintiff Dongguk University*


SO ORDERED:_____
            Hon. Tucker L. Melancon

NYK 1380441-1.081817.0011