IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONGGUK UNIVERSITY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YALE UNIVERSITY,<br><br>　　　　　Defendant. | Civil Action No. 3:08-CV-00441-TLM |

**SUPPLEMENTAL INFORMATION IN SUPPORT OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO HAGUE CONVENTION OF THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

Dongguk University ("Dongguk") submits the below supplemental information in accordance with this Court's order (Dkt # 217), dated February 16, 2011.

**Nature of the Proceeding**

An action is now pending in the United States District Court for the District of Connecticut, entitled as follows: Dongguk University v. Yale University, Case Number 3:08-CV-00441 (TLM) (the "Action"). In the Action, Dongguk University ("Dongguk") asserts that an Associate Dean in Yale University's ("Yale") Graduate School of Art and Sciences failed to follow Yale's protocols for verifying post-graduate degrees purportedly awarded by Yale and that therefore Yale erroneously advised Dongguk that Jeong Ah Shin ("Shin") had been awarded a Ph.D. by Yale.

Dongguk also asserts that beginning in July 2007 and throughout September 2007, Yale, made a series of false and defamatory statements to the Korean media in which Yale not only denied awarding Shin a Ph.D., but denied ever receiving a request from Dongguk about Shin.

Dongguk asserts that, as a result of Yale's continued misstatements to the Korean media, it suffered direct and reputational damages. Yale has denied all liability.

**Other Necessary Information**

In connection with its defenses, Yale has taken the position that the Korean Court Judgment regarding Shin, Yong Taek Lim ("Lim"), and Yang Kyun Byeon ("Byeon") as well as the investigation of Shin, Lim and Byeon by the Seoul Western District Prosecution Office are relevant to Yale's defenses. In this regard, during the course of this proceeding, Yale has asserted that any damage to Dongguk's reputation was caused by its own wrong-doings because it was involved with Shin, Lim and Byeon.

In particular, based upon newspaper articles that appeared in the Korean press, Yale asserts that Dongguk, through its former President, Ki-Sun Hong ("Hong"), conspired with Shin and her former lover, Byeon, to provide Shin a position with Dongguk in exchange for the receipt of Korean Government grants which would have not otherwise been given to Dongguk. Yale has also contended that Lim who was the former Chairman of the Board of Directors of the Dongguk Foundation was also improperly involved with Shin and Byeon.

Dongguk has asserted that (i) it did not conspire with Shin and Byeon, (ii) there is no evidence that Dongguk has conspired with Shin and Byeon, (iii) all Korean Government grants received by Dongguk were proper in all respects and (iv) neither Lim nor Hong were improperly involved with Shin and Byeon. Dongguk further asserts that the evidence proving the truth of its statements are contained in the Seoul Western District Prosecution Office.

In order to determine whether Yale's assertions are factually based or whether Dongguk's responses are factually based, this Court is seeking production of copies of witness statements

and other documents identified in the [attachment previously provided to the Court] to the extent that such documents are in the possession of the Seoul Western District Prosecution Office.

Dated: New York, New York
February 17, 2011

                                                      **McDERMOTT WILL & EMERY LLP**

                                                      By: /s/ Robert A. Weiner
                                                      Robert A. Weiner
                                                      Audrey Lu
                                        340 Madison Avenue
                                        New York, New York 10173-1922
                                        (212) 547-5400
                                        *Attorneys for Plaintiff Dongguk University*

Of Counsel:
Ira Grudberg
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange Street
New Haven, Connecticut 06511
(203) 951-3720

NYK 1383797-2.081817.0011