UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DONGGUK UNIVERSITY,                     :   No. 3:08-CV-00441 (TLM)
                                        :
      Plaintiff,                        :
                                        :
  v.                                    :
                                        :
YALE UNIVERSITY,                        :
                                        :
      Defendant.                        :   MAY 5, 2011
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37(a), Defendant Yale University respectfully moves to compel Plaintiff Dongguk University to submit for *in camera* inspection and, ultimately, to produce, complete, non-redacted versions of the documents numbered KIM0000951-54, KIM0000467-69, and KIM0000470-75.

                                                DEFENDANT YALE UNIVERSITY

                                        By:     /s/ Howard Fetner
                                                Felix J. Springer (#ct05700)
                                                Howard Fetner (#ct26870)
                                                Day Pitney LLP
                                                242 Trumbull Street
                                                Hartford, CT 06103
                                                (860) 275-0100 (phone)
                                                (860) 275-0343 (fax)
                                                fjspringer@daypitney.com
                                                hfetner@daypitney.com

                                                Its attorneys

**ORAL ARGUMENT NOT REQUESTED**

## **CERTIFICATION**

      I hereby certify that on May 5, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/ Howard Fetner