dramas

co-existent:
med. tech. & Conf values

virtues included
propriety
social order

media, pop cult    (hierarchy)
eg search        face very impt
engine      dean
eg election of        reputation
泰喜 in 2002  cult diffs = dean's
1992, 1996, 2000, 2004, 2008    pos.

Yale
also
COLONIAL HIERARCHY
Rok team sins
Yale's tactic:   many   expected to know
there were other sites   Yale is sus.
Yale not

minimize their reprs in Rok media
(enk: remstein's TV interview) evaluated

rep. survey
proof =   w/o of donors
gov't suppt

(*) Measures = fire all
even if not guilty

KIM0000467

bid to dismiss denied
< breach of contract, defamation >

while pending:
    survey in ROK re. 한동 reputation
      → results astonishing
    remarkable % of popul.
      brought shame on Univ
                students
                 fac
                 nation

sampling allows to
project entire popul.
data by gender age,
occup,
geog loc.

3 pieces
 (1) est. adverse impact on vw of univ.
* (2) looking @ these #s: why
     impact is so significant in ROK

over 50%
even now
believing
한동 lied

*Redacted*

(3) 2 experts in brand rehab.  — companies
w/ PR probs.: they'll  quantify, dev prog.
that'd have to be followed

one expert is doing bus thru-out wld.
Multi natl. companies -

Jean = translator of survey company.

her brand was strong

→ expert Brand Rehabilitation
re PR issues not their fault

PR/Mkty campaign to reduce popul

→ indv. + corp.

→ us cult very forgiving →          Dongbuk

acknm guilt, paid price → Dongbuk tarnished its own rep. itself.
Yale trying to use these monk → M Stewart'll play a role by analogy.
Hong's → Buddhist monk was head of "Bd of Trustees'
(Im) convicted of a crime not rel. to univ.

Martha was on bd. of charitable orgs.
Marten (from Madoff scandal)
pers issues never spilled over

pers. conduct/org. conduct in lot
different
EHK
Dongbuk shldve verified [U. Kansas. this doesn't
Yale                                      answer Yale issues

We went to Yale.
Yale verified.

Fidelity DEP. AOK #57
1-800-343-0860

KIM0000469