① GEN DISC: mpke of reputation integrity EHK
② SPEC. DISC: articles media reports
donors' affidavits why not donating
Disc went well / all depositions done
Yale Pres Levin in 2 wks
Took our witnesses of Pres Oh
V.P. Han
Dir. Cho > right hand man of Pres
Audrey'll provide defamatory articles.
Kor lang docums
depos. transcripts
Yale has

how long?
cust. satisf. award
why these awards - and awards nominated impt.?

impt of both truthful
impt or resume
* impt of schooling
* impt of hierarchy (history)

shame on country
survey will help

Reputation issues
written report
cult diffs
- saving face
- reputation
- Yale
- formal + informal communics
why so few emails?

Expert rept of Prof @ NYU who did survey impressive in that over ½ ROK believe 동극 lied. brought shame on students & nation.

Yale decided to almost assume truth of articles from July forward

신정아 incid began mid-Je. [동극 not the only ones asking about her]

Yale 6/14 6/13/07 first contacted by reporters, nothing about 동극]

* Yale alerted, Cho contacted Yale inquiring

6/15 Yale assigned atty, ofc public affairs might lead to litigation
동극 writes a formal letter, we really need to know

(9/05)

KIM0000470

registered letter pres to pres

9/05: Shirmeister

7/10: denial of fax, we will investigate

동국 had been queried by ROK press, had told of fax, held press conf said Yale denied rec'd ~~fax~~ letter but told us they'd investig how come sent fax
↳ in writing

nwsprs rept: Yale denied fax, were not investigating

7/15/07.

around 7/18, Yale says we didn't send fax
don't have 동국 letter. Looked, can't find
in Interview of Reinstein

동국 goes into damage control.

Reinstein, in TV appearance (late July?) on ROK TV documentary -
By this time, 동국 made criminal complaint 신정아 misled them
(perhaps because of Yale, people suspected lies for coverup of something)

Focus shifted to 동국 (trading favors) - gov't grants

Focus away from 신정아, tow. 동국

Gov't investig begins, intervws employees
Min of Educ
concludes no wrongdoing
but re-opens hosp case
concludes no wrongdoing
found proof that 동국 sent letter, post ofc receipt
동국 ~~provides Yale~~

} 신정 headlines
us

8/07 동국 sends Xerox of receipt

Yale continues to deny, notifies ROK media it's all false
9/21/07
assign comm of 5, which
In July, 동국 internal investig., concludes no wrongdoing
late Sept. early Oct -
alums/fac/students/monks up in arms believing press & Yale, ridicules internal investig. comm.

By Oct., alum/fac etc. calling for heads, blaming admin.
[Yale rupt: they're blaming us for 동국 probs. ???]

Orgs. > campus bulletin bds, press

Public criticisms
ROK serves Yale (10/16/07) subpoena by fax

KIM0000472

ROK govt sends copies of Yale's docums → past of receipt → copy of reg letter → copy of fax
The next AM,
Yale Univ begins to resp
5 hrs later, they found the orig envelope, the letter the 9/22 fax, confirm docum.
They'd 'lied' over 3-4 months very publicly.
Did they communic w/ 동국
Issue press release correction?
No – Rheenstein: It wasn't my job
She's from public affairs

No resp from head of publ affs
Correspondent w/ Cho said she assumed prosecutor'd in charge of investigation tell Yale

Meanwhile in ROK:
disc. measures against former pres HONG who'd hired 신정아.
~~Yale~~ 11/07
동국 decides to scapegoat Hong = stripped him of emeritus title, wanted moved against others but statute was up. Exonerated later, but too late

Yale ~~never admitted~~: 6 wks later, by the way, a mistake. sounds like they just found out.

동국's press credibility down. Waits for Yale to spk.
By 12/07, 동국 calls press conf. to announce Yale had 'lied.'

[ROK press began to ask Yale; ROK govt also]

Yale needs to do damage control

12/07 Xmas break - Yale admins draft new press release

'An oversight; our verific. procedures unclear; Assoc. Dean rushed/busy; we've changed our protocols & all's better'

However, Yale ~~had~~ did have strict verific procedures in place, you go to Registrar. Shirmeister violated, it was covered up.
Press release distr. worldwide.

Registrar emails the admin to ask what's up?
Shirmeister: I screwed up, procedures OK.

Yale continues like bull- that 동국 is corrupt.
동국 relig. instit. lacks certain legal standing (Buddhist instits.) schools/hosps/run independently
- Monk - cult.

Bd of 동국 found has oversight over everything
Fac hiring & hiring
general oversight

unrelated crime but press put job
I got govt funds to renov. private temple
govt charged him w/ misrepr.
(head of bd of trustees?)

→ Press: Shin's lover conspired w/ Monk Im in quid-pro-quo
Not true! Im & later hadn't met. Mr Im not in hiring process.

*Redacted*

Gov't wanted to ~~indicted~~ indict 신 lover on bribing 동국.
No evidence, couldn't indict.

Yale's defense = remarkable.
Re-stated indictable claims though they had the judgments & knew they weren't true

They continue to damage 동국.

< 신정아 case >

lack of respect
eg Pres of 동국 not receiving resp from Yale Pres but rather Yale atty.

→ July-Sept 07: 동국 believes Yale is investig. but they never did

Yale's imptce. ⟩ mobility thru credentials