# McDermott Will&Emery

**New York**

**MEMORANDUM**

*Attorney Work Product*

| | | | | |
|---|---|---|---|---|
| Date: | February 25, 2011 | | | |
| To: | Elaine Kim | From: | Robert Weiner | |
| | | | Audrey Lu | |
| cc: | In-Young Lee | | | |

Re:   *Dongguk v. Yale*:  Potential Topics for Expert Report

## GOAL

# Redacted

## BACKGROUND FACTS AND ASSUMPTIONS

### Redacted

- First, there are two distinct periods in this lawsuit:  2005 and 2007.

# Redacted

- Events in 2005
    - Dongguk sent Yale a request for the verification of Jeong-Ah Shin's ("Shin") Ph.D. by official, registered letter.  Dongguk's request attached a copy of the Yale "certification letter" that Shin had provided as proof of her Yale Ph.D.
    - In response to Dongguk's request, Dean Pamela Schirmeister ("Schirmeister") reviewed the attached certification letter and faxed a response to Dongguk verifying Shin's Yale Ph.D.
    - In doing so, Schirmeister violated Yale's long-standing protocol for verifying degrees by failing to only consult internal Yale records and/or consulting with Yale's registrar prior to responding.
    - Dongguk received the fax from Schirmeister and relied on it as proof of the authenticity Shin's Yale Ph.D.

KIM0000951

# Redacted

- Events in 2007
  - After rumors re-surfaced in June 2007 that Shin's Ph.D. was fraudulent, Dongguk's President Oh sent a letter to Yale's President Levin asking for re-confirmation of Shin's degree.
  - Around the same time, Dongguk informed the media that it had sent a request for verification to Yale in 2005 and had received confirmation of Shin's degree by fax.
  - Yale's President did not personally respond to President Oh's letter but had Susan Carney ("Carney"), an associate general counsel respond instead.
  - Carney's letter informed Dongguk that Shin's certification letter and the fax which confirmed the letter were fraudulent.
  - At the same time (in early July 2007), Yale's Office of Public Affairs through spokesperson Gila Reinstein ("Reinstein") began to inform the Korean media that Yale had never <u>sent</u> a verification of Shin's degree to Dongguk in 2005.
  - The impact of these statements (as shown by the news articles) was that the media began to criticize Dongguk for being incompetent in its efforts to verify a professor's degree prior to her hiring.
  - A few days later (beginning in July 2007 and through September 2007), Reinstein began informing the Korean media that Yale had never even <u>received</u> a request for verification from Dongguk.
  - The impact of these statements (as shown by the news articles and television program) was that the media believed Yale's word and as a result believed that Dongguk was lying about sending a request for verification and receiving a verification from Yale.
  - As a result, the media began searching for reasons why Dongguk was covering up for Shin. The result was false stories about how Shin was hired by Dongguk in exchange for government grants (provided by Shin's lover, a government official).

# Redacted

  - Based on these news reports, Dongguk was investigated by the Korean prosecutors' office about Shin's hiring and activities, as well as old investigations that had already been shown to be meritless. The investigation was very publicly reported in the news.
  - Dongguk nor any of its employees was ever charged with any wrongdoing.

KIM0000952

- A survey taken in Nov. 2008, after the lawsuit was filed, indicated that over 50% of survey participants felt Dongguk had brought "shame" to not just Dongguk, but to Korea as a nation.
  - o **You should assume that the survey results are accurate.  There is no need for you to conduct your own research as to the survey.**

# Redacted

- 3 -

KIM0000953

# Redacted

NYK 1381594-1.081817.0011

KIM0000954