# EXHIBIT 41

National : Home

페이지 1 / 3

프린트하기

■ 한겨레통 > 뉴스 > National

# Dongguk failed to check records of discredited art professor

Administrative laxity to blame for mishandling of verification process

[한겨레]



Shin Jeong-ah of Dongguk
University, who was found to have
forged her academic credentials,
including the doctoral degree which
she claimed to have obtained from
Yale University in the United States,
did not submit her diploma and her
academic records until two years
after she was appointed to her
position. At the same time, however,
Dongguk University appears to be at
fault for failing to request these
necessary documents.

A professor identified as Ahn who was in charge of personnel affairs when Shin was
appointed to the Dongguk position in 2005 said on July 13. "Shin applied for the position
just under the deadline, but didn't submit her diploma and academic records. We allowed
her to take part in the interview after she told us that she had graduated late from Yale
and would submit the papers later."

2009-05-11

DONGGUK0001758

National : Home

페이지 2 / 3

After that, Dongguk attempted to verify, but did not directly confirm, Shin's doctoral degree and academic records with Yale University officials.

Ahn said that he had received a fax from Yale confirming Shin's doctoral degree, but the fax was found to have been false. Moreover, the fax arrived on September 22, 2005, a day after Ahn had withdrawn from office. Ahn said, "I remember getting the fax, but I can't confirm how the university handled it the next day." The person who had been involved with the fax forgery has yet to be found.

There was reported to have been no transfer of information among the administration regarding Shin's recruitment. Ahn's successor, known as Kim, said, "I haven't heard about Shin's problems. She became a professor via a special recruitment process and took a leave of absence shortly after her appointment. Therefore, I am not the person with whom you should raise this issue."

Shin was reinstated the following year as a professor of liberal arts and humanities, not at the College of Art where she had held her original position. Once again, Dongguk University did not request that she submit any credentials.

Shim, an official at the university whose name was withheld but for his surname, said, "As I was not told anything about her, I didn't know that the documents had not been properly filed. Reinstatement is under the jurisdiction of the board of trustees, but the board did not take issue with it and we missed an opportunity to verify the problem."

The board of trustees, however, did take up the matter once again in February 2007. Jangyun, a Buddhist monk who was a member of the board at the time, said, "I officially raised the question regarding Shin's doctoral degree at a board meeting in February, but I was dismissed in May for the reason that I had tainted the school's honor by bringing

2009-05-11

DONGGUK0001759

페이지 3 / 3

2009-05-11

National : Home

up the issue."

Shin returned to Seoul on July 12, after a long stay in Paris, France, but has been unavailable for comment.

*Please direct questions or comments to* [english.hani@hani.co.kr]

[Related Stories]
▪ Gwangju Biennale director falsified qualifi...

기사등록 : 2007-07-14 오후 04:18:53  |  기사수정 : 2007-07-16 오후 02:01:54

ⓒ 한겨레 (http://www.hani.co.kr). 무단전재 및 재배포금지

프린트하기

DONGGUK0001760

# EXHIBIT 42

Untitled Document                                                                페이지 1 / 2

09-10-2007 17:36                              ＋ － ⏍ PRINT

## Shin, Roh's Aide Had Close Relations



By Kim Rahn
Staff Reporter

Attention is now focusing on the relationship between Cheong Wa Dae policy planning secretary Byeon Yang-kyoon and former Dongguk University assistant professor Shin Jeong-ah, following the prosecution's confirmation that the two had ``close relations.''

The Seoul Western District Prosecutors' Office said Monday that e-mails found on Shin's computer showed Byeon, 58, and Shin, 35, had been in contact since before Shin was appointed at the school.

Shin was hired on forged diplomas that showed she obtained a Ph.D. at Yale University. The two frequently met as alumni of Yale, although Shin never graduated. Byeon obtained a master's degree in economics at the renowned American university.

Shin Jeong-ah, former assistant professor at Dongguk University, leaves JFK International Airport in New York, July 16, after fleeing to the city from Korea, in this file photo. Her movements have been under the media radar since then.
                                / Korea Times

The prosecution said they have found e-mails that showed Byeon and Shin were personally close, but refused to disclose the content. ``We do not disclose private matters which are not directly related to a crime,'' they added.

Cheong Wa Dae, which accepted Byeon's resignation, said Byeon had ``close ties'' with Shin.

A prosecutor said the two exchanged about ``100 love letters,'' some of which contained ``explicit lines.''

The prosecution said it also seized an article that showed the close relationship between Byeon and Shin, but would not confirm what it was, saying it was a ``private item.''

About an allegation that the two frequently called each other, prosecutors said they have not inspected their phone records yet.

It is rumored in the art circle that Byeon came to develop relations with Shin from his passion for art. In high school, he dreamed of studying art, and when attending Korea University, won a literary prize.

Having his own atelier, Byeon is also good at painting and is a painting collector. It is said that the relationship developed from his interest in art and the bonds as Yale alumni.

The prosecution said it is tracing Shin's bank accounts to examine whether Byeon provided money to her, but has not found any evidence yet. A prosecutor said Shin received large salaries from Dongguk University and Sungkok Art Museum where she worked as a curator.

DONGGUK0000159

Untitled Document

The prosecution plans to summon Byeon after finishing examining seized articles and questioning other key figures involved in the diploma forgery scandal. Investigators again raided Shin's home and Sungkok Museum Monday to find evidence of the allegation that Byeon exercised his influence to get Shin employed at the school and appointed as the director of 2008 Gwangju Biennale. They made their first raid on her home and office last Tuesday.

Prosecutors will question Ven. Jang Yoon, a member of Dongguk University's board of directors, and the school's former President Hong Ki-sam. The Buddhist monk first raised suspicions about Shin's academic credentials, and Byeon allegedly met him to demand he stop making a fuss about the issue. Hong allegedly pushed ahead with hiring Shin despite opposition from other school officials.

rahnita@koreatimes.co.kr

DONGGUK0000160

# EXHIBIT 43

09-12-2007 17:35                                        ⊹⊡⊟ 💥 PRINT

# Shin Exploited Relations With Roh's Former Aide

By Kim Tae-jong
Staff Reporter

Suspicions are mounting that a 35-year-old degree scammer took full advantage of
her long-time romantic partner's personal connections with many high-ranking
government officials and other dignitaries when she became a Dongguk University
assistant professor and art curator with her alleged fake diplomas.

The suspicions arose after the prosecution's investigation showed that Shin Jeong-ah
had a long term intimate relationship with Byeon Yang-kyoon, President Roh Moo-
hyun's former chief secretary of policy planning.

Byeon's key connections in the scandal include Hong Ki-sam, former president of the
university, Han Gap-soo, the former head of the directors for the Gwangju Biennale,
and Oh Young-gyo, current president of the university.

Byeon and Hong's relationship began through a mutual Buddhist background as they
first met in 2004 when they were elected as co-representatives of a committee of
Buddhists in the Jogye Order, the nation's largest Buddhist group.

Hong is suspected of having hired Shin and attempted to cover up the scandal
regarding Shin's forged diplomas.

Hong testified that Byeon had recommended Shin for the professor position when he
was the president of the university, the prosecution revealed Tuesday.

When Byeon recommend Shin, he was the minister of planning and budget, who was
responsible for university budgets.

As Byeon is a director of the Cheong Wa Dae Buddhist association, he also had a
huge influence in Buddhist circles and the university, which is run by a Buddhist
foundation.

Byeon's relationship with Han originated in 1992 when the two worked at the
Economic Planning Board.

Han picked Shin as an art director of the biennale despite disapproval from the
director selection committee, due to the influence of Byeon.

Byeon met Oh when they worked at the Ministry of Government Administration and
Home Affairs. Oh is a senior of Byeon, both of whom passed the government
administration official test.

Oh denied all the allegations that Byeon used his connection with him to cover up
Shin's forged academic records.

e3dward@koreatimes.co.kr

DONGGUK0000210

# EXHIBIT 44

donga.com[English donga]

English donga | Japanese donga | Chinese donga [ GB | Big5 ] | Korean donga

# THE DONG-A ILBO

BBC WORLD

asahi.com

- Archives
- Business
- IT
- National
- Politics
- International
- Sports
- Editorial
- Op-ed
- Life
- Entertainment

Weather

Time

- Link

:: DATA SEARCH :: Jan. 01

## Archives

### Shin Jeong-ah Confesses to Affair with Byeon

LISTEN :

DECEMBER 04, 2007 04:15

Former presidential secretary for policy Byeon Yang-gyun and Shin Jeong-ah, who were both prosecuted for the so-called Shin Jeong-ah gate, affirmed their 4-year affair in their second public hearing.

Judge Kim Myeong-seop, who presides over criminal cases in the Seoul Western District Prosecutors` Office, heard the case Monday morning. Shin responded "yes" to the prosecutor's question about whether she had an affair with Byeon. To the question of the commencement of their affair, Shin answered, "Since the fall of 2003."

The prosecutor presented evidence that Shin made contracts for two mobile phone numbers in October 2004 which had the same four final digits. When asked whether "Obba (brother)" in her text messages online using one of the mobile numbers from November 2004 to January 2005 refers to Byeon, Shin answered in the affirmative.

In another hearing held Monday afternoon, to the prosecutor's question of whether he used a mobile phone given by Shin, Byeon said, "Yes, but I don't remember the number." Byeon said, "I stored her mobile number

### Editorial

**Self-Absorbed Carma**
As part of efforts to help domestic...

### Op-ed

**Minister Interested in Interest Groups**
Canada has filed a compl the World Trade...

### Diplomatic news

**Warming Up for the International Marathon**
"I strengthen my legs b the hills." The...



[Health] Intake Recomm



Nice Cc Black C

Edinbu Festival Combin Traditic Conter

Events





DONGGUK0001278

Page 2 of 2

· donga.com[English donga]

· Cartoon

· Hate Practice



Darwin
Birthda
Year

on the phone and gave it a quick dial setting. I did not use the phone for reasons other than calling her." He also said that he received her text messages calling him "Obba."

Unlike the first hearing on November 12 in which the two appeared together, the second hearing on Monday was divided into two sessions, one in the morning and the other in the afternoon, at the request of the Prosecutor's Office which was concerned about the possibility of "collusion between the two to rig the evidence."

The 35-year-old former professor strongly denied the charge, as she did in the first hearing, that Byeon put pressure on Daewoo Construction, the Korea Development Bank, and Paradise Group to sponsor Sungkok Art Museum financially where Shin worked as a curator. While the prosecutor inquired, "It has been proved that Byeon asked for sponsorship of the gallery to all corporations from which Shin received funding," Shin argued, "I did not hear anything about that from Byeon."

The former presidential secretary, however, said that he mentioned about sponsorship of Sungkok Art Museum in meetings with chairmen and/or high ranking company officials.

< BACK     ∧ TOP

dongA.com

Copyright 2008 donga.com. All rights reserved.
Contact newsroom@donga.com for more information.

http://english.donga.com/srv/service.php3?biid=2007120445738

4/13/2009

DONGGUK0001279

# EXHIBIT 45

[DONGGUK0000249]

Chosun.com                                          zoom out/zoom in      Print    Close
Reporter Yeon-Ju Kim carol@chosun.com    See other reports by this reporter
Entered: 02:01, Sept. 13 2007
[URL]

## No outside pressure? … Dongguk University President Oh's Lies Exposed



In relation to the case of Ms. Jeong-Ah Shin (35, former Dongguk University professor), Dongguk University president Young-Kyo Oh (pictured) and Dongguk University turn out to have provided a false explanation.

President Oh has claimed in press conferences and other venues that there was no external pressure or request whatsoever in the process of hiring Ms. Shin. However, the prosecutor's office, which is currently investigating this case, stated on the 12th that "Yang-Gyun Byeon, former Blue House policy chief, recommended Ms. Jeong-Ah Shin to Dongguk University in 2005 (asking that she be hired as a professor)."

At the end of April of this year, after issues had been raised regarding the case of Ms. Shin, President Oh and Dongguk University made false statements on multiple occasions, in relation to the internal investigation.

Calling an unscheduled press conference on the 27th of last month, President Oh, who was former policy chief Byeon's senior in college and the economic bureaucracy, spoke in defense of Byeon, saying "as far as I am aware, Mr. Byeon is not a person who would do anything like that (make requests or impose pressure for the hiring of Ms. Shin)."

At the time, suspicions were growing within Dongguk University that ex-chief Byeon had met with Master Jangyun, who had exposed the issue of Ms. Shin, in an attempt to cover up the issue. President Oh also said that "because Mr. Byeon's meeting with Master Jangyun in July occurred after Ms. Shin's degree had been found to be fake, it makes no sense that he would have requested Master Jangyun (to cover up the incident of Ms. Shin)." In other words, a third party denied the suspicions regarding Mr. Byeon before the prosecutor's office announced its findings.

However, the prosecutor's investigation found that the suspicion that Mr. Byeon had approached Master Jangyun in an attempt to cover up the incident of Ms. Shin was in fact

accurate. President Oh had lied once again. Dongguk University, in announcing the findings of its internal investigation on July 20th, stated that "there was no external pressure or corruption in the case of Ms. Shin, only administrative errors and simple mistakes of judgment." At a press conference at the time, Jin-Su Han, vice president for academic affairs at Dongguk University, had said that "former president Ki-Sam Hong appears to have been overeager (in hiring professors), and it was a matter of great administrative mistakes being made in the confirmation process, such as the omission of Ms. Shin's master's and doctoral transcripts; there was no external pressure." Regarding the criticism that President Oh and Dongguk University had provided false explanations, a Dongguk University spokesperson today said that "the investigative committee did its utmost (to determine the facts), and there was no intent to conceal anything."

**Related Hot Issues**

"How far did Jeong-Ah Shin's 'Absolute Power' extend?"

Print    Close

Copyright (c) 2007 chosun.com All rights reserved
Contact webmaster@chosun.com for more information.

chosun.com ㅤㅤ [-기]ㅤ===ㅤ[+기]ㅤ🖶프린트 ⊠ 닫기

김연주 기자 carol@chosun.com 🖻 기자의 다른 기사보기
입력 : 2007.09.13 02:01
http://news.chosun.com/site/data/html_dir/2007/09/13/2007091300111.html

외압 없었다더니… 동국대·오총장 거짓말 드러나

신정아(35·전 동국대 교수)씨 사건과 관련,
동국대 오영교 총장<사진>과 동국대측이 거짓
해명으로 일관해온 것으로 드러났다.



오 총장과 동국대측은 그동안 기자회견 등을 통
해 신씨의 임용과정에 어떠한 외압이나 청탁이
없었다고 주장해왔다. 그러나 이 사건을 수사
중인 검찰은 12일 "변양균 전(前) 청와대 정책
실장이 2005년 동국대에 신정아씨를 (교수로
임용해달라고) 추천했다"고 밝혔다.

지난 4월 말 신씨 사건이 불거진 후 오 총장과
동국대측이 자체 진상조사 등을 통해 수차례 밝
혀온 해명이 거짓말로 밝혀진 것이다.

변 전 실장의 대학 및 경제관료 선배인 오 총장
은 지난달 27일 예정에 없던 기자회견을 자청.
"내가 아는 한, 변 실장은 (신씨 임용을 위해 청
탁이나 외압을 행사할) 그럴 사람이 아니다"며
변 전 실장을 두둔하고 나섰다.

당시는 변 전 실장이 동국대 내부에서 신씨 문
제를 폭로했던 장윤 스님을 만나 신씨 사건을
무마하려 했다는 의혹이 커지던 때였다. 오 총장은 또 "변 실장이 장윤 스님하고 만났다는 7월
며칠에는 공개적으로 신씨의 학위가 가짜라는 것이 확인된 상태였기 때문에 변 실장이 장윤 스
님에게 (신씨 사건을 무마해달라는) 부탁을 했다는 것은 말이 안 된다"고 말했다. 검찰의 수사
결과가 나오기도 전에 제3자가 변 실장에 대한 의혹을 부인한 셈이다.

그러나 변 실장이 장윤 스님과 접촉해 신씨 사건을 무마하려 했다는 의혹도 검찰 수사를 통해
사실로 밝혀졌다. 오 총장이 한 번 더 거짓말을 한 셈이다. 동국대도 7월 20일 진상조사결과를
발표하면서 "신씨 사건은 단순한 판단 실수와 행정착오일 뿐 외압이나 비리는 없었다"고 밝힌
바 있다. 동국대 한진수 학사부총장은 당시 기자회견에서 "흥기상 전 총장이 지나치게 (교수
채용에) 의욕을 보이다 보니 확인 과정에서 신씨의 석·박사 성적증명서가 빠지는 등 행정상 큰
실수가 있었을 뿐이지 외압은 없었다"고 말했었다. 오 총장과 동국대가 거짓 해명을 해왔다는
비판에 대해 이날 동국대 관계자는 "당시 진상조사위원회는 (사실을 밝히기 위해) 최선을 다했
을 뿐이지, 의도적으로 숨기려 했던 것은 아니다"고 말했다.

◎ 관련 핫이슈
↳ '절대 파워'였던 신정아 어디까지 가나…

🖶 프린트 ⊠ 닫기

Copyright (c) 2007 chosun.com All rights reserved
Contact webmaster@chosun.com for more information.

DONGGUK0000249

# CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK000249 from the Korean language into the English language.

I further certify that translation of DONGGUK000249 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.


Samuel Henderson
Professional Translator


Subscribed and sworn to before me on ___27th___ day of __July__ , _2011_ (year)


_____
(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 4, 2016
(Notary Stamp)

# EXHIBIT 46

INSIDE JoongAng Daily

⊞ Zoom in   ⊟ Zoom out   🖶 Print   ✉ E-mail   ⊡ Add to **My Blog**   🔠 dictionary

# Ex-leader of Dongguk takes stand

January 08, 2008

The former president of Dongguk University took the stand yesterday and accused his former employee's lover of threatening him and causing problems by failing to tell the truth.

The employee, Shin Jeong-ah, was fired by the university after being accused of forging her academic degrees. The lover, Byeon Yang-kyoon, was chief national policy secretary to the president at the time Shin was working at the university.

"If Byeon had told the truth from the beginning, as he should have because he was an elite bureaucrat, none of this would have gotten so big," Hong Ki-sam, the university's former president, said during the fifth round of testimony in Shin's trial.

Hong said Byeon had threatened him over the phone. "I am 10 years older than Byeon, and I felt humiliated that he was ordering me so rudely to protect [Shin] ... I am angry that he did not once apologize," Hong said.

Byeon responded that he did not remember calling Hong. "He was always very courteous to me whenever we met," Byeon said. "I am dumbfounded."

Byeon resigned over the scandal last year and the couple was indicted on a wide range of charges in October.

