# EXHIBIT 105

 

### Media Response Plan
### following the initial coverage on the amended complaint

**I. Background**
- Media's interest level on Dongguk vs. Yale case is expected to escalate following The JoongAng Ilbo and The New York Times coverage on Dongguk University's motion for leave to amend complaint.
- Media inquiries on trial, amended complaint, and Dongguk University's position are also expected to increase rapidly.
- Considering the significance and sensitivity of the trial in process, a consistent and principle-based response plan to handle media inquiries needs to be developed.

**II. Principles and key messages for Dongguk University in response to media inquiries**
- Communication principles
  - ◆ No one from Dongguk University responds directly to media inquiries on the issue
  - ◆ All media inquires must be directed to Fleishman-Hillard, a professional communication consultancy hired specifically to handle issues regarding Dongguk vs. Yale case

- Message for Response

Please contact Fleishman-Hillard, a communication consultancy hired specifically for litigation between Dongguk and Yale regarding all inquires related to the case..

Fleishman-Hillard contact information:
- Korean media: Lauren Kang (Tel: +82.2.2016.7236 email: kangl@fleishman.co.kr)
- International media: Younjie Kim (Tel: +82.2.2016.7169 email: younjie.kim@fleishman.com)

**III. Principles and key messages for Fleishman Hillard in response to media inquiries**

- Communication principles
  - ◆ No one from Fleishman Hillard responds directly to media inquiries on the litigation progress and the contents of the amended complaint.
  - ◆ In response to inquiries regarding the amendment of complaint, simply verify the fact that Dongguk University filed a motion to leave to amend complaint with the Connecticut District Court.
  - ◆ In response to inquiries regarding the contents of amended complaint, simply verify the fact that the amended complaint is now pubic information, and direct the media to obtain

 

their own copies.

◆ In response to inquiries regarding how to obtain the amended complaint, do not provide a thorough explanation but simply verify the fact that the amended complaint is publicly accessible via the website of the Connecticut District Court.

◆ No one from Fleishman Hillard makes any comments on the contents of the amended complaint and Dongguk's position on it, beyond principles written in this document.

⬦ Message for Response

Your interest in Dongguk vs. Yale case is greatly appreciated. However, it is difficult to share the details of the case because it is still actively in progress.

Dongguk university filed a motion for leave to amend complaint as of October 20, 2009 EDT based on newly discovered facts found during a pre-trial discovery process.

The documentation for the amended complaint has been made accessible to the public via the website of the Connecticut District Court according to legal procedural requirements. We apologize for not being able to answer your inquiries at this point as the trial is still in process.

###

Q: When receiving inquiries regarding contents of the amended complaint.

A: We cannot comment on the amended complaint because the court is still in the process of making a judgment on whether to grant a permission to amend the complaint or not.

Q: Is it legally safe to report on the amended complaint which is waiting for the court's decision even though the amended complaint is public information?

A: Each media outlet bears the ultimate responsibility for making judgment calls and results for reporting based on the amended complaint.

⬦ Message for response regarding The JoongAng Ilbo and The New York Times coverage

The coverage on MM/DD/YY by The JoongAng Ilbo and on MM/DD/YY by The New York Times regarding the Dongguk vs. Yale case were reported and published independent of Dongguk University.

How The JoongAng Ilbo and The New York Times obtained the amended complaint is not within the knowledge of Dongguk University or Fleishman Hillard. One can only assume that the reporters

DONGGUK0384860

 

obtained the complaint in the process of covering the case. Any inquiries regarding The JoongAng Ilbo and The New York Times coverage should be directed to reporters who wrote the articles. Also, any inquiries regarding Yale's position should be directed to Yale University.

DONGGUK0384861

# EXHIBIT 106

김봉현씨 (bkim3dgut@dongguk.edu)

| 보낸 사람 | Andrew Lee (이진형) <andrew@domo.co.kr> |
|---|---|
| 받는 사람 | bkim3@dongguk.edu |
| 참    조 | DU <DU@fleishman.co.kr> |
| 받은 날짜 | 2009년 10월 26일 18시 11분 |
| 편지 제목 | FW: Dongguk-Yale UPDATE: US Attorney Lanny Davis joining w/Bob Weiner |

김봉현 실장님,

방금 전화를 통해 논의 드린 대로, MWE와 협의 후 FHNY에서 보내온 이메일을 아래와 같이 전송합니다.
본 내용의 성격 상 일단 실장님께만 보내니 내부적으로 판단하시어 회람 여부 결정해 주시기 바랍니다.
향 후 진행 방향에 대해선 간략히 정리하여 곧 보내드리도록 하겠습니다.
감사합니다

이진형 배상

**From:** Hall, Krystyna [mailto:krystyna.hall@fleishman.com]
**Sent:** Saturday, October 24, 2009 2:50 AM
**To:** Kim. Younjie (김윤지)
**Cc:** DU; Tennyson, Chris; Barnes, Melissa; Fishman, David
**Subject:** Dongguk-Yale UPDATE: US Attorney Lanny Davis joining w/Bob Weiner
**Importance:** High

Hello Younjie – we wanted to provide you this update ASAP. MWE's Bob Weiner reached out to Chris Tennyson earlier this morning to let us know prominent US attorney Lanny Davis is coming on board with Bob Weiner's legal team (special consultant) on the Dongguk-Yale case.

Lanny J. Davis is a prominent Washington lawyer and former White House Counsel for President Bill Clinton. He's been on both sides of the political aisle as well, having served on an oversight board appointed by President Bush in 2005. He appears frequently on the US news talk show circuit (FOX News); and he writes a regular column that appears in The Washington Times and another regular weekly column for the Washington DC paper "The Hill." Both columns are usually posted in TheHuffingtonPost.com, FoxNews.com and Newsmax.com in addition to TheHill.com/PunditsBlog. FYI: he's friends/colleagues with Bob Weiner.

Additionally, Lanny Davis is a Yale Law School graduate and served as Chairman of the *Yale Daily News.*

Most importantly, when Lanny Davis heard the background (case, timeline, latest amendment filing) from Bob Weiner he was quite shocked and outraged with Yale, his alma mater. To that end Lanny is leveraging some contacts he has with the *New York Times* and this coming Monday (October 26) he is meeting with two NYT reporters to discuss the Dongguk-Yale case.

The FHNY team believes this is great news for Dongguk, leveraging media and creating the tension and outrage we discussed on our internal call earlier this week. We'd like to coordinate on the timing of any print coverage in both the US and S. Korea. Per your email earlier today, we understand you have a planned meeting with *The JoongAng Illbo* editor-in-chief this Sunday – with an article to come out most likely Wed or Thursday of next week. Is there any way to confirm (obviously not an absolute guarantee) that the *JoongAng Illbo* coverage will likely appear October 28 or 29? We have stressed to Bob Weiner/MWE that we'd like to avoid having one publication pre-empt the other and if both newspapers go with coverage on or around the same day (e.g., Wed or Thurs) of next week that the timing would be OK.

Furthermore, we also passed along an idea to Bob for Lanny to consider writing an op-ed for the *New York*

*Times* on the Dongguk-Yale case to further drive the media program and pressure on Yale. We'll keep you posted if that looks to become real.

In the meantime, can you confirm receipt of this email and respond back on the likely timing of the JoongAng Ilbo follow up coverage on the case? We'll do the same in terms of managing any NYT coverage next week as well. We do not see it being a negative at all if both publications run stories next week on the case – would be nice to ensure similar timing but ultimately the stories will advance our objectives/goals.

Please note: please keep the addition of Lanny Davis to the legal team as confidential.  Below are some links with additional information on his bio.

Thank you and looking forward to hearing from you. (I will be checking my email/Blackberry throughout this weekend.)

Krystyna

http://www.politico.com/arena/bio/lanny_davis.html

http://en.wikipedia.org/wiki/Lanny_Davis

Krystyna Hall
Vice President
Fleishman-Hillard
730 E. 42nd St., 12th Floor
New York, NY 10017
T: 212-453-2423
krystyna.hall@fleishman.com

🖨 Please consider the environment before printing this e-mail

DONGGUK0385513

# EXHIBIT 107

[DONGGUK0383979]



| Project Brief |
| --- |
| Proposal for communication intended to support issues involved in restoration of reputation of Dongguk University |

PROPOSAL PREPARED BY Fleishman-Hillard

14 July 2009

I. Project Overview

Project Goal

- ↗ To restore the reputation of Dongguk University that was damaged by the past incident that occurred between Dongguk University and Yale University in association with the litigation schedule.
- ↗ To establish detailed goals based on each category of the litigation steps:
  - o Short-term
    - ▪ To promote restoration of the reputation of Dongguk University by clearly communicating to the general public the facts regarding the past incident through both the foreign and domestic press.
    - ▪ To support the action in progress in a roundabout way based on online/offline spreading of the facts
  - o Medium-term
    - ▪ To support the litigation and also to reinforce the medium- and long-term reputation through the social contribution programs related to damages.
    - ▪ To actively communicate the litigation outcome both domestically and overseas so that it may be utilized as the Turning Point of reputation restoration.
  - o Long-term
    - ▪ To perform expert consultation regarding the long-term plan for enhancement of the reputation of Dongguk University and promote a detailed execution of its outcome.

[DONGGUK0383980]

Program Overview and Budget

1. Short-term program (Scheduled to be executed in 2009 3rd quarter)

| Category | Program | Budget |
|---|---|---|
| To build infrastructure | Fact Sheet preparation<br>■ To prepare data required for domestic and foreign media distribution | 8,000,000 |
| Domestic program | Fact-based communication program<br>■ Target media tour (basis: 15 persons)<br>■ In-depth article planning for current affairs weekly* | 6,000,000<br>22,500,000 |
| Foreign program | Litigation support program<br>■ Publication of article in US media (offline & online)<br>■ Online spreading program by utilizing 3rd party in USA | 22,000,000<br>19,000,000 |
| Other | Expenses related to project, general administration expenses, corporate profit, value added tax | 22,500,000 |
| Total | | 100,000,000 |

* Total amount can vary with fluctuations of media support expenses depending upon the quantity of content.

** Can vary with expenditures spent on media relations

[DONGGUK0383981]

2. Medium- and long-term programs (Planned in 2009 3rd quarter - 4th quarter, scheduled to be executed in 2010)

| Category | Program | Budget |
|---|---|---|
| Medium-term program | 1) Degree integrity center<br><br>■ Social contribution program that provides support so that the academic circles in Korea may not repeat the damages suffered by Dongguk University | TBD<br><br>(2 billion won - 2.5 billion won) |
| | 2) Post litigation communication program<br><br>■ Press program targeting the general public | TBD<br>(100 million won - 200 million won) |
| | ■ Internal communication program targeting its organization members | (50 million won - 200 million won) |
| | ■ Press/direct communication program targeting alumni | (50 million won - 200 million won) |
| Long-term program | 1) Reputation management consultation<br><br>■ Comprehensive consultation project for long-term enhancement of the reputation of Dongguk University | 150 million won - 300 million won |
| | 2) Program for reputation management execution<br>■ Execution of tasks identified from reputation management consultation and execution program | TBD<br>(1.5 billion - 2 billion won) |

NOTE: The amounts in parentheses were established with an intent to show a general budget amount without identifying detailed service items.

[DONGGUK0383982]

## II. Project Configuration and Description
## Project Configuration

| Step | Category | Program | Year 2009 | | | | | | | | | | | | Year 2010 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 3rd Quarter | | | | | | | | | | | 4th Quarter | 1st Quarter | 2nd Quarter | 3rd Quarter |
| | | | 7 | | 8 | | | | 9 | | | | | | | | |
| | | | 4 | 5 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 5 | | | | |
| Short Term | Infra-structure | Fact sheet preparation | | | | | | | | | | | | | | | |
| | Domestic | Target media tour | | | | | | | | | | | | | | | |
| | | In-depth article for current affairs weekly | | | | | | | | | | | | | | | |
| | Overseas | Publish article in US media | | | | | | | | | | | | | | | |
| | | Online spreading program | | | | | | | | | | | | | | | |
| Medium Term | Domestic | Degree Integrity Center | | | | | | | | | | | | | | | |
| | | - To discuss and decide about promotion | | | | | | | | | | | | | | | |
| | | - To mention in the short-term program | | | | | | | | | | | | | | | |
| | | - To plan as short-term program | | | | | | | | | | | | | | | |
| | | - Execution | | | | | | | | | | | | | | | |
| | Domestic | Post Litigation Communication | | | | | | | | | | | | | | | |
| | | - Press program targeting public | | | | | | | | | | | | Planned | Executed | | |
| | Domestic | - Internal communication program targeting its organization members | | | | | | | | | | | | Planned | Executed | | |
| | | - Press/direct communication program targeting alumni | | | | | | | | | | | | Planned | Executed | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Long Term | Consulting | Reputation management consulting | | | | | | ░ | ░ | ░ | ░ | | | | |
| | Domestic | Program for reputation management execution | | | | | | | | | | ░ | ░ | ░ | |

## Project Description

1. Short-term program

- ➚ Building of infrastructure
  - o Fact sheet preparation
    - ▪ Detailed fact arrangement regarding past incident progress
    - ▪ Arrangement of details regarding litigation progress and its future direction of progress
    - ▪ Configuration of visual map to help understand complicated situation
- ➚ Domestic program: Communication activities based on accurate facts targeting domestic media
  - o Target media tour
    - ▪ To perform media tour for major daily reporters and editorial staff
    - ▪ To communicate fact sheet regarding the case based on one-on-one meeting and describe its essential details
    - ▪ To induce reporting according to litigation progress based on enhancing the interest of major media regarding the litigation

[DONGGUK0383983]

- Target media: Major daily newspapers and economic newspapers (Chosun / Joongang / Donga / Economy Daily / Hankook, etc.), air wave broadcasting companies (KBS / MBC / SBS press center, etc.) (However, any association with Yale University must be investigated in advance to decide on the final media targets.)
- o In-depth articles planned for current affairs weekly
  - To publish in-depth planned articles regarding the past incident and litigation progress in major current affairs weeklies
  - To utilize published articles as reference for future overseas communication
  - Target media: Economist, Chosun Weekly, and Economy Daily selected (However, any association with Yale University must be investigated in advance to decide on the final media targets.)

- ↗ Overseas program: To support the litigation in a roundabout way by spreading the issue in the US media and online
  - o Publication of articles in US media
    - To promote press reporting that becomes the starting point for spreading the issue prior to full-scale execution of online programs
    - Such media that owns both offline and online is chosen to promote offline reporting first and to execute such reporting so that it may be published online as well.
    - Any articles published online are utilized as basic contents for the future online spreading
    - Target media (to be chosen from the following)
      – Law blog of Wall Street Journal (http://blogs.wsj.com/law/)
      – The Chronicle of Higher Education (http://chronicle.com/)
      – Dow Jones
      – Bloomberg
    - Target deliverables
      – To induce reporting based on facts that are basically objective.
      – To induce criticism by the media based on the article pitching process that deals with carelessness of Yale in the procedure of academic degree verification, depending upon media responses.
      – Reporting activities in the US are promoted so that they may attract the attention of the Korean press again and become additional reports.

[DONGGUK0383984]

- o Online spreading program
  - To promote efforts so that publication of the article in the US media may become a starting point for spreading critical posts on Yale University on major online sites in US
  - The manpower in the US related to Fleishman Hillard is used as publisher of the published articles to deploy such primary activities that link with major online sites and to monitor the degree of interest
  - To monitor online post publication, etc., and also to encourage a critical atmosphere against Yale University from a neutral position
  - To induce additional press reporting, both domestic and overseas, depending upon the extent of interest in the issue and the level of offense and defense

2. Medium-term program
  - ↗ Degree Integrity Center
    - o Background of promotion
      - Social contribution programs that are promoted under collaboration with the education authority so that the Korean circle of education may not suffer the same damage that Dongguk University suffered
      - The plan for opening the center is utilized as the primary content of a short-term program to promote positive effects for the litigation
    - o Major details
      - To enhance reliability of the verification procedure used in appointing holders of US master's/doctorate degrees, who comprise most of the foreign degree holders in Korea
      - To promote collaboration with the US education authority to raise the integrity of academic degrees of foreign students from Korea in the US, who rank within the top 5 by number of foreign students
      - To build the database required for central organization and operation based on discussion with the education authority/education circle
      - Details of the service are scheduled for planning in the second half of 2009
  - ↗ Post Litigation Communication Program
    - o Press program targeting the general public
      - Press conference for litigation outcome: Foreign and domestic press agencies are invited to conduct a press conference regarding the litigation outcome and to communicate the key messages of Dongguk University

[DONGGUK0383985]

- PR efforts for domestic and foreign press based on utilization of University management staff: To perform press and PR activities by utilizing the dean/assistant deans so that winning the litigation, future goals of Dongguk University, etc., may be positively communicated through interviews/planned articles, etc.
- o Internal communication program targeting its organization members
  - Internal awareness program related to litigation termination: To perform inclusive and omnidirectional communication through the most effective delivery means in the school, targeting the members of Dongguk University (School newspaper, online newsletter, etc., are utilized)
  - Utilization of internal speaking opportunities: To actively utilize speaking opportunities targeting members of Dongguk University to carry out the program designed to deliver litigation results and its back story
- o Press/direct communication program targeting alumni
  - Alumni communication through internal channels: Internal media (website, newsletter, etc.) are utilized to offer a detailed description of the litigation outcome and the meaning of winning the litigation
  - Direct/press communication program based on utilizing key influencers of the alumni association: Coordination with leading members of the alumni association and its small groups is established in advance to promote the spread of details of winning the lawsuit and to conduct such programs in which details of winning the lawsuit are linked with press coverage of key alumni

3. Long-term Program
  - ↗ Reputation management consultation
    - o To perform in-depth consultation that is intended to identify long-term reputation management strategies and detailed execution programs for Dongguk University
    - o To establish a reputation management index based on consultation deliverables, to identify key tasks of reputation management, to identify promotion strategies and a road map, and to identify execution programs and campaign strategies
  - ↗ Post-Litigation Communication Program
    - o To effectively perform the execution program identified from the reputation management consultation
    - o To review regarding the improvement of the reputation and measure the effectiveness of the execution program based on regular assessments

###



**Project Brief**
동국대 명성회복을 위한
이슈지원 커뮤니케이션 제안

*PROPOSAL PREPARED BY Fleishman-Hillard*

*14 July 2009*

# I. 프로젝트 개요

<u>프로젝트 목표</u>

- ↗ 과거 동국대-예일대 간 발생한 사건으로 훼손된 동국대의 명성 회복을 소송 일정과 연계하여 추진
- ↗ 소송 단계 별로 구분하여 세부적인 목표를 설정:
    - o 단기
        - ▪ 과거 발생한 사건에 대한 사실관계를 국내외 언론을 통해 공중들에게 명확히 전달하여 동국대의 명성회복 추진
        - ▪ 사실관계의 온/오프라인 확산을 통해 진행 중인 소송을 우회적으로 지원
    - o 중기
        - ▪ 피해와 관련된 사회공헌 프로그램을 통해 소송 지원은 물론 중장기적 명성 제고
        - ▪ 소송 결과를 적극적으로 대내외에 커뮤니케이션 하여 명성 회복의 Turning Point 로 활용
    - o 장기
        - ▪ 동국대에 대한 장기적인 명성 제고 방안에 대해 전문적인 컨설팅을 수행하고, 그 도출 결과에 대한 세부 실행 추진

DONGGUK0383979

<u>프로그램 개요 및 예산</u>

1. 단기 프로그램 (2009 년 3 분기 실행 예정)

| 구분 | 프로그램 | 예산 |
|---|---|---|
| 인프라 구축 | Fact Sheet 제작<br>■ 국내외 미디어 배포용 자료 작성 | 8,000,000 |
| 국내 프로그램 | Fact-based Communication Program<br>■ 타겟 미디어 투어 (15 명 기준) | 6,000,000 |
| | ■ 시사주간지 심층 기획 기사* | 22,500,000 |
| 해외 프로그램 | Litigation Support Program<br>■ 미국 미디어 기사 게재 (off-line & on-line) | 22,000,000 |
| | ■ 미국 내 3rd Party 활용 온라인 확산 프로그램 | 19,000,000 |
| 기타 | 프로젝트 관련 경비, 일반관리비, 기업이윤, 부가세 | 22,500,000 |
| | 총계 | 100,000,000 |

* 컨텐츠 양에 따라 미디어 지원 비용 변동으로 전체 금액 변동 가능
** 미디어 관계 시 지출 비용에 따라 변동 가능

DONGGUK0383980

## 2. 중장기 프로그램 (2009 년 3 분기~4 분기 기획, 2010 년부터 실행)

| 구분 | 프로그램 | 예산 |
|---|---|---|
| 중기<br>프로그램 | 1) Degree Integrity Center | TBD |
| | ▪ 동국대가 입은 피해를 한국 교육계가 반복하지<br>않도록 지원하는 사회공헌 프로그램 | (20 억원~25 억원) |
| | 2) Post Litigation Communication Program | TBD |
| | ▪ 공증 대상 언론 프로그램 | (1 억원~2 억원) |
| | ▪ 구성원 대상 내부 커뮤니케이션 프로그램 | (5 천만원~2 억원) |
| | ▪ 동문 대상 언론/직접 커뮤니케이션 프로그램 | (5 천만원~2 억원) |
| 장기<br>프로그램 | 1) 평판관리 컨설팅 | 1 억 5 천만원~3 억원 |
| | ▪ 동국대의 장기적인 명성제고를 위한 포괄적인<br>컨설팅 프로젝트 | |
| | 2) 평판관리 실행 프로그램 | TBD |
| | ▪ 평판관리 컨설팅에서 도출된 과제 및 실행<br>프로그램의 실행 | (15 억~20 억원) |

NOTE: 괄호 안 금액은 세부 서비스 항목 도출 없이 개괄적인 예산 금액을 보여주기 위한 의도로 책정

DONGGUK0383981

# II. 프로젝트 구성 및 내용

## 프로젝트 구성

| 단계 | 구분 | 프로그램명 | 2009년 상반기 | 2009년 하반기 | 2010년 1분기 | 2010년 2분기 | 2010년 하반기 |
|---|---|---|---|---|---|---|---|
| 단기 | 국내 | 인프라 Fact Sheet 제작 | | | | | |
| | | 타겟 미디어 투어 | | | | | |
| | | 시사주간지 심층 기획기사 | | | | | |
| | 해외 | 미국 미디어 기사 게재 | | | | | |
| | | 온라인 확산 프로그램 | | | | | |
| 중기 | 국내 | Degree Integrity Center | | | | | |
| | | - 추진 가능 여부 논의 및 결정 | | | | | |
| | | - 단기 프로그램에서 언급 | | | | | |
| | | - 세부 프로그램 기획 | | | | | |
| | | - 실행 | | | | | |
| | 국내 | Post Litigation Communication | | | | | |
| | | - 공중 대상 언론 프로그램 | | | | 기획 | 실행 |
| | | - 구성원 대상 내부 커뮤니케이션 프로그램 | | | | 기획 | 수행 |
| | | - 동료 대상 언론/직접 커뮤니케이션 프로그램 | | | | 기획 | 실행 |
| 장기 | 컨설팅 | 평판 관리 컨설팅 | | | | | |
| | 국내 | 평판 관리 실행 프로그램 | | | | | |

## 프로젝트 내용

1. 단기 프로그램

&#x2197; 인프라 구축

 o Fact Sheet 제작

  ▪ 과거 사건 진행 경과에 대한 상세한 Fact 정리

  ▪ 소송 진행 경과 및 향 후 진행 방향에 대한 내용 정리

  ▪ 복잡한 상황을 알아보기 쉽도록 visual map 으로 구성

&#x2197; 국내 프로그램: 국내 미디어 대상 정확한 fact 기반의 커뮤니케이션 활동

 o 타겟 미디어 투어

  ▪ 주요 일간지 기자 및 논설위원 대상 미디어 투어 수행

  ▪ 면대면 미팅을 통해 사건에 대한 Fact Sheet 전달 및 본질적인 내용에 대해 설명

  ▪ 소송에 대한 주요 미디어의 관심도 제고를 통해 소송 전개에 따른 보도 유도

DONGGUK0383982

- 타겟 미디어: 주요 일간지 및 경제지 (조/중/동/매/한 등), 공중파 방송 (KBS/MBC/SBS 보도국 등) (단, 예일대와의 연계성을 사전 조사하여 최종 타겟 미디어 확정)

o 시사주간지 심층 기획 기사

- 주요 시사 주간지에 과거 사건 및 소송 진행 경과에 대한 심층적인 기획기사 게재
- 게재된 기사를 추후 대외 커뮤니케이션에 Reference 로 활용
- 타겟 미디어: 이코노미스트, 주간 조선, 매경 이코노미 선택 (단, 예일대와의 연계성을 사전 조사하여 최종 타겟 미디어 확정)

↗ 해외 프로그램: 미국 미디어 및 온라인 내 이슈 확산을 통한 우회적인 소송 지원

o 미국 미디어 기사 게재

- 본격적인 온라인 프로그램 진행 전에 이슈 확산의 기점이 될 언론 보도 추진
- 오프라인과 온라인을 함께 보유한 미디어를 선정하여 오프라인의 보도를 우선적으로 추진하고, 이 보도가 온라인 상으로도 게재될 수 있도록 진행
- 온라인 상으로 게재된 기사는 향 후 온라인 확산 프로그램의 기본적인 컨텐츠로 활용
- 타겟 미디어 (아래 중 선정)
    - Wall Street Journal 내 law blog (http://blogs.wsj.com/law/)
    - The Chronicle of Higher Education (http://chronicle.com/ )
    - Dow Jones
    - Bloomberg
- 목표 결과물
    - 기본적으로 객관적인 사실 기반의 보도 유도
    - 기사 피칭 과정으로 통해 미디어 반응에 따라 학위 검증 절차에 있어서 예일의 부주의함에 미디어의 비판 유도
    - 미국 내 보도가 다시 국내 언론의 관심을 이끌어 추가적인 보도가 될 수 있도록 추진

