# EXHIBIT 149

FOCUS - 14 Results - yale and dongguk and shin                                    Page 1 of 2

**LexisNexis**® *Total Research System*          Switch Client ┊ Preferences ┊ Sign Off ┊ [?] Help

Search ┊ Research Tasks ┊ Get a Document ┊ Shepard's® ┊ Alerts ┊ Total Litigator ┊ Transactional Advisor ┊ Cour

Source:  News & Business > Combined Sources > **Mega News, Most Recent Two Years (English, Full Text)** [i]
Terms:  yale and dongguk and shin  (Edit Search | Suggest Terms for My Search)
Focus:  yale and dongguk and shin and reinstein or schirmeister or carney  (Exit FOCUS™)

✔Select for FOCUS™ or Delivery
☐

*Biennale Curator's Degree Revealed a Forgery Chosun Ilbo July 14, 2007 Saturday*

Copyright 2007 Factiva ®, from Dow Jones
All Rights Reserved

fac**t**iva.

(c) 2007 The Chosun Ilbo Co., Ltd.
Chosun Ilbo

July 14, 2007 Saturday

**LENGTH:** 193 words

**HEADLINE:** Biennale Curator's Degree Revealed a Forgery

**BODY:**

A document that was used to show that a **Dongguk** University art professor had a doctoral degree from **Yale** has turned out to be a forgery.

Assistant Professor **Shin** Jeong-ah had used the fax, which appeared to have been sent from **Yale** University to **Dongguk** University, to confirm that she graduated with a doctoral degree in art.

However, in response to an e-mail inquiry by the Chosun Ilbo, Gila **Reinstein** at **Yale** University's Office of Public Affairs said, "The document has a different form from that of **Yale** University's official certificate. The document is a fake."

She said, "I couldn't contact Pamela **Schirmeister,** associate dean of **Yale** Graduate School, whose signature was on the faxed document. However her assistant said Prof. **Schirmeister** had never signed her name to such a document."

**Shin** was appointed professor at **Dongguk** University and the art director of the GwangJu Biennale partly on the strength of the fax. It now appears the document may have been forged in Korea.

**Shin** was contacted earlier in Paris, France, but it is unclear where she is now. The biennale foundation has withdrawn her appointment.

(englishnews@chosun.com )

**NOTES:**
PUBLISHER: Digital Chosun Inc.

DONGGUK0000971

# EXHIBIT 150

KBS World News (South Korea)

July 14, 2007

# Dongguk Univ. to Fire Prof. Who Forged Her Degrees

A Dongguk University spokesperson says the school has asked its foundation to dismiss a faculty member who forged her university degrees.

The official said that the university president forwarded the request to the foundation, which has the sole right to fire professors. He added that an emergency meeting of the board is to be convened next Friday, with a final verdict to come a week later at a disciplinary committee meeting.

Originally, Dongguk planned to investigate how it failed to check Professor Shin Jeong-ah's academic records before asking for her dismissal, but changed course after confirming that her undergraduate, graduate and doctoral degrees were fake.

The university, however, said the 35-year-old art professor would be given a chance to defend herself against the charges to ensure due process.

Shin, who had been hailed as the Cinderella of the local art world, was also newly appointed as co-art director of next year's Gwangju Biennale contemporary art festival. She was fired from her Biennale post on Thursday.

Dongguk officials said Shin never enrolled in a doctoral program at Yale University and dropped out of the University of Kansas without graduating.

Local experts said that the case highlights the difficulty South Korean schools have in verifying foreign degrees.

YALE00000186

# EXHIBIT 151

[DONGGUK0000974]

Accurate Press and Fast News, Internet Yonhap News                    Page 1/2

[Logo] Yonhap News                                                    Print | Close

<'Academic record falsification,' Will it be investigated by Dongguk's own efforts>
"Factual relation must be thoroughly disclosed"… Investigation agency, prepare against complaint and accusations.

(Seoul = Yonhap News)  Reported by Hwa Sop Im and Eun Jin Im = While Dongguk University is conducting a fact-finding investigation in relation to the case of academic record falsification of assistant professor Jeong Ah Shin (35, female), it is unknown whether the truth may be clearly examined.

Taking into account that all types of doubts have been presented, starting with the hiring process of Shin, it has been strongly voiced that an investigation agency should step forward to thoroughly disclose the related facts without leaving any traces of suspicion.

Dongguk University has organized the fact-finding investigation committee consisting of 5 members, including vice president of academic affairs Jin Soo Han and academic affairs support director Sang Il Lee, and has been conducting an investigation of the academic record falsification of Shin and the special hiring process.

The school offers an explanation that an in-house investigation is carried out first to take appropriate personnel actions before a complaint or an inquiry for investigation will be made if required.

Dongguk University has a policy in place to report its primary investigation results in the school corporation temporary board of directors meeting to be held on the 20th day, and to decide on its personnel action in the disciplinary committee scheduled on 27th day.

However, many feel skeptical about whether the investigation committee can carry out the investigation properly.

They question whether it will be possible to investigate the current and past high-ranking individuals related to the foundation and school, which is required to identify facts.

Then-chairman of the board of directors in 2005 when Shin was hired by special appointment still holds an office as a director, and the then-president still remains as a professor emeritus.

Further, in the process of dismissing the foundation director who exposed the academic record falsification and the issue of plagiarized articles by Shin, the current chairman of the board of directors, the president, and the chairman of the faculty disciplinary committee voted yes in person, and one of the investigation committee members, Sang Il Lee, who was the academic affairs support director, reported in the board of directors meeting that 'Shin's academic degree had already been verified without any problems.'

It is as if those who should have been the targets of investigation led the investigation and took the position of disciplinary committee chairman, which is an irony.

It has also been pointed out that there are questions regarding the way Dongguk University seems to hold on to the personnel decision made for Shin.

While it appears to be urgent to relieve Shin of her position first and conduct a thorough investigation on not only Shin but also other involved individuals, not doing so may make one doubt whether it is intended to cut the tail off with Shin.

While the current situation makes it difficult to reveal the truth without any involvement by an investigation agency, it has been voiced a great deal that it is difficult to understand why Dongguk University has not taken more aggressive actions such as a complaint or request for investigation.

[DONGGUK0000975]

Accurate Press and Fast News, Internet Yonhap News                    Page 2/2

     In particular, under the circumstance that Jeong Ah Shin, who was known to have returned home temporarily, revealed to her acquaintance that she would plan to leave for the US again, it has also been pointed out that it is urgent to impose a ban to keep her from leaving the country, and an investigation of this is inevitable.

     Such an attitude taken by Dongguk University is quite different compared to the actions taken by Seoul National University during the 'Woo Seok Hwang' incident.

     At the time, Seoul National University put its investigation committee, consisting of outside personnel, in action and also entirely closed down the laboratory and also secured accounting data proving fraud and embezzlement and handed them over to the prosecution, whereas the prosecution adjusted its speed of investigation until the 'academic decision on verification' of the forged article by the university authority became available, but quickly took necessary actions including the ban on leaving the country.

     The prosecution and police seemed to notice such situations and it is known that they have taken actions for preparation, including collection of related data.

     A person concerned with the investigation agency said on the 16th day, "Falsification of her academic degree by Shin is an issue that would not stop at the personnel action taken by the University, but may be applicable to such criminal acts as private document forgery or interference with one's duties. As a complaint, accusation, or investigation inquiry is highly likely to occur, we are making preparations."

solatido@yna.co.kr
engine@yna.co.kr
(END)

<Copyright (C) Yonhap News.  Unauthorized reproduction or redistribution prohibited.>
[Manuscript sent 07/16/2007 16:31]
[Logo] Yonhap News
This article is prohibited from reproduction in whole or part without the consent of Yonhap News.
Copyright © 200[illegible] Yonhap News. All rights reserved.

 연합뉴스                                              🔊인쇄|🔊닫기

## <'학력위조' 동국대 자체조사로 규명될까>

"사실관계 철저히 밝혀야"…수사기관, 고소·고발 대비

(서울=연합뉴스) 임회섬 임은진 기자 = 동국대가 신정아(35·여) 조교수의 학력 위조 사건과 관련해 진상조사 작업을 벌이고 있지만 진실을 명쾌히 규명해 낼 수 있는지는 미지수다.

신씨의 임용 과정에서부터 온갖 의혹이 제기된 상황임을 감안하면 수사기관이 나서 한 점 의혹을 남김 없이 사실 관계를 철저히 밝혀내야 한다는 목소리가 높다.

동국대는 한진수 학사부총장, 이상일 학사지원본부장 등 5명으로 구성된 진상조사위원회를 만들어 신씨의 학력 위조와 특채 임용 경위에 대한 조사를 벌이고 있다.

자체 조사를 벌인 후 적절한 인사 조치를 취하고 필요하면 고소·고발이나 수사의뢰 절차를 밟겠다는 게 학교 쪽 설명이다.

동국대는 20일 열리는 학교법인 임시이사회에 1차 조사 경과를 보고하고 27일로 예정된 징계위원회에서 인사조치를 결정할 방침이다.

그러나 조사위가 제대로 된 조사를 할 수 있을지에 대한 회의적 시각이 많다.

진상 파악을 하려면 재단과 학교의 전·현직 고위 관계자를 조사해야 하는데 과연 가능하겠느냐는 것.

신씨가 특채됐던 2005년 당시 이사장은 지금도 이사로 재직 중이고 그 때 총장은 현재 명예교수로 남아 있다.

또 신씨의 학력위조와 논문표절 문제를 폭로한 재단이사를 해임하는 과정에 현직 이사장, 총장, 교원징계위원장도 직접 찬성표를 던졌고 조사위원 중 한 명인 이상일 학사지원본부장은 이사회에서 '신씨의 학위에 대해 이미 검증을 거쳐 이상이 없음을 확인했다'고 보고했다.

조사 대상이 돼야 할 사람들이 조사의 주체가 되고 징계위원장을 맡고 있는 희한한 상황이 벌어지고 있는 셈이다.

동국대가 신씨에 대한 인사 조치에 집착하는 듯한 모습을 보이는 것도 석연치 않다는 지적이다.

일단 신씨를 직위해제시킨 뒤 신씨뿐 아니라 다른 관련자들에 대해서도 철저한 조사를 벌이는 게 급선무로 보이는데 그렇지 않다면 신씨 선에서 꼬리를 자르려는 것이란 의심을 살 수 있다는 것.

수사기관의 개입이 아니면 진실을 밝히기 힘든 상황인데도 동국대가 고소·고발이나 수사의뢰 등 조치에 적극적인 태도를 보이지 않는 점은 납득하기 어렵다는 목소리가 많다.

DONGGUK0000974

바른언론 빠른뉴스 인터넷 연합뉴스                                페이지 2 / 2

특히 일시 귀국한 것으로 알려진 신정아씨가 지인에게 다시 미국으로 출국할 계획임을 밝힌 것으로 전해진 상황에선 출국금지가 시급하고 이를 위해선 수사가 불가피하다는 지적도 나오고 있다.

동국대의 이런 모습은 '황우석 사태' 때 서울대의 조치와 비교할 때 너무나 대조적이다.

당시 서울대는 외부 인사가 참여한 조사위원회 가동과 동시에 연구실을 전면 폐쇄하고 사기·횡령 등을 입증하는 회계자료를 확보해 감사원과 검찰에 넘겼고 검찰은 논문날조에 대한 대학 당국의 '학문적 확정 판단'이 나올 때까지 수사 속도를 조절하긴 했지만 출국금지 등 필요한 조치를 신속히 취한 바 있다.

이런 상황을 감안한 듯 검찰과 경찰은 수사 착수에 대비해 관련 자료를 수집하는 등 이미 준비 작업에 들어간 것으로 알려졌다.

수사기관 관계자는 16일 "신씨의 학위 위조는 대학의 인사 조치로 그칠 사안이 아니라 사문서 위조나 업무방해 등 범죄행위에 해당할 수 있다"며 "고소·고발, 수사의뢰 등이 들어올 가능성이 높아 준비를 하고 있다"고 말했다.

solatido@yna.co.kr
engine@yna.co.kr
(끝)

<저 작 권 자(c)연 합 뉴 스. 무 단 전 재-재 배 포 금 지.>          [2007-07-16 16:31 송고]

 연합뉴스

본 기사는 연합뉴스와의 저작없이 신문 또는 인터넷 선재를 금합니다.
Copyright (c) 2005 YonhapNews All rights reserved

DONGGUK0000975

# CERTIFICATE OF TRANSLATION

I, Kwang Park, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0000974-75 from the Korean language into the English language.

I further certify that translation of DONGGUK0000974-75 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

*[signature]*

Kwang Park
**Professional Translator**

Subscribed and sworn to before me on ___27___ day of _July_ , _2011_ (year)

*[signature]*

(Signature of Notary)

(Notary Stamp)

FRANCES FUENTES
COMM #1849867
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Commission Expires May 18, 2013

# EXHIBIT 152

'donga.com[English donga]

English donga | Japanese donga | Chinese donga [ GB | Big5 ] | Korean donga   do

# THE DONG-A ILBO

▶ DATA SEARCH  Jan. ▾ 01 ▾ 2▿

BBC WORLD

CTN Plus

asahi.com

- Archives
- Business
- IT
- National
- Politics
- International
- Sports
- Editorial
- Op-ed
- Life
- Entertainment

Weather

Time

- Link

## Archives

### Yale University Won't Probe Source of Shin's False Certificate

🔊 LISTEN :  ●  ◉     ● KOREAN TEXT

JULY 16, 2007 03:26

The investigation on the doctorate forgery case of Dongguk University assistant professor Shin Jeong-ah, 35, is expected to take longer than expected because Yale University has decided not to investigate how false certificate of the degree was faxed to Dongguk University in September 2005 when Shin gained employment at the university.

Therefore, Shin's testimony remains the only source of answers. Shin is currently staying in an overseas country now.

Gila Rinsten, a spokesman of Yale University and vice-director of its public information department said in an interview with Dong-a Ilbo last Saturday that, "I have not received any orders from the school's headquarters for a supplementary investigation into this case."

"We already revealed that Sihn was not a Yale student through a precise investigation. This is the biggest outcome of our investigation," said the spokesman, Regarding the false certificate, the spokesman said that, "I think there are many ways to make people believe that it was faxed from Yale University," adding, "Even if it was faxed from Yale University,

### Editorial

**Self-Absorbed Carma**
As part of efforts to hel[
domestic...

### Op-ed

**Minister Interested i**
**Interest Groups**
Canada has filed a com
the World Trade...

### Diplomatic news

**Warming Up for the**
**International Marath**
"I strengthen my legs b
the hills." The...

**Plus+**





[Health
Intake
Recomr



Nice Co
Black C



Edinbu
Festival
Combin
Traditic
Conten

Events

DONGGUK0001200

" donga.com[English donga]

· Cartoon
· Hate Practice



Darwin
Birthda
Year

it is very true that the document was a forgery that were not issued by Yale University."

Meanwhile, Dongguk University, which said that, "Yale University informed us that they will investigate the forgery case" in a press conference held on July 11, stated yesterday that, "Even though we don't know exactly which department is in charge of this investigation, we don't have a choice but to wait the answer from the university."

Regarding recent reports on Shin's secret return to Korea, Lee Sang-il, chief of the headquarters for supporting school affairs, said that, "Even though we have tried to contact Shin since we heard of her return, we haven't heard from her yet."

[ < BACK ]   [ ∧ TOP ]

donga.com

Copyright 2008 donga.com. All rights reserved.
Contact newsroom@donga.com for more information.

DONGGUK0001201

# EXHIBIT 153

Case 3:08-cv-00441-TLM   Document 257-8   Filed 08/04/11   Page 16 of 147

# The Rise and Fall of a Korean Success Story

Tag it:

A. LIN NEUMANN
17 July 2007

An academic scandal in Seoul's art world brings a high-flying young woman down to earth.

Curator of a major Seoul museum, professor at an elite university and co-director of the Gwangju Biennale, the country's premier art event, at 35, Shin Jeong-ah had risen quickly to the top of South Korea's fine art scene.

Too quickly, it turns out. Shortly after being named to the biennale post on July 4, what had seemed only to be jealous whispering in the bitchy corridors of the art world and academe turned out to be true: Shin was a fraud.

The two degrees that she claimed from Kansas University and a 2005 Yale University doctorate did not exist. Her Yale dissertation, titled *Guillaume Apollinaire: Catalyst for primitivism, for Picabia and Duchamp*, turned out to have been submitted to the University of Virginia in 1981 by another woman.

Shin, who was in Paris at the time the scandal broke last week, denied the charges, then returned home briefly over the weekend, went into hiding and left the country for New York on Monday. A local television network reported she told friends she was going to Yale University to investigate her own academic records.

When she presented her credentials to Dongguk University last year, unfortunately, their background investigation did not go very far. The university never received a reply from Kansas University to a request to verify records, and they accepted a fax supposedly from Yale as enough evidence to prove that Shin held a doctorate. A former member of the school's board of trustees has come forward to say he raised questions at the time about her credentials, but was dismissed from the board for his efforts because he was disgracing the school with "groundless suspicion."

Now the disgrace is deeper than the university could have imagined. "Yale sent a reply saying that the university hadn't granted her a doctoral degree and that there was no

DONGGUK0000995

record of a student named Shin Jeong-ah," a Dongguk University spokesman said last week. Yale also said the fax that supposedly confirmed Shin's credentials was a fake.

Kansas University said that Shin attended classes there from 1992 to 1996 but she never graduated, according to a Kansas newspaper quoting Todd Cohen, University Relations director.

In a country where scandals involving tycoons and politicians are almost daily news fodder, the demise of Shin, a beautiful and seemingly talented product of Korea's vaunted meritocracy, has captured the public imagination. Naver, the country's most popular Internet search engine, reported that her name was its No. 1 search topic over the weekend. Television crews and newspapers have been breathlessly seeking out any scrap of information available on the scam artist.

Korean commentators have begun calling her a "female Hwang Woo-suk," in reference to the scientist whose faked research on the cloning of human stem cells led to a round of national shame and breast-beating when it was uncovered last year. "Our society needs to take a good look at itself and think about whether she wasn't encouraged to gamble with falsifying her credentials because of our society's excessive worship of academic degrees," read an editorial in the Hankyoreh newspaper.

Soon the search may be joined by prosecutors. Officials of the Gwangju Biennale, after confirming with Yale that her degree was fraudulent, cancelled her appointment and have asked the Seoul prosecutors office to investigate her on possible criminal charges. The university may also press charges. She faces dismissal from her university post.

Her mother, Lee Won-ok, has stepped up to claim that her daughter is the real deal. "Why is the media burying a person who has done nothing wrong?" Lee asked, according to the magazine Monthly Joongang. "I believe in my daughter, not because we are family but because what she says is all true."

It seems that a lot of people believed in Shin as she rose through the clubby ranks of Seoul's fine art dealers and patrons. In 1997, one year after quitting Kansas University, she charmed her way into a job at the Kumho Museum in Seoul, the JoongAng Daily newspaper reported. Claiming to have the two degrees from Kansas, she parlayed a job as a part-time English-language museum guide into replacing a bickering curator. From there, she used "brazen self-promotion and outright theft of other people's ideas" to fuel her rise, the newspaper said, citing her colleagues and friends. "She had a way of handling people and getting their attention," the newspaper said, quoting a Seoul art curator.

DONGGUK0000996

By 2002 Shin had moved on to the Sungkok Museum, one of Seoul's best known museums, as its chief curator. There she mounted several major exhibitions, including a 40th anniversary exhibition of the English illustrator John Burningham last year, and a show that is still up by American photographer William Wegman. The museum told the JoongAng Daily that it didn't verify her academic background.

The appointment to the Dongguk University faculty last year and the post with the Gwangju Biennale put her at the very pinnacle of her profession. She rose too high too fast, it seems, to avoid scrutiny.

Shin, for the moment at least, has disappeared. If she were to return from her visit to New York, she would face the relentless pursuit of the media and possible jail time as a result of her fraud. Her loyal mother insists, however, that her only daughter is coming home. She was quoted in the Monthly Joongang saying that she had spoken to her while she was still in Paris last week and been assured that everything will be fine. "You know me, mom. I will go back to Korea soon and take care of it."

A tantalizing explanation for Shin's desperate and ultimately perilous scramble to the top may lie in Korea's worst peacetime disaster. In 1995, when Shin was just 23, she was buried in the collapse of the Sampoong Department Store in Seoul. Trapped in the rubble for 24 hours, she was one of the lucky survivors of a disaster that killed 501 people.

