UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------- x
DONGGUK UNIVERSITY,                      :
                                         :   No. 3:08-CV-00441 (TLM)
         Plaintiff,                      :
                                         :
    v.                                   :
                                         :
YALE UNIVERSITY,                         :
                                         :
         Defendant.                      :
---------------------------------------- x

## PLAINTIFF DONGGUK UNIVERSITY'S EXHIBITS IN SUPPORT OF ITS OPPOSITION TO YALE UNIVERSITY'S MOTION FOR SUMMARY JUDGMENT

The undersigned counsel certifies that attached herewith are true and complete copies of the exhibits that Dongguk University ("Dongguk") is submitting in opposition to Yale University's ("Yale") Motion For Summary Judgment.

| Exhibit | Document |
|---|---|
| 1. | "Yale Safeguards Its Top Spot," *Wall Street Journal*, dated April 24, 2010 |
| 2. | "The Internationalization of Yale, Progress Report 2005-2008," dated December 2005 |
| 3. | "The Rise of Asia's Universities" speech of President Richard C. Levin, dated February 1, 2010 |
| 4. | Dongguk "Worldwide Dongguk" brochure |
| 5. | http://www.dongguk.edu/eng_html/about |
| 6. | Dongguk Course Catalogue for Buddhist Studies |
| 7. | Dongguk Brochure |
| 8. | Dongguk's Answers and Objections to Yale's First Set of Interrogatories, dated June 5, 2009 |
| 9. | Jeong Ah Shin's ("Shin") Application Materials |
| 10. | Sample of articles written by Shin, from 2004 to 2007 |
| 11. | Interview Schedule for New Faculty Special Appointment for 2nd Semester 2005 |

| Exhibit | Document |
|---|---|
| 12. | Interview Score Cards from Shin's Interview |
| 13. | Second Semester in 2005, Special Hiring Candidates Interview Evaluation |
| 14. | Minutes of the 4th Faculty Personnel Committee Meeting of 2005, dated August 12, 2005 |
| 15. | Envelope in which September 5, 20005 Letter Registered Letter was mailed |
| 16. | U.S. Postal Service Track & Confirm |
| 17. | U.S. Postal Service Firm Delivery Receipt for Accountable and Bulk Delivery, dated September 20, 2005 |
| 18. | http://www.yale.edu/campusmail/HowItWorks/CentralMailroom.htm |
| 19. | Trackpad SQL Client – Yale – JMD Mailroom, dated September 20, 2005 |
| 20. | Yale's Answer and Affirmative Defenses, dated March 17, 2009 |
| 21. | Yale's Objections and Responses to Dongguk's First Set of Interrogatories, dated June 12, 2009 |
| 22. | Yale's Policy on Student Records |
| 23. | Yale Policy Statement on Student Records (Buckley Amendment) |
| 24. | Email from Jill Carlton to Jon Butler ("Butler"), dated January 7, 2008 |
| 25. | Email from Pamela Schirmeister ("Schirmeister") to Butler, dated January 1, 2008, and succeeding message |
| 26. | Request for Verification of Enrollment |
| 27. | Yale's Objections and Responses to Dongguk's First Set of Requests For Admission, dated June 12, 2009 |
| 28. | Email from Schirmeister to Subrata Sen, dated January 16, 2008, and succeeding message |
| 29. | Facsimile Confirmation Sheet to facsimile from Schirmeister to Hyung Taik Ahn, dated September 22, 2005 |
| 30. | Email between Christine Mehring ("Mehring") and Susan Emerson ("Emerson"), dated April 9, 2007, and succeeding message |
| 31. | Email from Emerson to David Joselit ("Joselit"), dated June 12, 2007, and succeeding messages |

