50

```
X-Mailer: QUALCOMM Windows Eudora Version 7.0.1.0
Date: Tue, 10 Jul 2007 09:17:02 -0400
To: Edward Barnaby <edward.barnaby@yale.edu>
From: Alicia Grendziszewski <alicia.grendziszewski@yale.edu>
Subject: Fwd: Kyu, the Korean reporter again
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.10

attachments -
From: "Kyu Hyon Rhee" <kyuh@chosun.com>
Subject: Kyu, the Korean reporter again
X-Mailer: DeepMail V.3.5.0.0
X-IP: 127.0.0.1
X-FROM-DOMAIN: chosun.com
X-FROM-EMAIL: kyuh@chosun.com
Date: Tue, 10 Jul 2007 11:21:08 +0900
To: alicia.grendziszewski@yale.edu
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.7
```

PLAINTIFF'S EXHIBIT
Schirmeister 38
1-28-10

I forgot to attach the files of the documents.

Sorry.

---

Dear Alicia Grendziszewski:

My name is Kyu, an art reporter from Chosunilbo Dailynewspaper, Seoul, Korea.

I had emailed Pamela Schirmeister for an emergent issue.

Would you please confirm the below contents I wrote to Pamela Schirmeister?

Sorry about bothering you, but would be very much appreciated if you can help me.

I am attaching the documents that Dongguk University had sent to Ms. Pamela and received from her.

Thank you very much in advance.

Sincerely,

Kyu

---

Dear Prof. Pamela Schirmeister:

My name is Kyu, an art reporter from Chosunilbo Dailynewspaper, Seoul, Korea. My newspaper is the leading paper in Korea.

I am writing this letter to ask you whether you can verify a student's certification.

Her name is Jeong Ah Shin(DOB April 28, 1972). She is known to have received Ph. D from Yale. (Major: History of Art) She is recently appointed as the director of Gwangju Biennale 2008, but is accused of having fabricated her certification for her Ph. D. degree.

According to the document she submitted to Gwangju Biennale, you signed her degree and you verified her certification when Dongguk University, Seoul, Korea asked you to verify her degree in Sept 2005.

However, when I checked with the Registrar office of Yale yesterday, Jeong Ah Shin has not been inrolled at any department of Yale University. I am so confused.

Would be very much appreciated if you can confirm that you ever signed her degree and verified Jeong Ah Shin's ceritification

This is very important for my article which will be influential to Gwangju Biennale's decision.
Sorry about bothering you, but I will really appreciate for your help.

I will look forward to hearing from you.

Best Regards,

Kyu

```
ÁT낒ÁÍ˙, ˚œÈ˙Ï ÁÍ˙Óço ¸àÀÙ
Kyu Hyon Rhee
Staff writer
Culture News Desk
Chosunilbo Dailynews, Seoul, Korea
82-2-724-5375
(fax) 82-2-724-5308
```



Alicia Grendziszewski
Assistant to Dean Pamela Schirmeister
and Dean Edward Barnaby
Yale Graduate School
320 York Street
PO Box 208236
New Haven CT 06520-8236

н 203 432 7598
ѕғ 203 432 6904

Confidentiality Notice: This e-mail message and any attachments are for the sole use of the intended recipient (s) and may contain proprietary, confidential, or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited and may be a violation of law. If you are not the intended recipient or a person responsible for delivering this message to an intended recipient, please contact the sender by reply email and destroy all copies of the original message immediately.

06/07 '07 FRI 13:39 FAX 0625274906                         BIENNALE PLANNING TEAM

# DONGGUK UNIVERSITY

Office of Planning Affairs
Dongguk University
26, Pil-dong 3-ga, Chung-gu
Seoul, 100-715 Korea
TEL) 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-3853,3858
FAX) 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-3857

September 5, 2005

Graduate School
Yale University
New Haven, CT06520
USA

To Whom It May Concern:

I would like to confirm whether you can verify the contents of the enc
University for Ms. Jeong-Ah Shin

Since this is being done as a part of internal procedure for emplo
Dongguk University, your verification will be kept confidential. It wou
send us the information we have requested as soon as possible.

one.jpg

06/07 '07 FRI 13:38 FAX 0625274906          BIENNALE PLANNING TEAM

SEP-22-2005  13:30

# YALE UNIVERSITY
## GRADUATE SCHOOL OF ARTS & S(

### FACSIMILE TRANSMITTAL SHEET

| TO: Prof. Dr. Hyung Taik, Ahn | FROM: Dean Pamela Schi |
|---|---|
| COMPANY: Dongguk University | DATE: 9/22/2005 |
| FAX NUMBER: 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-3857 | TOTAL NO. OF PAGES INCL.: 3 |
| | PHONE NUMBER: 203-436-2628 |
| | FAX NUMBER: 203-432-6904 |

NOTES/COMMENTS:

As requested I am confirming that the attached letter was issued by and signed by me.



2005.

two.jpg

06/07 '07 FRI 13:38 FAX 0625274906    BIENNALE PLANNING TEAM

# Yale University New Haven, Connecticut 06520

May 27 2005

Ms. Jeong Ah Shin
Sungkok Art Museum
1-101 Shinmoonro 2Ga
Joongrogu, Seoul, Korea

## FOR STUDENT CERTIFICATION PURPOSES

NAME : Jeong Ah Shin

DATE OF BIRTH : April 28, 1972

MAJOR : History of Art (Twentieth Centry Art)

DATE OF ADMISSION : August 1996

DATE OF GRADUATION : May 2005

DEGREE RECEIVED : Ph.D

THIS IS TO CERTIFY THAT THE ABOVE STATEMENT IS

CORRECT

three jpg