60

 東國大學校
**DONGGUK UNIVERSITY**

100-715 서울 中區 筆洞 3街 26, 東國大學校
26, 3ga, Pil-dong, Chung-gu, Seoul 100-715, Korea
TEL:+82-2-2260-3875~7  FAX:+82-2-2260-3878

July 5, 2007

Richard C. Levin
President
President's Office
Yale University
New Haven, CT 06520
USA

*X Susan Carney*
*for disposition/advice*
→ *NG* ——

**RECEIVED**

JUL 0 9· 2007

**PRESIDENT'S OFFICE**
*via DHL*



**PLAINTIFF'S EXHIBIT**
*Schirmeister 23*
*1-28-10*

Dear President Levin,

I am writing this letter in need of verification on the status of a Ms. Jeong Ah Shin, on whether she received a Ph.D. degree from Yale University. The reason for this request is because we have received contradictory documents from Yale University.

In May 2005, Ms. Shin applied for a faculty position at Dongguk University in Seoul, Korea, where she submitted a copy of her Ph.D. diploma from Yale University and a copy of a certification letter signed by Associate Dean Pamela Schirmeister of Yale University Graduate School. These documents are enclosed numbered 1 and 2, respectively. We also received a fax from Pamela Schirmeister, numbered 3, confirming that the Ph.D. degree certification letter was written by her.

Recently, however, on June 11, Susan Emerson, registrar of the Department of the History of Art informed that Ms. Jeong Ah Shin did not receive a Ph.D. in the Department of the History of Art. Moreover, Professor Christine Mehring, to whom the Yale letter by Pamela Schirmeister was carbon copied, as shown in the document 2, emailed saying that she did not advise the dissertation and does not know Ms. Shin.

I sincerely ask for the verification of the following inquiries:

(1) Did Yale University award a Ph.D. degree to Ms. Jeong Ah Shin in the major of History of Art in 2005?

(2) If the answer to the inquiry (1) is 'No,' then I am curious as to how Pamela Schirmeister came to issue the Ph.D. certification letter for Ms. Jeong Ah Shin.

YALE00006985



東 國 大 學 校
DONGGUK UNIVERSITY

100-715 서울 中區 筆洞 3街 26, 東國大學校
26, 3ga, Pil-dong, Chung-gu, Seoul 100-715, Korea
TEL:+82-2-2260-3875~7  FAX:+82-2-2260-3878

(3) If Ms. Shin received a Ph.D. degree from your school, then would you let us know what department she was enrolled in and who was the academic and thesis adviser?

It will be very kind of you if you will let us know the answers to the above questions as soon as possible.  Especially, your quick answer to the first one will be greatly appreciated.

Sincerely,

Youngkyo Oh, Ph.D.
President
Dongguk University
Seoul, Korea 100-715

youngfive@dongguk.edu

cc: Jon Butler, Dean of the Graduate School
    Pamela Schirmeister, Associate Dean of the Graduate School
    Susan Emerson, Registrar of the Department of the History of Art
    Christine Mehring, Professor of the History of Art

YALE00006986

PRAESES ET SOCII

# UNIVERSITATIS YALENSIS

IN NOVO PORTU IN RE PUBLICA CONNECTICUTENSI OMNIBUS
AD QUOS HAE LITTERAE PERVENERINT SALUTEM IN DOMINO
SEMPITERNAM NOS PRAESES ET SOCII HUIUS UNIVERSITATIS

## JEONG AH SHIN

SECUNDI HONORIS ACADEMICI CANDIDATUM AD GRADUM
TITULUMQUE HISTORIA ARTIS FILOSOFIAE DOCTORA
ADMISIMUS EIQUE CONCESSIMUS OMNIA IURA PRIVILEGIA
INSIGNIA AD HUNC HONOREM SPECTANTIA
IN CUIUS REI TESTIMONIUM HIS LITTERIS UNIVERSITATIS
SIGILLO IMPRESSIS NOS PRAESES ET SCRIBA ACADEMICUS
SUBSCRIPSIMUS A.D. IX KAL IUN ANNO DOMINI MMV 2005
ET UNIVERSITATIS YALENSIS CCXCII 292

*Sheila Wellington*
SCRIBA

*Howard R. Lamar*
PRAESES

YALE00006987

Yale University *New Haven. Connecticut 06520*

GRADUATE SCHOOL

②

May 27 2005

Ms. Jeong Ah Shin
Sungkok Art Museum
1-101 Shinmoonro 2Ga
Jongrogu, Seoul, Korea

**FOR STUDENT CERTIFICATION PURPOSES**

NAME : Jeong Ah Shin

DATE OF BIRTH : April 28, 1972

MAJOR : History of Art (Twentieth Centry Art)

DATE OF ADMISSION : August 1996

DATE OF GRADUATION : May 2005

DEGREE RECEIVED : Ph.D

THIS IS TO CERTIFY THAT THE ABOVE STATEMENT IS TRUE AND

CORRECT

Pamela Schirmeistr
Associate Dean
Graduate School

cc:  Professor Christine Mehring
     History of Art Department, DGS

YALE00006988

# YALE UNIVERSITY
## GRADUATE SCHOOL OF ARTS & SCIENCES

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Prof. Dr. Hyung Taik, Ahn | Dean Pamela Schirmeister |

| COMPANY: | DATE: |
|---|---|
| Dongguk University | 9/22/2005 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| 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-3857 | 3 |

| | PHONE NUMBER: |
|---|---|
| | 203-436-2628 |

| | FAX NUMBER: |
|---|---|
| | 203-432-6904 |

NOTES/COMMENTS:

As requested I am confirming that the attached letter was issued by the Yale Graduate School and signed by me.



2005. 9. 23., 336.

[CLICK HERE AND TYPE RETURN ADDRESS]

YALE00006989

SEP-22-2005 13:30     YALE GR  SCHOOL   ▲          203 432 6904   P.02

## Yale University New Haven, Connecticut 06520

GRADUATE SCHOOL

May 27 2005

Ms. Jeong Ah Shin
Sungkok Art Museum
1-101 Shinmoonro 2Ga
Jongrogu, Seoul, Korea

**FOR STUDENT CERTIFICATION PURPOSES**

NAME : Jeong Ah Shin

DATE OF BIRTH : April 28, 1972

MAJOR : History of Art (Twentieth Centry Art)

DATE OF ADMISSION : August 1996

DATE OF GRADUATION : May 2005

DEGREE RECEIVED : Ph.D

THIS IS TO CERTIFY THAT THE ABOVE STATEMENT IS TRUE AND

CORRECT

Pamela Schirmeistr
Associate Dean
Graduate School

cc:  Professor Christine Mehring
     History of Art Department, DGS

YALE00006990

SEP-22-2005  13:31          YALE GR  SCHOOL     ▲              203 432 6904     P.03

# DONGGUK UNIVERSITY

Office of Planning  Affairs
Dongguk University
26, Pil-dong 3-ga, Chung-gu
Seoul, 100-715 Korea
TEL) 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-3853,3858
FAX) 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-3857

September 5, 2005

Graduate School
Yale University
New Haven, CT06520
USA

To Whom It May Concern:

I would like to confirm whether you can verify the contents of the enclosed letter issued by your University for Ms. Jeong-Ah Shin

Since this is being done as a part of internal procedure for employing a faculty member at Dongguk University, your verification will be kept confidential.  It would be very kind of you to send us the information we have requested as soon as possible.

Sincerely yours,

Prof. Dr. Hyung Taik, Ahn
Department Manager, Dongguk Univ. Personnel Administration Team

YALE00006991