61

**Chardiet, Nicole**

PLAINTIFF'S EXHIBIT
Reinstein 4
2-4-10

**From:** Nicole Chardiet [nicole.chardiet@yale.edu]
**Sent:** Monday, July 09, 2007 9:13 AM
**To:** gila.reinstein@yale.edu
**Subject:** Fwd: urgent message from Professor Youngsook Pak

Dear Gila,

This is the email I received from our visiting professor Youngsook Pak.

Best,
Nicole

> Subject: urgent message from Professor Youngsook Pak
> From: "Roderick Whitfield" <Rw5@soas.ac.uk>
> To: nicole.chardiet@yale.edu
> Date: Mon, 09 Jul 2007 10:49:02 +0000
> X-Mailer: NetMail ModWeb Module
> X-Sender: Rw5
> X-Scan-Signature: 81f92013c59f94e52a913a1542a98935
> X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
> X-Yale-Not-Spam: For more info see: http://www.yale.edu/email/spam/content.html
> X-Yale-Spam-Score: (0)
> X-Yale-Filter-Score: 0
> X-Scanned-By: MIMEDefang 2.52 on 130.132.50.10

Dear Nicole,

How are you? After a wonderful trip to China with Mimi and other colleagues, I am travelling now in Korea. I have received this morning an urgent call from the Director of National Museum of Korea Dr Kim Hongnam (Yale PhD in Chinese art history), who needs your help urgently. She would like to get accurate information about a "former Yale graduate": (Dr) Kyong-A Shim, a Korean, who claims she has received a PhD on Korean Modern art history from Yale. Director Kim would like to check the following facts:

1. Shim (or Sim) said Christine Mehrring was her supervisor for her PhD on Modern Korean art history.

2. She has a Yale PhD certificate dated May 27 2005, in which the names of Christine Mehrring, Richard Murray (History Department), and Pamela Schirmeister, the Associate Dean of the Graduate School.

I would be grateful if you could check these two facts and give a call directly to Dr Hongnam Kim or her secretary (her office tel. no. +82-2-2077-9011) or to her mobile number: +82-11-351-4617. This has become a matter of national importance as Shim has an assistant professorial post and recently the government would like to appoint her as the Director of the Kwangju Biennale (world modern art show), because of her credibility having received her PhD from Yale, Department of History of Art.

3/12/2009

YALE00000034

Many thanks for your kind assisstance,

Youngsook

Nicole M. Chardiet
Business Manager
History of Art
Yale University
56 High Street
P. O. Box 208272
New Haven, CT 06520-8272
(203) 432-7516
FAX: (203) 432-7462
nicole.chardiet@yale.edu
http://www.yale.edu/arthistory/

3/12/2009

YALE00000035