62



PLAINTIFF'S EXHIBIT
Schirmeister 42
1-28-10

Attention: Dr. Gila Reinstein
  Yale University Office of Public Affairs
  Fax 203-432-1323

Re: Ms. Shin, Jeong Ah

From: Hongnam Kim (Ph.D.1985, History of Art)

Date: July 9, 2007

---

Dear Dr. Reinstein,

Thank you for your kind assistance in investigating this grievous matter. It will be greatly appreciated if you can send whatever facts found in writing as in our telephone conversation.

Attached are 4 pages of relevant documents to be verified:

Page 1. Fax transmittal sheet from Associate Dean Pamela Schirmeistre, Associate Dean, Graduate School, Yale University

Page 2. Student Certification issued by Associate Dean Pamela Schirmeistre

Page 3. Verification Request by Dongguk University sent to Graduate School, Yale University

Page 4. Yale Diploma of Ms. Jeong Ah Shin (History of Art)

My e-mail address is hnkim98@hotmail.com. My telephone numbers are: 82(country code)-2-2077-9014 at work and 82-11-351-4617 personal c.p.

I look forward to hearing from you at your earliest convenience.

Sincerely,

Hongnam Kim
Director-General
The National Museum of Korea

F-2005  13:30        YALE GR  SCHOOL                    203 432 6904    P.01

# YALE UNIVERSITY
## GRADUATE SCHOOL OF ARTS & SCIENCES

### FACSIMILE TRANSMITTAL SHEET

| TO: Prof. Dr. Hyung Taik, Ahn | FROM: Dean Pamela Schirmeister |
|---|---|
| COMPANY: Dongguk University | DATE: 9/22/2005 |
| FAX NUMBER: 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-3857 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| | PHONE NUMBER: 203-436-2628 |
| | FAX NUMBER: 203-432-6904 |

NOTES/COMMENTS:

As requested I am confirming that the attached letter was issued by the Yale Graduate School and signed by me.

[CLICK HERE AND TYPE RETURN ADDRESS]

YALE00000362

2007-07-10 05:14 FROM: TO:00112034321323 P:3/4

22-2005 13:30 YALE GR SCHOOL 203 432 6904 P.01
203 432 6904 P.02

# Yale University New Haven, Connecticut 06520

GRADUATE SCHOOL

May 27 2005

Ms. Jeong Ah Shin
Sungkok Art Museum
1-101 Shinmoonro 2Ga
Jongrogu, Seoul, Korea

FOR STUDENT CERTIFICATION PURPOSES

NAME : Jeong Ah Shin
DATE OF BIRTH : April 28, 1972
MAJOR : History of Art (Twentieth Centry Art)
DATE OF ADMISSION : August 1996
DATE OF GRADUATION : May 2005
DEGREE RECEIVED : Ph.D

THIS IS TO CERTIFY THAT THE ABOVE STATEMENT IS TRUE AND CORRECT

Pamela Schirmeistr
Associate Dean
Graduate School

cc: Professor Christine Mehring
    History of Art Department, DGS

YALE00000363

2-2005  13:31        YALE GR  SCHOOL                       203 432 6904    P.03

# DONGGUK UNIVERSITY

Office of Planning Affairs
Dongguk University
26, Pil-dong 3-ga, Chung-gu
Seoul, 100-715 Korea
TEL) 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-3853,3858
FAX) 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-3857

September 5, 2005

Graduate School
Yale University
New Haven, CT06520
USA

To Whom It May Concern:

I would like to confirm whether you can verify the contents of the enclosed letter issued by your University for Ms. Jeong-Ah Shin

Since this is being done as a part of internal procedure for employing a faculty member at Dongguk University, your verification will be kept confidential. It would be very kind of you to send us the information we have requested as soon as possible.

Sincerely yours,

Prof. Dr. Hyung Taik, Ahn
Department Manager, Dongguk Univ. Personnel Administration Team

YALE00000364

PRAESES ET SOCII
## UNIVERSITATIS YALENSIS
IN NOVO PORTU IN RE PUBLICA CONNECTICUTENSI OMNIBUS
AD QUOS HAE LITTERAE PERVENERINT SALUTEM IN DOMINO
SEMPITERNAM NOS PRAESES ET SOCII HUIUS UNIVERSITATIS

## JEONG AH SHIN

SECUNDI HONORIS ACADEMICI CANDIDATUM AD GRADUM
TITULUMQUE HISTORIA ARTIS FILOSOFIAE DOCTORA
ADMISIMUS EIQUE CONCESSIMUS OMNIA IURA PRIVILEGIA
INSIGNIA AD HUNC HONOREM SPECTANTIA
IN CUIUS REI TESTIMONIUM HIS LITTERIS UNIVERSITATIS
SIGILLO IMPRESSIS NOS PRAESES ET SCRIBA ACADEMICUS
SUBSCRIPSIMUS A.D. IX KAL. IUN. ANNO DOMINI MMV
ET UNIVERSITATIS YALENSIS CCXCII

*Sheila Wellington*
SCRIBA

*Howard R. Lamar*
PRAESES

YALE00000365