

OCT. 18. 2007  2:10PM    YALE MAIL TRS 203 764 9312                      NO. 538    P. 1, 1 of 1

Parcel Record Reports from: SI_WK_DEL                                    Report Printed 09/20/2005 13:56

## Trackpad SQL Client
### Yale - JMD Mailroom

ATT: HAROLD ROSE

| # | Parcel Information | Recipient |
|---|---|---|
| 1 | RA136481837US<br>Inbound: 09/20/2005  13:26<br>RECIPIENT NAME: GOMEZ, ROBERT<br>GROUP: LAW SCHOOL<br>LOCATION: 127 WALL ST<br>ROUTES: BLUE<br>DRIVER: JOE | Kevin Lynh |
| 2 | RR038454981TW<br>Inbound: 09/20/2005  13:27<br>RECIPIENT NAME: DONOHUE, JOHN<br>GROUP: LAW SCHOOL<br>LOCATION: 127 WALL ST<br>ROUTES: BLUE<br>DRIVER: JOE | Kevin Lynh |
| 3 | RE666551686GR<br>Inbound: 09/20/2005  13:33<br>RECIPIENT NAME: MAGKIRIADOU, SOFIA<br>GROUP: EZRA STILES<br>LOCATION: 19 TOWER PKWY<br>ROUTES: BLUE<br>DRIVER: JOE | Agata Karbeln<br>student |
| 4 | ED 903028838-US<br>Inbound: 09/20/2005  13:34<br>RECIPIENT NAME: WISE, LARRY<br>GROUP: MORSE COLLEGE<br>LOCATION: 302-304 YORK ST<br>ROUTES: BLUE<br>DRIVER: JOE | M Powes |
| 5 | ED903030275US<br>Inbound: 09/20/2005  13:36<br>RECIPIENT NAME: WISE, LARRY<br>GROUP: MORSE COLLEGE<br>LOCATION: 302-304 YORK ST<br>ROUTES: BLUE<br>DRIVER: JOE | M |
| 6 | RR062260601KR<br>Inbound: 09/20/2005  13:29<br>RECIPIENT NAME: GRADUATE SCHOOL<br>GROUP: HGS<br>LOCATION: 320 YORK ST<br>ROUTES: BLUE<br>DRIVER: JOE | Shelnt 7 |
| 7 | RR 96058-4<br>Inbound: 09/20/2005  13:31<br>RECIPIENT NAME: JOHN M.<br>GROUP: SLAVIC DEPT.-HGS<br>LOCATION: 320 YORK ST.<br>ROUTES: BLUE<br>DRIVER: JOE | Shelun 7 |



PLAINTIFF'S
EXHIBIT NO. HR 27
FOR IDENTIFICATION
DATE: 9-28-10   RPTR:

YALE00007530