OCT. 18. 2007  2:46PM    YALE MAIL RS 203 764 9312                NO. 541   P. 1

ATTN: HAROLD ROSE
2-7960

**United States Postal Service®**
**Firm Delivery Receipt for Accountable and Bulk Delivery Mail**

**YALE UNIVERSITY MAIL SERVICE**

5199 9990 0007 4731 5516

☐ Certified  ☐ Delivery Confirmation™ Service  ☐ Express Mail®  ☐ Recorded Delivery  ☐ Return Receipt for Merchandise  ☐ Signature Confirmation™ Service   Mail for/Bill Number
☐ COD    ☐ Service Insured   ☑ Registered

| # | Article Number | Code | Office of Origin (International) | # | Article Number | Code | Office of Origin (International) |
|---|---|---|---|---|---|---|---|
| 1 | 763 941 891  BR | 1 | Prospect St | 11. | | | |
| 2 | 736 481 837 | 127 | Wall St | 12. | | | |
| 3 | 002 260 601  KR | 320 | York St | 13. | | | |
| 4 | 98058  Ru | | | 14. | | | |
| 5 | 656551685  9R | 19 | Tower Pkwy | 15. | | | |
| 6 | 9463 054 18  JP | 8 | 369 | 16. | | | |
| 7 | 038 454 981  TW | | 215 | 17. | | | |
| 8 | 460 351 291 | | 248 | 18. | | | |
| 9 | 24560 9049  CH | | 114 | 19. | | | |
| 10.| | | | 20. | | | |

* CODE: DC = Received in Damaged Condition.  R = Return Receipt Requested.   RS = Returned to Sender.

Date of Delivery:
Delivered By: (Clerk/Carrier)  RC

Number of pieces described above: (9)

Recipient signs Form 3849.
ERM sites: send Form 3849 to CFS
MRM sites: file Form 3849 with Form 3883

Form 3849 Barcode Number: 5 2 0 0 0 0 3 5 5 3 5 9 9 4 4 4

PS Form 3883, February 2002
♦ Follow proper scanning procedures for all articles.

[Postmark: NEW HAVEN CT, SEP 20 2005, USPS Customer]

PLAINTIFF'S EXHIBIT NO. HR 28 FOR IDENTIFICATION
DATE: 9-28-10   RPTR:

YALE00007531