135

Helaine Klasky, 12/28/07 5:21 PM +0000, Fwd: Korea fiasco                                                             1

Date: 28 Dec 2007 17:21:02 GMT
From: Helaine Klasky <helaine.klasky@yale.edu>
Subject: FW: Korea fiasco
To: gila.reinstein@yale.edu;tom.conroy@yale.edu;;
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
X-Yale-Not-Spam: For more info see: http://www.yale.edu/email/spam/content.html
X-Yale-Spam-Score: (0)
X-Yale-Filter-Score: 0

Pls email me any statement we may have issued and pls let me know asap when/if we knew Pam made this mistake

----- Original Message -----
From: "Richard C. Levin" <richard.levin@yale.edu>
Date: 12/28/07 11:10 am
To: "dorothy.robinson@yale.edu" <dorothy.robinson@yale.edu> ; "jon.butler@yale.edu" <jon.butler@yale.edu> ; "helaine.klasky@yale.edu" <helaine.klasky@yale.edu> ; "linda.lorimer@yale.edu" <linda.lorimer@yale.edu>
Subj: Korea fiasco
This is an embarrassing situation that needs to be turned around at once. I am sorry to intrude on vacation time, but we need to calm things down in Korea.

1. Helaine, after you and Jon discuss this, I want sign off on any statement to the Korean press

# Redacted

)

