**136**

Case 3:08-cv-00441-TLM   Document 277-137   Filed 09/01/11   Page 1 of 3

- Is she working in the college these days? I want to contact her for interview.

-Have you already started internal audit?

-Is anybody in the college possibly involved in other people outside working for dissertation-support organization?

Looking forward your quick responses,

Regards,

Kevin Kihun Kim

New York Bureau Chief
World News Desk
The Chosun Ilbo (Daily)

453-A, UN Headquarters, 405 E 42nd St.,
New York, NY 10017-3507
Phone 212-963-8921
Fax 201-784-1173
Cellular 201-618-9631
Email : khkim@chosun.com
Website : www.chosun.com


----- End forwarded message -----
)


**From:** "Richard C. Levin" <richard.levin@yale.edu>
**Date:** December 27, 2007 7:56:27 PM EST
**To:** jon.butler@yale.edu, Helaine Klasky <helaine.klasky@yale.edu>
**Cc:** tom.conroy@yale.edu
**Subject:** RE: Korea/Shin problem



PLAINTIFF'S EXHIBIT NO. 52  FOR IDENTIFICATION  DATE: 10-15-10  RPTR:

YALE00007096

Helaine,

I think Jon is right, and, if he is, he is also probably right that another clarifying statement is needed.

Unless I am mistaken, I think you should work on something together next week.

Rick

At 6:51 PM -0500 12/27/07, Jon Butler wrote:
Helaine:

I know we issued a statement about Shin's never having been a student here.
But I didn't kknow we issued a statement about the mistake Pam made (that
I tried to summarize in my note below) and which Harold Rose acknowledged
to the Korean university earlier this month by letter.  It's a statement
about Pam's mistake that concerns me.

Jon


...... Original Message .......
On 27 Dec 2007 23:25:42 GMT Helaine Klasky
<helaine.klasky@yale.edu> wrote:
We have issued  statement.  Still, the problem persists and we field
scores of press calls on this issue..if we have anything we can add..and
perhaps even if we don't, we should consider putting somethinf out.

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

Redacted

YALE00007097