137

Dorothy Robinson, 09:16 AM 12/28/2007, FW: Shin Jeong-ah fax?



```
User-Agent: Microsoft-Entourage/11.3.3.061214
Date: Fri, 28 Dec 2007 09:16:04 -0500
Subject: FW: Shin Jeong-ah fax?
From: Dorothy Robinson <dorothy.robinson@yale.edu>
To: "susan.carney@yale.edu" <susan.carney@yale.edu>
Thread-Topic: Shin Jeong-ah fax?
Thread-Index: AchJXC4kbJTUsLVPEdyY7AAUUZwbg==
X-OriginalArrivalTime: 28 Dec 2007 14:16:05.0851 (UTC)
FILETIME=[2F3E9AB0:01C8495C]
X-TM-AS-Product-Ver: SMEX-7.0.0.1345-5.0.1023-15616.002
X-TM-AS-Result: No--21.957000-0.000000-31
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.7
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
```

------ Forwarded Message
From: Helaine Klasky <helaine.klasky@yale.edu>
Date: 28 Dec 2007 01:25:49 GMT
To: <richard.levin@yale.edu;jon.butler@yale.edu;>
Cc: <tom.conroy@yale.edu;dorothy.robinson@yale.edu;gila.reinstein@yale.edu;;>
Subject: FW: Shin Jeong-ah fax?

Jon,
Can we talk in the am so we can put something together that we can run by DKR. I will let the YDN know that I am looking into it. Good strategy?

---- Original Message ----
From: "Thomas Kaplan" <thomas.kaplan@yale.edu>
Date: 12/27/07 6:30 pm
To: "Helaine Klasky" <helaine.klasky@yale.edu> ; "Tom Conroy" <tom.conroy@yale.edu> ; "Gila Reinstein" <gila.reinstein@yale.edu>
Subj: Shin Jeong-ah fax?
Hi, hope you had a nice holiday.
I just saw this story on a Korean Web site about the Shin Jeong-ah fake degree scandal –

> Yale University Apologizes for Fax
>
> DECEMBER 28, 2007 03:54
> It has been verified that the fax negating the doctorate Shin Jeong-
> ah (35) claimed to have received from Yale University was
> authentic, sent by fax to Dongguk University from Pamela
> Schirmeister, Associate Dean of the Yale Graduate School.
>
> Dongguk University held a press conference on December 27 and said,

---

Printed for Susan Carney <susan.carney@yale.edu>                                              1

YALE00007327

**Dorothy Robinson, 09:16 AM 12/28/2007, FW: Shin Jeong-ah fax?**

> ?We received a note on December 17 stating that the fax that Yale
> University sent to Dongguk University regarding Shin on September
> 22, 2005, was signed by Schirmeister and is genuine. The person who
> sent it was Deputy General Counsel Susan Carney.?
>
> Dongguk University added that, ?Yale University also apologized for
> revealing in July that the fax regarding authenticity of the
> certificates and dissertation papers was false.?
>
> Dongguk University also said, ?Yale University would not answer
> Dongguk University?s question regarding the relationship between
> Schirmeister and Shin.?
>
> Dongguk University requested Shin?s academic certificate to Yale
> University on September 5, 2005, and received Shin?s doctorate
> certificate and graduation certificate signed by Schirmeister via
> fax in the same month.
>
> However, in July this year when Shin was hiding due to the
> doctorate degree forgery incident, Yale University stated that ?The
> fax Dongguk University received is different in form from Yale?s
> documents, and the signature has been forged. It seems the
> certificate was forged on paper bought from Yale University?s
> stationery store.?
>
> Cho Ui-yeon, chief of Administrative Affairs Office at Dongguk
> University, said, ?Yale University is accounting for this incident
> saying that they were ?in the rush of business? but it is probably
> not an administrative mistake. If a detailed investigation is
> inconclusive, we will take this matter up with an investigative
> institution in the United States.?
>
> Dongguk University is demanding a specific explanation regarding
> the faxes, and is considering legal measures against Yale
> University for libel.
>
> http://english.donga.com/srv/service.php3?
> bicode=040000&biid=2007122884558

Is this accurate? I thought the fax was an obvious fake, with misspellings and everything?

Thanks,
Tom


------ End of Forwarded Message

---

Printed for Susan Carney <susan.carney@yale.edu>                                    2

YALE00007328