139

Looking forward your quick responses,

Regards,

Kevin Kihun Kim

New York Bureau Chief
World News Desk
The Chosun Ilbo (Daily)

453-A, UN Headquarters, 405 E 42nd St.,
New York, NY 10017-3507
Phone 212-963-8921
Fax 201-784-1173
Cellular 201-618-9631
Email : khkim@chosun.com
Website : www.chosun.com

----- End forwarded message -----
)


)
)


From: Jon Butler <jon.butler@yale.edu>
Date: December 28, 2007 1:23:01 PM EST
To: Helaine Klasky <helaine.klasky@yale.edu>
Subject: Re: Kevin Kim, Chosun Ilbo

At the home and cell phone numbers in the email below--preferably now my cell phone:  203 314-9058.  We have several different approaches going on all at the same time, so we need to settle on one approach.

Jon

On Dec 28, 2007, at 12:21 PM, Helaine Klasky wrote:

How can I reach you?

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

**Redacted**


PLAINTIFF'S
EXHIBIT NO. JB 24
FOR IDENTIFICATION
DATE: 9-29-10  RPTR:

YALE00007069

```
>> ----- End forwarded message -----
>> )
>>
>
> )
)
```



PLAINTIFF'S EXHIBIT
Schirmeister 83
1-28-10

Harold Rose, Associate General Counsel
Yale University
PO Box 208255
New Haven, CT 06520-8255
Tel. (203) 432-4949; Fax  (203) 432-7960

<Ltr Jeong Ah Shin Subpoena.pdf>

**From:** Jon Butler <jon.butler@yale.edu>
**Date:** December 28, 2007 4:13:34 PM EST
**To:** Klasky Helaine <helaine.klasky@yale.edu>
**Subject: draft Shin statement**

Yale University earlier this month expressed regrets to XXXXX, the [President?] of Dongkuk University in XXXXXX, Korea, that an administrative error at Yale in September 2005 led to an incorrect verification of a document written on a Yale letterhead incorrectly stating that Ms. Jeong Ah Shin had received a Ph.D. from Yale University in 2005 (is date of the fake degree correct?)  The University deeply regrets this error and the difficulty the errc caused Dongkuk University.

Ms. Shin never attended Yale University and never received a Ph.D. from Yale.  Ms. Shin created several false documents to support her claim of a Yale Ph.D., including a fake diploma, a claim to have written a dissertation actually submitted at the University of Virginia in 1981, and the false document written on Yale letterhead claiming that Yale had verified her Ph.D (among others?).

Yale has undertaken an extensive examination of its erroneous September 2005 verification, has changed its protocols for verifying graduate degrees, and stands ready to cooperate with Korean governmental officials in the investigation of this matter.

**From:** Jon Butler <jon.butler@yale.edu>
**Date:** December 28, 2007 5:15:56 PM EST
**To:** Helaine Klasky <helaine.klasky@yale.edu>
**Subject: Re: draft Shin statement**

Helaine:

Do you want me to send this to Dorothy, Rick, et al.?  I can do that.  I also have the name of the Dongkuk University president.  I also have two spellings for the university--Dongguk and Dongkuk--both in Susan CArney's letter to the president there of July 10, 2007.

Tell me where to send this, and I will do it--or I will defer to you.

Jon


On Dec 28, 2007, at 5:06 PM, Helaine Klasky wrote:

I think this is great.
I am havong trouble getting on-line

Helaine S. Klasky
Associate Vice President and
Director of Public Affairs
Yale University

----- Original Message -----
From: "Jon Butler" <jon.butler@yale.edu>

YALE00007081

Date: 12/28/07 4:14 pm
To: "Klasky Helaine" <helaine.klasky@yale.edu>
Subj: draft Shin statement

Yale University earlier this month expressed regrets to XXXXX, the [President?] of Dongkuk University in XXXXXX, Korea, that an administrative error at Yale in September 2005 led to an incorrect verification of a document written on a Yale letterhead incorrectly stating that Ms. Jeong Ah Shin had received a Ph.D. from Yale University in 2005 (is date of the fake degree correct?) The University deeply regrets this error and the difficulty the error caused Dongkuk University.

Ms. Shin never attended Yale University and never received a Ph.D. from Yale. Ms. Shin created several false documents to support her claim of a Yale Ph.D., including a fake diploma, a claim to have written a dissertation actually submitted at the University of Virginia in 1981, and the false document written on Yale letterhead claiming that Yale had verified her Ph.D (among others?).

Yale has undertaken an extensive examination of its erroneous September 2005 verification, has changed its protocols for verifying graduate degrees, and stands ready to cooperate with Korean governmental officials in the investigation of this matter.

# Redacted