140

Rose, Harold

| | |
|---|---|
| From: | Richard C. Levin [richard.levin@yale.edu] |
| Sent: | Saturday, December 29, 2007 8:46 AM |
| To: | helaine klasky; Jon Butler; Robinson, Dorothy |
| Cc: | Carney, Susan; Rose, Harold; Tom Conroy; Reinstein Gila; linda.lorimer@yale.edu |
| Subject: | Re: READ FIRST |

>>This seems fine with me. A good, clear explanation. My only tiny
>>concern is stylistic, not substantive, concerning the clause:
>>"she has claimed to have written a dissertation at Yale that actually
>>was submitted at the University of Virginia in 1981 by someone else."

Wouldn't it be more precise to say: "she has claimed to have written a dissertation at Yale that bears the same title as one that was actually submitted at the University of Virginia in 1981 by someone else."

Perhaps this is too fine a point.


At 1:22 AM -0500 12/29/07, helaine klasky wrote:
>Rick and Dorothy: Pls disregard earlier email from me.  I should had
>read from the bottom up. Would like to post this (version
>below) and send it to the reporter and to to the YDN and next week,
>send it to our Korean press list as well as anyone else who has written
>about it. At that time, I will bring George and Don into the loop as
>they have been part of conversation from the get go.
>Pls let me know if you are fine with this plan.  Helaine
>
>At 10:22 PM -0500 12/28/07, Jon Butler wrote:
>>once again, simplification produces clarity. Many thanks. I think
>>there should be a comma after "In fact" in the final sentence of the
>>first para. The "fabricated" change is fabulous.
>>
>>Thanks again,
>>Jon
>>
>>On Dec 28, 2007, at 10:06 PM, Dorothy Robinson wrote:

# Redacted



YALE 00008662

Redacted

2

YALE 00008663