**144**

Tom Conroy, 1/9/08 4:48 PM -0500, Re: Shin Q&A                                                                1

Date: Wed, 9 Jan 2008 16:48:24 -0500
To: Gila Reinstein <gila.reinstein@yale.edu>
From: Tom Conroy <tom.conroy@yale.edu>
Subject: Re: Shin Q&A
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)

I think it's very clear and has the right amount of detail.

Helaine asked me to send this to you. I didn't get any guidance on it, so I wasn't sure how much detail to go into.

Attachment converted: Macintosh HD:Shin Q&A.doc (WDBN/«IC») (001815D2)

PLAINTIFF'S EXHIBIT HK 78 ID 8-27-10