146

# Yale University

*Office of the Vice President*
*and General Counsel*
*P.O. Box 208255*
*New Haven, Connecticut 06520-8255*

*Campus address:*
*Whitney Grove Square*
*2 Whitney Avenue, 6th Floor*
*New Haven, Connecticut 06510*
*Telephone: 203 432-4949*
*Fax: 203 432-7960*

January 31, 2008



PLAINTIFF'S EXHIBIT
Schirmeister 90
1-28-10

Via email: Choey@dongguk.edu
and U.S. mail

Euiyon Cho, Ph.D.
Director
Office of Management and Supervision
Dongguk University
26, 3ga, Pil-dong, Chung-gu
Seoul, Korea 100-715

Dear Director Cho:

President Levin is corresponding directly with President Oh to convey his regrets regarding the unfortunate matter of Ms. Jeong Ah-Shin. He has asked me to correspond directly with you, however, regarding some of the more detailed matters raised in your letter dated December 28, 2007.

Ms. Schirmeister has told me that she cannot find an email from you dated July 6, 2007, but regrets if through some oversight or misdirection an email sent by you did not receive a response. As you know, I wrote to President Oh on July 10 in response to his message to President Levin, received here on July 10, so we were unaware that any question from Dongguk University went unanswered.

As to her faxed message to Dongguk University dated September 22, 2005, Ms. Schirmeister understood the question at the time to be whether the certification bore her signature and was issued by the Yale Graduate School. Because the letter was on Yale Graduate School letterhead and did in fact bear an exact replica of her signature, she did not look more closely and mistakenly confirmed that it had been issued by her office. At that time of year, in September, her office sends approximately 70 letters a day, and tries to respond promptly to every inquiry. Accordingly, we do feel that it was the press of business and the effectiveness of the fraudulent document that led to this error. Nonetheless, new procedures will require that the underlying records always be checked, and will prevent a reoccurrence of this type of error.

We are not aware of any facts regarding how the May 27, 2005 letter was fabricated by or on behalf of Ms. Shin. As will not surprise you, each year thousands of letters are sent on Yale letterhead and signed by Yale deans, and regrettably, with current

YALE00000937

technology, letterheads and signatures can be duplicated and manipulated with relative ease. We have no basis to believe that the May 27, 2005, was generated at Yale.

Finally, the Graduate School office advised at first (in July 2007) that the September 22, 2005 facsimile was inauthentic, because the format was not the standard Yale degree-confirmation format; the attached May 27, 2005 document was fraudulent; and at the time, we were not aware of any evidence establishing that Dongguk University's inquiry of September 2005 had ever been delivered to the Graduate School office. That evidence became available only later, at the end of August and early September, when you located a delivery tracking document and provided it to us. Thereafter, our renewed inquiry turned up the original September 22, 2005 facsimile cover sheet.

Please let me know if there is any other information that we can provide you. Finally, if you have any evidence that Ms. Shin has an accomplice at Yale, as she apparently has claimed, we would very much appreciate it if you would provide that evidence to us so that the claim may be pursued here. We are not aware of any basis for believing that to be the case.

Sincerely,

Susan L. Carney
Deputy General Counsel

cc:     Richard C. Levin
        President, Yale University

        Pamela Schirmeister
        Associate Dean, Graduate School

        Jon Butler
        Dean, Graduate School

YALE00000938