147

Alicia Grendziszewski, 10:44 AM 7/5/2007, Re: Fw: confirm document     Page 1 of 2

X-Mailer: QUALCOMM Windows Eudora Version 7.0.1.0
Date: Thu, 05 Jul 2007 10:44:33 -0400
To: pamela.schirmeister@yale.edu
From: Alicia Grendziszewski <alicia.grendziszewski@yale.edu>
Subject: Re: Fw: confirm document
X-YaleITSMailFilter: Version 1.2c (attachment(s) not renamed)
X-Scanned-By: MIMEDefang 2.52 on 130.132.50.9


PLAINTIFF'S EXHIBIT
Schirmeister 22
1-28-10

Pam: this email that you just forwarded to me relates to Jeong Ah-Shin confirming her Yale degree. Ed took care of this (I believe he forwarded it to the Gen Counsel or Public Affairs office). The 'documentation' provided just isn't what we would do (ie your name is spelled wrong, the "letter" from our office is something we just don't do..)
A

At 10:33 AM 7/5/2007, you wrote:

Pamela Schirmeister
Associate Dean
The Graduate School
Yale University
203-432-7598

-----Original Message-----
From: "ì—¬íƒœë□™" <ytd25@hanmail.net>

Date: Wed, 04 Jul 2007 16:33:17
To:<pamela.schirmeister@yale.edu>
Subject: confirm document


        attached file      < mailto:ytd25@hanmail.net> Â  <
http://allim.daum.net/servlet/Redirect?sid=footer060925_daumdirect > [ë,ï□¨
ë□¼ï□¨ë¸Œë¥¬ë¦¬, í•œë©"ï□¼] ï¨ë"œë©"ï□¼ë¡œ k œì›□í•œ ì—¬ë¦" ë³´ë,̈ìš". <
http://card-mail.daum.net/servlet/CardMail> <
http://ww1758.hanmail.net:4280/@from=ytd25&rcpt=pamela%2Eschirmeister%40yale%
2Eedu&msgid=%3C20070704163317%2EHM%2EI000000000EzQlS%40ytd25%
2Eww1758%2Ehanmail%2Enet%3E >
attached file

ytd25 @ hanmail.net


AD 최대 10만원 자동차 보험료 절약하기!

[³ªÇ ¶óÀ°ê·®, ÇÑ ÞÀÎ Ä«µâ ÞÀÎ Î ½Ã¿øÇÑ ¿©ø³»¼¼ä.

Printed for Pamela Schirmeister <pamela.schirmeister@yale.edu>    4/14/2008

YALE00000004

Alicia Grendziszewski, 10:44 AM 7/5/2007, Re: Fw: confirm document          Page 2 of 2

Alicia Grendziszewski
Assistant to Dean Pamela Schirmeister
and Dean Edward Barnaby
Yale Graduate School
320 York Street
PO Box 208236
New Haven CT 06520-8236

tel: 203.432.7598
fax: 203.432.6904

Confidentiality Notice: This e-mail message and any attachments are for the sole use of the intended recipient (s) and may contain proprietary, confidential, or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited and may be a violation of law. If you are not the intended recipient or a person responsible for delivering this message to an intended recipient, please contact the sender by reply email and destroy all copies of the original message immediately.