UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DONGGUK UNIVERSITY,              :   No. 3:08-CV-00441 (TLM)
                                 :
        Plaintiff,               :
                                 :
   v.                            :
                                 :
YALE UNIVERSITY,                 :
                                 :
        Defendant.               :   SEPTEMBER 16, 2011
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## MOTION TO STRIKE LOCAL RULE 56(a)1 COUNTER-STATEMENT OF FACTS

Pursuant to Fed. R. Civ. P. 12(f), Defendant Yale University respectfully moves to strike Plaintiff Dongguk University's Local Rule 56(a)1 Counter-Statement of Facts.

DEFENDANT YALE UNIVERSITY

By:   /s/ Howard Fetner
      Felix J. Springer (#ct05700)
      Howard Fetner (#ct26870)
      Day Pitney LLP
      242 Trumbull Street
      Hartford, CT 06103
      (860) 275-0100 (phone)
      (860) 275-0343 (fax)
      fjspringer@daypitney.com
      hfetner@daypitney.com

      Its attorneys

**ORAL ARGUMENT NOT REQUESTED**

## **CERTIFICATION**

      I hereby certify that on September 16, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


                                                    /s/ Howard Fetner