UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONGGUK UNIVERSITY, | : | No. 3:08-CV-00441 (TLM) |
| Plaintiff, | : | |
| v. | : | |
| YALE UNIVERSITY, | : | |
| Defendant. | : | SEPTEMBER 28, 2011 |

## MOTION IN LIMINE TO EXCLUDE TESTIMONY OF ELAINE HAIKYUNG KIM

Defendant Yale University respectfully moves in limine to exclude, for all purposes, the testimony of Plaintiff Dongguk University's proffered expert witness Elaine Haikyung Kim in its entirety.

                              DEFENDANT YALE UNIVERSITY

By:    /s/ Howard Fetner
Felix J. Springer (#ct05700)
Howard Fetner (#ct26870)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100 (phone)
(860) 275-0343 (fax)
fjspringer@daypitney.com
hfetner@daypitney.com

Its attorneys

**ORAL ARGUMENT REQUESTED**

## **CERTIFICATION**

      I hereby certify that on September 28, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                          /s/ Howard Fetner