UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------X
Dongguk University,

                          Plaintiff,        **ORDER**

    -against-                              Case No. 08-cv-0441 (TLM)

Yale University,

                          Defendant
-------------------------------------------------------------X

       Without seeking permission of the Court, plaintiff has amended its Opposition [Rec. Doc. 298] to defendant's Motion for Summary Judgment [Rec. Doc. 249]. On or before Friday, October 28, 2011 at 12:00 p.m. EDT, plaintiff's counsel is to set out with specificity the changes that the amended Opposition makes to its original Opposition [Rec. Doc. 265], as the Court does not have the time or resources to try to discern the additions/deletions or the object of the amended Opposition.

       **SO ORDERED.**

                                                          _____
                                                           Tucker L. Melançon
                                                           United States District Judge

October 26, 2011
Bridgeport, CT