UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------X
Dongguk University,

                      Plaintiff,         **ORDER**

    -against-                             Case No. 08-cv-0441 (TLM)

Yale University,

                      Defendant
---------------------------------------------------------------X

      Before the Court is defendant Yale University's September 16, 2011 Motion to Strike [Rec. Doc. 285], requesting that the Court strike plaintiff Dongguk's University's "Counter Statement of Material Facts" [Rec. Doc. 266] from the record of this proceeding.  Also before the Court is plaintiff's Memorandum in Opposition [Rec. Doc. 287] to defendant's Motion to Strike, and defendant's Reply Memorandum [Rec. Doc. 296] in further support of its Motion to Strike.  Based on the voluminous record of this proceeding including but not limited to the combined 359 exhibits appended to the parties' summary judgment papers, as well as plaintiff's 363-paragraph "Counter Statement of Material Facts" and the apparent intention of defendant to file a responsive document, it is

      **ORDERED** that defendant's Motion to Strike [Rec. Doc. 285] is GRANTED.  The attorneys for the parties are instructed to make no further filings in this proceeding as it relates to defendant's pending Motion for Summary Judgment [Rec. Doc. 249] unless specifically authorized by the Court.

      **SO ORDERED.**

                                                     Tucker L. Melançon
                                                     United States District Judge

November 4, 2011
Bridgeport, CT