UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------- x

DONGGUK UNIVERSITY,

    Plaintiff,

v.

YALE UNIVERSITY,

    Defendant.

------------------------------------- x

No. 3:08-CV-00441 (TLM)

**DECLARATION OF
ROBERT A. WEINER**

I, Robert A. Weiner, hereby declare that the following is true and correct:

1. I am a partner at the firm of McDermott Will & Emery LLP, counsel for plaintiff Dongguk University ("Dongguk") in the above-captioned matter. I have personal knowledge of the facts set forth herein. I submit this declaration in support of Dongguk's Opposition to Yale University's ("Yale") Motion *In Limine* to Exclude Survey and Testimony of Jacob Jacoby.

2. A true and correct copy of the expert report of Dr. Jacob Jacoby, dated May 12, 2011, is attached as Exhibit A.

3. A true and correct copy of the transcript of Dr. Jacoby's deposition, dated May 7 and 19, 2011, is attached as Exhibit B.

4. A true and correct copy of the transcript of Dr. Itamar Simonson's deposition, dated September 21, 2011, is attached as Exhibit C.

5. A true and correct copy of a letter from Robert A. Weiner to Howard Fetner, dated May 12, 2011, is attached as Exhibit D.

6. A true and correct copy of a letter from Felix Springer ("Springer") to Magistrate Judge Holly Fitzsimons ("Magistrate Fitzsimmons"), dated July 1, 2011, is attached as Exhibit E.

7. A true and correct copy of a letter from Springer to Magistrate Fitzsimmons, dated July 18, 2011, is attached as Exhibit F.

8. A true and correct copy of a letter from Springer to Magistrate Fitzsimmons, dated August 4, 2011, is attached as Exhibit G.

9. A true and correct copy of the survey questionnaire prepared in connection with *Costello v. Allianz Life Insurance Co. of North America*, State of Minnesota, County of Hennepin, MC 03-20405 is attached as Exhibit H.

10. True and correct copies of sections of 4 J. THOMAS MCCARTHY, TRADEMARKS AND UNFAIR COMPETITION (Thomson Reuters/West 4th ed. Supp. March 2010) cited by Dongguk are attached as Exhibit I.

11. A true and correct copy of 4 J. THOMAS MCCARTHY, TRADEMARKS AND UNFAIR COMPETITION § 32:172 (Thomson Reuters/West 4th ed. Supp. June 2005) is attached as Exhibit J.

12. True and correct copies of sections of HOWARD SCHUMAN AND STANLEY PRESSER, QUESTIONS AND ANSWERS IN ATTITUDE SURVEYS: EXPERIMENTS ON QUESTION FORM, WORDING, AND CONTEXT (Sage Publications 1996) cited by Dongguk are attached as Exhibit K.

13. A true and correct copy of Jon A. Krosnick, *Survey Research*, 50 ANN. REV. OF PSYCHOL. 537-67 (1999) is attached as Exhibit L.

14. A true and correct copy of R. Nisbett and T. Wilson, *Telling more than we can know: Verbal reports on mental processes*, 84 Psychological Review 231-259 (1977) is attached as Exhibit M.

15. A true and correct copy of Martin T. Orne, *On the Social Psychology of the Psychological Experiment: With Particular Reference to Demand Characteristics and their Implications*, American Psychologist (1962) is attached as Exhibit N.

Pursuant to 28 U.S.C. § 1746 of the laws of the United States, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 11, 2011

/s/ Robert A. Weiner
Robert A. Weiner

DM_US 30740108-1.081817.0011