By Han Eun-hwa JoongAng Ilbo [mina@joongang.co.kr]

⊞ Zoom in   ⊟ Zoom out   🖶 Print   ✉ E-mail   ⊡ Add to **My Blog**   🔠 dictionary

DONGGUK0001681

# EXHIBIT 47

INSIDE JoongAng Daily

⊞ Zoom in   ⊟ Zoom out   🖨 Print   ✉ E-mail   🗒 Add to My Blog   📖 dictionary

# Byeon ordered funds to aid Dongguk monk

September 20, 2007



Earlier this year, acting on a request from Byeon Yang-kyoon when he was presidential chief policy secretary, the Ministry of Government Administration and Home Affairs pledged 1 billion won ($1.1 million) in government aid to Heungdeok Temple, whose owner is Venerable Yeongbae, the chairman of Dongguk University's board of directors, where disgraced art curator Shin Jeong-ah used to be a professor.

Venerable Yeongbae

Blue House Spokesman Cheon Ho-seon said yesterday, "Byeon Yang-kyoon asked the Home Affairs Ministry to give special government funds to Heungdeok Temple."

Cheon said, "I learned that a Blue House official went to prosecutors to explain about the case. The Blue House will cooperate with the investigation."

Prosecutors yesterday confirmed that Kim Jang-hoe, a Blue House official, was called in for questioning about the case.

Home Affairs Ministry officials confirmed that Kim called the ministry in April and asked for special aid to be channeled through the Ulju County government in North Gyeongsang, where the temple is located. On May 23, the ministry decided to give 1 billion won to the Heungdeok Temple for the purpose of constructing a bridge nearby.

According to the officials, because the temple was a private facility, there was no legal basis for giving government funds for preservation of traditional temple structures.

The funds have not yet been disbursed.

Prosecutors are now investigating whether the aid to the temple was linked to Byeon's alleged influence-peddling on behalf of Shin, who was later dismissed from the university due to her forged academic records.

Prosecutors also said that Yeongbae had deposited 100 million won in Shin's bank account. Prosecutors will now try to determine whether the money was a commission given to Shin in relation to the government aid.

An aide to Yeongbae denied any impropriety, saying, "He went through proper procedures to obtain the financial aid."

In another case, hundreds of millions of won in state funds were also allocated to a Buddhist temple where Byeon used to worship.

According to Gwacheon City, where the Bogwang temple is located, 780 million won had

DONGGUK0001611

been set aside by the government for the temple since 2004. Byeon has been registered at the temple since 2002.

The money was to be used to "preserve traditional temples," but the funds went to new buildings, a city offocial said. Gwacheon City denied any wrong doing in the budget allocations.

The Yeonjuam temple is a facility built in the year 677 on the peak of Mount Gwanak in the city, while Bogwang was founded in 1926 on the site where a Silla Dynasty temple called Munwoli had stood.

According to Article 19 of the law on temple preservation, regional governments can set aside budgets to aid and help manage the temples, but the law does not state which temples are eligible for state funds.

Bogwang is headed by Venerable Jonghun, who has been expanding the temple since he came to Bogwang in 1999. Temple-goers say that Jonghun and Byeon were good friends even before Byeon started attending the temple. Jonghun said that he rarely saw Byeon in recent years. A request for state aid last year was "coldly rejected" by Byeon, he said.

By Lee Chul-jae JoongAng Ilbo [mina@joongang.co.kr]

⊞ Zoom in   ⊟ Zoom out   🖨 Print   ✉ E-mail   🕒 Add to My Blog   📖 dictionary

DONGGUK0001612

# EXHIBIT 48

**LexisNexis® Total Research System**

Switch Client ¦ Preferences ¦ Sign Off ¦ ? Help

Search ¦ Research Tasks ¦ Get a Document ¦ Shepard's® ¦ Alerts ¦ Total Litigator ¦ Transactional Advisor ¦ Cour

Source: News & Business > Combined Sources > Mega News, Most Recent 90 Days (English, Full Text) ⓘ
Terms: dongguk and yale (Edit Search | Suggest Terms for My Search)

⌁Select for FOCUS™ or Delivery
☐

*Former art professor Shin sentenced to jail THE KOREA HERALD April 1, 2008 Tuesday*

Copyright 2008 The Korea Herald
All Rights Reserved
THE KOREA HERALD

April 1, 2008 Tuesday

**LENGTH:** 259 words

**HEADLINE:** Former art professor Shin sentenced to jail

**BODY:**


Former art professor and curator Shin Jeong-ah was sentenced to a year and six months in prison yesterday for forging her academic credentials and embezzling gallery money.

The Seoul Western District Court also sentenced Shin's lover and former senior presidential aide Byeon Yang-gyun to 160 hours of community service and two years' probation on charges of professional misconduct.

"Shin was selected as the art director of the 2008 Gwangju Biennale using her fake credentials; she forged her U.S. university degrees and embezzled corporate donations to Sungkok Art Museum while she was working there," judge Kim Myung-sup said in the ruling.

The court rejected the accusation that the former professor of **Dongguk** University faked her **Yale** doctorate, however, saying "the date, place and methods of forgery are not clear."

Byeon was found guilty of using his power while serving as the budget planning minister to send government funds to Heungdeok Temple, a privately-owned Buddhist temple founded by Lim Yong-taek, chairman of the board of directors at **Dongguk** University.

The court cleared Byeon of other charges including the allegations that he colluded with Shin for her degree forgery and took bribes from Park Moon-soon, the director of Sungkok Art Museum. Park was sentenced to two years' probation and 120 hours of community service for embezzling gallery money.

The court also sentenced Lim Yong-taek, also known as Rev. Youngbae, to 10 months in prison for requesting and receiving government funds for his temple.

By Kim So-hyun

(sophie@heraldm.com)

**LOAD-DATE:** March 31, 2008

DONGGUK0002131

# EXHIBIT 49

네이버뉴스 인쇄하기                          인쇄하기   닫기

## [YEAR-END REVIEW: INTER-KOREA RELATIONS] 2007: A year marred by endless scandals

[코리아헤럴드 2007-12-26 13:21]

The nation was inundated with scandals this year involving fake degrees, corruption and influence peddling. All of this has sullied the credibility of the establishment.

Samsung Group, the nation`s top business conglomerate, faces a special investigation into allegations that it had slush funds and engaged in extensive bribery. A senior aide to President Roh Moo-hyun and the nation`s top tax official were arrested in a kickback case. Leaders in the arts, education, academia and religion confessed that they had used forged academic credentials. The Hanwha Group chairman was convicted for being involved in gangster-style violence.

### Arts Cinderella

Shin Jeong-ah, a former art curator and professor who forged her degrees, was arrested in late October, along with her lover and former senior presidential aide, Byeon Yang-gyun, on various charges including embezzlement.

Allegations that this phony academic had inappropriate relationships with high-profile social figures to help her climb the ladder transfixed the nation for months, prompting similar disclosures involving some celebrities.

Yellow journalism hit its peak when the vernacular daily, Munhwa Ilbo, published nude photos of Shin, and suggested that she was intimate with an elderly artist. Shin sued the newspaper for 1 billion won.

Byeon, who had initially denied any personal ties with Shin, later admitted in a trial that he gave her gifts worth 48 million won, and that he took her on a date to Mount Nam. The ex-budget minister and chief presidential secretary of national policy is suspected of abusing his power to help Shin get a teaching job at Dongguk University and to raise funds from private companies for art events.

The incident dealt a blow to the Roh Moo-hyun government which had touted itself as corrupt-free.

### Fake degrees

DONGGUK0000731

Shin's case was the first in a string of bogus-credential cases which outraged much of the nation, and prompted authorities to close loopholes and to more seriously check the educational backgrounds of people.

These incidents also motivated Koreans to reflect on whether the nation places too much emphasis on credentials, as opposed to a person's actual ability.

Law enforcement agencies have investigated at least 120 cases of degree-related fraud since July.

Shim Hyung-rae, the director of the movie blockbuster "D-War", confessed that he had lied when he claimed that he graduated from a prestigious Korea university.

The famous actresses Yoon Suk-hwa and Jang Mi-hee and actor Choi Su-jong were found to have falsified their credentials, too.

Leading interior decorator, Lee Chang-ha, lost his job at a university because of his misrepresented academic records.

The most shocking revelation came from Jikwang, one of most respected Buddhist clerics, who confessed that he never attended Seoul National University, and had been agonizing for years over his lies.

The scandals led to a massive examination of credentials in local schools, private institutes and research centers. A military court indicted 13 lieutenants and eight officer cadets for claiming to have earned degrees from a sham Philippine college.

The Korean Council for University Education is planning to launch the nation's first academic-credentials-verification system, in cooperation with certain government branches.

Roh aides

The nation's tax chief was implicated in a bribery scandal; this fact has seriously damaged the credibility of tax authorities in general.

Jun Gun-pyo, the former commissioner of the National Tax Service, was indicted on Nov. 23 on bribery charges. He was tried on charges of having received 60

DONGGUK0000732

million won ($66,000) in cash last year from Chung Sang-gon, the former head of
the Busan Regional Tax Office. Chung allegedly asked for a promotion. The
kickback is said to be part of 100 million won that Chung got from Kim Sang-jin, a
Busan-based building contractor who asked Chung to help him evade tax
investigations. Both Chung and Kim are standing trial on these charges.

Jeong Yoon-jae, President Roh Moo-hyun's former protocol secretary, was also
implicated in the scandal. He is charged with receiving 20 million won from the
businessman for lobbying some tax authorities. The former presidential aide,
indicted in November, is also charged with exploiting his influence to help Kim win
a lucrative redevelopment contract in Busan.

BBK

The so-called BBK fraud case involving president-elect Lee Myung-bak's former
business partner, Kim Kyung-joon, has dominated the political scene since it was
first brought to the fore in June during the main opposition Grand National Party's
primary race. The case continues to remain a political hot potato, as politicians
are looking ahead to the parliamentary election in April.

Lee's political rivals have claimed that he was directly involved in Kim's alleged
stock-rigging and embezzlement scheme, and have amplified their allegations
with a collection of circumstantial evidence such as a company brochure, a
business card, and, most recently, a video clip in which Lee speaks of having
founded the scandal-ridden firm.

State prosecutors cleared Lee of all charges on Dec. 5, prompting Lee's political
opponents to pass a bill at the National Assembly to appoint an independent
prosecutor to look into the case. Lee's political rivals also pushed for a separate
bill to impeach key prosecutors who led the one-month probe, but the bill failed
to be voted on, due to partisan bickering. The new inquiry, if ratified by the
president, is expected to begin in mid July.

Samsung probe

The nation's leading business conglomerates were also hamstrung by major
scandals.

Corruption allegations against Samsung Group have been in the media spotlight
since late October. The former top counsel at Samsung blew the whistle on the
nation's largest conglomerate, claiming that he had evidence to prove the firm

DONGGUK0000733

had amassed slush funds and used them to bribe just about everyone who wields influence in Korea. Kim Yong-chul also accused Samsung Group chairman Lee Kun-hee's family members of using the secret funds to make personal purchases, for example, of high-priced paintings.

Following a complaint that was filed by civic groups based on Kim's claims, state prosecutors banned dozens of suspects from leaving the country, and found hundreds of bank accounts which Samsung allegedly used to hide its secret funds.

In accord with a parliamentary bill, a special counsel will take over the case. Former senior prosecutor Cho Joon-woong, recently appointed as the independent counsel, has 125 days to complete his investigation into Samsung's slush fund operation, illicit transfer of management control, and bribing of government officials, politicians and prosecutors.

It remains to be seen how deeply the special inquiry will dig to get to the bottom of decades of collusion between assorted businesses and politicians.

Hanwha boss

Hanwha Group chairman Kim Seung-youn's revenge attack on bar workers revealed a shocking collusion between the police and the petrochemicals tycoon.

Kim and a squad of goons beat bar employees who had a scuffle with his second son in early March 8. The police began investigating the assault case on an anonymous tip, but the tycoon persuaded the police to stop the investigation. However, the chairman's cover-up attempt was foiled after the case was reported in the media.

Kim was arrested on May 11, along with top police officials who got the police to overlook and whitewash the case. The first trial in July resulted in an 18-month jail sentence for Kim. But an appeals court gave him a three-year suspended sentence, and ordered him to do 200 hours of community service, citing his health problems and lack of a previous criminal record.

By Kim So-hyun and Song Sang-ho

(sophie@heraldm.com)

(sshluck@heraldm.com)

DONGGUK0000734

⊗ 이 기사 주소 : http://news.naver.com/news/read.php?mode=LOD&office_id=044&article_id=0000069977

[ 🖶 인쇄하기 ]   [ 닫기 ]

DONGGUK0000735

# EXHIBIT 50

[DONGGUK0259392]

## Complaint

| | |
|---|---|
| Complainant | Dongguk University, Educational Corporation |
| | 26 Pil-dong 3-ga, Jung-gu, Seoul |
| | President: Young-Kyo Oh |
| | Telephone: 2260-3033 (person in charge: Byeong-Ho Kim, Section Chief, |
| | Human Resources Team, Academic Affairs Office) |
| | Counsel for above complaint: Gilsang Law Firm |
| | Attorney in charge: Beom-Seok Oh |
| | Seocho-dong, Seocho-gu, Seoul |
| | |
| Defendant | Jeong-Ah Shin |
| | Apt. 303, Grand Hill, 126-2 Daesin-dong, Seodaemun-gu, Seoul |
| Offense | Interference with duties, forgery of personal documents and use of same |
| Applicable Law | Criminal Code Articles 314, 231, 234, 37 |

## Substance of Complaint

We hereby complain of the above Defendant's criminal acts detailed below, and respectfully request a thorough investigation and strict punishment.

Confidential                                                    DONGGUK0259392

[DONGGUK0259393]

## Grounds

### 1. Relationship between Complainant and Defendant

Defendant worked as an assistant professor for Dongguk University from the time of her hiring in the Art History Department by special invitation on 9/1/2005, through a period of leave, until Defendant submitted her resignation on 6/26/2007, her position having changed to assistant professor in the General Education Institute of Dongguk University on 2/16/2006. Complainant employed Defendant as an assistant professor, as above (**See Appendix 1, University Employee Human Resources Record Card**).

### 2. Process of hiring Defendant

a. Overview of hiring process

○ 8/4/2005. Art History Department receives recommendation for special invitation of Defendant and Defendant's application for employment.
○ 8/8/2005. Interview with university president and interview committee
○ 8/12/2005. Examination and consent by Human Resources Committee
○ 8/16/2005. Formal hiring request to the university corporation

Confidential

[DONGGUK0259394]

- o 8/30/2005. Hiring authorized by 212th Session of the Board of Trustees
- o 9/1/2005. Formal appointment as assistant professor in Graduate School Art History
     Department
- o 9/5/2005. Queried Yale University Graduate School regarding academic career
- o 9/22/2005. Received response to academic career query from Yale University Graduate School
- o 9/29/2005. Requested 6 months unpaid leave from university corporation
- o 10/11/2005. Corporation authorized leave
- o 12/26/2005. Requested change in affiliation from director of Dongguk University General
     Education Institute
- o 12/30/2005. Defendant submitted request for reinstatement
- o 2/1/2005 [sic; 2006]. Formal HR request for change in employee affiliation
- o 2/1/2005. Formal HR request (reinstatement)
- o 2/16/2006. Approved change in affiliation to assistant professor in General Education Institute
- o 2/22/2006. Notification based on formal HR request from 216th meeting of Board of Trustees
- o 3/1/2006. Reinstated as assistant professor in General Education Institute

※ **For the above, refer to Appendices 2 through 15 respectively**

**B. Documents submitted by Defendant to Complainant during the hiring process**

At the time of her hiring as an assistant professor in the Art History Department of the Graduate School at Dongguk University, Defendant submitted her employment application, list of research

Confidential                                              DONGGUK0259394

[DONGGUK0259395]

projects, curriculum vitae, certificate of employment history, verification of degree from Yale University, diploma from Kansas State University, etc. (See **Appendices 16 through 22 respectively**).

Appendix 17, list of publications, states that Defendant delivered a dissertation titled "Guillaume Appollinaire: Catalyst for Primitivism, for Picabia and Duchamp" at Yale University in May 2005; in Appendix 18 it is stated that she graduated from Kansas State University Art Department in 1994 (Western-style painting and engraving, BFA), that she graduated from Kansas State University School of Management (MBA) in 1995, and that she received the degree of Ph.D. in Art History (20th century art history) from Yale University in 2005; Appendix 21 is a certification by Yale University Assistant Dean Pamela Schirmeister stating that Defendant had received the degree of Ph.D. (doctorate); the diploma of Appendix 22 includes a certification by Gerald Harris, Ph.D. that Defendant had graduated from the MBA and BFA courses on 5/18/1996.

**3. Process of verifying the authenticity of submitted diploma and dissertation**

On 6/5/2007, a professor employed at Dongguk University unofficially submitted documents related to dissertation plagiarization and degree falsification by Defendant, and the head of the administrative management office carried out an internal investigation of Defendant.

[DONGGUK0259396]

On 6/7/2007, Dongguk University queried the Yale University Library; Mr. Sprowson, the person in charge of graduate school academic credentials; and Dr. Mehring, the lead adviser on Defendant's Ph.D. dissertation regarding whether the dissertation existed, whether Defendant had graduated, and whether dissertation advising took place (**See Appendix 23, e-mail dated 6/7/2007**).

On 6/8/2007, an e-mail arrived from the Yale University Library indicating that they did not possess the dissertation in question (**See Appendix 24, e-mail dated 6/8/2007**).

Dongguk University made requests for a check of academic history from Mr. Sprowson, person in charge of Yale University Graduate School academic credentials, on 6/10/2007, and from Susan Emerson, person in charge of academic credentials for the Art History Department of Yale University Graduate School, on the following day, June 11. (**See Appendix 25, e-mail dated 6/10/2007, and Appendix 26, e-mail dated 6/11/2007**).

On 6/11/2007, **<u>a response arrived from Susan Emerson, person in charge of academic credentials in the Yale University Graduate School art history department, that Defendant was not included in the list of persons who had received doctorates from the Art History department</u>** (See Appendix 27, e-mail dated 6/11/2007).

Confidential                                                    DONGGUK0259396

[DONGGUK0259397]

On 6/14/2007, a **response was received from Dr. Mehring**, who had been informed of the query by Susan Emerson, person in charge of academic credentials in the art history department of Yale University Graduate School, **stating that he had not been an advisor on Defendant's thesis and that he did not know Defendant** (See Appendix 28, e-mail of 6/14/2007).

On 6/15/2007, after the above information was reported to the current president of the university, Dongguk University held a face-to-face interview with Defendant on 6/20/2007, in which Defendant was asked whether she had a degree and whether the dissertation was genuine; however, Defendant denied all the facts.

On 6/25/2007, Defendant submitted her resignation, but Dongguk University stayed the resignation for punitive measures, and on 7/4/2007, decided to investigate Defendant's suspected falsification of her academic history, and to officially question the president of Yale University regarding the above incident.