DONGGUK0383983

- o 온라인 확산 프로그램
  - ▪ 미국 미디어의 기사 게재를 기점으로 미국 주요 온라인 사이트 상에서 예일대에 비판적인 포스트가 확산될 수 있도록 추진
  - ▪ 게재된 기사를 미국 내 플레시먼힐러드 관련 인력들을 게시자로 활용하여 1차적으로 주요 온라인 사이트에 링크하는 활동 전개 및 관심도 모니터링
  - ▪ 온라인 상의 포스트 게재 등을 모니터링 하면서 중립적인 입장에서 예일대에 대한 비판적인 분위기 조성
  - ▪ 사안에 대한 관심도 및 공방 수위에 따라 추가적인 국내외 언론 보도 유도

## 2. 중기 프로그램

- ↗ Degree Integrity Center
  - o 추진 배경
    - ▪ 동국대가 입은 피해를 한국 교육계가 반복하지 않도록 교육 당국과의 협조 하에 추진하는 사회공헌 프로그램
    - ▪ 센터 개설에 대한 계획을 단기 프로그램의 주요 컨텐츠로 활용하여 소송에 긍정적인 효과 도모
    - ▪
  - o 주요 내용
    - ▪ 한국 내 해외 학위 취득자 중 대다수를 구성하는 미국 석/박사 학위자들의 임용 시 확인 절차의 신뢰도 제고
    - ▪ 미국 내 유학생 수 Top 5에 들어가는 한국 유학생들의 학위에 대한 Integrity 제고를 위해 미국 교육 당국과도 협조 추진
    - ▪ 교육 당국/교육계와 협의하여 센터 구성 및 운영을 위한 데이터 베이스 구축
    - ▪ 서비스 세부 내용은 2009년 하반기 중 기획

- ↗ Post Litigation Communication Program
  - o 공중대상 언론 프로그램
    - ▪ 소송 결과 기자회견: 국내외 언론을 초청하여 소송 결과에 대한 기자회견 진행 및 동국대의 주요 메시지 전달

DONGGUK0383984

- 대학 경영진을 활용한 대외 언론 홍보: 학장/부학장을 활용한 인터뷰/기획기사 등을 통해 소송 승소 및 향 후 동국대의 목표 등을 긍정적으로 전달하는 언론 홍보 활동 수행
- o 구성원 대상 내부 커뮤니케이션 프로그램
  - 소송 종료 관련 내부 공지 프로그램: 동국대 구성원들 대상으로 학내 가장 효과적인 전달 수단들을 통해 포괄적이며 전방위적 커뮤니케이션 수행 (학보, 온라인 뉴스레터 등 활용)
  - 내부 Speaking Opportunity 활용: 동국대 구성원들을 대상으로 한 직업 언급 기회를 적극 활용하여 소송 결과 및 비하인드 스토리를 전달하는 프로그램 수행
- o 동문 대상 언론/직접 커뮤니케이션 프로그램
  - 내부 채널을 통한 동문 커뮤니케이션: 동문 대상 내부 매체 (웹사이트, 뉴스레터 등)를 활용하여 소송 결과 및 승소의 의미 등에 대해 세부적인 설명 제공
  - 동창회 주요 Influencer 활용 직접/언론 커뮤니케이션 프로그램: 동창회 소모임 등의 주도적 인사들과의 사전 조율을 통해 승소 내용의 확산 추진 및 주요 동문들의 언론 보도에 승소 내용을 연계 시키는 프로그램 추진

3. 장기 프로그램
- ➚ 평판관리 컨설팅
  - o 동국대의 장기적인 평판 관리 전략 및 세부 실행 프로그램 도출을 위한 심도 깊은 컨설팅 수행
  - o 컨설팅 결과물로 평판 관리 지수 설정, 평판 관리 주요 과제 도출, 추진 전략 및 로드맵 도출, 실행 프로그램 및 캠페인 전략 도출
- ➚ 평판관리 실행 프로그램
  - o 평판관리 컨설팅에서 도출된 실행 프로그램의 효과적인 수행
  - o 주기적인 평가를 통해 평판의 개선 여부 검토 및 실행 프로그램의 효과 측정

### 

DONGGUK0383985

# CERTIFICATE OF TRANSLATION

I, Kwang Park, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0383979-85 from the Korean language into the English language.

I further certify that translation of DONGGUK0383979-85 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

**Kwang Park**
**Professional Translator**

Subscribed and sworn to before me on ___ day of ___, ___ (year)

FRANCES FUENTES
COMM #1849867
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Commission Expires May 18, 2013

(Signature of Notary)                    (Notary Stamp)

# EXHIBIT 108

# FILED UNDER SEAL

# EXHIBIT 109



## About DU

| Home > About DU > Greeting

Greeting
History
School Spirit & Symbol
Organization & Facts
Video Clip
Contact Us

## – Greeting



Founded in 1906, Dongguk University is one of the most prominent private institutions in Korea. Dongguk University has led Korean society, having produced over 200,000 graduates on a firm foundation of tradition and excellence. In 2006, Dongguk University celebrated its 100th anniversary. Looking forward to the coming century, Dongguk is striving to become the most prestigious private university in Korea, and a distinguished global institution.

In the 21st century, we are entering a world of increasing competition. Rapid changes in industry, technology, and social structure have also changed society's vision of the ideal workforce. The paradigm of university education must move away from convention, and transform itself in order to satisfy these new demands. Dongguk Universityceaselessly strives to keep pace with the demands of the times, and to establish itself as a competitive global institution of higher education. Centering on the '108 Project,'the university's main developmental strategy, Dongguk is initiating change and innovation in the community, preparing for future demands, reforming school systems and curriculums, and venturing into new business systems, such as introducing autonomous college administrations. Also, with specialized expertise in the cutting-edge fields of bio-technology (BT), nanotechnology (NT), information technology (IT), and cultural technology (CT), Dongguk focuses on nurturing future leaders. In 2008, Dongguk University became the first university to win the Customer Satisfaction Management Competition, hosted by the Korean Management Association Consulting Company.

'Worldwide Dongguk' is our vision to satisfy our customers within, and to provide inspiration to the world. We strive to become a gathering ground for passionate learners and scholars, offering them pathways into the world. We are nurturing creative thinkers who will elevate global recognition of Korean culture; progressive, young challengers who will drive our high-tech industrial society; and ethical, global leaders of wisdom and compassion. As an academic community advancing across the globe, Dongguk University is leading the way to a bright future.

:::::: Dongguk University ::::::

COPYRIGHT  2005 DONGGUK UNIVERSITY. ALL RIGHTS RESERVED.

# EXHIBIT 110

# FILED UNDER SEAL

# EXHIBIT 111

# FILED UNDER SEAL

# EXHIBIT 112

August 6, 2010

Page 98

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CIVIL ACTION 3:08-CV-00441 (RNC)

------------------------------x

DONGGUK UNIVERSITY,                    :

       Plaintiff,                     :

   -versus-                            :     VOLUME II

YALE UNIVERSITY,                       :

       Defendant.                     :

------------------------------x


      Continued Rule 30(b)(6) Deposition of

BYOUNG HO KIM, taken pursuant to the Federal

Rules of Civil Procedure, at the Law Offices of

Day Pitney, LLP, 1 Audubon Street, New Haven,

Connecticut, before James A. Martone, LSR #248,

and Notary Public, in and for the State of

Connecticut, on August 6, 2010, at 10:02 a.m.

DONGGUK v. YALE UNIVERSITY                                    August 6, 2010

Page 115

1  turned them down, were among the ones who
2  applied?  Is that more accurate?
3        THE INTERPRETER:  Literally, no.
4  The witness said both.
5        MR. WEINER:  Okay.
6        THE INTERPRETER:  I clarified with
7  the witness.  The interpreter did.
8        MR. WEINER:  Okay.
9     Q.  Other than the Shin incident, did
10  anything else calls a decline in the number of
11  faculty applications to Dongguk since 2007?
12        THE INTERPRETER:  I'm sorry?
13     Q.  Other than the Shin incident, did
14  anything else cause a decline in the number of
15  faculty applications to Dongguk since 2007?
16     A.  I don't think there's any reasons we
17  can look at as the reasons other than Shin
18  incident.
19     Q.  Why not?
20     A.  As I stated yesterday, Dongguk had put
21  in tremendous invest to raise the quality and
22  reputation of the university.  And we, so we
23  determined that there had been responding results
24  from those efforts.  Yet since Shin incident, the
25  ratio, the ratio we discussed had gone down.

Page 116

1        And even the cases of the
2  declining our offers, and because of that,
3  Dongguk had to change its hiring process since
4  2009.
5     Q.  Has Dongguk made any efforts to
6  discover the cause of the decline in the ratio of
7  faculty applicants to the number of open hiring
8  positions?
9        THE INTERPRETER:  I'm sorry.
10     Q.  Has Dongguk made any efforts to learn
11  the cause?
12     A.  Well, we decided that the Shin incident
13  was the decisive factor since the time.
14     Q.  My question, Mr. Kim is, has Dongguk
15  made any efforts to learn what the cause of that
16  decline was?
17     A.  Because we decided that we found out
18  the clear reasons we did not feel it necessary to
19  analyze additionally.
20     Q.  Tell me everything that Dongguk did to
21  determine the cause of the decline in the ratio
22  of faculty applicants to the number of positions.
23     A.  I think I just stated that we did not
24  make any particular additional effort to find
25  out.  Other than --

Page 117

1     Q.  Other than what?
2     A.  Other than making a conclusion that the
3  Shin scandal was the reason.
4     Q.  What efforts did Dongguk make to
5  determine that the Shin scandal was the reason?
6     A.  Would you rephrase your question?
7  Because I don't fully understand.  And you are
8  talking about the effort.
9     Q.  Yes.  What did Dongguk do to determine
10  whether the Shin incident caused the decline in
11  the ratio of faculty applicants to the number of
12  positions?
13     A.  At the time we changed our hiring
14  process in 2009, the situation was where we had
15  made a lot of investment, yet since Ah Shin
16  incident, the ratio between the applicants,
17  number of applicants to the open spots had gone
18  down, and thus, according to the opinion of the
19  person in charge of hiring, that our previous
20  investment has resulted in unfavorable outcome.
21  That's why at the time we were planning we had
22  extensive discussions at the hiring department.
23        During those discussions, we
24  were -- we came to an opinion that Ah Shin
25  incident was the one that influenced the outcome.

Page 118

1     Q.  What I'm trying to find out, Mr. Kim is
2  what was that opinion based on?
3     A.  Well, the fact that we had extensive
4  discussions at the hiring department was the
5  effort you are asking me about.  The -- it
6  resulted in the change of the hiring process.
7     Q.  Mr. Kim, you said that during
8  discussions in the hiring department, Dongguk
9  concluded or formed the opinion that the Shin
10  incident was responsible for the decline in
11  ratio of faculty applicants.  My question is what
12  was that opinion based?
13        THE INTERPRETER:  I'm sorry.  What
14  was that --
15     Q.  -- opinion based on?
16     A.  The decline in the ratio to the, ratio
17  between the applicants to the number of opening.
18     Q.  Anything else?
19     A.  No.
20     Q.  You testified a little earlier,
21  Mr. Kim, that prior to the Shin incident, Dongguk
22  had made a tremendous investment to raise the
23  quality and reputation of the university.  Do you
24  recall that?
25     A.  Yes.

6  (Pages 115 to 118)

# EXHIBIT 113

# FILED UNDER SEAL

# EXHIBIT 114

[DONGGUK0314368]

**Statement**

Currently in Korea, the executive of the school operated by the corporation is appointed as a Trustee of the corporation and works on the strategic operation of the school. This is in order to ensure broad understanding of the academic administration of the school that is maintained and operated by the school corporation, and to improve school development and clear communication with the corporation. On this point, the case of the Dongguk University Corporation that operates our university is no exception. Our university's president has long participated in meetings of the Board of Trustees as an officer of the corporation, thus obtaining an understanding of the school's issues and persuading the Trustees regarding plans related to school development. However, the success or failure of this system of operation hinges on what sort of a role the school executive plays when participating in the Board meeting. On this point, we are deeply regretful and disappointed in the series of statements made by President Young-Kyo Oh at the meeting of the Board of Trustees of the Dongguk University Corporation on October 10.

The President freely gave voice to dangerous statements that would be shameful even to mention. Two days later, he tendered an apology to the members of the school community by electronic means, but the severity of the issue lies in the fact that this is not the President's first gaffe. The gaffe the President made last March, after being appointed to our university, is beyond the bounds of a gaffe, and beyond the bounds of what should be heard in the media. This is not a simple gaffe, but compels us to question how well he understands the university of which he is president

As said above, the ordinary trustees of a corporation may have an inadequate understanding of various conditions in which our school currently finds itself, and the members of the school community may have differing opinions depending on where they stand. This is why the President represents the school and its community members in the meetings of the Board, and is tasked with persuading the Trustees. However, the President has instead been eager to denigrate the members of the community. Nor has he refrained from statements defaming some professors. This cannot be allowed to stand. We are keenly aware of the deep role that the President's inadequate understanding of our university and lackadaisical approach to the crisis has played in the tumult our university has recently undergone and the general administrative chaos that has been threatening our school's academic atmosphere.

When there have been problems with the President's statements, these have been explained as due to misquotation by the media or an imperfect expression of his actual meaning, but we have to ask if he has considered even once the direct connection between the effects of these statements and our university's good name. In addition, it's necessary to point out that if our

school's present crisis was the sort of simple problem that could be resolved by merely shifting responsibility and expressing dissatisfaction, it would never have gotten to this point.

We have already expressed our concerns over the President's ability to handle the situation, as shown in the course of how the Ms. Shin incident was handled. And we have requested the President's voluntary resignation, given his responsibility for allowing the school to reach this situation. We once again request the President's voluntary resignation, so that he no longer obstructs the development of the school and ceases to burden the members of the school community.

October 22, 2007
Association of Alumni Professors Supporting Dongguk University

# 성 명 서

현재 우리나라 대부분의 사학에서는 당해 법인이 운영하고 있는 학교의 장을 법인의 이사로 위촉하여 학교 운영의 묘를 꾀하고 있다. 이는 사학 법인이 유지·운영하고 있는 학교의 학사 행정에 대한 이해의 폭을 넓히고, 학교 발전 및 법인과의 원활한 의사소통을 돕기 위함일 것이다. 그 점 우리 대학을 운영하고 있는 학교법인 동국대학교의 경우에서도 예외가 아니었다. 우리 대학의 총장은 오랫동안 법인 임원의 일원으로 이사회에 참석해서 학교의 현안에 대해 이해를 구하기도 하고, 학교 발전과 관련된 구상을 가지고 이사들을 설득하기도 했던 것으로 알고 있다. 그런데 이러한 제도 운영의 성패는 학교의 장이 이사회에 참석해서 어떠한 역할을 하느냐에 따라 그 결과가 얼마든지 달라질 수 있을 것이다. 그런 점에서 지난 10월 10일 학교법인 동국대학교 법인 간담회 석상에서 오영교총장이 행한 일련의 발언은 매우 안타깝고 유감스러운 것이었다.

새삼 거론하는 것조차 부끄러울 정도의 험한 말을 총장은 거침없이 토로하였다. 이를 후견자 매체들을 통해 교내 구성원들에게 사과 성명을 내기는 하였으나, 총장의 말실수가 처음이 아니라는 데에 문제의 심각성이 있다. 지난 3월 총장이 우리 대학에 부임한 이후 구성원들에게 행한 말실수는 이제 실수라고 하기에는, 그리고 언론의 탓으로 돌리기에는 한계를 많이 넘어섰다. 이쯤이면 단순한 말실수가 아니라, 대학의 수장으로서 대학에 대한 이해의 수준이 어느 정도인지를 묻지 않을 수 없다.

앞에서 말한 대로 법인의 일반 이사들은 현재 우리 학교가 처한 여러 상황에 대해 인식이 부족할 수도 있고, 학교의 구성원들이 어떠한 입장에 서있는가 등에 대한 생각이 다를 수도 있다. 그래서 학교와 구성원들을 대표해서 총장이 이사회에 참석하는 것이고, 이사들을 설득해야 하는 역할이 부여되어 있는 것이다. 그럼에도 불구하고, 총장은 오히려 구성원들을 폄하하는 데 급급했다. 그런가 하면 일부 교수들의 명예를 훼손하는 발언도 서슴지 않았다. 결코 예사롭게 넘길 수 없는 내용들이었다. 그동안 우리 대학의 면학 분위기를 위협해 온 학사 행정의 총체적 난맥상과 최근 우리 대학이 겪고 있는 혼란상의 저변에는 우리 대학에 대한 총장의 이러한 이해 부족과 안일한 사태 인식이 깊게 자리하고 있음을 우리는 심각하게 받아들이고 있다.

총장은 발언에 문제가 생기면 이를 언론의 탓으로 돌리거나 진의가 잘못 전달되었다고 해명해 왔지만, 그 파장이 우리 대학의 명예와 직결된다는 사실을 한번이라도 생각해 보았는지 묻고 싶다. 그리고 현하의 우리 대학 사태가 그러한 불만 섞인 책임 전가만으로 해결될 수 있을 만큼 그렇게 간단한 문제였다면 일이 여기까지 오지 않았을 것이라는 사실을 환기하지 않을 수 없다.

우리는 이미 신씨 사건의 처리 과정에서 보여준 총장의 수습 능력에 대해 우려를 표명한 바 있다. 그리고 학교가 이 상황이 될 때까지 방치한 책임을 들어 총장의 용퇴를 촉구하였었다. 우리 대학은 지금 발전을 위해 매진할 시점이다. 이러한 중차대한 시기에 총장이 더 이상 학교 발전을 가로막고 구성원들에게 부담이 되는 일이 없기를 바라면서 다시 한번 용퇴를 촉구한다.

2007.  10.  22.

동국대학교를 사랑하는 동문교수들의 모임

Confidential

DONGGUK0314368

## CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0314368 from the Korean language into the English language.

I further certify that translation of DONGGUK0314368 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

Samuel Henderson
Professional Translator

Subscribed and sworn to before me on _____ day of _____ , 2011 (year)

(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 4, 2016
(Notary Stamp)

# EXHIBIT 115

[DONGGUK0314371]

"Devotion to the monks" denotes a situation in which great and ethical monks worthy of devotion are taking matters in hand. At Dongguk University, this is not in evidence. There is only the Chairman of the Board, who has been publicly pressured to resign, and the Trustees and their followers who gloat over a political victory and talk about "cutting the throats" of political opponents due to the fear that they might "hit back"; there is no reason for them to be the Trustees of a sacred educational institution requiring the character and specialized knowledge of educators. Not only Dongguk University's ten thousand-some students and employees and the greater Dongguk family, but all the Buddhists of this age, have long since been without worthy leadership. This is a true misfortune for the university, and a gloomy reality for Korean Buddhism.

Hopefully, let there be an end to the shifting of blame. Let there be an end to the twisting of sincere criticism. As befits an ascetic, let the President take the swift and bold move for the sake of his own good name, and no longer trouble the long history of Dongguk. This is the only option that will brighten the path of our precious school, and for this alone we pray.

If our proposal does not come to pass, we will all join in solidarity with the Emergency Committee of the Dongguk faculty senate, and all responsibility for this will lie with the school authorities.

**October 30, Year 2551 of the Buddhist Era**
**Dongguk University Buddhist Professors' Association**

'스님께 귀의'하자니, 귀의할 고덕대승은 묵하 수행 중이신 모양이다. 동국대학교에는 보이지 않는다. 사임을 공언하고 미적대는 이사장, 정치승임을 호언하며 '되치기 당할까 두려워' 정적의 '목 따기'운운하는 이사와 그 추종자들 뿐이니, 그들은 교육자적 인품과 전문지식을 요하는 신성한 학원의 이사일 이유가 전혀 없다. 그러니 동국대학교의 일 만여 재학생 및 교직원과 전 동국 가족은 물론, 이 시대의 온 불자들은 참다운 지도자를 잃은 지 오래다. 정녕 대학의 불행이자, 이 나라 불교의 암담한 현실이 아닐 수 없다.

바라건대 책임을 전가하지 말라. 충정어린 비판을 왜곡하지 말라. 수도자는 수도자답게, 총장은 짧은 기간이나마 한 대학의 총장이었던 자신의 명예를 위해서도 조속한 용단을 내림으로써 동국의 오랜 역사에 더 이상 누를 끼치지 말아야 한다. 이것만이 소중한 민족 사학의 전도를 밝혀줄 현실적 대안임을 제안하며, 간절히 기원(祈願)하는 바다.

만약 이러한 제안이 실현되지 않을 경우 우리 모두는 동국대학교 교수회 비상대책위원회와 뜻을 같이 하여 모든 행동을 함께 할 것이며, 이에 따른 모든 책임은 학교 당국에 있음을 천명하는 바이다.


불기 2551년   10월   30일



동국대학교  불자교수회

Confidential

DONGGUK0314371

# CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0314371 from the Korean language into the English language.

I further certify that translation of DONGGUK0314371 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

Samuel Henderson
Professional Translator

Subscribed and sworn to before me on ___27th___ day of __July__ , __2011__ (year)

_____
(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 4, 2016
(Notary Stamp)

# EXHIBIT 116

| | |
|---|---|
| **From:** | "조의연" [choey@dongguk.edu] |
| **Sent:** | 2007년 6월 10일 일요일 오전 2:33 |
| **To:** | stephen.goot@yale.edu |
| **Cc:** | timothy.barringer@yale.edu, |
| **Subject:** | verification asked |

J

une 10, 2007
Dear Steven Sprowson,

I am writing this email to ask you to give us a verification on a recently hired faculty member of our university, Jeong Ah SHIN.  Ms. Shin submmited a diploma from Yale University when she applied for a faculty position of our school in August 2005 and her Ph.D. dissertation "Guillaume Apollinaire: Catalyst for Primitivism, For Picabia and Duchamp" from the Department of History of Art.  According to her resume which she submitted, the dissertation was completed in May 2005 and the thesis adviser is Dr. Chrstine Mehring of the Department of History of Art.

But our current confirmation process has shown that her dissertation is the same with the one from the University of Virginia, "Guillaume Apollinaire: Catalyst for Primitivism, For Picabia and Duchamp" written by Samaltanou-Tsiakma, Ekaterini as Ph.D thesis in 1981 at the University of Virginia.   This is the reason why we should ask you a verification on her whether she really earned her Ph.D. degree from you graduate school and whether her submitted dissertation is genuine one or not.

We checked your library to see whether the Yale libary has Ms. Shin's dissetation mentioned above.  But, unfortunately the library has informed us that they do not have it and cannot locate it at Yale.

Your help on this matter will be greatly appreciated.  I am looking forward to hearing from you as soon as possible

Sincerely yours,

Euiyon Cho, Ph.D
Director
Office of Management and Supervision
Dongguk University
Seoul, Korea

fax: 82-2-2260-3694
phone: 82-2-2260-8803
cellular phone: 82-10-4761-2280

CONFIDENTIAL

DONGGUK0262835

Euiyon Cho, Ph.D

Professor of English

Director

Office of Management and
Supervision



26,3 pil-dong, chung gu, seoul 100-
715,korea

E-mail : choey@dongguk.edu





CONFIDENTIAL

# EXHIBIT 117

| From: | "조의연" [choey@dongguk.edu] |
|---|---|
| Sent: | 2007년 6월 12일 화요일 오전 2:00 |
| To: | "Susan Emerson" |
| Subject: | Re: a verfication asked |
| Attachments: | 8a940e2d.jpg; 8a940e7b.jpg; 8a940e9b.jpg |

Dear Susan Emerson,

Thank you for your fast reply and your information on this matter will definitely help us  move forward to resolve this problem.

Sincerely yours,

Euiyon Cho


———— Original Message ————
From : Susan Emerson(susan.emerson@yale.edu)
To : 조의연(choey@dongguk.edu)
Cc : Christine Mehring(christine.mehring@yale.edu)
Sent : Monday, Jun 11, 2007 08:48 PM
Subject : Re: a verfication asked


Dear Professor Cho.

According to my records, Jeong Ah Shin did not receive a Ph.D. in our department at Yale University.  I will copy Professor Christine Mehring to determine whether she can shed any light on this matter.

Sincerely yours,

Susan Emerson



At 07:03 PM 6/10/2007, you wrote:


Dear Susan Emerson,


I am writing this email to ask you to give us a verification on a recently hired faculty member of our university, Jeong Ah SHIN.  Ms. Shin submmited a diploma from Yale University and her Ph.D disseration titled as "Guillaume Apollinaire: Catalyst for Primitivism. For Picabia and Duchamp." when she applied for the position.  According to her resume which she submitted, the dissertation was completed in May 2005  and the thesis adviser is Dr.

DONGGUK0262842

Chrstine Mehring of the Department of History of Art.

But our current confirmation process has shown that her dissertation is the same with the one from the University of Virginia, "Guillaume Apollinaire: Catalyst for Primitivism, For Picabia and Duchamp" written by Samaltanou-Tsiakma, Ekaterini as Ph.D thesis in 1981 at the University of Virginia.   Moreover, we could not find her dissertation on the webpage of "the history of   dissertation' of your department.    This is the reason why we should ask you a verification on her dissertation,   to know whether she really earned her Ph.D. degree from your deparment of the Graduate School.