Telling her story later to the monthly Chosun Magazine, Shin said the disaster completely changed her life. Once shy and unassertive, she told the magazine she vowed to change.

"A beach towel wrapped itself around my face and saved it from harm," she told the magazine. "Because my face was OK, I have my second life and I'm very lucky. Everything is very easy for me. Before the disaster I was a very introverted character. Now I am aggressive. After surviving Sampoong I developed a very powerful driving force and sense of initiative."

It was later established that the Sampoong collapse was caused by faulty supporting columns and a poor structural framework added to the fact that the impressive-looking new store was built by crooked businessmen on an unstable landfill. Like Shin's academic career, the building ultimately rested on shaky ground.

# Comments

DONGGUK0000997

### I don't think so. : Zeng

To the earlier comment, Korean are NOT hung up on someone's educational pedigree more than any other parts of the world albeit that there are more learned people and therefore the qualification/competition levels are higher than other parts of the world. As you can see this naive girl was NOT able to get away with her bogus lies - it all caught up with her. It in itself is just a plain incident of FRAUD, which again every society has. And obviously her lack of education manifested itself enough to raise suspicion among people. Only reason it took so long to be discovered it because she manipulated a top government official to support her endeavors - a sugar daddy was covering her ass. That's the real issue here. Government official using tax payers money for flaunder his mistress. Every society has these issues, not just Korea - it is beyond control in China right now, every government official has a wife and a girlfriend. you know why, these girls would chase after any man who has wealth, and the problem is that government officials yield their powers to accumulate personal wealth, they are rich. On a different note, look at Bill Clinton, how easily he used his powers trying to cover up his illicit affairs with the intern.
December 27, 2007

### ... : CK

With daily chatter and sound bytes coming from Korean media, this story has developed into a tragic comedy or comic tragedy involving ever increasing number of players. Shin seems to be both heroin and villian of the story, and lately a victim. The way this scandal is panning out, this story is becoming more about how Korean society works than one person's lie. Why is Korean art world so hung up on someone's educational pedigree? And is this kind of favoritism only limited to art world? Shin seems to be a clever heroin since she used people of influence(who doesn't know jack about art) who blindly trusted her degree, to her advantage. She is a villian because she based her career on lies and took opportunities away from hard-working, authentic-degree-holding curators. In my opinion If she was good at her job, she deserves nothing worse than a slap on her wrist and should be allowed to continue with what's left of her career. The university that hired her and the those who hired her as the curator for Biennale are also equally responsible for getting fooled. They should get their priority straight before they chastitise Shin. Insistence on inditement of Shin mounts nothing more than certain individuals' misguided attempts to save face. Either Shin goes without or without substantial punishment, this story reflects distorted society which may value the empty prestige more than the real merit.
September 24, 2007

Powered by Azrul's Jom Comment

DONGGUK0000998

# EXHIBIT 154

[DONGGUK0001009]

Dongguk University didn't really "check Kansas State academic record"
□ Uproar over Ms. Shin Jeong-Ah's "fraudulent academic record"

When hiring Dongguk University General Education Institute assistant professor Jeong-Ah Shin (35, female), who has been found to have forged her doctorate, Dongguk University did not, it turns out, request verification of her academic history from the pertinent colleges, or check whether the request had been received.

A Professor Ahn, who was head of the academic personnel team at Dongguk University at the time of Professor Shin's hiring, stated on the 17th that "on September 5, 2005, I personally sent a request for verification of her academic record to Yale University by registered mail, but I did not send (a request) to Kansas State."

Professor Shin stated on her employment application that she had received her bachelor's and master's degrees from Kansas State and her doctorate from Yale.

Regarding the reason for not sending the request for academic record verification to Kansas State, Professor Ahn sad that "I sent the official request only to Yale University, considering the final degree to be most important," adding "there were no particular orders from above, and I thought that it would be OK to send the official request to Kansas State later if it became necessary."

However, before this, Dongguk's academic support office head Sang-Il Lee had stated that "we requested degree verification from both Yale University and Kansas State University at the time of hiring, but a response came only from Yale."

In addition, because only the registration number and receiving country (USA) are written on the receipt for the registered letter sent to Yale by Dongguk, and there is no recipient address, it is unclear whether Yale University received the request.

Dongguk University, without having confirmed the receipt of the request by Yale, hired Professor Shin, trusting in only a fax that appeared to have been sent from Yale, but this fax has been confirmed also to have been forged.

Then HR Team Leader "Sent Inquiry Only to Yale"
Differs with University's Claim "Sent to Both Universities"
Yale Postal Receipt Lists No Recipient Address

A person associated with Dongguk University, requesting anonymity, said that "at the time of her hiring, issues were raised with the upper-level administration of the school, on the

basis that the human resources team had not received basic documents such as transcripts from Professor Shin,"but the only answer was 'wait and see.'"

This person claimed that "the participation of people such as Mr. Lee, who need to be investigated themselves, in the investigative committee is problematic," and "I am concerned that the investigative committee will only concern itself with the procedures at the time, and put all the responsibility on the employees."

Professor Shin, who had left Korea in secret on the morning of the 16th, arrived at JFK Airport in New York, USA, around 1:45 AM (Korea time) on the 17th.

Professor Shin, dressed in blue jeans and a gray T-shirt, left the arrivals area with a white athletic cap pressed low over her face and head bowed.

Tens of reporters rushed the arrivals area and asked several questions, but Professor Shin said not a word.

When the reporters, who had followed her to the taxi stand, asked for a comment, Professor Shin said "I have nothing whatsoever to say to the (certain members of the) press that has reduced me to a high school graduate based upon dissertation plagiarism," leaving the impression that she was admitting to plagiarizing her dissertation. No one met Professor Shin in the crowd at the airport.



Jeong-Ah Shin Arrives in New York

Jeong-Ah Shin, assistant professor at the Dongguk University General Education Institute, who left Korea in secret and arrived at Kennedy Airport in New York on the 17th (Korea time), brushes off the questions of waiting reporters as she leaves the airport. New York = Yonhap News

Reporter Sang-Jun Han, always@donga.com
New York = Correspondent Jong-Sik Kong, kong@donga.com

A10   2007년 7월 18일 수요일                            사회                            제26743호 동아일보

# 동국대 '캔자스대 학력조회' 아예 안했다



누워 도착한 신정아씨 씨

## "이가 없으면 잇몸으로 산다?"



## "맞춤식 임플란트"
## 석플란트 치과병원

맞춤식 임플란트로
귀하게 새로운 인생을 열어드리겠습니다.


원장 김준석


원장 장승희


원장 정철호

### 진료시간

예약문의  02-555-0001

석 플란트 치과병원

# 금속노조 오늘 또 부분파업

## "정부 미온대처가 노동계 불법 키워"



## 이랜드 노사 협상 결렬 – 노조 점거 계속

# CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0001009 from the Korean language into the English language.

I further certify that translation of DONGGUK0001009 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

Samuel Henderson
Professional Translator

Subscribed and sworn to before me on ____27th____ day of ___July___, 2011 (year)

_____
(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 4, 2016
(Notary Stamp)

# EXHIBIT 155

[DONGGUK0001010]

"Fake Doctor" Ms. Jeong-Ah Shin's Manhattan Whereabouts Unknown

"Escaping the storm for a month"

"I only plagiarized the dissertation ... I have nothing to say to the press"

Dongguk University did not check Ms. Shin's degrees with Kansas State

Dongguk University professor Jeong-Ah Shin (35, female) who has been found to have faked her degree, arrived at New York's JFK Airport at 12:45 PM on the 16th (local time). She wore blue jeans and a gray T-shirt. With glasses and white cap pulled down, she left the arrivals area with her head bowed.

Nobody met Ms. Shin. When the tens of reporters who were already waiting rushed forward, Ms. Shin said "I do not want to say one word to the press who cut me (down) to a high-school graduate (when I only) plagiarized my dissertation," and took a taxi out of the airport.

According to persons in the artistic community, Ms. Shin traveled to New York 2-3 times a year. She had established connections with local artists or businesspeople in New York. One person said that "Ms. Shin will probably stay with an acquaintance in Manhattan or New Jersey." In fact, after boarding a taxi alone to leave New York's JFK airport, she tried to disembark at an apartment complex in Manhattan. But when the press tried to follow her, she went elsewhere.

Ms. Shin often came to New York, but is said not to have been very active in the community there.

A person associated with the New York Culture Center said that "it's normal for gallery curators to visit the Culture Center when they come to New York, but Ms. Shin never came." The person added "I have never met her even once at a cultural event in New York."

We have learned that when Ms. Shin came to New York, she often went to New Haven, where Yale is located. The telephone number written on the document submitted by Ms. Shin as a degree certification was confirmed to be the office of the humanities department at Yale University.

Before leaving the country, Ms. Shin reportedly told a person close to her "I'm going to get away from the storm and make my response slowly" and "I'll be there on my own for about a month."

◆Suspicions about Dongguk's verification of Ms. Shin's degree = New suspicions are being raised regarding the process of Dongguk University's verification of Ms. Shin's degree. This is the claim that no degree inquiry was made to Kansas State University in the US, where Ms. Shin claimed to have obtained her bachelor's degree.

Todd Cohen, head of the PR office at Kansas State, said in an interview with the domestic press that "our university's academic records department has no record of receiving a request for a check of academic record from Dongguk University in 2005."

Dongguk University has claimed that "in early September 2005, an official request for verification of Ms. Shin's academic record was sent by registered air mail to Yale University and to Kansas State." At the time, Dongguk University explained that "only Yale responded, by fax, stating that 'Ms. Shin did indeed receive a degree from Yale.'"

However, the registered mail receipt held by Dongguk University shows only the tracking number and recipient country (USA), and does not show the address of the actual recipient. In fact, there are said to be no records remaining that would enable objective verification of whether Dongguk University did send letters to Yale University and Kansas State. Dongguk University reportedly did not use the tracking number to check whether the request had arrived properly. A person associated with Dongguk admitted "although we have tried to check in many different ways, we are now unable to confirm it."

Sang-Il Lee, head of the academic support office at Dongguk University, said that "an official physical document has been received from Yale University, proving officially that Ms. Shin's doctorate was fraudulent." The person explained, however, that "there is not currently any plan to request a prosecutorial investigation of the incident of Ms. Jeong-Ah Shin" and "our basic standpoint is that the school's own investigation should, as much as possible, bring things to a close."

◆Ms. Shin quit her position as head of the arts and sciences program at Sungkok Museum, which she had held in addition to her professorship, immediately before leaving the country. A person associated with the Sungkok Museum reported on the 17th that "Ms. Shin submitted her resignation on the 15th, and it was processed as a voluntary dismissal on the same day."

This person said that "Ms. Shin stated in her interview with Mun-Sun Park, head of the museum, on the 14th, that 'the issue of my position is up to the Board of the museum.' The person added that "Ms. Shin said to Mr. Park in her interview that 'the suspicions being raised in

the press about my degree are entirely baseless. I'm going to leave the country immediately to consult with Yale University and lawyers, and take legal action against the people who have slandered me.'"

New York = Correspondent Jeong-Ho Nam, Seoul = Reporter Gi-Heon Kang

The Battle Over the Truth about Ms. Jeong-Ah Shin's Doctorate

|  | Claims by Dongguk University and associated persons | Claims by Professor Shin and family |
|---|---|---|
| Yale University doctorate | "We received an official letter on the 16th stating that the degree was fake." (Dongguk University) "I don't know who Jeong-Ah Shin is." (Professor Mehring) | "The degree is genuine. This is a slanderous plot." |
| Kansas State University bachelor's and master's degrees | "A student with the same name as Professor Shin attended as an undergraduate for 3 years and then dropped out." (Kansas State University) | "I attended Kansas State as an undergraduate for 7 years. It's also true that I studied business administration." |
| Seoul National University admission | "Ms. Shin's name is not among those who qualified for admission to the college of arts at SNU." (Seoul National University) | "The statement regarding attendance at SNU was misrepresented." |
| Plagiarism of Yale University dissertation | The dissertation published by the University of Virginia in 1981 was copied unchanged." (Dong-Cheon Yun, SNU Professor) | "There is no issue here, because of the statement that 'I received help from several people' while writing the dissertation." |



After arriving at New York's JFK airport on the 16th, Ms. Jeong-Ah Shin hurriedly gets into a taxi at about 1 PM. [New York = Correspondent Jeong-Ho Nam]

'가짜 박사' 신정아씨 맨해튼서 행방 묘연

# "소나기 피해 한 달간 머물겠다"

中日 07. 18

"논문 표절 했을뿐인데… 언론에 할 말 없다"

## 동국대, 캔자스대에 신씨 학위 조회 안 해

학위를 위조한 것으로 드러난 동국
대 교수 신정아(35·여)씨가 뉴욕 JFK
공항에 16일 낮 12시45분(현지시간)
도착했다. 정바지와 회색 티셔츠 차림
이었다. 흰색 보자를 눌러쓰고 안경을
낀 그는 고개를 숙인 채 입국장에서
나왔다.

신씨를 마중 나온 사람은 없었다.
미리 대기하고 있던 수십 명의 취재진
이 몰려들자 신씨는 '논문 표절을 했
을 뿐인데' 고혼로 (횡아) 내려 언론
에 아무 말도 하고 싶지 않다"며 택시
를 잡아 타고 공항을 빠져나갔다.

미술계 인사에 따르면 신씨는 그동
안 일 년에 2~3차례씩 뉴욕에 드나들
었다고 한다. 뉴욕의 현지 작가나 사
업가들과 교류를 넓혀왔다는 것이다.
한 인사는 "신씨가 뉴욕 맨해튼 또는
뉴저지의 지인 숙소에 묵을 가능성이
크다"고 말했다. 실제로 그는 혼자 택
시를 타고 뉴욕 JFK공항을 빠져나온
뒤 맨해튼의 한 아파트 단지에 내리려
했다. 하지만 취재진이 따라붙자 곧장
다른 곳으로 이동했다.

신씨가 뉴욕에 자주 왔다고 광범위
한 교제활동은 하지 않았다는 이야기
도 있다.

뉴욕문화원의 한 관계자는 "웬만한
갤러리의 큐레이터가 뉴욕에 오면 문
화원을 찾아오는 것이 보통인데 신씨
는 전혀 오지 않았다"고 말했다. "뉴
욕의 문화행사장에서 한번도 만나본
적이 없다"고 덧붙였다.

신씨는 뉴욕에 왔을 때 예일대가 있
는 뉴헤븐에 자주 간 것으로 전해졌
다. 신씨가 학위증명서라고 제출한 문
서에 적힌 전화번호는 확인 결과 예일
대 인문학부 사무실의 것이었다.

신씨는 출국에 앞서 한 주변 인사에
게 "소나기는 피하고 천천히 대응하
겠다"며 "한 달 정도 혼자 있겠다"고
말한 것으로 알려졌다.

◆동국대, 신씨 학위 조회 의문=동
국대의 신씨에 대한 학위 조회 과정에
서도 새로운 의문점이 제기되고 있다.
신씨가 박사 학위를 취득했다고 주장
한 미국 캔자스대에 학위 조회를 하지
않았다는 것이다.

토드 코언 미국 캔자스대 홍보실장
은 국내 언론과의 인터뷰에서 "2005

년 우리 대학 학적과에 동국대로부터
학력 조회 요청이 들어왔다는 기록이
없다"고 말했다.

동국대는 "2005년 9월 초순 예일대
와 캔자스대에 신씨의 학력 조회 요청
공문을 등기 항공우편으로 보냈다"고
주장해 왔다. 당시 동국대는 "예일대
만 팩스로 '신씨가 예일대에서 학위
를 받은 게 맞다'는 회신을 했다"고
해명했다.

그러나 동국대가 갖고 있다는 등기
항공 우편 영수증엔 등기번호와 수신
국가(미국)만 나와 있을 뿐 실제 수신
처의 주소는 명기돼 있지 않았다. 실
제로 동국대가 우편물을 예일대와 캔
자스대에 보냈다는지를 객관적으로 확
인할 수 있는 기록은 남아 있지 않다
는 얘기다. 동국대는 당시 공문이 재
대로 도착했는지를 등기번호로 조회해
보지도 않았다고 한다. 동국대 관계자
는 "우리도 다방면으로 알아봤는데
지금으로선 확인이 불가능하다"고 시
인했다.

이상일 동국대 하사지원본부장은
"신씨의 박사학위가 허위임을 공식
증명하는 예일대의 공문이 종이문서
형태로 도착했다"고 말했다. 그는 그
러나 "신정아씨 사건을 수사 의뢰할
계획은 현재로서는 없다"며 "우리는
가급적 학교 자체 조사로 마무리를 짓
자는 것이 기본적인 입장"이라고 설
명했다.

◆성곡미술관 사직=신씨는 그동안
겸직해 온 성곡미술관 학예연구실장
직을 출국 직전 그만뒀다. 성곡미술관
관계자는 17일 "신씨가 15일자로 사
표를 제출해 즉각 의원면직 처리됐
다"고 전했다.

이 관계자는 "신씨는 14일 박문순
관장과의 면담 자리에서 '거취 문제
는 미술관 이사회의 결정에 따르겠
다'고 밝힌 바 있다"고 말했다. 그는
"신씨는 면담에서 '현재 언론에서 제
기하는 학위 의혹은 전부 근거가 없
다. 곧바로 출국해 예일대 및 변호사
와 상의해 나를 음해한 사람들에 대해
법적 대응에 나서겠다'고 막 관장에
게 말했다"고 덧붙였다.

뉴욕=남정호 특파원, 서울=강기헌 기자
namjh@joongang.co.kr



<table>
<tr><td colspan="3" align="center">신정아 교수 박사 학위 진위 공방</td></tr>
<tr><td></td><td>동국대 및 관계자들 주장</td><td>신 교수 및 가족 주장</td></tr>
<tr><td>예일대 박사<br>학위</td><td>"16일 학위가 가짜임을 알리는 공식 문건을<br>받았다."(동국대)<br>"신정아가 누구인지 모른다."(예일 교수)</td><td>"학위는 진실이다. 음해 세력의 음<br>모다."</td></tr>
<tr><td>캔자스주립대<br>학·석사 학위</td><td>"신 교수와 같은 이름의 학생은 학부 3학년<br>까지 다니고 그만뒀다."(캔자스주립대)</td><td>"캔자스주립대 학부 과정에 7년<br>간 다녔고, 경영학을 공부한 것도<br>사실이다."</td></tr>
<tr><td>서울대 입학</td><td>"서울대 미대 합격자에 신씨 이름은 없다."<br>(서울대)</td><td>"서울대를 다녔다는 것은 와전된<br>것이다."</td></tr>
<tr><td>예일대 논문<br>표절</td><td>"1981년 버지니아대에서 발간된 논문을 그<br>대로 베꼈다."(서울대 운동자 교수)</td><td>"논문을 쓰면서 '여러 사람의 도<br>움을 받았다'고 밝혔기 때문에<br>문제될 것 없다."</td></tr>
</table>

16일 뉴욕 JFK 공항에 도착한 신정아씨가 오후 1시쯤 택시를 타고 차량이 떠나고 있다.
[뉴욕=남정호 특파원]

DONGGUK0001010

# CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0001010 from the Korean language into the English language.

I further certify that translation of DONGGUK0001010 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

**Samuel Henderson**
**Professional Translator**

Subscribed and sworn to before me on _____ 27th _____ day of _____ July _____, _2011_ (year)

(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 4, 2011
(Notary Stamp)

# EXHIBIT 156

[DONGGUK0001013]

Dongguk University Administration Suspected of "Covering for Jeong-Ah Shin"
Inadequate hiring docs reported many times, but "Wait"
Request for degree verification not sent to Kansas State

On the 17th, Dongguk University stated that it had not checked her bachelor's and master's-level academic record in the course of hiring Professor Jeong-Ah Shin (female, 35) in September 2005.

Dongguk University had claimed that "a confirmation request was sent to Kansas State" (from which Professor Shin claimed to have received the bachelor's and master's degrees she submitted). Dongguk University subsequently attracted curiosity as to whether Dongguk had falsely claimed to have checked Professor Shin's academic record when it had not in fact done so properly, and whether the "top ranks" at Dongguk University had attempted to protect Professor Shin. Dongguk University belatedly explained this afternoon, through a press release, that this was "an error announced based on unapproved internal draft documents from September 2005, and upon checking, it was found that only her final degree from Yale was checked."