| Exhibit | Document |
|---|---|
| 32. | Email from Emerson to Stephen Goot ("Goot"), dated June 12, 2007, and succeeding messages |
| 33. | Email from Emerson to Goot, dated June 12, 2007, and succeeding messages |
| 34. | Email between Emerson to Goot, dated June 13, 2007, and succeeding messages |
| 35. | Email from Myoung Lee to Edward Barnaby ("Barnaby"), dated June 14, 2007 |
| 36. | Facsimile from Lee to Barnaby, dated June 14, 2007 |
| 37. | Email from Joselit to Schirmeister, dated June 15, 2007, and succeeding messages |
| 38. | Facsimile from Alicia Grendziszewski ("Grendziszewski") to Susan Carney ("Carney"), dated June 15, 2007 |
| 39. | Email from Carney to Barnaby, Emerson, Goot, Joselit, Mehring, Schirmeister, Butler, Tom Conroy ("Conroy"), dated June 15, 2007, and succeeding messages |
| 40. | Job posting for Public Relations Officer at Yale |
| 41. | Email from Carney to Emerson, dated June 15, 2007, and succeeding messages |
| 42. | Email between Emerson, Carney and Joselit, dated June 15, 2007, and succeeding messages |
| 43. | Email from Emerson to Nicole Chardiet ("Chardiet"), Marilyn Green, and Joselit, dated June 18, 2007, and succeeding messages |
| 44. | Facsimile from President Kap-Soo Han, Gwangju Biennale Foundation, to Yale Graduate School, dated July 6, 2007 |
| 45. | Facsimile from Biennale Planning Team to Yale, dated July 6, 2007 |
| 46. | Email from Richard Sleight to Grendziszewski, dated July 10, 2007, and succeeding message |
| 47. | Email from Chardiet to Mehring, Joselit, Barringer, and Emerson, dated July 9, 2007, and succeeding messages |
| 48. | Email from Chardiet to Kyu Hyon Rhee, a reporter at the Chosun Ilbo ("Chosun Ilbo Reporter"), dated July 9, 2007, and succeeding messages |
| 49. | Email from the Chosun Ilbo Reporter to Grendziszewski, dated July 10, 2007, and succeeding messages |
| 50. | Email from the Chosun Ilbo Reporter to Grendziszewski, dated July 10, 2007, and succeeding messages |

| Exhibit | Document |
|---|---|
| 51. | "Reversal of Fortune," *Yale Herald*, dated March 24, 1995 |
| 52. | "Lost at Yale," *Wall Street Journal*, dated November 25, 1994 |
| 53. | "Yale donor will get $20 million back," *The Washington Times*, dated March 15, 1995 |
| 54. | "Moolah, Moolah," *The Boston Globe*, dated March 16, 1995 |
| 55. | "Is Western Civilization Worth $20 Million," *The New York Times*, dated December 12, 1994 |
| 56. | "A $20 million Gift Just Didn't Fit At Yale," *The Philadelphia Inquirer*, dated March 19, 1995 |
| 57. | "God & Civ at Yale," *The Weekly Standard*, dated October 9, 1995 |
| 58. | "The Bass Grant: Why Yale gave $20 million back" *Yale Herald*, dated March 24, 1995 |
| 59. | Yale Alumni Magazine, dated Summer 1995 |
| 60. | Letter from President Youngkyo Oh to President Richard Levin, dated July 5, 2007 |
| 61. | Email from Chardiet to Gila Reinstein ("Reinstein"), dated July 9, 2007, and succeeding messages |
| 62. | Facsimile from Hongnam Kim to Gila Reinstein, dated July 9, 2007 |
| 63. | Email from Reinstein to Carney and Conroy, dated July 10, 2007, and succeeding message |
| 64. | Email from Hwasop Lihm, a Yonhap News reporter ("Lihm"), to Mehring, Barringer, Emerson, and Marcy Kaufman, dated July 4, 2007 |
| 65. | Email from Lihm to Schirmeister, Barringer, Conroy, Emerson, and Marcy Kaufman, dated July 9, 2007 |
| 66. | Email from Carney to Nina Glickson ("Glickson") and Barnaby, dated July 10, 2007 |
| 67. | Email from Reinstein to Carney, dated July 10, 2007, and succeeding message |
| 68. | Email from Chosun Ilbo Reporter to Office of Public Affairs, dated July 11, 2007 |
| 69. | Copies of business cards of various reporters |
| 70. | Email from Carney to Glickson, dated July 11, 2007, and succeeding messages |
| 71. | Email from Glickson to Carney, dated July 12, 2007, and succeeding message |