## 4. Confirmation of the fraudulent nature of dissertation and degree verification submitted by Defendant

On 7/6/2007, Dongguk University sent a letter by post to the president of Yale University requesting confirmation of the authenticity of the degree claimed by Defendant, and also sent an e-mail to Assistant Dean Schirmeister of the Graduate School requesting confirmation of whether the degree confirmation in Appendix 21 and

[DONGGUK0259398]

the faxed response to the query of academic history on 9/22/2005, in Appendix 7 (**See Appendix 29, letter dated 7/6/2007, and Appendix 30, e-mail dated 7/6/2007, respectively**).

On 7/10/2007, a response arrived stating that **the certification of degree from Yale University submitted by Defendant had been forged, that Defendant did not possess a Ph.D. from Yale University and had in fact never been registered, that both the faxed response to the academic history inquiry in Appendix 7 and the verification of degree in** Appendix 21 **were not on the official Yale forms,** and that an investigation would be carried out regarding how the faxed response to the academic history query, Appendix 7 dated 9/22/2005, had occurred (**See Appendix 31, response dated 7/10/2007**).

On July 15, Dongguk University sent an academic history inquiry e-mail to Kansas State University, and in response was informed on 7/16/2007 that **Defendant had been registered at Kansas State University from spring 1992 to fall 1996, but had not graduated and had not enrolled in the MBA course (See Appendix 32, e-mail dated 7/15/2007, and Appendix 33, e-mail dated 7/16/2007**).

On 7/16/2007, Dongguk University received a letter prepared by Defendant sent from the Incheon Airport post office.

Confidential                                                    DONGGUK0259398

[DONGGUK0259399]

To this letter were attached a statement of permission to enroll in the Ph.D. course at Yale University, records of library attendance during the doctoral course, a duplicate of the record of library entrance, and curricular documents received during classes (**See Appendix 34, letter dated 7/16/2007; Appendix 35, permission to enroll in Ph.D. course; Appendix 36, particulars of library use; Appendix 37, duplicate of library entrance/exit record, and Appendix 38, curricular documents**).

On 7/18/2007, by e-mail and fax, Dongguk University transmitted to Yale University duplicates of the permission to enroll in the Ph.D. course and the library reading information included in the letter sent by Defendant; on 7/19/2007, Yale University responded that these documents would be turned over to an investigative team at Yale University to verify the facts (**See Appendix 39, e-mail dated 7/18/2007, and Appendix 40, e-mail dated 7/19/2007**).

However, not only has it already been confirmed that Defendant was not enrolled in the Ph.D. course, that there was no record of her Ph.D. dissertation, and that the degree verification submitted by Defendant had been forged, and it further appears virtually impossible that the documents Defendant sent by postal mail are genuine. When the results of the Yale University investigation regarding the authenticity of these documents arrive, we will submit them immediately.

Confidential

DONGGUK0259399

[DONGGUK0259400]

**5. Defendant's criminal activity**

a. Forgery of personal documents and use of forged documents

Articles 231 and 234 of the Criminal Code punish persons who have forged another person's documents related to rights, duties, or certifications of fact, for the purpose of using same, and persons who have actually used such documents, for forgery of personal documents and use of same.

As seen above, **Defendant first forged a graduation certificate from Kansas State University and a verification of degree from Yale, which are documents related to certifications of fact, and then used these documents by submitting them to Dongguk University in the course of Dongguk University's special hiring process;** thus the above activity by Defendant **constitutes forgery of personal documents and use of same under Articles 231 and 234 of the Criminal Code**.

b. Interference with duties

Article 314 of the Criminal Code punishes persons who interfere with someone's duties by disseminating false information or otherwise engaging in deception. In the Dongguk University hiring process, Defendant submitted an employment application, list of publications, curriculum vitae, certifications of employment and experience, a verification of degree from Yale University, and a diploma from Kansas State University.

[DONGGUK0259401]

It has been found that among these, not only were the Ph.D. verification from Yale University and the diploma from Kansas State University false, as seen above, but in addition, in the list of publications, a dissertation titled "Guillaume Appollinaire: Catalyst for Primitivism, For Picabia and Duchamp" had been presented under another person's name at Virginia University, and Yale University had no dissertation in Defendant's name.

In the hiring process of the Graduate School, and particularly in the hiring process for assistant professors, the judgment of the degree to which the applicant for employment has expertise in the department applied for plays an important role.

This judgment regarding expertise must be made at the time of application for employment, based on the various documents (diploma, accomplishments including dissertation, certifications of experience) submitted by the applicant; the most important role in the hiring process must ultimately be considered to be played by the reliability of the documents submitted by the applicant.

Yet it has been found that the documents Defendant submitted related to certification of baccalaureate and doctoral degrees and her dissertation at the time of her application for employment were fraudulent; **by submitting the above fraudulent documents, Defendant**

Confidential                                           DONGGUK0259401

[DONGGUK0259402]

**must be considered to have interfered in Petitioner's proper duties in hiring university**
**employees, and thus ultimately interfered through deception in Dongguk University's**
**performance of its duty to hire university employees properly; this constitutes interference**
**in duties under Article 314 of the Criminal Code.**

**6. Summary of the facts of Defendant's crime**

In the course of the Dongguk University employee hiring process, Defendant:

a. forged a verification of degree in the name of Pamela Schirmeister of Yale University and a
diploma in the name of Gerald Harris of Kansas State University, which are personal documents
related to certifications of fact, and did so in order to use them to pass examination for hiring as
an assistant professor at Dongguk University,

b. used these documents by submitting the degree verification and diploma, forged as above, to a
university employee unaware of this fact, at Dongguk University in Pil-dong 3-ga, Jung-gu,
Seoul, on or around 8/4/2005, and

c. interfered by deception with the duty of Dongguk University to hire university employees
properly, by submitting at the above-stated time and place the above-mentioned degree
verification, diploma and list of publications containing a fraudulent Yale University Ph.D.
dissertation.

Confidential

[DONGGUK0259403]

**Attached documents**

1. University employee human resources record card
2. Request and recommendation for special invitation of university employee
3. Minutes of 4th university HR committee meeting, 2005
4. Formal HR request
5. Notice of appointment of university employee
6. Inquiry regarding newly hired university employee's academic history
7. Response to academic history inquiry
8. Formal HR request (leave)
9. Notice of appointment (leave) of university employee
10. Request for change in university employee's affiliation
11. Request for reinstatement
12. Formal HR request for change in university employee affiliation
13. Formal HR request (reinstatement)
14. HR notice of appointment (change in affiliation)
15. Notice of appointment of university employee
16. Application for university employment
17. List of publications
18. Curriculum vitae
19. Certificate of employment, 3 copies
20. Certificate of experience, 6 copies

Confidential                                                                            DONGGUK0259403

[DONGGUK0259404]

21. Verification of degree
22. Diploma
23. E-mail dated 6/7/2007
24. E-mail dated 6/8/2007
25. E-mail dated 6/10/2007
26. E-mail dated 6/11/2007
27. E-mail dated 6/11/2007
28. E-mail dated 6/14/2007
29. E-mail dated 7/6/2007
30. E-mail dated 7/6/2007
31. E-mail dated 7/10/2007
32. E-mail dated 7/15/2007
33. E-mail dated 7/16/2007
34. E-mail dated 7/16/2007
35. Permission to enroll in Ph.D. course
36. Particulars of library use
37. Duplicate of library entrance/exit record
38. Curricular documents
39. E-mail dated 7/18/2007
40. E-mail dated 7/19/2007

[DONGGUK0259405]

July __, 2007

Legal counsel for the above complaint: Gilsang Law Firm

Attorney in charge: Beom-Seok Oh

**Respectfully submitted to the Seoul Western District Prosecutor's Office**

Confidential

# 고   소   장

고 소 인     학교법인 동국대학교

　　　　　　서울 중구 필동 3가 26

　　　　　　총장 오 영 교

　　　　　　전화 : 2260-3033(담당 : 교무처 인사팀 김병호 과장)

　　　　　　위 고소대리인 법무법인 길상

　　　　　　담당변호사 오 범 석

　　　　　　서울 서초구 서초동


피고소인     신 정 아

　　　　　　서울 서대문구 대신동 126-2 그랜드 힐 303호


죄    명     업무방해, 사문서위조 및 동행사

적용법조     형법 제314조, 제231조, 제234조, 제37조


# 고   소   취   지


위 피고소인의 아래와 같은 범죄사실에 대하여 고발하오니 엄정히
수사하시어 엄벌에 처하여 주시기 바랍니다.


Confidential

# 고 소 이 유

## 1. 고소인과 피고소인의 관계

피고소인은 2005. 9. 1. 동국대학교 대학원 미술사학과에 특별초빙 임용된 후 휴직기간을 거쳐 2006. 2. 16. 동국대학교 교양교육원 조교수로 소속을 변경한 후 2007. 6. 26. 피고소인이 사표를 제출할 때까지 동국대학교의 조교수로 근무하였던 자이고 고소인은 위 피고소인을 위와 같이 임용하여 조교수로 근무하게 한 자입니다(별침1 교직원인사기록카드 참조).

## 2. 피고소인의 임용과정

### 가. 임용과정의 요약

0 2005. 8. 4. 미술사학과의 피고소인 특별초빙 추천서 및 임용 지원서 접수

0 2005. 8. 8. 총장 및 면접위원의 면접심사

0 2005. 8. 12. 교원인사위원회 심의 동의

0 2005. 8. 16. 학교법인으로 인사제청

Confidential

○ 2005. 8. 30. 제212회 이사회에서 임용승인

○ 2005. 9. 1. 대학원 미술사학과 조교수로 인사발령

○ 2005. 9. 5. 예일대학교 대학원에 학력조회

○ 2005. 9. 22. 예일대학교 대학원에서 학력조회에 대한 회신문

　　　　　　서 접수

○ 2005. 9. 29. 학교법인에 6개월 무급휴직 제청

○ 2005. 10. 11. 법인으로부터 휴직 승인

○ 2005. 12. 26. 동국대학교 교양교육원장에 소속변경 요청

○ 2005. 12. 30. 피고소인 복직원 제출

○ 2005. 2. 1. 교원소속변경 인사제청

○ 2005. 2. 1. 교원인사(복직) 제청

○ 2006. 2. 16. 교양교육원 조교수로 소속변경 승인

○ 2006. 2. 22. 제216회 이사회에서 인사제청에 따른 발령통보

○ 2006. 3. 1. 교양교육원 조교수로 복직


※ 이상 별첨2 내지 별첨15 각 참조


나. 피고소인이 임용과정에서 고소인에게 제출한 서류


　피고소인은 동국대학교 대학원 미술사학과 조교수로 임용될

당시 임용지원서를 비롯하여 연구실적물 목록과 이력서, 재직

DONGGUK0259394

및 경력증명서와 예일대학교의 학위증명확인서, 캔사스대학교 졸업증명서 등을 제출한 바 있습니다(별첨16 내지 별첨22 각 참조).

별첨17    연구실적목록을    보면    2005.    5.    예일대학교에 "Guillaume  Appollinaire : Catalyst  for  Primitivism,  For Picabia and Duchamp"라는 제목으로 논문을 발표한 것으로 되어 있고, 별첨18 이력서를 보면 1994. 캔사스주립대학 미술 대학 졸업(서양화&판화, BFA), 1995. 캔사스주립대학 경영대 학원 졸업(MBA), 2005. 예일대학 미술사 박사(20세기 미술사) 학위를 받은 바 있다고 기재되어 있으며, 별첨21 학위증명확 인서에는 2005. 5. 예일대학교로부터 Ph.D(박사)학위를 받았음 을 증명하는 Pamela Schirmeistr 대학원 부원장의 사인이 있 고, 별첨22 졸업증명서에는 1996. 5. 18. MBA와 BFA 과정을 졸업했음을 증명하는 Gerald Harris, Ph.D의 사인이 있습니 다.

## 3. 피고소인 제출 학위증명 및 논문의 진위여부 확인 과정

2007. 6. 5. 동국대학교 재직 교수가 경영관리실장에게 비공식적 으로 피고소인의 논문표절 및 허위학력관련 자료를 제출하면서 경영관리실장은 피고소인에 대한 내사를 실시하였습니다.

DONGGUK0259395

2007. 6. 7. 동국대학교는 예일대학교 도서관, 대학원 학적 담당자 Mr. Sprowson, 피고소인의 박사학위 논문 지도교수 Dr. Mehring 등에게 논문존재여부, 졸업여부, 논문지도 여부 등을 질의하였습니다(별첨23 2007. 6. 7.자 이메일 참조).

2007. 6. 8. 예일대학교 도서관으로부터 해당논문을 소장하고 있지 않다는 내용의 이메일이 도착하였습니다(별첨24 2007. 6. 8.자 이메일 참조).

2007. 6. 10. 동국대학교는 예일대학교 대학원 학적담당 Mr. Sprowson에게 다음날인 6. 11. 예일대학교 대학원 미술사학과 학적담당 Susan Emerson에게 각 학력조회를 요청하였습니다(별첨25 2007. 6. 10.자 이메일 및 별첨26 2007. 6. 11.자 이메일 각 참조).

2007. 6. 11. <u>예일대학교 대학원 미술사학과 학적담당 Susan Emerson으로부터 피고소인은 미술사학과 박사학위 취득자 명단에 포함되어 있지 않았다는 회신이 도착</u>하였습니다(별첨 27 2007. 6. 11.자 이메일 참조).

Confidential

2007. 6. 14. 예일대학교 대학원 미술사학과 학적담당 Susan Emerson으로부터 질의 내용을 전달 받은 **Dr. Mehring으로부터 피고소인의 논문을 지도한 사실도 없고 피고소인을 알지 못한다라는 내용의 회신**이 왔습니다(별첨28 2007. 6. 14. 이메일 참조).

2007. 6. 15. 동국대학교는 위와 같은 내용을 현 총장에게 보고한 후 2007. 6. 20. 피고소인을 상대로 학위소지 여부 및 논문진위 여부를 묻는 대면질의를 하였으나 피고소인은 모든 사실을 부인하였습니다.

2007. 6. 25. 피고소인은 사표를 제출하였으나 동국대학교는 징계처리를 위해 사표를 보류하고 2007. 7. 4. 피고소인의 허위학력 의혹사건을 진상조사하기로 결정하고 예일대학교 총장에게 공식적으로 위 사건을 질의하기로 결정하였습니다.

## 4. 피고소인 제출 학위증명 및 논문의 허위사실 확인

2007. 7. 6. 동국대학교는 예일대학교 총장에게 피고소인이 주장하는 학위 진위여부 확인을 요청하는 우편을 발송하는 한편 예일대학교 대학원 부원장인 Schirmeister에게 별첨21 학위증명확

DONGGUK0259397

인서와 별첨7 2005. 9. 22. 학력조회에 대한 팩스 회신의 진위여
부 확인을 요청하는 이메일을 발송하였습니다(별첨29 2007. 7.
6.자 우편발송 및 별첨30 2007. 7. 6.자 이메일 각 참조).

2007. 7. 10. <u>예일대학교로부터 피고소인이 제출한 학위증명서
는 조작된 것</u>이며, <u>피고소인은 예일대학교의 박사학위 소지자
가 아니고 등록사실 조차 없으며</u>, 별첨21 <u>학위증명확인서와
별첨7 학력조회에 대한 회신문상의 팩스 표지는 예일대학교
의 서식이 아니고</u>, 별첨7 2005. 9. 22.자 학력조회 회신 팩스발
송이 어떻게 이루어졌는지에 관하여는 조사를 진행하겠다는 내
용의 회신이 도착하였습니다(별첨31 2007. 7. 10.자 회신 참조).

2007. 7. 15. 동국대학교는 캔사스대학교에 학력조회 이메일을
발송하였고 이에 대하여 2007. 7. 16. <u>캔사스대학교는 피고소인
은 1992. 봄학기부터 1996. 가을학기까지 등록을 하였으나 졸
업은 하지 못하였고, MBA는 입학한 사실이 없음</u>을 알려왔습
니다(별첨32 2007. 7. 15.자 이메일 및 별첨33 2007. 7. 16.자 이
메일 각 참조).

동국대학교는 2007. 7. 16. 발송지 인천공항 우체국으로 되어 있
는 피고소인 작성의 우편물을 수령한 바 있습니다. 위 우편물에

Confidential

는 예일대학교 박사과정입학허가서와 박사학위과정 중 도서관을 다닌 기록과 도서관 출입한 사본 및 수업을 들을 때 받은 커리큘럼 자료들이 첨부되어 있었습니다(별첨34 2007. 7. 16.자 우편, 별첨35 박사과정 입학허가서, 별첨36 도서관 사용내역, 별첨37 도서관출입사본 및 별첨38 커리큘럼자료 각 참조).

2007. 7. 18. 동국대학교는 피고소인이 발송해 온 우편물에 포함된 박사과정 입학허가서와 도서관 열람자료 사본을 예일대학교에 이메일 및 팩스로 송부하였고 2007. 7. 19. 예일대학교는 위 자료를 예일대학교 조사팀에 넘겨 사실확인을 하겠다는 회신을 하였습니다(별첨39 2007. 7. 18.자 이메일 및 별첨40 2007. 7. 19.자 이메일 각 참조).

그러나 이미 예일대학교로부터 피고소인은 박사과정에 등록된 사실조차 없고, 박사학위 논문이 게재된 사실도 없으며 피고소인이 제출한 학위증명서가 위조된 것임을 확인한 이상 피고소인이 우편발송한 서류들이 진위일 가능성은 거의 없다고 볼 것입니다. 위 서류들의 진위여부는 예일대학교의 조사결과가 도착하면 곧 제출하도록 하겠습니다.

DONGGUK0259399

5. 피고소인의 범죄행위

가. 사문서위조 및 동행사죄

형법 제231조, 제234조는 행사할 목적으로 권리 의무 또는 사실증명에 관한 타인의 문서를 위조한 자 및 이를 실제로 행사한 자를 사문서위조 및 동행사죄로 처벌하고 있습니다.

위에서 살펴본 바와 같이 <u>피고소인은 사실증명에 관한 서류인 예일대학교의 학위증명확인서와 캔사스대학교의 졸업증명서를 위조한 후 이를 동국대학교의 교원 특별채용 과정에서 동국대학교에 제출함으로써 이를 행사하였으므로 위와 같은 피고소인의 행위는 형법 제231조, 제234조의 사문서위조 및 동행사죄에 해당</u>합니다.

나. 업무방해죄

형법 제314조는 허위의 사실을 유포하거나 기타 위계로써 사람의 업무를 방해한 자를 처벌하고 있습니다. 피고소인은 동국대학교 임용과정에서 임용지원서를 비롯하여 연구실적물 목록과 이력서, 재직 및 경력증명서와 예일대학교의 학위증명확인서, 캔사스대학교 졸업증명서 등을 제출한 바 있습니다.

DONGGUK0259400

위 서류 중 예일대학교 학위증명확인서와 캔사스대학교 졸업
증명서는 위에서 살펴본 바와 같이 사실이 아님이 밝혀졌고
연구실적물 목록 중 "Guillaume Appollinaire : Catalyst for
Primitivism, For Picabia and Duchamp"라는 제목의 논문은
버지니아 대학에 타인 명의로 발표된 논문이 존재할 뿐 예일
대학교에 피고소인 명의로 된 논문은 존재하지 않는 것으로
밝혀졌습니다.