Your help on this matter will be greatly appreciated.   I am looking forward to hearing from you as soon as possible

Sincerely yours,

Euiyon Cho, Ph.D

Director

Office of Management and Supervision

Dongguk University

Seoul, Korea

fax: 82-2-2260-3694

phone: 82-2-2260-8803

cellular phone: 82-10-4761-2280

Euiyon Cho, Ph.D

Professor

Department of English,

Director

Office of Management and Supervision

26,3 pil-dong, chung gu, seoul 100-715,korea
E-mail : choey@dongguk.edu

CONFIDENTIAL

DONGGUK0262843

Susan Emerson
Registrar
Department of the History of Art
Yale University
203.432.2669
http://www.yale.edu/arthistory

DONGGUK0262844

# EXHIBIT 118

| From: | "조의연" [choey@dongguk.edu] |
|---|---|
| Sent: | 2007년 7월 6일 금요일 오전 7:44 |
| To: | pamela.schirmeister@yale.edu |
| Cc: | christine.mehring@yale.edu; susan.emerson@yale.edu |
| Subject: | in need of verification |

Dear Pamela Schirmeister,

I am writing this letter in need of verification on your records about Ms. Jeong Ah Shin for whom, according to the documents we have, in 2005, you issued a Ph.D. certification letter to our school, Dongguk University, in Seoul, Korea.

According to one of the documents, in May 27, 2005, you issued a certification letter saying that Jeong Ah Shin (dob: April 28, 1972) got a Ph.D. in the major of History of Art and graduated in May 2005. The letter was carbon copied to Professor Christine Mehring and the Department of the History of Art.    Moreover, in response to our letter of asking your verfication of the May letter, in September 22, 2005, you faxed us, saying that you confirmed that the May letter was issued by the Yale Graduate School and signed by you.

On the contrary to your statements, however, upon our request for the verification of Ms. Shin's status on whether she got a Ph.D. in the Department of the History of Art, Susan Emerson, the registrar of the Department of the History of Art informed us that Jeong Ah Shin did not receive a Ph.D. in the History of Art Department.  Also Professor Mehring emailed saying that she did not advise Jeong Ah Shin and does not know her.

Faced with these two contradictory statements from Yale University about Ms. Jeong Ah Shin, we are oblidged to ask you again whether you really issued the May and September certification letter on behalf of the Yale Graduate School.  If Jeong Ah Shin received a Ph.D. in the major of the History of Art under  Professor Mehring, as you confirmed, why do you think Susan Emerson and Dr. Christine Mehring have denied what you wrote about Ms. Shin?

It will be very kind of you if you double check both the registrar of the Yale Graduate School and   the History of Art Deparment with regard to our inquiry about Ms. Shin's status on whether she really got a Ph.D. in the History of Art Department under the supervison of Dr. Mehring.   Your quick reply to this will be greatly appreciated.

Sincerely,


Euiyon Cho, Ph.D.

DONGGUK0262848

Euiyon Cho

Professor
Department of English

Director
Management and Supervision,
President's Office

26,3 pil-dong, chung gu, seoul 100-715,
Korea
E-mail : choey@dongguk.edu

DONGGUK0262849

# EXHIBIT 119

| | |
|---|---|
| **From:** | "조의연" [choey@dongguk.edu] |
| **Sent:** | 2007년 7월 10일 화요일 오전 2:50 |
| **To:** | presidents.office@yale.edu |
| **Subject:** | in need of verification |

To Whom It May Concern:

I am writing this email to inform you that President of Dongguk University, Oh Youngkyo has sent  the President of Yale University, Richard Levin a letter of requesting a verification on whether Ms. Jeong Ah Shin got a Ph.D. in the Department of the History of Art via DHL.  According to the tracking record of DHL, the letter was delivered to your office.

Could you confirm whether your office got it, and Would it be possible for you to let us know when you could let us know the result of it?

Since a great confusion has been spreading over the nation with regard to whether Yale awarded a Ph.D. on her in 2005, your quick reply will be greatly appreciated.

Sincerely,

Euiyon Cho

Euiyon Cho
Director
Manegement and Supervision
Office of the President
Dongguk University


26,3 pil-dong, chung gu, seoul 100-715, Korea
E-mail : choey@dongguk.edu

x|

CONFIDENTIAL

# EXHIBIT 120

| | |
|---|---|
| **From:** | "조의연" [choey@dongguk.edu] |
| **Sent:** | 2007년 7월 15일 일요일 오후 1:48 |
| **To:** | susan.carney@yale.edu |
| **Subject:** | thank you and another inquiry |

Dear Deputy General Counsel Carney,

President Oh has asked me, Director of the Office of Management and Supervision, to reply to your letter of July 10, 2007.

First of all, we would like to thank you and President Levin for your quick and detailed answers to our inquries about the documents regarding Ms. Jeong Ah Shin.

We would appreciate the results of your investigation on how the facsimile of document "3" bearing the fax number "203-432-6904" was created and issued from your school to Dongguk University.  We also would like to know whether the fax number is a Yale number.

We appreciate your help on this matter.

Sincerely,

Euiyon Cho

Euiyon Cho, Ph.D.

Director
Management and Supervision,
Office of the President

26,3 pil-dong, chung gu, seoul 100-715, Korea

Telephone: 82-2-2260-8803
Fax: 82-2-2260-3694
E-mail : choey@dongguk.edu

CONFIDENTIAL

DONGGUK0262861

# EXHIBIT 121

| From: | "조의연" [choey@dongguk.edu] |
|---|---|
| Sent: | 2007년 7월 15일 일요일 오후 11:56 |
| To: | "Susan Carney" |
| Subject: | Re: inquiry |

Dear Deputy General Counsel Carney,

I would like to thank you for your email of July 16, 2007 and appreciate your  helpful update on this matter.

At this moment I am the only and official person of Dongguk University to contact Yale regarding Ms. Jeong Ah Shin's case.  We have never asked a Prof. Myoung Lee of University of Missouri-Columbia, whom I do not know.  Regarding any questions for the office at our school which received a facsimile, you are also advised to let them contact me.

Here is one unclear case from the Yale Graduate School, which I experienced with regard this matter.  In June 10 2007, when I contacted Susan Emerson of the Department of the History of Art to ask whether Ms. Shin got a Ph.D. degree from Yale, I alse addressed the same question to Seteven Sprowson, Deputy Registrar of the Yale Graduate School.  But he has not given me any reply to my inquiry, which I thought at that time was unusual.

Thank you again for your kind and quick reply.

Sincerely,

Euiyon


---- Original Message ----
From : Susan Carney(susan.carney@yale.edu)
To : choey@dongguk.edu

Cc : edward.barnaby@yale.edu, peter.brano@yale.edu

Sent : Monday, Jul 16, 2007 12:05 AM

Subject : inquiry


Dear Director Cho,

I am glad to know that you and President Oh received Yale's response to your inquiry regarding Ms. Jeong Ah Shin and that it was useful to you.

Investigators here are examining the documents that you provided, and will be making further inquiries.

We do not know from the copies available here that document "3" was in fact issued from Yale. I can confirm to you that the fax number "203-432-6904" is assigned as the fax number for the Yale Graduate School Associate Dean's Office. Because documents can so easily be fabricated with available software programs these day, it appears that the fax line may have

CONFIDENTIAL

DONGGUK0262865

been added to a copy, but that may not be the case. The investigators will examine this question. If they have questions for the office at Dongguk University that received a facsimile or was presented with a copy of relevant documents, to whom shall I direct them?

Also: Yale received a query regarding this matter from a Prof. Myoung Lee, Department of Economics, University of Missouri–Columbia, who advised that she was contacting Yale "on behalf of DongGuk University." Could you please advise whether she was asked to contact Yale on behalf of Dongguk University?

Thank you.

Sincerely,
//Susan


At 09:48 AM 7/15/2007, you wrote:


Dear Deputy General Counsel Carney,


President Oh has asked me, Director of the Office of Management and Supervision, to reply to your letter of July 10, 2007.


First of all, we would like to thank you and President Levin for your quick and detailed answers to our inquries about the documents regarding Ms. Jeong Ah Shin.


We would appreciate the results of your investigation on how the facsimile of document "3" bearing the fax number "203–432–6904" was created and issued from your school to Dongguk University.  We also would like to know whether the fax number is a Yale number.


We appreciate your help on this matter.


Sincerely,

CONFIDENTIAL

DONGGUK0262866

Euiyon Cho
Euiyon Cho, Ph.D.

Director

Management and Supervision,

Office of the President

26,3 pil-dong, chung gu, seoul 100-715, Korea

Telephone: 82-2-2260-8803

Fax: 82-2-2260-3694
E-mail : choey@dongguk.edu

Susan L. Carney          *Regular mail:*
Deputy General Counsel   P.O. Box 208255
Yale University          New Haven, CT 06520-8255
T: (203) 432-4949             *Overnight mail:*
F: (203) 432-7960             2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu    New Haven, CT 06510

*NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.*

DONGGUK0262867

# EXHIBIT 122

| From: | "조의연" [choey@dongguk.edu] |
|---|---|
| Sent: | 2007년 7월 18일 수요일 오전 5:54 |
| To: | "Susan Carney" |
| Subject: | update from Dongguk University |

Dear Dupty General Counsel    Carney,

We have additional documents of Ms. Jeong Ah Shin's records related to Yale University.  They came in our hands on July 13th, 2007.  Jeong Ah Shin faxed us them claiming that she was admitted to the Yale University Graduate School as a doctoral student in 2000 and attended the school.  She went to the U.S. that day leaving a message that she will verify her then status.  I am going to fax them to you.

We are certain that she has no degree from Yale and we believe that she is lying. But, allow me to let you know that shin's case has attracted the attention of the nation with regard to whether some Yale people were really involved in the fake degree matter.

 With regard to Prof. Myoung Lee's case, I came to know that one of our board of trustees asked her to contact Yale to verify the documents.  She would no longer contact you with regard to this matter.

I hope you let me know the result of your investigation on this matter soon when you have it.

Thank you.

Sincerely,


Euiyon

---- Original Message ----

From : Susan Carney(susan.carney@yale.edu)
To : choey@dongguk.edu

Cc : edward.barnaby@yale.edu

Sent : Tuesday, Jul 17, 2007 12:03 AM

Subject : update



Dear Director Cho,
Thank you for your quick response and for this additional information.

With regard to Prof. Myoung Lee, for your information. I am attaching an image of a letter Asst Dean Edward Barnaby received in which she wrote that she was contacting Yale on behalf of Dongguk University. When I spoke with her, briefly, she told me that she had a longstanding relationship with Dongguk University and because the University had not received an answer to the prior queries to Yale (something I did not think was the case), she had been asked to pursue a response. She had copies of much of the relevant documentation. Her biography is

CONFIDENTIAL

DONGGUK0262874

available on the U. Missouri–Columbia website, fyi. I advised her only that Ms. Jeong Ah Shin had not received a degree from Yale.

With regard to your June 10 email to Susan Emerson: I spoke with Steven Sprowson. He has no record of having received a copy of your email. Perhaps it went astray, or was caught by an email filter. Steven Goot, also a Deputy Registrar at the Graduate School, has been involved, and may have been contacted by Susan Emerson. Perhaps there was some confusion? I believe that Steven Goot may have contacted Assistant Dean Edward Barnaby at the Graduate School. Dean Barnaby has assisted here in addressing the issue on behalf of the Graduate School.

Sincerely,
//Susan Carney


At 07:55 PM 7/15/2007, you wrote:

Dear Deputy General Counsel Carney,

I would like to thank you for your email of July 16, 2007 and appreciate your  helpful update on this matter.

At this moment I am the only and official person of Dongguk University to contact Yale regarding Ms. Jeong Ah Shin's case.  We have never asked a Prof. Myoung Lee of University of Missouri–Columbia, whom I do not know.  Regarding any questions for the office at our school which received a facsimile, you are also advised to let them contact me.

Here is one unclear case from the Yale Graduate School, which I experienced with regard this matter.  In June 10, 2007, when I contacted Susan Emerson of the Department of the History of Art to ask whether Ms. Shin got a Ph.D. degree from Yale, I alse addressed the same question to Seteven Sprowson, Deputy Registrar of the Yale Graduate School.  But he has not given me any reply to my inquiry, which I thought at that time was unusual.

Thank you again for your kind and quick reply.

Sincerely,

Euiyon


---- Original Message ----
From : Susan Carney(susan.carney@yale.edu)
To : choey@dongguk.edu
Cc : edward.barnaby@yale.edu, peter.brano@yale.edu
Sent : Monday, Jul 16, 2007 12:05 AM
Subject : inquiry

CONFIDENTIAL

Dear Director Cho,

I am glad to know that you and President Oh received Yale's response to your inquiry regarding Ms. Jeong Ah Shin and that it was useful to you.

Investigators here are examining the documents that you provided, and will be making further inquiries.

We do not know from the copies available here that document "3" was in fact issued from Yale. I can confirm to you that the fax number "203-432-6904" is assigned as the fax number for the Yale Graduate School Associate Dean's Office. Because documents can so easily be fabricated with available software programs these day, it appears that the fax line may have been added to a copy, but that may not be the case. The investigators will examine this question. If they have questions for the office at Dongguk University that received a facsimile or was presented with a copy of relevant documents, to whom shall I direct them?

Also: Yale received a query regarding this matter from a Prof. Myoung Lee, Department of Economics, University of Missouri-Columbia, who advised that she was contacting Yale "on behalf of DongGuk University." Could you please advise whether she was asked to contact Yale on behalf of Dongguk University?

Thank you,

Sincerely,
//Susan


At 09:48 AM 7/15/2007, you wrote:


Dear Deputy General Counsel Carney,


President Oh has asked me, Director of the Office of Management and Supervision, to reply to your letter of July 10, 2007.


First of all, we would like to thank you and President Levin for your quick and detailed answers to our inquries about the documents regarding Ms. Jeong Ah Shin.


We would appreciate the results of your investigation on how the facsimile of document "3" bearing the fax number "203-432-6904" was created and issued from your school to Dongguk University.  We also would like to know whether the fax number is a Yale number.


We appreciate your help on this matter.

DONGGUK0262876

Sincerely,


Euiyon Cho
Euiyon Cho, Ph.D.

Director

Management and Supervision,

Office of the President


26.3 pil-dong, chung gu, seoul 100-715, Korea

Telephone: 82-2-2260-8803

Fax: 82-2-2260-3694
E-mail : choey@dongguk.edu







Susan L. Carney          Regular mail:
Deputy General Counsel   P.O. Box 208255
Yale University          New Haven, CT 06520-8255
T: (203) 432-4949           Overnight mail:
F: (203) 432-7960            2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu    New Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify

CONFIDENTIAL

DONGGUK0262877

the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted
 to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.



*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
    *    *    *    *    *    *

Susan L. Carney          *Regular mail:*
Deputy General Counsel   P.O. Box 208255
Yale University          New Haven, CT 06520-8255
T: (203) 432-4949            *Overnight mail:*
F: (203) 432-7960           2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu   New Haven, CT 06510

*NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.*

| 파일명<br>(Filename) | 유효기간<br>(Expire date) |
|---|---|
| 스캔 0006.jpg | ~2007/08/02 |
| 스캔 0007.jpg | ~2007/08/02 |

파일명을 클릭하시면 첨부된 파일을 다운로드 받으실 수 있습니다.
첨부파일은 발신자 서버에 임시저장되어 있으며 유효기간내에만 내려받으실 수 있습니다.

# EXHIBIT 123

| | |
|---|---|
| **From:** | "조의연" [choey@dongguk.edu] |
| **Sent:** | 2007년 8월 1일 수요일 오전 5:06 |
| **To:** | "Susan Carney" |
| **Subject:** | update and help needed |

Dear Dupty General Counsel   Carney,

We sued Jeong Ah Shin for forgery of documents and prosecutors are now investigating the incident.  We need to submit evidence of showing that the signature of Associate Dean Schirmeister is not the same with the one on the document in question.  In fact, what we want to know is whether the signature on the forgered document is the one of the Associate Dean Schirmeiter or not.

In addition, if you have any update on the investigation of the fax that was sent to us, let us know the result.  It will be greatly appreciated.

Sincerely,

Euiyon
---- Original Message ----
From : Susan Carney(susan.carney@yale.edu)
To : choey@dongguk.edu
Cc : Edward Barnaby(edward.barnaby@yale.edu)
Sent : Friday, Jul 20, 2007 06:45 AM
Subject : further comments


Dear Director Cho:

I have received the following comments from the Yale Graduate School with regard to the first document that you faxed to me, which purports to be a letter to Ms. Shin advising of admission to a Yale graduate program and which is dated December 2000.


It is grammatically incorrect, specifies admission to a
"Ph.Degree" program for a three-year period (2001-2004), which is something we would not do, and then goes on to say that she is actually admitted as a "DSR" or non-degree student, which is done on a year-by-year basis and contradicts the idea that she would receive a degree.  Again, Pam Schirmeister's name is spelled incorrectly

Thus: this document is not an authentic Yale admission document.

I am not familiar with the other library/archives request slip form, but even if it is authentic, I don't believe that it demonstrates anything relevant to the question whether Ms. Shin received a

DONGGUK0262889

degree from Yale.

Please let me know if you have other questions.

Sincerely,
//Susan Carney

At 01:53 AM 7/18/2007, you wrote:

Dear Dupty General Counsel    Carney,

We have additional documents of Ms. Jeong Ah Shin's records related to Yale University.   They came in our hands on July 13th, 2007.  Jeong Ah Shin faxed us them claiming that she was admitted to the Yale University Graduate School as a doctoral student in 2000 and attended the school.  She went to the U.S. that day leaving a message that she will verify her then status.  I am going to fax them to you.

We are certain that she has no degree from Yale and we believe that she is lying. But, allow me to let you know that shin's case has attracted the attention of the nation with regard to whether some Yale people were really involved in the fake degree matter.


 With regard to Prof. Myoung Lee's case, I came to know that one of our board of trustees asked her to contact Yale to verify the documents.  She would no longer contact you with regard to this matter.

I hope you let me know the result of your investigation on this matter soon when you have it.

Thank you.

Sincerely,


Euiyon

        ———— Original Message ————
        From : Susan Carney(susan.carney@yale.edu)
        To : choey@dongguk.edu
        Cc : edward.barnaby@yale.edu
        Sent : Tuesday, Jul 17, 2007 12:03 AM
        Subject : update

        Dear Director Cho,
        Thank you for your quick response and for this additional information.

CONFIDENTIAL

DONGGUK0262890

With regard to Prof. Myoung Lee, for your information, I am attaching an image of a letter Asst Dean Edward Barnaby received in which she wrote that she was contacting Yale on behalf of Dongguk University. When I spoke with her, briefly, she told me that she had a longstanding relationship with Dongguk University and because the University had not received an answer to the prior queries to Yale (something I did not think was the case), she had been asked to pursue a response. She had copies of much of the relevant documentation. Her biography is available on the U. Missouri—Columbia website, fyi. I advised her only that Ms. Jeong Ah Shin had not received a degree from Yale.
With regard to your June 10 email to Susan Emerson: I spoke with Steven Sprowson. He has no record of having received a copy of your email. Perhaps it went astray, or was caught by an email filter. Steven Goot, also a Deputy Registrar at the Graduate School, has been involved, and may have been contacted by Susan Emerson. Perhaps there was some confusion? I believe that Steven Goot may have contacted Assistant Dean Edward Barnaby at the Graduate School. Dean Barnaby has assisted here in addressing the issue on behalf of the Graduate School.

Sincerely,
//Susan Carney

At 07:55 PM 7/15/2007, you wrote:
Dear Deputy General Counsel Carney,
I would like to thank you for your email of July 16, 2007 and appreciate your helpful update on this matter.
At this moment I am the only and official person of Dongguk University to contact Yale regarding Ms. Jeong Ah Shin's case. We have never asked a Prof. Myoung Lee of University of Missouri—Columbia, whom I do not know. Regarding any questions for the office at our school which received a facsimile, you are also advised to let them contact me.
Here is one unclear case from the Yale Graduate School, which I experienced with regard this matter. In June 10, 2007, when I contacted Susan Emerson of the Department of the History of Art to ask whether Ms. Shin got a Ph.D. degree from Yale, I alse addressed the same question to Seteven Sprowson, Deputy Registrar of the Yale Graduate School. But he has not given me any reply to my inquiry, which I thought at that time was unusual.
Thank you again for your kind and quick reply.
Sincerely,
Euiyon

---- Original Message ----
From : Susan Carney(susan.carney@yale.edu)
To : choey@dongguk.edu
Cc : edward.barnaby@yale.edu, peter.brano@yale.edu
Sent : Monday, Jul 16, 2007 12:05 AM
Subject : inquiry
Dear Director Cho,

I am glad to know that you and President Oh received Yale's response to your inquiry regarding Ms. Jeong Ah Shin and that it was useful to you.

Investigators here are examining the documents that you provided, and will be making further inquiries.

We do not know from the copies available here that document "3" was in fact issued from Yale. I can confirm to you that the fax number "203-432-6904" is assigned as the fax number for the Yale Graduate School Associate Dean's Office. Because documents can so easily be fabricated with available software programs these day, it appears that the fax line may have been added to a copy, but that may not be the case. The investigators will examine this question. If they have questions for the office at Dongguk University that received a facsimile or was presented with a copy of relevant documents, to whom shall I direct them?

Also: Yale received a query regarding this matter from a Prof. Myoung Lee, Department of Economics, University of Missouri–Columbia, who advised that she was contacting Yale "on behalf of DongGuk University." Could you please advise whether she was asked to contact Yale on behalf of Dongguk University?

Thank you.

Sincerely,

//Susan

At 09:48 AM 7/15/2007, you wrote:


Dear Deputy General Counsel Carney,

President Oh has asked me, Director of the Office of Management and Supervision, to reply to your letter of July 10, 2007.

First of all, we would like to thank you and President Levin for your quick and detailed answers to our inquries about the documents regarding Ms. Jeong Ah Shin.

We would appreciate the results of your investigation on how the facsimile of document "3" bearing the fax number "203-432-6904" was created and issued from your school to Dongguk University.  We also would like to know whether the fax number is a Yale number.

We appreciate your help on this matter.

Sincerely,

Euiyon Cho
Euiyon Cho, Ph.D.
Director
Management and Supervision,
Office of the President
26,3 pil-dong, chung gu, seoul 100-715, Korea
Telephone: 82-2-2260-8803
Fax: 82-2-2260-3694

CONFIDENTIAL

E-mail : choey@dongguk.edu





Susan L. Carney        Regular mail:
Deputy General Counsel   P.O. Box 208255
Yale University         New Haven, CT 06520-8255
T: (203) 432-4949            Overnight mail:
F: (203) 432-7960            2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu    New Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify
the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted
to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.

Susan L. Carney        Regular mail:
Deputy General Counsel   P.O. Box 208255
Yale University         New Haven, CT 06520-8255
T: (203) 432-4949            Overnight mail:
F: (203) 432-7960            2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu    New Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify
the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted
to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.

파일명
(Filename)유효기간
(Expire date)
스캔 0006.jpg~2007/08/02

CONFIDENTIAL

DONGGUK0262893

<u>스캔 0007.jpg~2007/08/02</u>
파일명을 클릭하시면 첨부된 파일을 다운로드 받으실 수 있습니다.
첨부파일은 발신자 서버에 임시저장되어 있으며 유효기간내에만 내려받으실 수 있습니다.



* * * * * * * * * * * * * * * * * * * * * * * * *
  *   *   *   *   *   *

Susan L. Carney        *Regular mail:*
Deputy General Counsel  P.O. Box 208255
Yale University         New Haven, CT 06520-8255
T: (203) 432-4949          *Overnight mail:*
F: (203) 432-7960          2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu   New Haven, CT 06510

*NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.*



CONFIDENTIAL

# EXHIBIT 124

| | |
|---|---|
| **From:** | "조의연" [choey@dongguk.edu] |
| **Sent:** | 2007년 8월 31일 금요일 오전 9:48 |
| **To:** | "Susan Carney" |
| **Subject:** | new evidence for fax |
| **Attachments:** | ycm.pdf |

Dear Dupty General Counsel   Carney,

We found a record that proves that our letter of verification on Jeong Ah Shin to Dean Schirmeister was delivered to Mr. Michael Moore, one of the YCM staff members on September 20, 2005.  It was attated as a PDF file.  That indicates that if the mail delivery system of Yale University worked properly,  the letter must have been delivered to Dean Schirmeister.  In fact, since we got a fax that included part of the letter contents, it indicates that someone at Yale took the letter and faxed us.

I hope this new evidence will help your investigators to find out to whom the registered mail was delivered.  It indirectly indicates, I think, that the fax which included part of the letter was sent there since the letter was delivered to YCM.

Your help on this matter will be greatly appreciated.

Sincerely,

Euiyon Cho

Euiyon Cho, Ph.D.
Director
Management and
Supervision,
Office of the President

Telephone: 82-2-2260-8803
Fax: 82-2-2260-3694
E-mail :
choey@dongguk.edu

CONFIDENTIAL

DONGGUK0262907

| 파일명<br>(Filename) | | 유효기간<br>(Expire date) |
|---|---|---|
| ycm.pdf | | ~2007/09/15 |
| 파일명을 클릭하시면 첨부된 파일을 다운로드 받으실 수 있습니다.<br>첨부파일은 말신자 서버에 임시저장되어 있으며 유효기간내에만 내려받으실 수 있습니다. | | |

CONFIDENTIAL



**UNITED STATES POSTAL SERVICE.**

Home |

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: RR06 2269 601K R
Status:

Your item was delivered at 12:33 pm on September 20, 2005 in NEW HAVEN, CT 06520. The item was signed for by M MOORE YCM. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ( ? )   ( Return to USPS.com Home > )

POSTAL INSPECTORS     site map   contact us   government services   jobs   National & Premier Accou
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved.   Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          2007-07-31

CONFIDENTIAL

DONGGUK0262909

# EXHIBIT 125

| | |
|---|---|
| **From:** | "조의연" [choey@dongguk.edu] |
| **Sent:** | 2007년 8월 31일 금요일 오후 4:07 |
| **To:** | "Susan Carney" |
| **Subject:** | Re: mail receipt |
| **Attachments:** | 1fdc4f.jpg; 1fdc8e.jpg |

Dear Deputy General Counsel Carney,

The "YCM" acronym used was in reference to the Yale Mail Service.  The following link will guide you to the Yale Central Mailroom wherein the third paragraph, you will see that there is a staff person by the name of M(ichael) Moore.  Going by the records shown by the US Postal Service, the package was delivered to and signed by M Moore at YCM.  So we are but to assume that the M Moore in question is Michael Moore, staffperson to the Yale Mail Service.