♦The academic record check that turned out to be a lie

As controversy grew over Professor Shin's fake degree, Sang-Il Lee, head of Dongguk University's academic support office, said in a press conference on the 11th that "in 2005, requests for verification were sent by postal mail to Yale University (where Professor Shin claimed to have received her doctorate) and Kansas State University at the same time; a response came from Yale immediately, but no response came from Kansas."

However, Mr. Lee's statement turned out to be incorrect. A Professor Ahn, who had been head of the academic personnel team at the time of Professor Shin's hiring by Dongguk University, stated on the 17th that "because the verification of her final degree was the most urgent, I wrote the letter to Yale University myself, and attached the academic record verification form and sent it by registered mail, but I did not send any documents to Kansas State." Todd Cohen, head of the PR office at Kansas State, said in an email interview with this paper on the 16th that "there is no record of our having received a request from Dongguk University for the verification of Ms. Shin's degree in 2005."

♦Inadequate documents repeatedly ignored

Such dubious internal maneuvering by Dongguk University has given rise to suspicions both within and outside the school that "the 'top ranks' were protecting Professor Shin." A person

associated with Dongguk University, speaking on condition of anonymity, said that "At the time of Professor Shin's hiring, there was a dispute between those saying 'it's fake' and those saying 'she's a good person, but some people are trying to prevent her from being hired,' and the academic record was examined because of issues raised by professors in the department." The person said that "because Professor Shin continually failed to submit a 'transcript,' people complained several times that 'the documents are inadequate,' but continually got the response of 'let's wait and see.'"

This person also said that "when Professor Shin was switched to the General Education Institute in February of the next year, after going on leave for a semester, again complaints were made about 'inadequate documents,' and Professor Shin was also asked to submit the documents, but kept putting it off." In connection with this, academic support office head Sang-Il Lee stated that "an investigation will be made into Professor Emeritus Gi-Sam Hong, who was President at the time, and an investigation is also being conducted into Yeong-Taek Lim (Venerable Yeongbae), Chairman of the Board of Trustees of the Foundation, who was an executive Trustee at the time."

Former Foundation Trustee Venerable Jangyun (currently at Jeongdeungsa Temple), who was relieved of his position in May after first raising suspicions that Professor Shin's degree was fake in the Board meeting of February of this year, has claimed that "Former President Gi-Sam Hong and Master Yeongbae played a decisive role in the special hiring of Professor Shin."

In response, Venerable Yeongdam, chairman of the Dongguk University Disciplinary Committee, stated that "there is no reason for these two people to protect Professor Shin, and this is utterly without any basis in fact."

Internal Dongguk University relationships surrounding Jeong-Ah Shin



Key:  1    Hostile
      2    Venerable Jangyun, having raised issues regarding Professor Shin in May, is
           stripped of his position

3      Former president Gi-Sam Hong
          (now professor emeritus)

4      Friendly?

5      Professor Jeong-Ah Shin

6      Hostile relationship

7      Venerable Jangyun
          (former Dongguk University Foundation trustee)

8      Yeong-Taek Lim (Venerable Yeongbae)
          (then regular Trustee, now Chairman of the Foundation board)

9      Internal sources claim that "in September 2005, they pressed actively for
          Professor Shin to be hired"

10     In February, raised problems of Professor Shin's plagiarism and forgery of
          academic credentials

Reporter Gyu-Hyeon Lee, kyuh@chosun.com
Reporter Ran-Hee Park, rhpark@chosun.com



Ms. Jeong-Ah Shin (35), who has given rise to a "fake doctorate" controversy, got into a taxi to leave JFK airport in New York on the afternoon of the 16th (local time) after arriving there on a Korean Air flight from Incheon Airport. The press found her difficult to recognize, thanks to her wearing a hat pressed low over horn-rimmed glasses and bobbed hair.

Entering the US, Ms. Jeong-Ah Shin wears hat and glasses, and vanishes into taxi after skirmishing briefly with reporters

      Dongguk University Jeong-Ah Shin (female, 35), who had disappeared from Korea, appeared in disguise at JFK Airport in New York in the United States. At 12:45 PM on the 16th (local time), Professor Shin, having arrived at JFK Airport on Korean Air flight KE 081, wore blue jeans, a gray T-shirt, and a white hat pressed deeply over her face. She wore black horn-rimmed glasses, and her bobbed hair was cut even shorter, making her difficult to recognize. Her only baggage was a large travel bag and handbag.

      When Professor Shin was mobbed by reporters while attempting to leave the airport, a 5-minute skirmish ensued. She kept her mouth firmly closed in response to questions asking how

she had come to New York and when she planned to return to Korea, saying only "I have nothing whatsoever to say to the press that has reduced me to a high school graduate (based upon my alleged) dissertation plagiarism," and nothing else. Professor Shin left the airport in a taxi alone, without a companion traveler or anyone greeting her at the airport. She did not indicate her destination in the US. Professor Shin's family stated that "Professor Shin has gone to the US to assemble information proving that her Yale University doctorate is genuine." The New York consulate stated that "We cannot track Professor Shin's whereabouts, since she has not been convicted of a crime."

New York = Correspondent Gi-Woon Kim

A10    2007년 7월 18일 수요일 다        사회        제26974호    조선일보

# 동국대 윗선 '신정아 감싸기' 의혹

임용서류 미비 수차례 보고됐으나 "기다려라"
켄지스대학에는 학위 확인요청 서류 안보내

2005년 9월 동국대가 신정아씨를 -20·21에 임용하는 과정에서 학사·학위 허위경력 논란 있었음에도 이사·교수진 감싸기 의혹이 일고 있다.

동국대는 그동안 "신 교수가 예일대 학위를 받았다고 서류에 써 놓았기 때문에 임용했다"고 주장해왔다. 하지만 당시 대학 인사위원회 구성원과 복수의 교직원 등의 증언에 따르면, 임용 당시 신 교수의 학위가 허위라는 것을 알았으면서도 앞뒤 조직차원의 방어막을 쳐 주었던 것으로 알려졌다.

신정아씨를 동국대에 채용하는 과정에서 동국대 ...



대화관계도

신정아씨를 둘러싼 동국대 내부 관계



## 신정아씨 美입국때 안경서 모자 눌러써
기자들과 접시 승강이 후 택시타고 사라져

---



일본 후쿠오카를 대표하는 〈아시아나의 맞춤여행〉

탑항공의 저렴한 항공권이 내 여행을 더 알차게 한다

www.toptravel.co.kr

오버 더 탑

문의전화 1688-1001    (주) 탑항공

## 육군창고 키 위한선 161cm이상으로 낮춰

---

# 정부, 이랜드 사태 공권력 투입 시사

노조 사�측 입장만 거부
오늘 경제부처 대책회의

## 헉! 오페라 VIP석 티켓 45만원
'빈 국립 오페라 극장' 9월 공연... 경제틀... "현지보다 비싸"

DONGGUK0001013

# CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0001013 from the Korean language into the English language.

I further certify that translation of DONGGUK0001013 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

_____
Samuel Henderson
Professional Translator

Subscribed and sworn to before me on _____ day of _____, 2011 (year)

_____
(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 4, 2016
(Notary Stamp)

# EXHIBIT 157

[Translation]

**Hankook Ilbo**

**"Growing Suspicion"   Dongguk University being deceived or protected?**
**Dongguk University did not verify undergraduate and master's degrees of Professor Shin**

As it is found that Dongguk University (the "University") did not even verify the undergraduate and master's degrees of Professor Jeong Ah Shin ("Shin"), suspicion is raised about whether the University has protected Professor Shin.

Contrary to the explanation given by the University in the beginning, it is found that the University did not verify the undergraduate and master's degrees of Professor Shin, which was proven to be fraudulent.

In September, 2005 when Shin was employed, the University did not send a request for verification of academic records to the University of Kansas from which Shin is said to have received the undergraduate and master's degree.   On the 11th, the University had announced that it had sent a request for verification by mail to the University of Kansas and Yale University from which Shin allegedly received the academic degrees.

On the 17th, immediately after it was found that the University did not request verification of academic records to the University of Kansas, the University belatedly announced an explanation that "Our announcement that we had requested a verification of academic records to the University of Kansas was a mistake."

The explanation confirmed that the verification of academic records to the University of Kansas was a mistaken announcement based on a draft prepared in September, 2005 when Shin was employed, and that the verification of final academic record was only requested to Yale University.

However, there is no satisfactory explanation for why the University requested the verification only to Yale University but not to the University of Kansas, and how it did not even know whether the request was sent or not amid the recent controversy.

Further, the fax from Yale University which purportedly confirmed the doctorate degree of Shin was proved fraudulent, so it is also questionable whether the University had requested the verification of academic records to Yale University.

The University expressed "It was definitely sent by registered mail, but we didn't confirm whether it arrived properly."   Pursuant to the Office of Postal Service, it is impossible to confirm whether the University requested verification from Yale University, because even in the case of registered mail, the shipment and delivery records are deleted from the electronic database after 1 year thereof.

- 1 -

YALE00000771

[Translation]

Moreover, it is reported that the University ignored the fact that Shin did not submit the academic records at the time of her employment, and that the issue was raised with respect thereto.

Therefore, there is suspicion that the University was not deceived by the lies of Shin, but may have actively protected and covered up Shin for some reason.

Meanwhile, the Gwangju Biennale reported Shin to the Gwangju District Prosecutor's Office with the "charge of obstructing official duties by a fraudulent scheme" in the morning of the 18th.

Copyright © CBS No Cut News (www.nocutnews.co.kr) Illegal reproduction or circulation is forbidden.

[New article alliance] Local news reporter Jeong Hoon Kim of CBS
report@cbs.co.kr
Uploaded:        2007/07/18 14:15:56
Updated:         2008/04/29 15:13:44

YALE00000772

# EXHIBIT 158

[DONGGUK0001016]

Upright press, fast news: Internet Yonhap News                    Page 1/2

Yonhap News                                                       Print | Close

"Dongguk University received 'confirmation of Jeong-Ah Shin's fakery' months ago but ignored it"

Person in university arts association "received email confirmation from Yale on April 9"


It has come to light that even after receiving decisive evidence that Assistant Professor Jeong-Ah Shin's (35) doctorate was fake, in the form of a written confirmation from a Yale University professor, before May of this year, Dongguk University ignored this.

A person associated with the university arts association stated that "an email proving that Ms. Jeong-Ah Shin's degree was fake was received from Professor Christine Mehring in the Yale University art history department on April 9, and this was sent in April to a person involved in the association who is employed as a professor at Dongguk University."

The person said "the information sent to Dongguk University was Professor Mehring's confirmation, Ms. Jeong-Ah Shin's fake doctoral dissertation, and a portion of the 1981 University of Virginia dissertation that she plagiarized," and "the Dongguk University professor who received this information cannot have submitted it to the school authorities any later than May."

Professor Mehring's confirmation includes the declaration that "I have never heard of any such student (Jeong-Ah Shin) or any such dissertation (the fake doctoral dissertation that Ms. Jeong-Ah Shin submitted to Dongguk University at the time of her hiring)."

Professor Mehring's name was on Ms. Shin's fake doctoral dissertation as both advisor and member of the examining committee.

A person associated with the university arts association said that "even at the time of her hiring in 2005, the association checked into Ms. Jeong-Ah Shin's background and found some suspicious points, and informed Dongguk University of this."

The person explained that "at the time, it was confirmed that contrary to Ms. Shin's claims, she had never been registered at Seoul National University, and Ms. Shin was not on the

list of master's and doctoral degree recipients in the Yale art history department for the past 5 years."

The background that the Dongguk University personnel now participating in the investigative and disciplinary committees received but ignored this decisive evidence that the suspicions of Ms. Shin's faked doctorate were accurate is becoming a source of concern.

Ms. Shin claimed to have received a Bachelor of Fine Arts (BFA) degree with a double major in Western painting and engraving from Kansas State (The University of Kansas) in 1994, and an MBA from Kansas in 1995, followed by a Ph.D. from the art history department of Yale University in 2005, but every one of these claims has turned out to be false.

Ms. Shin, currently in America, was hired through special hiring by Dongguk University in September 2005, but Dongguk University's failure to follow standard procedures for verification at the time, such as receiving employment documents such as degree verification or transcripts, has raised suspicions.

In addition, Dongguk University's sluggish response, even after starting the work of the investigative committee, is also problematic.

[DONGGUK0001017]

Upright press, fast news: Internet Yonhap News                    Page 2/2

Dongguk University sent an official request for verification to Kansas State on the 15th, four days after Yonhap News reported that it had been officially confirmed that Ms. Shin's bachelor's and master's degrees were fake.

In a press conference on the 11th, Dongguk University stated that "we sent an official request for degree verification to Kansas State in 2005 when Ms. Shin was hired," but on the 17th, Yonhap News reported that the administration of Kansas State had confirmed that "we did not receive an official request" and the previous statement was reversed in a hurriedly-issued press release that night.

A public announcement of the findings of Dongguk University's internal investigation is planned for a press conference following the meeting of the Foundation Board on the 20th, but many are finding it difficult to trust in this due to the dubious behavior exhibited in the meantime.

solatido@yna.co.kr

(End)

<Copyright © Yonhap News. All rights reserved.> [Posted 16:14  7/19/2007]

Yonhap News

This report may not be redistributed in whole or in part except by contract with Yonhap News.

Copyright (c) 2003 Yonhap News All rights reserved.

 연합뉴스                                                         ⚏인쇄 |⚏닫기

## "동국대, '신정아 가짜 확인서' 몇달 전에 받고도 묵살"

대학미술협의회 관계자 "예일대 교수 이메일 확인서 4월 9일 받아"

(서울=연합뉴스) 임회섭 임은진 기자 = 동국대가 신정아(35) 조교수의 박사학위가 가짜임을 입증하는 결정적 증거인 예일대 교수의 확인서를 올해 5월 이전에 전달받고서도 이를 묵살해 온 것으로 드러났다.

대학미술협의회 관계자는 "예일대 미술사학과 크리스틴 메링 교수로부터 신정아씨의 박사학위가 가짜임을 입증하는 이메일을 4월 9일 받았으며 이를 4월에 등국대 교수로 재직중인 협의회 관계자에게 전달했다"고 밝혔다.

그는 "당시 동국대측에 전달된 자료는 메링 교수의 확인서, 신정아씨의 가짜 박사논문과 표절 대상이었던 1981년 버지니아대 논문의 일부였다"라며 "이 자료를 받은 동국대 교수가 이를 학교 당국에 제출한 것은 늦어도 5월"이라고 말했다.

메링 교수의 확인서에는 "본인은 그런 학생(신정아)이나 그런 논문(신정아씨가 임용 당시 동국대측에 제출했던 가짜 박사학위 논문)은 들어 본 적도 없다"고 단언하는 내용이 담겨 있었다.

메링 교수는 신씨의 가짜 박사학위 논문에 지도교수 겸 심사위원으로 이름이 올라가 있었던 인물이다.

대학미술협의회 관계자는 "2005년 임용 당시에도 대미협에서 신정아씨에 대한 배경 조사를 해서 수상한 점을 발견하고 이를 동국대에 알렸다"고 말했다.

그는 "신씨 본인 주장과 달리 서울대에 등록한 적이 없는 사실, 예일대 미술사학과에 최근 5년 간 석박사학위자 명단을 조회한 결과 신씨가 없었던 사실, 예일대 동창회 명단에 없었던 점 등이 당시 확인됐다"고 설명했다.

이와 관련, 현재 진상조사위원회와 징계위원회에 참가하고 있는 동국대 관계자들이 신씨의 가짜 학위 의혹이 가짜라는 이같은 결정적 증거를 입수하고서도 묵살한 배경에 관심이 쏠리고 있다.

신씨는 1994년 캔자스대(The University of Kansas)에서 서양화와 판화 복수전공으로 미술 학사(BFA)학위를, 1995년 캔자스대에서 경영학석사(MBA) 학위를 받은 뒤 2005년 예일대 미술사학과에서 박사(Ph.D.)학위를 받았다고 주장해 왔으나 이런 주장은 모두 거짓으로 드러난 상태다.

현재 미국에 체류중인 신씨는 2005년 9월 동국대에 특채 임용됐으나 당시 동국대는 학위 확인이나 성적표 등 임용서류 접수 등 검증을 위한 통상적인 절차를 밟지 않아 의혹을 사고 있다.

또 동국대가 자체 진상조사 착수 이후에도 늑장 대응을 해 온 점도 문제다.

DONGUK0001016

등국대는 신씨의 학·석사학위가 가짜임이 공식 확인됐다고 연합뉴스가 보도한지 나흘이 지난 15일에야 캔자스대에 확인 공문을 발송했다.

동국대는 또 11일 기자회견에서 "2005년 신씨 임용 당시 캔자스대에 학위 조회 공문을 보냈다"고 주장했으나 17일 연합뉴스가 '공문이 접수된 적이 없다'고 캔자스대 당국이 확인했다는 사실을 보도하자 당일 밤에 부랴부랴 보도자료를 배포해 예전 발표를 뒤잡었다.

등국대는 자체조사 결과를 20일 열리는 재단 이사회 직후 기자회견을 통해 공개할 계획이지만 그동안 보여온 석연치 않은 태도로 인해 신뢰를 얻기 어려울 것이라는 지적이 나오고 있다.

solatido@yna.co.kr
(끝)

<저작권자(c)연합뉴스. 무단전재-재배포 금지.>                    [2007-07-19 16:14 송고]

 연합뉴스

본 기사는 연합뉴스와의 저작없이 전송 또는 단기의 원가은 금합니다.
Copyright (c) 2005 YonhapNews All rights reserved.

DONGGUK0001017

# CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0001016-17 from the Korean language into the English language.

I further certify that translation of DONGGUK0001016-17 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

Samuel Henderson
Professional Translator

Subscribed and sworn to before me on ___27th___ day of _July_, _2011_ (year)

(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 1, 2016

NOTARY PUBLIC
SEAL
INDIANA

(Notary Stamp)

# EXHIBIT 159

07-20-2007 17:17                               PRINT

# Fake Diplomas

**Emphasis Must Shift From Academia to Meritocracy**

The curtain was drawn on the first act of a fake diploma drama Friday with Dongguk University sacking the ``heroine'' and requesting the prosecutor's office to investigate the case. The disgraced heroine is Shin Jeong-ah, 35, an assistant art professor. It is quite regrettable that she has been on a lying spree since 2005 when she applied for the faculty position. The Seoul-based university's fact-finding panel has concluded that she forged her bachelor's, master's and doctorate degrees when the school employed her.

What's more surprising is that her lying and deceit did not stop there. She was also chosen as artistic director for the 2008 Gwangju Biennale, the country's largest art festival, with the help of her fabricated academic credentials and career. She was even seen as a rising star in the art world. The Shin case is the biggest incident hitting the academic community since the data manipulation by a stem cell research team led by then Seoul National University professor Hwang Woo-suk last year.

Shin fled to the United States in an attempt to avoid accusations on her forgery scheme and has yet to admit it. She must have thrown away her scholastic conscience when she presented the university with fake diplomas _ undergraduate and master's degrees from Kansas University and a PhD from Yale University. The biennial committee has already nullified their selection of her for the art directorship. It also filed a suit against her for causing damage to the festival.

Despite Dongguk University's action against Shin, suspicions about her show little sign of dying down. The school said in a statement that there was no outside pressure or irregularities involving the recruitment of Shin as an assistant professor. ``We have not found any evidence proving outside pressure or kickbacks in return for employing her.'' The university said former president Hong Ki-sam's aggressive management style led to the scandal. It only admitted to the school's administrative errors of not properly securing and verifying Shin's diplomas.

The claims sound like an excuse for the school's poor recruitment process. No excuses can be tolerated as the ball is now in the prosecution's court. Prosecutors have to make a thorough investigation into the case to get to the bottom of Shin's diploma forgery as well as mounting allegations about outside pressure and wrongdoings involving university administrators. Some senior professors and school officials claimed that they opposed Shin's recruitment from the beginning due to suspicions about her qualifications and scholastic background. But they said the school ignored their opposition.