4

| Exhibit | Document |
|---|---|
| 72. | "'Fake Doctor' Scandal Involving Cinderella of the Fine Arts Community," *Chosun Ilbo*, dated July 12, 2007 |
| 73. | "The Fax from Yale University to Dongguk University is Also Forged," *Chosun Ilbo*, dated July 13, 2007 |
| 74. | "Yale University Decides Against Investigating Jeong Ah Shin's Fake Fax," *DongA Daily*, dated July 16, 2007 |
| 75. | "Yale University Won't Probe Source of Shin's False Certificate," *DongA Daily*, dated July 16, 2007 |
| 76. | Email from Richard Sleight to Schirmeister and Butler, dated July 16, 2007 |
| 77. | Email from Klasky to Reinstein, Conroy, and Schirmeister dated July 17, 2007, and succeeding message |
| 78. | Email from Carney to Glickson, dated July 11, 2007, and succeeding messages |
| 79. | Yale's July 17, 2007 "Shin Statement" |
| 80. | Portions of Yale's Privilege Log of Redacted and Withheld Documents, from between July 11 and 20, 2007 |
| 81. | Email from Schirmeister to Reinstein, dated July 20, 2007, and succeeding messages |
| 82. | "The Rise and Fall of a Korean Success Story," *the Asia Sentinel*, dated July 17, 2007 |
| 83. | "Yale University [says] 'Dongguk University's Official Letter for Inquiry of Academic Record Was Never Received," *Chosun Ilbo*, dated July 19, 2007 |
| 84. | "Fake Doctorate Degree . . . Why No Admission?," *Joong Ang Ilbo*, dated July 19, 2007 |
| 85. | Email from Carney to Barnaby and Sgt. Peter Brano ("Brano"), dated July 18, 2007, and succeeding messages |
| 86. | Email from Reinstein to George Joseph ("Joseph"), Kianti Walcott, Klasky, and Conroy, dated July 24, 2007 |
| 87. | DVD of MBC "News Who" broadcast, dated August 4, 2007, and a transcript of relevant portions of the broadcast |
| 88. | Memorandum from Klasky to President Levin, dated August 20, 2007 |
| 89. | Email from Carney to Schirmeister and Barnaby, dated August 24, 2007, and succeeding message |

| Exhibit | Document |
|---|---|
| 90. | "Factional Feud Deepens in Buddhist Groups," *Korea Times*, dated September 3, 2007 |
| 91. | "Dongguk Professors Call For Resignation of Directors," *Korea Times*, dated September 16, 2007 |
| 92. | "Probe Triggers Backlash from Buddhists," *Korea Times*, dated September 22, 2007 |
| 93. | KMAC Decision, dated September 17, 2007 |
| 94. | Email from Carney to Brano and Barnaby, dated July 15, 2007, and succeeding messages |
| 95. | Email from Carney to Glickson, dated July 15, 2007, and succeeding messages |
| 96. | http://yale.edu/police/department.html |
| 97. | Email from Carney to Cho, Barnaby and Brano, dated July 18, 2007, and succeeding messages |
| 98. | Facsimile from Cho to Carney, dated July 18, 2007 |
| 99. | Email from Carney to Cho, Barnaby and Brano, dated July 19, 2007, and succeeding messages |
| 100. | Email from Carney to Brano, dated August 31, 2007, and succeeding messages |
| 101. | Yale Central Mailroom website, from 2007 |
| 102. | "Diploma scandal rocks South Korea," *AP*, dated August 28, 2007 |
| 103. | "Revelations of False Credentials Shake South Korea," *New York Times*, dated September 1, 2007 |
| 104. | "Korea Confronts Spate of Phony Resumes," *Washington Post*, dated September 4, 2007 |
| 105. | "Korea battles resume fakers," *Yale Daily News*, dated September 5, 2007 |
| 106. | "South Korean President Regrets Recent Scandals Involving Top Aides," *BBC Monitoring Asia Pacific*, dated September 11, 2007 |
| 107. | "Dongguk University Secures 29.5 Billion Won Budget Following Shin, Jeong Ah's Hiring," *DongA Ilbo*, dated September 15, 2007 |
| 108. | Material Related to Seoul Western District Prosecutor's Office's Seizure – Search |
| 109. | "Prosecution Summons Delivery Companies Related to 2004 Dongguk Matter," *DongA Ilbo*, dated September 21, 2007 |