대학교원의 임용과정에서, 특히 조교수의 임용과정에서는 임
용지원자가 지원학과에 어느 정도의 전문성을 가지고 있는지
에 관한 판단이 중요한 부분을 차지한다고 볼 것입니다.

임용자는 임용지원당시 지원자가 제출하는 각종 서류들(학위
증명서와 연구논문등의 실적 및 경력에 관한 증명서류들)을
토대로 위와 같은 전문성에 관한 판단을 할 수 밖에 없어 결
국 임용과정에서 가장 중요한 부분은 임용지원자가 제출하는
서류들의 신빙성이 가장 큰 역할을 한다고 보아야 합니다.

그러나 피고소인이 임용지원 당시 제출한 학사 및 박사과정의
학위증명에 관한 서류와 연구논문실적이 허위임이 밝혀진 이
상 피고소인은 위와 같은 허위 서류를 제출하여 고소인의

Confidential

정당한 교원임용업무를 방해하였다고 볼 수 밖에는 없어 결국 피고소인은 위계로서 동국대학교의 정당한 교원임용 업무를 방해하였으므로 이는 형법 제314조의 업무방해죄에 해당합니다.

## 6. 피고소인 범죄사실의 요지

피고소인은 동국대학교 교원채용과정에서

가. 동국대학교 조교수 임용심사에 행사할 목적으로 사실증명에 관한 사문서인 예일대학교 Pamela Schirmeister 명의의 학위증명확인서와 캔사스대학교 Gerald Harris 명의의 졸업증명서를 각 위조하고,

나. 2005. 8. 4.경 서울 중구 필동 3가 동국대학교에서 그 정을 모르는 교직원에게 위와 같이 위조한 학위증명확인서와 졸업증명서를 각 제출하여 이를 행사하고,

다. 같은 일시, 장소에서 위 학위증명확인서, 졸업증명서 및 연구실적목록 중 허위의 예일대학교 박사학위 논문실적을 제출하여 위계로써 동국대학교의 정당한 교원임용업무를 방해한 것이다.

DONGGUK0259402

 

# 첨 부 서 류

1. 교직원 인사기록카드

2. 교원특별초빙신청 및 추천서

3. 2005. 제4차 교원인사위원회 회의록

4. 교원인사제청

5. 교원인사발령 통보

6. 신규임용교원 학력조회

7. 학력조회에 대한 회신

8. 교원인사(휴직)제청

9. 교원인사발령(휴직) 통보

10. 교원소속변경 요청

11. 복직원

12. 교원소속변경 인사제청

13. 교원인사(복직)제청

14. 교원인사(소속변경)발령 통보

15. 대학교교원 인사발령 통보

16. 교원임용지원서

17. 연구실적물목록

18. 이력서

19. 재직증명서 3부

20. 경력증명서 6부

Confidential

DONGGUK0259403

 

21. 학위증명확인서

22. 졸업증명서

23. 2007. 6. 7.자 이메일

24. 2007. 6. 8.자 이메일

25. 2007. 6. 10.자 이메일

26. 2007. 6. 11.자 이메일

27. 2007. 6. 11.자 이메일

28. 2007. 6. 14.자 이메일

29. 2007. 7. 6.자 우편발송

30. 2007. 7. 6.자 이메일

31. 2007. 7. 10.자 우편회신

32. 2007. 7. 15.자 이메일

33. 2007. 7. 16.자 이메일

34. 2007. 7. 16.자 우편

35. 박사과정 입학허가서

36. 도서관 사용내역서

37. 도서관출입사본

38. 커리큘럼자료

39. 2007. 7. 18.자 이메일

40. 2007. 7. 19.자 이메일

Confidential

2007. 7.


위 고소대리인 법무법인 길상


담당변호사 오 범 석


서울서부지방검찰청  귀중

Confidential

DONGGUK0259405

# CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0259392-405 from the Korean language into the English language.

I further certify that translation of DONGGUK0259392-405 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

Samuel Henderson
Professional Translator

Subscribed and sworn to before me on _____ 27th _____ day of __ July __ , 2011 (year)

(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 4, 2016

(Notary Stamp)

# EXHIBIT 51

OCT.17.2007   2:49PM                                                    NO.703   P.1/15

U.S. Department of Justice

Kevin J. O'Connor
United States Attorney
District of Connecticut



Connecticut Financial Center                    (203) 821-3700
157 Church Street                          Fax (203) 773-5376
P.O. Box 1824
New Haven, Connecticut  06510
www.usdoj.gov/usao/ct

## FACSIMILE TRANSMISSION COVER PAGE

DATE:        October 17, 2007

TO:          Harold Rose, Esq.
             General Counsel, Yale University

FAX #:       203-432-7960

FROM:        Michael Runowicz
             United States Attorney's Office
             District of Connecticut
             157 Church Street
             New Haven, CT 06510

TOTAL NUMBER OF PAGES (INCLUDING COVER PAGE):
FAX NUMBER: (203) 773-5391

SPECIAL INSTRUCTIONS:


If you do not receive all pages, please call 203-821-3700 and ask for Marilyn
Durso.

### *UNITED STATES ATTORNEY FACSIMILE TRANSMISSION*

*This facsimile message, and any and all accompanying documents, contains sensitive information. This information is the property of the United States Attorney's Office, and is subject to several legal privileges, including the attorney client, work product, law enforcement, and deliberative process privileges. It is exempt from disclosure under applicable law. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at (203) 821-3700 to make arrangements to return the information to us. Thank you.*



PLAINTIFF'S
EXHIBIT NO. HA 15
FOR IDENTIFICATION
DATE: 9-24-10   RPTR:

YALE00001173

OCT.17.2007   2:49PM

NO.703   P.2/15

U.S. Department of Justice

*United States Attorney*
*District of Connecticut*

---

Connecticut Financial Center
157 Church Street
New Haven, Connecticut 06510

(203) 821-3700
Fax (203) 773-5376
www.usdoj.gov/usao/ct

October 17, 2007

Harold Rose, Esq.
General Counsel's Office
Yale University
2 Whitney Avenue
New Haven, CT 06520

Re: Request for Assistance by the Republic of Korea Pursuant to
Treaty on Mutual Legal Assistance in Criminal Matters.

Dear Mr. Rose:

I have been assigned to carry out and execute a request made of the United States by the Republic of Korea for assistance pursuant to a Treaty on Mutual Assistance in Criminal Matters. The request has been made in support of a criminal investigation now being conducted in that country concerning possible violations of Korean criminal law by Jeong Ah Shin. Under the request by the authorities from the Republic of Korea, the United States has been requested to obtain certain items of information and documents from Yale University. Among the items sought by Korean authorities are verification of Jeong Ah Shin's status as a student and graduate of Yale University and certifications that documents previously submitted by her to obtain positions of employment in Korea were authentic. Additionally, it would appear that Korean authorities sought information from Yale concerning this matter by letter delivered on September 20, 2005, but apparently those authorities have received no reply. Accordingly the request also seeks information concerning that situation. Enclosed with this letter is a copy of the translated requests sought by the Korean authorities to be obtained from Yale.

I have made application with the United States District Court for the District of Connecticut and have been appointed as a Commissioner under the treaty to collect the requested evidence. Unfortunately, I am currently under significant time restraints. The Korean authorities have expressed a desire to receive the information in response to their request by November 6, 2007.

Very truly yours,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

MICHAEL E. RUNOWICZ
ASSISTANT UNITED STATES ATTORNEY

YALE00001189

● We cordially seek confirmation on the following from Yale University. (Kindly reply in the form of an official letter in the name of the President)

YALE00001174

- Has the suspect ever enrolled at the Graduate School of Yale University?   (If yes, when was it?)

- What did the suspect major in at Yale University?

- Has the suspect completed the whole graduate course at Yale University?   (If yes, when was it?)

- Has the suspect received a doctorate degree from the Graduate School of Yale University?   (If yes, when was it?)

- What is the major of the doctorate degree which has been granted to the suspect?

- Did the attached form, contents and entitled signature of PhD on Art History in the name of Vice President Famela Shimeister at the Graduate School of Yale University match with the genuine articles?

- Did the attached form, contents and entitled signature of a copy of Doctorate Dissertation in the name of President of the Graduate School of Yale University match with the genuine articles?

- Did you receive an international mail enquiry related to academic reference of the suspect from Dongguk University in September 2005?

- According to a confirmed source, the name of a person who received above international mail turned out to be 'M. Moore YCM' at New Haven, CT06520.   We referred his name to the staff register of Yale University via internet and found him out as an employee of Yale University at the Central Mailroom. Kindly ensure that who received this international mail enquiry (including his name) and if this person is currently working at Yale University or not.

YALE00001175

- Upon receipt, whom did the staff member of Yale University deliver the above mail to?

- Has the international enquiry been answered?   (If yes, when was it?)

- What did you answer in response to the enquiry?

- Kindly forward 1 copy of the specimen of the doctorate credential of Art History in the name of Pamela Shimeister, Vice President of the Graduate School of Yale University and 1 copy of specimen of doctoral dissertation in the name of President of Yale University.

YALE00001176

OCT.17.2007   2:50PM

# Yale University New Haven. Connecticut 06520

GRADUATE SCHOOL

May 27 2005

Ms. Jeong Ah Shin
Sungkok Art Museum
1-101 Shinmoonro 2Ga
Jongrogu, Seoul, Korea

## FOR STUDENT CERTIFICATION PURPOSES

NAME : Jeong Ah Shin

DATE OF BIRTH : April 28, 1972

MAJOR : History of Art (Twentieth Centry Art)

DATE OF ADMISSION : August 1996

DATE OF GRADUATION : May 2005

DEGREE RECEIVED : Ph.D

THIS IS TO CERTIFY THAT THE ABOVE STATEMENT IS TRUE AND

CORRECT

Pamela Schirmeistr
Associate Dean
Graduate School

cc: Professor Christine Mehring
History of Art Department, DGS

YALE00001177





# PRAESES ET SOCII
## UNIVERSITATIS YALENSIS

IN NOVO PORTU IN RE PUBLICA CONNECTICUTENSI OMNIBUS
AD QUOS HAE LITTERAE PERVENERINT SALUTEM IN DOMINO
SEMPITERNAM NOS PRAESES ET SOCII HUIUS UNIVERSITATIS

## JEONG AH SHIN

SECUNDI HONORIS ACADEMICI CANDIDATUM AD GRADUM
TITULUMQUE HISTORIA ARTIS FILOSOFIAE DOCTORA
ADMISIMUS EIQUE CONCESSIMUS OMNIA IURA PRIVILEGIA
INSIGNIA AD HUNC HONOREM SPECTANTIA
IN CUIUS REI TESTIMONIUM HIS LITTERIS UNIVERSITATIS
SIGILLO IMPRESSIS NOS PRAESES ET SCRIBA ACADEMICUS
SUBSCRIPSIMUS A.D. IX KAL. IUN. ANNO DOMINI MMV
ET UNIVERSITATIS YALENSIS CCCII

Sheila Wellington
SCRIBA

Howard R. Lamar
PRAESES

YALE00001178

TO:932704310

2007-07-31  17:58  FROM:
USPS – Track & Confirm

페이지 1 / 1

UNITED STATES
POSTAL SERVICE®                                                     Home |

                                                                Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: RR08 2260 601K R
Status:

Your item was delivered at 12:33 pm on September 20, 2005 in NEW
HAVEN, CT 06520. The item was signed for by M MOORE YCM. A proof
of delivery record may be available through your local Post Office for a
fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

POSTAL INSPECTORS        site map · contact us  government services  jobs  National & Premier Accou
Preserving the Trust               Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

YALE00001179

OCT. 17 2007   2:51PM                                                    NO. 703    P.9/15

Yale University Mail Service — Central Mailroom                              페이지 1 / 2

 **Yale Mail Service**

FINANCE & ADMINISTRATION

| HOME | MAIL TIPS | FORMS | CONTACT US | SEARCH THIS SITE | | 🔍 |

**IN THE NEWS**

CAMPUS MAIL FACTS

PO BOXES & MAIL CODES

CORRECT ADDRESSING

TRACKING MAIL ONLINE

ZIP CODE LOOK-UP

FORMS

MAIL REDUCTION

MAIL SECURITY

### Central Mailroom

Telephone: (76)4-9310

The Central Mailroom is responsible for picking up Yale's mail from the Brewery Street Post Office and distributing it, along with campus mail, to departments and mailrooms around campus. The Central Mailroom also delivers Yale's outgoing mail to the Brewery Street terminal at the close of each day.



**Mike Madera,
Supervisor**

Mike Madera is the supervisor for the Central Mailroom. He will be delighted to assist you with any mailing problems you may have, including suggestions on department moves and stationery design.

The Mailroom is staffed by Leadperson Sylvia Stephens, along with Lynette Holloway, Dan Lee, Michael Moore, Joseph Poindexter, Janice Sullivan, Sylvia Fields and Karen Young. These mail clerks faithfully deliver your mail each day and would be glad to answer any questions you have:

The Central Mailroom sorts by post office box number. In order to avoid delayed mail, please be sure to give correspondents your correct box number and ZIP Code, including add-on. If you are unsure of your correct box number, click here or call (76)4-9310 for the correct information.

Hours of Operation

Central Mailroom is open 8 AM - 4 PM Monday - Friday

Payroll Checks and Deposit Receipts

Payroll checks and deposit receipts are delivered according to the following schedule:

- Bi-Weekly - Friday of every other week
- Semi-Monthly - 15th and last day of each month
- Monthly Checks - last day of each month

If check delivery is not possible on the day of issue, delivery will be attempted on the following two working days, then returned to Payroll at 155 Whitney Avenue. Each person will then be responsible for picking up their own check or deposit receipt.

NOTE: Only persons listed on the paycheck Authorization List will be permitted to sign for checks and deposit receipts. To Add or Delete names, fill out and print the **Payroll Authorization Change Form**, have it signed by a business manager and FAX the request to (76)4-9312 ATTN: LYNNE. Names can not be added to this list at time of check receipt!

Mail Volume and Level of Service

The Central Mailroom uses only 7 employees. These employees must sort and deliver U.S. and campus mail each day to more than 120 mail stops around campus. This is an amazing accomplishment considering the volume this mailroom handles!

U.S. Mail -- Each week the Central Mailroom receives over 65,000 pieces of mail from

YALE00001180

OCT.17.2007   2:51PM                                              NO.703   P.10/15

Yale University Mail Service – Central Mailroom                                     페이지 2 / 2

is put directly on to the truck for that route and is delivered that day. Mail that is not properly addressed must be hand sorted. This mail is sorted then and is delivered the next business day. To avoid this delay, be sure to use your complete address.

**Campus Mail** -- The Central Mailroom handles *20,000 pieces of campus mail* each week. In addition, payroll checks/deposit receipts are done 4-5 times a month and many large campus mailings arrive daily. Mail is picked up from each department and sorted the same day. It is delivered to the designated building the following business day. Each building is responsible for sorting and distributing within their building.



**Location**

The Central Mailroom is located at 100 John Murphy Drive, which is approximately one mile off campus. To visit us from Whitney Avenue: turn on to Humphrey Street, continue for one mile (you will go under Route I-91 and through a small railroad tunnel) to the traffic light at the intersection of James Street, turn right on to James Street, continue one block, turn right on to John Murphy Drive. We are located on the left behind Chabaso Bakery's parking lot.

**Click here to link to a Google Map showing the location of Yale's Campus Mail and Traffic, Receiving & Stores.**

Yale University Mail Service Browser Compatibility
The information on this site is subject to change without notice.
Contact Webmaster with comments or broken links
Copyright © 2004 - Yale University ... Last Updated: July 23, 2007

YALE00001181

COMMISSIONER'S SUBPOENA

------------------------------------X

IN RE: Request from The Republic of Korea          )
        Pursuant to the Treaty Between the           )
        United States of American and the            )
        Republic of Korea on Mutual Legal            )
        Assistance in Criminal Matters               )

------------------------------------X

    I, Commissioner Michael E. Runowicz, an Assistant United States Attorney for the District of Connecticut, acting under the authority of the Treaty Between the United States of America and the Republic of Korea on Mutual Legal Assistance in Criminal Matters, which entered into force May 23, 1997, and under Title 28, United States Code, Section 1782, for the purpose of rendering assistance to the Republic of Korea, command that you appear before me in suite 2300, in the building located at 157 Church Street, in the city of New Haven, in the state of Connecticut, on Friday, October 26, 2007 at 10:00 a.m., to provide testimony/documents regarding an alleged violation of:

        the laws of the Republic of Korea, namely, Interference of a Government Official on Official Duty Under Deception, in violation of Article 137 of Korean Criminal Law; Forgery, Alteration of Private Documents, in violation of Article 231, of Korean Criminal Law; and Exercise of Forged Documents, in violation of Article 234, of Korean Criminal law; among other alleged violations,

and that at the time and place aforesaid you provide the following items more fully described in the Attachment A appended hereto and incorporated by reference.

    For failure to attend and provide testimony/said documents, you will be deemed guilty of contempt and liable to penalties under the law.

Dated:

COMMISSIONER _Michael E. Runowicz_
Assistant United States Attorney for the
District of Connecticut
Telephone (203)821-3700

YALE00001190

NO.703   P.12/15

## ATTACHMENT A TO COMMISSIONER'S SUBPOENA

1.  Has Jeong Ah Shin, with a date of birth of April 28, 1971, ever enrolled at the Graduate School of Yale University?
    (If yes, what were the dates of such enrollment?)

2.  What did Jeong Ah Shin major in at Yale University?

3.  Did Jeong Ah Shin complete the whole graduate course at Yale University?
    (If yes, what were the dates of such enrollment?)

4.  Did Jeong Ah Shin receive a doctorate degree from the Graduate School of Yale University?  (If yes, when was this degree awarded?)

5.  What is the major of the doctorate degree which has been granted to Jeong Ah Shin?

6.  Do the attached form, contents and entitled signature of PhD on Art History in the name of Pamela Shirmeistr at the Graduate School of Yale University match with any genuine article issued by Yale University?

7.  Do the attached form, contents and entitled signature of a copy of Doctorate Dissertation in the Name of the President of the Graduate School of Yale University match with a genuine article issued by Yale University?

8.  Did Yale University receive an international mail enquiry related to academic reference of Jeong Ah Shin from Dongguk University in September 2005?

9.  Who at Yale University received an international mail enquiry in September 2005?

10. Upon receipt, whom did the staff member of Yale University deliver the above mail to?

11. Has the international enquiry been answered?  (If yes, when was this reply dispatched?)

12. What was the answer in response to the enquiry?

13. Provide 1 copy of the specimen of the doctorate credential of Art History in the name of Pamela Shirmeistr; Vice President of the Graduate School of Yale University and 1 copy of a specimen of doctoral dissertation in the name of the President of Yale University.