We do not know whether the package was ever received by Dean Schirmeister, but because the package was received and signed by one of the staff members of the Yale Central Mailroom, we are curious as to what subsequently happened to the package which was addressed to Dean Schirmeister.

http://www.yale.edu/campusmail/HowItWorks/CentralMailroom.htm

Sincerely,


Euiyon Cho


Euiyon Cho, Ph.D.
Director
Management and Supervision,
Office of the President

Telephone: 82-2-2260-8803
Fax: 82-2-2260-3694
E-mail : choey@dongguk.edu

---- Original Message ----
From : Susan Carney(susan.carney@yale.edu)
To : choey@dongguk.edu

Cc : Edward Barnaby(edward.barnaby@yale.edu), peter.brano@yale.edu

Sent : Friday, Aug 31, 2007 10:46 PM

Subject : mail receipt


Dear Director Cho,

The material that you have provided below does not support the conclusion that any package

DONGGUK0262915

from Dongguk University was ever delivered to Dean Schirmeister.The Yale Graduate School advises that there was no one by the name "Michael Moore" working there in 2005. In addition, "YCM" is not an acronym related to the Graduate School Dean's office, where Dean Schirmeister works. All that the receipt you provided indicates is that it was deliver in New Haven CT 06520 and signed for my "M MOORE YCM".

Could you please provide the precise address to which the package was addressed, and the name of the addressee.  In addition, do you have a document that indicates that "M" stands for "Michael"?

Sincerely,
//Susan Carney

At 05:48 AM 8/31/2007, you wrote:

Dear Dupty General Counsel    Carney,

We found a record that proves that our letter of verification on Jeong Ah Shin to Dean Schirmeister was delivered to Mr. Michael Moore, one of the YCM staff members on September 20, 2005.  It was attated as a PDF file.  That indicates that if the mail delivery system of Yale University worked properly,  the letter must have been delivered to Dean Schirmeister.  In fact, since we got a fax that included part of the letter contents, it indicates that someone at Yale took the letter and faxed us.

I hope this new evidence will help your investigators to find out to whom the registered mail was delivered.  It indirectly indicates, I think, that the fax which included part of the letter was sent there since the letter was delivered to YCM.

Your help on this matter will be greatly appreciated.

Sincerely,

Euiyon Cho

CONFIDENTIAL

DONGGUK0262916

Euiyon Cho, Ph.D.
Director
Management and Supervision,
Office of the President

Telephone: 82-2-2260-8803
Fax: 82-2-2260-3694
E-mail : choey@dongguk.edu



□ ×

□ ×

파일명
(Filename)유효기간
(Expire date)
ycm.pdf~2007/09/15
파일명을 클릭하시면 첨부된 파일을 다운로드 받으실 수 있습니다.
첨부파일은 발신자 서버에 임시저장되어 있으며 유효기간내에만 내려받으실 수 있습니다.

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
*  *  *  *  *  *  *

Susan L. Carney          *Regular mail:*
Deputy General Counsel   P.O. Box 208255
Yale University          New Haven, CT 06520-8255
T: (203) 432-4949            *Overnight mail:*
F: (203) 432-7960            2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu    New Haven, CT 06510

*NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.*

□ ×

DONGGUK0262917

# EXHIBIT 126

| From: | "조의연" [choey@dongguk.edu] |
|---|---|
| Sent: | 2007년 9월 3일 월요일 오전 10:24 |
| To: | "Susan Carney" |
| Subject: | Re: further |
| Attachments: | ce13bc.jpg; mail receipt.pdf |

Dear Deputy General Counsel Carney,

Attached you will find a copy of the mailing label of the package that we sent the Yale Graduate School on September 6, 2005.  It was addressed to 'Graduate School, Yale University, New Haven, CT 06520, USA.'

What is certain is that it was delivered to YCM and signed by M. Moore, a staff person at YCM.  We hope we get the result of your investigation on what was subsequently happened after YCM's having picked up the package.

Sincerely,

Euiyon

---- Original Message ----

From : Susan Carney(susan.carney@yale.edu)

To : choey@dongguk.edu

Cc : peter.brano@yale.edu, Edward Barnaby(edward.barnaby@yale.edu)

Sent : Saturday, Sep 01, 2007 01:58 AM

Subject : further

Dear Director Cho,
Could you please advise how exactly the package was addressed. Do you have a copy of the mailing label.
Do you have a copy of the actual receipt from the USPS?

Thank you.
//Susan Carney

At 12:06 PM 8/31/2007, you wrote:

Dear Deputy General Counsel Carney,

The "YCM" acronym used was in reference to the Yale Mail Service.  The following link will guide you to the Yale Central Mailroom wherein the third paragraph, you will see that there is a staff person by the name of M(ichael) Moore.  Going by the records shown by the US Postal

DONGGUK0262929

Service, the package was delivered to and signed by M Moore at YCM.  So we are but to assume that the M Moore in question is Michael Moore, staffperson to the Yale Mail Service.

We do not know whether the package was ever received by Dean Schirmeister, but because the package was received and signed by one of the staff members of the Yale Central Mailroom, we are curious as to what subsequently happened to the package which was addressed to Dean Schirmeister.

http://www.yale.edu/campusmail/HowItWorks/CentralMailroom.htm

Sincerely,


Euiyon Cho


Euiyon Cho, Ph.D.
Director
Management and Supervision,
Office of the President

Telephone: 82-2-2260-8803
Fax: 82-2-2260-3694
E-mail : choey@dongguk.edu

> ---- Original Message ----
> From : Susan Carney(susan.carney@yale.edu)
> To : choey@dongguk.edu
> Cc : Edward Barnaby(edward.barnaby@yale.edu), peter.brano@yale.edu
> Sent : Friday, Aug 31, 2007 10:46 PM
> Subject : mail receipt
>
>
> Dear Director Cho,
>
> The material that you have provided below does not support the conclusion that any package from Dongguk University was ever delivered to Dean Schirmeister.The Yale Graduate School advises that there was no one by the name "Michael Moore" working there in 2005. In addition, "YCM" is not an acronym related to the Graduate School Dean's office, where Dean Schirmeister works. All that the receipt you provided indicates is that it was deliver in New Haven CT 06520 and signed for my "M MOORE YCM".
>
> Could you please provide the precise address to which the package was addressed, and the name of the addressee.  In addition, do you have a document that indicates that "M" stands for "Michael"?
>
> Sincerely,
> //Susan Carney

CONFIDENTIAL

DONGGUK0262930

At 05:48 AM 8/31/2007, you wrote:

Dear Dupty General Counsel    Carney,

We found a record that proves that our letter of verification on Jeong Ah Shin to Dean Schirmeister was delivered to Mr. Michael Moore, one of the YCM staff members on September 20, 2005.  It was attated as a PDF file.  That indicates that if the mail delivery system of Yale University worked properly,  the letter must have been delivered to Dean Schirmeister.  In fact, since we got a fax that included part of the letter contents, it indicates that someone at Yale took the letter and faxed us.

I hope this new evidence will help your investigators to find out to whom the registered mail was delivered.  It indirectly indicates, I think, that the fax which included part of the letter was sent there since the letter was delivered to YCM.

Your help on this matter will be greatly appreciated.

Sincerely,

Euiyon Cho

Euiyon Cho, Ph.D.
Director
Management and Supervision,
Office of the President

Telephone: 82-2-2260-8803
Fax: 82-2-2260-3694
E-mail : choey@dongguk.edu

CONFIDENTIAL





파일명
(Filename)유효기간
(Expire date)
ycm.pdf~2007/09/15
파일명을 클릭하시면 첨부된 파일을 다운로드 받으실 수 있습니다.
첨부파일은 발신자 서버에 임시저장되어 있으며 유효기간내에만 내려받으실 수 있습니다.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \*
Susan L. Carney          Regular mail:
Deputy General Counsel   P.O. Box 208255
Yale University          New Haven, CT 06520–8255
T: (203) 432–4949              Overnight mail:
F: (203) 432–7960                 2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu    New Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify
the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted
 to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \*
Susan L. Carney          *Regular mail:*
Deputy General Counsel   P.O. Box 208255
Yale University          New Haven, CT 06520–8255
T: (203) 432–4949              *Overnight mail:*
F: (203) 432–7960                 2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu    New Haven, CT 06510

*NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify*
*the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted*
* to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and*
*electronic signature do not constitute an acceptance of any proposed terms.*

CONFIDENTIAL

DONGGUK0262932

| 파일명<br>(Filename) | 유효기간<br>(Expire date) |
|---|---|
| mail receipt.pdf | ~2007/09/18 |
| 파일명을 클릭하시면 첨부된 파일을 다운로드 받으실 수 있습니다.<br>첨부파일은 발신자 서버에 임시저장되어 있으며 유효기간내에만 내려받으실 수 있습니다. | |

CONFIDENTIAL

서울 중구 필동3가 동국대학교 26번.시.
전 화 : 02-2273-6507
사.업자No. : 101-83-02925
접 수 자 : 창구01 이정희
접수일지 : 2005-09-06 14:58
총 요 금 : 2,450원(축납:2,450원)
( 현 금 : 0원
신용카드 : 2,450원 )
부가세과세 공급가액 : 0원
부 가 세 : 0원

카드번호 : 4140-1140-5527-****
카드사명 : [비씨카드사]BC 카드
유효기간 : 02/10
할부개월 : 일시불
승인금액 : 2,450
승인번호 : 49710047
가맹점번호 : 733063240

〈국제등기우편물〉
| 등기번호 | 국가 | 요금 구분 |
|---|---|---|
| RR062260E01KR US | | 2,450 등상 |

위의 금액을 정히 영수합니다.

서명[signature] 이정화

CONFIDENTIAL

DONGGUK0262934

# EXHIBIT 127

| From: | "조의연" [choey@dongguk.edu] |
|---|---|
| Sent: | 2007년 9월 3일 월요일 오후 11:50 |
| To: | "Susan Carney" |
| Cc: | office.president@yale.edu |
| Subject: | re: about YCM and mailing label |

Dear Deputy General Council Carney,

We do not have an image of the mailing label addressed in English to "Graduate School, Yale University, New Haven, CT 06520, USA" because when sending a package overseas, the only form of receipt is through a coded number; not provided is a copied image of the sent mail.  Shouldn't the Yale Central Mailroom have the record of receiving our package from the U.S.P.S.?

As for an image of the signed receipt with an actual signature of M. Moore, you would have to check with the U.S. Postal Service because the package was delivered to the YCM.

At this point the information provided by the US Postal Service states that the registered mail by us was delivered to YCM and signed by M. Moore at the Cental Mailroom of Yale University.

Sincerely,

Euiyon Cho


---- Original Message ----

From : Susan Carney(susan.carney@yale.edu)

To : choey@dongguk.edu

Cc : peter.brano@yale.edu, Edward Barnaby(edward.barnaby@yale.edu)

Sent : Tuesday, Sep 04, 2007 01:22 AM

Subject : Re: Re: further


Dear Director Cho,
The image that you send me is almost entirely in Korean. Do you have an image of the mailing label that, as you say below, was addressed in English to       ?

Also, do you have an image of the signed receipt with an actual signature of "M. Moore" on it?

Thank you.
Sincerely,
//Susan

At 06:24 AM 9/3/2007, you wrote:

CONFIDENTIAL

DONGGUK0262940

Dear Deputy General Counsel Carney,

Attached you will find a copy of the mailing label of the package that we sent the Yale Graduate School on September 6, 2005.  It was addressed to 'Graduate School, Yale University, New Haven, CT 06520, USA.'

What is certain is that it was delivered to YCM and signed by M. Moore, a staff person at YCM.  We hope we get the result of your investigation on what was subsequently happened after YCM's having picked up the package.

Sincerely,

Euiyon


---- Original Message ----
From : Susan Carney(susan.carney@yale.edu)
To : choey@dongguk.edu
Cc : peter.brano@yale.edu, Edward Barnaby(edward.barnaby@yale.edu)
Sent : Saturday, Sep 01, 2007 01:58 AM
Subject : further

Dear Director Cho,
Could you please advise how exactly the package was addressed. Do you have a copy of the mailing label
Do you have a copy of the actual receipt from the USPS?


Thank you.
//Susan Carney

At 12:06 PM 8/31/2007, you wrote:

Dear Deputy General Counsel Carney,


The "YCM" acronym used was in reference to the Yale Mail Service.  The following link will guide you to the Yale Central Mailroom wherein the third paragraph, you will see that there is a staff person by the name of M(ichael) Moore.  Going by the records shown by the US Postal Service, the package was delivered to and signed by M Moore at YCM.  So we are but to assume that the M Moore in question is Michael Moore, staffperson to the Yale Mail Service.


We do not know whether the package was ever received by Dean Schirmeister, but because the package was received and signed by one of the staff members of the Yale Central Mailroom, we are curious as to what subsequently happened to the package which was addressed to Dean Schirmeister.

CONFIDENTIAL

DONGGUK0262941

http://www.yale.edu/campusmail/HowItWorks/CentralMailroom.htm

Sincerely,


Euiyon Cho


Euiyon Cho, Ph.D.
Director
Management and Supervision,
Office of the President

Telephone: 82-2-2260-8803
Fax: 82-2-2260-3694
E-mail : choey@dongguk.edu

---- Original Message ----
From : Susan Carney(susan.carney@yale.edu)
To : choey@dongguk.edu
Cc : Edward Barnaby(edward.barnaby@yale.edu), peter.brano@yale.edu
Sent : Friday, Aug 31, 2007 10:46 PM
Subject : mail receipt

Dear Director Cho,
The material that you have provided below does not support the conclusion that any package from
Dongguk University was ever delivered to Dean Schirmeister.The Yale Graduate School advises that there
was no one by the name "Michael Moore" working there in 2005. In addition, "YCM" is not an acronym
related to the Graduate School Dean's office, where Dean Schirmeister works. All that the receipt you
provided indicates is that it was deliver in New Haven CT 06520 and signed for my "M MOORE YCM".
Could you please provide the precise address to which the package was addressed, and the name of the
addressee.  In addition, do you have a document that indicates that "M" stands for "Michael"?
Sincerely,
//Susan Carney

At 05:48 AM 8/31/2007, you wrote:


Dear Dupty General Counsel    Carney,


We found a record that proves that our letter of verification on Jeong Ah Shin to Dean Schirmeister was
delivered to Mr. Michael Moore, one of the YCM staff members on September 20, 2005.  It was attaled as
a PDF file.  That indicates that if the mail delivery system of Yale University worked properly,  the letter
must have been delivered to Dean Schirmeister.  In fact, since we got a fax that included part of the letter
contents, it indicates that someone at Yale took the letter and faxed us.


I hope this new evidence will help your investigators to find out to whom the registered mail was
delivered.  It indirectly indicates, I think, that the fax which included part of the letter was sent there since

CONFIDENTIAL

DONGGUK0262942

the letter was delivered to YCM.

Your help on this matter will be greatly appreciated.

Sincerely,

Euiyon Cho

Euiyon Cho, Ph.D.
Director
Management and Supervision,
Office of the President
Telephone: 82-2-2260-8803
Fax: 82-2-2260-3694
E-mail : choey@dongguk.edu







파일명
(Filename)유효기간
(Expire date)
ycm.pdf~2007/09/15
파일명을 클릭하시면 첨부된 파일을 다운로드 받으실 수 있습니다.
첨부파일은 발신자 서버에 임시저장되어 있으며 유효기간내에만 내려받으실 수 있습니다.
*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Susan L. Carney          Regular mail:
Deputy General Counsel   P.O. Box 208255
Yale University          New Haven, CT 06520-8255
T: (203) 432-4949            Overnight mail:
F: (203) 432-7960            2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu    New Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify

CONFIDENTIAL

DONGGUK0262943

the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted
 to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \*
Susan L. Carney          Regular mail:
Deputy General Counsel  P.O. Box 208255
Yale University          New Haven, CT 06520-8255
T: (203) 432-4949              Overnight mail:
F: (203) 432-7960                  2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu    New Haven, CT 06510

NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify
the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted
 to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.

파일명
(Filename)유효기간
(Expire date)
mail receipt.pdf~2007/09/18
파일명을 클릭하시면 첨부된 파일을 다운로드 받으실 수 있습니다.
첨부파일은 발신자 서버에 임시저장되어 있으며 유효기간내에만 내려받으실 수 있습니다.



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \*
Susan L. Carney          *Regular mail:*
Deputy General Counsel  P.O. Box 208255
Yale University          New Haven, CT 06520-8255
T: (203) 432-4949              *Overnight mail:*
F: (203) 432-7960                  2 Whitney Avenue, 6th Fl.
susan.carney@yale.edu    New Haven, CT 06510

*NOTE: This email communication may be privileged and confidential. If it is not clear that you are an intended recipient, please promptly notify
the sender of your receipt of this email and delete the transmittal and any attachments. If you have received this email in error, you are not permitted
 to review, copy, or distribute this email or any attachments. If this communication concerns a proposed agreement, be advised that this message and electronic signature do not constitute an acceptance of any proposed terms.*



DONGGUK0262944

# EXHIBIT 128

| | |
|---|---|
| **From:** | "조의연" [choey@dongguk.edu] |
| **Sent:** | 2007년 9월 12일 수요일 오전 2:09 |
| **To:** | "Susan Carney" |
| **Subject:** | help needed and update |

Dear Deputy General Council Carney,

Would it be possible for you to inform us the result of your checking YCM for the delivery of  the package sent by us, whose delivery to Yale University   was confirmed by the US Postal Service?

According to the interview by Shin Jeong Ah with one of the Korean newspapers, she  who is now in the US said, there is someone at Yale University who received the package and who helped her to get a (fake) degree from Yale University;  she told that she is trying to find where (s)he is now.

The Procecutors' office has been keeping to ask me  whether Yale University has sent me any result on the fax incident and on to whom the package was sent by YCM.    It will be of great help if you inform us the result of your investigation on this, if you have; or let us know the current status of the affairs.

Sincerely yours,

Euiyon Cho

Euiyon Cho, Ph.D.
Director
Management and Supervision,
Office of the President
Telephone: 82-2-2260-8803
Fax: 82-2-2260-3694
E-mail : choey@dongguk.edu

CONFIDENTIAL

# EXHIBIT 129

| | |
|---|---|
| **From:** | "조의연" [choey@dongguk.edu] |
| **Sent:** | 2007년 8월 30일 목요일 오전 5:08 |
| **To:** | michael.moore@yale.edu |
| **Cc:** | michael.madera@yale.edu |
| **Subject:** | information requested |

Dear Michael Moore,

I am writing this email in need of proof for the delivery of our registered mail to Dean Schirmeister of the Yale Graduate School, which was delivered and signed by you on September 20, 2005 according to the information given by the US Postal Service.

Our school, Dongguk University sent a registered mail, a letter of verification to Dean Schirmeister of the Yale Graduate School on September 6, 2005 .  For the sake of process,  the receipt number of the mail  is given below:

 RR06 2260 601KR


Your help on this matter will be greatly appreciated.


Sincerely,


Euiyon Cho

Euiyon Cho, Ph.D.
Director
Management and Supervision,
Office of the President

Telephone: 82-2-2260-8803
Fax: 82-2-2260-3694
E-mail : choey@dongguk.edu

CONFIDENTIAL

DONGGUK0262905

# EXHIBIT 130

| | |
|---|---|
| **From:** | "조의연" [choey@dongguk.edu] |
| **Sent:** | 2007년 8월 31일 금요일 오전 9:56 |
| **To:** | michael.moore@yale.edu |
| **Subject:** | verification requested |
| **Attachments:** | ycm.pdf |

Dear Michael Moore,

I hope you got my email of August 30th which asked you to give us a proof of the delivery of our registered mail to Dean Schirmeister.   Attached you will find a PDF file that will help you find the record.

Your quick reply will be greatly appreciated.

Sincerely,

Euiyon Cho

> Director
> Management and Supervision,
> Office of the President
> Telephone: 82-2-2260-8803
> Fax: 82-2-2260-3694
> E-mail : choey@dongguk.edu

---

Your Name
dept name, professor

26,3 pil-dong, chung gu, seoul 100-715,korea
phone 82-2-****-**** fax 82-2-****-****
E-mail : choey@dongguk.edu

CONFIDENTIAL

CONFIDENTIAL

DONGGUK0262911



UNITED STATES
POSTAL SERVICE.

Home |

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: RR06 2260 601K R
Status:

Your item was delivered at 12:33 pm on September 20, 2005 in NEW
HAVEN, CT 06520. The item was signed for by M MOORE YCM. A proof
of delivery record may be available through your local Post Office for a
fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )   ( ? )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number

POSTAL INSPECTORS        site map    contact us   government services   jobs   National & Premier Accou
Preserving the Trust                              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do        2007-07-31

CONFIDENTIAL

DONGGUK0262912

# EXHIBIT 131

DIGITAL CHOSUN
# The Chosun Ilbo

## Biennale Curator's Degree Revealed a Forgery

A document that was used to show that a Dongguk University art professor had a doctoral degree from Yale has turned out to be a forgery.

Assistant Professor Shin Jeong-ah had used the fax, which appeared to have been sent from Yale University to Dongguk University, to confirm that she graduated with a doctoral degree in art.

However, in response to an e-mail inquiry by the Chosun Ilbo, Gila Reinstein at Yale University's Office of Public Affairs said, "The document has a different form from that of Yale University's official certificate. The document is a fake."

She said, "I couldn't contact Pamela Schirmeister, associate dean of Yale Graduate School, whose signature was on the faxed document. However her assistant said Prof. Schirmeister had never signed her name to such a document."

Shin was appointed professor at Dongguk University and the art director of the Gwangju Biennale partly on the strength of the fax. It now appears the document may have been forged in Korea.

Shin was contacted earlier in Paris, France, but it is unclear where she is now. The biennale foundation has withdrawn her appointment.

url: http://english.chosun.com/w21data/html/news/200707/200707130012.html

Copyright (c)2003 DIGITAL CHOSUN All rights reserved.
Contact letters@chosun.com for more information.
Privacy Statement Contact privacy@chosun.com

YALE00000760

# EXHIBIT 132

√÷ø¯«,, 7/19/07 2:47 PM -0400, Re: Question from Korea

1

To: √÷ø¯«, <circle@hani.co.kr>
From: Gila Reinstein <gila.reinstein@yale.edu>
Subject: Re: Question from Korea
Cc:
Bcc:


Dear Choi, Won–Hyung,

Jeong–Ah Shin did not earn a Ph.D. degree from Yale University. She was never enrolled as a student here.  The History of Art Department, where she says she studied, and the Office of the Registrar, which maintains student data, have no record of her.

The documents she presented are false. A diploma bearing her name, supposedly issued by Yale in 2005, has the signature of President Howard Lamar, who served as Yale president 1992-93, and Secretary Sheila Wellington, who left Yale in 1993. An authentic diploma from 2005 would have been signed by President Richard C. Levin and Secretary Linda Koch Lorimer.

The form Ms. Shin claims was faxed from the Yale Graduate School to confirm that she earned her degree does not resemble the document Yale issues for that purpose. Her document contains inappropriate information (her birth date, for example) that we do not include. It misspells the Associate Dean's name. It does not follow the form of the letter Yale sends.

Yale has no information about who might have created these false documents.

I hope this is helpful.

Yours,
Gila Reinstein

TO : YALE UNIVERSITY / GILA REINSTEIN, Assistant Director of Public Affairs
FROM : The Hankyoreh / W.H.Choi

Dear Gila Reinstein ;
Å@
Å@IÅ@amÅ@veryÅ@pleasedÅ@toÅ@contactÅ@you.
Å@MyÅ@nameÅ@isÅ@Choi,
Å@Won–HyungÅ@andÅ@IÅ@amÅ@workingÅ@forÅ@TheÅ@HankyorehÅ@whichÅ@isÅ@oneÅ@ofÅ@the
Å@progressiveÅ@pressÅ@inÅ@theÅ@Korea.
Å@YouÅ@mightÅ@beÅ@tiredÅ@ofÅ@theÅ@ceaselessÅ@questionÅ@fromÅ@theÅ@KoreanÅ@press,
Å@regardingÅ@theÅ@certificationÅ@ofÅ@Ms.Å@Shin,Å@Jeong–Ah.
Å@IfÅ@allowed,Å@pleaseÅ@giveÅ@meÅ@theÅ@answersÅ@forÅ@theÅ@belowÅ@questions;
Å@
Å@1.Å@YouÅ@haveÅ@confirmedÅ@thatÅ@Ms.Å@Shin,
Å@Jeong–AhÅ@didÅ@notÅ@takeÅ@theÅ@Ph.DÅ@degreeÅ@ofÅ@YaleÅ@UniversityÅ@andÅ@theÅ@do
cumentsÅ@forÅ@theÅ@certificationÅ@wereÅ@falsifiedÅ@inÅ@theÅ@interviewÅ@withÅ@oneÅ@ofÅ@
theÅ@KoreanÅ@pressÅ@thisÅ@week.Å@CanÅ@IÅ@askÅ@youÅ@toÅ@explainÅ@theÅ@moreÅ@detail

YALE00000500

√÷ø¯«¸, 7/19/07 2:47 PM -0400, Re: Question from Korea

edÅ@groundsÅ@forÅ@yourÅ@confirmation?
Å@
Å@2.Å@AsÅ@youÅ@mayÅ@know,
Å@itÅ@isÅ@oneÅ@ofÅ@theÅ@biggestÅ@issuesÅ@inÅ@KoreaÅ@thatÅ@Ms.Å@ShinÅ@hadÅ@beenÅ@
anÅ@professorÅ@withÅ@herÅ@falsifiedÅ@certification.Å@DoÅ@youÅ@haveÅ@anyÅ@casesÅ@similar
Å@toÅ@thisÅ@Ms.Å@ShinÅ@caseÅ@inÅ@yourÅ@University?
Å@-Å@IfÅ@so,
Å@canÅ@youÅ@tellÅ@theÅ@nationalityÅ@ofÅ@theÅ@personÅ@whoÅ@falsifiedÅ@theÅ@certification
?
Å@
Å@3.Å@PleaseÅ@giveÅ@meÅ@informationÅ@ifÅ@youÅ@haveÅ@anyÅ@resultÅ@onÅ@youÅ@examina
tionÅ@withÅ@thisÅ@Ms.Å@ShinÅ@case.
Å@
Å@ThankÅ@youÅ@&Å@BestÅ@regards,
  Choi, Won-Hyung


===========================
√÷ ø¯ «¸ (Choi, Won-Hyung)

«—∞‹∑πΩ≈π∕Æ³Á www.hani.co.kr
±π≥ª¥∫ΩƒΩ/24Ω√∆¿
»fi¥Î¿¸»≠ : 011-9045-3575
¿¸¿∏fi¿œ : circle@hani.co.kr
∫∑Œ±◊ : alldefy.egloos.com
        blog.hani.co.kr/alldefy
===========================

# EXHIBIT 133

√÷ø¯«¸, 7/20/07 2:32 PM -0400, Re: Question from Korea _____ 1

To: √÷ø¯«¸ <circle@hani.co.kr>
From: Gila Reinstein <gila.reinstein@yale.edu>
Subject: Re: Question from Korea
Cc:
Bcc:

Dear Choi, Won-Hyung,

After a careful search in the records of the Registrar of Yale University and the History of Art Department, it is clear that Jeong Ah Shin was never a student at Yale. Yale has no record of her at all.