Dongguk University should set up a clear verification mechanism in order to prevent repetition of the Shin case. Other universities need to learn a lesson from the scandal as diploma forgeries are reported to be rampant in South Korea. We have to take a closer look at our portrait as a society, which puts too much emphasis on scholastic background. Revolutionary changes are required to place less emphasis on academic credentials and more on meritocracy. Only then can we succeed in rooting out diploma fabrication and plagiarism.

DONGGUK0001041

# EXHIBIT 160

Untitled Document                                                    페이지 1 / 2

07-20-2007 17:27                                              +  PRINT

# Dongguk University Fires Bogus Professor

By Bae Ji-sook
Staff Reporter

Dongguk University Friday decided to dismiss Shin Jeong-ah, assistant professor of art at the school, for fabricating academic records including a bachelor's degree from the University of Kansas and a doctorate from Yale University.

It also decided to file complaints to the prosecution for further investigation on others included in the fiasco. ``The people responsible for the incident will be punished,'' Oh Young-kyo, president of the university, said. He made a public apology over the case.



Oh Young-kyo, president of Dongguk University, announces the results of the university's investigation into academic record fabrication by Shin Jeong-ah, an assistant professor, at a press conference in Seoul, Friday. / Yonhap

Han Jin-soo, vice president of the university and head of the school's investigation committee, said that Shin was recommended by Hong Ki-sam, who was then president of the university, over the hiring in 2005. The art department rejected hiring her because of her lack of academic background, but the president strongly requested her recruitment. However, Han said that it was Hong's passion to increase the school's profile that pressured the department, and that no money or kickbacks were received.

The decision came after three hours of discussion over the case among board members.

However, the results announced were inadequate, as many people still have unsolved questions.

Shin was not included in any part of the procedure. She was abroad when the news first broke, but returned to Korea last Thursday only to fly to New York again Monday. However, the school did not call her in nor request from her related documents pertaining to the investigation.

Though a number of allegations emerged that top officials of the university foundation tried to secure and defend Shin's position and recruitment, the investigative committee failed to pose important questions.

The university was revealed to have neglected the Korea College Art Association's report that Shin's diploma was a fake. In April the association received a letter from Prof. Christine Mehring of Yale University saying that Shin was never one of her students and that she had never read any papers written under her name. The school, however, did not take any action on the report, which brought the allegation that heads of the foundation were attempting a cover-up.

The committee's report is not adequate, experts said. Questioning Buddhist Monk Hyunhae, former director of the board of the university who had approved Shin's hiring, and Hong, the former president, is also needed, they said.

Protests were held in the front of the university when 30 members of Jeondeung

DONGGUK0001042

Temple in Ganghwado, Gyeonggi Province complained to the school asking for a thorough investigation into the case.

Meanwhile, Shin, said to be staying in the U.S. to collect evidence that can prove her innocence, has disappeared from the media radar and is said to be out of touch with others, too.

bjs@koreatimes.co.kr

DONGGUK0001043

Untitled Document

07-20-2007 17:27                     PRINT

# Dongguk University Fires Bogus Professor

By Bae Ji-sook
Staff Reporter

Dongguk University Friday decided to
dismiss Shin Jeong-ah, assistant professor
of art at the school, for fabricating academic
records including a bachelor's degree from
the University of Kansas and a doctorate
from Yale University.

It also decided to file complaints to the
prosecution for further investigation on others
included in the fiasco. ``The people
responsible for the incident will be punished,"
Oh Young-kyo, president of the university,
said. He made a public apology over the
case.



Oh Young-kyo, president of Dongguk
University, announces the results of
the university's investigation into
academic record fabrication by Shin
Jeong-ah, an assistant professor, at
a press conference in Seoul, Friday. /
Yonhap

Han Jin-soo, vice president of the university
and head of the school's investigation
committee, said that Shin was recommended
by Hong Ki-sam, who was then president of
the university, over the hiring in 2005. The art
department rejected hiring her because of
her lack of academic background, but the
president strongly requested her recruitment.
However, Han said that it was Hong's passion to increase the school's profile that
pressured the department, and that no money or kickbacks were received.

The decision came after three hours of discussion over the case among board
members.

However, the results announced were inadequate, as many people still have
unsolved questions.

Shin was not included in any part of the procedure. She was abroad when the news
first broke, but returned to Korea last Thursday only to fly to New York again Monday.
However, the school did not call her in nor request from her related documents
pertaining to the investigation.

Though a number of allegations emerged that top officials of the university foundation
tried to secure and defend Shin's position and recruitment, the investigative
committee failed to pose important questions.

The university was revealed to have neglected the Korea College Art Association's
report that Shin's diploma was a fake. In April the association received a letter from
Prof. Christine Mehring of Yale University saying that Shin was never one of her
students and that she had never read any papers written under her name. The
school, however, did not take any action on the report, which brought the allegation
that heads of the foundation were attempting a cover-up.

The committee's report is not adequate, experts said. Questioning Buddhist Monk

http://www.koreatimes.co.kr/www/news/include/print.asp?newsIdx=6883

4/1/2008

YALE00000204

Hyunhae, former director of the board of the university who had approved Shin's hiring, and Hong, the former president, is also needed, they said.

Protests were held in the front of the university when 30 members of Jeondeung Temple in Ganghwado, Gyeonggi Province complained to the school asking for a thorough investigation into the case.

Meanwhile, Shin, said to be staying in the U.S. to collect evidence that can prove her innocence, has disappeared from the media radar and is said to be out of touch with others, too.

bjs@koreatimes.co.kr

4/1/2008

YALE00000205

# EXHIBIT 161

[DONGGUK0001052 ]

Dongguk University Suspected of Ignoring Evidence Regarding "Fake Doctor" Ms. Jeong-Ah Shin This April

Yale University email "I don't know Ms. Shin" received by university arts society

Suspicions have been raised that in April, Dongguk University ignored information proving that Professor Jeong-Ah Shin's (female, 35) Yale University doctorate was false, even after it was sent this information by the university arts society.

A person associated with the university arts society, requesting anonymity, stated on the 19th that "in early April, we received an email from Yale University professor Christine Mehring (art history), saying 'I do not know who Jeong-Ah Shin is, and did not participate in advising her on her dissertation,'" and that "in mid-April, with the members of the university art society steering committee present, we sent Professor Mehring's email, Professor Shin's fake doctoral dissertation, and a portion of the University of Virginia dissertation from which (she had) plagiarized it, to Dongguk University." Professor Mehring's name is written on the fake doctoral dissertation as both advisor and member of the examining committee. The person who received the information regarding Professor Shin from the arts society has been stated to be a Professor Oh (54) in Dongguk's college of the arts.

The person also stated that before this, at the time of Professor Shin's hiring in September 2005, the university arts society had sent suspicious information regarding the Yale University doctorate to Professor Oh.

According to a person involved with the society, the information sent to Professor Oh at the time included ▲ the absence of a "Jeong-Ah Shin" on the Yale alumni association list, ▲ the fact that she never entered Seoul National University, and ▲ the fact that the only Korean person to have received a master's or doctoral degree from Yale's art history department in the previous 5 years was Seoul National University professor Jin-Seong Jang.

Professor Oh sent this information to then-President Gi-Sam Hong, but Dongguk University undertook no proper investigation of Professor Shin's academic record, simply verifying that she had submitted a diploma.

A person involved with the society said "considering that Professor Shin's information was ignored despite having been provided twice, it seems that Dongguk had no desire to resolve the issue, and that there was some problem in the internal system."

Professor Oh is traveling abroad and could not be reached today. A person involved with Dongguk said that "it will be clarified when the results of the investigation are announced on the 20th."

Reporter Ran-Hee Park, rhpark@chosun.com

A10    2007년 7월 20일 금요일    사회    제26926호   조선일보



학력 속인 야지영씨 "거짓말 밝혀질까 늘 두려웠어요"

## 신정아씨 '가짜 박사' 증거
### 동국대, 올 4월 묵살 의혹



만화가 이현세도
"고졸 학력" 고백

## '간판' 중시하는 사회… '가짜 학위' 판쳐



| 외국 박사취득 귀화수(단위: 명) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 년도 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| 귀화수 | 1,504 | 1,849 | 1,935 | 2,164 | 2,148 | 1,801 | 2,321 | 1,819 |

유사취득유 사면 과태료 50만원    28일부터

DONGGUK0001052

김&송 성형외과 7월 20일
반월당 분원 OPEN



김&송 성형외과
TEL 053. 426. 5151

김&송 성형외과
TEL 053. 257. 5100

방송제작센터단지
내 상가 공급 공고

상담 및 문의전화
1566-9016

임아 재테크
'장뇌산삼'체



"체계적인 종자·종묘의 보급"



상담 및 문의
033)747-7637-8

최 면
NLP자격증인증  무료특강



강사 김영국 교수
MBC,KBS,SBS
200회이상 출연

레드썬 최면과학원
www.redsun100.com
교육상담 치료상담
1544-4563

# CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0001052 from the Korean language into the English language.

I further certify that translation of DONGGUK0001052 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

_____
Samuel Henderson
Professional Translator

Subscribed and sworn to before me on ____27th____ day of __July__, 20 11 (year)

_____
(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 8, 2012
(Notary Stamp)

# EXHIBIT 162

[DONGGUK0001050]

Dongguk University's "Jeong-Ah Shin Investigative Committee," made up of university personnel, reports "no corruption" after superficial investigation

No investigation of then-Chairman
Dongguk University "will file criminal complaint against Jeong-Ah Shin"

The Dongguk University investigative committee announced the results of its investigation into suspicions regarding General Education Institute assistant professor Jeong-Ah Shin (35) on the 20th, stating that "we request that the Board fire Ms. Shin, and charges will shortly be filed with the prosecutor's office, including interference with duties through deception."

The committee said that "although there were procedural problems in the process of Ms. Shin's hiring, there was no outside pressure or corruption," and "we judge that former President Gi-Sam Hong's overenthusiasm in performing his duties led to this result."

Regarding Ms. Shin's leave of absence and change of affiliation, which occurred immediately after she was hired in September 2005, the committee explained that "this was done out of special consideration by former President Hong in order not to lose a capable professor."

The committee also said that "no decision has been made regarding the responsibility of former president Hong, inasmuch as his actions were taken on behalf of the school."

According to the committee's statement, no school personnel at all bear any responsibility in relation to the suspicions surrounding Ms. Shin.

The committee investigated only former President Hong and Chairman Venerable Yeongbae (then Trustee) from the school and the Foundation board of 2005; regarding then-Chairman Hyeonhae, no investigation was conducted because "no suspicions have been raised in the press." Even the in-person examination of former President Hong ended after only about 3 hours.

Some in the school and the Buddhist community have pointed out that "two of the people on the 5-person investigative committee made statements in May and July, respectively, positively asserting that "Ms. Shin's doctorate is genuine"; "it is really doubtful that the investigative committee would have been able to properly investigate external pressure and corruption."

Despite the statement's by the investigative committee, the truth regarding the suspicions of doctoral fakery will have to be revealed by the prosecutor's criminal investigation.

Reporter Sang-Jun Han, always@donga.com

► Video on donga.com



Public apology by President Young-Kyo Oh

     Dongguk University President Young-Kyo Oh apologizes to the public following the announcement of the findings of the university's investigative committee regarding General Education Institute professor Jeong-Ah Shin, who has been found to have forged her doctorate, on the afternoon of the 20th. Reporter Dae-Yeon Won [illegible]

Client Doc 56

A12 2001년 7월 21일 토요일　　　　　사회　　　　　동아일보

## 모호한 법 - 오락가락 정부 사태 키워

### 사측 "농성때문에 수력억대 손실" 주장
### 노조선 "항의시위-불법운동" 여전 계속



민노총 건설노조원, 대법교앞서 100여대 천막농성

---

세종대 嶺재단·교수協, 정부 임시이사 선임 반발

## "친정부 인사 포진… 편향 극치"

---

지역민 수단인가, 지방자치 보루인가

## 주민소환제 '양날의 칼'

---

## 정대근 농협회장 징역5년 법정구속



---

## 정치자금 의혹 고발한 언론노조위원장
## 노조간부들 불신임안 가결에 자진사퇴

---

현대重 노사 임단 타결
13년 연속 무분규 기록

---

학내인사로 구성된 동국대 '산정이 진상協'

## 겉훑기 조사후 "비리 없었다"



## CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0001050 from the Korean language into the English language.

I further certify that translation of DONGGUK0001050 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

Samuel Henderson
Professional Translator

Subscribed and sworn to before me on ___27th___ day of ___July___ , ___2011___ (year)

(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 4, 2016
(Notary Stamp)

# EXHIBIT 163

⊕ Zoom in   ⊖ Zoom out   🖨 Print   ✉ E-mail   🗋 Add to **My Blog**   📖 dictionary

# Former university president takes the heat on art fraud

July 21, 2007

Announcing the result of its investigation into disgraced art professor Shin Jeong-ah, Dongguk University yesterday insisted there was no outside influence or bribery involved in hiring Shin, who forged her academic records, including a doctorate from Yale University.

The school held only Hong Ki-sam, the former Dongguk president, accountable for "being too eager to select a talented person," and some administrative staff who failed to get Shin to submit transcripts.

Shin, 35, was also held responsible — the school decided to dismiss her. Shin was hired in September 2005.

The five-member Dongguk investigative committee, which included Han Jin-soo, Dongguk's vice president, held a media conference at its headquarters in central Seoul, to announce the conclusions of its two-week investigation.

The committee said it confirmed that Shin forged her academic records and said, "The board of directors decided to dismiss Shin Jeong-ah and will ask our disciplinary committee to exercise the penalty on July 27."

It said it also plans to file criminal charges against Shin for "defaming" the Buddhist school.

The committee said it investigated 13 people who were in charge of hiring her or suspected of exercising influence during the process, including Hong and the Venerable Youngbae, incumbent board chairman.

According to the committee, Hong said he was eager to hire academic stars and decided to offer Shin a job after hearing about her reputation in the art world. It said it found no evidence that Hong was aware of her fake degree.

The committee also concluded that Venerable Youngbae was not culpable, as he was at that time just a member of the board.

The committee said it didn't investigate the Venerable Hyunhae, then chairman of the board of directors, as he has not been mentioned by the media.

It said it belatedly found "administrative fault" and "failure" of some employees in getting transcripts from the University of Kansas, where Shin claimed to have gotten a bachelor's degree in Western art and an MBA.

The school has not yet decided if it will punish Hong and some administrative staff.

Suspicions about the phony degrees surfaced in the media a few days after Shin was named co-director of the Gwangju Biennale, Korea's biggest art event, on July 4. Dongguk began

DONGGUK0001564

an inspection, and early in the process confirmed that Shin lied about her doctoral degree, which led the biennale to reverse its decision. Shin had also worked as chief curator of the Sungkok Art Museum since 2002. She tendered her resignation to the museum before leaving for the United States Monday, saying she would come back with documents that prove her "innocence."

By Moon Gwang-lip Staff Writer/ Kim Ho-jeong JoongAng Ilbo [joe@joongang.co.kr]

⊞ Zoom in    ⊟ Zoom out    🖶 Print    ☑ E-mail    ⬇ Add to **My Blog**    🔠 dictionary

DONGGUK0001565

# EXHIBIT 164

Untitled Document

08-03-2007 16:16

 PRINT

# Dongguk U. Sacks Bogus Prof. Shin Jeong-ah

By Seo Dong-shin
Staff Reporter

Dongguk University's disciplinary board Friday made official discharge of Shin Jeong-ah, an art curator and the university's former assistant professor.

Shin created a sensation earlier this month when, upon her being tapped as co-director of Gwangju Biennale, it was revealed that she had fabricated her academic records, which stated that she had graduated from top U.S. universities, including Yale. She did not own up to her forgery, but fled to New York on July 16 where he has since been hiding.



Shin Jeong-ah

``As you know, we held the first disciplinary meeting on July 27 to give her a chance to vindicate herself, but she did not turn up. So we held a second disciplinary meeting today, but she did not show up then either,'' Rev. Youngdam, chief of the disciplinary board meeting, told reporters after the meeting. ``Five out of seven disciplinary board members who were present at today's meeting made the decision to dismiss her.''

The Buddhist university has quickly responded to the scandal involving Shin, feeling the continuous media reports about the case marred its reputation. The executive board decided to fire her on July 20 and referred the case to the disciplinary meeting. But critics point out that the private university still needs to clarify how it came to employ Shin in the first place without checking into her academic credentials, a basic step in hiring faculty members.

saltwall@koreatimes.co.kr

DONGGUK0001092

Korea Times

August 3, 2007 Friday

# Dongguk U. Sacks Bogus Prof. **Shin Jeong-ah**

**LENGTH:** 235 words

By Seo Dong-shin

Staff Reporter

Dongguk University's disciplinary board Friday made official discharge of **Shin Jeong-ah**, an art curator and the university's former assistant professor.

Shin created a sensation earlier this month when, upon her being tapped as co-director of Gwangju Biennale, it was revealed that she had fabricated her academic records, which stated that she had graduated from top U.S. universities, including Yale. She did not own up to her forgery, but fled to New York on July16 where he has since been biding.

"As you know, we held the first disciplinary meeting on July 27 to give her a chance to vindicate herself, but she did not turn up. So we held a second disciplinary meeting today, but she did not show up then either," Rev. Youngdam, chief of the disciplinary board meeting, told reporters after the meeting. "Five out of seven disciplinary board members who were present at today's meeting made the decision to dismiss her."

The Buddhist university has quickly responded to the scandal involving Shin, feeling the continuous media reports about the case marred its reputation. The executive board decided to fire her on July 20 and referred the case to the disciplinary meeting. But critics point out that the private university still needs to clarify how it came to employ Shin in the first place without checking into her academic credentials, a basic step in hiring faculty members.

**LOAD-DATE:** August 4, 2007

**LANGUAGE:** ENGLISH

**PUBLICATION-TYPE:** Newspaper

Copyright 2007 The Korea Times
All Rights Reserved

YALE00000208

# EXHIBIT 165

Untitled Document

페이지 1 / 1

08-27-2007 18:09

 PRINT

## Suspicions Grow Over Shin's Diploma Forgery

By Kim Rahn
Staff Reporter

Dongguk University denied reports that a chief presidential secretary attempted to cover up diploma forgery by its former assistant professor Shin Jeong-ah, who fled to the U.S. after her academic credentials were found to be fraudulent.

The prosecution is having difficulty finding the truth as key figures of the scandal have either fled or are in hiding.

Oh Young-kyo, president of the university and former government administration and home affairs minister, said Monday that it was not true that Byeon Yang-kyoon, Cheong Wa Dae secretary for policy planning, or other high-ranking government officials, pressed the school to hire Shin or to cover up her diploma forgery.

``I've never met or called Byeon regarding Shin's case,'' Oh said. Oh and Byeon are alumni from Korea University and they both passed the state exam for public servants, but Oh said their relationship had nothing to do with the recruitment of Shin as an assistant professor.

The denial came out after Byeon allegedly met Buddhist priest Jang Yoon, who was a member of the university's board of directors and who first raised the suspicion about Shin's academic credentials on July 8, and demanded the monk to stop making a fuss over the issue. ``The report is not true as the false diploma suspicion was already made public before July 8,'' Oh said.

He also denied the allegation that the school turned down the resignation which Shin tendered on June 25 and tried to protect her.

``I neither accepted nor turned down the resignation because the university had been auditing her academic background since the middle of June on tips that her Yale University doctorate was false,'' Oh said.

But Oh's denial amplified public suspicion over the allegation as key figures are keeping mum _ Shin fled to the U.S. on July 16, Ven. Jang Yoon has been hiding himself since Friday, and Byeon is out of media contact.

A Seoul prosecutor said they cannot contact the monk. ``We cannot summon him forcibly as he is neither an accuser nor an accused person,'' he said.

rahnita@koreatimes.co.kr

DONGGUK0000079

# EXHIBIT 166

Untitled Document                                                페이지 1 / 2

08-29-2007 17:22                              ✛ ⊟ 🖶 PRINT

# Growing Suspicions

**Thorough Probes Needed to Shed Light on Fake Diplomas**

A fake diploma saga over a sacked art professor is showing signs of developing into a high-profile case involving ranking government officials and politicians. The more stories people read about Shin Jeong-ah of Seoul-based Dongguk University, the more suspicious they get about how she became a faculty member despite lying about her scholastic background.

The university fired Shin, 35, an assistant art professor, late last month after its fact-finding panel concluded that she forged her bachelors, masters and doctorate degrees when the school employed her in September 2005. Announcing the panel's investigation results, the school said there was no outside pressure or irregularities in relation to the recruitment of Shin. It added that the aggressive management style of then university president Hong Ki-sam led to the bogus diploma scandal.