| Exhibit | Document |
|---|---|
| 110. | "Dongguk U. is named in scandal," *JoongAng Daily*, dated October 11, 2007 |
| 111. | "Dongguk Uni Probe Fizzles 'Under Pressure From Above,'" *Chosun Ilbo* |
| 112. | "Dongguk Leaders 'Tried to Hush Up Shin Scandal,'" *Chosun Ilbo* |
| 113. | "Prosecution Investigates Dongguk University, the Source of Shin Allegations," *Yonhap News*, dated October 10, 2007 |
| 114. | "Question and Answer with Ku Bonmin, Deputy Attorney General of Western Division Prosecutor's Office," *Yonhap News*, dated October 30, 2007 |
| 115. | Email from Klasky to Levin, Lorimer, Filer, Reinstein, Conroy, Joseph, Regina Starolis, and Glickson, dated September 17, 2007 |
| 116. | Email from Butler to Schirmeister, dated September 17, 2007, and succeeding messages |
| 117. | Email from George Joseph to Klasky, Reinstein, Conroy, and Donald Filer, dated September 17, 2007, and succeeding message |
| 118. | Email from Klasky to Reinstein, Joseph, and Filer, dated September 18, 2007, and succeeding messages |
| 119. | Email from Park Sowoon, a reporter from Maeil Business Newspaper reporter, to Conroy and Reinstein, dated September 19, 2007 |
| 120. | Email from Klasksy to Reinstein and Joseph, dated September 18, 2007 |
| 121. | Email from Reinstein to Michael Helfenbein, Klasky, Conroy, Walcott, and Joseph, dated September 21, 2007, and succeeding messages |
| 122. | "Rare Statement by Yale University, 'All Shin Documents Forgeries'," *DongA Ilbo* article, dated September 23, 2007 |
| 123. | Memorandum from Klasky to President Levin, dated October 9, 2007 |
| 124. | "Dongguk University Faces Further Probe," *Korea Times*, dated October 12, 2007 |
| 125. | Yale's Objections and Response to Dongguk's Second Set of Interrogatories, dated December 21, 2009 |
| 126. | Facsimile from the Yale Mail Room to Rose, dated October 18, 2007 |
| 127. | Facsimile from the Yale Mail Room to Rose, dated October 18, 2007 |
| 128. | Statement by the Dongguk University Seoul Campus Alumni Employees Association, dated October 22, 2007 |

| Exhibit | Document |
|---|---|
| 129. | Statement by the Dongguk University Buddhist Studies Alumni Association, dated November 2, 2007 |
| 130. | Email from Thomas Kaplan, a reporter at the Yale Daily News, to Conroy, Klasky, and Reinstein, dated December 27, 2007 |
| 131. | Email from Park Sowoon, a reporter from Maeil Business Newspaper, to Reinstein, dated December 28, 2007 |
| 132. | Email from Klasky to Butler and Robinson, dated December 27, 2007, and succeeding messages |
| 133. | "Prosecution Asks U.S. Help in Forgery Probe," *Korea Times*, dated December 28, 2007 |
| 134. | "Prosecution Seeks U.S. Cooperation in Probe of Fake Degree," Malaysian National News Agency, December 28, 2007 |
| 135. | Email from Klasky to Reinstein and Conroy, dated December 28, 2007, and succeeding message |
| 136. | Email from Levin to Butler, Klasky, and Conroy, dated December 27, 2007, and succeeding messages |
| 137. | Email from Robinson to Carney, dated December 28, 2007, and succeeding messages |
| 138. | Portions of Yale's Privilege Log of Redacted and Withheld Documents, from between December 28 to 31, 2007 |
| 139. | Email from Butler to Klasky, dated December 28, 2007, and succeeding messages |
| 140. | Email from Levin to Klasky, Butler, Robinson, Carney, Rose, Conroy, Reinstein, and Linda Lorimer, dated December 29, 2007, and succeeding messages |
| 141. | Email from Levin to Klasky, dated December 29, 2007, and succeeding message |
| 142. | "Following scandal with Korean professor, University revises degree-verification procedure," *Yale Daily News*, dated December 28, 2007 |
| 143. | "Yale revamps degree-verification procedure," *Yale Daily News*, dated January 14, 2007 |
| 144. | Email from Conroy to Reinstein, dated January 9, 2008 |
| 145. | "Q&A" concerning Shin, dated January 4, 2008 |
| 146. | Letter from Carney to Cho, dated January 31, 2008 |
| 147. | Email from Grendziszewski to Schirmeister, dated July 5, 2007 |