YALE00001191

OCT.17.2007   2:52PM

NO.703   P.13/15

Yale University New Haven, Connecticut 06520

GRADUATE SCHOOL

May 27 2005

Ms. Jeong Ah Shin
Sungkok Art Museum
1-101 Shinmoonro 2Ga
Jongrogu, Seoul, Korea

FOR STUDENT CERTIFICATION PURPOSES

NAME : Jeong Ah Shin

DATE OF BIRTH : April 28, 1972

MAJOR : History of Art (Twentieth Centry Art)

DATE OF ADMISSION : August 1996

DATE OF GRADUATION : May 2005

DEGREE RECEIVED : Ph.D

THIS IS TO CERTIFY THAT THE ABOVE STATEMENT IS TRUE AND

CORRECT

Pamela Schirmeistr
Associate Dean,
Graduate School

cc: Professor Christine Mehring
History of Art Department, DGS

YALE00001192

OCT.17.2007   2:52PM                                      NO. 783   P. 14/15



PRAESES ET SOCII
UNIVERSITATIS YALENSIS

IN NOVO PORTU IN REPUBLICA CONNECTICUTENSI OMNIBUS
AD QUOS HAE LITTERAE PERVENERINT SALUTEM IN DOMINO
SEMPITERNAM NOS PRAESES ET SOCII HUIUS UNIVERSITATIS

JEONG AH SHIN

SECUNDI HONORIS ACADEMICI CANDIDATUM AD GRADUM
TITULUMQUE HISTORIA ARTIS FILOSOFIAE DOCTORA
ADMISIMUS EIQUE CONGESSIMUS OMNIA IURA PRIVILEGIA
INSIGNIA AD HUNC HONOREM SPECTANTIA
IN CUIUS REI TESTIMONIUM HIS LITTERIS UNIVERSITATIS
SIGILLO IMPRESSIS NOS PRAESES ET SCRIBA ACADEMICUS
SUBSCRIPSIMUS A.D. IX KAL IUN ANNO DOMINI MMV
ET UNIVERSITATIS YALENSIS CCXCII

_Sheila Wellington_                  _Howard R. Lamar_
SCRIBA                                     PRAESES

YALE00001193

OCT.17.2007    2:52PM                                              NO.703    P.15/13

                                                  TO:932704310

2007-07-31  17:58  FROM:                                    페이지 1 / 1
USPS – Track & Confirm

**UNITED STATES**
**POSTAL SERVICE®**                                              Home |

                                                          Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: RR08 2260 001K R
Status:

Your item was delivered at 12:33 pm on September 20, 2005 in NEW
HAVEN, CT 06520. The item was signed for by M.MOORE YCM. A proof
of delivery record may be available through your local Post Office for a
fee.

Additional Information for this item is stored in files offline.

( Restore Offline Details > ) ⑦   ( Return to USPS.com Home > )

---

POSTAL INSPECTORS    site map · contact us  government services  jobs  **National & Premier Accou**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

YALE00001194

# EXHIBIT 52

DONGGUK v. YALE                                                    February 10, 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CIVIL ACTION 3:08-CV-00441 (RNC)

------------------------------x

DONGGUK UNIVERSITY,                     :

        Plaintiff,                      :

    -versus-                            :   VOLUME II

YALE UNIVERSITY,                        :

        Defendant.                      :

------------------------------x


        Continued Deposition of BONG-HYUN KIM,

taken pursuant to the Federal Rules of Civil

Procedure, at the Law Offices of Day Pitney, LLP,

1 Audubon Street, New Haven, Connecticut, before

James A. Martone, LSR #248, and Notary Public, in

and for the State of Connecticut, on February 10,

2011 at 9:15 a.m.

DONGGUK v. YALE                                    February 10, 2011

Page 162

```
    content.
 2      Q.  Did you ask anyone in the Foundation
 3  office if they had done that?
 4      A.  It's possible that one of my staff
 5  members did.  But I would not know.
 6      Q.  Did you personally do that?
 7      A.  No.
 8      Q.  Are you aware of any particular staff
 9  member who did that?
10      A.  If anyone did, it must have been the
11  team head.
12      Q.  Who was the team head at the time?
13      A.  Byung Sun Ryu.
14      Q.  Do you know if Byung Sun Ryu in fact
15  did that?
16      A.  I don't recall.
17          MR. FETNER:  Mark this.
18          (Defendant's Exhibit 13 marked
19  For identification.)
20          (Pause in the Proceedings)
21          THE VIDEOGRAPHER:  Off the record,
22  12:25.
23          (Recess taken:)
24          MR. FETNER:  Can you mark these.
25          (Defendant's Exhibits 14-15 marked
```

Page 163

```
 1          For identification.)
 2          THE VIDEOGRAPHER:  On the record,
 3  12:32.
 4      Q.  Mr. Kim, I'm now showing you three
 5  documents that have been labeled Exhibits 13, 14
 6  and 15.  While you are certainly free to review
 7  them in their entirety. I don't actually have any
 8  questions about their substantive contents.  With
 9  respect to Exhibit 13, which apparently it's
10  stated Dongguk -- I'd just like to know generally
11  what that publication is?
12      A.  I can simply tell you that you should
13  consider a Dongguk on line paper, managed by
14  Media Center, as I mentioned before.
15      Q.  Is the PR Department involved in
16  producing this type of documentation?
17      A.  No.  Hardly at all.
18      Q.  The document identifies the authors as
19  You Sun Hee and Kwak Gyu Yeong.  Do you know who
20  those people are?
21      A.  I don't know who those people are.
22      Q.  Turning to Exhibit 14.  Once again, I'm
23  not interested in the contents of the document.
24  But can you tell me generally what the Dongguk
25  Post is?
```

Page 164

```
 1      A.  It's an English letter paper.
 2      Q.  Is the PR Department involved in
 3  producing the Dongguk Post?
 4      A.  No.
 5      Q.  Is the Media Center involved in
 6  producing it?
 7      A.  That is my understanding.
 8      Q.  Turning to Exhibit 15, can you tell me
 9  what Dongguk Inside News is?
10      A.  This is a quarterly publication to
11  publicize anything that is positive about the
12  university.  For instance, in order to share the
13  good news that's happening surrounding either the
14  professors or the students.  And if my
15  recollection is correct, it started from the
16  second half of later period of 2008.
17      Q.  Is the PR Department involved in
18  producing Dongguk Inside News?
19      A.  Yes, we are the ones who prepare this.
20      Q.  Is this particular publication posted
21  on Dongguk's website?
22      A.  Yes, that is my understanding.
23      Q.  Is it also distributed in paper form?
24      A.  Yes.
25      Q:  To whom is it distributed?
```

Page 165

```
 1      A.  As I briefly stated before, this would
 2  be circulated to the faculty members and also
 3  these would be piled up in certain places so that
 4  a student could simply pick up.  We also send out
 5  to alumni, and it is a part of our PR effort.
 6          MR. FETNER:  Why don't we take our
 7  lunch break now.
 8          THE VIDEOGRAPHER:  Off the
 9  record, 12:39.
10          (LUNCH RECESS)
11          THE VIDEOGRAPHER:  On the record,
12  1:44.
13  CONTINUED DIRECT EXAMINATION BY MR. FETNER:
14      Q.  Mr. Kim, are you familiar with a press
15  conference that Dongguk held in December of 2007?
16      A.  Are you referring to the one that was
17  held at the end of December?
18      Q.  Yes.
19      A.  Yes.
20      Q.  My understanding is that Dongguk held
21  that press conference in order to announce it had
22  received a letter from Yale confirming that the
23  2005 fax was authentic; is that correct?
24      A.  Yes.
25      Q.  Were you involved in the planning of
```

16  (Pages 162 to 165)

Page 166

1  that press conference or the decision to hold the
2  press conference?
3      A.  Yes, I was involved.
4      Q.  What was your role in that?
5      A.  First we had discussions about it, and
6  then we went through the approval by the
7  President.
8      Q.  Who did you have the discussions with?
9      A.  President at that time, Vice-President
10 Jin Su Han, Euiyon Cho as well.
11     Q.  Whose idea was it to hold the press
12 conference?
13     A.  I don't recall who initiated the idea,
14 but I believe everyone had that in mind.
15     Q.  Why did Dongguk hold the press
16 conference on the particular day that it did?
17     A.  I don't believe there was particular
18 significance on that date.  It's just that we
19 received an e-mail confirmation from Yale
20 University towards the end of December about
21 the --
22         THE INTERPRETER:  Correction is
23 necessary.  Not the end of December, but the end
24 of November, and then we anticipated something
25 more formal than an e-mail message.  While

Page 167

1  waiting for that, we were holding discussions,
2  yet there hadn't been any further messages from
3  Yale, so our decision was that rather than
4  waiting 'til the very end of December, that we
5  would have the conference at some point, and it
6  happened to be December 27th.
7      Q.  Between the time that Dongguk received
8  the e-mail from Yale in late November, and the
9  date of the press conference on December 27th,
10 did you tell anyone in the media that Yale had
11 verified the authenticity of the fax?
12     A.  No.  Because e-mail message was
13 received by Euiyon Cho and I found out about that
14 by the middle of December.  So we had to give
15 serious thought to how best we would handle the
16 situation, rather than disclosing it to the
17 reporters immediately.
18         According to Euiyon, he said he
19 had been waiting for follow-up responses from
20 Yale after that initial e-mail.  Yet there hadn't
21 been any further message.  So our decision was to
22 have the conference before the years changed.
23     Q.  Did Mr. Cho tell you why he expected a
24 further communication from Yale?
25     A.  I don't recall.

Page 168

1      Q.  From whom did you learn about Yale's
2  e-mail confirming the authenticity of the fax?
3      A.  From Euiyon Cho, around that time.
4      Q.  You say around that time.  Can you be
5  more specific about when you learned about the
6  e-mail?
7      A.  I don't recall the date.  It was the
8  middle of December probably.
9      Q.  Did you suggest to anyone that Dongguk
10 alert the media to Yale's e-mail immediately?
11     A.  It was brought up during our daily
12 meeting, so among the members who attend the
13 daily meeting, that was the idea.
14     Q.  Who attends the daily meeting that
15 you're referring to?
16     A.  President, Vice-President.  Euiyon Cho.
17 Myself.  And the President's secretary.  Also two
18 staff members of President's office.
19     Q.  Did you suggest at that meeting, that
20 is a meeting of the people you just mentioned,
21 that the university should publicize Yale's
22 e-mail in the middle of December?
23     A.  Would you repeat the question?
24     Q.  Sure.  Did you suggest at a meeting of
25 the people you've just identified, that Dongguk

Page 169

1  should publicize Yale's e-mail in the middle of
2  December?
3      A.  I'm not sure whether I was the one who
4  suggested it or not, because it was during the
5  course of our discussions that it came up.
6      Q.  Did someone suggest that?
7      A.  Yes.  Well, it also was brought up that
8  holding a press conference would be a desirable
9  way to publicize what we had gained.  Because of
10 the distrust that had been rampant.  When it came
11 to Dongguk, we did not think our office simply
12 distributing the factual notes to the media would
13 be effective at all, so we thought it would be a
14 good way to announce the fact by having that kind
15 of press conference.
16     Q.  What did the people at the meeting
17 discuss in terms of the timing of the press
18 conference?
19     A.  The acknowledgment by Yale University
20 was by far important, important message.  As to
21 when we were going to have that press conference
22 was not the most important issue at the time.  So
23 as to when we would hold the press conference was
24 not the major issue for the discussion at all.
25     Q.  Was there any discussion about when the

17  (Pages 166 to 169)

# EXHIBIT 53

# FILED UNDER SEAL

# EXHIBIT 54

Case 3:08-cv-00441-TLM   Document 257-3   Filed 08/04/11   Page 84 of 144



OPA Home | Yale Home | Contact Us

OPA Home

OFFICE OF THE PRESIDENT

Class of 2011
Yale Bulletin
Calendar of Events
ELine
Poynter Fellowship
Yale & New Haven

Yale & the World
YaleGlobal

VIDEO ARCHIVE
Press Releases
Netcast
Photo Collection

Search [GO]

## Statement by Yale University Office of Public Affairs

Yale University earlier this year expressed regrets to President Youngkyo Oh of Dongguk University in Seoul, Korea regarding an administrative error made in responding to an inquiry from Dongguk University concerning Ms. Jeong Ah Shin's claim to hold a Yale Ph.D. In fact Ms. Shin's claim is untrue.

In September 2005, Dongguk University sent Yale a document on Yale Graduate School letterhead purporting to bear the signature of a Graduate School dean and appearing to be a May 2005 letter from Yale stating the result of a records audit at Yale of Ms. Shin's alleged Ph.D. Dongguk asked if Yale could verify the content of the May 2005 letter. In a facsimile response sent to Dongguk, also in September 2005, the Graduate School confirmed, erroneously, that the letter was issued by the Yale Graduate School and signed by a Yale Associate Dean. Responding quickly to what appeared to be a routine request, Yale's staff mistakenly relied on the letterhead and signature on the purported May 2005 letter and failed to recognize it as fabricated. The University deeply regrets this error and the resulting inconvenience to Dongguk University.

Yale underscores that, despite her public claims to the contrary, Ms. Shin never attended Yale University and never received a Ph.D. from Yale. Ms. Shin created several false documents to support her claim of a Yale Ph.D., including a fake Yale diploma and the fake May 2005 letter referenced above.

Yale has undertaken an extensive examination of its documents related to this matter in the past several months and has changed its protocols for verifying graduate degrees. Yale's review of the Shin matter in Summer 2007 at Dongguk's request suggested at first that the September 2005 facsimile had not been sent by the Graduate School, because the format of the facsimile was not customary, and Yale so advised Dongguk. This conclusion raised further questions, and a more thorough investigation and document search concluded that Yale indeed erroneously verified the purported May 2005 letter as a result of an administrative error. Again, Yale University deeply regrets this error; it stands ready to cooperate with government officials in Korea in any further investigation of Ms. Shin's false documents and claims.

FOR IMMEDIATE RELEASE: December 29, 2007

About OPA | Contact Us
Copyright © 2007, Yale University

YALE00000360

# EXHIBIT 55

## Gila Reinstein's Communications to the Media

| Reinstein Statement | Media Coverage |
|---|---|
| "Yale University has no record of a student named Jeong Ah Shin, in any department or program. There is no record that she ever enrolled as a student and no record that she earned a degree."<br><br>(Ex. 27 at 1.)[1] | "There is no record in any department of Yale University indicating that a student named Jeong Ah Shin was enrolled or received a doctorate degree."<br><br>(Ex. 60 at 1.) |
| "The letter that supposedly came from Yale is not authentic. It does not conform to the format that we use when verifying a degree. For example, a letter from the Yale Graduate School of Arts and Sciences would not use the term 'Major' to describe someone's field of study. It would say 'Department or Program.' It would not include date of birth. We would not send an important piece of documentation with spelling errors (Schirmeister, Century). I hope this gives you the information you need."<br><br>(Ex. 28 at 1.) | "The document has a different form from that of Yale University's official certificate. The document is a fake."<br><br>"I couldn't contact Pamela Schirmeister, associate dean of Yale Graduate School, whose signature was on the faxed document. However her assistant said Prof. Schirmeister had never signed her name to such a document."<br><br>(Ex. 131.) |
| "Jeong-Ah Shin did not earn a Ph.D. degree from Yale University. She was never enrolled as a student here. The History of Art Department, where she says she studied, and the Office of the Registrar, which maintains student data, have no record of her.<br><br>"The documents she presented are false. A diploma bearing her name, supposedly issued by Yale in 2005, has the signature of President Howard Lamar, who served as Yale president 1992-93, | None. |

---

[1] Citations in the form "Ex. ___ " refer to the exhibits to Yale's Memorandum of Law in Support of Motion for Summary Judgment, filed herewith.

and Secretary Sheila Wellington, who left Yale in 1993. An authentic diploma from 2005 would have been signed by President Richard C. Levin and Secretary Linda Koch Lorimer.

"The form Ms. Shin claims was faxed from the Yale Graduate School to confirm that she earned her degree does not resemble the document Yale issues for that purpose. Her document contains inappropriate information (her birth date, for example) that we do not include. It misspells the Associate Dean's name. It does not follow the form of the letter Yale sends.

"Yale has no information about who might have created these false documents."

(Ex. 132 at 1.)

"After a careful search in the records of the Registrar of Yale University and the History of Art Department, it is clear that Jeong Ah Shin was never a student at Yale. Yale has no record of her at all.

"Neither Pam Schirmeister nor any other Yale official signed documents affirming that she earned a degree. The phone and fax numbers on the false documents are correct, but that information is public knowledge. If Yale had received a request to confirm that Shin earned a degree from the Graduate School, Yale would have responded that she did not.