Neither Pam Schirmeister nor any other Yale official signed documents affirming that she earned a degree. The phone and fax numbers on the false documents are correct, but that information is public knowledge. If Yale had received a request to confirm that Shin earned a degree from the Graduate School, Yale would have responded that she did not.

The documents Shin supplied are clearly false: the diploma is signed by Howard Lamar and Sheila Wellington, although it is supposed to have been awarded in 2005. Howard Lamar was president of Yale only in 1992-93, and Wellington left Yale in 1993. The fax that supposedly came from Associate Dean Pamela Schirmeister bears no resemblance to the letter her office sends to confirm a degree. In addition, the fax misspells "Schirmeister," among other errors.

Yale has had no instance of a faculty member with false documents, so far as I know. Occasionally, a student will apply for admission and submit false documents. The cases I'm aware of have involved U.S. citizens.

I hope this is helpful.

Best regards,
Gila Reinstein

TO : YALE UNIVERSITY / GILA REINSTEIN, Assistant Director of Public Affairs
FROM : The Hankyoreh / W.H.Choi

Dear Gila Reinstein ;
Â@ .
Â@IÂ@amÂ@veryÂ@pleasedÂ@toÂ@contactÂ@you.
Â@MyÂ@nameÂ@isÂ@Choi,
Â@Won-HyungÂ@andÂ@IÂ@amÂ@workingÂ@forÂ@TheÂ@HankyorehÂ@whichÂ@isÂ@oneÂ@ofÂ@the
Â@progressiveÂ@pressÂ@inÂ@theÂ@Korea.
Â@YouÂ@mightÂ@beÂ@tiredÂ@ofÂ@theÂ@ceaselessÂ@questionÂ@fromÂ@theÂ@KoreanÂ@press,
Â@regardingÂ@theÂ@certificationÂ@ofÂ@Ms.Â@Shin,Â@Jeong-Ah.
Â@IfÂ@allowed,Â@pleaseÂ@giveÂ@meÂ@theÂ@answersÂ@forÂ@theÂ@belowÂ@questions;

YALE00000513

√÷ø¯«¸, 7/20/07 2:32 PM -0400, Re: Question from Korea

Â@
Â@1.Â@YouÂ@haveÂ@confirmedÂ@thatÂ@Ms.Â@Shin,
Â@Jeong-AhÂ@didÂ@notÂ@takeÂ@theÂ@Ph.DÂ@degreeÂ@ofÂ@YaleÂ@UniversityÂ@andÂ@theÂ@do
cumentsÂ@forÂ@theÂ@certificationÂ@wereÂ@falsifiedÂ@inÂ@theÂ@interviewÂ@withÂ@oneÂ@ofÂ@
theÂ@KoreanÂ@pressÂ@thisÂ@week.Â@CanÂ@IÂ@askÂ@youÂ@toÂ@explainÂ@theÂ@moreÂ@detail
edÂ@groundsÂ@forÂ@yourÂ@confirmation?
Â@
Â@2.Â@AsÂ@youÂ@mayÂ@know,
Â@itÂ@isÂ@oneÂ@ofÂ@theÂ@biggestÂ@issuesÂ@inÂ@KoreaÂ@thatÂ@Ms.Â@ShinÂ@hadÂ@beenÂ@
anÂ@professorÂ@withÂ@herÂ@falsifiedÂ@certification.Â@DoÂ@youÂ@haveÂ@anyÂ@casesÂ@similar
Â@toÂ@thisÂ@Ms.Â@ShinÂ@caseÂ@inÂ@yourÂ@University?
Â@-Â@IfÂ@so,
Â@canÂ@youÂ@tellÂ@theÂ@nationalityÂ@ofÂ@theÂ@personÂ@whoÂ@falsifiedÂ@theÂ@certification
?
Â@
Â@3.Â@PleaseÂ@giveÂ@meÂ@informationÂ@ifÂ@youÂ@haveÂ@anyÂ@resultÂ@onÂ@youÂ@examina
tionÂ@withÂ@thisÂ@Ms.Â@ShinÂ@case.
Â@
Â@ThankÂ@youÂ@&Â@BestÂ@regards,
   Choi, Won-Hyung


===========================
√÷ ø¯ «¸ (Choi, Won-Hyung)

«—∞‹∑πΩ≈πÆªÂ www.hani.co.kr
±π≥ª¥∫Ω∫/24Ω√∆¿
»fi¥Î¿¸»≠ : 011-9045-3575
¿¸‹∏fi¿œ : circle@hani.co.kr
∫∑Œ±◊ : alldefy.egloos.com
          blog.hani.co.kr/alldefy
===========================

YALE00000514

# EXHIBIT 134

# Yale Daily News

Published: Wednesday, September 5, 2007

## Korea battles resume fakers

By Thomas Kaplan
Staff Reporter

Shin Jeong-ah was the youngest professor at the esteemed Dongguk University in Seoul. Boasting a doctorate from the History of Art department at Yale, she was a rising star, the curator of a celebrated South Korean art museum and the newly-appointed director of one of Southeast Asia's largest art exhibitions.

But Shin, it turns out, never attended Yale. In Korea, prestigious diplomas are currency for landing top jobs, and Shin has been shunned after the University confirmed this summer that her purported credentials were actually fiction.

The scandal did not stop with Shin. Her downfall spurred a wave of resume-checking across the country, with leading artists, scholars and celebrities falling from grace almost daily as the authorities discovered fabricated credentials.

Shin is now being investigated by Korean prosecutors and could face time in prison for forgery. A Yale spokeswoman, Gila Reinstein, said the University has no record of Shin ever attending the University.

Though disgraced in the Korean press, Shin doggedly maintained her innocence. She reportedly said she was coming to America to visit Yale and prove the legitimacy of her diploma, but has since disappeared, according to Korean newspapers. Shin, 35, referenced a 2005 fax transmission, purportedly from an associate dean of Yale's Graduate School, Pamela Schirmeister, which said Shin enrolled in the Graduate School at Yale in August 1996 and graduated with a doctorate in 2005.

"I certainly did receive a degree from Yale, which is proven by the document Dongguk received from Yale in 2005," Shin told Seoul's Chosun Ilbo daily newspaper in July, promising to take legal action to stop the "conspiracy" regarding her degree.

A University spokesperson said the alleged facsimile was not in the typical format used by Schirmeister to confirm the alumni degrees and did not even spell the dean's name correctly.

Meanwhile, the degree Shin presented as her own "has flagrant errors," Reinstein said. Although it was dated 2005, the year Shin claimed to have received her doctorate, the signature on the diploma was that of former president Howard Lamar, who left office in 1993, Reinstein said.

Shin's credentials were first called into question by a member of Dongguk's board of directors, who brought it to the attention of the media.

DONGGUK0001328

Since the scandal surfaced in July, many other South Korean stars have fallen. A prominent singer-songwriter had his radio and television gigs cancelled after his supposed degree from George Mason University was proved false. An architect claimed to have a fine arts degree from a college in Los Angeles that has no fine arts department. An eminent monk who presided over a 250,000-member temple acknowledged that he, too, had faked his college degree.

And the actress Yoon Suk-hwa, who has been called South Korea's Meryl Streep, admitted that her 30-year claim that she had graduated from a prestigious women's college was a lie that she had devised to help her career.

And help it did. In South Korea, experts say, academic credentials are seen as a gauge of an adult's worth as a person and affect his or her chances at everything from finding a spouse to landing a top job in business or academia. Since the Shin scandal, South Korean authorities have vowed to crack down on fake credentials, and lawmakers have proposed legislation that would create a system for verifying academic degrees.

"Before, we struggled more with fake luxury goods," Moon Moo-il, a Korean prosecutor heading the crackdown on forged diplomas, told The New York Times. "Now that we have entered the knowledge-based society, we have to deal with an overflow of fake knowledge."

Shin also claimed to have received bachelor's and master's degree from the University of Kansas, and though a KU spokesman said Shin did attend the university for at least three years, she did not receive any degree. Meanwhile, the disgraced professor's doctoral thesis was found to have been plagiarized from one submitted to the University of Virginia in the 1980s.

Shin could not be located for comment. She reportedly left Korea for the United States in mid-July, but her current whereabouts are unknown. Reinstein said she has not yet come to Yale as promised.

DONGGUK0001329

# EXHIBIT 135

πℓ°"∅Ó, 9/21/07 11:24 AM -0400, Re: Questions on Shin Jeong-ah scandal, from Maeil Busi      1

To: πℓ°"∅Ó <pandora525@mk.co.kr>
From: Gila Reinstein <gila.reinstein@yale.edu>
Subject: Re: Questions on Shin Jeong-ah scandal, from Maeil Business Newspaper of
Korea
Cc: tom.conroy@yale.edu, helaine.klasky@yale.edu
Bcc:

Jeong Ah Shin was never enrolled as a student at Yale University and did not attend
classes or earn a Ph.D. or any other degree from this university. Any document or
statement purporting to support her claim is false and was not issued by Yale University.

In order to earn a PhD degree from the Yale Graduate School of Arts and Sciences, a
student must register and attend the university full time for a minimum of three years,
during which time he or she must be in residence in New Haven, Connecticut. Ms. Shin
never registered at Yale. Her name does not appear in any records maintained by the
Registrar or by the Yale Graduate School.

Ms. Shin claims she was a student in the History of Art Department at Yale, and that
Professor Christine Mehring was her advisor. Professor Mehring has stated that she
never met or advised Ms. Shin.

The History of Art Department has no record of Jeong Ah Shin. Furthermore, they have
no knowledge or record of anyone named John Tracy or Tracy John, whom Ms. Shin says
was her "broker." The Graduate School has never dealt with "brokers," and the concept
is unknown to the University.

A doctoral dissertation must be researched and written by the person who submits it. A
doctoral dissertation must be original work done by the candidate for the degree. Yale
does not permit a tutor to write a dissertation. Dissertation work is closely supervised by
a Yale University professor or a Yale-approved committee of professors.


Dear Reinstein and Conroy,

Hello, my name is Park, Sowoon, and I am a journalist of Maeil Business Newspaper in Korea.

About two months ago, I talked with Reinstein on the phone.

These days, the scandal of Shin Jeong-ah, who allegedly faked her Yale diploma to become a professor,
still graces the headlines of newspapers.

Therefore, I would be delighted if you(Reinstein and Conroy) let me know whether the fax sent in Sep.
2005 was really sent at Yale or not.

In case of the fax wasn't sent by Yale, does Yale think there are some possiblities that there was a

YALE00000567

broker who forged the bogus diploma?

As all of us know, Yale is such a top-tier university. That's why a lot of Korean readers wonder: Is this the first case of fake diploma? Were there any similar scandals before?

About two months ago, Reinstein said to me that Yale was considering taking legal actions toward Shin Jeong-ah. So, Does Yale still plan to sue her? Are there any ways to deal with the scandal? What could be the option for tackling this issue?

Although your schedules are really tight, pls spend some time to make Korean readers check Yale's response to the case.

I'll look forward to receiving your replies soon.

Thanks. Have a nice day...


With best wishes, Sowoon

Park, Sowoon
Social affairs desk,
Maeil Business Newspaper
pandora525@mk.co.kr

YALE00000568

# EXHIBIT 136

√÷ø¯«'₂ 9/21/07 11:29 AM -0400, Statement from Yale University                    1

To: √÷ø¯« ₂ <circle@hani.co.kr>
From: Gila Reinstein <gila.reinstein@yale.edu>
Subject: Statement from Yale University
Cc: helaine.klasky@yale.edu, tom.conroy@yale.edu
Bcc:

Because the story of Ms. Jeong Ah Shin continues to appear in the news, Yale University
has issued the following statement:

Jeong Ah Shin was never enrolled as a student at Yale University and did not attend
classes or earn a Ph.D. or any other degree from this university. Any document or
statement purporting to support her claim is false and was not issued by Yale University.

In order to earn a PhD degree from the Yale Graduate School of Arts and Sciences, a
student must register and attend the university full time for a minimum of three years,
during which time he or she must be in residence in New Haven, Connecticut. Ms. Shin
never registered at Yale. Her name does not appear in any records maintained by the
Registrar or by the Yale Graduate School.

Ms. Shin claims she was a student in the History of Art Department at Yale, and that
Professor Christine Mehring was her advisor. Professor Mehring has stated that she
never met or advised Ms. Shin.

The History of Art Department has no record of Jeong Ah Shin. Furthermore, they have
no knowledge or record of anyone named John Tracy or Tracy John, whom Ms. Shin says
was her "broker." The Graduate School has never dealt with "brokers," and the concept
is unknown to the University.

A doctoral dissertation must be researched and written by the person who submits it. A
doctoral dissertation must be original work done by the candidate for the degree. Yale
does not permit a tutor to write a dissertation. Dissertation work is closely supervised by
a Yale University professor or a Yale-approved committee of professors.


TO : YALE UNIVERSITY / GILA REINSTEIN, Assistant Director of Public Affairs
FROM : The Hankyoreh / W.H.Choi

Dear Gila Reinstein ;
Å@
Å@IÅ@amÅ@veryÅ@pleasedÅ@toÅ@contactÅ@you.
Å@MyÅ@nameÅ@isÅ@Choi,
Å@Won-HyungÅ@andÅ@IÅ@amÅ@workingÅ@forÅ@TheÅ@HankyorehÅ@whichÅ@isÅ@oneÅ@ofÅ@the
Å@progressiveÅ@pressÅ@inÅ@theÅ@Korea.
Å@YouÅ@mightÅ@beÅ@tiredÅ@ofÅ@theÅ@ceaselessÅ@questionÅ@fromÅ@theÅ@KoreanÅ@press,
Å@regardingÅ@theÅ@certificationÅ@ofÅ@Ms.Å@Shin,Å@Jeong-Ah.
Å@IfÅ@allowed,Å@pleaseÅ@giveÅ@meÅ@theÅ@answersÅ@forÅ@theÅ@belowÅ@questions;
Å@

YALE00000569

2

√÷ø¯«„ 9/21/07 11:29 AM -0400, Statement from Yale University

Â@1.Â@YouÂ@haveÂ@confirmedÂ@thatÂ@Ms.Â@Shin,
Â@Jeong-AhÂ@didÂ@notÂ@takeÂ@theÂ@Ph.DÂ@degreeÂ@ofÂ@YaleÂ@UniversityÂ@andÂ@theÂ@do
cumentsÂ@forÂ@theÂ@certificationÂ@wereÂ@falsifiedÂ@inÂ@theÂ@interviewÂ@withÂ@oneÂ@ofÂ@
theÂ@KoreanÂ@pressÂ@thisÂ@week.Â@CanÂ@IÂ@askÂ@youÂ@toÂ@explainÂ@theÂ@moreÂ@detail
edÂ@groundsÂ@forÂ@yourÂ@confirmation?
Â@
Â@2.Â@AsÂ@youÂ@mayÂ@know,
Â@itÂ@isÂ@oneÂ@ofÂ@theÂ@biggestÂ@issuesÂ@inÂ@KoreaÂ@thatÂ@Ms.Â@ShinÂ@hadÂ@beenÂ@
anÂ@professorÂ@withÂ@herÂ@falsifiedÂ@certification.Â@DoÂ@youÂ@haveÂ@anyÂ@casesÂ@similar
Â@toÂ@thisÂ@Ms.Â@ShinÂ@caseÂ@inÂ@yourÂ@University?
Â@-Â@IfÂ@so,
Â@canÂ@youÂ@tellÂ@theÂ@nationalityÂ@ofÂ@theÂ@personÂ@whoÂ@falsifiedÂ@theÂ@certification
?
Â@
Â@3.Â@PleaseÂ@giveÂ@meÂ@informationÂ@ifÂ@youÂ@haveÂ@anyÂ@resultÂ@onÂ@youÂ@examina
tionÂ@withÂ@thisÂ@Ms.Â@ShinÂ@case.
Â@
Â@ThankÂ@youÂ@&Â@BestÂ@regards,
  Choi, Won-Hyung


=============================
√÷ ø¯ «„ (Choi, Won-Hyung)

«—∞‹∑πΩ≈πÆªÁ www.hani.co.kr
±π≥ª¥∫Ω∫/24Ω√∆¿
»fi¥Î¿„»≠ : 011-9045-3575
¿‚¿Áﬂfi¿œ : circle@hani.co.kr
∫∑Œ±◊ : alldefy.egloos.com
          blog.hani.co.kr/alldefy
=============================

# EXHIBIT 137

To: "arche442" <arche442@hanmail.net>
From: Gila Reinstein <gila.reinstein@yale.edu>
Subject: Statement from Yale University
Cc:
Bcc:

Because the story of Ms. Jeong Ah Shin continues to appear in the news, Yale University
has issued the following statement:

Jeong Ah Shin was never enrolled as a student at Yale University and did not attend
classes or earn a Ph.D. or any other degree from this university. Any document or
statement purporting to support her claim is false and was not issued by Yale University.

In order to earn a PhD degree from the Yale Graduate School of Arts and Sciences, a
student must register and attend the university full time for a minimum of three years,
during which time he or she must be in residence in New Haven, Connecticut. Ms. Shin
never registered at Yale. Her name does not appear in any records maintained by the
Registrar or by the Yale Graduate School.

Ms. Shin claims she was a student in the History of Art Department at Yale, and that
Professor Christine Mehring was her advisor. Professor Mehring has stated that she
never met or advised Ms. Shin.

The History of Art Department has no record of Jeong Ah Shin. Furthermore, they have
no knowledge or record of anyone named John Tracy or Tracy John, whom Ms. Shin says
was her "broker." The Graduate School has never dealt with "brokers," and the concept
is unknown to the University.

A doctoral dissertation must be researched and written by the person who submits it. A
doctoral dissertation must be original work done by the candidate for the degree. Yale
does not permit a tutor to write a dissertation. Dissertation work is closely supervised by
a Yale University professor or a Yale–approved committee of professors.


"arche442" <arche442@hanmail.net>
X–Originating–IP: [61.73.132.10]
From: "arche442" <arche442@hanmail.net>
Organization:
To: <gila.reinstein@yale.edu>
Subject: Dear Pamla schirmeister (from Buddhist Weekly Newspaper in korea)
Date: Fri, 20 Jul 2007 19:47:36 +0900 (KST)
X–HM–UT: 7nMGvruaAnnB1GCCY8YJlOrB6EdW92yowGOsRZzGS+s=
X–Hanmail–Attr:
X–ATTFILE–SIZE: 0

YALE00000573

X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
X-Yale-Not-Spam: For more info see:
http://www.yale.edu/email/spam/content.html
X-Yale-Spam-Score: ** (2.667)
X-Yale-Filter-Score: 2.667
p {margin-top:0px;margin-bottom:0px;}

Dear Pamla schirmeister

I am Yu Eung-oh on the staff of Buddhist Weekly Newspaper.

I write to you, who is an utter stranger for me, in order to find out details of the alleged forgery of academic degrees by Dongguk University assistant professor Shin Jeong-ah.

Recently Korean society is very unrest with the case of Shin; please take time to answer my questions.

Ms. Shin Jeong-ah was specially employed as a professor for Dongguk University on September 1, 2005. At that time, Shin submitted documents with your signature on them as a ground for a doctorate from Yale University. The documents are incorrect with wrong characters of 'Pamla schirmeistr' for your name. Later, as a rumor that Shin forged her academic degrees spread, Dongguk University Economics professor Ahn Gyeong-taek, who was in charge of appointment, mailed an official document which asked confirmation to Yale University School of Arts on September 5 and you confirmed the degrees on September 22.

As the allegation of Shin's forgery of academic degrees persisted with time, Dongguk University director Rev. Jangyun asked Shin to submit her doctoral thesis and she presented <Guillaume Apollinaire: Catalyst for Primitivism, For Picabia and Duchamp> as her own thesis for a doctorate. The thesis also had your signature. However, the investigation revealed that the thesis was identical with that of University of Virginia in 1981, which led to the increase in suspicion; therefore, this journal interviewed Seoul National University professor Jang Jin-seong, who got a doctorate from Yale University, revealing that Shin's thesis was against the rules of Yale University in many ways. As the case progressed, another newspaper! publishing company reported that Shin failed to get even a bachelor's or master's degree.

Now Korean people are so curious about the process of Shin's forging a doctorate; so I will ask you a few questions as follows:

Â¢ Did you send documents confirming Shin's doctorate to the Sungkok Art Museum on May 27, 2005? And did you sign them?

Â¢ Did you send documents confirming Shin's doctorate by facsimile on September 22, 2005?

Â¢ Have you ever signed Shin's thesis?

Â¢ Does the place you worked at as of September 2005 have a telephone number of 203-436-2628 and a fax number of 203-432-6904?

Â¢ Are you acquainted with Ms. Shin?

Even if you feel annoyed at answering my questions, please make sincere replies for this journal that makes efforts to inquire into the truth of this case and Korean people who want to know the truth.

YALE00000574

arche442 @ hanmail.net

최대 10만원 자동차 보험료 절약하기!

[≥™¿« ∂Û¿Ã∫∫∑ØΠÆ, «¬Πfi¿œ]  [æ∆¿ÃΩ∫πfl∑π2007]ø° ø©∑Ø∫−¿ª √ ¥Î«'¥œ¥Ÿ!



Pamela Schirmeister
Associate Dean
The Graduate School
Yale University

P.O. Box 208236
New Haven CT 06520–8236
203–432–9098

Confidentiality Notice: This e-mail message and any attachments are for the sole use of
the intended recipient (s) and may contain proprietary, confidential, or privileged
information. Any unauthorized review, use, disclosure, or distribution is prohibited and
may be a violation of law. If you are not the intended recipient or a person responsible
for delivering this message to an intended recipient, please contact the sender by reply
email and destroy all copies of the original message immediately.

YALE00000575

# EXHIBIT 138

Digital Chosunilbo (English Edition) : Daily News in English About Korea          Page 1 of 1

**DIGITAL CHOSUN**
## The Chosun Ilbo

### Biennale Art Director Accused of Phony Credentials

Korea's art community is in chaos as evidence has emerged that suggests Dongguk University Assistant Professor Shin Jeong-ah (35) may have lied about her educational background and theses. Shin is the art director of next year's Gwangju Biennale.

"Amid suspicions about her doctoral art degree from Yale University, Dongguk asked for confirmation from Yale in the name of university dean Oh Young-kyo," a Dongguk official said. He said the school received a response from Yale in the name of President Richard Charles Levin stating that Shin's degree is fake and that she was never registered as a student there.

Suspicions have been growing since last Wednesday when Shin was appointed the biennale's art director. Biennale officials have made no official statement yet, but have shown a document backing Shin's claims -- a faxed response from Yale to a Dongguk inquiry in Sept. 2005.

In the fax, Pamela Schirmeister, associate dean of Yale Graduate School, confirms that Shin entered Yale's art history department in Aug. 1996 and graduated in May 2005 with a doctoral degree in art. Dongguk said at a Wednesday news conference that Yale has agreed to look into the fax and that Dongguk would also investigate.

In a telephone interview with the Chosun Ilbo Tuesday, Shin, currently on a business trip in Europe, said, "I certainly did receive a degree from Yale which is proven by the document Dongguk received from Yale in 2005. I will make a statement and take legal action as soon as I return to Seoul."

url: http://english.chosun.com/w21data/html/news/200707/200707120008.html

Copyright (c)2003 DIGITAL CHOSUN All rights reserved.
Contact letters@chosun.com for more information.
Privacy Statement Contact privacy@chosun.com

DONGGUK0000920

Digital Chosunilbo (English Edition) : Daily News in English About Korea          Page 1 of 1

english.chosun.com
# National/Politics

Weather : Incheon –1.1 °C




• Home    • Article List    • Site Index    • About us    • RSS

| National/Politics |
| Biz/Tech |
| Culture/Sports |
| Editorials |
| Columns |

Home> National/Politics

Updated July. 12, 2007 07:40 KST

✉ E-Mail This Article | 🖨 Printer-Friendly Version

**Most Viewed Stories**
🔲 Miss Korea Accepted by MIT
🔲 Kim Jong-il in Baffling China Pledge
🔲 How to Take a Winning Picture for Your Resume
🔲 Korea's First Man on the Haute
**Something Completely Different**
• Korea – A Desert Island in the Globalized World?
• Experts Divided Over Mercury in Tuna
• Na Hoon-a and the Poison of Celebrity Rumor

## Biennale Art Director Accused of Phony Credentials

Korea's art community is in chaos as evidence has emerged that suggests Dongguk University Assistant Professor Shin Jeong-ah (35) may have lied about her educational background and theses. Shin is the art director of next year's Gwangju Biennale.