We cannot understand why the university hired Shin despite allegations made by senior professors that she had submitted fabricated diplomas _ undergraduate and masters degrees from Kansas University and a PhD from Yale University. Dongguk University ignored these allegations and employed Shin without verifying her diplomas.

Unless there were no wrongdoings in the case, how could the university recruit Shin as an assistant art professor? In reality, she was not qualified to apply for a position because she majored in Western art according to her bogus credentials. The school has also come under criticism for failing to inquire of the U.S. universities about her diplomas. There are suspicions that school administration officials neglected to verify her degrees in an attempt to overlook her false academic background.

Buddhist priest Jang Yoon said in early July that he objected to the recruitment of Shin due to the fake diploma allegations while serving as a director of the school board. He even claimed that the university stripped him of his directorship because of his objections. In a recent interview with a leading local newspaper, Ven. Jang alleged that Byeon Yang-kyoon, presidential secretary for policy planning, ``pressed'' him to protect Shin. The monk also claimed that Byeon promised to help him be reinstated at the university. It was reported that Byeon met Jang on July 8 and pressed him to stop making a fuss over the forgery.

However, Jang backtracked on the interview on Monday through a spokesman of the Jogye Order, the nation's largest Buddhist sect to which he belongs. Jang went into hiding, further raising suspicions about Shin's recruitment as well as the presidential official's involvement in the case. Byeon denied any allegations that he exercised influence over the Shin case.

Another question is how Shin was selected as art director for the 2008 Gwangju Biennale, Korea's largest art festival. From the beginning of the screening process, she was one of applicants with the lowest score. Lee Jong-sang, emeritus professor of Seoul National University, who led the screening committee, recommended Shin for the director's position. But he reportedly had little knowledge about her age and school background. How could such an unqualified applicant be chosen as the director?

The biennale organizer has already nullified the selection of Shin. It has also filed a suit against her for causing damage to the festival. The prosecutor's office should make a thorough investigation into the scandal to shed light on the forgery of the credentials, the selection process for the biennale's art directorship, and mounting suspicions about government officials' involvement alongside bribery allegations.

DONGGUK0000101

# EXHIBIT 167

네이버뉴스 인쇄하기                     인쇄하기   닫기

## [EDITORIAL]Clearing up a scandal

[코리아해럴드 2007-08-30 10:02]

The latest fodder for gossip around town is the scandal involving Shin Jeong-ah, a young woman whose life, it has been revealed, was largely fabricated.

Since the news of the newly appointed artistic director of Gwangju Biennale's forged academic credentials first broke in early July, one revelation after another has come to light, taking ordinary people by surprise.

To most people, it is difficult to understand how a person can get fired from a job after forged credentials are discovered, and still manage to land a similar job at another institution. What is still more unfathomable is how that same person can obtain a teaching position at a university despite serious allegations that her doctorate may have been forged and that her supposed dissertation was plagiarized.

In fact, a member of the Dongguk University board of trustees, Jangyoon, was dismissed after questioning Shin's credibility. When Shin tendered her resignation to the university in May, it was withheld. In fact, as late as July 2, Dongguk University officials held a press conference saying that they had verified Shin's academic credentials and that there were no problems.

How Shin was appointed the artistic director of Gwangju Biennale, the country's premier arts event, in early July even as all this was going on is a baffling mystery. Despite questions about her academic credentials, Shin, who received the lowest score among the candidates considered, got the coveted position. It is reported that Han Kap-soo, the chairman of the Gwangju Biennale Board of Directors at the time of Shin's appointment -- the entire board resigned after rescinding Shin's appointment -- had the final say in the choice of Shin for the post.

What makes the Shin scandal even more intriguing is the involvement of Byeon Yang-kyoon, a senior aide to President Roh Moo-hyun. Byeon is an avid art collector and serves as a liaison between Buddhist groups and the Blue House. Byeon is suspected of pressuring Jangyoon, a Buddhist monk, to keep quiet about Shin's lies, although the Blue House spokesman has denied it.

Jangyoon, for his part, said through a Chogye Order official Tuesday that he was not pressured by Byeon to remain silent on Shin. Asked why he called Han

DONGGUK0000108

expressing support for Shin -- apparently after talking with Byeon in early July --
the Chogye Order official said Jangyoon was speaking sarcastically when he said
that academic credentials should not matter in this case.

More than a month has passed since Dongguk University and the Gwangju
Biennale Foundation referred their respective cases to prosecutors. However, the
prosecutors have yet to release any findings.

In the meantime, speculations are rampant as to who may have been behind it all.
Such speculations are wasteful and deepen the general mood of distrust prevalent
in our society. Prosecutors are urged to conduct a prompt and thorough
investigation into the matter.

❖이 기사 주소 : http://news.naver.com/news/read.php?mode=LOD&office_id=044&article_id=0000067042

인쇄하기    닫기

DONGGUK0000109

# EXHIBIT 168



## GNP accuses Biennale of endorsing Shin

기사입력 2007-08-30 10:02

The Korea Herald

The scandal over former professor Shin J eong-ah took a new turn yesterday after a Grand National Party lawmaker alleged that the Gwangju Biennale Foundation ap pointed Shin as its youngest co-director, in spite of her forged degrees.

Amid escalating allegations that aides of President Roh Moo-hyun were involved i n the case of the fake professor, the GN P leadership said it may demand a speci al probe, should the prosecution fail to pr oceed with a proper investigation.

DONGGUK0001393

파문
블룸이 조성
北포격 발사 顔
테마뉴스

오늘의 '신조어'
'신선 점등·반걸
화제의 연구 顔

화제의 리서치
따뜻한 세상뉴스

포토       TV

Rep. Park Chan-sook of the GNP yesterday disclosed the foundation's pas
t meeting records that led to such allegations.

According to the documents, the foundation panel had at first eliminated S
hin from the list of two finalists for the co-director's post, Park claimed.

"Although Shin was not among the two final candidates, she was suddenly
appointed as the director in the director-general's final decision," Park sai
d. "Someone had obviously pulled strings to change the panel's mind."

Shin, 35, was an art curator and professor who was catapulted to fame wit
h her appointment as director of the Gwangju Biennale for 2008. But she w
as soon found to have forged three degrees and plagiarized a thesis to be
come assistant professor at Dongguk University in 2005. Shin is currently i
n the United States but has been unable to be reached since the onset of t
he scandal.

The Biennale board has been deflecting full blame onto Dongguk University
for its decision, claiming that it had appointed Shin without reservations as
the university had strongly recommended her as a promising art expert. Shi
n was previously a professor at the school.

But new evidence is pointing to suspicions that not only the university, but
the foundation may have been under the influence of some powerful peopl

97년말에 찾은 한국 국제...반年 봬!
사라진 아리랑 노래 5종 다시 찾
"검사 풀반한 아이 표 풀이"
일 최음비밀호기 개인정보 지

오늘의 주

가장 많이 본 뉴스
세계               섹션홈

"외도했다" 아내의 크롬 없앤 남
사주디, 47살男-8살女 걸혼 논
세계에서 가장 아름다운 다리 발
"길 읽은 꼬마 로봇 누워 실종 ...
독일 둘룸원에서 복극곰 공격반
"양육비 타자"... '다신' 아...
美, 소말리아 해적서 신장 구출(
中광둥성 '10년내 GDP 한두 주

DONGGUK0001394

GNP accuses Biennale of endorsing Shin :: 네이버 뉴스

e backing Shin.

Earlier suspicions centered on Byeon Yang-kyoon, chief of policy planning at Cheong Wa Dae, who allegedly contacted some Dongguk officials, including Monk Jangyoon, to request help in covering for Shin. Both deny the allegations.

Rep. Park had also claimed earlier that Lee Jong-sang, honorary professor at Seoul National University, had submitted a recommendation for Shin to serve as director of the Biennale, without even knowing Shin's age, academic background, or job position.

Senior members of the GNP agreed to demand an investigation by a special prosecutor, if necessary, alleging the Roh government's connection to the scandal.

"Several suspicious scandals have emerged in the last stages of the administration," said GNP leader Kang Jae-sup during the party's senior member's meeting. "It is the prosecution's duty to bring the case before public through proper and prompt investigation."

State prosecutors sped up investigations yesterday, preparing to summon key witnesses to the scandal.

Prosecutors are planning to call in Monk Jangyoon today, and may also su

DONGGUK0001395

mmon Hong Ki-sam, Dongguk University president at the time of Shin`s recruitment in 2005.

Monk Jangyoon is believed to have key evidence, as he was the first person to raise questions over the credibility of Shin. But he has been refusing to reply to the prosecution`s summons calls.

"We have told Jangyoon`s colleagues that we will officially call him in if he continues to refuse showing up voluntarily," said an official of the Seoul Western District Prosecutors' Office.

Jangyoon Tuesday denied the allegations that he received pressure from Cheong Wa Dae to remain silent.

Although it is true that he met President Roh Moo-hyun`s senior aide Byeon Yang-kyoon, Byeon did not pressure him to cover for Shin, Monk Seung won, the chief of Jogye general affairs, said on behalf of Jangyoon. Byeon reportedly contacted the monk twice.

But Jangyoon`s comment failed to hush up the suspicions, as he changed his words several times and has been refusing to appear in public or to investigators.

Byeon has been denying the accusation and said he will take legal action against those in the political realm and media who are raising "evidence-lac

DONGGUK0001396

king accusations."

By Shin Hae-in

(hayney@heraldm.com)

Graft inquiry encircles Roh
China's power poses challenge for Korea
Lee stresses independent spirit

The Korea Herald
코리아헤럴드

위 콘텐츠 설치는 뉴스캐스트 [네이버 첫 화면에서 보이도록 설정할 수 있습니다. 설정하기]

코리아헤럴드 기사목록 | 기사제공 : 코리아헤럴드

인쇄하기          메일로보내기          스크랩하기          블로그가게담기          질문하기

Rio 물광주부, 잘 먹어줄 결심하다!
네이버 가계부라면 가능합니다!

나의 댓글글지수   블라인드 설정 ?

의견을 작성하시려면 로그인하세요

^ Seoul starts smoke-free campaign at bus stops

DONGGUK0001397

# EXHIBIT 169

Untitled Document                                                                페이지 1 / 2

09-03-2007 17:21                                   PRINT

## Factional Feud Deepens in Buddhist Groups

By Kim Tae-jong
Staff Reporter

The diploma forgery scandal of a university professor has initiated a factional feud between Buddhist groups.

The strife came as some Buddhist groups argued over the controversial appointment of Shin Jeong-ah as a professor at Dongguk University, and has revealed deep-rooted areas of conflict that exist between the nation's Buddhist sects.

Eight Buddhist groups Monday urged Buddhist leaders to take action to deal with the scandalous issue.

``We are in a total crisis,'' a representative from the groups said Monday during a news conference at the Jogye Temple in Jongno, downtown Seoul. ``We now urge Buddhist leaders to take responsibility for the scandal and clarify all the allegations.''

The move came after a series of scandals in Buddhist circles such as the appointment of Shin, dispute over the appointment of the head monk at Jeju Gwaneum Temple and embezzlement by the head monk of Baekdam Temple.

The eight Buddhist groups include Buddhist Solidarity for Reform, Korea Youth Buddhist Association and Buddhist Environmental Solidarity.

But the appointment has spawned speculation that high-profile Buddhist leaders were involved in the scandal as Shin was hired at the university, which has a Buddhist foundation. The matter is developing into factional feud between mainstream and non-mainstream Buddhist groups.

On Aug. 31, Muryanghoe, a monk's group which belongs to the nation's biggest Buddhist sect, the Jogye Order, called for the dismissal of all the board directors of Dongguk University Foundation for their responsibility over Shin's scandal.

But the action is allegedly part of the Jogye Order's attack on Borimhoe and Geumganghoe, two mainstream groups in the university's foundation.

The allegation is raised that the Jogye Order had Ven. Jang Yoon serve as a board director of the university's foundation to have an influence on the university; but when the attempt to exercise influence failed, he disclosed the scandal over Shin's appointment.

Ven. Jang Yoon, who first raised the suspicion about Shin's educational background, belongs to the group and also serves as a board director of the university's foundation.

The group also plans to raise the issue at the Buddhist assembly, which is to be held from today till Sept. 8.

The involvement of Buddhist sects in the bogus diploma scandal will be clarified after the interrogation of Hong Ki-sam, the former president of the university.

The prosecution will summon him for interrogation over questions about how Shin was appointed despite opposition based on the authenticity of her diplomas.

Meanwhile, Han Kap-soo, the former chief of Gwangju Biennale Foundation, said at a press conference Monday that there was no outside influence in hiring Shin as the co-

DONGGUK0000135

director of 2008 Gwangju Biennale.

e3dward@koreatimes.co.kr

DONGGUK0000136

# EXHIBIT 170

Untitled Document                                          페이지 1 / 1

09-06-2007 18:46                           PRINT

## Monk Urges Dongguk Directors to Resign

By Kim Rahn
Staff Reporter

Buddhist monk Jang Yoon, who first raised suspicion about former Dongguk
University professor Shin Jeong-ah's diploma forgery, urged all members of the
school's board of directors to step down.

He said he would cooperate with the prosecution's investigation into the forgery case.

``I urge Dongguk University's directors and other related school officials to resign,
taking responsibility for causing problems by covering up Shin's fake academic
credentials,'' Ven. Jang Yoon said in the statement read by his lawyer Lee Jung-hoon
in a briefing in Seoul, Thursday.

Shin, 35, was employed at the school and appointed as a director for the 2008
Gwangju Biennale using fabricated diplomas. She left for the U.S. in the middle of
July as suspicions about her credentials grew.

Ven. Jang Yoon, also a member of the school's board of directors, had talked about
his suspicions to the school, but said his claim was ignored and the school and
biennale foundation pushed ahead in selecting her.

``It is shameful that no one takes responsibility despite the allegations. I'll step down
from my director position,'' the monk said in the statement. Lee said the monk has
already tendered his resignation to the school.

It was reported last month that Byeon Yang-kyoon, the Cheong Wa Dae secretary for
policy planning, pressed Ven. Jang Yoon not to make a fuss over the case in a phone
call early July while he accompanied President Roh Moo-hyun in Guatemala and
during a meeting with the monk in Seoul after returning from the trip.

Ven. Jang Yoon acknowledged that he met Byeon and talked about various Buddhist
issues, but not specifically about Shin. He also denied receiving the phone call from
Guatemala.

``I learned about Shin's fake diploma from art professors and raised my suspicions to
the school board and the media. I deplore the society that mistrusts me, who
consistently tried to verify the truth,'' he said.

The lawyer did not confirm that Ven. Jang Yoon would answer prosecutors'
summons, but said he would cooperate in their investigation.

rahnita@koreatimes.co.kr

DONGGUK0000146

92 of 214 DOCUMENTS

Korea Times

September 6, 2007 Thursday

# Monk Urges Dongguk Directors to Resign

**LENGTH:** 342 words

By Kim Rahn

Staff Reporter

Buddhist monk Jang Yoon, who first raised suspicion about former Dongguk University professor Shin Jeong-ah's diploma forgery, urged all members of the school's board of directors to step down.

He said he would cooperate with the prosecution's investigation into the forgery case.

"I urge Dongguk University's directors and other related school officials to resign, taking responsibility for causing problems by covering up Shin's fake academic credentials," Ven. Jang Yoon said in the statement read by his lawyer Lee Jung-hoon in a briefing in Seoul, Thursday.

Shin, 35, was employed at the school and appointed as a director for the 2008 Gwangju Biennale using fabricated diplomas. She left for the U.S. in the middle of July as suspicions about her credentials grew.

Ven. Jang Yoon, also a member of the school's board of directors, had talked about his suspicions to the school, but said his claim was ignored and the school and biennale foundation pushed ahead in selecting her.

"It is shameful that no one takes responsibility despite the allegations. I'll step down from my director position," the monk said in the statement. Lee said the monk has already tendered his resignation to the school.

It was reported last month that Byeon Yang-kyoon, the Cheong Wa Dae secretary for policy planning, pressed Ven. Jang Yoon not to make a fuss over the case in a phone call early July while he accompanied President Roh Moo-hyun in Guatemala and during a meeting with the monk in Seoul after returning from the trip.

Ven. Jang Yoon acknowledged that he met Byeon and talked about various Buddhist issues, but not specifically about Shin. He also denied receiving the phone call from Guatemala.

"I learned about Shin's fake diploma from art professors and raised my suspicions to the school board and the media. I deplore the society that mistrusts me, who consistently tried to verify the truth," he said.

The lawyer did not confirm that Ven. Jang Yoon would answer prosecutors' summons, but said he would cooperate in their investigation.

**LOAD-DATE:** September 7, 2007

**LANGUAGE:** ENGLISH

**PUBLICATION-TYPE:** Newspaper

Copyright 2007 The Korea Times
All Rights Reserved

# EXHIBIT 171

네이버뉴스 인쇄하기                                  [ 인쇄하기 ]  [ 닫기 ]

## Ex-professor's home and office raided in probe on degree forgery
[코리아헤럴드 2007-09-06 10:02]

Prosecutors on Tuesday searched the residence and university office of former art professor Shin Jeong-ah who is at the center of a scandal involving alleged degree forgery and high-profile influence peddling.

The Seoul Western Prosecutors' Office said yesterday that investigators have secured computer data, e-mails, telephone records and bank accounts from her office at Dongguk University.

The prosecutors are stepping up their investigation into the case, as an aide of President Roh Moo-hyun, along with other influential figures, are suspected of having used their pull to help Shin get appointed as a Dongguk faculty member and artistic director of the Gwangju Biennale, despite her forged academic credentials.

But the probe has been bogged down as key figures who may have evidence, such as the Buddhist monk Jangyoon, have refused to speak with authorities.

Jangyoon was a former Dongguk University director and the first one who questioned Shin's credibility. He was allegedly pressured by Byeon Yang-kyoon, chief of policy planning at Cheong Wa Dae, for keeping silent on behalf of Shin. Byeon denies the allegations.

Shin left for the United States immediately after the scandal broke in July.

"We had planned to summon other people after securing testimony from the priest Jangyoon, but he refused to comply with our request. So, we have changed our tactics, as with this raid." a prosecutor said.

He said the prosecution has summoned dozens of university officials, and completed reviews of the all the data from American universities shown on Shin's forged degrees.

Investigators plan to summon more people, following an analysis of the secured materials, if those individuals are alleged to have intervened in Shin's appointments to those two positions.

DONGGUK0000142

The Seoul Western Prosecutors` Office has taken over responsibility from the Gwangju Regional Prosecutors` Office for the inquiry into allegations that someone had pressured the Biennale foundation to appoint Shin as its youngest co-director earlier this year, despite their knowing about her forged degrees. The Seoul prosecutors have increased the number of investigators to 10 to handle the intensifying probe.

Shin, 35, was found to have forged three degrees and plagiarized a thesis to become an assistant professor at Dongguk University in 2005. She was sacked from her positions from the Biennale and university.

By Jin Dae-woong

(davidpooh@heraldm.com)

이 기사 주소 : http://news.naver.com/news/read.php?mode=LOD&office_id=044&article_id=0000067196

[🖨 인쇄하기]   [닫기]

DONGGUK0000143

# EXHIBIT 172

Untitled Document                                                                페이지 1 / 2

09-11-2007 17:13                                      수 ─ 🖨 PRINT

# Lie After Lie

**Presidential Office Blamed for Crumbling Moral Integrity**

Public anger is growing over influence peddling and corruption scandals involving two aides to President Roh Moo-hyun. People are disappointed at the Roh administration which has boasted of high moral standards and reform-oriented policies. There is no doubt that the latest cases prove President Roh has only paid lip service to the nation. The President and his inner circle are coming under severe criticism for their hypocrisy.

The presidential office had defended its two secretaries against their alleged involvement in the scandals until the prosecution obtained evidence implicating them. It is regrettable that Roh and his staff have gone all-out to attack the media for reporting ``groundless'' allegations about the presidential officials' corruption and wrongdoings. The office even threatened to take legal action against news outlets for spreading the allegations that were later found to be true.