8

| Exhibit | Document |
|---|---|
| 148. | Letter from President Levin to President Oh, dated January 31, 2008 |
| 149. | Chart concerning data from *A Study on Academic Research and Development Activity in Korea* |
| 150. | "DGU sues Yale," *Dongguk-In*, dated April 18, 2008 |
| 151. | Excerpts from transcript of Edward Barnaby's deposition, dated August 19, 2010 |
| 152. | Excerpts from transcript of Peter Brano's deposition, dated September 13, 2010 |
| 153. | Excerpts from transcript of Jon Butler's deposition, dated September 29, 2010 |
| 154. | Excerpts from transcript of Susan Carney's deposition, dated February 2, 2010 |
| 155. | Excerpts from transcript of Susan Emerson's deposition, dated August 25, 2010 |
| 156. | Excerpts from transcript of Alicia Grendziszewski's deposition, dated August 23, 2010 |
| 157. | Excerpts from transcript of Helaine Klasky's deposition, dated August 27, 2010 |
| 158. | Excerpts from transcript of Richard Levin's deposition, dated October 15, 2010 |
| 159. | Excerpts from transcript of Michael Madera's deposition, dated August 23, 2010 |
| 160. | Excerpts from transcript of Gila Reinstein's depositions, dated February 4, 2010 and April 26, 2011 |
| 161. | Excerpts from transcript of Pamela Schirmeister's depositions, dated January 28, 2010 and April 26, 2011 |
| 162. | Excerpts from transcript of Euiyon Cho's 30(b)(6) depositions, dated July 26, 27 and 28, 2010 and January 18, 2011 |
| 163. | Excerpts from transcript of Jin-Soo Han's depositions, dated August 3 and 4, 2010 |
| 164. | Excerpts from transcript of Jin-Soo Han's 30(b)(6) deposition, dated August 3, 2010 |
| 165. | Excerpts from transcript of Byoung Geon Jeon's 30(b)(6) depositions, dated August 9 and 11, 2010 |
| 166. | Excerpts from transcript of Bong Hyun Kim's deposition, dated February 10, 2011 |
| 167. | Excerpts from transcript of Sang Il Lee's deposition, dated October 6, 2010 |
| 168. | Excerpts from transcript of Sun In Lee's 30(b)(6) depositions, dated October 27 and 28, 2010 |

| Exhibit | Document |
|---|---|
| 169. | Excerpts from transcript of Young Kyo Oh's depositions, dated September 15 and 16, 2010 |
| 170. | Expert report of Jacob Jacoby, Ph.D., dated May 12, 2011 |
| 171. | Expert report of Dr. Elaine Haikyung Kim, dated April 15, 2011 |

Dated: September 1, 2011

**McDERMOTT WILL & EMERY LLP**

By: ____/s/____
Robert A. Weiner
Audrey Lu
340 Madison Avenue
New York NY 10173
Phone: 212-547-5400
Fax: 212-547-5444

*Attorneys for Plaintiff Dongguk University*

Of Counsel:
Ira Grudberg
Law Offices of Ira B. Grudberg
350 Orange Street
New Haven, Connecticut 06511
(203) 951-3720

DM_US 29849005-2.081817.0011