"The documents Shin supplied are clearly false: the diploma is signed by Howard Lamar and Sheila Wellington, although it is supposed to have been awarded in 2005. Howard Lamar was president of Yale only in 1992-93, and Wellington left Yale in 1993. The fax that supposedly came from Associate Dean Pamela Schirmeister bears no resemblance to the letter her office

None.

| | |
|---|---|
| sends to confirm a degree.  In addition, the fax misspells 'Schirmeister,' among other errors.<br><br>"Yale has had no instance of a faculty member with false documents, so far as I know.  Occasionally, a student will apply for admission and submit false documents.  The cases I'm aware of have involved U.S. citizens."<br><br>(Ex. 133 at 1.) | None. |
| "Shin never was a student here.  Neither Pam Schirmeister nor any other Yale official signed documents about her.  Yale has no record of her at all.  The phone and fax numbers on the false documents are correct, but readily available.  We don't know how the false documents supposedly sent from Yale were created, and they are not valid.  If Yale had received a request to confirm that Shin earned a degree from the Graduate School, we would have responded that she did not."<br><br>(Ex. 32 at 1; Ex. 29 at 103.) | |
| Reinstein is shown making the following statements during the 8/4/07 MBC-TV program: | Reinstein is shown making the following statements during the 8/4/07 MBC-TV program: |
| "The registrar at Yale University has no record of anyone with this name ever having enrolled as a student.  There never was any 'Jeong Ah Shin' enrolled as a student at Yale University." | "The registrar at Yale University has no record of anyone with this name ever having enrolled as a student.  There never was any 'Jeong Ah Shin' enrolled as a student at Yale University." |
| "Yale would not send out a document like that.  Yale would not give a birthdate.  That's not the information that we are permitted to provide.  So, this is . . . this is a false document.  I don't know how it came into existence.  But it's not from Yale." | "Yale would not send out a document like that.  Yale would not give a birthdate.  That's not the information that we are permitted to provide.  So, this is . . . this is a false document.  I don't know how it came into existence.  But it's not from Yale." |
| "To the best of my knowledge, this letter never arrived at Yale.  We never received it." | "To the best of my knowledge, this letter never arrived at Yale.  We never received it." |

| | |
|---|---|
| (Ex. 31 at 18, 21.)<br><br>"Shin Jeong-ah was never enrolled as a student at Yale University. The Graduate School Registrar has no record of her. The History of Art Department, which is quite small, has no record of her. Both offices maintain careful records.<br><br>"I've seen the fax that supposedly confirms that Shin earned a degree from Yale. It bears no resemblance to the letter that Dean Pamela Schirmeister sends when she is actually confirming someone's degree. It even misspells the dean's name . . . ."<br><br>(Ex. 30 at 2.) | (Ex. 31 at 18, 21.)<br><br>"A Yale spokeswoman, Gila Reinstein, said the University has no record of Shin ever attending the University."<br><br>"A University spokesperson said the alleged facsimile was not in the typical format used by Schirmeister to confirm the alumni degrees and did not even spell the dean's name correctly.<br><br>"Meanwhile, the degree Shin presented as her own 'has flagrant errors,' Reinstein said. Although it was dated 2005, the year Shin claimed to have received her doctorate, the signature on the diploma was that of former president Howard Lamar, who left office in 1993, Reinstein said."<br><br>(Ex. 134 at 1.) |
| "Jeong Ah Shin was never enrolled as a student at Yale University and did not attend classes or earn a Ph.D. or any other degree from this university. Any document or statement purporting to support her claim is false and was not issued by Yale University.<br><br>"In order to earn a PhD degree from the Yale Graduate School of Arts and Sciences, a student must register and attend the university full time for a minimum of three years, during which time he or she must be in residence in New Haven, Connecticut. Ms. Shin never registered at Yale. Her name does not appear in any records maintained by the Registrar or by the Yale Graduate School.<br><br>"Ms. Shin claims she was a student in the History of Art Department at Yale, and that Professor Christine Mehring was her advisor. Professor Mehring has stated that she never met or | "Yale University said on September 21 that Shin Jeong-ah did not register as a student, did not attend any classes, and did not receive a doctoral degree. The university revealed that all documents supporting Shin's assertion of receiving a doctoral degree at Yale University were forgeries.<br><br>"With regard to her assertion that she received a doctoral degree with the help of a private teacher, Yale University said the university didn't allow private teachers to write papers, mentioning 'Any student has to write a thesis by him/herself in order to receive a doctoral degree at Yale University; moreover the paper should be creative.<br><br>"When Shin Jeong-ah was examined in the prosecutors' office recently, she asserted that John Tracey, a part-time instructor and broker in the department of art history at Yale, helped her receive a doctoral degree. But Yale University revealed, 'there is no |

| | person named John Tracey in the art history department. In addition, the university said, 'Yale has no relationship with brokers and the concept of broker is alien to Yale University.'" (Ex. 57.) |

advised Ms. Shin.

"The History of Art Department has no record of Jeong Ah Shin. Furthermore, they have no knowledge or record of anyone named John Tracy or Tracy John, whom Ms. Shin says was her 'broker.' The Graduate School has never dealt with 'brokers,' and the concept is unknown to the University.

"A doctoral dissertation must be researched and written by the person who submits it. A doctoral dissertation must be original work done by the candidate for the degree. Yale does not permit a tutor to write a dissertation. Dissertation work is closely supervised by a Yale University professor or a Yale-approved committee of professors."

(Ex. 135 at 1; Ex. 136 at 1; Ex. 56 at 1; Ex. 137 at 1.)

# EXHIBIT 56

∞⁻¡æΩƒ, 9/21/07 11:29 AM -0400, Re: From Korean reporter who talked by phone yesterd                    1

To: "∞⁻¡æΩƒ" <kong@donga.com>
From: Gila Reinstein <gila.reinstein@yale.edu>
Subject: Re: From Korean reporter who talked by phone yesterday
Cc: tom.conroy@yale.edu, helaine.klasky@yale.edu
Bcc:


Because the story of Ms. Jeong Ah Shin continues to appear in the news, Yale University
has issued the following statement:

Jeong Ah Shin was never enrolled as a student at Yale University and did not attend
classes or earn a Ph.D. or any other degree from this university. Any document or
statement purporting to support her claim is false and was not issued by Yale University.

In order to earn a PhD degree from the Yale Graduate School of Arts and Sciences, a
student must register and attend the university full time for a minimum of three years,
during which time he or she must be in residence in New Haven, Connecticut. Ms. Shin
never registered at Yale. Her name does not appear in any records maintained by the
Registrar or by the Yale Graduate School.

Ms. Shin claims she was a student in the History of Art Department at Yale, and that
Professor Christine Mehring was her advisor. Professor Mehring has stated that she
never met or advised Ms. Shin.

The History of Art Department has no record of Jeong Ah Shin. Furthermore, they have
no knowledge or record of anyone named John Tracy or Tracy John, whom Ms. Shin says
was her "broker." The Graduate School has never dealt with "brokers," and the concept
is unknown to the University.

A doctoral dissertation must be researched and written by the person who submits it. A
doctoral dissertation must be original work done by the candidate for the degree. Yale
does not permit a tutor to write a dissertation. Dissertation work is closely supervised by
a Yale University professor or a Yale-approved committee of professors.


Dear Ms. Gila Reinstein,


Hi, This is Jongsik Kong, who talked to you on the phone yesterday.

I am a NY correspondent for The Dong-A Daily, a major Korean daily.

Many thanks again for taking out some time to answer my questions during off-hours.
I really do appreciate it.

YALE00000571

∞¯¡æΩƒ, 9/21/07 11:29 AM -0400, Re: From Korean reporter who talked by phone yesterd          2

One more thing. If Yale has any press releases regarding Ms Shin's falsified document, will you kindly email me. It would be greatly appreciated and help Korean readers to understand what is going on, regarding that issue.

My email address is <kong@donga.com> and cell phone number is 201-290-7056

Bests,

Jongsik Kong
The Dong-A Ilbo Daily,
New York Correspondent

541 Jemco Place
Ridgewood, NJ, 07450

tel:212-963-7564(un booth)
   :201-689-3145(Residence)
cel:201-290-7056

YALE00000572

# EXHIBIT 57

donga.com [english donga]                                                    Page 1 of 1



The Dong-A Ilbo |

English donga | Japanese donga | Chinese donga | Korean donga

Data Search
Jan. [▼] 01 [▼] 2007 [▼] [GO]





Archives
 Weather
Time
Business
IT
National
Politics
International
Sports
Editorial
Op-ed
Life
Entertainment
Cartoon
Link
About Donga.com

## Yale University Rejects Shin's Fake PhD Claim

LISTEN       

SEPTEMBER 23, 2007 06:28                                     korean text

Yale University officially denied Shin's assertion that, "It is correct that I received a doctoral degree at Yale University."

Yale University said on September 21 that Shin Jeong-ah did not register as a student, did not attend any classes, and did not receive a doctoral degree. The university revealed that all documents supporting Shin's assertion of receiving a doctoral degree at Yale University were forgeries.

With regard to her assertion that she received a doctoral degree with the help of a private teacher, Yale University said the university didn't allow private teachers to write papers, mentioning "Any student has to write a thesis by him/herself in order to receive a doctoral degree at Yale University; moreover the paper should be creative."

When Shin Jeong-ah was examined in the prosecutors' office recently, she asserted that John Tracey, a part-time instructor and broker in the department of art history at Yale, helped her receive a doctoral degree. But Yale University revealed, "there is no person named John Tracey in the art history department. In addition, the university said, "Yale has no relationship with brokers and the concept of broker is alien to Yale University."

| « | | ⌃ |

Copyright 2002 donga.com.All rights reserved.
Contact english@donga.com for more information.
Privacy policy contact newsroom@donga.com

http://english.donga.com/srv/service.php3?biid=2007092308788&path_dir=20070923          2/27/2008

DONGGUK0001119

# EXHIBIT 58

[DONGGUK0000898]
No-Cut News                                                                 Page 1/3
No-Cut News: nocutnews.co.kr

**Dongguk University Professor Jeong-Ah Shin's Forged Doctorate ... What Did the University Do?**

Bachelor's and Master's Degrees from America's Kansas State University also forged ... Recently chosen as artistic director for Gwangju Biennale

Dongguk University professor Jeong-Ah Shin, chosen as artistic director for the Gwangju Biennale, has been found to have forged her American Yale University doctorate. In the process, Dongguk University has also found that Professor Shin's other degree certificates were not valid. [BestNocut_L]

Jeong-Ah Shin, professor in the General Education Institute at Dongguk University, who had earned acclaim for her activity as a famous art gallery curator and selection as artistic co-director of the Gwangju Biennale at the young age of 35, has been found to have forged her doctoral degree from Yale University in the United States.

In a press conference held today (the 11th), Dongguk University announced that the Yale University doctoral degree submitted by Professor Shin when she was hired as a professor was fake.

Sang-Il Lee, head of the Academic Support Office at Dongguk University, said "in relation to the problem of doctorate forgery, we sent a confirmation message on the on the 5th to the president of Yale University asking whether Professor Shin had acquired a doctoral degree, and received a response from Yale University on the 11th. The response stated that Professor Shin had never received a degree. It further stated that Professor Shin had not been entered in the student rolls."

He also admitted that Dongguk University had not conducted a thorough examination at the time of Professor Shin's special hiring in 2005.

Mr. Lee said that "I must report that there was some haste (and procedures were ignored) out of a desire to recruit superior talent."


Sang-Il Lee, head of the Academic Support Office at Dongguk University

Dongguk University checked the authenticity of the doctoral degree with a fax received from Yale University when hiring the professor. Dongguk University trusted Professor Shin's assurances that she would bring the transcript that was required in the hiring process, although this has not yet been submitted.

At the same time, with regard to suspicions that Professor Shin had also forged her bachelor's and master's degrees from Kansas State University in the United States, Dongguk University made the extraordinary admission that it had sent an official request for confirmation 2 years previously but had not yet received a response.

In addition, as the fact of Professor Shin's degree forgery came to light, doubts have also been raised over the person who examined Professor Shin's qualifications for selection as an educational director at the Gwangju Biennale Foundation.

[DONGGUK0000899]

Dongguk University's Explanation of the Forgery of Dongguk University Professor Jeong-Ah Shin's Yale University Doctorate

▶ Possession of Doctorate by Professor Jeong-Ah Shin in the General Education Institute

  - Dongguk sent a confirmation request, regarding whether Professor Shin had obtained a degree, to the president of Yale University on July 5, 2007, in relation to the doctorate forgery issue, and received a response from Yale today. Yale stated that Professor Shin's degree was false. Further, Professor Shin had not been conferred a doctorate in art history, and there was no student record.

  - Dongguk plans to hold an inquiry into her hiring in 2005, based on these facts.

  - Yale University has also stated that it will conduct its own investigation into the documents.

  - Dongguk will take strict administrative measures based on the inquiry's findings. Dongguk will endeavor to ensure that all future new teaching staff will go through an objective process at the time of hiring.

♦ How was the doctorate verified at the time?

  - At the time, the human resources team sent a letter directly to the Yale University graduate school. It was sent by Dongguk, without passing through Professor Shin. But the response arrived by fax. And it was received. It would have been nice if a physical document was sent, but since it was an urgent request, these circumstances could not be confirmed.

♦ Since Professor Shin had a friend in the foundation, was the verification improperly done?

  - Just because someone has a friend doesn't mean that the verification procedures aren't followed.

♦ Professor Shin's affiliation changed frequently, as she was hired under special circumstances and not through regular hiring. Did the Board of Trustees or others protect Professor Shin?

  - We will check whether there might have been any problems in that process. We did have to hurry to some extent in order to invite superior professors. In particular, because persons with degrees from overseas may not always bring the documents with them, we permitted copies to be attached.

♦ Has it been confirmed that the bachelor's and master's degrees from the university in Kansas were also forged?

    - 2 years ago, a confirmation letter was sent as in the case of Yale, but no reply was received. We saw what has been reported in the press today, but did not feel it was necessary to confirm the bachelor's and master's degrees. We have not yet sent any confirmation inquiry to Kansas State University.

◊ Why is it that when hiring Professor Seo [sic], only the degree certificate was received, but no transcript?

    - Professors of arts and physical education can be hired based solely on bachelor's or master's degree certificates.

[DONGGUK0000900]

No Cut News                                                                            Page 3/3

An academic transcript was requested, but was ultimately not provided. No transcript is currently in our possession.

Ki-Ho Jo, CBS Society Dept. cjkh@cbs.co.kr

(Korean Central Broadcasting, CBS News FM 98.1 / Music FM 93.9 / TV CH 162)

Copyright © CBS No Cut News (www.nocutnews.co.kr) All rights reserved, redistribution prohibited

Approved: July 11, 2007 6:37:23 PM

[Close]

노컷뉴스                                                                    페이지 1 / 3



# 동국대 신정아 교수 박사 학위 위조…대학 뭐했나?

미 캔자스 주립대 학사, 석사 학위도 위조…최근엔 광주 비엔날레 예술감독 발탁

광주 비엔날레 예술감독으로 발탁된 동국대학교 신정아 교수가 미국 예일대 박사 학위증을 위조한 것으로 밝혀졌다. 이 과정에서 동국대 역시 신 교수의 학위증을 부실하게 검증했던 것으로 드러났다.
[BestNocut_L]

35살의 젊은 나이로 유명 미술관 큐레이터로 활동하며 광주 비엔날레 공동 예술감독으로까지 발탁돼 이목을 끌었던 동국대학교 교양교육원 소속 신정아 교수가 미국 예일대 박사 학위증을 위조한 것으로 드러났다.

동국대는 오늘(11일) 기자회견을 열고서 신 교수가 교수 임용 당시 제출한 미 예일대 박사 학위증은 가짜였다고 밝혔다

동국대 이상일 학사지원본부장은 "우리는 박사 학위 위조 문제와 관련해 5일 미국 예일대 총장 앞으로 신 교수가 박사 학위를 취득했는지 여부를 묻는 확인 서신을 보냈고 11일 예일대로부터 회신을 받았다. 회신에는 신 교수가 학위를 받은 바 없다는 내용이 있었다. 또 신 교수가 학적에도 올라 있지 않았다고 했다"고 말했다.

이와 함께 동국대는 지난 2005년 신 교수를 특별 채용할 당시 철저한 검증 과정을 거치지 않았다는 점을 시인했다.

이 본부장은 "우수한 인재를 선발하려는 마음에 (절차를 무시하고) 서두른 면이 없잖아 있었던 점을 말씀드린다"고 말했다.

동국대는 소속 교수를 임용하면서 예일 대로부터 받은 팩스 한 장으로 박사 학위 증의 진위 여부를 검증한 것이다. 게다가 동국대는 임용 과정에서 당연히 받아야 할 성적증명서 역시 나중에 가져오겠다는 신 교수의 말만 믿고 아직까지 제출 받지 못했던 것으로 드러났다.



▲ 동국대 이상일 학사지원본부장

이와 함께 동국대는 신 교수가 미 캔자스 주립대 학사 학위와 석사 학위까지 위조했다는 의혹에 대해 2년 전 확인 공문을 보냈지만 아직까지 답 변을 받지 못한 상태라고 황당한 해명을 내놓기도 했다.

한편 신 교수의 학위 위조 사실이 밝혀진 가운데 광주 비엔날레 재단 역시 신 교수를 교양 감독으로 발 탁하는 과정에서 적절한 검증 절차를 거쳤는 지에 대해 의혹이 일고 있다.

DONGGUK0000898

노컷뉴스                                                           페이지 2 / 3

▸ 동국대 신정아 교수 옛 예일대 박사 학위 위조 에 대한 동국대 해명

▷ 교양교육원 소속 신정아 교수 박사 학위 소지 건

–동대는 박사 학위 위조 문제와 관련해 2007년 7월 5일 미 예일대 총장 앞으로 신 교수 학위 취득 여부에 대한 확인 서신을 보냈고 오늘 예일대로부터 회신을 받았다. 예일대는 신 교수 학위가 허위임을 밝혔다. 아울러 신 교수에게 미술사학 박사 학위를 수여하지 않았고 학생 기록도 없었다.

–동대는 이 사실에 기초해 2005년 임용에 대한 진상 조사 할 예정이다.

–예일대도 문서에 대한 자체 조사를 하겠다고 알려왔다.

–동대는 진상 조사 결과에 따라 엄정한 인사상 조치를 취하겠다. 앞으로 신임 교원 채용시 객관적인 과정을 거치도록 노력하겠다.

◇당시 박사 학위 검증을 어떻게 했나?

–당시에도 교원인사팀에서 우편으로 예일대 대학원에 직접 발송을 했다. 본인을 통하지 않고 동대가 보냈다. 그런데 팩스로 답장이 왔다. 그래서 믿었다. 서류로 보냈으면 좋았겠지만 긴급 요청을 했기 때문에 이 같은 상황을 확인하지 못했다.

◇신 교수가 재단과 아는 사람이 있어서 검증이 적절치 않았던 건 아닌가?

–아는 사람이 있다고 해서 검증 절차가 불확실한 건 아니다.

◇신교수는 정기 채용이 아닌 특별 채용된 상황에서 소속 변경이 잦았다. 이사회 등이 신교수를 비호했던 건 아닌가?

–혹시 그 과정에서 문제가 있었던 건 아닌지 확인하겠다. 우리가 우수한 분을 초빙하기 위해 다소 서두른 면이 없잖아 있었다. 특히 외국에서 학위를 소지한 분이 서류를 가져오지 않을 수도 있기 때문에 사본을 첨부하도록 한 것이다.

◇미 캔자스 대학에 학석사 학위도 위조된 건 확인됐나?

–2년 전 예일대에 보낸 것처럼 확인 우편을 보냈지만 답이 못 받았다. 오늘 언론에 나온 걸 봤는데 학석사 학위를 확인할 필요성을 못 느꼈다. 캔자스대에는 아직 확인 질의를 발송하지 않았다.

◇서교수 임용 당시 왜 학위증만 받고 성적 증명서 등은 받지 않았나?

–예체능 교수의 경우 학석사 학위증으로도 임용할 수 있다. 성적 증명서의 경우 달라

DONGGUK0000899

노컷뉴스                                               페이지 3 / 3

고는 했는데 결국 받지 못했다. 현재 갖고 있지 않다.


CBS사회부 조기호 기자 cjkh@cbs.co.kr

(대한민국 중심언론 CBS 뉴스FM98.1 / 음악FM93.9 / TV CH 162)
저작권자 ⓒ CBS 노컷뉴스(www.nocutnews.co.kr) 무단 전재 및 재배포 금지

승인일시 : 2007-07-11 오후 6:37:23

Copyright. ⓒ Since 2003 by CBS 노컷뉴스 All rights Reserved. 무단 전재 및 재배포 금지

[ 닫기 ]

http://www.cbs.co.kr/nocut/email/news_print.asp?idx=562797&gubun=TOP        2008-02-26

DONGGUK0000900

## CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0000898-900 from the Korean language into the English language.

I further certify that translation of DONGGUK0000898-900 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.