Dongguk University Assistant Professor Shin Jeong-ah

"Amid suspicions about her doctoral art degree from Yale University, Dongguk asked for confirmation from Yale in the name of university dean Oh Young-kyo," a Dongguk official said. He said the school received a response from Yale in the name of President Richard Charles Levin stating that Shin's degree is fake and that she was never registered as a student there.

Suspicions have been growing since last Wednesday when Shin was appointed the biennale's art director. Biennale officials have made no official statement yet, but have shown a document backing Shin's claims -- a faxed response from Yale to a Dongguk inquiry in Sept. 2005.

In the fax, Pamela Schirmeister, associate dean of Yale Graduate School, confirms that Shin entered Yale's art history department in Aug. 1996 and graduated in May 2005 with a doctoral degree in art. Dongguk said at a Wednesday news conference that Yale has agreed to look into the fax and that Dongguk would also investigate.

In a telephone interview with the Chosun Ilbo Tuesday, Shin, currently on a business trip in Europe, said, "I certainly did receive a degree from Yale which is proven by the document Dongguk received from Yale in 2005. I will make a statement and take legal action as soon as I return to Seoul."

(englishnews@chosun.com )

✉ E-Mail This Article | 🖨 Printer-Friendly Version  |  🗐 Articles List

←Back  ↑Top

chosun.com
朝鮮日報
Copyright (c) 2007 The Chosun Ilbo & Digital Chosun Ilbo All rights reserved.
Contact letters@chosun.com for more information.
Privacy Statement Contact privacy@chosun.com

YALE00000178

# EXHIBIT 139

⊞ Zoom in   ⊟ Zoom out   🖨 Print   ✉ E-mail   ⊡ Add to **My Blog**   🔲 dictionary

# Art luminary forged her academic credentials 🔲

July 12, 2007



Shin Jeong-ah, a well known art history professor at Dongguk University, is one of the country's better known art curators and experts.

A rising star in her field, Shin, 35, was about to add another title to her impressive resume on July 4 when she was named the artistic co-director of the 2008 Gwangju Biennale, Korea's biggest arts event.

The official announcement was slated for Monday.

Only one problem. Shin has just been caught falsifying her academic records, including her claim to hold a doctorate from Yale University and two degrees from the University of Kansas.

Shin Jeong-ah

Lee Sang-il, Dongguk's dean of academic affairs, held a press conference yesterday on campus, "Yale University notified us that Shin has never registered with the school, let alone received a doctoral degree."

The University of Kansas told Yonhap yesterday that Shin attended the school from 1992 to 1996, but did not graduate.

The university will take stern measures against Shin's fraud, Lee said. It will also try to prevent the same thing from happening again.

Shin is not only a professor but she also oversees one of the county's best known museums. As chief curator of the Sungkok Art Museum in central Seoul, Shin has hosted several major exhibitions, including a John Burningham 40th anniversary exhibition last year and a current show by American photographer William Wegman.

She would be the youngest art director of the Gwangju Biennale, if her appointment goes through.

The Gwangju event organizers, however, plan to hold a press conference today to revoke their initial decision.

Shin, who has been in Paris since suspicion over her background surfaced last week, plans to return to Korea on Friday, according to a source close to her.

The suspicion over her academic credentials surfaced when an official at Dongguk University told Yonhap the school had received a tip that Shin forged her academic records and submitted a fake doctoral dissertation when she applied to become a professor in 2005.

DONGGUK0001548

She claimed to have received a Ph.D. from Yale in 2005 and bachelor's and master's degrees from the University of Kansas before that.

The school said it belatedly found out that her dissertation about French poet Guillaume Apollinaire is almost identical to a previously published work by someone else.

Jang Jin-sung, a Seoul National University professor who graduated from the Department of Art History at Yale in 2004, told reporters Monday that Shin did not go to Yale.

Shin has denied the allegations.

"If I lied about my academic records, it would have been checked when the university was deciding to hire me," she told the JoongAng Ilbo Monday from Paris.

According to Dongguk's Lee, the school did not verify Shin's bachelor's and master's degrees when she was hired. He said the school received a positive response at the time from Yale, but he did not elaborate on what that meant.

Around 700,000 people visited the 2006 Gwangju Biennale.

By Moon Gwang-lip Staff Writer/ Kwon Ho JoongAng Ilbo

⊕ Zoom in    ⊖ Zoom out    🖶 Print    ✉ E-mail    ⊡ Add to **My Blog**    [ABC] dictionary

DONGGUK0001549

# EXHIBIT 140

[DONGGUK0002001]

Fusion Power: Herald Business, the people's journal of culture and economy         Page 1/2

Herald Business

Fake Degree ... Fabricated dissertation... Severe moral hazard for the artistic community

Cries of "international humiliation" ... Verification system needed

"What on Earth is going in on in Korea?" That was the bewildered reaction of Yale's Gila Reinstein as telephone calls and emails flooded into the public affairs office at Yale University in the United States, checking whether Professor Jeong-Ah had received a doctorate.

It looks like we're just creating a general uproar in order to belatedly verify the doctorate of a young female professor.

This applies to the Korean arts and culture and educational communities as well.

With virtually no verification channels, or ones so weak that they might as well not exist, fakery like this runs unchecked in the arts and culture community.

An even bigger problem is that if someone is famous, nearly all universities, as well as institutions and groups, line up to get that influential person, and verification takes a back seat.

Under these conditions, in the current state of the cultural community, even when problems are raised over someone forging a degree, fabricating a dissertation, and brazenly using someone else's plans and writings, after a month or two they can once again go around with their head held high.

Dongguk University has explained that "many of the procedures were omitted in order to acquire an experienced and capable talent."

But the failure even to verify the diploma (Ph.D.), which is absolutely required, shows the true, lax condition of Korea's colleges of art and music.

It is difficult for someone at a foreign university not to snicker at this.

The artistic community that has been hit by this fake degree incident cannot hide its shock.

Between the rough time over corruption in the awards at the Korean Fine Arts Festival and the fake doctorate incident, many lament that "who would trust the artistic community under these conditions?"

There has been a surge of calls for an end to the endemic practice of hurriedly offering important posts and high honors based on prestigious academic background and connections.

[DONGGUK0002002]

Fusion Power: Herald Business, the people's journal of culture and economy       Page 2/2

A professor at Dongguk University said "There were warnings about Jeong-Ah Shin's forged degree.

"There were rumors going around in the artistic community prior to her hiring in 2005, and so the majority of faculty were concerned and opposed her hiring.

"But now that this has happened, we can only be ashamed."

In the artistic community, indifference to ethics extends from recent cases in which someone is hired by a university without having acquired a degree, then discovered and driven out of the university, to cases of international humiliation in which a famous foreign critic's writings were copied and used without authorization.

In particular, since Professor Shin herself had often strongly criticized this endemic practice, one feels a sense of betrayal in this case.

Accordingly, this is now the time for the artistic community to require verification of every rumor of "fakery."

In other words, a verification system needs to be put in place to make the fakery of personnel qualifications, dissertations and plans impossible. Concerns are also being raised about the turmoil caused by ignoring the internal disagreements and chatter that always spread prior to a large international event like the Gwangju Biennale.

Yeong-Ran Lee (yrlee@heraldm.com)

7/12/2007

Copyright 2001 ~ 2004 Herald Media INC. All rights reserved.

CLOSE ⊠

# 헤럴드경제

🖶 PRINT

**허위학력… 논문조작… 문화계 모럴해저드 심각**

**"국제망신"자성 목소리… 검증 시스템 갖춰야**

"도대체 한국에 무슨 일이 있는 거냐?" 최근 며칠간 미국 예일대 대외협력처에 신정아 교수의 박사학위 취득 사실을 확인하는 전화와 e-메일이 폭주하자 담당자 길라 라인스틴 씨는 도무지 이해할 수 없다는 반응이었다.

뒤늦게 한 젊은 여교수의 박사학위를 검증하기 위해 난리법석을 치는 게 바로 우리의 모습이다.

이는 곧 한국 문화예술계와 교육계의 실상이기도 하다.

이처럼 검증채널이 거의 없거나, 있어도 허술하기 짝이 없어 문화예술계는 가짜가 판치고 있다.

더욱 큰 문제는 이름만 좀 나면 검증은 뒷전인 채 그 실력자를 잡기 위해 거의 모든 대학이며 기관, 단체가 줄을 선다는 점이다.

상황이 이러니 가짜로 학력을 위조하고, 논문을 조작하고, 남의 기획이며 글을 버젓이 가져다 써서 문제를 일으켜도 한두 달 후에는 다시 고개를 빳빳이 들고 다니는 게 문화계의 현주소다.

동국대의 경우 "현장경험이 풍부한 유능한 인재를 잡기 위해 상당부분 절차를 생략했다"고 해명했다.

그러나 반드시 이뤄져야 할 학위기(PhD) 검증조차 안 했다는 것은 너무나 허술한 국내 예체능계 대학의 실체를 그대로 보여주는 대목이다.

외국대학 관계자가 들으면 그야말로 코웃음을 칠 사건이 아닐 수 없다.

이번 가짜 학위 사건을 접한 미술계는 충격을 감추지 못하고 있다.

올초 대한민국미술대전 수상자 선정 비리로 큰 홍역을 치렀는데 가짜 박사 사건까지 터졌으니 '이래서야 미술계를 누가 믿겠느냐'며 한탄에 빠져 있다.

학벌과 인맥만 중시하며 높은 자리와 요직을 턱턱 건네는 풍토는 사라져야 한다는 지적도 팽배하다.

Fusion Power - 대중경영문화지 '헤럴드경제'                                페이지 2 / 2

동국대 모 교수는 "신씨의 가짜 학위 파문은 예고된 것이었다.

지난 2005년 임용되기 전부터 미술계에서 소문이 파다해 교내 상당수 인사가 임용을 반대했고 우려했다.

그런데도 이런 일이 터져 창피할 따름"이라고 말했다.

미술계에서는 실제로 최근 학위를 취득하지 않은 채 대학에 임용됐다가 뒤늦게 적발돼 대학에서 물러난 사례를 비롯해 외국 유명 평론가의 평론을 무단 발췌해 사용했다가 국제적 망신을 당한 일 등 도덕불감증이 이어지고 있다.

특히 신 교수 자신이 미술계의 이 같은 풍토에 대해 평소 강하게 비판해 왔다는 점에서 이번 사건은 배신감까지 느끼게 하고 있다.

따라서 이제 미술계에서는 차제에 '가짜'와 관련된 소문을 하나하나 검증해봐야 할 시점이라는 목소리가 높다.

즉 철저한 검증시스템을 갖춰 부실한 인사와 가짜 논문, 가짜 기획이 발붙이지 못하도록 해야 한다는 것. 아울러 비엔날레 같은 대규모 국제행사를 앞두고 매번 불거지는 내부 갈등과 인사 잡음도 더이상 방치해서는 곤란하다는 지적도 제기되고 있다.

이영란 기자(yrlee@heraldm.com)

2007.07.12

Copyright 2001 ~ 2004 Herald Media INC. All rights reserved.

# CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0002001-02 from the Korean language into the English language.

I further certify that translation of DONGGUK0002001-02 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

Samuel Henderson
**Professional Translator**

Subscribed and sworn to before me on ___27th___ day of __July__, __2011__ (year)

(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
Sep. 2016
(Notary Stamp)

# EXHIBIT 141

[Translation]

**Chosun.com**
Kyu Hyun Lee, reporter kyuh@chosun.com
Ran Hee Park, reporter rhpark@chosun.com
Uploaded: July 12, 2007 00:44 / Updated: July 12, 2007 03:32
http://news.chosun.com/site/data/html_dir/2007/07/12/2007071200085.html

### The "Fake Doctor" Scandal for the Cinderella of the Art World

The whole art world was thrown into confusion as conclusive testimonies supporting the forgery of the educational background and thesis by Jeong Ah Shin, an Assistant Professor at Dongguk University (Chief Curator at Sungkok Art Museum) who was recently appointed as the Co-director for the Gwangju Biennale 2008, continues to unfold.   Sang Il Lee, Head of the Office of Academic Affairs at Dongguk University, held a press conference on the 11th and stated that "in response to the request for confirmation sent to Yale in the name of Dongguk University President Oh Young-kyo on account of the doubts about Shin's Yale doctorate in Art History, we received confirmation via e-mail from Yale University President Richard C. Levin that 'Shin's doctorate has been forged and there is no record of her having enrolled as a student at Yale.'"

Chosun Ilbo also confirmed through telephone and e-mail on July 10th with Gila Reinstein at Yale University's Office of Public Affairs, that "no student by the name of Jeong Ah Shin ever enrolled in any courses or obtained a doctorate degree from Yale."   Yonhap News also reported on July 11th that "both the University of Kansas and Kansas State University (from which Shin allegedly graduated from) confirmed that no student by the name of Jeong Ah Shin ever graduated with a bachelor's, master's or doctor's degree from either university."

After working as the Chief Curator at Kumho Museum of Art (1997-2001), Shin is currently the Chief Curator at Sungkok Art Museum, and drew attention with such exhibitions of first-class foreign artists as "Atelier Adamson-David Adamson and His Friends: Chuck Close, Robert Rauschenberg, Jim Dine, etc. (2005)," and "40th Anniversary Exhibition of John Burningham (2006)," the world-renowned children's storybook writer.   She also served as a member of the recommendation committee at the National Museum of Contemporary Art in 2006, and became the talk of the town when she was appointed the Director for the Gwangju Biennale, the youngest ever to serve in the position.

In this regard, the Gwangju Biennale stated "we will clarify our position on Professor Shin through a press conference in the morning of July 12[th], and decide whether to go on alone with one of the co-directors, Okwui Enwezor (U.S.), or whether to select a new Korean director at the committee meeting scheduled to be held on the 18[th]," which suggests that Professor Shin would in fact be dismissed from the directorship.

The suspicion surrounding Professor Shin's academic degrees was introduced in full-scale since July 4th when she was appointed the artistic director for Gwangju Biennale.   In the meantime, Dongguk University and Gwangju Biennale presented the document from Yale University confirming the doctorate degree of Professor Shin, but reserved any official comment.   This document shows Yale University's facsimile answer to the request for confirmation in September 2005 at the time of Dongguk University's recruitment of Professor Shin.   In the document, Pamela Schirmeister, Associate Dean, affirms that the fact "that 'Jeong Ah Shin enrolled in the Art History Department in August 1996 and graduated with a doctorate degree in May 2005' was issued by the Yale Graduate School and signed by me."

YALE00000753

[Translation]

Byung Ho Kim of the Office of Administration at Dongguk University stated that, "I do not know what happened because the staff personnel at Dongguk University sent the request by mail and received the response through facsimile directly from Yale University."   At the press conference held on July 11th, Dongguk University stated that "Yale University will begin an investigation about this document, and so will we."   Chosun Ilbo attempted to contact Pamela Schirmeister, the Associate Dean who signed the document, through telephone and e-mail, but was informed that she would be "absent until July 16th."

Professor Shin, who is currently in Europe on business, stated through the telephone interview conducted with Chosun Ilbo on July 10th that "it is true that I received a doctorate degree from Yale.   The document Dongguk University received in 2005 affirms this, and I will provide an explanation and take legal measures as soon as I return."   If Professor Shin's schooling in the U.S. is finally confirmed to be false, the documents submitted to Dongguk University and Gwangju Biennale, Schirmeister's fax allegedly sent from Yale in 2005, as well as the thesis allegedly written by her would all turn out to be 'false.'   It would cause no small shock to the academia as well as the art world.   Yeol Choi, an art commentator, said that "she was a talented curator who became the object of envy among the artists already at the age of mid-30s.   This is a great shock to the art world."

**Professor Shin already went through all major posts in the art world at 35**

She was a leading curator in the art world who worked as the chief curator for major museums, a professor, and a columnist for a major daily newspaper already at the age of 35.

She was trusted in the respective field even to the point of serving as a member of the recommendation committee at the National Museum of Contemporary Art, and as art collection advisor for major groups.   She was touted as "creative talent that brought a whirlwind to the art world."

YALE00000754

# EXHIBIT 142

[DONGGUK0000931]

Accurate Press and Fast News, Internet Yonhap News                                  Page 1/2

[Logo] Yonhap News                                                                    Print | Close

'Suspicion of Academic Record Falsified by Jeong Ah Shin' Officially Presented at Her
Appointment in 2005
Foundation and School, Did not verify based on unclear reasons

    (Seoul = Yonhap News)  Reported by Hwa Sop Im and Eun Jin Im = It was revealed that
suspicion of her academic record falsification by assistant professor Jeong Ah Shin (35, female)
of Dongguk University was presented within the school at least twice, including during her
appointment in 2005 and early this year.

    Accordingly, a question is also being raised about whether the school identified the
suspicion long ago but neglected its efforts for verification or attempted to conceal it.

    Jong Uk Lee, who is the chairman of faculty association in Dongguk University,
disclosed on the 13th day, "When the assistant professor was appointed in 2005, the professors
belonging to the college of arts presented suspicion of academic record falsification, and
professor Oh met with then president Ki Sam Hong and communicated details of such
suspicion."

    At the time, according to the chairman Lee, professors of the college of arts and the
graduate school of culture and arts were certain that the academic degree that Shin had claimed
to have received was fake and actively opposed to her appointment, but the school ignored this
and enforced the special appointment.

    He explained, "Shin, who was appointed for the major of fine arts history, was placed not
in the college of arts but in the graduate school of culture and arts, and then she took a leave of
absence for 6 months before her affiliation was changed to the academy of liberal arts education
because of the opposition of the professors."

    Further, in the 226th board of directors meeting for the school corporation Dongguk
University held on February 15, evidence data including various statements and a list of articles
that indicated the forged doctorate degree and plagiarized articles of Jeong Ah Shin were
presented, but they were also ignored by the foundation and school.

    It was told that director Yoon Jang (Buddhist name: Yoon Jang) who exposed the
suspicion at the time said, "If it is a genuine academic degree, I'll take the responsibility.
However, if it is found to be a false academic degree, the person involved in her hiring and the
president (Ki Sam Hong at the time) shall not be exempted from being responsible."

    However, the school never even attempted to obtain additional verification and let the
time pass for over 3 months before it dismissed Jang from his director position in the 228th board
of directors meeting held on May 29.

According to the minutes of the board of directors meeting, the case of director Jang's dismissal presented by the chairman of the board Yong Taik Im (Buddhist name: Youngbae) was passed by all the 9 directors present except for director Jang.

The current president Young Kyo Oh was also attendant as director and cast a yes vote for the case of director Jang's dismissal.

As chairman of the board Im presented the case at the time, he explained, "While director Jang had made various complaints and appeals to the executive department of this corporation, they all resulted in no suspicion, and he also stated falsehoods concerning acquisition of an academic degree by assistant professor Shin in the 226th board of directors meeting."

Academic affairs support director Sang Il Lee reported, "A number of verification methods were used concerning whether the doctorate degree of assistant professor Shin was true or not, it was determined to be without any problems."

[DONGGUK0000932]

Accurate Press and Fast News, Internet Yonhap News                    Page 2/2

However, it means that although highly reliable new evidence had emerged, the school did not even attempt to obtain any additional verification, but drove valid presentation of suspicion to a false claim to enforce dismissal of a director, which has attracted attention on its background.

According to the minutes of the meeting, most of the details of discussion and reports at the time relating to the dismissal case dealt with the suspicion of academic record falsification by assistant professor Shin, which was presented by director Jang.

That is why such conjecture that director Jang was 'dismissed as retaliation' and the question about why Dongguk University did not conduct verification properly even though suspicion had been presented repeatedly have persisted in the circles of academia, fine arts, Buddhism, etc.

In response to the above, one director of Dongguk University who attended and voted for the unanimous approval on the dismissal case disclosed, "Director Jang will be asked to be totally responsible for causing such problems with those concerned in the foundation and school based on his complaint, accusation, action, etc."

On the other and, Jeong Ah Shin, who had left for Paris, France on the 5th day, has not returned as of this morning, as she was originally scheduled, and her name is not listed on the reservation sheet of the flight scheduled for arrival this afternoon, either.

Shin talked on the phone with Yonhap News on the 8th day and said, "I plan to return home on the 12th day, ahead of my schedule. I will express my position to Kwangju Biennale after I return on the morning of the 13th day."

As Shin has resigned from both the Sunggok Art Gallery and Dongguk University where she was employed, there is also such observation that she left the country with the intent to stay overseas for a long period.

solatido@yna.co.kr
engine@yna.co.kr
(END)

<Copyright (C) Yonhap News.  Unauthorized reproduction or redistribution prohibited.>
[Manuscript sent 07/13/2007 09:50]
[Logo] Yonhap News This article is prohibited from reproduction in whole or part without the consent of Yonhap News.
Copyright © 2005 Yonhap News. All rights reserved.

연합뉴스                                            🖨인쇄⎮🗙닫기

## `신정아 학력위조 의혹' 2005년에 임용때 공식 제기

재단과 학교, 석연치 않은 이유로 검증안해

(서울=연합뉴스) 임화섭 임은진 기자 = 신정아(35·여) 동국대 조교수의 학력위조 의혹이 2005년 임용 당시와 올해 초 등 최소한 2차례에 걸쳐 학내에서 제기됐던 것으로 드러났다.

이에 따라 학교측이 오래 전에 의혹을 파악하고서도 검증을 소홀히 하거나 은폐하려 한 것 아니냐 는 의문도 제기되고 있다.

이종옥 동국대 교수회장은 13일 "신정아 조교수가 2005년 임용될 때 예술대학 소속 교수들이 학력 위조 의혹을 제기했으며 오모 교수가 흥기상 당시 총장을 만나 의혹 내용을 전달했다"고 밝혔다.

당시 예술대학과 문화예술대학원 교수들은 신씨가 예일대에서 받았다는 학위가 가짜임이 확실하 다고 보고 극구 채용에 반대했으나 학교측은 이를 묵살하고 폭채 임용을 강행했다고 이 회장은 전했 다.

그는 "미술사 전공으로 뽑힌 신씨가 예술대학이 아니라 문화예술대학원에 배치됐다가 6개월 휴직 하고 교양교육원으로 소속이 변경된 것은 교수들의 반발 때문"이라고 설명했다.

또 2월 15일 열린 학교법인 동국대학교 제226차 이사회에서는 신정아씨의 박사학위 위조와 논문 표절을 보여 주는 각종 진술서와 논문목록 등 증거자료가 제출됐으나 이 또한 재단과 학교측에 의해 무시됐다.

당시 의혹을 폭로한 장윤(법명 장윤) 이사는 "진짜 학위일 경우 내가 책임지겠다. 그러나 거짓 학위 로 밝혀질 경우 임용 심사자와 (당시 흥기상) 총장은 책임을 연치 못할 것이다"라고 발언했다고 전했 다.

그러나 학교측은 추기 검증 시도조차 하지 않고 3개월여를 보내다가 5월 29일 열린 제228차 이사 회에서 장씨를 이사직에서 해임했다.

이사회 회의록에 따르면 임용택(법명 영배) 이사장에 의해 상정된 장 이사 해임 안건은 장 이사를 제외한 참석 이사 9명 전원의 찬성으로 통과됐다.

오영교 현 총장 역시 이사 자격으로 참석해 장 이사 해임안에 찬성표를 던졌다.

임 이사장은 당시 안건을 상정하면서 "장윤 이사가 본 법인 집행부에 대해 여러 고발 및 진정을 했 으나 그 결과는 무험의였으며 또한 226회 이사회에서 신 조교수의 학위취득에 관해 허위사실을 발언 했다"라고 설명했다.

이상일 학사지원본부장은 이사회에 "신 조교수의 박사학위 진위에 대해 여러 가지 검증방법을 거

DONGGUK0000931

바른언론 빠른뉴스 인터넷 연합뉴스                                        페이지 2 / 2

쳤으며 문제가 없는 것으로 판명이 됐다"고 보고했다.

그러나 이는 신빙성이 높은 새로운 증거가 등장했음에도 불구하고 학교측이 추가 검증 시도조차
하지 않고 타당한 의혹 제기를 허위 주장으로 몰아 이사 해임을 강행했음을 뜻하는 것이어서 배경에
관심이 쏠리고 있다.

회의록에 따르면 당시 해임 안건 관련 논의·보고사항 중 대부분은 장 이사가 제기했던 신 조교수의
학력위조 의혹 관련 사항이었다.

이 때문에 학계, 미술계, 불교계 등에서는 그 동안 장 이사가 `보복 해임'을 당했을 것이라는 추측
과 함께 동국대측이 거듭된 의혹 제기에도 불구하고 제대로 검증을 하지 않은 데 대한 의문이 끊이지
않았다.

이에 대해 해임안의 만장일치 가결에 참가한 동국대의 한 이사는 "장 이사가 지금까지 고소고발,
소송 등으로 재단·학교 관계자들과 문제를 일으킨 데 대한 책임을 총체적으로 물은 것"이라고 밝혔
다.

한편 지난 5일 프랑스 파리로 출국한 신정아씨는 예정과 달리 이날 오전 귀국하지 않았으며 이날
오후 도착 예정인 항공편 예약명단에도 이름이 올라 있지 않았다.

신씨는 지난 8일 연합뉴스와 통화하며 "최대한 일정을 당겨 12일 귀국할 예정"이라고 밝혔고 광주
비엔날레측에는 "13일 오전 귀국해 입장을 밝히겠다"고 전한 바 있다.