It goes without saying that Roh himself dared to tell lies about his aides to help cover up their misdeeds. He might have not noticed their alleged wrongful behavior because the self-proclaimed ``Mr. Clean'' has strong confidence in his staff's moral integrity. However, his active defense of his aides has dealt a devastating blow to his own clean and reformative image as well as that of his ``Participatory Government.''

One of the humiliating cases is a bogus diploma scandal surrounding a former assistant art professor of a Seoul-based university. The case forced Byeon Yang-kyoon, 58, the senior presidential secretary for policy planning, to resign Monday for lying about his relationship with the professor. Byeon had repeatedly denied allegations that he played a role in helping Shin Jeong-ah, 35, become a faculty member at Dongguk University in 2005 with fake degrees.

Many newspapers and broadcasters have reported allegations that ranking officials or big-name politicians are behind the Shin scandal. The media have raised a question: How come the university hired her without even verifying her fake credentials _ undergraduate and masters degrees from Kansas University and a doctorate from Yale University? She was also selected as the art director of the 2008 Gwangju Biennale, the nation's largest art festival, through her fake credentials. Dongguk University sacked her last month and the biennale committee also nullified the selection. But, the scandal has no sign of calming down due to Byeon's alleged involvement.

From the beginning, Byeon denied all the allegations, claiming that he was not acquainted with Shin. But, his claim turned out to be a lie Monday as investigators found that the two exchanged about 100 e-mail ``love letters.'' They apparently developed a romantic relationship well before the university hired her. Byeon also denied allegations that he asked Buddhist monk Jang Yoon, who first raised suspicions about Shin's credentials, to stop making a fuss about the issue. But no one can rule out the possibility that he exercised influence to help Shin get the professor's position and the art directorship for the biennale.

Another high profile scandal is related to presidential protocol secretary Chung Yoon-jae, who resigned last month. He has been blamed for arranging a meeting between a regional tax office chief and the head of a Busan-based construction firm. The case surfaced as the tax official was arrested for taking 100 million won in bribes from the businessman in return for overlooking tax evasion. Critics alleged that the presidential office was trying to protect Chung because the prosecution did not investigate him despite his suspicious role in the case.

DONGGUK0000168

Untitled Document                                                      페이지 2 / 2

Amid a public outcry, the prosecution is conducting a reinvestigation to confirm his involvement. He was found to have a close connection with the company that offered money to him in the form of political funds. The prosecution must conduct thorough investigations into the two scandals to sternly crack down on corrupt officials. The presidential office also has to make the utmost effort to improve the moral integrity of its officials and regain public trust in the scandal-tainted Roh administration.

DONGGUK0000169

# EXHIBIT 173

09-16-2007 17:39                                    + - 🖶 PRINT

# Dongguk Professors Call for Resignation of Directors

By Kang Shin-who
Staff Reporter

Dongguk University professors have started a campaign to oust its board of trustees to step down over the ``Shin Jeong-ah scandal,'' Saturday. About 20 departments' deans at Dongguk have asked professors to join the campaign to dismiss its board of trustees.

The professors' group also requested the Jogye Order, the biggest Korean Buddhist group and founder of the school, to renew operation plans and asked its president to be more responsible for the dishonorable scandal involving the school.

For the campaign, signatures are being collected from the university professors. So far, nearly 121 professors joined the protest against the school board. ``It is true that Dongguk University professors have remained silent on recent turmoil. As I believe professors at least need to whistle-blow irregularities of our school, I decided to start this campaign,'' said Ko Jae-seok, a professor of the Korean Language Education Department.

``I hope this campaign can be a detonator for our school professors to officially take part in the problem,'' he added. Earlier, Buddhist monk Jang Yoon, a member of the board who first raised suspicions of Shin's degree forgery, submitted a letter of resignation in the beginning of this month. ``It is shameful that nobody from the school is taking responsibility for the scandal so I want to resign and urge board directors and staff involved in the scandal to step down too,'' Jang said.

Meanwhile, Jang tried to leave Korea for China on Saturday but his plans were thwarted by the Ministry of Justice when prosecutors appointed him as one of the core witnesses of the scandal.

The prosecution has banned the departure of some critical figures involved in the scandal including Jang, Byeon Yang-kyoon, a former presidential policy planner, and Hong Ki-sam, former president of the school.

kswho@koreatimes.co.kr

DONGGUK0000365

# EXHIBIT 174

09-22-2007 15:13                               +  –  ☼ PRINT



## Probe Triggers Backlash From Buddhists

By Kim Rahn
Staff Reporter

Buddhist groups urged the prosecution to stop investigations that they claimed
slander the Buddhist community amid ongoing probes involving a degree scammer
Shin Jeong-ah, former presidential secretary for policy planning Byeon Yang-kyoon
and several Buddhist monks.

An association of Korean Buddhist sects made a joint statement after an emergency
meeting Friday and asked the prosecution to investigate the case fairly and the media
to report it responsibly.

The association, comprised of 27 sects including the Jogye Order, Taego Order and
Cheontae Order, said the case of the diploma fabricator is being distorted.

Shin was employed at the Buddhist-run Dongguk University in 2005 utilizing forged
degrees, and Ven. Yeongbae, chief of the school's board of directors, allegedly tried
to cover up the forgery.

In exchange for the monk's protection of Shin, her alleged patron Byeon abused his
power to grant government subsidies to Yeongbae's temple. It is also suspected
Byeon peddled influence to expand financial support to several other temples and
other projects related to Buddhism.

The group said, "We feel sorry and responsible that the diploma forgery case started
from a Buddhist-run university. However, we worry that the case has expanded to
issues unrelated to the core of the case, such as a high-ranking official's influence
peddling. The case has also been distorted with speculations that the Buddhist
community is corrupt."

The representatives of the groups said the prosecution and the media have spread
unconfirmed allegations. "Some media make reports as if the state subsidies
provided to temples through normal procedures and screening were wrong and were
corrupt. We see such reports as a systematic slander of the Buddhist community,"
they said.

The association requested the prosecution to investigate the case fairly and
transparently based on the law, adding they would take legal action on baseless and
suggestive reports.

An official of the Jogye Order said only 10 temples were currently receiving state
subsidies in an indirect manner and so there was little chance of illegalities being
involved.

"Speculative articles are rampant, for example, that the Jogye Order paid rent for
Byeon's temporary residence and that a monk gave a huge sum of money to Shin.
Reporting such rumors is an attempt to damage the Buddhist community, as such
speculation could easily be proven false through a simple investigation," he said.

rahnita@koreatimes.co.kr

DONGGUK0000535

# EXHIBIT 175

[DONGGUK0000993]

Upright press, fast news: Internet Yonhap News                    Page 1/2

Yonhap News                                                       Print| Close


"Jeong-Ah Shin's US college record not checked during hiring" (Second Summary)

Dongguk University backpedals: the statement on the 11th "that an inquiry was made to Kansas State was in error"

Failure to verify bachelor's, master's degrees "suspicious"

(Seoul=Yonhap News) Upon confirmation that the official request that had been claimed to have been sent by Dongguk University to the US when it hired Ms. Jeong-Ah Shin as a professor was not actually sent, a belated explanation has been made stating that Dongguk's own announcement was in error.

The Dongguk University investigative committee, which is currently investigating the case of Ms Shin, announced in a press release on the night of the 17th that "regarding whether or not an academic records inquiry was made to Kansas State University (in September 2005) as announced on the 11th, the statement made was an error based on a draft document, and only her final degree at Yale University was checked."

This is a reversal of the announcement made by Sang-Il Lee, head of the academic support office, at an official press conference on the 11th, that "in early September 2005, inquiries regarding Ms. Shin's academic record were sent to Yale University and Kansas State University by registered mail, but no response was received from Kansas State."

Dongguk University offered this explanation only 10 hours after Yonhap News reported the official confirmation from the head of the Kansas State PR office that "no request for an academic records check regarding Ms. Jeong-Ah Shin was received from Dongguk University in 2005."

A person associated with Dongguk University who was head of the human resources team at the time said that "originally, the draft indicated that inquiries would be made to both Yale and Kansas State, but out of the thought that it would be OK to go through them in

sequence, the official request was sent only to Yale, and it was intended to send one to Kansas State later, but this was ultimately not done."

In the course of preparing this draft, it indicated that Ms. Jeong-Ah Shin's bachelor's, master's and doctoral degrees were all being checked, but this was subsequently changed and no effort at all was made to verify her bachelor's and master's degrees, raising further suspicions regarding the context of the decisions made at that time.

Dongguk University's claim to have sent an official inquiry to Yale in September 2005 also cannot be objectively confirmed at this time.

A person associated with Dongguk, when asked "it is certain that an official inquiry was made to Yale," said that "my understanding is that it was sent by registered air mail, but I am unable to confirm this."

The registered mail receipt in Dongguk University's possession shows only the tracking number and the recipient country (USA), and does not show the address of the actual recipient; it turns out that the tracking number was never checked at the time to verify that the request had arrived.

A person associated with Dongguk University said that "We have checked in many different ways, but cannot now confirm it. There is no address. And so it is not possible to press Yale University (on whether the request was received in 2005)."

[DONGGUK0000994]

Upright press, fast news: Internet Yonhap News                    Page 2/2

The person said "According to our records, the recipient country of the registered mail sent by the head of the university HR team on the day following the approval of the decision to send a request for verification to Yale was America. There is no recipient address, but I think this has to be the one that was sent to Yale."

A Dongguk University staffer who had been tasked with HR work in September 2005 said that "I have heard that staff requested additional documents from the school due to the lack of documents such as transcripts, but the word came down from 'above' to wait," but did not clarify to whom this 'above' referred.

The Dongguk University investigative committee stated that "the sending number written on the Yale University fax response (which has now turned out to be fake) at the time of Ms. Shin's hiring is the number of the associate dean of the graduate school, and Yale University has informed us that they are currently investigating whether there was a counterfeit fax from this number."

The committee reconfirmed that Ms. Shin's bachelor's, master's and doctoral degrees were all fake, stating that "we have received an email notice from Kansas State University that Ms. Jeong-Ah Shin attended Kansas State as an undergraduate for three years, from spring 1992 to fall 1996, but did not graduate."

Sang-Il Lee, head of the Dongguk University academic support office, stated that currently there are no plans to request a criminal investigation of the Shin case.

He said that "We hope to put an end to this with our internal investigation," and "(the press) keeps pushing in that direction (toward the need for a criminal investigation), but it doesn't seem to be well thought through."

Regarding the question "didn't the lack of a criminal investigation, and consequent lack of an exit ban, allow Ms. Jeong-Ah Shin to leave for America," he said "we have not yet decided how to proceed in the current unexpected situation."

solatido@yna.co.kr

engine@yna.co.kr

(End)

<Copyright © Yonhap News. All rights reserved.> [Posted 19:53  7/17/2007]

[logo] Yonhap News

This report may not be redistributed in whole or in part except by contract with Yonhap News.

Copyright (c) 2005 YonhapNews All rights reserved



연합뉴스                                                      🖨인쇄 | 🗙닫기

"신정아 임용때 美대학에 학력조회 안해"(종합2보)

동국대 "11일 `캔자스대 학력조회' 발표는 착오" 말 뒤집어
학·석사 학위는 기안단계와 달리 검증 시도 못해 '의문'

(서울=연합뉴스) 임화섭 임은진 기자 = 동국대가 신정아씨를 교수로 임용할 당시 미국측에 보냈다고
주장해 온 학력 조회 요청 공문이 실제로는 발송되지 않은 것으로 확인되자 자체 발표에 착오가 있었
다며 뒤늦게 해명에 나섰다.

신씨 사건을 조사중인 동국대 진상조사위원회는 17일 밤 보도자료를 통해 "지난 11일 발표한 캔자
스대 학력조회 여부 건은 당시(2005년 9월) 기안문을 토대로 발표한 착오였으며 예일대 최종학력 조
회만 이뤄진 것으로 확인했다"고 밝혔다.

이는 이상일 학사지원본부장이 11일 공식 기자회견에서 "2005년 9월 초순 예일대와 캔자스대에
신씨의 학력 조회 요청 공문을 등기 항공우편으로 보냈으나 캔자스대로부터는 회신이 오지 않았
다"고 발표한 내용을 스스로 뒤집은 것이다.

동국대는 연합뉴스가 '2005년 동국대로부터 신정아씨에 관한 학력조회 요청이 들어온 적이 없
다'는 캔자스대 홍보실장의 공식 확인 내용을 보도한지 10시간만에 이런 해명을 내놨다.

당시 인사팀장을 맡았던 동국대 관계자는 "원래 기안문에는 예일대와 캔자스대 양측에 조회를 하
는 것으로 돼 있었으나 순차적으로 하면 된다는 생각에서 일단 예일대에만 조회 공문을 보내고 캔자
스대에는 나중에 하려다가 결국 하지 않았다"고 말했다.

이는 기안문 작성 과정에서는 신정아씨의 학·석·박사학위를 모두 조회하는 것으로 돼 있었으나 나
중에 학·석사학위에 대해서는 검증 시도조차 하지 않는 것으로 바뀌었다는 것이어서 당시 결정 배경
에 대한 의혹이 증폭되고 있다.

동국대가 예일대에 2005년 9월 조회 공문을 보냈다는 주장도 현재로서는 객관적 확인이 불가능한
상태다.

동국대 관계자는 '예일대에 조회 공문을 보낸 것은 확실하냐'는 질문에 "등기항공우편으로 보낸 것
으로 알고 있으나 확인은 불가능하다"고 말했다.

동국대가 보유하고 있다는 등기우편 영수증에는 등기번호와 수신 국가(미국)만 나와 있을 뿐 실제
수신처의 주소는 명기돼 있지 않으며 당시 공문이 제대로 도착했는지 등기번호로 조회해 본 적도 없
는 것으로 드러났다.

동국대 관계자는 "우리도 다방면으로 알아봤는데 지금은 확인이 불가능하다. 주소가 없다. 그래서
예일대에 (2005년 공문을 받았느냐고) 다그칠 수는 없다"고 말했다.

DONGGUK0000993

바른언론 빠른뉴스 인터넷 연합뉴스                    페이지 2 / 2

그는 "우리 기록상으로는 교무인사팀장이 예일대에 확인 요구서를 보내기로 전결로 결재한 다음날 보낸 등기우편의 수신 국가가 미국으로 돼 있다. 수신처 주소는 없지만 아마도 이것이 예일대에 보낸 것 아니겠는가 생각하고 있다"고 말했다.

2005년 9월 당시 인사업무를 담당했던 동국대 관계자는 "당시 성적증명서 등 서류가 미비해서 직원들이 학교에 서류 보완이 필요하다고 요청했는데 `위'에서 기다려보라고 했다고 들었다"고 말했으나 `위'가 구체적으로 누구를 가리키는지는 밝히지 않았다.

동국대 진상조사위원회는 "(지금은 가짜로 드러난) 신씨 임용 당시 예일대 팩스 회신에 적혀 있던 발신번호가 예일대 대학원 부원장실의 것이며 이 번호와 관련한 팩스조작 여부에 대한 조사를 현재 진행중이라고 예일대가 알려 왔다"고 밝혔다.

위원회는 "신정아씨가 1992년 봄학기부터 1996년 가을학기까지 캔자스대에 재학했고 학부 3학년까지 다녔으나 졸업은 하지 않았다는 이메일 통보를 캔자스대로부터 받았다"고 밝혀 신씨의 학·석·박사학위가 모두 가짜임을 재확인했다.

한편 이상일 동국대 학사지원본부장은 신씨 사건을 수사 의뢰할 계획이 현재로서는 없다고 밝혔다.

그는 "우리는 가급적 학교 자체 조사로 마무리를 짓자는 것이 기본적인 입장"이라며 "(언론이) 그쪽(수사의뢰를 해야 한다는 쪽)으로 계속 몰아가는데 생각을 좀 해봐야 하지 않겠나"라고 말했다.

그는 `수사의뢰를 하지 않아 출국금지가 이뤄지지 않는 바람에 신정아씨가 미국으로 출국하지 않았느냐'는 지적에 대해 "지금 상황에서 어떻게 할지 당황스러운데 아직 결정되지는 않았다"고 말했다.

sciatido@yna.co.kr
engine@yna.co.kr
(끝)

<저작권자(c)연합뉴스. 무단전재-재배포금지.>                    [2007-07-17 19:53 송고]

---

 본 기사는 연합뉴스와의 계약없이 전문 또는 일부의 전재를 금합니다.
Copyright (c) 2005 YonhapNews All rights reserved

DONGGUK0000994

# CERTIFICATE OF TRANSLATION

I, Samuel Henderson, hereby certify that I am competent in both the Korean and English languages and that I translated DONGGUK0000993-94 from the Korean language into the English language.

I further certify that translation of DONGGUK0000993-94 from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.

Samuel Henderson
Professional Translator

Subscribed and sworn to before me on ___2-7th___ day of __July__, __2011__ (year)

(Signature of Notary)

Official Seal
LAKETRA N. WILLIAMS
Resident of Lake County, IN
My commission expires
September 4, 2016
(Notary Stamp)

# EXHIBIT 176

# Yale Daily News

Published: Tuesday, October 16, 2007

## Korean professor accused of forging Yale art degree

By Thomas Kaplan and Martine Powers
Contributing Reporter, Staff Reporter

A South Korean art history professor who rode her Yale doctorate to stardom in the Korean art world has been arrested for fabricating her degree, Korean officials said Friday.

Shin Jeong-ah, 35, a rising star in the South Korean art world, claimed she received a Ph.D. in art history from Yale in 2005, though the University said there is no record of her ever attending Yale. Prosecutors charged Shin with forging her Yale degree and embezzling nearly $400,000 from the museum where she was a curator.

And in an ironic twist, the saga may actually be a harbinger of positive — not negative — energy for the School of Art.

"If anything, her choice of Yale speaks to the reputation the school carries worldwide," Professor Sandy Isenstadt said Monday. "It certainly doesn't diminish [its] reputation."

The arrest confirms suspicions raised over the summer that jolted a country where diplomas from elite colleges drive the job market.

Prosecutors allege Shin landed her prestigious job with the help of her romantic partner, a top presidential aide, who exerted his influence on her behalf. The aide was also arrested.

The Korean media first printed doubts about Shin's degree this summer, though the professor frequently asserted her innocence and vowed to come to New Haven to prove she actually held a Yale degree. She never came, and the University does not believe she ever matriculated at Yale, University spokesman Tom Conroy said in an e-mail Monday.

Using her forged Yale doctorate, Shin became the youngest professor at the esteemed Dongguk University in Seoul and landed jobs as the curator of a celebrated South Korean art museum and as the director of one of Southeast Asia's largest art exhibitions.

After Dongguk board members raised doubts about the legitimacy of Shin's diploma, a wave of resume-checking across the country turned a minor scandal into a national one. In the aftermath of the Shin affair, several leading scholars and celebrities fell from grace as they admitted their credentials had been falsified, some of them apologizing tearfully.

The presidential aide, Byeon Yang-Kyoon, 58, was charged with peddling his influence to help Shin land her professorship and to persuade companies to donate to her museum in return for the loosening of government regulations.

DONGGUK0001330

The Korean media have characterized Byeon and Shin's alleged relationship as "sex-for-favors." Dongguk University has received $17.4 million in Korean government subsidies since 2006, and investigators are examining whether Byeon may have steered some of those grants to the university in return for hiring Shin in 2005, the Korea Times reported.

Shin, meanwhile, has doggedly maintained her innocence. She cited a 2005 fax transmission, purportedly from an associate dean of Yale's Graduate School, Pamela Schirmeister, which said Shin enrolled in the Graduate School at Yale in August 1996 and graduated with a doctorate in 2005.

"I certainly did receive a degree from Yale, which is proven by the document Dongguk received from Yale in 2005," Shin told Seoul's Chosun Ilbo daily newspaper in July, vowing to go to court to stop the "conspiracy" regarding her degree.

That fax was believed to have been faked, too. The document did not even spell "Schirmeister" correctly, a University spokeswoman said.

The degree Shin allegedly concocted was flawed, Yale officials said when the scandal broke. The 2005 diploma bore not the signature of Yale President Richard Levin but of the emeritus professor Howard Lamar, who served as president for one year until Levin took office in 1993.

Aside from reading about Shin in the news, the art history faculty have not discussed the matter much among themselves, art history professor and Saybrook College Master Mary Miller said. Shin's acts reflect solely on herself, Miller said.

"People who forge documents damage their own reputations," she said.