Samuel Henderson
Professional Translator


Subscribed and sworn to before me on 27th day of July, 2011 (year)


(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 4, 2016

(Notary Stamp)

# EXHIBIT 59

[DONGGUK0001991]

Article Print                                                                 Page 1/1

Munhwa Daily Culture                                    Education System of Finland

| Date article published: 7/12/2007 | 🖷 Print ☒ Close |
| --- | --- |

"It was thought to be impossible…" Circle of fine arts 'shocked by Jeong Ah Shin'
Not only Yale doctorate degree but also her bachelor's and master's degrees are suspected to be
fake

Reporter Se Mi Shin ssesmi@munhaw.com

  As the suspicion of academic record forgery of professor Jeong Ah Shin (F. 35) of
Dongguk University, who had been chosen as co-director of arts for Kwangju Biennale, was
revealed to be true, it has shocked the circles of culture and arts.
  Sang Il Lee, academic affairs support director of Dongguk disclosed on the 12th, "After
the suspicion about the doctorate degree from Yale University fine arts history department for
professor Shin had surfaced, an official letter of verification was sent to Yale University and a
reply in the name of Yale University president Richard Levine was received indicating that 'the
doctorate degree of fine arts history from Yale University for professor Shin is false, and there
are no records of her registering as student.'" This director also added, "Disciplinary action will
be taken against Shin and other individuals related to her appointment. Further, the possibility is
open that a criminal complaint will be made on alleged interference with duties, fraud, etc.,
based on the fact finding investigation."
  On the faxed document that Dongguk University received from Yale University in
September 2005 when professor Shin was hired, the associate dean of its graduate school,
Pamela Schirmeister, verified that 'Jeong Ah Shin was admitted to the department of fine arts
history in August 1996 and graduated in May 2005, and the document indicating acquisition of
her doctorate degree was issued by Yale University and signed by me.' Dongguk University
explained, "Yale University disclosed that it would conduct a fact finding investigation on this
document, and we also plan an investigation." Accordingly, doubts have been raised that not
only Professor Shin's doctorate degree but also her bachelor's and master's degrees received
from the University of Kansas have all been forged."
  On the other hand, those concerned with the Biennale who had chosen Shin as the general
exhibition director for the 2008 Kwangju Biennale as well as the university and art museum
where she holds office and artists and those concerned with the fine arts circle could not hide
their shock and surprise and asked, "How can this type of incident by possible?"

Shin had started out as the curator of Kumho Art Museum in the mid-1990s and is currently the manager of arts and letters at Sungkok Art Museum, and has established solid networks in and out of the fine arts circle through large-scale exhibits. Further, she was chosen to be the general director of Kwangju Biennale as the youngest one in its history and has been a star curator in the circle of fine arts, and her planning abilities have been recognized.

Some said, "The suspicion about her academic records was raised early on," and also criticized the problem with our academic affairs administration and its fine arts practices in that a person could be appointed as a professor or as a director of an international fine arts event without any accurate verification. While such international fine arts events as Biennale and Art Fair have become active, it is our situation that there are few talents with the international sense so an individual packaged well with a doctorate degree from a reputable foreign university is easily accepted, which is representative of the manpower shortage in the fine arts circle of Korea.

After Shin was appointed as the exhibition director of Kwangju Biennale at the end of last month when she briefly returned from her overseas travel, she left the country to attend the Venice Biennale and is known to have indicated in a telephone conversation on the 10th, "I will return to Seoul around the 12th to discuss and respond with my attorney." However, as the fact of academic record forgery has been verified, it is questionable whether she will return home as scheduled. Reported by Se Mi Shin and Seok Beom Jung ssemi@munhwa.com

Copyright © Munhwa Daily. All Rights Reserved.

기사프린트                                           페이지 1 / 1

문화일보 문화 

기사 게재 일자 : 2007년 01월 12일

# "설마 했는데…" 미술계 '신정아 쇼크'

에일대 박사 이어 학·석사 학위도 가짜 의혹

*신세미기자 ssemi@munhwa.com*

광주비엔날레 공동 예술감독으로 선정된 동국대 신정아(여·35) 교수의 학력 위조가 사실로 드러나 문화
예술계에 충격을 주고 있다.

이상일 동국대 학사지원본부장은 12일 "신 교수의 예일대 미술사학과 박사 학위에 대한 의혹이 일면서
에일대에 확인 공문을 보낸 결과 예일대 리처드 레빈 총장 명의로 '신 교수의 예일대 미술사학 박사학위
가 허위이며, 학생으로 등록한 기록도 없다'는 회신을 받았다"고 밝혔다. 이 본부장은 "진상조사를 통해
신씨와 채용 관련자들을 인사 징계할 것"이라며 "업무방해와 사기 등의 혐의로 형사 고발할 가능성도 열
려 있다"고 덧붙였다.

신 교수를 채용할 당시인 2005년 9월 동국대가 예일대 측으로부터 팩스로 전해받은 서류에는 대학원 부
원장 파멜라 셔마이스터가 '신정아는 1996년 8월 미술사학과에 입학해 2005년 5월 졸업했으며 박사학
위를 취득했다는 서류는 예일대가 발급하고 내가 서명한 것'으로 확인해 준 것으로 돼 있다. 동국대측은
"예일대에서 이 문서에 대해 진상조사를 벌이겠다고 밝혔으며, 우리도 조사할 계획"이라고 설명했다. 이
에 따라 박사학위뿐 아니라 캔자스대에서 받은 신 교수의 학사, 석사 학위 모두 위조됐다는 의혹마저 제
기되고 있다.

한편 신씨를 2008년 광주비엔날레의 전시총감독으로 선정한 비엔날레 관계자를 비롯해 재직중인 대학
및 미술관은 물론, 미술작가 등 미술관계자들은 "어떻게 이런 일이 가능하느냐"면서 충격과 놀라움을 감
추지 못했다.

신씨는 1990년대 중반 금호미술관 큐레이터로 출발, 현재 성곡미술관 학예연구실장으로서 굵직한 기획
전을 통해 미술가 안팎에 탄탄한 네트워크를 맺어왔고, 지난주 역대 최연소로 광주비엔날레 총감독으로
선정됐을 만큼 기획력을 인정받아온 미술가의 스타큐레이터였기 때문이다.

일부에선 "진작부터 신씨의 학력을 둘러싼 의혹이 제기됐다"며 정확한 검증 절차없이도 교수직에, 대형
국제행사의 책임자로 발탁될 수 있는 국내 학사 행정 및 미술계 관행의 문제점을 꼬집었다. 국내서 비엔
날레, 아트페어 등 국제적인 미술행사가 활발해지고 있으나 국제감각을 갖춘 인재는 드문 실정이라 해외
명문대 박사 학위로 포장된 인물이 쉽게 받아들여지는 국내 미술계의 빈약한 인력난을 지적하기도 했다.

지난달말 해외출장중 일시 귀국해 광주비엔날레 전시감독으로 임명된 뒤 베니스비엔날레 참판차 다시
출국한 신씨는 10일 전화통화에서 "12일쯤 서울로 가 변호사와 협의해 대응하겠다"고 밝힌 것으로 알려
졌으나 학력위조 사실이 확인됨에 따라 이날 예정대로 귀국할지는 의문이다. 신세미·장석범기자
ssemi@munhwa.com

Copyright ⓒ 문화일보. All Rights Reserved.

DONGUK0001991

# CERTIFICATE OF TRANSLATION

I, Kwang Park, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0001991 from the Korean language into the English language.

I further certify that translation of DONGGUK0001991 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

Kwang Park
**Professional Translator**

Subscribed and sworn to before me on ____27____ day of _July_ , _2011_ (year)

FRANCES FUENTES
COMM #1849867
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Commission Expires May 18, 2013

(Signature of Notary)                              (Notary Stamp)

# EXHIBIT 60

# FILED UNDER SEAL

# EXHIBIT 61

[DONGGUK0001982]

JOINS | 'The place where I communicate with the world' Joins.com          Page 1/2

[Logo]

Article input time: 07/16/2007 4:25:29 AM                                    ▷ Print



Who sent the 'fake verification form' of doctorate degree
Mystery of Yale University Fax
Jeong Ah Shin, returned home secretly on the 12th and went into hiding.
Dongguk Univ., "May cancel her appointment instead of dismissal"

It was known that professor Jeong Ah Shin (35, F, photograph) of Dongguk University, whose academic record forgery has been exposed, returned home on 12th.

A person concerned with the Inchun Airport said on the 15th, "A person with the same age and address arrived at the Inchun Airport via 'Air France Flight No. 264' from Paris, France around 7:30 AM on the 12th, and she must be Shin." A person concerned with the Airline explained, "While Shin initially made a reservation arriving on the 13th, she changed the dates." Shin had left the country to visit and attend the planned exhibit at the France Pavilion in the Venice Biennale on the 5th and had been staying in Paris, France.

◆ "Appointment itself may be cancelled" = Dongguk University requested her dismissal from its School Foundation in the name of its president, Young Kyo Oh, on the 14th. The Foundation is scheduled to hold a temporary board of directors' meeting on the 20th to discuss the incident of academic record forgery by Shin. It plans to hold a disciplinary action committee around the 27th to make a decision on her dismissal. Dongguk University separately organized its fact finding investigation committee and started its investigation on the hiring process of Shin.

What the fact finding investigation committee is focusing the most on the progress by which the fake "verification of academic degree acquisition" was sent by fax. At the time of her appointment in 2005, Dongguk University sent a request for verification of Shin's academic degree to Yale University by fax as well as by mail. It is known that the receipt of the contents-certified mail that was sent to Yale University by an employee of its academic affairs office at the school post office still exists. Afterward, the written verification signed by professor Pamela Schirmeister, who was the associate dean of the graduate school of Yale University, arrived by fax. Nevertheless, Yale University recently sent a reply to the inquiry made by Dongguk University indicating that "there is no such student." It was disclosed that the verification form that was known to have been sent by fax was a fake.

A high ranking person of Dongguk University said, "If someone had sent a fake verification form by fax instead, an official written answer must have come in response to the

written request sent by mail." He is suggesting that there is the possibility that someone was involved in the process of delivering the document falsely prepared by fax. Dongguk University decided to have Shin attend the fact finding investigation and listen to her explanation. Further, a request was made to Yale University for cooperation. A person concerned with Dongguk University said, "After professor Schirmeister, who signed the fax, returns from her vacation on the 16th, she will be able to explain the progress by which the fake fax was sent."

Dongguk University explained that Shin's appointment itself might be cancelled depending upon the outcome of the investigation. Appointment cancellation is a much more severe action than dismissal. Since the appointment as professor itself becomes void, the wages that she has received so far become illegal gains. A person concerned with Dongguk University explained, "After the board of directors decides on appointment cancellation, the school may file suit to request the return of wages to her."

[J-Hot]

[DONGGUK0001983]

JOINS | 'The place where I communicate with the world' Joins.com          Page 2/2

▷ [Joongang Monthly] Melville Toppler was questioned "Scenario of dividing China into four is possible"

▷ A person concerned with the National Intelligence Service, "Former associate director Sang Op Lee was often angry because such items were not investigated."

▷ Offense and defense about disclosure of draft about the house of Myyng Bak Lee... former police found delivered it to the Government party via Park camp?

▷ Those who passed the national judicial, government administration and diplomatic affair examinations last year were analyzed based on their high schools...

▷ Seri Pak, 'perfect resurrection' won LPGA title in 13 months

▷ Who sent the 'fake verification form' of doctorate degree of Yale University for Jeong Ah Shin

▷ Keun Hye Park, "easily appears to have acknowledged and apologized"

▷ KAIST, solved the 'problem that remained unsolved for 20 years' in physics circles worldwide.

▷ [Dool's Cry] Now you can find Mozart in Sejongno who is exposing his behind...

▷ 'Myung Bak Lee TF Team' has operated the 'brother-in-law & brother-in-law line.'

Reported by In Sik Kang and Ki Hyun Kang

Case 3:08-cv-00441-TLM  Document 257-3  Filed 08/04/11  Page 117 of 144

JOINS 

기사 입력시간 : 2007-07-16 오전 4:25:29                                ▶인쇄하기

# 박사 학위 '가짜 확인서' 누가 보냈나

예일대 팩스 미스터리
신정아씨, 12일 몰래 귀국한 뒤 잠적
동국대 "파면 아닌 임용 취소할 수도"



학력을 위조한 것으로 드러난 동국대 신정아(35.여.사진) 교수가 12
일 입국한 것으로 알려졌다.

인천공항 관계자는 15일 "나이와 주소가 같은 사람이 프랑스 파리발
'에어프랑스 264'편을 타고 12일 오전 7시30분쯤 인천공항을 통해
입국했다"며 "신씨가 확실하다"고 말했다. 항공사 관계자는 "신씨는
원래 13일에 도착하는 비행기를 예약했지만 중간에 날짜를 변경했
다"고 설명했다. 신씨는 베니스 비엔날레 프랑스관 기획전을 참관하
기 위해 5일 출국해 프랑스 파리에 머물러 왔다.

◆"임용 자체를 취소할 수 있어"=동국대는 14일 오영교 총장 명의로 학교 재단에 파면을 요청
했다. 재단은 20일 임시이사회를 열어 신씨의 학력 위조 사건에 대해 논의할 계획이다. 27일께
에는 징계위원회를 열어 파면 여부를 결정키로 했다. 동국대는 이와 별도로 진상조사위원회를
구성해 신씨의 임용과정에 대한 조사에 들어갔다.

진상조사위가 가장 주목하는 것은 가짜 '학위취득 확인서'가 팩스로 오게 된 경위다. 2005년
임용 당시 동국대 측은 신씨 학위에 대한 확인요청서를 팩스와 함께 우편으로도 예일대에 발
송했다. 교내 우체국을 통해 교학과 직원 명의로 예일대에 내용증명을 보낸 영수증이 아직도
남아 있다고 한다. 이후 예일대 대학원 부원장 파멜라 셔마이스터 교수가 서명한 확인서가 팩
스로 도착했다는 것이다. 하지만 예일대 측은 최근 동국대 측의 질의에 "그런 학생은 없다"는
답변을 보내왔다. 당시 팩스로 보냈다는 확인서 양식도 가짜라고 밝혔다.

동국대 고위 관계자는 "만약 누군가 가짜 확인서를 팩스로 대신 보냈더라도 우편으로 보낸 요
청서에 대한 공식 답변서가 왔어야 마땅하다"고 말했다. 허위로 작성된 문서를 팩스로 전달하
는 과정에서 누군가 개입했을 수도 있다는 것이다. 동국대는 진상조사 과정에 신씨를 출석
시켜 소명을 듣기로 했다. 또 예일대 측에도 조사에 협조해 줄 것을 요청했다. 동국대 관계자
는 "팩스에 서명한 셔마이스터 교수가 16일께 휴가에서 돌아오면 가짜 팩스가 오게 된 경위를
설명할 수 있을 것"이라고 말했다.

동국대 측은 조사 결과에 따라 신씨의 임용 자체를 취소할 수 있다고 설명했다. 임용 취소는
파면보다 훨씬 강력한 조치다. 교수 임용 자체가 무효가 되므로 지금까지 받은 급여는 부당이
득이 된다. 동국대 관계자는 "이사회에서 임용 취소 결정이 나면 학교는 소송을 통해 지급된
급여를 반환하라고 요구할 수 있다"고 설명했다.

[J-핫]

DONGGUK0001982

JOINS | '나와 세상이 통하는 곳' 조인스닷컴                     페이지 2 / 2

▷[월간중앙] 엘빈 토플러에에 묻다 "중국 네 개로 나뉘는 시나리오도 가능"

▷국정원 관계자 "이상업 전 차장, 왜 이런걸 조사 않나 자주 화 내"

▷이명박 일기 초본 유출 공방…전직 경찰이 구해 캠프 거쳐 여권으로?

▷작년 사시·행시·외시 합격자 출신고 분석해 보니…

▷'완벽 부활' 박세리, 13개월 만에 LPGA 우승

▷신정아씨 예일대 박사학위 '가짜 확인서' 팩스 누가보냈나

▷박근혜 "자칫하면 인정하고 사과한 것처럼 비쳐"

▷KAIST, 세계 물리학계 '20년 숙제' 풀었다

▷[도올고향] 지금 세종로에 가면 모차르트가 궁둥이를 까고…

▷'이명박 TF팀'에 '처남-매제' 라인 가동됐나

강인식.강기헌 기자

DONGGUK0001983

# CERTIFICATE OF TRANSLATION

I, Kwang Park, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0001982-83 from the Korean language into the English language.

I further certify that translation of DONGGUK0001982-83 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

_____
Kwang Park
**Professional Translator**

Subscribed and sworn to before me on _____27_____ day of _July_, _2011_ (year)

_____
(Signature of Notary)

```
****************************************
*        FRANCES FUENTES         *
*          COMM #1849867         *
*   NOTARY PUBLIC - CALIFORNIA   *
*         RIVERSIDE COUNTY       *
*  My Commission Expires May 18, 2013 *
****************************************
```

(Notary Stamp)

# EXHIBIT 62

네이버뉴스 인쇄하기                                                        인쇄하기    닫기

## [EDITORIAL] Snowball of lies

[코리아헤럴드 2007-07-20 10:02]

Lies have a way of snowballing and in the case of Shin Jeong-ah, a prominent
curator, it appears that each of her academic credentials – an undergraduate
degree from the University of Kansas, an MBA degree from the same university
and a PhD degree from Yale University – were all lies.

The story of Shin's success in the art world has been described as a Cinderella
story, the stuff of fairytales because of her meteoritic rise in a world that is
notoriously difficult to break into.

However, unlike the "happily ever after" ending of the fairytale, Shin's story ends
badly. Her lies have been found out and her appointment as the co-president of
the 2008 Gwangju Biennale, the country's largest art festival, has been withdrawn.
Dongguk University, where she has been a faculty member since 2005, is due to
announce the results of its investigation into Shin's fraud today.

The snowball of lies claimed many "victims" as it rolled quickly down the slope.
The 29-member board of the foundation for the Gwangju Biennale resigned to
take responsibility for appointing Shin without properly verifying her qualifications.
A lawsuit has been filed against Shin for causing irreparable damage to the
biennale.

At Dongguk University, there was also no verification of Shin's academic
credentials before her appointment. The facsimile confirming Shin's Yale
University degree received by the university had been falsified. Although the
university initially claimed that it had asked for verification from Kansas University,
it has now admitted that no such request was made. The people involved in Shin's
appointment will have to bear responsibility.

There is no denying that Shin lied her way through academia and the art world.
However, Dongguk University and the Gwangju Biennale board cannot escape
blame for oversight, especially when there were already suspicions about Shin's
academic credentials. For an ambitious young person, such oversights must have
been too good to be true, too tempting to be passed over.

Shin cannot be excused for her lies and deception, but nor can the art world that
allowed her to continue the fraud be excused. At the same time, our society

DONGGUK0001030

네이버 뉴스

needs to reflect on why Shin resorted to falsifying her academic records and why everyone was so gullible.