신씨는 재직중인 성곡미술관과 동국대 양측에 사표를 제출한 상태여서 장기간 해외체류 준비를 갖
추고 출국했던 것 같다는 관측도 나오고 있다.

　　solatido@yna.co.kr
engine@yna.co.kr
(끝)

<저 작 권 자(c)연 합 뉴 스. 무 단 전 재-재 배 포 금 지.>                    [2007-07-13 09:50 송고]

 연합뉴스

본 기사는 연합뉴스의 저작없이 전문 또는 일부의 전재를 금합니다.
Copyright (c) 2005 YonhapNews All rights reserved.

DONGGUK0000932

# CERTIFICATE OF TRANSLATION

I, Kwang Park, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0000931-32 from the Korean language into the English language.

I further certify that translation of DONGGUK0000931-32 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

**Kwang Park**
**Professional Translator**

Subscribed and sworn to before me on ___27___ day of _July_ , _2011_ (year)

```
*****************************************
*  MSC1  *  FRANCES FUENTES      LOSW1 *
*                COMM #1849867          *
*           NOTARY PUBLIC - CALIFORNIA  *
*              RIVERSIDE COUNTY         *
*        My Commission Expires May 18, 2013 *
*****************************************
```

(Signature of Notary)                          (Notary Stamp)

# EXHIBIT 143

[DONGGUK0000951]

"Special Hiring of a Western Art History Specialist, at a School that Teaches Buddhist Art"
Dongguk University's "Peculiar" Professorial Hiring

We have verified that the signature on the degree is fake

---

How degrees are verified when hiring professors

▼Hiring process

Public notice of professorial hiring → Receipt of documents → Examination by department (including presentation) → Examination by Hiring Committee in school administration → Interview → Hiring

▼Degree verification

Inquiry to Korea Research Foundation → Verification of whether a degree has been declared → Inquiry to foreign university → Final verification (document/telephone/fax/etc.)

※ Differs slightly from one university to another

※ Dongguk University claims to have verified by fax

※ No inquiry made regarding bachelor's, master's degrees

---

How could Dongguk University Professor Jeong-Ah Shin, whose degree has turned out to have been fabricated, have passed through a professorial hiring examination? Suspicions are mounting around the process of Ms. Shin's hiring. Some are raising the possibility of financial corruption. According to Dongguk University, Ms. Shin requested to be hired as an assistant professor in September 2005, and submitted a "verification of degree." Dongguk University sent this to Yale and asked if it was genuine. A person associated with Dongguk explained on the 12th that "a confirmation was received by fax at the time, signed by the assistant dean of the Yale University graduate school, saying it was 'genuine. '" This is far from the usual academic practice.

Ordinarily, when verifying a degree, the first question is whether a declaration of degree has been made to the Korea Research Foundation (KRF). Subsequently, an official request is sent directly to the foreign college by the school, and the final verification is received. A professor at Seoul National University who requested anonymity said that "it is incomprehensible that a document prepared by the applicant would be sent to the college in question and a confirmation received by fax." "At the very least, the doctoral transcript would be checked, and everything would be done through official documents."

The manner by which the response bearing the signature of the assistant dean of the Yale graduate school arrived in response to Dongguk's inquiry is also suspicious. One clue to this is the doctoral dissertation submitted by Ms. Shin to Dongguk University. The title page of the dissertation is signed by Yale University professor Christine Mehring, whom Ms. Shin claimed was her adviser. The reporting team took a photo of the portion containing the signature and asked Professor Mehring about it by email.

Professor Mehring sent the response that "It's not mine (The signature on the sheet you sent is NOT mine)." It appears that the signature may have been forged.

The process of her special hiring is also suspect. This is because a person was hired who had specialized in subjects that were unneeded, ignoring professors' opinions. Woo-Taek Jeong, then head of the department, noted that "professors objected that, in the context of a department that is required to teach Buddhist art, it was unacceptable to hire Professor Shin, who said she had specialized in Western art history." Nonetheless, Professor Jeong claims, "the school pressed ahead with her hiring."

Article 14 of Dongguk University's New Staff Hiring Regulations states that "the specific procedures and methods for special hiring shall be set forth separately by the President (Paragraph 2)." The President thus necessarily has a strong influence. Although the hiring and degree verification processes were full of holes, Venerable Jangyun, who was the first to raise suspicions in connection with Professor Shin, was relieved of his Trusteeship in May. Venerable Jangyun pointed out that "the granting of leave for 6 months immediately after hiring, and her subsequent rehiring and change of affiliation, constitute an extraordinary favor by the Foundation."

Reporters Ho Kwon and Gi-Heon Kang
gnomon@joongang.co.kr

♦ Curator = An artistic or scientific researcher in the curatorial office of a museum or art gallery, who undertake activities including financial management, relics preservation management, exhibition plans and execution, and publicity, after receiving a certain measure of education from an institution of higher learning.

중앙일보 제13219호 43판  종합  2007년 7월 13일 금요일 3

# 명성 좇는 미술계 '화려한 포장술' 에 당했다

## '경력 세탁 10년' 신정아씨 어떻게 속았나

### 대기업 운영 미술관 아르바이트로 시작

### 박사보다 더 박사 같아 '미국 유학했다' 통해

### 검증 시스템의 문제



## 단 1표 얻고도…

광주비엔날레 감독 발탁의 의혹
한갑수 이사장 '선처 선정 취소'

## 동국대 '이상한' 교수 임용

온자, 학위서명 위조 확인

### 교수 임용 때 학위 어떻게 검증하나



금호렌터카 3만대 돌파!
캠핑카로 여행가자!

금호렌터카 30,000대 돌파기념!
夏 夏 夏 페스티벌

1등 렌터카! 1등 서비스

대표예약 1588-1230


금호렌터카

DONGGUK0000951

# CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0000951 from the Korean language into the English language.

I further certify that translation of DONGGUK0000951 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

_____
Samuel Henderson
Professional Translator

Subscribed and sworn to before me on _____ day of _____, 2011 (year)

_____
(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 4, 2016

(Notary Stamp)

# EXHIBIT 144

# NAVER 뉴스

4.14.(화) ☀️ 인천13℃

로그인 | 네이버 메일 가페 블로그 다보기 ▼ 통합검색

뉴스홈 정치 사회 TV 법 연예 스포츠

속보 정치 경제 사회 세계 생활/문화 IT/과학 연예 스포츠

6 스포츠

영문
The Korea Herald

뉴스 홈 > 영문 > 전체기사

## Art world shocked over curator's forged degrees

기사입력 2007-07-13 10:02

Shock is spreading within local art circles over the alleged forgery of academic degrees by the youngest-ever professor to have been appointed director of Korea's biggest biennale art festival.

Dongguk University assistant professor Shin Jeong-ah, 35, was found to have forged three degrees and plagiarized a thesis to gain employment at the university in 2005.

Shin was appointed co-art director of the 2008 Gwangju Biennale earlier th

광고

기자! 중국상해로
찾아 ⓒ 중국봉성망

핫이슈

盧 전대통령영결식
금물수수 혐의 구속 된 朴

MBC 신경민
영카 교체 논란

서울포럼소 개막

'식빵 검출 필요 ' 홈 파문 김

故 장자연 '문건'

---

오늘의 주요뉴스

분야별 주요뉴스
시사 스포츠 연예 경제

실시간 뉴스개스트  핫정뉴스

4/13/2009

## Art world shocked over curator's forged degrees :: 네이버 뉴스

...is month, earning the nickname "the art world's Cinderella."

The biennale foundation withdrew Shin's appointment yesterday.

Dongguk University confirmed Wednesday that Shin's degrees – a bachelor's degree and MBA from the University of Kansas, and a doctorate from Yale University School of Arts – were false.

"Yale University answered our inquiry today, confirming that Shin's doctorate is false and that she had never even registered as a Yale student," said Lee Sang-il, head of the university's undergraduate affairs division.

It has also been revealed that Shin did not graduate from Kansas University although she was a student there for three years. A thesis Shin submitted to Dongguk University in 2005 was found to have been previously published by Ekaterini Samaltanou-Tsiakma.

Shin, on a business trip in Europe, claims that all her degrees are real and that she will clear suspicions and take legal action as soon as she gets back.

"We may even take legal action against Shin as soon as she returns to Korea," said Han Gap-su, director-general of Gwangju Biennale foundation. "We are debating whether to go with a one art director system with Okui Enwezor or pick a new Korean director and keep to the co-director system."

DONGGUK0001358

Han flatly denied suspicions that the foundation might have accepted bribes from Shin.

"It would be crazy to appoint Shin knowing that she had falsified everything," he said.

However, questions are being asked as to why neither Dongguk University nor the foundation verified Shin's qualifications more carefully.

Dongguk University had not asked for Shin's academic records at Yale or for proof of her doctorate from the Korea Research Foundation, reasoning that it was a "special employment" case.

Shin's colleagues had raised suspicions much earlier on, questioning the short length of time in which she had apparently earned the three degrees, and how she could have begun working as a curator in Korea in 1997, when she claimed to have been admitted to Yale graduate school in August 1996.

Dongguk University claims that they had at the time received a confirmation fax from Yale.

"We received a document from Yale which said that Shin had earned her doctorate with a high grade. I am still clueless about the document," said Ki

DONGGUK0001359

Art world shocked over curator's forged degrees :: 네이버 뉴스

m Byeong-ho, head of Dongguk University's personnel affairs bureau.

The biennale foundation has been deflecting blame onto the university, say
ing that it had appointed Shin without reservations as Dongguk had recom
mended her as a promising art expert.

The Gwangju Biennale has been growing into one of the largest art festival
s in Asia. The first biennale was held in the southwestern city in 1995, draw
ing over 2 million visitors from all over the world.

Shin is also currently curator at the Sungkok Art Museum, prior to which sh
e had successfully organized exhibitions by renowned artists, including Da
vid Adamson, Chuck Close and Robert Rauschenberg, during her employm
ent at Kumho Museum of Art from 1997 to 2001.

By Shin Hae-in

(hayney@heraldm.com)

**The Korea Herald**
주요뉴스

Graft inquiry encircles Roh
China's power poses challenge for Korea
Lee stresses independent spirit

위 언론사 실시간 뉴스페이지가 네이버 첫 화면에서 보이도록 설정할 수 있습니다. 설정하기

DONGGUK0001360

# Korea Herald (South Korea)

July 13, 2007

# Art world shocked over curator's forged degrees

By Shin Hae-in

Shock is spreading within local art circles over the alleged forgery of academic degrees by the youngest-ever professor to have been appointed director of Korea's biggest bienniale art festival.

Dongguk University assistant professor Shin Jeong-ah, 35, was found to have forged three degrees and plagiarized a thesis to gain employment at the university in 2005.

Shin was appointed co-art director of the 2008 Gwangju B", earning the nickname "the art world's Cinderella."

The biennale foundation withdrew Shin's appointment yesterday.

Dongguk University confirmed Wednesday that Shin's degrees - a bachelor's degree and MBA from the University of Kansas, and a doctorate from Yale University School of Arts - were false.

"Yale University answered our inquiry today, confirming that Shin's doctorate is false and that she had never even registered as a Yale student," said Lee Sang-il, head of the university's undergraduate affairs division.

It has also been revealed that Shin did not graduate from Kansas University although she was a student there for three years. A thesis Shin submitted to Dongguk University in 2005 was found to have been previously published by Ekaterini Samaltanou-Tsiakma.

Shin, on a business trip in Europe, claims that all her degrees are real and that she will clear suspicions and take legal action as soon as she gets back.

"We may even take legal action against Shin as soon as she returns to Korea," said Han Gap-su, director-general of Gwangju Biennale foundation. "We are debating whether to go with a one art director system with Okui Enwezor or pick a new Korean director and keep to the co-director system."

Han flatly denied suspicions that the foundation might have accepted bribes from Shin.

"It would be crazy to appoint Shin knowing that she had falsified everything," he said.

However, questions are being asked as to why neither Dongguk University nor the foundation verified Shin's qualifications more carefully.

Dongguk University had not asked for Shin's academic records at Yale or for proof of her doctorate from the Korea Research Foundation, reasoning that it was a "special employment" case.

YALE00000372

Shin's colleagues had raised suspicions much earlier on, questioning the short length of time in which she had apparently earned the three degrees, and how she could have begun working as a curator in Korea in 1997, when she claimed to have been admitted to Yale graduate school in August 1996.

Dongguk University claims that they had at the time received a confirmation fax from Yale.

"We received a document from Yale which said that Shin had earned her doctorate with a high grade. I am still clueless about the document," said Kim Byeong-ho, head of Dongguk University's personnel affairs bureau.

The biennale foundation has been deflecting blame onto the university, saying that it had appointed Shin without reservations as Dongguk had recommended her as a promising art expert.

The Gwangju Biennale has been growing into one of the largest art festivals in Asia. The first biennale was held in the southwestern city in 1995, drawing over 2 million visitors from all over the world.

Shin is also currently curator at the Sungkok Art Museum, prior to which she had successfully organized exhibitions by renowned artists, including David Adamson, Chuck Close and Robert Rauschenberg, during her employment at Kumho Museum of Art from 1997 to 2001.

YALE00000373

# EXHIBIT 145

INSIDE.JoongAng Daily

http://joongangdaily.joins.com/article/print.asp

# Mystery behind hiring of shamed art professor

July 13, 2007

Following the shocking revelation that Dongguk University art professor Shin Jeong-ah forged the academic degrees that secured her appointment and sent her rising in the local art world, suspicions are being raised that the university may have bent its own rules to allow her to join the faculty. The Gwangju Biennale, Korea's biggest art event, also named the 35-year-old Shin the co-director of the 2008 event last week. The foundation yesterday revoked its decision a day after her claim to having a doctorate from Yale University and two degrees from the University of Kansas was found to be a lie.

Shin, who is also the chief curator of one of the country's best-known art museums, is only a high school graduate.

Jung Woo-taek, an art history professor at Dongguk, claimed Shin was given special favors when she was hired in the art history department in September 2005.

"There were objections from professors at that time since she studied Western art history, but our department teaches Buddhist art history," said Jung, who was the head of the department at the Buddhist university in 2005. "But the school unilaterally made the decision to hire her."

Shin claimed to have a Ph.D. from Yale earned in April 2005, and she also submitted what she said was her dissertation about the French poet Guillaume Apollinaire. The dissertation was found to be almost identical to a previously published work by someone else.

Dongguk allows special appointments of staff and faculty when the school judges that the applicants are extraordinarily talented, according to the school's guidelines. But the decision is up to the head of the school, the rule stipulates, so it raises the favoritism issue, some professors say.

Lee Sang-il, Dongguk's current dean of academic affairs, has said the school did not verify Shin's bachelor's and master's degrees when she was hired. He said the school only requested Yale to confirm her doctoral degree by fax and received a positive response, but he did not elaborate.

A Seoul National University professor, who refused to be named, said the admission process was at fault.

"It doesn't make sense at all that the school only tried to verify her record by fax. It should at least have asked her to submit her grades."

Shin has been in Paris since the scandal began and is not answering phone calls.

3/18/2009 12:52 PM

DONGGUK0001550

By Moon Gwang-lip Staff Writer/ Kwon Ho JoongAng Ilbo
[Joe@joongang.co.kr]

🖶 Print

Copyright by Joins.com, Inc.

3/18/2009 12:52 PM

DONGGUK0001551

 **JoongAng Daily**
English Joongangilbo – iHT Partner

 Print Page

🖨 Print

## Mystery behind hiring of shamed art professor

July 13, 2007

Following the shocking revelation that Dongguk University art professor Shin Jeong-ah forged the academic degrees that secured her appointment and sent her rising in the local art world, suspicions are being raised that the university may have bent its own rules to allow her to join the faculty.

The Gwangju Biennale, Korea¡¯s biggest art event, also named the 35-year-old Shin the co-director of the 2008 event last week. The foundation yesterday revoked its decision a day after her claim to having a doctorate from Yale University and two degrees from the University of Kansas was found to be a lie.

Shin, who is also the chief curator of one of the country¡¯s best-known art museums, is only a high school graduate.

Jung Woo-taek, an art history professor at Dongguk, claimed Shin was given special favors when she was hired in the art history department in September 2005.

¡°There were objections from professors at that time since she studied Western art history, but our department teaches Buddhist art history,¡± said Jung, who was the head of the department at the Buddhist university in 2005. ¡°But the school unilaterally made the decision to hire her.¡±

Shin claimed to have a Ph.D. from Yale earned in April 2005, and she also submitted what she said was her dissertation about the French poet Guillaume Apollinaire. The dissertation was found to be almost identical to a previously published work by someone else.

Dongguk allows special appointments of staff and faculty when the

http://joongangdaily.joins.com/article/print.asp

4/1/2008

YALE00000180

school judges that the applicants are extraordinarily talented, according to the school¡¯s guidelines. But the decision is up to the head of the school, the rule stipulates, so it raises the favoritism issue, some professors say.

Lee Sang-il, Dongguk¡¯s current dean of academic affairs, has said the school did not verify Shin¡¯s bachelor¡¯s and master¡¯s degrees when she was hired. He said the school only requested Yale to confirm her doctoral degree by fax and received a positive response, but he did not elaborate.

A Seoul National University professor, who refused to be named, said the admission process was at fault.

¡°It doesn¡¯t make sense at all that the school only tried to verify her record by fax. It should at least have asked her to submit her grades.¡±

Shin has been in Paris since the scandal began and is not answering phone calls.

By Moon Gwang-lip Staff Writer/ Kwon Ho JoongAng Ilbo [Joe@joongang.co.kr]

| ⎙ Print |

Copyright by Joins.com, Inc.

YALE00000181

# EXHIBIT 146

The Independent: The talented Ms Shin (or how one woman conned her way into South Korea's cultural aristocracy)   페이지 1 / 3



# THE INDEPENDENT

July 13, 2007

## The talented Ms Shin (or how one woman conned her way into South Korea's cultural aristocracy)
By Daniel Jeffreys in Seoul

Imagine an attractive and talented young woman who said she had an art history doctorate from Oxford. Vivacious and persuasive, she becomes the director of the Tate Gallery, just after being hired to curate the Royal Academy's Summer Exhibition, she is exposed as a fake who failed to get a single A-level.

This scenario, reminiscent of a Patrica Highsmith novel with its hint of The Talented Mr Ripley, is precisely the scandal now rocking the Korean art world after one of its rising stars, Shin Jeong-ah, was unveiled as a fraud.

Until this week, Shin, 35, was at the top of her profession. Claiming to have a doctorate from Yale and a master's degree from Kansas University, she was the youngest professor at Seoul's prestigious Dongguk University and the head curator of the Sungkok Art Museum, home to some of Korea's most prestigious exhibitions and the recipient of millions of pounds in corporate sponsorship from the country's biggest conglomerates.

In the past 12 months Shin's shows have included high-profile retrospectives for the British illustrator John Burningham and the French multi-media artist Alain Fleischer. The latter was a major event organised as part of the 120th anniversary of diplomatic relations between Korea and France. The opening, which Shin attended in her role as chief curator, was hosted by the French ambassador to Seoul.

Shin's latest exhibition was a glitzy affair featuring the American artist William Wegman. This week she was named co-curator of the 2008 Gwangju Biennale, one of the biggest fine art events in South-east Asia - she would have been the biennale's youngest curator. In a country that takes art seriously, and has an exceptionally large number of museums for its size, many saw Shin's appointment as a sign that the young curator was destined to become the leading figure among Korea's legion of art gallery administrators.

But others were less impressed. Academia and the art world have always been prey to petty jealousies, and Shin became the subject of a rumour mill that spread gossip about her qualifications. On Monday rumour became fact when the University of Kansas issued a statement saying Shin had attended classes there between 1992 and 1996 but had never graduated.

Officials at the Gwanju Biennale initially supported her. They produced a document backing her claims to have a Yale doctorate - a faxed response from the Connecticut-based school to an inquiry by Dongguk University in September 2005.

The fax purported to be from Pamela Schirmeister, an associate dean of Yale's Graduate School. It states that Shin entered Yale's art history department in

http://license.icopyright.net/user/viewFreeUse.act?fuid=MzQyNjQwOQ%3D%3D          2009-05-11

DONGGUK0001784

페이지 2 / 3

The Independent: The talented Ms Shin (or how one woman conned her way into South Korea's cultural aristocracy)

August 1996 and graduated in May 2005 with a doctoral degree in art. Dongguk said on Wednesday this week that Yale had agreed to look into the fax.

In a telephone interview with Seoul's Chosun Ilbo daily newspaper on Tuesday, Shin said, "I certainly did receive a degree from Yale, which is proven by the document Dongguk received from Yale in 2005. I will make a statement and take legal action as soon as I return to Seoul."

But the firestorm consuming her career intensified when Yale issued a terse statement yesterday stating that Shin did not graduate with a doctorate in 2005, as she had claimed, and had, in fact, never been registered with the university at all.

It was also disclosed that the dissertation Shin submitted to Dongguk University, a study of the French poet Guillaume Apollinaire, had been stolen from another academic. The thesis is almost identical to a work which was originally published by the Greek scholar Ekaterini Samaltanou-Tsiakma in 1981. The Gwanju Biennale committee immediately cancelled Shin's appointment.

Shin, who is currently in Paris but plans to return to Seoul today, has yet to comment on Yale's emphatic denunciation of her alleged credentials. In Korea she faces a lengthy prison sentence for fraud and Dongguk University and the Gwanju Biennale have said they plan to seek legal sanctions against the young woman they once saw as their most precocious star.

Experts say it's always puzzling when a person who has sought high profile positions in prominent professions is shown to be a fraud.

"Their lives are incredibly hard," Leo Sang-min Whang, a psychology professor at Yonsei University, said. "Shin must have known this day would come, when her world would implode. The extraordinary fact is that people like her are often excellent at their jobs."

Shin fits this characterisation. Like Tom Ripley, the Highsmith character who is so good at pretending to be Dickie Greenleaf in The Talented Mr Ripley, Shin was excellent at being a curator, despite having no qualifications for the job.

Her meteoric rise began in 1997 when she was taken on as a translator at the Kumho Museum, one of several art galleries in Seoul that are funded by private foundations established with money from huge corporations. Kumho is Korea's biggest tyre company and it owns Asiana, Korea's second-largest airline.

Shin's performance was outstanding. Within a year she had been promoted and became an assistant curator.

"She was very talented at planning exhibitions," a leading Korean art critic told the Kyunghyang Daily News. "She was not much of an art historian or a theoretician but she put on some excellent shows which were very popular. That's why the museums loved her."

Art is big business in Korea. Large exhibitions in Seoul attract millions of pounds in sponsorship and when one is a success culture-hungry Koreans will fill the galleries to capacity for weeks in a row. Shin seems to have understood the formula for a good exhibition and she also had an excellent capacity to seek out powerful allies.

"The reason she had this amazing career is that she was very polite," said the director of a large private museum. "She took great care of the older generation of artists. This was a strategy for her. She charmed the old guys and they loved her and supported her career."

In 2002, after she had risen to be first curator at the Kumho, Shin moved to the Sungkok Art Gallery, one of Korea's most important institutions, on a par with

http://license.icopyright.net/user/viewFreeUse.act?fuid=MzQyNjQwOQ%3D%3D

2009-05-11

DONGGUK0001785

The Independent: The talented Ms Shin (or how one woman conned her way into South Korea's cultural aristocracy)   페이지 3 / 3

other large international galleries. Around the same time she became a visiting professor at Dongguk, the top Buddhist university in Korea. In 2005 she was promoted to a full professorship.

But her appointment was controversial. Jung Woo-taek, an art history professor at Dongguk, claimed Shin was given special treatment. "There were objections from professors at that time since she studied Western art history, but our department teaches Buddhist art history," said Jung, who was the head of Dongguk's art history department in 2005. "But the school unilaterally made the decision to hire her."

Dongguk's checks of Shin's claims to have three degrees were cursory at best. They received no reply from Kansas in 2005 and only a fax, now disputed, from Yale. Some are not surprised that Shin was able to slip through the cracks.

"Talented people with an advanced degree from a prestigious international university are rare in Korea," said an art critic at a leading art magazine in Seoul. "That made it easy for her package to be accepted. People wanted to believe that she was for real."

For a society where women are still expected to know their place, Shin also had the benefit of being different. "She is a very extroverted character and she was very talented at self-promotion," the director of a museum in southern Seoul said. "That's what started the rumours about her qualifications. She was just too good at pushing herself forward."

The world will have to wait for Shin's own explanation of her Ripleyesque fraud but the answer may lie in the midst of one of Korea's worst disasters, the 29 June 1995 collapse of the Sampoong department store in Seoul, which killed 501 and injured 937.

Shin was in the store that day and came close to death. Aged 24, she was crushed beneath the collapsed building and was trapped for more than 24 hours. She suffered multiple fractures and intestinal injuries.

"A beach towel wrapped itself around my face and saved it from harm," Shin told the Chosun Ilbo a few years after the disaster, when her rarefied career in the art world was just beginning to take-off. "Because my face was OK, I have my second life and I'm very lucky. Everything is very easy for me. Before the disaster I was a very introverted character. Now I am aggressive. After surviving Sampoong I developed a very powerful driving force and sense of initiative."

A driving force that, apparently, led her to invent a luminous academic career which was nothing short of a fantasy. Consequently Shin finds herself buried again, this time beneath the rubble of her own fanciful dreams and aspirations. The difference is that she is likely to be trapped by the debris of her lies for much longer than 24 hours. In the Chosun Ilbo interview Shin was described as a "phoenix, who rose from the ashes". Now she has been unmasked as a fraud whose career has gone up in flames. Given the unforgiving nature of Korean society, it's unlikely she will rise again.

2009-05-11

DONGGUK0001786

# Independent.co.uk

## The talented Ms Shin (or how one woman conned her way into South Korea's cultural aristocracy)

By Daniel Jeffreys in Seoul
Friday, 13 July 2007

Imagine an attractive and talented young woman who said she had an art history doctorate from Oxford. Vivacious and persuasive, she becomes the director of the Tate Gallery. Then, just after being hired to curate the Royal Academy's Summer Exhibition, she is exposed as a fake who failed to get a single A-level.