Shin's other degrees — a bachelor's and master's from the University of Kansas — are also believed to have been fabricated. Her doctoral thesis was copied largely from one submitted to the University of Virginia in the 1980s.

Byeon and Shin have insisted that they are just friends. Byeon, who resigned his government post after the allegations against Shin were raised this summer, is married. The two are now being held at a detention center in Seoul pending trial, according to the news agency Agence France-Presse.

—The Associated Press contributed reporting from Seoul.

DONGGUK0001331

# EXHIBIT 177

INSIDE JoongAng Daily

⊞ Zoom in   ⊟ Zoom out   🖶 Print   ☑ E-mail   ⊡ Add to **My Blog**   🔠 dictionary

# Dongguk board chairman to resign

October 17, 2007

A Buddhist monk who chairs Dongguk University's board of directors said recently he plans to step down to assume "ethical responsibility" for the school's disgraced reputation from the Shin Jeong-ah scandal.

Venerable Yeongbae revealed his plans at a meeting with Jogye Order leaders, an official who was at the meeting told the JoongAng Ilbo Monday, on condition of anonymity.

"I will assume ethical responsibility for the Dongguk University issue," Venerable Yeongbae was quoted as saying. "As soon as Dongguk University's legal issues are settled, I will resign from the chairmanship of the board of directors."

Venerable Yeongdam, an aide to the chairman and also a Dongguk board member, told Yonhap News yesterday that Yeongbae does not intend to step down right now.

Prosecutors have said Venerable Yeongbae, as well as former and current presidents of the university, will be questioned about allegations that bribes were given to Byeon Yang-kyoon, a former Blue House aide, and Shin, with whom prosecutors said he was having an affair. The university has been accused of giving a professorship to Shin in return for government subsidies through Byeon. Shin was fired earlier this year for academic forgery.

The Dongguk faculty adopted a resolution on Friday calling on Venerable Yeongbae to resign.

By Baik Sung-ho JoongAng Ilbo / Ser Myo-ja Staff Writer [myoja@joongang.co.kr]

⊞ Zoom in   ⊟ Zoom out   🖶 Print   ☑ E-mail   ⊡ Add to **My Blog**   🔠 dictionary

4/8/2009

DONGGUK0001650

# EXHIBIT 178

# Yale Daily News

Published: Thursday, November 1, 2007

## Brief: Art history professor charged with forgery of doctorate indicted by authorities

A South Korean art history professor charged with faking a doctorate from Yale has been indicted for forgery by Korean authorities, according to news reports.

Shin Jeong-ah, 35, was an up-and-coming star in the Korean art world when the veracity of her 2005 Ph.D. from Yale was called into question over the summer — but not before she had landed jobs as a professor at the prestigious Dongguk University and the new director of a prestigious arts exhibition. A Yale spokeswoman repeated Wednesday that there is no record of Shin's ever having attended the University.

Shin was indicted Tuesday on 10 charges, including forging degrees from Yale and the University of Kansas, as well as embezzling hundreds of thousands of dollars from the museum she curated, the Sungkok Art Museum. Officials also indicted a former top aide to President Roh Moo-Hyun who allegedly peddled his influence to land Shin her prestigious jobs despite the fact her degree's being fabricated. Prosecutors described their arrangement as a "sex for favors" situation.

When confronted this summer with allegations that she faked her degree, Shin maintained her innocence and vowed to come to New Haven to prove she attended Yale. The professor cited a 2005 facsimile — supposedly from Graduate School Associate Dean Pamela Schirmeister — that said Shin enrolled in the Graduate School in August 1996 and graduated with a doctorate in history of art in 2005.

"I certainly did receive a degree from Yale, which is proven by the document Dongguk received from Yale in 2005," Shin told Seoul's Chosun Ilbo daily newspaper in July, vowing to go to court to put an end to the "conspiracy" about her degree.

That fax was apparently a fabrication, too, and misspelled "Schirmeister", according to a University spokeswoman. The degree Shin allegedly forged also had significant errors and bore the signature not of University President Richard Levin but of emeritus professor Howard Lamar, who served as acting president for one year before Levin took office in 1993.

- Thomas Kaplan

DONGGUK0001332

# EXHIBIT 179

Untitled Document                                                    페이지 1 / 2

11-12-2007 18:50                                    + − 🖫 PRINT

# Byeon, Shin Deny Charges in 1st Trial



Byeon Yang-kyoon          Shin Jeong-ah

By Kim Tae-jong
Staff Reporter

The first hearing in the joint trial of a degree scamming professor and her alleged
``sugar daddy'' was held Monday, with both defendants denying the charges laid
against them.

Shin Jeong-ah, who used a bogus degree from Yale University, and former
presidential policy planner Byeon Yang-kyoon were indicted together last month.

Shin is charged with using forged graduate degrees from the Universities of Kansas
and Yale to get hired as a professor at Dongguk University and as an art director of
the Gwangju Biennale.

She is also charged with embezzling some of an art museum's funds. Shin also
arranged sales of artwork from artists to government agencies, keeping some of them
for herself.

Byeon was indicted mainly for influence peddling on behalf of his 35-year-old
romantic partner.

He allegedly pressed Dongguk University officials in 2005 to hire Shin with her
fabricated academic credentials. In exchange for her employment, he promised to
help the school get government subsidies. He also peddled influence to get Shin
selected as the Gwangju Biennale director in July.

Taking advantage of his position, Byeon put pressure on large-sized companies to
donate funds to Sungkok Art Museum where Shin had been a curator since 2005.

The prosecution is still questioning other related figures including former Dongguk
University President Hong Ki-sam for his involvement in the scandal and Ven.
Yeongbae, chief of Dongguk University's board of directors, as the monk allegedly
attempted to cover up Shin's fake diplomas in exchange for favors from Byeon.

DONGGUK0000709

Prosecutors will also investigate Sungkok Museum director Park Moon-soon who allegedly embezzled corporate donations with Shin and provided 20 million won to her in order to seek Byeon's influence in pardoning her jailed husband, former Ssangyong Group Chairman Kim Suk-won.

Kim is also being investigated for an creating an alleged slush fund, since prosecutors found six billion won while raiding his home due to allegations against Park.

The court will hold a second hearing on Dec. 3.

e3dward@koreatimes.co.kr

DONGGUK0000710

# EXHIBIT 180

네이버뉴스 인쇄하기                          인쇄하기   닫기

## [EDITORIAL] A very good step

[코리아헤럴드 2007-12-07 ˙0:21]

The largest Buddhist temple in the affluent district of Gangnam in Seoul recently disclosed its financial statement to the public; this was the first time that any temple has taken this step. A number of smaller temples make financial disclosures to their officials, but Bongeun Temple is the first to ever publicize its financial statement.

It has been a tough year for Buddhists in Korea. Disputes among Buddhist monks at a number of temples received major media coverage. Great damage was done to Korean Buddhism by a very public scandal involving the appointment of a professor with forged academic credentials to Dongguk University -- a school founded by the Jogye Order of Buddhism -- as a favor to a powerful government official, in exchange for money.

The Ven. Myeongjin, chief monk at Bongeun Temple, is quite correct to say that money is at the root of the many problems which plague Buddhism in Korea. Internal discord within the Buddhist leadership has stemmed from greed and the desire to attain better positions, he emphasized. No one would dispute his observation that the way for Buddhist leaders to regain people's trust is to make the temples` finances transparent. Such transparency will encourage responsible governance and, at the same time, boost the followers` trust in their religious leaders.

The financial statement, which covers the period from January to November of this year, showed that Bongeun Temple, which boasts a membership of more than 200,000 followers, had a total income of more than 9.6 billion won, and an expenditure of more than 8.5 billion won.

By all accounts, it is a huge operation that Bongeun Temple is running. Indeed, it is astounding that such a mammoth enterprise never before made its bookkeeping public. The temple and its chief monk are to be lauded for taking the lead in making temple operations more transparent.

Having taken this first decisive step, the head of Bongeun Temple plans to make quarterly financial disclosures and to have outside accountants examine its books. Already, other Buddhist temples are planning to follow suit.

DONGGUK0000717

Financial disclosures by religious organizations have been discussed for a number of years. Yet very few groups have actually made their financial statements public. The Catholic Church's Archdiocese of Seoul, which oversees 215 churches, disclosed its finances to the public for the first time last August. A recent survey of Protestant churches found that many churches provide only vague financial information, and only to the inner circle of church officials. Very few Protestant churches make their financial statements public.

As shown by the size of the budgets of Bongeun Temple and the Archdiocese of Seoul, today's religious groups' operations are nothing like the old days of neighborhood temples and churches. It is hoped that more religious groups will follow the lead of Bongeun Temple and the Archdiocese of Seoul. Religions aim to be the light of this world. The light will only shine brighter when the veil of secrecy on their finances is lifted.

✧ 이 기사 주소 : http://news.naver.com/news/read.php?mode=LOD&office_id=044&article_id=0000069521

🖨 인쇄하기   닫기

DONGGUK0000718

# EXHIBIT 181

Untitled Document                                          페이지 1 / 2

12-23-2007 17:23                                  + · — 🖶 PRINT

## Deception Sums Up Year of 2007

By Kim Tae-jong
Staff Reporter

With the end of the year just around the
corner, how would you define the year of
2007?

Professors used the word ``deception'' as a
keyword to sum up the year in a recent
survey.

The survey of some 340 professors and
academic columnists said about 43 percent
selected a four-letter Chinese phrase
``jagigiin'' (自欺欺人) to describe the nation's
economic, political and social situation in
2007. The result was published in the
Professors' Times Sunday.

The phrase literally means ``deceiving
yourself and others,'' which often appears in
the analects of Zhu Xi, a famous Chinese
Confucian scholar, and Buddhist scriptures.

The expression was often used to criticize
people who deceive others or mock social
morality issues.



Former Dongguk University professor
Shin Jeong-ah shocked the nation
with her diploma forgery case. A
recent survey shows that the year of
2007 can be defined with the
keyword, ``deception,'' as many
similar scandals arose.
— / Korea Times

``It is like you deceive others so habitually that you reach the point where you even
deceive yourself with lies,'' Professor Seong Hwan-gap from ChungAng University
said.

It now aptly illustrates a series of scandals of the year, in which politicians,
businessmen and other socially well-known figures were involved, the newspaper
said.

``The phrase can be used to refer to actions resulting from ruthless desire,'' Professor
Ahn Dae-hoe of Sungkyunkwan University said. ``There were so many incidents, to
which you can refer the expression.''

He cited the diploma forgery scandal of former Dongguk University Professor Shin
Jeong-ah; plagiarism of academic journals of university professors and presidents;
and ethic wrongdoings of well-known politicians and businessmen.

Besides the expression, 18 percent of the surveyed picked a phrase
``sanjungsubok'' (山重水複), which literally means that you have a long way to go but
cannot see the troubled road ahead, to indicate the nation facing a series of troubles
and problems.

But some 15 percent selected ``surakseokchul'' (水落石出), meaning revelation of
truth after settlement of problems.

When asked to pick the most tragic accident of the year, 23 percent of the
respondents picked the oil leakage in waters off Taean, North Chungcheong
Province.

DONGGUK0000725

Untitled Document

On a positive note, about 16 percent enjoyed figure skating star Kim Yu-na's winning the title at the World Grand Prix Final for the second consecutive years in a row and the sensational performance of swimmer Park Tae-hwan.

e3dward@koreatimes.co.kr

DONGGUK0000726

# EXHIBIT 182

## Yonhap (South Korea)

December 28, 2007

# Fax on ex-art professor's Yale doctorate degree found to be genuine

A fax from **Yale University** used to confirm the doctoral degree of Shin Jeong-ah, a former art professor indicted for allegedly using fake academic degrees, was found to be genuine, a local university said on Thursday.

Yale, however, admitted it had made a mistake in sending the fax to confirm Shin's doctorate, although it stopped short of saying whether the error was intentional or not, a Dongguk University spokesman said.

Shin, an ex-professor of Dongguk University and a renowned curator, is on trial for allegedly forging undergraduate and graduate degrees from U.S. universities to get her teaching job at Dongguk.

She allegedy used the forged documents to win the co-directorship of the Gwangju Biennale, the country's biggest international contemporary art exhibition.

Dongguk University said it received a letter from Yale on Dec. 17 saying that the fax which its Deputy General Counsel Susan Carney sent in September 2005 to the South Korean university to confirm the professor's school record was genuine.

In the fax, Pamela Shirmeister, assistant dean of the Yale Graduate School, confirmed that Shin entered Yale's art history department in August 1996 and graduated in May 2005 with a doctoral degree in art, a university spokesman said.

In July, however, when suspicions over Shin's document forgery rocked South Korea, Yale said the fax was fake and Shin was never registered as a student there.

The answer has sparked suspicions that Dongguk University might have forged the fax or lied to avoid public criticism for failing to properly verify its employee's qualifications.

"Yale explained its official made the error in the rush of business at that time. We believe the error might not be an administrative one," Jo Ui-yon, chief manager of the Dongguk University, said.

He said his school would not have hired Shin if Yale had correctly said in 2005 that the doctorate she claimed to have was fake.

"We will take all possible measures in the U.S. to be compensated for defamation," he added.

YALE00000335

# EXHIBIT 183

# THE KOREA TIMES | **Opinion**

Wednesday, April 8, 2009 | 5:5〈

+Login  +Register  +Find Id / Pw

Home | Archives | Learning Times | Si

Home > Newszone > Opinion > Thoughts of the Times >

**News Online**

- Nation
- Biz/Finance
- Technology
- Arts & Living
- Sports
- Opinion
  Editorial
  Thoughts of the Times
  Today`s Column
  Desk Column
  Letter to the Editor
  The Dawn of Modern Korea
  Another Korea
  What`s Your Take?
  Letter from America
  Random Walk
  Sean Hayes
  Michael Breen
  Views From Overseas
  Jon Huer
  Tom Plate
  Living Science
  Pacific Perspective
  Guest Column
  Times Forum
  Readers` Forum
  Cartoon
  Great and Simple Things
  Back Home
  Ideas & Ideals
  Jim Hoagland
  Choi Yearn-hong
  Today in History
  Reporter's Notebook
  Washington Lounge
- Community
- Special

- The Learning Times
  Editorial Listening
  Phone English
  Dear Abby

09-24-2008 16:54

📧 ➕ ➖ 🖨 **PRINT**

## <u>Dongguk vs. Yale</u>

By Richard Thompson

Dongguk University President Oh Young-kyo and other school officials have refused to accept Yale University's $100,000 offer, together with a public apology for its administrative error, involving the false diploma of disgraced art professor, Shin Jeong-ah.

``We rejected the offer, as we thought we could regain our honor by winning the suit," an official said. (The university said it would continue its compensation suit, in which it seeks $50 million for defamation.)

One of the definitions for the word honor in my Microsoft Encarta College Dictionary is as follows: TREAT SOMETHING AS MONEY to accept a check or other financial instrument as money or as a substitute for money and pay it when it is due — the bank won't accept a check without a signature.

In recent weeks, a bad investment climate has turned into the worst financial crisis in decades, forcing a government bailout of Fannie Mae, Freddie Mac and the American Insurance Group.

In three of the last four fiscal years, Yale outdid Harvard in competing for endowment growth. The Yale endowment grew to $22.9 billion on June 30, the end of fiscal year 2008. Returns have generally slowed at endowments, reflecting the tumult in the markets this year. Despite the lower return in FY 2008, Yale's endowment has returned an annualized 16.3 percent over the last decade. That figure still exceeds Harvard, where the average annualized return for the same period is 13.8 percent.

The returns for both schools meant that they outperformed 95 percent of the 165 large institutional funds that are measured by the Wilshire Trust Universe Comparison Service.

The Yale endowment has been run for the last two decades by David F. Swensen. Yale said that its endowment received $232 million in gifts and provided Yale with $850 million toward its budget last year. (The endowment is not to be confused with that of the Yale Law School.)

Although Yale declined to say which asset classes outperformed their internal benchmark, the endowment did say that it would adjust its asset allocations in the coming fiscal year. It plans to continue reducing its exposure to hedge funds, which had been as high as 25 percent of its portfolio two years ago and dropped to 23 percent last year.

For fiscal year 2009, Swensen is reducing it to 21 percent. He is reducing exposure to

Domestic News
Foreign News
Screen English
Live English in Drama
Discovery Education [NEW]
Ancient Idiom [NEW]
iBT Writing [NEW]
English Writing I
English Writing II [NEW]
English Grammar
Grasping Vocab
iBT Vocab
Korean Language [NEW]

Junior Writing
Junior Reading
Junior Reporter

domestic equities, to 10 percent of the portfolio from 11 percent. At the same time Swensen plans to increase Yale's exposure to real assets to 29 percent from 28 percent, and its commitment to private equity will increase by 2 percent, to 21 percent. Holdings in fixed income and foreign equities will remain at 4 percent and 15 percent, respectively.

The fact that the returns were positive at all was impressive in the continuing bear market.

Harvard's stellar performance stemmed from an investment mix that stressed commodities — such as oil, metals, and food — over the U.S. stocks, which have been in free fall recently.

While Harvard invests only 8 percent of its endowment in commodities, the value of those holdings jumped dramatically over the period. Harvard's return on ``real assets'' — approximately half of which is composed of commodities — climbed 35.8 percent during that time.

But after June 30, commodities markets dropped precipitously, by almost 30 percent, from their all-time highs — according to Dow Jones-AIG Commodity Index _ potentially reversing some endowment gains. Much of this was due to a substantial fall in the price of oil, which peaked at $147 per barrel but has been trading below $100 in recent days.

Officials at Harvard Management Company, which invests the University's $36.9 billion endowment, won't divulge strategy. ``We are opting for ample global exposure as well as a higher fixed-income component,'' wrote Jennifer Pline, one of the company's managing directors, in a Harvard newsletter to donors last spring. Fixed-income securities — especially those issued by the United States government — are a traditional refuge for investors in hard times. Pline specifically pointed to government-backed inflation-protected bonds as an ``effective'' investment.

The university has also shifted towards investing in emerging markets, according to Harvard's latest regulatory filings. Such investments provide diversification, which can protect against regional or country-specific shocks.

Altogether, the Seoul Western District Court found Shin guilty of faking not just the one but three separate academic degrees. If at fault, shouldn't Yale pay only a third? Did Dongguk officials exercise due diligence in contacting the institutions involved?

Learning from people who are smarter than us is a good idea. Trying to sue Yale in a Connecticut court may not be such a terrific idea from the start. Yale mistakenly confirmed the authenticity of Shin's Ph. D. Yale President Richard C. Levin admitted the error; and he sent a letter of apology on Yale stationery to Oh.

Perhaps Swensen could help Dongguk with its portfolio management.

*The writer is visiting professor of Mokpo National University. He can be reached at thomp_rich@hotmail.com.*



Reader's Comments                                      ▶ Other View

DONGGUK0001187

# EXHIBIT 184

# ArtAsiaPacific

## TODAY'S ART FROM TOMORROW'S WORLD



**Poison Ivy: Cleaning Up a Korean Art Conspiracy**
The Point
by Shinyoung Chung

The biggest scandal in Korea of 2007 started this July, a few days after Shin Jeong-Ah, chief curator at t in Seoul and an assistant professor at Dongguk University, was appointed artistic co-director of the 2008 alongside US-based Okwul Enwezor. A Buddhist monk formerly on the board of Dongguk University reve the 35-year-old Shin did not have a Yale art history doctorate, as she had been claiming since 2005, and from the University of Kansas were also fraudulent. Within days, Shin stormed out of the country and he then, her appointment to the Gwangju Biennale has been revoked, her professorship at Dongguk Univer being sued by both institutions (Sungkok Art Museum has yet to take action against her). Initially, intere

Illustration by Jennifer Lew.  limited to the art world. However, the government's continuing investigation has riveted the entire natio mix of politics, sex, money and religion extending as far as the presidential office.

Return to columns

Shin started her career in 1997 as a part-time translator at Kumho Museum of Art and quickly climbed t position; by 2007, in addition to her posts at Dongguk University and Sungkok Art Museum, she sat on t national art bank and a private art collection. From the start, insiders noticed her below-average English her name on dissertation databases; yet those around her continued trusting Shin, who routinely sent lu artists and professors and drove a BMW.