※ 이 기사 주소 : http://news.naver.com/news/read.php?mode=LOD&office_id=044&article_id=0000066155



DONGGUK0001031

# EXHIBIT 63

[DONGGUK0000137]

Former Dongguk University president Ki Sam Hong will be summoned soon
Prosecution investigates 'Jeong Ah Shin appointment'

Seoul Seo-bu District Prosecutors' office, which has been investigating the case of the forged academic degree of Jeong Ah Shin (35, F) decided to summon the former Dongguk University president, Ki Sam Hong, as a witness.

A person concerned with the Seo-bu District Prosecutors' office said on the 3rd, "While it was planned to question Buddhist priest Jang Yoon, who raised the suspicion first, he has been rejecting attendance so the plan was changed by questioning the former president Hong first." He also explained, "Because the former president Hong is the person ultimately responsible for the appointment of Shin, he is definitely needed to investigate the alleged interference of duties by Shin. He will be summoned as soon as his attendance is scheduled."

The prosecution got hold of the lead that Shin was in the US when the faked certificate of her doctorate degree was sent by fax so is tracing her tracks.

A person concerned with the prosecution explained, "After the records of entry into and departure from the country were examined, it was verified that Shin left the country for France around 9/15/2005 and returned to Korea from New York, USA after the 22nd,on which date the fax was received." Accordingly, suspicions that Shin was directly involved in the process of delivery of the faked verification of her academic degrees to Dongguk University have been raised.

Dongguk University held a press conference on the same day and disclosed, "The fact that the registered mail of the request for academic degree verification sent by Dongguk University was received by [illegible] Moore, who was an employee responsible for the Yale University mail service, was verified through the US Postal Service." The management control team leader of Dongguk University, [illegible] Cho, explained, "However, as Yale University has refused to answer concerning whether the employee called Moore actually exists and whether this document was delivered to the graduate school, it is difficult to make further verification."

Reported by [illegible] Han

[illegible].co.kr

China Doc 78

12  2007년 9월 4일 화요일                           사 회                          제10264호 43판 중앙일보

# "우리 직원 학력 검증해 달라"

### 대교협 서비스 첫날 은행·공무원 500여 명 의뢰



## "벼슬 헌신짝같이 버리는 게 의리"

### 김성호 전 법무장관 퇴임

## 홍기삼 전 동국대 총장 곧 소환

### 검찰 '신정아 입금' 조사

## "이명박 후보 신을 무효"
### 박사로, 민법소로 청구

## 악동 가수는 부정경쟁방지법 위반

### 기획 패러디 기소



## "내년 상반기 전력 갖고 비행기 세우겠다"

### 민노당 위원장 후보군 공언



DONGUK0000137

# CERTIFICATE OF TRANSLATION

I, Kwang Park, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0000137 from the Korean language into the English language.

I further certify that translation of DONGGUK0000137 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

_Kwang Park_
Kwang Park
**Professional Translator**

Subscribed and sworn to before me on _____ 27 _____ day of _July_ , _2011_ (year)

FRANCES FUENTES
COMM #1849867
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Commission Expires May 16, 2013

(Signature of Notary)                          (Notary Stamp)

# EXHIBIT 64

[DONGGUK0000133]

Upright Press, Fast News: Internet Yonhap News                    Page 1/2

Yonhap News                                                Print Close
**"Yale University Received Letter Requesting Confirmation of Jeong-Ah Shin's Degree"**
**(Overview)**

Dongguk University: "Prosecutors have secured the US Postal Service receipt ... currently
confirming the findings"

[Seoul = Yonhap News] Reporter Geon-Taek Kim = It has been found that Yale University did
receive the official request for confirmation from Dongguk University regarding the doctorate of
former Dongguk University professor Jeong-Ah Shin.

However, it has not yet been determined whether this request reached the appropriate
person, or was intercepted improperly beforehand.

Dongguk University held a press conference in the meeting room on the 5th floor of the
college's administration building on the afternoon of the 3rd, and announced that the school
authorities had collected a certified letter regarding verification of Ms. Shin's degree which was
sent to the Yale University graduate school on September 6, 2005, at the time Ms. Shin was hired
as a professor.

Ui-Yeon Jo of Dongguk University's Administrative Affairs Office stated that "We have
confirmed that a document requesting a query of academic history was received by Michael
Moore, a staff member in the Yale University mailroom (YCM), at around 12:30 PM on
September 20, 2005."

Initially, Dongguk University had given up on tracking the route traveled by this request,
based on Yale University's response that certified letters were only preserved for 1 year, but
recently the Seoul Western District prosecutor, which is currently investigating this incident,
reported that it was able to identify the recipient based on relevant data received from the US
Postal Service.

Mr. Jo stated that "we first learned of this fact while being interviewed by the
prosecutor's office on the 29th of last month. Upon receiving a request for cooperation from the
prosecutor's office, we are now confirming how this letter was handled by Yale University."

However, it has not yet been properly confirmed by Yale either where this letter was sent after passing through YCM, or whether it was received by the academic records team in the graduate school.

Dongguk University announced that Moore and the Yale University graduate school have provided no answers whatsoever to emailed queries from Dongguk University regarding this problem, and had received only the incomprehensible reply from Susan Carney, head of the legal team under the Yale president's office, that "we do not know of any department called YCM or any employee named Michael Moore."

Dongguk University accordingly plans to request reconfirmation upon sending the postal receipt showing Michael Moore of the YCM as its recipient.

Mr. Jo put the ball in Yale's court, saying "to whom the request was sent is something that Yale has to check. We have no way of checking it unless Yale does so."

Dongguk indicated that it will attempt to make direct telephone contact with persons involved such as Moore if cooperation from Yale is lacking, but because the prosecutorial investigation is underway, there are no plans for school personnel to travel personally to Yale to investigate.

Regarding Yale University's own investigation, Mr. Jo said that "Yale University says that it is conducting its own investigation of matters such as how and by whom the fake fax was sent, and will inform us of the results.

[DONGGUK0000134]

Upright Press, Fast News: Internet Yonhap News                    Page 2/2

However, they are avoiding (stating) the exact status of the investigation."

     Regarding suspicions that Ms. Shin had been in the US when Dongguk University sent the official request for confirmation of Jeong-Ah Shin's academic record to Yale University, Dongguk University replied that "this has not been confirmed. Because Ms. Shin went on leave as soon as she was hired, she was not required to inform the school in advance when traveling overseas."

firstcircle@yna.co.kr

(END)

<Copyright © Yonhap News, Unauthorized reproduction – redistribution prohibited.>

                                (Posted 16:57, September 3, 2007)

Yonhap News

This report may not be reproduced in whole or in part except by contract with Yonhap News. Copyright © 2005Yonhap News. All rights reserved.

연합뉴스                                                    🖶인쇄 | 닫기

"예일대, 신정아씨 학위 확인요청 우편 접수"(종합)

동국대 "美우편공사 영수증 검찰이 확보..처리결과 확인중"

(서울=연합뉴스) 강건택 기자 = 신정아 전 동국대 교수의 박사학위에 대한 동국대 측의 확인 요청 공문을 예일대가 접수했던 것으로 나타났다.

   그러나 이 공문이 담당자에게 전달됐는지 아니면 중간에 엉뚱한 곳으로 배달려겼는지 여부는 아직 밝혀지지 않고 있다.

동국대는 3일 오후 이 대학 본관 5층 회의실에서 기자회견을 열고 신씨 교수 임용 당시인 2005년 9월6일 예일대 대학원에 보낸 신씨 학위 확인에 관한 등기우편이 학교 당국에 수령된 것으로 확인됐다고 밝혔다.

   조의연 동국대 경영관리실장은 "확인 결과 학력조회 요청 문서가 2005년 9월20일 오후 12시30분께 예일대 우편담당부서(YCM)의 마이클 무어라는 스태프 멤버에 의해 수신됐다"고 말했다.

   당초 동국대는 등기우편물 보존기간이 1년이라는 예일대 측의 답변에 따라 이 공문의 이동 경로 추적을 포기했으나 최근 이 사건을 수사 중인 서울서부지검이 미국우편공사(US 포스탈서비스)로부터 확보한 관련 자료를 전달받아 수신처를 밝혀낼 수 있었다고 전했다.

   조 실장은 "지난달 29일 검찰에서 참고인 조사를 받으면서 이 사실을 처음 알았다. 검찰의 협조 요청을 받아 예일대 측에 이 우편이 어떻게 처리됐는지를 확인하고 있다"라고 말했다.

   하지만 이 우편이 YCM을 거쳐 어느 곳으로 전달됐는지, 대학원 학적팀이 이 공문을 제대로 수령했는지 여부는 예일대 측이 아직 제대로 확인해주지 않는 상태다.

   동국대는 부여와 예일대 대학원 측이 이 문제에 관한 동국대의 이메일 질의에 전혀 답변을 하지 않고 있으며 총장실 산하 법률팀장인 수잔 카니도 "YCM이라는 부서나 마이클 무어라는 직원에 대해 모른다"는 이해할 수 없는 답변만 보냈다고 밝혔다.

   이에 따라 동국대는 YCM의 마이클 무어가 수신자로 돼 있는 우편물 영수증을 예일대에 보내 다시 확인을 요청할 계획이다.

   조 실장은 "당시 공문이 누구에게 전달됐는지는 예일대에서 확인해야 하는 사항이다. 예일대에서 확인해주지 않으면 우리로서는 방법이 없다"라며 예일대 측으로 공을 넘겼다.

   만약 예일대 측의 협조가 미진하다면 무어 등 담당자와 직접 전화 접촉도 시도할 예정이지만 검찰 수사가 진행 중이기 때문에 대학 관계자가 직접 현지에 가 조사를 벌일 계획은 없다고 동국대는 전했다.

   예일대 자체 조사에 대해 조 실장은 "가짜 팩스가 누구에 의해 어떻게 보내졌는지 등에 관해 예일

DONGGUK0000133

바른언론 빠른뉴스 인터넷 연합뉴스                                          페이지 2 / 2

대가 자체 조사를 하고 있으며 결과를 우리에게 알려주겠다고 이야기한다. 그러나 구체적인 진행 상황은 그쪽에서 (밝히기를) 꺼린다"라고 말했다.

한편 동국대는 예일대에 신정아씨 학위 확인요청 공문을 보냈을 당시 신씨가 미국에 가 있었다는 의혹에 대해 "그런 것은 확인된 바 없다. 신씨는 임용되자마자 휴직했기 때문에 외국에 나갔더라도 학교에 미리 신고할 필요가 없는 상태였다"라고 답했다.

firstcircle@yna.co.kr
(끝)

<저 작 권 자(c)연 합 뉴 스. 무 단 전 재-재 배 포 금 지.>                    [2007-09-03 16:57 송고]

 연합뉴스                    본 기사는 연합뉴스와의 저작권이 본문 또는 일부의 전재나 금합니다.
Copyright (c) 2005 YonhapNews All rights reserve

DONGGUK0000134

# CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0000133-34 from the Korean language into the English language.

I further certify that translation of DONGGUK0000133-34 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

Samuel Henderson
Professional Translator

Subscribed and sworn to before me on $\underline{27th}$ day of $\underline{July}$, $\underline{2011}$ (year)

(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 4, 2016
(Notary Stamp)

# EXHIBIT 65

[DONGGUK0000838]

MBC News – iMnews.com                                          Page

Jeong-Ah Shin: Did She Send the Fax Herself?



◉ Anchor: <u>Suspicions are growing that former Dongguk University professor Jeong-Ah Shin may have traveled to America and personally sent the fake Yale University fax that claimed her doctorate was genuine.</u>

Ho-Chan Lee reports.

◉ Reporter: <u>A one-page fax sent under the name of Yale University on September 25, 2005 states that Ms. Jeong-Ah Shin did in fact enroll in 1996 and graduate in 2005 with a doctorate in art history.</u>
<u>This document, sent from a Yale University fax machine, is a fake.</u>

However, some days before this fax was sent, Ms. Jeong-Ah Shin left the country for France, and after the fax had been sent, she returned to Korea from New York in the United States, the prosecutor's investigation has found.

Suspicion is growing that after leaving for France, Ms. Shin may have traveled to America and falsified and sent the fax herself under the Yale University name.

However, the prosecutor's office has stated that it is difficult to confirm that Ms. Shin was in America at the time the fax was sent.

As of yesterday, Master Jangyun, whose presence at the prosecutor's office had been requested, has refused to present himself.

The prosecutor's office plans shortly to change the sequence and examine former Dongguk University president Ki-Sam Hong.

However, with Master Jangyun, who had first raised the fact of academic fraud, refusing to speak, it is uncertain what the results of examining former president Hong will be.

Ho-Chan Lee reporting for MBC News.

▣ Reporter Ho-Chan Lee dangdang@imbc.com Sept. 04 2007

[MBC, leading the transformation of news Copyright © MBC, unauthorized reproduction, retransmission and redistribution prohibited.]

MBC뉴스 – iMnews.com                                                        Page

## 신정아, 팩스 직접 보냈나



▶PLAY◀

◉ 앵커 : 신정아 전 동국대 교수의 박사학위가 사실이라는 예일대의 가짜 팩스, 알고 보니까 신정아 씨가 미국에 건너가서 직접 보낸 것이 아니냐 하는 의혹이 일고 있습니다.

이호찬 기자입니다.

◉ 기자 : 지난 2005년 9월 25일에 예일대 명의로 발송된 팩스 한 장에는 신정아 씨가 지난 1996년 입학해 2005년 졸업했고 미술사 박사학위를 받은 게 사실이라고 돼 있습니다.

예일대 팩스를 통해 보낸 이 서류는 가짜였습니다.

그런데 이 팩스가 발송되기 며칠 전 신정아 씨가 프랑스로 출국했고 팩스가 발송된 다음 미국 뉴욕에서 한국으로 들어온 것으로 검찰 수사 결과 밝혀졌습니다.

프랑스로 출국한 신 씨가 미국으로 건너가 예일대 명의의 팩스를 조작해 직접 보낸 것 아니냐는 의혹이 일고 있습니다.

검찰은 그러나 팩스 발송 당시 신정아 씨가 미국에 있었는지는 확인이 쉽지 않다고 밝혔습니다.

어제까지 검찰에 출석을 요구했던 장윤 스님도 결국 출석을 거부했습니다.

검찰은 순서를 바꿔 홍기삼 전 동국대 총장을 조만간 불러 조사할 계획입니다.

하지만 학위위조 사실을 처음 제기한 장윤 스님이 입을 다물고 있는 상황에서 임용 책임자였던 홍 전 총장에 대한 조사가 성과가 있을지는 미지수입니다.

MBC뉴스 이호찬입니다.

🖾 이호찬 기자 dangdang@imbc.com 2007-09-04
[뉴스의 변화를 선도하는 MBC(www.imnews.com) 저작권자 ⓒ MBC. 무단복제 및 전재-재배포 금지]

DONGGUK0000838

# CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0000838 from the Korean language into the English language.

I further certify that translation of DONGGUK0000838 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.


Samuel Henderson
Professional Translator


Subscribed and sworn to before me on _27<u>th</u>_ day of _July_ , _2011_ (year)


(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 4, 2016

(Notary Stamp)

# EXHIBIT 66

# FILED UNDER SEAL

# EXHIBIT 67

[DONGGUK0000967]

"Yale University documents received at the time of Jeong Ah Shin's appointment are fake"
Fax number is correct for Yale University
Dongguk University, requests her dismissal from its Corporation

Regarding assistant professor Jeong Ah Shin (35) of the liberal arts education academy of Dongguk University, who has been found to have forged her doctorate degree, the School requested dismissal of professor Shin from the board of directors of its Corporation.

Buddhist priest Young Dam who is in charge of the disciplinary action committee in the board of directors for Dongguk University Corporation said on the 13th, "A request for dismissal of professor Jeong Ah Shin in the name of the president was received today, so a board of directors' meeting will be held on the 20th to discuss disciplinary affairs regarding professor Shin." He disclosed, "There is a plan to hold a disciplinary action committee meeting to make a final decision on the 27[th]. Unless there are any special changes, a decision for the most severe disciplinary action of dismissal will be taken against professor Shin."

He also added, "If professor Shin does not attend the disciplinary action committee meeting, disciplinary action may be taken based on the fact alone that her doctorate degree is a fake."

Vice president Jin Soo Han, who is the chairman of the fact finding investigation committee, said, "Because her doctorate degree has already been determined to be fake, the School has requested her dismissal. Separately from the dismissal action, investigation of the verification procedure conducted at the time of her appointment will be continued by the fact finding investigation committee."

On the other hand, it was also revealed that the faxed document that Dongguk University claimed to have received at the time of her appointment in 2005 was also a fake.

Yale University disclosed on the same day, "The reply document concerning whether professor Shin's doctorate degree is genuine or false is not the form used by Yale University, but a fake."

According to the results of verification conducted by this Newspaper, the telephone and fax numbers listed on the faxed document that Dongguk University received from Yale University at the time of Shin's appointment were those of the graduate school of Yale University.

A person concerned with Dongguk University said, "The calling number listed on the document coincided with the fax number of Yale University, so we had no choice but to trust it at the time."

As a result, another suspicion has emerged in that there might be an 'accomplice' who was acquainted with Shin involved in the process of sending a faked document from Yale University to Dongguk University."

Reported by [illegible]

Client Doc ㉒

A10   2007년 7월 14일 토요일   사회   제26740호   동아일보

# 올 서울 재산세 24.6% 뛰었다

## 공시가격 급등 영향 · 경기도도 12.4% 올라
## 6억 넘는 집은 작년의 2배 — 구별 격차 커져

**2007년 서울 주택의 가격대별 재산세 부과 현황**

비인가 美대학서 가짜 박사
## 교수·공무원 등 39명 적발

"신정아씨 채용때 받은 예일대 서류는 가짜"

## 시민단체 매장 점거 美쇠고기 판매중단

롯데마트 전국 6곳서 — 일부 점포선 재고떨이 '인기'



## 태풍 '마니' 간접영향권
## 제주·영동 최고80mm 비

## 침체서 등 특성화로 '영역 대체교육' 도입

## 이덕순 전장 부하의 — 최기문 前청장 기소

경찰 '보복폭행' 수사 발표

서울시 공무원 무원칙투자 강권 금지

DONGGUK0000967

# CERTIFICATE OF TRANSLATION

I, Kwang Park, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0000967 from the Korean language into the English language.

I further certify that translation of DONGGUK0000967 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

_____
**Kwang Park**
**Professional Translator**

Subscribed and sworn to before me on _____27_____ day of ___July___ , _2011_ (year)

_____
(Signature of Notary)

```
*****************************************
*** MSC1 ***        FRANCES FUENTES
                    COMM #1849867
                    NOTARY PUBLIC - CALIFORNIA
                    RIVERSIDE COUNTY
                    My Commission Expires May 18, 2013
*****************************************
```

(Notary Stamp)