This scenario, reminiscent of a Patrica Highsmith novel with its hint of The Talented Mr Ripley, is precisely the scandal now rocking the Korean art world after one of its rising stars, Shin Jeong-ah, was unveiled as a fraud.

Until this week, Shin, 35, was at the top of her profession. Claiming to have a doctorate from Yale and a master's degree from Kansas University, she was the youngest professor at Seoul's prestigious Dongguk University and the head curator of the Sungkok Art Museum, home to some of Korea's most prestigious exhibitions and the recipient of millions of pounds in corporate sponsorship from the country's biggest conglomerates.

In the past 12 months Shin's shows have included high-profile retrospectives for the British illustrator John Burningham and the French multi-media artist Alain Fleischer. The latter was a major event organised as part of the 120th anniversary of diplomatic relations between Korea and France. The opening, which Shin attended in her role as chief curator, was hosted by the French ambassador to Seoul.

Shin's latest exhibition was a glitzy affair featuring the American artist William Wegman. This week she was named co-curator of the 2008 Gwangju Biennale, one of the biggest fine art events in South-east Asia - she would have been the biennale's youngest curator. In a country that takes art seriously, and has an exceptionally large number of museums for its size, many saw Shin's appointment as a sign that the young curator was destined to become the leading figure among Korea's legion of art gallery administrators.

But others were less impressed. Academia and the art world have always been prey to petty jealousies, and Shin became the subject of a rumour mill that spread gossip about her qualifications. On Monday rumour became fact when the University of Kansas issued a statement saying Shin had attended classes there between 1992 and 1996 but had never graduated.

Officials at the Gwanju Biennale initially supported her. They produced a document backing her claims to have a Yale doctorate - a faxed response from the Connecticut-based school to an inquiry by Dongguk University in September 2005.

The fax purported to be from Pamela Schirmeister, an associate dean of Yale's Graduate School. It states that Shin entered Yale's art history department in August 1996 and graduated in May 2005 with a doctoral degree in art. Dongguk said on Wednesday this week that Yale had agreed to look into the fax.

In a telephone interview with Seoul's Chosun Ilbo daily newspaper on Tuesday, Shin said, "I certainly did receive a degree from Yale, which is proven by the document Dongguk received from Yale in 2005. I will make a statement and take legal action as soon as I return to Seoul."

But the firestorm consuming her career intensified when Yale issued a terse statement yesterday stating that Shin did not graduate with a doctorate in 2005, as she had claimed, and had, in fact, never been registered with the university at all.

It was also disclosed that the dissertation Shin submitted to Dongguk University, a study of the French

YALE00000183

poet Guillaume Apollinaire, had been stolen from another academic. The thesis is almost identical to a work which was originally published by the Greek scholar Ekaterini Samaltanou-Tsiakma in 1981. The Gwanju Biennale committee immediately cancelled Shin's appointment.

Shin, who is currently in Paris but plans to return to Seoul today, has yet to comment on Yale's emphatic denunciation of her alleged credentials. In Korea she faces a lengthy prison sentence for fraud and Dongguk University and the Gwanju Biennale have said they plan to seek legal sanctions against the young woman they once saw as their most precocious star.

Experts say it's always puzzling when a person who has sought high profile positions in prominent professions is shown to be a fraud.

"Their lives are incredibly hard," Leo Sang-min Whang, a psychology professor at Yonsei University, said. "Shin must have known this day would come, when her world would implode. The extraordinary fact is that people like her are often excellent at their jobs."

Shin fits this characterisation. Like Tom Ripley, the Highsmith character who is so good at pretending to be Dickie Greenleaf in The Talented Mr Ripley, Shin was excellent at being a curator, despite having no qualifications for the job.

Her meteoric rise began in 1997 when she was taken on as a translator at the Kumho Museum, one of several art galleries in Seoul that are funded by private foundations established with money from huge corporations. Kumho is Korea's biggest tyre company and it owns Asiana, Korea's second-largest airline.

Shin's performance was outstanding. Within a year she had been promoted and became an assistant curator.

"She was very talented at planning exhibitions," a leading Korean art critic told the Kyunghyang Daily News. "She was not much of an art historian or a theoretician but she put on some excellent shows which were very popular. That's why the museums loved her."

Art is big business in Korea. Large exhibitions in Seoul attract millions of pounds in sponsorship and when one is a success culture-hungry Koreans will fill the galleries to capacity for weeks in a row. Shin seems to have understood the formula for a good exhibition and she also had an excellent capacity to seek out powerful allies.

"The reason she had this amazing career is that she was very polite," said the director of a large private museum. "She took great care of the older generation of artists. This was a strategy for her. She charmed the old guys and they loved her and supported her career."

In 2002, after she had risen to be first curator at the Kumho, Shin moved to the Sungkok Art Gallery, one of Korea's most important institutions, on a par with other large international galleries. Around the same time she became a visiting professor at Dongguk, the top Buddhist university in Korea. In 2005 she was promoted to a full professorship.

But her appointment was controversial. Jung Woo-taek, an art history professor at Dongguk, claimed Shin was given special treatment. "There were objections from professors at that time since she studied Western art history, but our department teaches Buddhist art history," said Jung, who was the head of Dongguk's art history department in 2005. "But the school unilaterally made the decision to hire her."

Dongguk's checks of Shin's claims to have three degrees were cursory at best. They received no reply from Kansas in 2005 and only a fax, now disputed, from Yale. Some are not surprised that Shin was able to slip through the cracks.

"Talented people with an advanced degree from a prestigious international university are rare in Korea," said an art critic at a leading art magazine in Seoul. "That made it easy for her package to be accepted. People wanted to believe that she was for real."

For a society where women are still expected to know their place, Shin also had the benefit of being different. "She is a very extroverted character and she was very talented at self-promotion," the

YALE00000184

director of a museum in southern Seoul said. "That's what started the rumours about her qualifications. She was just too good at pushing herself forward."

The world will have to wait for Shin's own explanation of her Ripleyesque fraud but the answer may lie in the midst of one of Korea's worst disasters, the 29 June 1995 collapse of the Sampoong department store in Seoul, which killed 501 and injured 937.

Shin was in the store that day and came close to death. Aged 24, she was crushed beneath the collapsed building and was trapped for more than 24 hours. She suffered multiple fractures and intestinal injuries.

"A beach towel wrapped itself around my face and saved it from harm," Shin told the Chosun Ilbo a few years after the disaster, when her rarefied career in the art world was just beginning to take-off. "Because my face was OK, I have my second life and I'm very lucky. Everything is very easy for me. Before the disaster I was a very introverted character. Now I am aggressive. After surviving Sampoong I developed a very powerful driving force and sense of initiative."

A driving force that, apparently, led her to invent a luminous academic career which was nothing short of a fantasy. Consequently Shin finds herself buried again, this time beneath the rubble of her own fanciful dreams and aspirations. The difference is that she is likely to be trapped by the debris of her lies for much longer than 24 hours. In the Chosun Ilbo interview Shin was described as a "phoenix, who rose from the ashes". Now she has been unmasked as a fraud whose career has gone up in flames. Given the unforgiving nature of Korean society, it's unlikely she will rise again.

---

○ Independent.co.uk  ○ The Web   [Go] Advanced Search ▸

©**independent.co.uk** Legal Terms & Policies | E-mail sign-up | RSS | Contact us | Syndication | Work for INM | Advertising Guide | Group Sites | London Careers

YALE00000185

# EXHIBIT 147

 **JoongAng Daily**
English Joongangilbo – IHT Partner

 Print Page

🖶 Print

## Stroke of luck, raw talent fueled Shin¡¯s ascent

July 14, 2007

Shin Jeong-ah was 23 when the 1995 collapse of the Sampoong
Department Store in Seoul buried her in darkness.

She lay in the rubble for 24 hours before getting plucked out. Shin was one
of the few survivors of the worst collapse in Korean history, which killed
more than 500 people.

Shin¡¯s second life began the next day, she said later in an interview with
the monthly Chosun Magazine.

From the day of the collapse on, Shin said she vowed to change. Instead of
being shy and reclusive, she developed an aggressive, extroverted
personality.

Twelve years later, Shin has been buried again. This time it was not poor
construction; it was a lie.

The Dongguk University professor, a rising star in the art world here, was
caught this week in falsehoods about her academic background. Although
Shin, who could not be reached for comment for this article never graduated
from college, she claimed to have two degrees from the University of
Kansas and a doctorate from Yale. Both universities confirmed this week
that they had not graduated Shin.

On Thursday, the Gwangju Biennale, Korea¡¯s biggest art event, revoked its
decision to name Shin the co-director of the next year¡¯s event.

How did Shin¡¯s fraud go unnoticed for more than a decade?

It all began with a rare stroke of luck, according to colleagues.

Two years after the department store accident and one year after quitting
the University of Kansas after attending for three years, Shin visited the
Kumho Museum in Jongno, central Seoul, in September 1997, said the chief
curator of the museum at the time.

She turned in a resume to Kumho saying she¡¯d gotten a degree in Western
painting at Kansas and also a master¡¯s in business administration there.

¡°I hired her as a part-time English guide a month after receiving her
resume,¡± said the former chief curator, who asked that his name not be
used.

DONGGUK0000963

Later that year, the chief curator said he and the other curator fought with the head of the museum, and they decided to quit. Shin, who was just a part-time employee then, was promoted to replace them.

She continued to climb with a combination of brazen self-promotion and outright theft of other people¡¯s ideas, colleagues and friends said.

The first exhibit she curated, in 1998, involved a show of frames. It received favorable reviews in the art community for its originality. But, according to the planner of the exhibition, who asked to remain anonymous, the show and the organization had all been arranged by her predecessors.

¡°We planned the exhibition after the then-chief curator [of the Kumho Museum] suggested we do an exhibition showing frames,¡± the planner said.

Shin cited this exhibition and another chief curator¡¯s project in 1997 as two of her top accomplishments in the resume she submitted to the Gwangju Biennale Foundation, according to the foundation.

Her talent in winning people¡¯s favor also helped build her reputation, according to some coworkers.

Shin strenuously built connections with people who could influence her reputation, such as the heads of museums, entrepreneurs, painters, critics and journalists, they said.

A curator at an art gallery in Seoul, who worked with Shin, said on condition of anonymity, ¡°She had a way of handling people and getting their attention.¡± The curator also said Shin had charisma and leadership.

Other curators said Shin was clever at using the media.

¡°To people in the art world, Shin¡¯s abilities are nothing but skills of playing with the media,¡± said Park Pa-rang, a curator at the Seoul Museum of Art. ¡°She just tried to organize exhibitions of only big-name artists to draw the public¡¯s attention.¡±

Yu Hee-won, a curator at Miccle, a gallery in Seoul¡¯s Mapo District, agreed. ¡°Her exhibitions rarely featured any new or local talent,¡± Yu said. ¡°She concentrated on getting ¡®the spotlight exhibitions¡¯ from well-known foreign artists.¡±

Shin¡¯s English skills, helped by her studies at the University of Kansas between 1992 and 1996, also gave her a lift, according to some curators. The ability allowed her to host major exhibitions from other countries.

In 2002, Shin moved to Sungkok Museum as chief curator, where her reputation continued to grow.

She hosted several major exhibitions, including a 40th anniversary exhibition

DONGGUK0000964

of the English illustrator John Burningham last year and an ongoing show by American photographer William Wegman.

The museum said in an e-mail interview that it didn¡¯t verify her academic background. But, it said, it has been quite pleased with her abilities.

Shin has lectured part-time at several universities here, including Hongik University, which has one of the best fine art departments in the country. Her academic record was not checked there, either. ¡°The applicants bring their diploma certificate and we just believe it to be genuine,¡± said an administrative official at Hongik who hires part-time lecturers, on condition of anonymity.

Shin applied to Dongguk University as a professor in September 2005, claiming she received a doctoral degree from Yale University in May of that year. She was hired despite rumors the she had forged her academic record, one official said.

Reverend Jangyun, a former member of Dongguk University¡¯s board of directors, said he questioned Shin¡¯s academic record at a meeting in February, but got fired three months later for disgracing the school with ¡° groundless suspicion.¡±

Jangyun said he got the tip from Seoul National University professor Yoon Dong-chun, who could not be reached for comment last night.

Jangyun said Yoon asked Yale University to verify her doctoral degree, and the American college said Shin had never registered there. He speculated someone at the Buddhist school intervened for Shin.

¡°I think it was impossible for her to become a professor at Dongguk unless the head of the school or high-ranking officials on the school¡¯s board of directors intervened,¡± Jangyun said yesterday at Jeondeung Temple in Ganghwa, Gyeonggi, where he is assuming the role head monk.

Shin, 35, was named director of the Gwangju Biennale last week, and then led to her undoing.

Because of the high-profile post, rumors that had remained insubstantial before began to be srcutinized. Yonhap broke a story that Dongguk, which hadn¡¯t checked her records before, decided to verify them after her appointment.

¡°From time to time, people raised suspicions about her background,¡± said the head of a private museum, on condition of anonymity. ¡°But the rumor was that she was acquainted with the most influential people and that nobody should dare dig into the suspicion.¡±

A fine art critic who asked not to be named, said the media and the art world

DONGGUK0000965

both should share responsibility. ¡°The fine art community, which puts a priority on background rather than capability, and the media, which scrambled to lift her reputation without verifying anything, are both at fault,¡± he said.


By Moon Gwang-lip, Cho Jae-eun Staff Writers / Kwon Keun-young
JoongAng Ilbo
[joe@joongang.co.kr]



Copyright by Joins.com, Inc.

DONGGUK0000966

 **JoongAng Daily**
English Joongangilbo – IHT Partner

 Print Page

🖨 Print

## Stroke of luck, raw talent fueled Shin¡⁻s ascent

July 14, 2007

Shin Jeong-ah was 23 when the 1995 collapse of the Sampoong
Department Store in Seoul buried her in darkness.
She lay in the rubble for 24 hours before getting plucked out. Shin
was one of the few survivors of the worst collapse in Korean
history, which killed more than 500 people.
Shin¡⁻s second life began the next day, she said later in an
interview with the monthly Chosun Magazine.
From the day of the collapse on, Shin said she vowed to change.
Instead of being shy and reclusive, she developed an aggressive,
extroverted personality.
Twelve years later, Shin has been buried again. This time it was not
poor construction; it was a lie.
The Dongguk University professor, a rising star in the art world
here, was caught this week in falsehoods about her academic
background. Although Shin, who could not be reached for comment
for this article never graduated from college, she claimed to have
two degrees from the University of Kansas and a doctorate from
Yale. Both universities confirmed this week that they had not
graduated Shin.
On Thursday, the Gwangju Biennale, Korea¡⁻s biggest art event,
revoked its decision to name Shin the co-director of the next
year¡⁻s event.
How did Shin¡⁻s fraud go unnoticed for more than a decade?
It all began with a rare stroke of luck, according to colleagues.
Two years after the department store accident and one year after
quitting the University of Kansas after attending for three years,

YALE00000187

Shin visited the Kumho Museum in Jongno, central Seoul, in September 1997, said the chief curator of the museum at the time. She turned in a resume to Kumho saying she¡¯d gotten a degree in Western painting at Kansas and also a master¡¯s in business administration there.

¡°I hired her as a part-time English guide a month after receiving her resume,¡± said the former chief curator, who asked that his name not be used.

Later that year, the chief curator said he and the other curator fought with the head of the museum, and they decided to quit. Shin, who was just a part-time employee then, was promoted to replace them.

She continued to climb with a combination of brazen self-promotion and outright theft of other people¡¯s ideas, colleagues and friends said.

The first exhibit she curated, in 1998, involved a show of frames. It received favorable reviews in the art community for its originality. But, according to the planner of the exhibition, who asked to remain anonymous, the show and the organization had all been arranged by her predecessors.

¡°We planned the exhibition after the then-chief curator [of the Kumho Museum] suggested we do an exhibition showing frames,¡± the planner said.

Shin cited this exhibition and another chief curator¡¯s project in 1997 as two of her top accomplishments in the resume she submitted to the Gwangju Biennale Foundation, according to the foundation.

Her talent in winning people¡¯s favor also helped build her reputation, according to some coworkers.

Shin strenuously built connections with people who could influence her reputation, such as the heads of museums, entrepreneurs, painters, critics and journalists, they said.

A curator at an art gallery in Seoul, who worked with Shin, said on

YALE00000188

condition of anonymity, ¡°She had a way of handling people and getting their attention.¡± The curator also said Shin had charisma and leadership.

Other curators said Shin was clever at using the media.

¡°To people in the art world, Shin¡¯s abilities are nothing but skills of playing with the media,¡± said Park Pa-rang, a curator at the Seoul Museum of Art. ¡°She just tried to organize exhibitions of only big-name artists to draw the public¡¯s attention.¡±

Yu Hee-won, a curator at Miccle, a gallery in Seoul¡¯s Mapo District, agreed. ¡°Her exhibitions rarely featured any new or local talent,¡± Yu said. ¡°She concentrated on getting ¡®the spotlight exhibitions¡¯ from well-known foreign artists.¡±

Shin¡¯s English skills, helped by her studies at the University of Kansas between 1992 and 1996, also gave her a lift, according to some curators. The ability allowed her to host major exhibitions from other countries.

In 2002, Shin moved to Sungkok Museum as chief curator, where her reputation continued to grow.

She hosted several major exhibitions, including a 40th anniversary exhibition of the English illustrator John Burningham last year and an ongoing show by American photographer William Wegman. The museum said in an e-mail interview that it didn¡¯t verify her academic background. But, it said, it has been quite pleased with her abilities.

Shin has lectured part-time at several universities here, including Hongik University, which has one of the best fine art departments in the country.

Her academic record was not checked there, either. ¡°The applicants bring their diploma certificate and we just believe it to be genuine,¡± said an administrative official at Hongik who hires part-time lecturers, on condition of anonymity.

Shin applied to Dongguk University as a professor in September 2005, claiming she received a doctoral degree from Yale University

YALE00000189

in May of that year. She was hired despite rumors the she had forged her academic record, one official said.

Reverend Jangyun, a former member of Dongguk University¡¯s board of directors, said he questioned Shin¡¯s academic record at a meeting in February, but got fired three months later for disgracing the school with ¡°groundless suspicion.¡±

Jangyun said he got the tip from Seoul National University professor Yoon Dong-chun, who could not be reached for comment last night.

Jangyun said Yoon asked Yale University to verify her doctoral degree, and the American college said Shin had never registered there. He speculated someone at the Buddhist school intervened for Shin.

¡°I think it was impossible for her to become a professor at Dongguk unless the head of the school or high-ranking officials on the school¡¯s board of directors intervened,¡± Jangyun said yesterday at Jeondeung Temple in Ganghwa, Gyeonggi, where he is assuming the role head monk.

Shin, 35, was named director of the Gwangju Biennale last week, and then led to her undoing.

Because of the high-profile post, rumors that had remained insubstantial before began to be srcutinized. Yonhap broke a story that Dongguk, which hadn¡¯t checked her records before, decided to verify them after her appointment.

¡°From time to time, people raised suspicions about her background,¡± said the head of a private museum, on condition of anonymity. ¡°But the rumor was that she was acquainted with the most influential people and that nobody should dare dig into the suspicion.¡±

A fine art critic who asked not to be named, said the media and the art world both should share responsibility. ¡°The fine art community, which puts a priority on background rather than capability, and the media, which scrambled to lift her reputation without verifying

YALE00000190

anything, are both at fault,¡± he said.

By Moon Gwang-lip, Cho Jae-eun Staff Writers / Kwon Keun-young
JoongAng Ilbo
[joe@joongang.co.kr]

🖨 Print

Copyright by Joins.com, Inc.

YALE00000191

# EXHIBIT 148

[DONGGUK0000969]

Professor Jeong-Ah Shin's Hiring Process Also "Suspicious"
Special Hiring by Dongguk Despite Wrong Specialization … Some Ask "Was She Being
Protected?"
University to request disciplinary measures from Foundation board in coming days

Suspicions have grown over time regarding the case of Dongguk University Professor
Jeong-Ah Shin's (35, female) forged doctorate.

Her Yale University doctorate has been found to be "fake," but the value is being lifted
bit by bit over the true facts of this incident which had previously been covered up.

First, the process of Professor Shin's special hiring 2 years ago by Dongguk University is
dubious, and recently, even after the fact that her doctorate was forged had come to light,
Dongguk University's measures with respect to Professor Shin were decidedly mild. Some have
questioned whether there may have been someone powerful protecting Professor Shin, either
inside or outside Dongguk University.

♦Dubious Dongguk = Professor Shin was hired into the art history department of the
Dongguk University Graduate School in September 2005, by special hiring. However, due to the
objections by professors in that department, she was not assigned any courses at all. In the case
of the Dongguk University art history department, the specialized courses are only in Buddhist
art and East Asian art (theory). At first, there were no courses to assign Professor Shin, who had
specialized in Western art (theory).

A person in the art history department said "the school administration had initially
requested (Professor Shin's hiring); it was awkward at first for the department head, and he had
no choice but to say 'OK, I'll do it,'" and "later, he had said that he wouldn't be able to take her
since there were no courses at all to assign and her character was not suitable." Although the
department's conditions entirely precluded taking Professor Shin, by a request of the "top ranks,"
she was nonetheless parachuted in.

As the professors' objections grew stronger, Professor Shin submitted her resignation to
Dongguk University immediately after having been hired. However, after placing Professor Shin
on 6 months' leave, contrary to usual practice, in March 2006 the university changed her
affiliation to the General Education Institute. A person in the academic affairs team said that
"reassignment of a professor does not often occur, except during departmental reorganization or
under unusual circumstances." The person said that she was given "consideration" in that she
held a professor's position while also continuing as head of the arts and sciences office at the
Sungkok Museum.

University to request immediate sanction by board: "severe discipline expected, firing or dismissal"

♦Was someone protecting her within Dongguk University? = Although issues of Professor Shin's fabricated academic record were voiced several times, there is suspicion that Dongguk University sought to conceal or ignore these issues.

Venerable Jangyun, who had been a Trustee of the school, received information at the end of last year from Seoul National University Professor Dong-Cheon Yun stating that "Professor Shin's doctoral dissertation was copied word-for-word from a 1981 dissertation at the University of Virginia," and raised the issue early this year after confirming that Professor Shin was not on the list of Yale University graduates. But Venerable Jangyun was, for some reason, relieved of his post by the Board of Trustees on May 29.

Regarding these suspicions, Sang-Il Lee, head of the Dongguk University office of academic support, stated on the 13th that "the investigative committee will thoroughly investigate the process of Professor Shin's invitation." After the initial results of the investigation were released, Dongguk University, which had been expected to decide on Professor Shin's disciplinary measures, changed course and requested that the Foundation board determine the disciplinary measures. Mr. Lee stated that "the degree has been found to be fake, and the most severe punishments that can be levied on professors, such as firing or dismissal, will be imposed."

♦The artistic community's confusing attitude = Many have found it hard to accept that the artistic community welcomed Professor Shin for 10 years without checking her fake degree. Professor Shin's impressive career began in 1997, as a curator at the Kumho Art Gallery. When she was employed by the Kumho Art Gallery, Professor Shin quit the position when it came to light that her claims to be "working on a doctorate at Yale University" turned out to be false; rumors of this circulated in the artistic community.

However, another first-class art gallery, the Kumho Museum, promoted her to head of the office of arts and sciences after first hiring her as curator in 2002. When Professor Shin's degree forgery came out, the gallery's image was damaged in the artistic community, but the Kumho Museum that initially welcomed her has kept a public silence. The Kumho Museum is avoiding any public explanation, saying that "Gang-Ja Park, director of the gallery, is not taking any outside calls."

Reporter Gyu-Hyeon Lee, kyuh@chosun.com

Reporter Ran-Hee Park, rhpark@chosun.com

# "한화, 13억원 쓰며 전방위 로비"

### 경찰도 초기 현장조사 중단, 보고서 6건 조작 등 지연·축소

**경찰 '보복폭행 늑장수사' 결과 발표**





"세끼 놀아라 피어리어!!" 13일 서울 대학로 '씨질 빠비리' 한 공연 연립단에서 배우 석문열를 대상으로 총비적으로나 관객이 단단체를 하고 있다. 조선일보 서진건 기자

## 금품 받은 경찰
1명도 못처벌하고 일부 수뇌부만 오히려 "면죄부"

## 신정아 교수 채용과정도 '의문투성이'

### 동국대, 전공 안맞는데도 특채… 일부 '비호세력 있는게 아니냐'

## 이택순 청장 무혐의… '봐주기' 논란

### 한화고문과 골프회동 등 사실로 확인하고도
### 서면조사 1차례분… 이 청장 해명 그대로 수용



## 오늘 배달된 Weekly Chosun 보셨습니까

**주간조선**

해외명문대 합격한 수재 5명의, 끝없는 도전 "이젠 '노벨상'이 목표"

신의 우즈를 선택했다면… 최근의 신화 김동시민?
최경주가 우즈보다 강한 5가지

워치일 '동기소'의 낯선관 궁금증 "저랑 춤추실래요?"

대선주의 뛰어넘는 정상명의 겹쳐? 누굴 거나니
김태효 전 경찰청장 "이야기를 때가 지났다" … 회고록 준비중

조합의 한나라 환난대들 '묫서', 하느냐 발을 의견이 없다

Weekly Chosun이 교육부를 위문레디 에듀를…

## CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0000969 from the Korean language into the English language.

I further certify that translation of DONGGUK0000969 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

Samuel Henderson
Professional Translator

Subscribed and sworn to before me on _27th_ day of _July_, _2011_ (year)

(Signature of Notary)

Official Seal
LAKETHA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 4, 2016

(Notary Stamp)