As the investigation into her background progressed, Shin's inappropriately close relationship with chief planner Byeon Yang-Kyoon was disclosed when investigators discovered extensive email exchanges betw claim to have proof that around the time Shin became an assistant professor at the Buddhist-affiliated D Byeon illicitly earmarked public funds for a Buddhist temple where a university board member serves as possibility that Byeon peddled his considerable influence to raise money for Sungkok Art Museum has al revelations that the museum collected over 800 million won (USD 870,000)—an exceptional amount for Korea—from major national and private corporations during Shin's tenure. The prosecutor's office also al circumvented fair procedures in using Shin to commission artworks for government buildings, resulting i art funds in the national budget. Byeon resigned within weeks of initial reports of his relationship with SI

However, Byeon's proximity to President Roh Moo-hyun has attracted even more attention as 2007 is an unpopularity of Roh's policies—such as excessive financial and political engagement with North Korea an estate price stabilization—has dramatically increased in the past year; the Shin-Byeon incident has only and antipathy. Roh's frequent attacks on the press throughout his administration have only led newspap make a field day of the scandal.

This in turn led to even greater controversy when, to public abomination, nude photographs of Shin alle residence of an undisclosed public figure ran on the front page of a minor daily newspaper, inciting spec the photographs and the identity of the photographer, as well as accusations of yellow journalism. The n prognostication gave credibility to theories that Shin used sexual bribery to further her career. By Septem claimed that Byeon was only a scapegoat for Roh, and that the president is Shin's real paramour.

Shin returned to Seoul after two months in hiding; the Seoul Western Prosecutor's Office is now investig forgery of diplomas and privatizing funds from the Sungkok Art Museum, and Byeon on counts of embez funds and soliciting positions in national and private institutions for Shin through the abuse of official aut

The public points its finger at the institutions involved—Dongkuk University, Sungkok Art Museum and th their loose management as well as for succumbing to outside pressure and monetary returns in appointi positions. The Gwangju Biennale, on top of criticism that visitors declined sharply in 2006, has been bash money as it is partially funded by the government (the event received up to 4 billion won—over 4 millior Further side effects include new challenges to future corporate fundraising for museums and alternative government art commissions and negative publicity for art professionals in general. Seven days into the prosecutor's office struggled with its biggest case during the election year. In the meantime, the Korean wash its hands of the matter and pray that the mysterious case of Shin Jeong-Ah dissolves into celebrity provoking a crackback on art activity.

© Copyright 2007. Art Asia Pacific Publishing, LLC.

DONGGUK0000795

# EXHIBIT 185

Korea Law Blog
**By American Lawyer Brendon Carr in Seoul**

- Home
- Archives
- About
- Contact
- Feed (Atom)

# Forged Credentials and Korean Employment Law: What to Do With Professor Shin

*by* **Brendon Carr**

The latest *scandal du jour* occupying headlines in Korea is the case of disgraced Dongguk University art professor and *wunderkind* museum curator "Dr." (and this is the crux of the matter) Shin Jeong-ah, whose appointment to chairmanship of the prestigious 2008 Gwangju Biennale (I know, *what?*—but apparently it is **something** in the art world, and especially in Korea's art world) proved to be the straw that broke the camel's back, leading to her dirty little secret being outed.

You see, it seems "Dr." Shin lied about her Yale Art History Ph.D. and her M.A. and B.A. from the University of Kansas. (I'm from Columbia, Missouri—*if I had attended KU I would have to lie about it too!*) If the allegations against her are true, Prof. Shin not only did not finish a Ph.D., but she dropped out of KU in her third year without a degree. So she is a high-school graduate and art curator.

Her story is chronicled in a zillion articles, but as of this writing my favorite is a Chosun Ilbo editorial entitled "The Fraud Who Commanded Korea's Art World".

So why hasn't she gotten the sack yet?

Generally speaking, an employer seeking to terminate an employee faces the obstacle of Art. 31 of the Labor Standards Act, which requires "just cause" for termination of an employee. Court precedents interpreting this concept of just cause have limited just cause to be some "fault attributable to the employee"—some misconduct or breach of trust so serious that it's not possible to continue the employment relationship even with efforts to remediate the problems. These cases have established that such fault includes but is not necessarily llimited to continuous and persistence unsatisfactory performance, criminal or deliberately tortious acts committed against the employer (or in some cases, against another employee; for example, sexual harassment), an "improper relationship" with another employee, and—germane to the case of the errant "Dr." Shin—**material misrepresentation in the hiring process**.

"Material misrepresentation" means that the misrepresentation had some concrete connection to whether or not the candidate would have been hired. It would not, for example, be considered material if an applicant had said that she had served in the Navy except in the case that prior Navy service was essential to successful performance in the position. A taxi driver who claimed to have graduated from Yale could not be dismissed on the basis of that statement, because a Yale degree is not essential to getting hired as a taxi driver. However, most universities *do* require an advanced degree in the subject for which a professor is being hired. If "Dr." Shin lied about her degree(s)—and she is now attempting

DONGGUK0001007

to get over by admitting her "dissertation" was plagiarized (something which is not unusual among Korean Ph.D. holders) but that she did in fact obtain the degree—then the good professor is in some trouble.

So, it appears there is "just cause" to terminate. Again, why hasn't she gotten the sack *yet*? I wrote about this in the comments to a related post on the Marmot's Hole:

> Getting hired based on forged credentials is "just cause" for termination under the Labor Standards Act, but an employer cannot simply can someone the minute it is discovered there is substantive just cause. The employer is also required to follow its own regulations and procedures in respect of disciplinary action — to follow so-called *procedural* just cause as well.

> So they give her a few weeks to run around with OJ and the Clue Crew looking for the real forgers, then summon her before the university's disciplinary committee to explain herself and to provide evidence supporting her version of events. Then they fire her.

One of the things we're learning as this goes along is that Dongguk University, like so many other employers including major multinationals, was so impressed by her personality and command of English that the university **failed to verify her credentials**. Dongguk apparently did not verify her Kansas undergraduate and graduate enrollment records, and accepted from Prof. Shin a **faxed** copy of a "Yale" diploma which apparently bears little resemblance to an actual Yale diploma. Today the university, apparently embarrassed at it becoming known how incompetently they check their applicants, tried to convince the public that they **had** in fact tried to verify by dispatching letters addressed to "University of Kansas, USA" and "Yale University, USA". But Dongguk never followed up when those letters were allegedly not answered.

I have encountered this so many times in my career here as an employment lawyer. Multinationals tend to hire for English first, and in the early days of getting set up, they hire the first available smiling face that can speak English. That's a recipe to get burned, and a lot of them surely do get burned.

Advice to employers: Verify the background of everyone who applies for a job, and gather as much information (including information about family members, which is not generally available but which becomes invaluable when fraud is discovered, as it is usually a family member who helps with the escapade) at the **commencement** of the employment relationship, when everyone is happy and helpful. Once you're suspicious, it's way too late to get the information you need.

And don't—for the love of God—get mesmerized by language ability and a firm handshake.

July 18, 2007 | Filed Under That Guy (Don't Be),   Employment Law

## Comments

**Comments Policy:** Comments to Korea Law Blog are *moderated*. This means abusive, or just plain stupid comments **will be deleted**. So don't be a jerk. It also means there may be some delay from the time you post a comment to the time it shows up here. If your comment wasn't against the policy, it *will* show up in a little bit.

Name (required)

DONGGUK0001008

# EXHIBIT 186



한겨레홈 > 뉴스 > Arts & Entertainment

# Canceling Chosun Ilbo subscriptions

[한겨레]



Leaders of the Jogye Order of Korean Buddhism, the largest Buddhist order in South Korea, gathered to discuss measures to clean up its image, which has been tarnished by the involvement of several Buddhist monks in the fake degree scandal revolving around Shin Jeong-ah, at Jogye Temple in Seoul on October 5. The scandal that started as suspicion over her forged degrees has led to an investigation of upper-level government officials and the Buddhist clergy.

The Buddhist leaders called for the resignation of the Board of Directors of Dongguk University, which employed Shin Jeong-ah before fully confirming her forged academic credentials. Shin has since been fired from positions at both Dongguk University and the Gwangju Biennale.

The Buddhist leaders have also announced that the Jogye Order will launch a campaign calling on Buddhist practitioners and organizations to cancel their subscriptions to the

DONGGUK0001302

Chosun Ilbo, a conservative South Korean daily, for printing what they consider to be malignant, anti-Buddhist stories written out of religious prejudice and political motivation.

Photo by Kim Jin-soo/The Hankyoreh.

기사등록 : 2007-10-06 오전 10:48:41

ⓒ 한겨레 (http://www.hani.co.kr). 무단전재 및 재배포금지

🖶 프린트하기

# EXHIBIT 187

동국미디어센터

## ❀ DONGGUK-IN

동인네트워크 | 로그아웃

홈 > 뉴스 > POST

## DGU sues Yale

You Sun-hee, Kwak Gyu-nyeong

[09] 2008년 04월 18일 (금)    You Sun-hee, Kwak Gyu-nyeong ☒ sunheeyou@dongguk.edu



July 12 2007, Shin Jeong-ah's fake doctoral degree was revealed to the world and the famous Shin Scandal diminished the reputation of Dongguk University (DGU). This monstrous event has not only influenced DGU but the whole Korea.  Bulletin boards and DGU's internet

http://www.donggukin.org/news/articlePrint.html?idxno=234631

DONGGUK0001749

동국미디어센터

web-site were all about the Shin Jeong-ah's scandal.  One of the students during a job interview was asked about the Shin Scandal even though the job interview had nothing to do with Shin Jeong-ah.  This was just an example where DGU students had to feel humiliated because of the Shin's Scandal.

Due to this scandal, DGU has lost its more than 100-years-fame, and was seriously attacked to its name value in Korea.  Also Yale made two serious mistakes.  The first mistake is that Yale sent wrong document stating that Shin Jeong-ah graduated from Yale.  Yale mistakenly announced to media that the fax it sent on September 22nd was a fake made by DGU.  These are the reasons why DGU eventually decided to sue  Yale.

<What has happened so far?>

On September 1st 2005, Shin Jeong-ah was appointed as an assistant professor in DGU on the understanding that she had successfully completed her doctoral degree from Yale.  At that time, School Authority had heard that the degree might be a fake and Ahn Hyung-talk from DGU contacted Yale requesting to confirm Shin's doctorate degree.  On September 22nd, Schirmeister who is the vice dean of Yale Undergraduate Art School sent official documents by fax to DGU, stating that Shin had received doctoral degree from Yale.  With this confirmation from Yale, DGU appointed Shin as an assistant professor.

On, June 4th 2007, the chief management officer, Cho Eui-yon again received information that Shin's doctoral degree was fake.  Cho sent an e-mail to Susan Emerson in Yale Art School to confirm again whether Shin's degree was genuine or not, and a few days later Emerson replied that Yale did not have any record of Shin receiving a doctoral degree from Yale.

The Shin's scandal became public.  The Korean media asked Yale if Shin's doctoral degree from Yale was genuine.  Gila Reinstein replied that the fax which had been delivered to DGU on 22 September was inauthentic on the ground that the certificate design of Shin's was totally different from that of Yale.

http://www.donggukin.org/news/articlePrint.html?idxno=234631

DONGGUK0001750

동국디어센터

Also professor Schirmeister's assistant said Schirmeister had never signed nor sent a confirmation document to DGU.

Few months later, Shin Jeong-ah was arrested and the Korean prosecutor also sent a summons to Yale. Then Yale began to reexamine deliberately whether the fax was genuine or not.

Susan L. Carney from the Yale law school sent an e-mail to the DGU president Oh Young-kyo. He wrote that the unintentionally provided false information to DGU. If Yale put more care in confirming Shin's degree in the first place, DGU's reputation would not have been damaged. Or, if Yale had not asserted falsely that its September 22nd fax document was a fake, DGU would not be a liar and Korea would not be seen as a protector of Shin.

This led DGU to sue Yale for $50 million and all Donggukians hope the university will recover its image and win the lawsuit.

<What We Lost By Yale's Mistake?>

After the Shin Scandal, DGU has been severely damaged. First of all, the competitive rate of 2008 DGU entrance exam is lower than any other time because of our image falling. The total number of applicants decreased from 11991 to 10192, and the average competitive rate of all departments fell to 1.09 from 5.82. The reason why DGU lost students' faith is that DGU has been regarded as unreliable to most Korean people.

Dongdaeshinmun, one of the DGU presses said, "The real problem is people's frozen stare at DGU and its students. It is a sensitive problem to the DGU's future, because the school's development is closely connected with its students' faith."

The second damage is that the Korean enterprises get to have distrust on DGU. It is a serious problem to the job-hunting students especially. In an interview with Josun Ilbo, the president Oh Young-kyo said, "All career seminars, which were going to be held in the last

http://www.donggukin.org/news/articlePrint.html?idxno=234631

2009-05-11

DONGGUK0001751

동국디이센터

페이지 4 / 6

fall and winter by some of Korean large companies, such as SamSung, HanWha, HyunDai, were completely canceled because of Shin's scandal." This situation seems to prove that the companies distrust DGU and its students after the Shin's scandal was disclosed.

And also Yale's false brought a decisive cause to DGU failed in to set up their own law school.  Establishing law school in Korea is related to university's long fame and credibility. How can the government spend money on such a school that it cannot believe?

DGU tried its best to specialize in cultural art for law school, but in the end, all failed to achieve the goals.

Alumni's supports in 2007 have decreased about 1 billion from 6 billion to 4.9 billion won.  This shows how much this scandal ruined DGU's 100-years-old heritage in such a short time.

Supports not only from the alumni but among faculty members and CEOs and even among branches in Buddhism had broken down in a one short time.  Especially the Jogye Order is afraid of losing its dignity and other branch of buddhists are claiming of the Jogye Order's morality.

<Reponses About DGU Suing Yale>

After DGU submitted the lawsuit to the Connecticut District Court, foreign newspapers were reporting this event and a lot of overseas readers were paying attention to the event.  They drew diverse responses, and some of them are negative opinions towards DGU.

Here is one example.  One of the netizens, named Brian, commented on one web-site about this lawsuit.  He said that DGU's lawsuit is a wacky libel suit.  He also added "A number of Korean forged their academic career.  Maybe Korean people just needed somebody to pass their responsibility, and Yale was a good target to them."

http://www.dongdukin.org/news/articlePrint.html?idxno=234631

2009-05-11

DONGGUK0001752

동국미디어센터

There is Yale's response. Tom Conroy, an Yale spokesman wrote on his letter to DGU like following: "We have apologized for not verifying Shin's fake degree. However, Yale has no responsibility on paying money that DGU has sued.  Because it's Shin's fault."  He argued that all DGU's loss are owing to Shin's fault and this issue has nothing to do with Yale University.

However, Dongguk University can't agree with Tom Conroy from the first point.  It is because Yale did not confirm properly at the first and Yale made DGU a liar to all Koreans.  Yale's fault should not be justified as a petty mistake.  In Korean society, once-diminished-name value is hard to recover.  Under Confucianism Korea had more emphasis on image than any other countries.  That is the reason why DGU wants to show its innocence to the public through official lawsuit and recover its image.

DGU said "we can make a good relationship with Yale after we settle our losses to them." After that, "Yale hope that, once this matter is resolved with Yale's exoneration, Yale and DGU can have a better relationship" Conroy wrote in his e-mail.

<DGU wants to escape dishonor through the lawsuit>

Due to this problem stated above, DGU had to require full responsibility from Yale instead of finding midpoint in the conflict.  Therefore, president Oh and DGU decided to sue yale even though president Oh received sorry letter in the new years day from Richard C. Levin, the president of Yale.  DGU was already dishonored and Korean people have thought that DGU told a lie and protected Shin.  Moreover, the trouble caused severe financial damage on DGU.

Although DGU, confronted with false fax document, expended large sums of money, Yale did not make enough efforts to establish truth on Shin's doctorate degree.

ⓒ 동국미디어센터(http://www.donggukin.org) 무단전재 및 재배포금지 | 저작권문의

http://www.donggukin.org/news/articlePrint.html?idxno=234631

페이지 5 / 6

2009-05-11

DONGGUK0001753

2009-05-11

동국미디어센터

[요약하기] [図 화면닫기]

http://www.donggukin.org/news/articlePrint.html?idxno=234631

DONGGUK0001754

# EXHIBIT 188

Susan Emerson, 11:39 AM 6/15/2007, Fwd: RE: Inquiry on dissertation

X-Mailer: QUALCOMM Windows Eudora Version 7.0.1.0
Date: Fri, 15 Jun 2007 11:39:01 -0400
To: Susan Carney <susan.carney@yale.edu>
From: Susan Emerson <susan.emerson@yale.edu>
Subject: Fwd: RE: Inquiry on dissertation
Cc: David Joselit <david.joselit@yale.edu>
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.48

Dear Susan,

I am forwarding the email from Professor Christine Mehring which was received over a month ago
and her reply.

All best,

Susan Emerson

Date: Wed, 13 Jun 2007 08:33:18 -0400
To: susan.emerson@yale.edu, "barringer, tim" <timothy.barringer@yale.edu>,
    "Joselit, David" <david.joselit@yale.edu>
From: christine.mehring@yale.edu
Subject: Fwd: RE: Inquiry on dissertation
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.9

FYI, this was the first e-mail I received over a month ago and my response regarding the Professor
in Korea:

Yours, Christine

From: ±Ë¡¶¼' <jeimin2@snu.ac.kr>
To: <christine.mehring@yale.edu>
Subject: RE: Inquiry on dissertation
Date: Tue, 10 Apr 2007 09:46:36 +0900
Thread-Index: Acd6o08tuiNnFKUCRzef5Zxz+l/TuQAZkgUg
X-TERRACE-SPAMMARK: NO      (SR:27.92)
  (by Terrace)
X-Yale-Not-Spam: For more info see: http://www.yale.edu/email/spam/content.html
X-Yale-Spam-Score: (0.452)
X-Yale-Filter-Score: 0.452
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.10
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
Status:
Dear Christine Mehring,

YALE00007000

**Susan Emerson, 11:39 AM 6/15/2007, Fwd: RE: Inquiry on dissertation**

Thank you very much for your reply.

Best regards,

Jei-Min Kim

**From:** christine.mehring@yale.edu [ mailto:christine.mehring@yale.edu]
**Sent:** Monday, April 09, 2007 9:33 PM
**To:** ±Ë¡¶1Ž4'
**Subject:** Re: Inquiry on dissertation

Dear Jei-Min Kim,

I am afraid I have never heard of this student or dissertation.

Sincerely,

Christine Mehring

Dear Professor Christine Mehring,

Hello.
My name is Jei-Min Kim, and I am a teaching assistant for the Department of Painting at the College of Fine Arts,
Seoul National University in Korea.
A professor of my organization, Mr. D. C. Yoon, who is also a member of the Steering Committee of the KCAA
(Korea College Art Association), has asked me to make an inquiry on his behalf about a dissertation he recently
acquired.

The dissertation is titled "Guillaume Apollinaire: Catalyst for Primitivism, For Picabia and Duchamp"
and written by Jeong Ah Shin, Ph.D. in 2005.
According to the second page of the book we have, it was "presented to the faculty of the Graduate School
of Yale University in Candidacy for the Degree of Doctor of Philosophy."
The dissertation was "presented in May 2005 and approved by Dr. Christine Mehring, Dr. Richard B.
Murray, and Dr. Pamela Schirmestr."

We searched for this particular dissertation in Yale's online library, but were unable to find any reference
to it.
The administrative office of Yale University previously provided the KCAA with a list of recent graduates,
however, we were unable to find the above mentioned Ms. Shin.

Therefore, we were wondering if you could confirm your approval of this dissertation, and your role as an advisor
for Ms. Jeong Ah Shin.
As we have so far been unable to find a reference to this dissertation, it would be a great help if you could give us
some information on the matter.
In the Acknowledgements, Ms. Shin expresses gratitude to you, mentioning how your cogent criticism and
unfailing support kept her and her project afloat."

YALE00007001

Thank you for your time and kind consideration, and we will be waiting for any information you may be able to give us.

Sincerely,

Jei-Min Kim
Teaching Assistant,
Department of Painting, College of Fine Arts
Seoul National University

Tel. 82-2-880-7480
Fax. 82-2-888-5884

Department of Painting, College of Fine Arts
Seoul National University
San 56-1 Shillim-Dong, Gwanak-Gu,
Seoul Korea

Susan Emerson
Registrar
Department of the History of Art
Yale University
203.432.2669
http://www.yale.edu/arthistory

YALE00007002