# EXHIBIT  A

# TO WHAT EXTENT HAS DONGGUK UNIVERSITY'S REPUTATION BEEN DAMAGED BY YALE UNIVERSITY'S ACTIONS IN THE JEONG AH SHIN DEGREE FORGERY INCIDENT?

## REPORT OF A NATIONWIDE SURVEY IN SOUTH KOREA

Prepared by:

**Jacob Jacoby, Ph.D.**

Prepared for:

**McDermott Will & Emery, LLP**
New York, N.Y.

March 16, 2010
REVISED: MAY 12, 2011

1

# TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| Authorship, Background and Objectives | | 3 |
|  | Authorship | 3 |
|  | Background | 3 |
|  | Objectives | 10 |
|  |  |  |
| Principal Findings and Opinions | | 11 |
|  | Overview of survey methodology | 11 |
|  | Principal findings | 11 |
|  | Conclusion and opinions | 13 |
|  |  |  |
| Report of Findings | | 14 |
|  | Universe definition | 14 |
|  | Sample composition | 14 |
|  | Important quality components of the questionnaire | 16 |
|  | Purging the sample of unreliable respondents | 16 |
|  | Awareness of Dongguk University among the populace | 18 |
|  | Awareness of the Jeong Ah Shin degree forgery incident | 19 |
|  | Effect of mass media in generating of awareness of the incident | 20 |
|  | Beliefs re whether Dongguk University had contacted Yale University to verify that Jeong Ah Shin received a Doctorate from Yale | 21 |
|  | Beliefs re whether Dongguk University had told the truth about contacting Yale University | 23 |
|  | Impact on Dongguk University's image as a consequence of believing it did not contact Yale University or had not told the truth about contacting Yale University | 26 |
|  |  |  |
| Conclusions and Opinions | | 33 |
|  |  |  |
| Certification | | 33 |
|  |  |  |
| Appendix A: | Credentials and qualifications of Jacob Jacoby | |
| Appendix B: | Curriculum Vita of Jacob Jacoby | |
| Appendix C: | Information responsive to U.S.C. Rule 26 requirements | |
| Appendix D: | Method | |
|  | Design principles and standards | |
|  | The FJC's *Manual for Complex Litigation* factors | |
|  | Factor #1: Universe (or population) | |
|  | Factor #2: Sampling plan | |
|  | Factor #3: Questionnaire | |
|  | Factor #4: Interviewing | |
|  | Factor #5: Insuring accurate data | |
|  | Factor #6: Data analysis | |
|  | Factor #7: Insuring objectivity | |
| Appendix E: | Survey Questionnaire | |
| Appendix F: | TNS December 2008 Report | |

# I. AUTHORSHIP, BACKGROUND AND OBJECTIVES

**Authorship:**

My full name is Jacob Jacoby.  I reside at 160 West 66th Street, New York, New York 10023.   A description of my qualifications and credentials is provided as Appendix A attached hereto.  A copy of my Curriculum Vita is provided in Appendix B.  Information responsive to the U.S.C. Rule 26 (Fed. R. Civ. P.) requirements that I indicate my trial and deposition testimony during the past four years is provided in Appendix C.

**Background:**

During the latter part of July 2008, counsel for Plaintiff contacted me and, after briefly describing this matter, asked if I would be available to meet with their team to discuss a matter in which they were involved.  Determining that no conflicts were involved, I attended said meeting on August 6, 2008.  In preparation for that meeting, I was provided with and read the Complaint filed in this matter.[1]  At that meeting, I was asked to provide my thoughts regarding conducting a survey to assess the impact of the Jeong Ah Shin degree forgery incident on the South Korean populace.   Sometime in or around the second week of October 2008 I was retained to design said survey.

As foundation for understanding the specifics of what I was asked to do and how and where this fits into the matter, the following sub-section, entitled

---

[1] *Dongguk University v. Yale University* (U.S.D.C.  District of Connecticut). Filed March 24,2008. 308CV00441RNC.

"Historical and Precipitating Events," provides abbreviated overview of representations made in the Complaint I read prior to designing the survey.[2] Those already familiar with the details of this case may wish to skip this sub-section and proceed to the next section entitled "Objectives."

**Historical and Precipitating Events**:[3]  Dongguk University is a Korean University with its main campus located in Seoul, South Korea.  Founded in 1906 by a Buddhist monastic order, Dongguk University is known for its strong humanistic tradition and its spirituality, morality and leadership.  Offering approximately 100 undergraduate programs and over 100 graduate programs, Dongguk University has approximately 23,750 students and 900 faculty members around the world.  It has been ranked number one in Korea in the Basic Science Research Achievement Survey conducted by the Ministry of Science and Technology and the Science and Engineering Foundation.  Among other things, Dongguk University is also known for its literature and cultural programs.

Founded in 1701 and situated in New Haven, Connecticut, Yale University is the third oldest institution of higher education in the United States.  A member of the Ivy League, not only is Yale University among a handful of institutions constituting the uppermost tier of prestigious universities in the nation, it is world-renowned.

---

[2] This Complaint was subsequently superseded by an Amended Complaint filed in October of 2009.

[3] This section of the report is based on information supplied in the Complaint.

4

Jeong Ah Shin (Shin) is a citizen of Korea. In 1997, Shin became a part-time employee at the Kumho art museum, being promoted to Curator within a few years. In December 2001, Shin was hired by Sungok Art Museum as its chief curator. While employed by the Sungok Art Museum, Shin taught graduate and undergraduate courses at a number of universities in Korea. During 2004 through 2007, Shin frequently wrote art columns for Korean newspapers. On May 8, 2005, a Korean newspaper reported that Shin had obtained a Ph.D. in Western Art History from Yale University's Graduate School of Arts and Sciences.

During the summer of 2005, Dongguk University began to search for prospective new faculty members who could expand the reach of its cultural and art history programs. Shin's resume was among those received by Dongguk University. Upon review, the University determined that Shin was qualified for the position in its Art History Department. On August 4, 2005, Shin submitted a faculty position application form to Dongguk University. With respect to her academic credentials, Shin stated she had received a Ph.D. degree from Yale University in 2005 and supplied Dongguk University with a letter on Yale University letterhead signed by an Associate Dean in Yale University's Graduate School of Arts and Sciences certifying that it had awarded a Ph.D. degree to Shin in May 2005. After Shin's application dossier had successfully passed through several evaluation stages and committees, Dongguk University Foundation's Board of Directors gave final hiring approval and Shin was hired effective September 1, 2005.

In early September 2005, Dongguk University received information that raised questions regarding the accuracy of Shin's statement that she had received a Ph.D. from Yale University.  To verify that Shin had received a Ph.D. from Yale University, a member of Dongguk University's administrative team sent a Registered Letter to Yale University, along with a copy of the certification letter provided by Shin, requesting that it verify and confirm the contents of said certification letter.  In response, on September 22, 2005, Associate Dean Pamela Schirmeister sent a fax to Dongguk University stating: "… I am confirming that the attached [Certification] letter was issued by the Yale Graduate School and signed by me."  Relying on the September 22 Fax sent by Schirmeister, Dongguk University concluded that Shin had received a Ph.D. from Yale University.  Shin began teaching classes at Dongguk University in the spring semester of 2006.

On June 4, 2007, an official at Dongguk University was provided with documents suggesting that Shin had plagiarized her doctoral dissertation.  This resulted in several communication exchanges between Dongguk University and Yale University.  In response to an inquiry from Dongguk University, on June 11, 2007, Susan Emerson, the Registrar of Yale University's Department of Art History, sent an e-mail to Dongguk University stating "Jeong Ah Shin did not receive a Ph.D. in our department at Yale University."

Rumors began circulating and,  by late June 2007, several Korean papers began writing articles on the matter.  Concerned regarding the contradictory information it had received from Yale University regarding Shin, on July 5, 2007, the President of Dongguk University wrote a letter to the President of Yale

6

University asking three basic questions.  Replying on behalf of Yale University, a Deputy General Counsel in its Legal Department  stated that Shin did not receive a Ph.D. from Yale University, that the Certification Letter provided by Shin was a forgery, and that the September 22, 2005 Fax from Dean Schirmeister was "not authentic" and that Yale University had no "knowledge currently regarding the or issuance" of the September 22nd Fax.  As it later turned out, the September 22, 2005 Fax on which Dongguk University relied was authentic.

For most of the latter half of 2007, through press releases and interviews granted to the Korean broadcast and print media, Yale University officials steadfastly maintained that (a) Yale had never received the September 5, 2005 Registered Letter sent by Dongguk University and (b) the September 22, 2005 Fax from Dean Schirmeister at Yale was "forged."  As but one example, a July 16, 2007 article in the DongA Ilbo, a major Korean newspaper, published an article in which an Associate Director of Yale University's Office of Public Affairs was quoted as saying that even if the Certification Letter and September 22nd Fax were "faxed from Yale University, it does not change the fact that they were all fake documents that were not prepared by Yale University."   The public statements made on behalf of Yale University were picked up and reported by virtually all major Korean newspapers and broadcast media as well as being picked up and republished by news agencies around the world.

There were repercussions.  On July 18, 2007,  The Doggukk University Foundation's Board of Directors publicly stated it would "discipline all the faculty members involved in the forgery case for failed verification of [Shin's] doctorate

when she was selected." That same day, the President of Dongguk University issued a statement publicly apologizing for the scandal involving Shin. On August 4, 2008, one of the most important television stations in Korea broadcast a 45 minute long "60 Minutes" type of expose publicly criticizing Dongguk University's supposed role in the Shin scandal. As part of the expose, the program contained a clip of an interview with a Yale University official who, again, steadfastly maintained that (a) Yale had never received the September 5, 2005 Registered Letter sent by Dongguk University and (b) the September 22, 2005 Fax from Dean Schirmeister at Yale was forged. As might be imagined, the Jeong Ah Shin degree forgery matter became a topic that, in Korea and to some extent elsewhere as well, generated considerable media and public attention during the latter half of 2007, with much of it serving to question the truthfulness of Dongguk University's representations.

In or about early August 2007, the Seoul Western District Prosecution Office commenced a criminal investigation into the circumstances surrounding Shin's contention that she had been awarded a Ph.D. by Yale University. Among other things, the prosecutors were interested in whether Dongguk University had verified Shin's Ph.D., as it had claimed.

In view of mounting public criticism and the pending criminal investigation, Dongguk University continued communicating with officials at Yale University. By September 12, 2008, Dongguk University had located and supplied Yale University with documents and materials that should have been sufficient to prove that Yale University had received the September 5, 2005 Registered Letter

8

and that the September 22, 2005 Fax from Yale University was authentic. Instead of replying to Dongguk University, on September 21, 2007, Yale University issued an Official Statement asserting that all documents supporting Shin's claim were forgeries and therefore fakes. This Official Statement was reported in an article in the DongA Ilbo newspaper on September 23, 2007.

As a result of Yale University's continued statements denying any involvement with the Shin matter, in late September through early October 2007, Dongguk University's Professors Association issued a number of formal statements, all of which were reported in the Korean Press, demanding the resignation of Dongguk University's President, Vice President and Dongguk University Foundation's Board of Directors.

On October 11, 2007, Shin was arrested by the Korean prosecutors, accused of fabricating a doctorate degree and other documents from Yale University, and incarcerated. In connection with the then-upcoming criminal trial of Shin, on October 17, 2007, the Department of Justice served a subpoena on Yale University on behalf of the Korean prosecutors.

Even though Yale University learned on October 18, 2007, that it had made misstatements to the Korean press, Yale University waited until the end of November, 2007 before admitting to Dongguk University that it received the September 5, 2005 Registered Letter from Dongguk University and that the September 22, 2005 reply Fax from Dean Schirmeister to Dongguk University was authentic. It was not until December 29, 2007, that Yale University issued a

press statement acknowledging that it had sent the September 22, 2005 reply Fax.

**Objectives:**

While extensive media coverage over a period of months raising serious doubts regarding the fundamental honesty and competence of a previously trusted institution is likely to be harmful, there was reason to believe that the impact of such coverage and public criticism in Korea -- a society where "face" and "losing face" are core societal values[4] -- was likely to be especially severe and long-lasting. For this reason, counsel for Dongguk University requested that the author of this report design and have implemented a survey to determine the lingering impact of the Shin scandal on the Korean Public's perceptions of Dongguk University. This report describes the design, implementation and findings of that investigation.

---

[4] For a discussion of these concepts, see the classic article by David Yau-fai Ho (1976) On the Concept of Face, *American Journal of Sociology,* 81 (4), 867-884.

## PRINCIPAL FINDINGS AND OPINIONS

**Overview of Survey Methodology:**

As described more fully below, 1,306 respondents, 18 years old or older, participated in a national random probability telephone survey conducted in South Korea. This sample was selected to be representative of the entire adult population of South Korea. Based on a sample of this size, the percentages reported below are accurate within +/- 2.7%. (What this means is that we can be 95% certain that the "true" percentage in the population at large is within +/- 2.7% of the obtained and reported finding. Importantly, the "plus or minus" range is broadest around a finding of 50%. The range becomes narrower as one approaches percentages near the extremes of 0% or 100%. Many percentages reported below are in the 80 to 99% range, so that the +/- range around these percentages is effectively 2% or less.)

**Principal Findings:**

Rounded off to the nearest percent, the principal findings, which apply to the entire adult population of South Korea (approximately 38.5 million people), are as follows.

- 96% have heard of Dongguk University.

- 80%, representing four out of every five adults in South Korea, said they were aware of the Jeong Ah Shin degree forgery incident.

- 79% said that some portion of what they knew regarding the incident came from reports they saw, heard or read in the mass media.

11

- 59% said they thought that Dongguk University either did not contact Yale University and/or had not told the truth about contacting Yale University.

Only the 59% (767 respondents) who said they thought Dongguk University did not contact Yale University and/or had not told the truth about contacting Yale University were asked the remaining substantive questions. The remaining 41% (539 respondents) were skipped to the classification questions. Although these 539 respondents were not asked the remaining substantive questions, the percentages reported below are based on the entire sample of 1,306 respondents. Hence, the reported percentages are representative of the entire adult population of South Korea.

Asked what they thought of Dongguk University's actions in the Jeong Ah Shin incident, of all 1,306 respondents,

- 50% thought these actions brought shame on Dongguk University

- 50% thought these actions brought shame on Dongguk University faculty

- 47% thought these actions brought shame on Dongguk University students

- 46% thought these actions brought shame on Dongguk University alumni and graduates

- 45% thought these actions brought shame on the Republic of Korea

Moreover, each and every one of the percentages cited in this Principal Findings section was found to be appreciably larger among three key segments of the Korean population, namely:

- Those "thinking about attending university or graduate school within the next 5 years" (n = 274; 21.0% of the adult Korean population).

12

- Those who "discussed [their] thoughts regarding any university in Korea with family members, friends or other people" (n = 569; 43.5% of the adult Korean population).

- Those who, "in the past 1 to 2 years, ... suggested or advised anyone to attend or not to attend a specific university in" South Korea (n = 338; 25.8% of the adult Korean population).

**Conclusion and Opinions:**

Based upon the study and its findings, in my opinion, the misstatements made by Yale University about Dongguk University in connection with Jeong Ah Shin degree forgery incident has had a long-lasting and substantial harmful effect on the image and credibility of Dongguk University among the adult population of South Korea.

# REPORT OF FINDINGS

The details of the research methods, procedures and questionnaire employed are described in Appendix D, entitled "Method." The questionnaire itself is provided as Appendix E. The sub-contractor that conducted the interviews in Korea, TNS[5], has summarized the findings to each question in a December 2008 report entitled "Public Opinion Survey Report on University Image" (hereinafter referred to as the "TNS Report"). This TNS Report is attached hereto as Appendix F. The purpose of the following section is to discuss these findings and their implications.

**Universe Definition:**

For this survey, the relevant universe was defined as ***the entire adult population of South Korea, age 18 and above***, regardless of whether they had or had not previously heard of Dongguk University. According to the most recent figures available to this writer at the time the survey was being developed, the defined population consists of approximately 38.5 million individuals.

**Sample Composition:**

Page 2 of the TNS Report indicates how the 1,306 respondents were obtained[6]. Page 3 of the TNS Report indicates how the 1,306 respondents are

---

[5] TNS is the world's largest custom market research firm, with market research operations spanning 75 countries.

[6] A total of 84,459 phone calls were made. The vast majority of these calls, (44.2% + 36.6% =) 80.8%, either resulted in no answer or in reaching an invalid phone number. An interview was initiated with (0.9% + 4.6% + 1.5%=) 7% of the numbers reached. As the Screened Termination

14

apportioned in terms of number of respondents: (a) of each gender, (b) in each of seven age brackets, (c) in each of the South Korea's 16 geographic regions, and (d) sorted according to population density ("Region Size").  Given the random probability nature of the sampling procedure, these distributions insure that the findings can be confidently extrapolated to the entire adult population of South Korea.

Additionally, three segments within the general population were of particular interest.  These are as follows:

o   Those "thinking about attending university or graduate school within the next 5 years" (see Question D3).   There were 274 such individuals and they represent 21.0% of the adult Korean population.

o   Those who had, or thought they had, "discussed [their] thoughts regarding any university in Korea with family members, friends or other people" (see Question 8).   There were 568 such individuals and they represent nearly half (43.5%) of the adult Korean population.

o   Those who, "in the past 1 to 2 years, have [or thought they had] ... suggested or advised anyone to attend or not to attend a specific university in" South Korea (see Question 9).  There were 337 such

---

Status table on page 2 of the TNS Report indicates, the majority of those with whom an interview was initiated were later terminated either because they did not satisfy a screening criterion (e.g., they were reached at a work phone) or because they were "over quota" (see data for Questions SQ1, SQ2 and SQ3 on page 2 of the TNS Report indicates).  Rather than being unusual, this whittling down process is typical of phone surveys.  Although higher participation rates among qualified individuals are possible, these typically come where one or more of the following considerations apply: the universe being sample is a special interest universe (e.g., owners of pets); participation is mandatory; like the U.S. Census Bureau, one has resources that permit following up non-respondents with in-home interviews.

individuals and they represent a quarter (25.8%) of the adult Korean population.

**Important Quality Components of the Questionnaire:**

Before turning to the substantive findings, attention is directed to three features of the questionnaire that were designed and incorporated for the purpose of insuring high quality data.

First, at the outset of the Main questionnaire portion of the interview, each respondent was told "*If you feel that you do not know the answer or cannot answer any questions, there is no need to guess. If you say, "I don't know" or "I cannot recall," I will move on to the next question.* The purpose of this instruction was to relieve any pressure the respondents might feel to answer questions by guessing.

Second, in those instances where the answer alternatives provided for a closed-ended question might be subject to potential order biases, the question's alternatives were rotated so that approximately half the respondents heard these in one order while the other respondents heard them in the reverse order.

Third, as described below, two questions were included for the specific purpose of identifying and purging the sample of unreliable respondents.

**Purging the Sample of Unreliable Respondents:**

Question 1a asked respondents *Have you heard of the following universities? Have you heard of_____? regarding* each of four universities, three genuine (Seoul, Ajou and Dongguk) and one fictitious (Woojang).   Forty-

16

six respondents claimed to be aware of the fictitious Woojang University[7]. Because such answers likely are due either to guessing or a "yea-saying" tendency on the part of these respondents (that is, the respondent being inclined to answer "yes" no matter what the question), the 46 respondents who answered "yes" to this question were considered unreliable and were asked no further questions.

Preceded by the sentence *The next few questions are related to Dongguk University,* Question 2 asked about three issues, identified by the letters a, b and c.

*a. Before today, did you know or have you heard that Dongguk University is a Buddhist university?*

*b. Before today, did you know or have you heard that Dongguk University and Kyunghee University have decided to establish a joint MBA program?*

*c. Before today, did you know or have you heard about Shin, Jung Ah's degree forgery incident at Dongguk University?*

In point of fact, Dongguk University and Kyunghee University have never discussed establishing a joint MBA program.   Because "yes" answers to issue "b" of Question 2 might easily reflect guessing or a "yea-saying" tendency on the part of these respondents, as an exercise in caution, the 43 respondents who answered "yes" were considered unreliable and were asked no further questions.

As a consequence of this purging, the findings discussed below are based on the remaining 1,306 reliable respondents.  These 1,306 respondents are sometimes referred to below as the "useable sample."

---

[7] Woojang is a city in Koreas.

17

**Awareness of Dongguk University Among the Populace:**

When asked Question 1a regarding Dongguk University, 56 respondents answered either that they had not heard of Dongguk University, or that they did not know if they had.  No further questions were asked of these respondents. Although a portion of these 56 respondents might later have been disqualified by virtue of their answer to Question 2 (regarding Dongguk University and Kyunghee University establishing a joint MBA program), to be conservative in a way that favors the Defendant, all 56 of these respondents were included in the denominator when calculating percentages[8].  Note that these 56 respondents amount to only 4.3% of the 1,306 respondents.

What this means is that the vast majority of the 1,306 respondents – representing 95% of the adult population of South Korea  – said that they had heard of Dongguk University prior to the survey.  To this writer, a lifelong academician who has taught at major American universities not likely to have such stellar recognition percentages among the U.S. public at large, this 95% recognition factor may be taken as an indication of Dongguk University's fame among the Korean populace as a whole.

Among those aged 25 through 59, awareness of Dongguk University ranged between 98% and 100%.  Awareness of Dongguk University was 100% among the three segments of the population considered particularly important, namely, those "thinking about attending university or graduate school within the

---

[8] Not having heard of Dongguk University, it would be inappropriate to ask these respondents questions regarding how the Jeong Ah Shin incident affected their views of Dongguk University. Yet by including them (along with the 1,250 respondents who had heard of Dongguk University)

18

next 5 years" (see Question D3);  those who discussed their thoughts regarding

Korean universities with family members, friends or other people (see Question

8);  and those who, "in the past 1 to 2 years, ... suggested or advised anyone to

attend or not to attend a specific [South Korean] university" (see Question 9).

**Awareness of the Jeong Ah Shin Degree Forgery Incident:**

In response to issue "c" of Question 2, 66.3% of all 1,306 respondents in

the useable sample said that "before today,... [they] did know or have heard

about the Jeong Ah Shin degree forgery incident at Dongguk University." To

place this 66.3% in perspective, this is almost as many people as knew that

Dongguk University is a Buddhist University (74.7% of all 1,306 respondents), an

established fact for more than a century.

Those who answered "don't know" or "no" to issue "c" of Question 2 were

then asked a more focused question, Question 2a:

> *The Shin Jung Ah incident refers to the incident where Dongguk University employed Shin Jung Ah as a professor after Dongguk University believed Shin Jung Ah's false claims and a forged document showing she received a doctorate degree from Yale University in the United States." Have you seen, heard or read anything at all about this incident?*

Reminded of these details, another 13.6% of the useable sample of 1,306

respondents recalled that they had heard or read something about the incident.

In other words, of all 1,306 respondents – both those who knew of Dongguk

University (1,250) and those who did not (56) – 1,043 respondents (79.9%),

---

in the denominator, their presence serves to reduce the percentages calculated.  In all instances, this reduction cuts in favor of the Defendant.

representing four out of every five adults in South Korea, said they were aware of the Shin Jeong Ah degree forgery incident at Dongguk University.  That works out to more than 30 million people.

**Effect of Mass Media in Generating of Awareness of the Shin Jeong Ah Degree Forgery Incident:**

As I understand the issues in this case, it is relevant to know if those aware of the Shin Jeong Ah degree forgery incident obtained at least some of their information regarding the matter from the mass media.  For this reason, the 1,043 respondents who said they were aware of the Jeong Ah Shin degree forgery incident were asked Question 3:

> *Some people may have learned about the Shin Jung Ah incident through conversation with other people, and other people may have learned about the Shin Jung Ah incident through reports on TV, the radio, in newspapers, magazines, on the internet or other media. Trying to remember the best that you can, is your knowledge about the Shin Jung Ah incident purely from what you came to know through conversations with other people? Or did some of what you know also come from reports you saw, heard or read in media sources such as TV or radio?*

In response to Question 3, approximately 1% said their knowledge about the Jeong Ah Shin incident came purely from conversations with other people. Virtually all of the 1,043 respondents aware of the Jeong Ah Shin degree forgery incident (98.8%; amounting to 78.9% of all 1,306 respondents representative of the adult Korean population) said that some portion of what they knew regarding the incident came from reports they saw, heard or read in mass media sources.

**Beliefs Regarding Whether Dongguk University Had Contacted Yale University to Verify that Jeong Ah Shin Received a Doctorate from Yale:**

After being instructed to ... *answer the remaining questions based on everything you remember seeing, hearing and reading about the Shin Jung Ah incident,* the 1,043 respondents aware of the Jeong Ah Shin degree forgery incident were asked Question 4a:

> *In the process of employing Shin Jung Ah as a professor, which of the following do you think Dongguk University did?*
>
> 1. *Contacted Yale University to verify whether Shin Jung Ah received a doctorate degree*
>
> 2. *Did not contact Yale University to verify whether Shin Jung Ah received a doctorate degree*

In response to Question 4a, 37.3% of the entire sample of 1,306 respondents representing the entire population of Korea (14 million people) said they thought Dongguk University did <u>not</u> contact Yale University to verify whether Jeong Ah Shin received a doctorate degree.

Compared to the adult population at large, the percent of respondents who thought Dongguk University did not contact Yale University to verify whether Jeong Ah Shin received a doctorate degree was higher among the three important segments of the population. Specifically:

- Among those "thinking about attending university or graduate school within the next 5 years," 50.7% thought Dongguk University did not contact Yale University to verify whether Jeong Ah Shin received a doctorate degree.

21

- Among those who "discussed [their] thoughts regarding any university in Korea with family members, friends or other people," 52.9% thought Dongguk University did not contact Yale University to verify whether Jeong Ah Shin received a doctorate degree.

- Among those who, "in the past 1 to 2 years, … suggested or advised anyone to attend or not to attend a specific university in" South Korea, 55.9% thought Dongguk University did not contact Yale University to verify whether Jeong Ah Shin received a doctorate degree.

The 37.3% of the sample of 1,306 respondents who said they thought Dongguk University did not contact Yale University to verify whether Jeong Ah Shin received a doctorate degree were then asked Question 4b:

> *Do you think your belief that Dongguk University **did not** contact Yale University to verify whether Shin Jung Ah received a doctorate degree has affected or changed your view of Dongguk University?*

In response, 17.9% of the 1,306 respondents representing the entire adult population of South Korea (approximately 7 million people) said they thought their belief that  Dongguk University did not contact Yale University to verify whether Jeong Ah Shin received a doctorate degree did affect or change their view of Dongguk University.

Compared to the adult population at large, the percent of respondents who thought Dongguk University did not contact Yale University to verify whether Jeong Ah Shin received a doctorate degree was higher among the three important segments of the population.  Specifically:

- Among those "thinking about attending university or graduate school within the next 5 years," 50.7% thought Dongguk University did not contact Yale University to verify whether Jeong Ah Shin received a doctorate degree.

- Among those who "discussed [their] thoughts regarding any university in Korea with family members, friends or other people," 52.9% thought Dongguk University did not contact Yale University to verify whether Jeong Ah Shin received a doctorate degree.

- Among those who, "in the past 1 to 2 years, ... suggested or advised anyone to attend or not to attend a specific university in" South Korea, 55.9% thought Dongguk University did not contact Yale University to verify whether Jeong Ah Shin received a doctorate degree.

**Beliefs Regarding Whether Dongguk University Had Told the Public the Truth About Contacting Yale University:**

The 1,043 respondents aware of the Jeong Ah Shin degree forgery incident were next asked Question 5a:

*Which of the following do you think Dongguk University did?*

1. *Dongguk University told the truth to the public about the attempt to contact Yale University to verify whether Yale University awarded Shin Jung Ah a doctorate degree.*

2. *Dongguk University did not tell the truth to the public about the attempt to contact Yale University to verify whether Yale University awarded Shin Jung Ah a doctorate degree.*

23

In response to Question 5a, 50.6% of the 1,306 respondents (representing slightly more than half of the adult population of South Korea) said they thought Dongguk University did <u>not</u> tell the truth to the public about contacting Yale University to verify whether Jeong Ah Shin received a doctorate degree.  In contrast, fewer than one in ten South Korean adults (9.4%) said they thought Dongguk University <u>did</u> tell the truth to the public about contacting Yale University.

Compared to the adult population at large, the percent of respondents who thought Dongguk University did <u>not</u> tell the truth about contacting Yale University to verify whether Jeong Ah Shin received a doctorate degree was higher among the three important segments of the population.  Specifically:

- Among those "thinking about attending university or graduate school within the next 5 years," 64.6% thought Dongguk University did not tell the truth about contacting Yale University.

- Among those who "discussed [their] thoughts regarding any university in Korea with family members, friends or other people," 69.8% thought Dongguk University did not tell the truth about contact Yale University.

- Among those who, "in the past 1 to 2 years, ... suggested or advised anyone to attend or not to attend a specific university in" South Korea, 68.0% thought Dongguk University did not tell the truth about contacting Yale University.

24

The 50.6% of the sample of 1,306 respondents who said they thought Dongguk University did not contact Yale University to verify whether Jeong Ah Shin received a doctorate degree were then asked Question 5b:

> *Do you think your belief that (Dongguk University)* ***did not*** *tell the truth about their effort to contact Yale University in order to verify whether Shin Jung Ah received a doctorate degree from Yale University has affected or changed your view of Dongguk University?*

In response to Question 5b, 25.0% of the 1,306 respondents representing the entire adult population of South Korea (almost 10 million people) said they thought their belief that  Dongguk University did <u>not</u> tell the truth about contacting did affect or change their view of Dongguk University.

Compared to the adult population at large, the percent of respondents who said they thought their belief that Dongguk University did not tell the truth about contacting did affect or change their view of Dongguk University was higher among the three important segments of the population.  Specifically:

- Among those "thinking about attending university or graduate school within the next 5 years," 32.5% thought Dongguk University did not tell the truth about contacting Yale University.

- Among those who "discussed [their] thoughts regarding any university in Korea with family members, friends or other people," 37.1% thought Dongguk University did not tell the truth about contacting Yale University.

- Among those who, "in the past 1 to 2 years, … suggested or advised anyone to attend or not to attend a specific university in" South Korea,

25

37.9% thought Dongguk University did not tell the truth about contacting Yale University.

**Impact on Dongguk University's Image as a Consequence of Believing it Did Not Contact Yale University or Had Not Told the Truth About Contacting Yale University:**

Question 6 asked about the impact of the Jeong Ah Shin incident on the respondents' image of Dongguk University in general. Out of the sample of 1,306 respondents representing the adult population of South Korea, 394 respondents said they thought that Dongguk University either did not contact Yale University and/or had not told the truth about contacting Yale University and that these beliefs had changed their opinion of Dongguk. These respondents were then asked Questions 6.

*Impact on Dongguk University's Image in General*. Question 6 was as follows:

> *How has your view of Dongguk University changed after coming to know about the Shin Jung Ah incident?*

In response to Question 6, 24.8% of the 1,306 respondents representative of all South Korean adults said their image of Dongguk University had become more negative. In contrast, 0.8% said their view of Dongguk University had become more positive.

Thus, a full year after Yale University's admission and apology, approximately one-quarter of all adults in Korea said their image of Dongguk University had become more negative as a result of the Jeong Ah Shin incident. Clearly, even though Yale's apologia had a year to become known among -- and

therefore exert an ameliorating effect upon -- the Korean populace, at best, it has had a trivial impact in undoing the damage its actions caused to Dongguk University's image.  Despite what may have been its best intentions, Yale University's actions did virtually nothing to solve the lingering problem.

Compared to the adult population at large, the percent of respondents who said that the Jeong Ah Shin incident caused them to have a more negative view of Dongguk University was higher among three important segments of the population.  Specifically:

- Among those "thinking about attending university or graduate school within the next 5 years," 32.1% said that the Jeong Ah Shin incident caused them to have a more negative view of Dongguk University.

- Among those who "discussed [their] thoughts regarding any university in Korea with family members, friends or other people," 37.8% said the Jeong Ah Shin incident caused them to have a more negative view of Dongguk University.

- Among those who, "in the past 1 to 2 years, ... suggested or advised anyone to attend or not to attend a specific university in" South Korea, 39.1% said the Jeong Ah Shin incident caused them to have a more negative view of Dongguk University.

***View of the Impact of Dongguk University's Actions on the University itself, on its Students, on its Alumni and Graduates, on its Faculty, and on the Republic of Korea.***  To gauge the impact on a number of more specific issues, the 767 respondents who said they thought that Dongguk University

27

either did not contact Yale University and/or had not told the truth about

contacting Yale University were next asked a series of questions.  This series

was preceded by the following instruction (labeled Q.7 in the questionnaire).

> *From now on, I will ask you a few questions related to the effect Dongguk University's actions regarding the Shin Jung Ah incident had on Dongguk University students, alumni, faculty and the Republic of Korea.*

Subsequent to this instruction, these respondents were asked Questions Q7a,

7b, 7c, 7d and 7e.  Each of these questions was preceded by the following

phrase:

> *When you think about Dongguk University's actions in the Shin Jung Ah incident, which of the following do you think?*

This phrase was then followed by a set of choices, with the set pertaining either

to Dongguk University itself, Dongguk's students, its alumni and graduates, its

faculty, and the Republic of Korea (respectively, Questions 7a through 7e).  In

each instance, one of the choices presented the affirmative and the other the

negative.  (In each instance, the order in which these answer options were

presented were rotated across the respondents.)  These choices are

summarized in Table 1.

As can be seen from Table 1, nearly half of the respondents (and, by

extrapolation, nearly half of the adult population of South Korea) thought that the

supposed actions of Dongguk University in the Jeong Ah Shin incident brought

shame upon either Dongguk University, their students at the time, their alumni

and graduates, their faculty and/or the Republic of Korea.  When netted[9] across

all five questions, nearly three out of five respondents (57.1% of 1,306) thought

Dongguk University's supposed actions caused shame to be brought on one or more of the groups mentioned in Q7.

TABLE 1.        Answers to the Question 7 series for the entire sample (Base = 1,306)

"When you think about Dongguk University's actions in the Shin Jung Ah incident, which of the following do you think?  The actions of Dongguk University have … "

|  | % |
|---|---|
| **Q.7a:** | |
| … brought shame on Dongguk University | 49.9 |
| … not brought shame on Dongguk University | 6.6 |
| **Q7b.** | |
| …brought shame on Dongguk University students at the time | 47.1 |
| …not brought shame on Dongguk University students at the time | 8.9 |
| **Q.7c:** | |
| … brought shame on Dongguk University alumni and graduates | 45.8 |
| … not brought shame on Dongguk University alumni and graduates | 10.3 |
| **Q.7d:** | |
| … brought shame on Dongguk University faculty | 49.5 |
| … not brought shame on Dongguk University faculty | 6.5 |
| **Q.7e:** | |
| … brought shame on the Republic of Korea | 45.4 |
| … not brought shame on the Republic of Korea | 10.8 |

As summarized in Tables 2, 3 and 4, the findings for the three key segments of the population show a more serious negative impact.

TABLE 2.        Answers to the Question 7 series for the 21.0% of the adult population thinking about attending university or graduate school within the next 5 years (Base = 274)

"When you think about Dongguk University's actions in the Shin Jung Ah incident, which of the following do you think?  The actions of Dongguk University have … "

---

[9] Netting is a technical term that means counting each respondent only once, regardless of the number of times that individual said s/he thought Dongguk University's actions caused shame.

|  | % |
|---|---|
| Q.7a:<br>... brought shame on Dongguk University | 68.6 |
| Q7b.<br>...brought shame on Dongguk University students at the time | 63.1 |
| Q.7c:<br>... brought shame on Dongguk University alumni and graduates | 59.5 |
| Q.7d:<br>... brought shame on Dongguk University faculty | 68.6 |
| Q.7e:<br>... brought shame on the Republic of Korea | 57.3 |

When netted across all five questions, more than three out of four (75.9%) of the
274 respondents  who said they were "thinking about attending university or
graduate school within the next 5 years thought Dongguk University's supposed
actions caused shame to be brought on one or more of the groups mentioned in
Q7.

30

TABLE 3.      Answers to the Question 7 series for the 43.5% of the adult population who discuss their thoughts regarding universities in Korea with family members, friends or other people.  (Base = 569)

"When you think about Dongguk University's actions in the Shin Jung Ah incident, which of the following do you think?  The actions of Dongguk University have ... "

|  | % |
|---|---|
| Q.7a:<br>... brought shame on Dongguk University | 69.8 |
| Q7b.<br>...brought shame on Dongguk University students at the time | 66.3 |
| Q.7c:<br>... brought shame on Dongguk University alumni and graduates | 64.3 |
| Q.7d:<br>... brought shame on Dongguk University faculty | 69.4 |
| Q.7e:<br>... brought shame on the Republic of Korea | 61.7 |

When netted across all five questions, nearly four out of five (78.9%) of the 569 respondents who "discussed [their] thoughts regarding any university in Korea with family members, friends or other people" thought Dongguk University's supposed actions caused shame to be brought on one or more of the groups mentioned in Q7.

TABLE 4.    Answers to the Question 7 series for the 25.8% of the adult population who, in the past 1 to 2 years, suggested or advised others to attend or not to attend a specific university in South Korea (Base = 338)

"When you think about Dongguk University's actions in the Shin Jung Ah incident, which of the following do you think?  The actions of Dongguk University have ... "

|  | % |
|---|---|
| Q.7a: <br> ... brought shame on Dongguk University | 70.1 |
| Q7b. <br> ...brought shame on Dongguk University students at the time | 66.3 |
| Q.7c: <br> ... brought shame on Dongguk University alumni and graduates | 63.9 |
| Q.7d: <br> ... brought shame on Dongguk University faculty | 70.7 |
| Q.7e: <br> ... brought shame on the Republic of Korea | 62.7 |

When netted across all five questions,  nearly four out of five (78.7%) of the 338 respondents who, "in the past 1 to 2 years, ... suggested or advised anyone to attend or not to attend a specific university in" South Korea thought Dongguk University's supposed actions caused shame to be brought on one or more of the groups mentioned in Q7.

## CONCLUSIONS AND OPINIONS

Based upon the study and its findings, in my opinion, the Jeong Ah Shin degree forgery incident has had a substantial, long-lasting harmful effect on the image and credibility of Dongguk University among the adult population of South Korea.   Further, a full year after Yale University's admission and apology, more than one-third of all adults in Korea said their image of Dongguk University had become more negative as a result of the misstatements made by Yale University to the Korean press regarding the Jeong Ah Shin incident.  Clearly, even though Yale University's apologia had a year to become known among -- and therefore exert an ameliorating effect upon — the Korean populace, at best, it has had a trivial impact in undoing the damage its actions caused to Dongguk University's image and reputation.  Despite what may have been its best intentions, Yale University's actions have done little or nothing to solve the lingering problem.

## CERTIFICATION

Pursuant to 28 U.S.C. Paragraph 1746, I declare that, to the best of my knowledge and belief, the foregoing is true and correct.

Executed on: _May 13, 2011_

Jacob Jacoby, Ph.D.

33

# APPENDIX A:

## CREDENTIALS AND QUALIFICATIONS OF JACOB JACOBY

From time to time, I am asked to describe my qualifications as an expert in surveys proffered as evidence in litigated matters and/or as a scholar.  The information below seeks to be responsive to such requests.

<u>Qualifications as an Expert in Surveys Proffered as Evidence in Litigated Matters</u>

Since 1978, I have been providing testimony in U.S. District Courts.  I have played a lead role in conducting well over 1,000 consumer, marketing and communication (including advertising) studies in support of litigation and provided oral testimony in more than several hundred matters.

With few exceptions, courts have admitted and given weight to my testimony.  An incomplete list of court commentary is attached.  My scholarly writings have been cited in *amicus* briefs filed with the United States Supreme Court and have been cited in Second Circuit opinions[10] as the basis for shifting the burden of proof in trademark disclaimer cases from plaintiff to defendant.

At the invitation of the American Bar Association, I am currently writing a treatise entitled *Trademark Surveys* for publication under the ABA imprimatur.

In 1995, at the invitation of the Federal Judicial Center, I presented a set of lectures on how to evaluate survey research to judges attending the FJC's workshops for District Court judges held in Atlanta and Seattle.  In 1994 and again in 1998, I was invited by the Federal Judicial Center to serve as a peer reviewer for the "Survey Reference Guide" appearing in the 1994 and 2000 editions of its *Reference Manual on Scientific Evidence*.

I have been an invited speaker on the subjects of litigation surveys and consumer confusion/dilution/deception before various organizations, including the International Trademark Association, the International Bar Association, the American Intellectual Property Law Association, the Practicing Law Institute, the Federal Trade Commission, the National Association of Attorneys General, several law schools (e.g., New York University; Fordham University, Franklin Pierce Law Center; Roger Williams University; Benjamin Cardozo Law School; Santa Clara University) and a number of state (California, Virginia) and local (e.g., New York City) bar and intellectual property associations.

---

[10]See: *Charles of the Ritz Group, Ltd. V. Quality King Distributors, Inc.*  832 F.2d 1317, 4 U.S.P.Q.2d 1778 (2d Cir. 1987*);  Home Box Office, Inc. v. Showtime/Movie Channel, Inc.* 832 F.2d 1311, 4 U.S.P.Q.2d 1789 (2d Cir. 1987).

From 1993 through 2003, I served as a member of the Editorial Board of *The Trademark Reporter*.

## Qualifications as a Scholar

Since 1981, I have held an endowed chair as the Merchant's Council Professor of Consumer Behavior and Retail Management at New York University's Leonard N. Stern Graduate School of Business.

I have published six books and 160 articles and book chapters, most in rigorously refereed scholarly journals. Based upon my scholarly publications in the field's most rigorously reviewed peer journals, two independently conducted surveys identified me as the most influential and most frequently cited individual in the field of consumer behavior for the twenty year period spanning 1968-1988.

1. The first study, conducted by Donna Hoffman and Morris Holbrook and published in the field's leading peer-reviewed scholarly journal showed that I had the highest "influence index" of any of the field's 42 most-published scholars whose work was accepted and published by the *Journal of Consumer Research* during the 15 year period spanning 1974-1989 (Hoffman & Holbrook "The Intellectual Structure of Consumer Research," *Journal of Consumer Research*, 1993 (19), 507-517, at page 511).[11]

2. The second study[12] shows that, based on my scholarly publications in the *Journal of Marketing, Journal of Marketing Research* and *Journal of Consumer Research* (which, collectively, have traditionally been considered as the field's three most rigorous peer-reviewed journals), I was the second most often cited marketing (and first-most often cited consumer) scholar in the *Social Science Citation Index* for the 20 year period spanning 1969 through 1988. The *Social Science Citation Index* covers more than 1,400 journals worldwide.

I have been fortunate to have my research and scholarly writings accorded significant recognition. Among other honors and awards are the following:

---

[11] As an indication of its selectivity and rigor, the *rejection* rate at the *Journal of Consumer Research* tends to hover between 85% and 88% of the papers submitted.

[12] Joseph Cote, Siew Meng Leong and Jane Cote. "Assessing the Dissemination and Utilization of Marketing Research in the Social Sciences: A Citation Analysis Approach." August 10, 1990.

1.    In 1978, I received the American Marketing Association's Harold H. Maynard award for an article judged to have made "the most significant contribution to marketing theory and thought" during the preceding year.

2.    In 1991, I received the American Academy of Advertising's first "Outstanding Contribution to Advertising" award for having made "a significant and sustained contribution to advertising research through a systematic program of research."

3.    In 1995, I was the fifth recipient to be awarded the American Psychological Association's Society for Consumer Psychology bi-annual "Distinguished Scientist Award" for "sustained, outstanding contributions to the field of consumer psychology."  (Basking in reflected glory, the third recipient was awarded a Nobel Prize in 2002.)

4.   Based upon my research productivity, I have been elected a Fellow in the following organizations: American Psychological Association, American Psychological Society, Association for Consumer Research, Society for Consumer Psychology, Society for Law and Psychology, Society for Personality and Social Psychology.  In each instance, the honor of being elected a Fellow is accorded to less than 10% of the membership.  In the case of the Association for Consumer Research, it is 1%.  I am also an Academic Fellow of the Center for Law and Business at New York University.

5.   I am listed in numerous "Who's Who" compilations, including: *Who's Who in the World, Who's Who in America*[13]*, Who's Who in Science and Engineering, Who's Who in Frontier Science and Technology, Who's Who in Advertising, Who's Who in American Education* and *Who's Who of Emerging Leaders in America.*

Approximately once every thirty years or so, an encyclopedia is published covering all the social and behavioral sciences.  The third such compendium, the 24 volume *International Encyclopedia of the Social and Behavioral Sciences* (Elsevier Science Ltd./Pergamon: Oxford, UK) was released in 2002.  Of the thousands of scholars whose principal focus is the study of consumer decision making and behavior, I was the one invited to write the chapter on Consumer Psychology.  The same distinction occurred in regard to being invited to write the chapter on "Consumer Psychology" that appears in *Corsini's Encyclopedia of Psychology* (Fourth Edition; Volume 1; 2010). John Wiley & Sons.

---

[13] The *New York Times* (November 13, 2005, Section 9, Page 1) reports that inclusion in *Who's Who in America* is based upon "position and accomplishment;" further, the two-volume set contains approximately 109,000 entries.

I have been active in many scholarly and professional organizations, including serving as President of the American Psychological Association's Society of Consumer Psychology (in 1974) and President of the Association for Consumer Research (in 1975).

Last, I have served on the Editorial Boards of the leading peer reviewed scientific journals in my field (*Journal of Consumer Research, Journal of Marketing Research*) as well as journals in other disciplines (*Computers and Human Behavior, Trademark Reporter*). Until I no longer accepted such requests, I also served as an ad hoc reviewer for other scholarly journals (including the *Journal of Applied Psychology, Journal of Applied Social Psychology, Journal of Finance, Journal of Marketing, Journal of Nonverbal Behavior, Journal of Public Policy and Marketing, Organization Behavior and Human Performance, Public Opinion Quarterly, and International Journal of Research in Marketing*). The job of an Editorial Board member/reviewer is to evaluate the quality of the submitted research/writings and, for each paper, to render a "publish –do not publish" recommendation to the Editor. In the process, the reviewer determines whether and to what extent the research conforms to basic scientific standards. In this way, reviewers at peer reviewed journals serve as the "gatekeepers" of their science.

# APPENDIX B:

# Academic Curriculum Vita of Jacob Jacoby

Name: **Jacob (Jack) Jacoby**

Vita updated: January 1, 2010

Home address and phone:

N.Y.U. office address and phone:

160 West 66th Street
Apartment PHA
New York, N.Y. 10023

Stern School of Business
New York University
40 West 4th Street, #909
New York, NY 10012

212-721-9005

212-998-0515

EDUCATION:

> Ph.D.  Michigan State University (1966 –
> Major: Social Psychology; Minors: Statistics, Sociology)
> M.A.  Brooklyn College, The City University of New York
> (1963 - Psychology)
> B.A.  Brooklyn College, The City University of New York
> (1961 - Psychology)

PROFESSIONAL EXPERIENCE:

1981 - present:  **Merchants Council Professor of Consumer Behavior and Retail Management,** Stern School of Business, New York University.

1981 - 1985:  Merchants Council Professor of Marketing, New York University and Director of the Institute of Retail Management.

1975 - 1981:  Professor, Department of Psychology, Purdue University

1971 - 1975:  Associate Professor, Department of Psychology, Purdue University.

1968 - 1971:  Assistant Professor, Department of Psychology, Purdue University

1976 (Jun.-Jul.)  Guest Professor, SFB 24,
1975 (May):  University of Mannheim, Mannheim, Germany

38

1965 - 1968:      Active duty (U.S. Air Force).  Served as Chief, Behavioral
                  Science Branch, the National Security Agency, Fort George G.
                  Meade, Maryland.  Duties were primarily to plan and conduct
                  applied research in industrial/organizational psychology.
                  Security clearance: Top Secret.

1966 - 1968:      (Part-time) Assistant Professorial Lecturer, Department of
                  Business and Public Administration George Washington Univ.
                  Promoted to Associate Prof. Lecturer the semester I left.

## MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS:

American Association for Public Opinion Research (1967-1968, 1972-1973; 1982-present)

American Marketing Association (1968-present)

American Psychological Association (Associate, 1963-1967; Member, 1968-1972; Fellow, 1973-present. Also elected to Fellow status by Divisions 8, 23 and 41.)

American Psychological Society (1996-present; Fellow 1998)

American Psychology-Law Society (1988-present; Fellow 1994)

Association for Consumer Research (1969-present, Fellow 1993)

International Trademark Association (1991-present)

Market Research Council (1990-present)

Midwestern Psychological Association (Member, 1968-1975)

Sigma Xi, The Scientific Research Society of North America (Associate Member, 1962-1968; Member, 1969-1981)

Society for the Psychological Study of Social Issues (Member, 1963-1968)

Society for Judgment and Decision Making (Member, 1986-1990)

## ACTIVITIES IN PROFESSIONAL ORGANIZATIONS:

1.    American Psychological Association
      - Member, Council of Representatives (governing body of APA), 1971-1973
      - Member, ad hoc Committee on Student Aid (COSA), 1973.

2.    **Society of Consumer Psychology** (Division 23) of the American
            Psychological Association
      - **PRESIDENT**, September 1973 to August 1974
      - Representative to APA Council of Representatives, 1971-1973
      - Member, Committee on Scientific and Professional Affairs, 1968-1971
      - Chairman, Convention Program Committee, 1970-1971
      - Contributing Editor, The Communicator, Division 23 Newsletter,
        1970-1973
      - Chairman, Membership Committee, 1971-1971
      - Member, Membership Committee, 1972-73
      - Policy Board Representative to the Journal of Consumer Research,

40

1971-1974, 1976-1978; Alternate Representative, 1974-1975
- Chairman, Fellowship Committee, 1975; 1980; Member, 1979, 1981
- Chairman, Election Committee, 1975

3. **Association for Consumer Research**

- **PRESIDENT**, 1975
- Member, Advisory Council (ACR's governing body thru 1972), 1969-1972
- Member, Executive Committee, 1973-1974, 1976
- Member, Program Committee, 1970-1971
- Member, Publications Committee, 1970-1972
- Chairman, Publications Committee, 1973
- Editor, ACR Newsletter, 1973
- Chairman, Election Committee, 1976
- Member, Election Committee, 1975, 1977
- Policy Board rep., *Journal of Consumer Research,* 1981-1984

4. American Association of Public Opinion Research

- Member, Professional Standards Revision Committee, 1983-1984
- Policy Board rep., *Journal of Consumer Research*, 1984-1986
- Member, ad hoc committee on changing *P.O.Q.* publisher, 1986

5. Market Research Council

- Executive Committee, Member at Large, 1991-1992
- Chairman, Marketing "Hall of Fame" Award Committee 1991-1992

6.      International Trademark Association

-     Member, Editorial Board, *The Trademark Reporter*, 1993-2003
-     Member, Advisory Board, Brand Names Educational Foundation,2004-6

**OTHER PROFESSIONAL ACTIVITIES:**

1. Reviewer of Manuscripts and Editorial Board Memberships.

- *Journal of Consumer Research,* Member, Editorial Board, 1973-1974.   -
Member, Policy Board
                    Representing APA-Division 23, 1971-1974, 1976-78
                            Alternate, 1974-1975
                    Representing ACR: 1981-1984
                    Representing AAPOR: 1984-1986
                    Vice Chairman of Policy Board: 1984-1986
- *Journal of Marketing Research*, Member, Editorial Board, 1972-1974.
- *Computers in Human Behavior*, Member, Editorial Board, 1984-1994.
- *Trademark Reporter*, member, Editorial Board, 1993-present.

41

- American Psychological Association, Annual Conventions: 1970-1976

- Association for Consumer Research, Annual Conventions: 1971, 1972, 1974, 1978, 1979, 1986, 1989, 1990
- ACR European Conference, 1995

- *Organization Behavior and Human Performance* - 1971
- 1972 American Marketing Association, Fall Convention
- 1972 Research Design Competition, APA-Division 23
- *Journal of Applied Social Psychology* 1972, 1984
- *Journal of Applied Psychology* 1972
- *Public Opinion Quarterly*, 1973, 1974
- *Journal Supplement Abstract Service*, Am. Psych. Assn. 1975
- American Marketing Association, 1979 Ph.D. dissertation competition
- *Journal of Marketing* (1980)
- *Journal of Finance* (1985)
- *Journal of Nonverbal Behavior* (1988)
- *International Journal of Research in Marketing* (1988)
- "Marketing and Public Policy" conference 1995,
- *Journal of Public Policy and Marketing*, 1997-1999
- *Reference Manual on Scientific Evidence.*
  Federal Judicial Center 1994 and 1999

2. <u>Reviewer of Proposals</u>
   - Food and Drug Administration(1975)
   - National Science Foundation (1973, 1974, 1975, 1976, 1979, 1980, 1986, 1988)
   - Social Science Research Council of Canada (1981)
   - Million Dollar Round Table (1979)

3. <u>Reviewer of Advertising</u>

   - Judge, 1991 Effie Awards

## <u>HONORS AND AWARDS</u>:

1969 - Admitted into Sigma Xi, the National Honorary Society of Science.

1973 - Elected a Fellow of the American Psychological Association
       1973 - Elected a Fellow of the Division of Consumer Psychology
       1981 - Elected a Fellow of the Division of Personality and Social Psychology
       1995 - Elected a Fellow of the Division of Law and Psychology

1973 - **President**, Division of Consumer Psychology, the American Psychological Association.

1975 - **President**, the Association of Consumer Research.

1978 – Recipient of the American Marketing Association's **Harold H. Maynard Award** for the article making the most "significant contribution of marketing theory and thought" in the *Journal of Marketing*, 1978.

1991 - First recipient, American Academy of Advertising's **Outstanding Contribution to Advertising Award** for having "made a significant and sustained contribution to advertising research through a systematic program of research."

1993 - Elected a **Fellow** of the Association of Consumer Research

1995 – Recipient of the Society of Consumer Psychology's fifth bi-annual **Distinguished Scientific Research Award.**

2001  - Appointed an **Academic Fellow**, the Center for Law and Business, NYU.

Listed in:
*Who's Who in the World*
*Who's Who in America*
*Who's Who in the East*
*Who's Who in Frontier Science and Technology*
*Who's Who of Emerging Leaders in America*
*Who's Who in Advertising*
*Who's Who in American Education*
*Men of Achievement* (13th edition)


MAJOR RESEARCH GRANTS AND CONTRACTS (Total: more than $1.1 million):

$148,000
from the National Science Foundation for studying:  "Amount, type, and order of package information acquisition in purchasing decision."  For the period from June 1, 1974 to December 30, 1976.  (GI-43687).

$155,000
from the Federal Trade Commission for:  "Study of likely impact of disclosure of life insurance costs on agent and consumer behavior." For the period from January 1, 1977 to August 4, 1978.  (L0226).

$181,000
from the American Association of Advertising Agencies for studying: "The Miscomprehension of Televised Communication".  For the period from February 1978 through February 1980.

43

$353,000
>   from the National Science Foundation for studying: "Assessing the effects of
>   science based information on consumer technological choices." (Co-
>   authored with James J. Jaccard).  For the period from February 15, 1980
>   through August 31, 1983 (PRA7920585).

$270,000
>   from The Advertising Educational Foundation, Ind. (Co-sponsored by the
>   American Association of Advertising Agencies and the American Advertising
>   Federation) for studying: "The Miscomprehension of Print Communication".
>   For the period from January 1983 through December 1985.

BOARD OF DIRECTORS (Non-academic):

1991-1994 - Advertising Educational Foundation.  (New York)
>                       Member, Board of Directors

# PUBLICATIONS

## M.S. THESIS AND Ph.D. DISSERTATION:

>   Jacoby, J. "Imprinting: An experimental approach to a biphasic
>   interpretation." Unpublished Master's Thesis, Brooklyn College, 1963.
>   (Major Professor:  Howard Moltz)

>   Jacoby, J.  "Situational anxiety and ordinal birth position as determinants of
>   dogmatism and authoritarianism." Unpublished Doctoral Dissertation. Michigan
>   State University, 1966. (Major Professor: Milton Rokeach) See: *Dissertation*
>   *Abstracts A. Humanities and Social Science*, 1967, 27, p. 4338-A.

## PUBLISHED TEST:

>   Jacoby J. and Terborg, J.R. (1975) *The Managerial Philosophies Scale*.
>   Teleometrics International, The Woodlands, Texas. Copyright.  This is a 36-
>   item Likert-type instrument designed to assess McGregor's Theory X-Theory
>   Y managerial orientations.  An Examiner's Manual is available (through
>   Teleometrics), as is a manuscript describing the scale's empirical
>   development (entitled: "Development and Validation of Theory X and Y scales
>   for assessing McGregor's Managerial Philosophies").

**BOOKS AND MONOGRAPHS**:

1. Uh1, J.N., Armstrong, J., Courtenay, H.V., Ishida, J.T., Kepner, K.W., Potter, H.C., and Jacoby, J. (1970) *Survey and evaluation of consumer education programs in the United States.* (2 volumes). Purdue Research Foundation, Lafayette, Indiana. March. 666 pages. Microfilm $2.50; hard copy $33.40 (Available from: ERIC Document Reproduction Service, ED-038-549, Fairmont Avenue, Bethesda, Maryland 20014).

2. Jacoby, J., Olson, J.C., Szybillo, G.J., and Hart, E.W. Jr. (1975) *Affirmative nutritional disclosure in advertising and selected alternatives: The likely impact on consumer behavior.* Washington, D.C.: Consumer Research Institute (Grocery Manufacturers of America, Inc.), December.

3. Jacoby, J. and Chestnut, R.W. (1977) *Amount, type, and order of package information acquisition in purchasing decisions.* Final report to the National Science Foundation (GI-43687), June.

4. Jacoby, J. and Olson, J.C. (1976) *Consumer reaction to price: An attitudinal, information-processing perspective.* Unpublished; 100 pages. (A 30-page condensation was published as article #69; see below).

5. Jacoby, J. and Chestnut, R.W. (1978) *Brand loyalty: Measurement and management.* New York: John Wiley and Sons.

6. Jacoby, J., Hoyer, W.D. and Sheluga, D.A., (1980) *The miscomprehension of televised communication.* New York: American Association of Advertising Agencies.

7. Jacoby, J. (1980) *Psychological foundations of consumer behavior: Lecture notes.* Bloomington, Indiana: TIS Incorporated, Publishing Division. (160 pages).

8. Jacoby, J. and Craig, C.S. (Eds.), (1984) *Personal selling: Theory, Research and Practice.* Lexington Books, Lexington, Mass.

9. Jacoby, J. and Jaccard, J.J. (1984) *The influence of health and safety information on consumer decision making concerning new technological products.* Final report to the National Science Foundation, June.

10. Jacoby, J. and Olson, J.C., (Eds.), (1984) *Perceived quality: How consumer view stores and merchandise.* Lexington Books, Lexington, Mass.

11. Jacoby J. and Hoyer, W.D., (1987) *The comprehension and miscomprehension of print communications: An investigation of mass media magazines.* (Sponsored by The Advertising Educational Foundation, Inc.) Lawrence Erlbaum Associates, Hillsdale, New Jersey.

12.   James Jaccard and Jacob Jacoby (2010) *Theory Construction and Model Building Skills: A Practical Guide for Social Scientists.* New York: Guilford Press. 391 pages.

13.   Jacob Jacoby and James Jaccard (In preparation) *Generalizing from Research: External Validity and Generalizability.*

14.   Jacob Jacoby and Jonathan Moskin (In preparation) *Trademark Surveys.* The American Bar Association.


## ARTICLES:


1.  Jacoby, J. (1967) The construct of abnormality:  Some cross-cultural considerations.  Journal of Experimental Research in Personality, 2, 1-15.

2.  Jacoby, J. (1967) Open-mindedness and creativity.  Psychological Reports, 20, 822.

3.  Jacoby, J. (1968) Birth-rank and pre-experimental anxiety.  Journal of Social Psychology, 76, 9-11.

4.  Jacoby, J. (1968) Examining the other organization:  A methodology for studying informal organizational structure of complex organizations. Personnel Administration, 31, 36-42.

5.  Jacoby, J. (1968) Work music and morale:  A neglected but important relationship.  Personnel Journal, 47, 882-886.

6.  Jacoby, J. (1968)  Creative ability of task-oriented versus person-oriented leaders.  Journal of Creative Behavior, 2, 249-253.

7.  Jacoby, J.  (1969) Time perspective and dogmatism:  A replication.  Journal of Social Psychology, 7, 281-82.

8.  Jacoby, J. (1969) Accuracy of person perception as a function of dogmatism. Proceedings, 77th Annual Convention, American Psychological Association, 4, 347-348.

9.  Jacoby, J.  (1970) The plight of the uniformed Air Force Psychologist. Professional Psychology, 1, 383-387.

10. Jacoby, J. (1971) Innovation proneness as a function of personality.  Journal of Marketing Research, 8, 244-247.  Reprinted in:  H.H. Kassarjian and T.S. Robertson (Eds.), Perspectives in Consumer Behavior (2nd ed.). Glenview, Illinois:  Scott Foresman, 1973, pp. 149-155.  (A one-page

abstract appears in David L. Sparks (Ed.). <u>Broadening the Concept of Marketing</u>. Chicago: American Marketing Association, 1970.)

11. Jacoby J. (1971) An attitudinal model of multi-brand loyalty: Preliminary results and promotional strategies. <u>Journal of Advertising Research</u>, <u>11</u>(3), 25-31.

12. Jacoby, J. (1971) Training consumer psychologists: The Purdue University program. <u>Professional Psychology</u>, <u>2</u>, 300-302.

13. Jacoby, J. (1971) A multi-indicant approach for studying new product adopters. <u>Journal of Applied Psychology</u>, <u>55</u>, 384-388. Reprinted in M. Wallendorf and G. Zaltman (Eds.), <u>The Consumer Behavior of Individuals and Organizations</u>. N.Y.: John Wiley, 1979.

14. Jacoby, J. ( 1971) Interpersonal perceptual accuracy as a function of dogmatism. <u>Journal of Experimental Social Psychology,</u>, <u>7</u>, 221-236.

15. Jacoby, J. (1971) Brand loyalty: A conceptual definition. <u>Proceedings 79th Annual Convention</u>, American Psychological Association, <u>6</u>, 655-656.

16. Jacoby, J. and Aranoff, D. (1971) Political polling and the lost letter technique. <u>Journal of Social Psychology</u>, <u>83</u>, 209-212.

17. Jacoby, J. and Matell, M. (1971) Three point Likert scales are good enough. <u>Journal of Marketing Research</u>, <u>8</u>, 495-500.

18. Jacoby, J., Olson, J.C., and Haddock, R.A. (1971) Price, brand name, and product composition characteristics as determinants of perceived   quality. <u>Journal of Applied Psychology</u>, <u>55</u>, 570-579.

19. Deering, B.J. and Jacoby, J. (1971) The effect of "alternative relationships" and "relative resources" on consumer decisions between mother and child. In David M. Gardner (Ed.) <u>Proceedings, Second Annual Conference</u>, The Association for Consumer research, <u>1</u>, 135-142.

20. Matell, M.S. and Jacoby, J. (1971) Is there an optimal number of alternatives for Likert scale items? Study I: Reliability and validity. <u>Educational and Psychological Measurement</u>, <u>31</u>, 657-674.

21. Olson, J.C. and Jacoby, J. (1971) A construct validation study of brand loyalty. <u>Proceedings, 79th Annual Convention</u>, American Psychological Association, <u>6</u>, 657-658.

22. Jacoby, J. (1972) Opinion leadership and innovativeness: Overlap and validity. In M. Venkatesan (Ed.), Proceedings, Third Annual Conference, The Association for Consumer Research, 2, 632-649.

23. Jacoby, J. and Kaplan, L.B. (1972) The components of perceived risk, In M. Venkatesan (Ed.), Proceedings, Third Annual Conference, The Association for Consumer Research, 2 382-393.

24. Bowen, D.D., Perloff, R. and Jacoby, J. (1972) Improving manuscript evaluation procedures. American Psychologist, 27, 221-225.

25. Deering, B.J. and Jacoby, J. (1972) Price intervals and individual price limits as determinants of product evaluation and selection. In M. Venkatesan (Ed.), Proceedings, Third Annual Conference, The Association for Consumer Research, 2, 145-166.

26. Deering, B. J. and Jacoby, J. (1972) Risk enhancement and risk reduction strategies for handling perceived risk. In M. Venkatesan (Ed.), Proceedings, Third Annual Conference, The Association for Consumer Research, 2, 404-416.

27. Heimbach, J.T. and Jacoby, J. (1972) The Zeigarnik effect in advertising. In M. Venkatesan (Ed.), Proceedings, Third Annual Conference, The Association for Consumer Research, 2 746-748.

28. Matell, M.S. and Jacoby, J. (1972) Is there an optimal number of alternatives for Likert scale items? Effects of testing time and scale properties. Journal of Applied Psychology, 56, 506-509.

29. Olson, J.C. and Jacoby, J. (1972) Cue utilization in the quality perception process. In M. Venkatesan (Ed.), Proceedings, Third Annual Conference, The Association for Consumer Research, 2, 167-179.

30. Szybillo, G.J. and Jacoby, J. (1972) The relative effects of price, store image, and intrinsic product differences on product quality evaluation. In M. Venkatesan (Ed.), Proceedings, Third Annual Conference, The Association for Consumer Research, 2, 180-186.

31. Jacoby, J., Kohn, C.A. and Speller, D.E. (1973) Time spent acquiring product information as a function of information load and organization. Proceedings, 81st Annual Convention, American psychological Association, 8 (2), 813-814.

32. Jacoby, J. and Kyner, D.B. (1973) Brand loyalty vs. repeat purchasing behavior. Journal of Marketing Research, 10, 1-9.

33. Hart, E.W. and Jacoby, J. (1973) The relationship of perceived newness to novelty, recency, and scarcity. Proceedings, 81st Annual Convention, American Psychological Association, 8 (2), 839-840.

34. Hollander, S.W. and Jacoby, J. (1973) Recall of crazy, mixed-up TV commercials. Journal of Advertising Research, 13 (3), 39-42.

35. Kohn, C.A. and Jacoby, J. (1973) Operationally defining the consumer innovator. Proceedings, 81st Annual Convention, American Psychological Association, 8 (2), 837-839.

36. Szybillo, G.J., Jacoby, J. and Busato, J. (1973) Effects of integrated advertising on perceived corporate hiring policy. Proceedings, 81st Annual Convention, American Psychological Association, 8 (2), 815-816.

37. Jacoby, J. (1974) Consumer reaction to information displays: Packaging and advertising. In S.F. Divita (Ed.), Advertising and the Public Interest. Chicago: American Marketing Association, 101-118.

38. Jacoby, J. (1974) Consumer behavior: A neglected but fertile field for psychological research. Contemporary Psychology, 19 (7), 543. (Review of S. Ward and T.S. Robertson, Eds., Consumer Behavior: Theoretical Sources. Englewood Cliffs, N.J., Prentice-Hall.)

39. Jacoby, J. (1974) The construct validity of opinion leadership. Public Opinion Quarterly, 38 (1), 81-8

40. Jacoby, J. and Olson, J.C. (1974) An extended expectancy model of consumer comparison process. In S. Ward and P. Wright (Eds.), Advances in Consumer Research, 1 319-333. Urbana, Illinois: Association for Consumer Research.

41. Jacoby, J., Speller, D.E. and Kohn, C.A. (1974) Brand choice behavior as a function of information load. Journal of Marketing Research, 11 (1), 63-69.

42. Jacoby, J., Speller, D.E. and Berning, C.A.K. (1974) Brand choice behavior as a function of information load: Replication and extension. Journal of Consumer Research, 1 (1), 33-42.

43. Berning, C.A.K. and Jacoby, J. (1974) Patterns of information acquisition in new product purchases. Journal of Consumer Research, 1 (2). 18-22.

44. Kaplan, L.B., Szybillo, G.J. and Jacoby, J. (1974) Components of perceived risk in product purchase: A cross-validation. Journal of Applied Psychology, 59 (3), 287-291.

45. Szybillo, G.J. and Jacoby, J. (1974) Intrinsic vs. extrinsic cues as determinants of perceived product quality. Journal of Applied Psychology, 59 (1), 74-78.

46. Szybillo, G.J. and Jacoby, J. (1974) Effects of different levels of integration on advertising preference and intention to purchase. Journal of Applied Psychology, 59 (3), 274-280.

47. Jacoby, J. (1975) Consumer psychology as a social psychological sphere of action. American Psychologist, 30 (10), 977-987. APA-Division 23 Presidential Address (Reprinted in: M. Wallendorf and G. Zaltman (Eds.), The Consumer Behavior of Individuals and Organizations, New York: John Wiley and Sons.)

48. Jacoby, J. (1975) Perspectives on a consumer information processing research program. Communication Research, 2 (3), 203-215. (Reprinted in: Michael Ray and Scott Ward (Eds.), Communicating with Consumers: The Information Processing Approach. Beverly Hills, Calif.: Sage, 13-25.)

49. Jacoby, J. (1975) A brand loyalty concept: Comments on a comment. Journal of Marketing Research, 12 (4), 484-487.

50. Jacoby, J. (1975) Ruminations of a consumer psychologist on the emerging energy crisis. In R. N. Andrews (Ed.), Can we meet our energy needs? President's Council Symposium, Purdue University. West Lafayette, Indiana: Purdue Research Foundation, 32-44.

51. Jacoby, J. and Small, C.B. (1975) The FDA approach to defining misleading advertising. Journal of Marketing, 39 (4), 65-68. Reprinted In: Jeffrey S. Edelstein (Ed.)(1999) Advertising Law in the New Media Age. New York: Practicing Law Institute.

53. Jacoby, J., Speller, D.E. and Berning, C.A.K. (1975) Constructive criticism and programmatic research: Reply to Russo. Journal of Consumer Research, 2 (2), 154-156.

54. Edel, E.C. and Jacoby, J. (1975) Examiner reliability in polygraph chart analysis: Identification of physiological responses. Journal of Applied Psychology, 60 (5), 632-634.

55. Jacoby, J. and Terborg, James R. (1975) How to interpret your scores on the Managerial Philosophies scale. Teleometrics Int'l., 1-7.

56. Jacoby, J. (1976) Consumer psychology: An octennium. In P. Mussen and M. Rosenzweig (Eds.), Annual Review of Psychology, 27, 331-358.

57. Jacoby, J. (1976) Consumer and industrial psychology: Prospects for theory corroboration and mutual contribution. In M.D. Dunnette (Ed.), The Handbook of Industrial and Organizational Psychology. Chicago: Rand McNally, 1031-1061.

58. Jacoby, J. (1976) Consumer research: Telling it like it is. In B.B. Anderson (Ed.), Advances in Consumer Research, 3, 1-11. ACR Presidential Address (Reprinted in M. Wallendorf and G. Zaltman (Eds.), The Consumer Behavior of Individuals and Organizations. New York: John Wiley and Sons, 1979.)

59. Jacoby, J. (1976) Defining misleading advertising: Reply to Preston. Journal of Marketing, 40(3), 57-58.

60. Jacoby, J., Chestnut, R.W., Weigl, K.C. and Fisher, W. (1976) Pre-purchase information acquisition: Description of a process methodology, research paradigm, and pilot investigation. In B.B. Anderson (Ed.), Advances in Consumer Research, 3, 306-314.

61. Jacoby, J., Szybillo, G.J. and Berning, C.A.K. (1976) Time and consumer behavior: An interdisciplinary overview. Journal of Consumer Research, 2 (3), 320-339. (Reprinted in: R. Ferber (Ed.), Selected Aspects of Consumer Behavior: A Summary from the Perspective of Different Disciplines. Prepared for the National Science Foundation. Directorate for Research Applications (RANN). NSF/RA 77-0013. Superintendent of Documents, U.S. Government Printing Office, Washington, D.C., 451-476.)

62. Bettman, J.R. and Jacoby, J. (1976) Patterns of processing in consumer information acquisition. In B.B. Anderson (Ed.), Advances in Consumer Research, 3, 315-320.

63. Kyner, D.B., Jacoby, J. and Chestnut, R.W. (1976) Dissonance resolution by grade school consumers. In B.B. Anderson (Ed.), Advances in Consumer Research, 3, 315-320.

64. Raffee, H., Hefner, M., Scholer, M., Grabicke, K. and Jacoby, J. (1976) Informationsverhalten und Markenwahl. Die Unternehmung, 2, 95-107.

65. Jacoby, J. (1977) Information load and decision quality: Some contested issues. Journal of Marketing Research, 14 (4), 569-573.

66. Jacoby, J. (1977) The emerging behavioral process technology in consumer decision making research. In W.D. Perrault, Jr. (Ed.), Advances in Consumer Research, 4, 263-265.

67. Jacoby, J. (1977) History and objectives underlying the formation of ACR's Professional Affairs Committee in W.D. Perrault, Jr. (Ed.) Advance in Consumer Research 4, 256-257.

68. Jacoby, J. (1977) Laboratory experiments:  Faulty and necessary. Journal of Consumer Policy, 1 (2), 183-185.

69. Jacoby, J., Berning, C.A.K., and Dietvorst, T.F. (1977) What about disposition?  Journal of Marketing, 41 (2) 22-28.

70. Jacoby, J., Chestnut, R.W. and Silberman, W. (1977) Consumer use and comprehension of nutrition information.  Journal of Consumer Research, 4 (2), 119-128.

71. Jacoby, J. and Olson, J.C. (1977) Consumer reaction to price:  An attitudinal, information-processing perspective. In Y. Wind an M. Greenberg (Eds.), Moving Ahead with Attitude Research.  Chicago:  American Marketing Association, 73-86.

72. Jacoby, J., Szybillo, G.J. and Busato-Schach, J. (1977)  Information acquisition behavior in brand choice situations.  Journal of Consumer Research, 3 (4), 209-216.

73. Chestnut. R.W. and Jacoby, J.  (1977) Consumer information processing:  Emerging theory and findings.  In A. Woodside, PhD. Bennett, and J.N. Sheth (Eds.), Foundations of Consumer and Industrial Buying Behavior. New York:  Elsevier, North-Holland, Inc., 119-133.

74. Jacoby, J. (1978) Consumer Research: A state of the art review. Journal of Marketing, 87-96.

75. Jacoby, J., Chestnut, R.W. and Fisher, W. (1978) A behavioral process approach to information acquisition in non-durable purchasing. Journal of Marketing Research, 15 532-544.

76. Jacoby, J., Chestnut, R.W., Hoyer, W., Sheluga, D.A. and Donahue, M.J. (1978) Psychometric characteristics of behavioral process data: Preliminary findings on validity and reliability, In Keith Hunt (Ed.) Advances in consumer research, 5, 546-554.

77. Jacoby, J., Sheluga, D., and Major, B. (1978)  Does format make a difference?:  Three studies.  In C. Leavitt (Ed.), Proceedings of the

Division 23 Program, 85th Annual Convention of the American Psychological Association, 15-16.

78. Sheluga, D.A. and Jacoby, J. (1978) Do comparative claims encourage comparison shopping? -- the impact of comparative claims on consumers' acquisition of product information.  In J. Leigh and C.R. Martin (Eds.), Current Issues and Research in Advertising.  Ann Arbor, Michigan: University of Michigan Press, 5, 23-28.

79. Sheluga, D.A., Jacoby, J. and Major, B.N. (1978) Whether to agree disagree or disagree-agree:  The effects of anchor order on item response.  In Keith Hunt (Ed.) Advances in consumer research, 5, 109-113.

80. Jacoby, F. and Jacoby, J. (1979) You're twenty years behind your market. 1979 Proceedings of the Million Dollar Round Table, Volume II.  Des Plaines, Illinois:  MDRT, 895-898.

81. Jacoby, F. and Jacoby, J. (1979) The psychology of persuasion. 1979 Proceedings of the Million Dollar Round Table, Volume II.  Des Plaines, Illinois:  MDRT, 899-906.

82. Kulich, R.J., Curran, J.P., Jacoby, J. and Mariotto, M.J. (1979) The application of assertiveness training to the consumer-salesperson interaction.  In F.M. Nicosia (Ed.), Proceedings of the Division 23 program, 86th Annual Convention of the American Psychological Association, 60-63.

83. Raffee, H., Jacoby, J., Hefner, M., Scholer, M. and Grabicke, (1979) K. Informationsentscheidungen bei unterschiedlichen Entscheidungsobjeckten (Information-decisions over different decision-objects).  In H. Meffert, H.Steffenhagen, and H.Freter (Eds.), Konsumenten-verhalton und Information (Consumer Behavior and Information) Weisbaden, West Germany, 113-159.

84. Sheluga, D.A., Jaccard, J.J. and Jacoby, J.  1979, Preference, search and choice:  An integrative approach.  Journal of Consumer Research, 6 (2), 166-176.

85. Chestnut, R.W. and Jacoby, J.  (1980) Product comprehension:  The case of permanent vs. term life insurance.  In J.C. Olson (Ed.), Advances in Consumer Research, 7 424-428.

86. Jacoby, J. (1981) Some perspectives on risk acceptance.  In K.B. Monroe (Ed.), Advances in Consumer Research, 8 511-516.

87. Jacoby, J. and Hoyer, W.D. (1981) What if opinion leaders didn't know more?  A question of nomological validity.  In k. Monroe (Ed.), <u>Advances in Consumer Research</u>, <u>8</u>, 299-303.

88. Jacoby, J., Hoyer, W.D., Raffee, H., Hefner, M. and Chestnut, R.W. (1981) Intra- and Inter-individual consistency in information acquisition:  A cross-cultural examination.  In H. Raffee, G. Silberer (Eds.), <u>Informationsverhalten des Konsumenten:  Ergegrisse empirischer Studien (Empirical Research in Consumer Information Behavior)</u>. Weisbaden, West Germany:  Gabler, 87-110.

89. Jacoby, J., Hoyer, W.D. and Sheluga, D.A.  (1981) Miscomprehending televised communication:  A brief report of findings.  In K. Monroe (Ed.), <u>Advances in Consumer Research</u>, <u>8</u>, 410-413.

90. Jacoby, J. and Jaccard, J.J.  (1981) The sources, meaning and validity of consumer complaint behavior:  A psychological analysis.  <u>Journal of Retailing</u>, <u>57</u> (3), 4-24.

91. Jacoby, J., Nelson, M.C. and Hoyer, W.D. (1981)  Correcting corrective advertising.  In K. Monroe (Ed.), <u>Advances in Consumer Research</u>, <u>8</u>, 416-418.

92. Jacoby, J., Olson, J.C., Szybillo, G.J. and Hart, E.W. Jr. (1981) Behavioral science perspectives on conveying nutrition information to consumers.  In J. Solms and R.W. Hall (Eds.), <u>Criteria of food acceptance:  How man chooses what he eats</u>.  Zurich, Switzerland:  Forster Publishing Ltd., p. 12-26.

93. Jacoby, J. and Hoyer, W.D. (1981) Reply to Mizerski's criticisms: 4 A's TV miscomprehension researchers say study's flaws aren't serious enough to change major conclusions.  <u>Marketing News</u>, July 24, <u>15</u> (2), p. 35-36.

94. Jacoby, J. and Hoyer, W.D. (1982) The miscomprehension of televised communication:  Selected findings.  <u>Journal of Marketing</u>, <u>46</u> (4), 12-26. (Reprinted in E. Wartella and D.C. Whitney, Eds., <u>Mass Communication Review Yearbook:  Volume 4</u>. Sage Publications: Beverly Hills, Calif., 129-144.)

95. Jacoby, J. and Hoyer, W.D. (1982) On the miscomprehension of televised communication:  A rejoinder.  <u>Journal of Marketing</u>, <u>46</u> (4), 35-43.  (Reprinted in E. Wartella and D.C. Whitney, Eds., <u>Mass Communication Review Yearbook: Volume  4</u>.  Sage Publications: Beverly Hills, Calif., 155-164.

96. Jacoby, J., Nelson, M.C. and Hoyer, W.D. (1982) Corrective advertising and affirmative disclosure statements: Their potential for confusing and misleading the consumer, Journal of Marketing, 46 (1), 61-72. (Reprinted in M. Wallendorf and J. Zaltman, Eds., Readings in Consumer Behavior. N.Y.: Wiley, 395-403.)

97. Chestnut, R.W. and Jacoby, J. (1982) Behavioral process research: Applications to business and public policy. In: Ungson, G.R. and Braunstein, D.N. (Eds.), Decision Making: An Interdisciplinary Inquiry. Boston: Kent Publishing Co., Pp. 232-248.

98. Hoyer, W.D., Jacoby, J. and Nelson M.C. (1982) A model for evaluating the impact of remedial advertising statements. In D.R. Corrigan, F.B. Kraft and R.H. Ross (Eds.), Proceedings, Southwestern Marketing Association, 9-12.

99. Jacoby, J., Hoyer, W.D. and Zimmer, O.R. (1983) To read, view or listen? A cross-media comparison of comprehension. In: J.H. Leigh and C.R. Martin Jr. (Eds.), Current Issues and Research in dvertising. Ann Arbor: The University of Michigan, 201-218.

100. Hoyer, W. D. and Jacoby, J. (1983) Three-dimensional information acquisition: An application to contraceptive decision making. In R.P. Bagozzi and A. Tybout (Eds.), Advances in consumer Research, 10, 618-623.

101. Hoyer, W.D., Jacoby, J. and Jaccard, J.J. (1983) Encoding and retention in an information acquisition choice task. In M.B. Mazis (Ed.), Proceedings of the Division 23 Program, 1982 Annual Convention of the American Psychological Association, 16-19.

102. Jacoby, J. (1984) Perspectives on information overload. Journal of Consumer Research, 10 (4), 432-435.

103. Jacoby, J. (1984) Some social psychological perspectives on closing. In J. Jacoby and C.S. Craig (Eds.), Personal Selling: Theory, Research and Practice. Lexington Books, Lexington Mass., P. 73-92.

104. Jacoby, J. (1984) Managing consumer reaction to the emerging financial services revolution. In A. W. Sametz (Ed.), The emerging financial industry: Implications for insurance products, portfolios, & planning. D.C. Heath: Lexington Books, Lexington, Mass. p. 69-72.

105. Jacoby, J. and Mazursky, D. (1984) Linking brand and retailer images: Do the potential risk outweigh the potential benefits? Journal of Retailing, 60 (2), 105-122.

106. Jacoby, J. and Mazursky, D. (1984) The impact of linking brand and retailer images on perceptions of quality. In Jacoby, J. and Olson, J.C. (Eds.), <u>Perceived quality:  How consumers view stores and merchandise</u>. Lexington Books, Lexington, Mass., 155-160. (N.B. This is a briefer version of a portion of the immediately preceding paper.)

107. Jacoby, M., Mazursky, D., Troutman, T. and Kuss, A.  (1984) When feedback is ignored:  The disutility of outcome feedback.  <u>Journal of Applied Psychology, 69</u>, 531-545.

108. Jacoby, J., Nelson, M., Hoyer, W.D., and Gueutal, H.G. (1984) Probing the locus of causation in the miscomprehension of remedial advertising statements.  In T.C. Kinnear (Ed.), <u>Advances in Consumer Research, Vol. XI.</u> Provo, Utah: Association for Consumer Research, <u>11</u> 379-384.

109. Jacoby, J., Zimmer, M.R. and Hoyer, W.D. (1984) A note on the reliability of content analysis. In J.R. Lumpkin & J.C. Crawford  (Eds.), <u>1984 Proceedings of the Southwest Marketing Association</u>, 131-134.

110. Chestnut, R.W. and Jacoby, J. (1984) The impact of interpersonal attraction on salesperson effectiveness.  In J. Jacoby and C.S. Craig (Eds.), <u>Personal selling: Theory, research and practice</u>.  Lexington Books, Lexington, Mass., 261-268.

111. Hoyer, W.D., (1984) Srivastava. R.K. and Jacoby, J.  Sources of miscomprehension in television advertising.  <u>Journal of Advertising</u>, 13 (2), 17-26.

112. Mazursky, D. and Jacoby, J. (1984) Forming impressions of merchandise and service quality:  An exploratory study.  In Jacoby, J. and Olson, J.C. (Eds.), <u>Perceived quality: How consumers view stores and merchandise</u>. Lexington Books, Lexington, Mass., p. 139-154.

113. Zimmer, M.R. and Jacoby, J. (1984) The selection of a contraceptive method as a joint decision of married couples.  In J.C. Anderson(Ed.), <u>Proceedings of the Division of Consumer Psychology</u>, American Psychological Association.  25-28.

114. Jacoby, J. (1985)  Survey and field experimental evidence.  In S. Kassin and L. Wrightsman (Eds.), <u>The psychology of evidence and courtroom procedure</u>.  Beverly Hills, Calif.:  Sage. 175-200.

115. Jacoby, J. (1985) The vices and virtues of consulting: Responding to a fairy tale.  In E. Hirschman and M.B. Holbrook (Eds.), <u>Advances in Consumer Research</u>, 12, 157-163.

116. Jacoby, J., Kuss, A., Mazursky, D. and Troutman, T. (1985) Effectiveness of security analyst information accessing strategies; A computer interactive assessment. <u>Computers in Human Behavior</u>, <u>1</u>, 95-113.

117. Hoyer, W.D. and Jacoby, J. (1985) The public's miscomprehension of public affairs programming, <u>Journal of Broadcasting and Electronic Media</u>, <u>29</u> (4), 437-443.

118. Jacoby, J., Troutman, T., Kuss, A., and Mazursky, D. (1986) Experience and expertise in complex decision making. R. Lutz, ed., <u>Advances in Consumer Research</u>, <u>13</u>, 469-472.

119. Jacoby, J. and Raskopf, R.L. (1986) Disclaimers in trademark infringement litigation: More trouble than they are worth? <u>The Trademark Reporter</u>, <u>76</u>, (1) 35-58.

120. Jacoby, J., Troutman, T. and Whittler, T. (1986) Viewer miscomprehension of the 1980 Presidential Debate, <u>Political Psychology</u>, <u>7</u> (2), 297-308.

121. Mazursky, D. and Jacoby, J. (1986) Exploring the development of store image, <u>Journal of Retailing</u>, <u>62</u> (2), 145-165.

122. Jacoby, J., Jaccard, J.J., Kuss, A., Troutman, T. and Mazursky, D. (1987) New directions in behavioral process research: Implications for social psychology, <u>Journal of Experimental Social Psychology</u>, <u>23</u> (2), 146-174.

123. Jacoby, J. (1987) Book review: "Survey questions: Handcrafting the standardized questionnaire" <u>Journal of Marketing Research</u>, <u>24</u> (3), 322.

124. Jacoby, J. and Hoyer, W.D. (1988) The Miscomprehension of Print communications: Selected findings. <u>Journal of Consumer Research</u>, <u>15</u>, 434-443.

125. Jacoby, J. (1988) Research quality and the frailty of verbal report data. <u>The Sixth Annual ARF Research Quality Workshop, Transcript Proceedings</u>. Sept., 103-108.

126. Jacoby, J. and Hoyer, W.D. (1990) The Miscomprehension of Mass Media Advertising Claims: A Re-Analysis of Benchmark Data. <u>Journal of Advertising Research</u>, June, <u>30</u> (3), 9-16.

127. Jacoby, J. (1991). Experimental designs in deceptive advertising and claim substantiation research. In: Cynthia M. Hampton-Sosa (Eds.) <u>Advances in Claims Substantiation</u>. NAD: Council of Better Business

Bureaus, pages 119-141.  Reprinted In: Jeffrey S. Edelstein (Ed.)(1996) <u>False Advertising and the Law: Coping with Today's Challenges</u>. New York: Practicing Law Institute. Also reprinted In: Jeffrey S. Edelstein (Ed.)(1999) <u>Advertising Law in the New Media Age</u>. New York: Practicing Law Institute.

128. Jacoby, J. and Handlin, A.H. (1991) Non-probability designs for litigation surveys, <u>The Trademark Reporter</u>, 81, 169-179.

129. Jacoby, J., Hoyer, W.D. and Brief, A.  (1992) Consumer and Industrial Psychology:  Prospects for theory corroboration and mutual contribution. In Marvin Dunnette (ED.)  <u>The Handbook of Industrial and Organizational Psychology</u>, 2nd edition, 377-441.

130. Jacoby, J. (1993)  Consumer psychology: Whither vs. wither.  <u>The Communicator</u>, Newsletter of APA-Division 23, Volume 27 (4), (June), 7-8.

131. Jacoby, J. (1993) "Scholarly impact" in consumer research: Evidence of convergent validity.  <u>ACR Newsletter</u> (December), 16-18.

132. Jacoby, J. (1994) Misleading research on the subject of misleading advertising.  <u>The Food and Drug Law Journal</u>, 49 (1), 21-36.  REPRINTED IN: <u>Advertising Law Anthology</u>.  Volume 17, Part II (July-December 1994). International Library, Arlington, VA. Pages 231-248. Reprinted In: Jeffrey S. Edelstein (Ed.)(1996) <u>False Advertising and the Law: Coping with Today's Challenges</u>. New York: Practicing Law Institute.

133. Jacoby, J. (1994) Erratum and supplementary data for "Scholarly impact in consumer research."  <u>ACR Newsletter</u> (March) page 12.

134. Jacoby, J. (1994)  Ethical issues in consumer research.  In C.T. Allen and D. Roedder-John (Eds) <u>Advances in Consumer Research</u>.  (Eds.) Vol. 21, p. 565.

135. Jacoby, J., Handlin, A.H. and Simonson, A. (1994)  Survey evidence in deceptive advertising cases under the Lanham Act: An historical review of comments from the bench.  <u>The Trademark Reporter</u>, 84 (5), 541-585. REPRINTED IN: <u>Advertising Law Anthology</u>.  Volumn 17, Part II (July-December 1994).  International Library, Arlington, VA.  Pages 857-904. REPRINTED IN: Jeffrey S. Edelstein (Ed.)(1996) <u>False Advertising and the Law: Coping with Today's Challenges</u>. New York: Practicing Law Institute.  Also reprinted In: Jeffrey S. Edelstein (Ed.)(1999) <u>Advertising Law in the New Media Age</u>. New York: Practicing Law Institute.

136. Jacoby, J., Jaccard, J.J. Currim, I., Kuss, A., Ansari, A., & Troutman, T. (1994) Tracing the impact of item-by-item information accessing on uncertainty reduction. <u>Journal of Consumer Research</u>, 21 (2), 291-303.

137. Jacoby, J. and Szybillo, G.J. (1994) Why disclaimers fail. <u>The Trademark Reporter</u>, 84 (2), 224-244.

138. Jacoby, J. (1995) Ethics, morality and the dark side of ACR: Implications for our future. In Frank Kardes and Mita Sujan (Eds.) <u>Advances in Consumer Research</u>, Association for Consumer Research. Vol. 22, 21-47.

139. Jacoby, J. and Szybillo, G.J. (1995) The FTC v. Kraft: A case of Heads we win, Tails you lose? <u>Journal of Public Policy and Marketing</u>, 14 (1), 1-14. Reprinted In: Jeffrey S. Edelstein (Ed.)(1996) <u>False Advertising and the Law: Coping with Today's Challenges</u>. New York: Practicing Law Institute. Also reprinted In: Jeffrey S. Edelstein (Ed.)(1999) <u>Advertising Law in the New Media Age</u>. New York: Practicing Law Institute.

140. Warwick, Ken, Jacoby, Jacob, Kover, Arthur, Lehman, Donald R., Masterson, James W., and Root, H. Paul (1995) Bridging theory and practice in marketing and marketing research: A roundtable discussion. <u>Marketing Review</u>, 51 (2), 12-21.

141. Johar, J., Jeddidi, K. and Jacoby, J. (1997) A varying parameter averaging model of on-line brand evaluations. *Journal of Consumer Research*. 24, 232-247.

142. Jacoby, J. (1997) Beyond brand equity: Marketing warfare in the '90s. *Stern Business*. Fall 13-15.

143. Jacoby, J., Johar, J. and Morrin, M. (1998) Consumer Behavior: A Quadrennium. *Annual Review of Psychology*, 49, 319-344.

144. Jacoby, J. and Morrin, M. (1998) "Not manufactured or authorized by..." Recent federal cases involving disclaimers. 17 (1), 97-107. *Journal of Public Policy and Marketing*

145. Morrin, M. and Jacoby J. (2000) Trademark dilution: Empirical measures for an elusive concept. *Journal of Public Policy & Marketing*. 19 (2) 265-276.

146. Jacoby, J. (2000) "Is it Rational to Assume Consumer Rationality? Some consumer psychological perspectives on Rational Choice Theory." *Roger Williams University Law Review*. Vol 6 (1), 81-161.

147.   Jacoby, J. (2001) The Psychological Foundations of Trademark Law: Secondary Meaning, Genericism, Fame, Confusion and Dilution. *The Trademark Reporter,* 91 (5), 1013-1071.

148.   Jacoby, J., Morrin, M., Johar, G., Gürhan, Z., Kuss, A. and Mazursky, M.(2001) "Training novice investors to become more expert: The role of information accessing strategy." *Journal of Psychology and Financial Markets.* (since renamed the *Journal of Behavioral Finance*) 2 (2), 69-79.

149.   Jacoby, J. (2001) "Consumer psychology." In: *The International Encyclopedia of the Social and Behavioral Sciences*. Elsevier Science Ltd./Pergamon: Oxford, UK. 2674-2678.

150.   Jacoby, J (2002). "Stimulus-Organism-Response Reconsidered: An evolutionary step in modeling (consumer) behavior." *Journal of Consumer Psychology*. 12 (1), 51-57.

151.   Jacoby, J., Morrin, M., Jaccard, J. Gurhan, Z. & Maheswaran, D. (2002) "Attitude formation as a function of incremental information input: A procedure for studying on-line processing models of attitude formation." *Journal of Consumer Psychology*. 12 (1), 21-34.

152.   Morrin, M., Jacoby, J., Johar, G., He, X., Kuss, A. and Mazursky, D. (in press). Taking stock of stock brokers: Exploring investor information accessing strategies via verbal protocols. In Susan Broniarczyk and Kent Nakamoto (Eds.) *Advances in Consumer Research, Vol. 29.* pages 164-165.

153.   Morrin, M., Jacoby, J., Johar, G., He, X., Kuss, A. and Mazursky, D. (2002) Taking stock of stock brokers: Exploring investor information accessing strategies via process tracing. *Journal of Consumer Research.* 29 (2), 188-198.

154.   Jacob Jacoby (2002) Experimental Design and the Selection of Controls in Trademark and Deceptive Advertising Surveys. *The Trademark Reporter* 92 (4) 890-956.

155.   Jacob Jacoby (2002) A critique of Rappeport's "Litigation Surveys – Social 'Science' as Evidence." 92 (5) *The Trademark Reporter*. 1480-1501.

156.   Jacob Jacoby (2006) Sense and nonsense in measuring sponsorship confusion. *Cardozo Arts and Entertainment Law Journal*. 24:1, 63-97.

157.    Gideon Mark and Jacob Jacoby (2006) Continuing Commercial Impression and its measurement. *Marquette Intellectual Property Law Review.* 10:3, 431–454. Copy also available at http://lsr.nellco.org/nyu_lewp/36. Article reprinted in ICFAI (Institute of Chartered Financial Analysts of India) University Press. Book entitled: "Trademarks: Concept and Context" 2008. Dr. A.V.N. Rao (Editor)Pages 221-250. Hyderabad, India (See: www.icfaipress.org.)

158.    Jacob Jacoby and Mark Sableman (2007) Keyword-Based Advertising: Filling in Factual Voids (*GEICO v. Google*). 97:3 *The Trademark Reporter.* 681-731.

159.    Jacob Jacoby (2008) Considering the Who, What, When, Where and How of Measuring Dilution. *Santa Clara Computer & High Tech Law Journal.* Vol. 24, Issue 3, 601-639.

160.    Wayne D. Hoyer & Jacob Jacoby (2010) "Consumer Psychology." In Irving Weiner and Edward Craighead (Eds.) *Corsini's Encyclopedia of Psychology* (Fourth Edition; Volume 1). NY: John Wiley & Sons. Pages 397-400.

# APPENDIX C.  METHOD

## Information responsive to U.S.C. Rule 26 requirements

# JACOB  JACOBY  RESEARCH,  INC.

**160 West 66th Street, Suite 60-A**          **212- 769 – 2700**
**New York, New York 10023-6570**          **fax:  212- 769 – 2763**


TO:          Robert Weiner, Esq.
             McDermott, Will & Emery,LLP


RE:          U.S.C. Rule 26 (Fed. R. Civ. P.) Requirements


DATE:        March 16, 2010


As required by the Federal Rules (Rule 26 of the U.S.C., Depositions and Discovery), the attached pages provide the following:  (1) a listing of cases in which I have "testified as an expert at trial or by deposition within the preceding four years," and (2) a list of all publications I have "authored within the preceding ten years."

The Federal Rules also require disclosure of the fees being charged.  I am charging $650 per hour for designing, supervising, interpreting and preparing a report of the consumer survey described in this report.  As they have invoiced McDermott, Will and Emery directly, I am not aware of how much TNS, the subcontractor, charged for implementing the survey I designed.


Sincerely,


/s/     Jacob Jacoby

### Jacob Jacoby -- Publications
### 2000 – 2010

<u>Books:</u>

James Jaccard and Jacob Jacoby (2010) *Theory Construction and Model Building Skills: A Practical Guide for Social Scientists.* New York: Guilford Press.

Jacob Jacoby and Jonathan Moskin (In preparation) *Trademark Surveys.* The American Bar Association.

<u>Articles:</u>

Morrin, M. and Jacoby J. (2000) "Trademark dilution: Empirical measures for an elusive concept." *Journal of Public Policy & Marketing.* 19 (2) 265-276.

Jacoby, J. (2000) "Is it Rational to Assume Consumer Rationality? Some consumer psychological perspectives on Rational Choice Theory." *Roger Williams University Law Review.* Vol 6 (1), 81-161.

Jacoby, J. (2001) The Psychological Foundations of Trademark Law: Secondary Meaning, Genericism, Fame, Confusion and Dilution. *The Trademark Reporter,* 91 (5), 1013-1071.

Jacoby, J. (2001) "Consumer psychology." In: *The International Encyclopedia of the Social and Behavioral Sciences.* Elsevier Science Ltd./Pergamon: Oxford, UK. 2674-2678.

Jacoby, J., Morrin, M., Johar, G., Gürhan, Z., Kuss, A. and Mazursky, M.(2001) "Training novice investors to become more expert: The role of information accessing strategy." *Journal of Psychology and Financial Markets* (since renamed the *Journal of Behavioral Finance*) 2 (2), 69-79.

Jacoby, J (2002). "Stimulus-Organism-Response Reconsidered: An evolutionary step in modeling (consumer) behavior." *Journal of Consumer Psychology.* 12 (1), 51-57.

Jacoby, J., Morrin, M., Jaccard, J. Gurhan, Z. & Maheswaran, D. (2002) "Attitude formation as a function of incremental information input: A procedure for studying on-line processing models of attitude formation." *Journal of Consumer Psychology.* 12 (1), 21-34.

Morrin, M., Jacoby, J., Johar, G., He, X., Kuss, A. and Mazursky, D. (2002). Taking stock of stock brokers: Exploring investor information accessing strategies via verbal protocols. In Susan Broniarczyk and Kent Nakamoto (Eds.) *Advances in Consumer Research, Vol. 29.* pages 164-165.

Morrin, M., Jacoby, J., Johar, G., He, X., Kuss, A. and Mazursky, D. (2002) Taking stock of stock brokers: Exploring investor information accessing strategies via process tracing. *Journal of Consumer Research.* 29 (2), 188-198.

Jacob Jacoby (2002) Experimental design and the selection of controls in trademark and deceptive advertising surveys.  92 (4) *The Trademark Reporter* 890-956.

Jacob Jacoby (2002)  A Critique of Rappeport's "Litigation Surveys—Social 'Science' as Evidence" 92 (6) *The Trademark Reporter* 1480-1501.

Jacob Jacoby (2006) Sense and Nonsense in Measuring Sponsorship Confusion. *Cardozo Arts and Entertainment Law Journal.* 24:1 (June) 63-97.

Gideon Mark and Jacob Jacoby (2006) Continuing Commercial Impression and its Measurement.  *Marquette Intellectual Property Law Review.* 10:3, 431-454.

Jacob Jacoby and Mark Sableman (2007) Keyword-Based Advertising: Filling in Factual Voids (*GEICO v. Google*). 97:3  *The Trademark Reporter*,  681-731.

Jacob Jacoby (2008) Considering the Who, What, When, Where and How of Measuring Dilution.  *Santa Clara Computer & High Tech Law Journal.* 24:3, 601-639.

Wayne D. Hoyer & Jacob Jacoby (2010) "Consumer Psychology." In  Irving Weiner and Edward Craighead (Eds.)  *Corsini's Encyclopedia of Psychology* (Fourth Edition; Volume 1). NY: John Wiley & Sons. 397-400.

## JACOB JACOBY  -  2005 COURTROOM TESTIMONY

Mar 2                Before Judge William E. Smith
                     USDC, D. Rhode Island
                     **The Beacon Mutual Insurance Company** v.
                     OneBeacon Insurance Group
                     Trademark matter


Jun 24               Before Judge Thomas Mcavoy

                     U.S.D.C.  N.D.N.Y.
                     **FiberMark Inc.** v.
                     Brownville Specialty Paper Products, Inc
                     Trade dress matter

Sep 21-22            Before Judge A. Howard Matz
                     U.S.D.C. C.D. California (Western Div)
                     Hill's Pet Nutrition, Inc. v. **Nutro Products, Inc.**
                     Deceptive advertising matter

Nov 18               Before Judge John F. Walter
                     U.S.D.C. C.D. California (Western Div)
                     **Red Bull, Inc**. v. Matador Concepts, Inc.
                     Trade dress matter


## JACOB JACOBY  -  2006 COURTROOM TESTIMONY

Apr 11               Before Judge Denise Cote
                     U.S.D.C. S.D.N.Y.
                     Juicy Couture, Inc. et al. v.
                     **L'Oreal USA, Inc., Lancome, et. al.**
                     Trademark matter


## JACOB JACOBY  -  2007 COURTROOM TESTIMONY

Jan 12               **Nextel Communications,** Inc. v. Motorola, Inc
                     T.T.A.B., Washington, D.C.

Deposition here equates to providing direct testimony before
the TTAB and cross-examination.
Trademark matter (acquired distinctiveness of 911 Hz chirp)

Oct 11     Before Judge Arthur Tarnow,
U.S.D.C., E. D. Michigan
Citizens Banking Corp. v. **Citizens First Bancorp, et al.**
Trademark matter

Dec 20     **Nextel Communications,** Inc. v. Motorola, Inc
T.T.A.B., Washington, D.C.
Deposition here equates to providing direct testimony before
the TTAB and cross-examination.
Trademark matter (acquired distinctiveness of 1800 Hz
chirp)

## JACOB JACOBY - 2009 COURTROOM TESTIMONY

Apr 14     Before Judge Marilyn L. Huff
U.S.D.C  S.D. California
Brighton Collectibles, Inc. v. **Marc Chantal USA, Inc.**
Trade dress matter

Oct  7     Before Judge Ann D. Montgomery
U.S.D.C.  Minnesota
Mooney et al. (class) v. **Allianz Life Ins. Co., No. America**
Deceptive sales practices matter

Nov 6     Before Judge Ann D. Montgomery
U.S.D.C.  Minnesota
Fair Isaac Corp. (FICO) et al. v. **Experian, Equifax and
TransUnion**
Likely confusion matter

## JACOB JACOBY  -  2006 DEPOSITION TESTIMONY

Jan 23    Liz Claiborne v. **L'Oreal (Lancome)**
          Trademark matter
          U.S.D.C.  S.D.N.Y.

Jan 30    U.S. A. v. QVC and **VitaQuest**
          Deceptive advertising matter
          U.S.D.C.  E.D. PA

Apr  7    **Red Bull et al.** v. Mon Chong Loong Trading Co & Foodmart Int'l.
          Trademark and Trade dress matter
          U.S.D.C. C.D. CA

June 22   K-Swiss, Inc. v. **Payless Shoe Source, Inc.**
          Trade dress matter
          U.S.D.C.  C.D. CA (Western Division)

Aug 29    **Hansen Bev. Co.** v. Rockstar, Inc. et al
          Trade dress matter
          U.S.D.C.  D. Nevada

Sep 15    **Kargo** v. Conde Nast  (NOT SURE THIS DATE IS CORRECT)
          U.S.D.C.  S.D.N.Y.
          Trademark matter

Sep 29    **WG Security Products et. al.** v. Tyco Int'l Ltd, et al.
          Deceptive advertising matter
          U.S.D.C.  C.D. CA (Western Div.)

Nov 20    **Wal-Mart Stores, Inc.** v. Charles Smith
          Trademark matter

Dec 18    **Republic** Tobacco, L.P. v. North Atlantic Trading Co., Inc. et al.
          Trade dress matter

## JACOB JACOBY  -  2007 DEPOSITION TESTIMONY

Jan 12    **Nextel Communications,** Inc. v. Motorola, Inc
          T.T.A.B., Washington, D.C.
          Deposition here equates to providing direct testimony before
               the TTAB and cross-examination.
          Trademark matter (acquired distinctiveness of 911 Hz chirp)

Jan 19    Vital Pharmaceutical (RedLine) v. **Red Bull**
          Trademark and Trade dress matter
          Miami, FL

67

| | |
|---|---|
| Mar 05 | Chicago Tribune Co. v. **Fox News Network**<br>Trademark matter<br>No. D. Illinois (Eastern Division) |
| Mar 12 | Bayer Healthcare v. **Merial LLC**<br>Deceptive advertising matter<br>District of Kansas |
| Apr 19 | **Hansen Beverage Co**. v. National Beverage Corp.<br>Trade dress matter<br>Central District of California |
| Apr 24 | TPI Holdings, Inc. v. **Josh Bond, d/b/a/ Rainforest Consulting Inc.**<br>Trade Dress Matter<br>Middle District of Tennessee |
| May 31 | Adidas-Salomon AG et al. v. **Payless ShoeSource, Inc.**<br>Trade dress matter<br>District of Oregon |
| July 19 | **Nextel Communications** v. Motorola, Inc.<br>Secondary meaning matter<br>USPTO, TTAB |
| Nov 1 | **Claimants** v. W.R. Grace & Co.<br>U.S. Bankruptcy Court, D. Delaware |
| Dec 12 | **Raymond Weil** v. Charlize Theron<br>USDC, SDNY |

**JACOB JACOBY  -  2008 DEPOSITION TESTIMONY**

| | |
|---|---|
| Jan 24 | Brighton Collectibles v. **Marc Chantal**<br>Trade dress confusion matter<br>USDC, SD CA |
| May 1 | Polaroid v. **Hewlett-Packard** |
| Jul  5 | The Evercare Co. v. **3M Company**<br>Materiality and deceptive labeling matter<br>USDC, ND GA |
| Nov 20 | Ameritox, Ltd. v. **Aegis Sciences Corp.**<br>Deceptive advertising matter<br>USDC, SD FL |
| Dec 15 | Fair Isaac Corp. v. **Equifax et al.**<br>Likely confusion & deceptive advertising matter<br>U.S.D.C.  D. Minnesota |

## JACOB JACOBY - 2009 DEPOSITION TESTIMONY

Jan 21    **Viacom et al.** v. Activision et al.
          Likelihood of Confusion Issue
          JAMS Arbitration Tribunal

Jan 23    Factory Five Racing, Inc. v. **Carroll Shelby & C. H. Shelby Trust**
          Trade dress matter
          U.S.D.C.

Mar  3    **Kerzner International Ltd. et al.** v. Monarch Casino & Resort
          Likely confusion matter
          U.S.D.C.  D. Nevada

Jul 18    Picture Me Press v. Portrait Corp. of America, **CPI Corp. and CPI
          Images.**
          Trademark matter
          U.S.D.C.  Northern District of Ohio

Aug 12    **Laryngeal Mask Co, Ltd. & LMA NA, Inc.** v. Ambu A/S, et al.
          Deceptive advertising matter
          U.S.D.C.  S.D. CA

Oct 16    **j2 Global Communication et al.** v. Zilker Ventures et al.
          Trademark matter
          U.S.D.C.  S.D. CA

# APPENDIX D.  METHOD

## A.  DESIGN PRINCIPLES AND STANDARDS

The study was designed and conducted in accordance with the seven-factor framework cited in the Federal Judicial Center's *Manual for Complex Litigation, Fourth* (Section 11.493), and with the greater amplification of this framework provided in the "Reference Guide on Survey Research" appearing in the FJC's 2000 *Reference Manual on Scientific Evidence*.[14]  Also considered in the design of this investigation were the implications of the Supreme Court's opinion in *Daubert v. Merrell Dow.*[15]

The seven factors from the *Manual for Complex Litigation* are quoted verbatim below.  The order in which they are cited departs from the original to more closely track the sequence of activities that typically occurs during the research process.

1. The population was properly chosen and defined;

2. The sample chosen was representative of that population;

3. The questions asked were clear and not leading;

4. The survey was conducted by qualified people following proper interviewing procedures;

5. The data gathered were accurately reported;

6. The data were analyzed in accordance with accepted statistical principles;

7. The process was conducted so as to insure objectivity.

---

[14]  At the request of the Federal Judicial Center, Jacob Jacoby author served as a peer reviewer for the *Reference Guide on Survey Research* that appears in both the first (1994) and second (2000) editions of the *Reference Manual on Scientific Research.*

[15]  *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579, 113 S. Ct. 2786, 125 L. Ed. 2d 469 (1993).

How the seven *Manual for Complex Litigation* factors were applied in the current investigation is discussed below. The discussion departs from the listed order in two respects.

a.    First, the researcher's qualifications (an element of Factor #4) are set forth in Appendix A to this report.

b.    Second, as exemplified throughout the report, Factor #7 – the need to insure objectivity -- exerted a pervasive impact throughout the design, implementation and interpretation of all aspects of the investigation.

## B. THE *MANUAL FOR COMPLEX LITIGATION* FACTORS

### FACTOR #1: *THE UNIVERSE (OR POPULATION)*

To be useful, research needs to ensure that it focuses on the "proper respondents." For this survey, the relevant population was defined as ***the entire adult population of South Korea, age 18 and above***, regardless of whether they had or had not previously heard of Dongguk University. According to the most recent figures available to this writer at the time the survey was conducted, the defined population consisted of approximately 38.5 million individuals.

### FACTOR #2: *SAMPLING PLAN*

When the universe is large, such as the population of a nation, it becomes impractical to test all members of the universe. For this reason, one selects a representative sample from the universe, tests these individuals, then extrapolates the findings to the universe at large. This is not unlike the situation where a physician needs to conduct a blood test. There is no need for the physician to draw all of the patient's blood; a sample will do just fine.

71

The set of rules one uses for selecting a sample is termed the sampling plan, and there are two broad categories of approaches, termed probability and non-probability sampling plans.  A probability sample is one in which every respondent has a known, non-zero probability of being included in the sample.  (For example, this would be equivalent to knowing that any card in a standard deck has a 1 in 52 chance of being selected on the first draw, a 1 in 51 chance of being selected on the second draw, etc.)  In a non-probability sample, one does not know the probability, or odds, of any particular member of the universe being selected.

The present study employed probability sampling procedures.  Because of the statistical properties involved, probability sampling enables us to place "plus or minus" estimates around findings obtained from samples of different sizes.  The larger the sample, the smaller the "plus or minus" estimate around a given finding.  For example, given a finding of 57.14% obtained using a probability sample of 350 individuals, we can be 95% confident that the true percent for the entire population to which the findings are to be extrapolated is somewhere between "plus or minus" 5.24% of 57.14% (or between 51.90% and 62.38%).  Given that same finding of 57.14% obtained using a probability sample of 3,500 individuals, we can be 95% confident that the true percent for the population is somewhere between "plus or minus" 1.66% of 57.14% (or between 55.48% and 58.80%).  During U.S. presidential campaigns, most polling organizations rely on sample sizes of 600 to 1,500 prospective e voters to gauge voter sentiment and predict election results.  With a sample size of 1,300 – the size of the sample used in the present investigation -- the

72

"plus or minus" around a finding of 50% is 2.7% and the "plus or minus" around a finding of 90% is 1.65%.[16]

The present survey used a Proportional Random Quota Sampling probability design to obtain a sample of 1,306 respondents representative of the population at large of South Korea, age 18 and above.  What Proportional Random Quota Sampling means is that prior to implementing the survey, quotas were set based on the age, gender, and regional distributions of the South Korean population, age 18 and older.  For example, the most recent data indicate that the South Korean population 18 and above consists of 13.1% aged 18 through 24, 49% males, and 21.8% residing in the Gyunggi region.  Accordingly, quotas were set so that 13.1% of the sample ended up being aged 18 through 24, 49% of the sample ended up being male, and 21.8% of the sample resided in the Gyunggi region.   Once a quota limit was satisfied, no additional individuals in that category were interviewed.

**FACTOR #3:  *QUESTIONNAIRE***

Designed by this author, the survey questions were developed to address the issues Plaintiff's counsel identified as important for their case.  As is customary practice, the questionnaire consisted of an introductory portion (termed the "Screener") to identify members of the defined universe and a second portion (termed the "Main questionnaire)" to assess the substantive questions at issue.  In constructing the questionnaire, close attention was paid to the wording and ordering

---

[16] The "plus or minus" range is greatest around a finding of 50% and becomes narrower as one approaches the extremes of 0% or 100%.

of questions so as to ensure that the questions asked, and the order in which they were asked, were clear and not leading or otherwise biasing. A copy of the questionnaire is provided in Appendix E.

The question development process proceeded in stages. After reading the Complaint and conferencing with Plaintiff's counsel, this author prepared a set of preliminary questions. Subsequently, these were discussed with counsel, then revised to be more responsive to their needs.

After Counsel and this author agreed that the questions satisfactorily addressed the requirements of the case and were free of bias, the questionnaire was sent to the Seoul, Korea office of TNS[17], the subcontractor retained to implement the survey. So as to enable direct conversations with TNS' Korean office regarding the questionnaire and how he wanted the survey implemented, this author requested the assistance of a translator. Ms. Jean Bae, one of the attorneys then working on this matter in McDermott Will & Emery's New York office, a native born Korean who spoke Korean fluently, was pressed into service for this purpose. During the conference call with the TNS researchers in Seoul (one of whom was a native born U.S. citizen who spoke English fluently), this author explained his requirements, asked questions of, and answered questions posed by the TNS researchers. TNS then translated the survey into Korean. It should be emphasized

---

[17] Headquartered in London, England, TNS is the world's leading custom market research company, operating in 75 countries around the world and having offices in New York City and Seoul.

that Ms. Bae acted solely as a translator, not as an attorney, during this and subsequent phone calls.

The translated questionnaire was then sent to an independent firm, the Korean Chinese Japanese Translation Service (located in Seoul), specializing in translating English into Korean and vice versa. This firm was given the task of "back translating" the Korean version into English. Once this back-translation had occurred, the questionnaire was returned to this author for his review and approval. This led to an additional round of phone conferences involving the TNS researchers in Seoul, Ms. Bae and this author to further clarify and improve wording, followed by TNS modifying the questionnaire and then having their Korean version back-translated into English. At that point, satisfied that TNS had captured the meaning and intent of the questions developed by this author, TNS was authorized to conduct the survey.

**FACTOR #4: *INTERVIEWING***

**Double Blind Interviewing**.  In accordance with standard practice for surveys conducted for the purpose of being proffered as evidence in a litigated matter, the study was administered under "double-blind" conditions. That is, not only were the respondents kept uninformed about the purpose and sponsorship of the study but the interviewers were similarly "blind" with respect to the purpose and sponsorship. Without such knowledge, the possibility that either some interviewer(s) or some respondent(s) might correctly guess the purpose and/or the sponsor of the

75

investigation is minimized.  At no time were either the supervisors or interviewers told that the study might be used for purposes of litigation.

**Implementation Period.**   Interviewing began on November 28, 2008 and ended on December 1, 2008.

## FACTOR #5:   *INSURING ACCURATE DATA*

The procedures used for insuring that the data are accurate are discussed in the Report of Findings section.

## FACTOR #6: *DATA ANALYSIS*

The data analyses are discussed in the Report of Findings section.

## FACTOR #7: *INSURING OBJECTIVITY*

As explicated and described herein, every aspect of the research process was designed to insure objectivity in the collection and interpretation of the data.

# APPENDIX E

Survey on University Image
2008 November 26th

Distribute samples according to age, sex and region based on national statistics.

Respondent ID :_____

Region :
1. Seoul
2. Busan
3. Daegu
4. Inchon
5. Gwangju
6. Daejon
7. Ulsan
8. Gyunggi
9. Gangwon
10. Chungbuk
11. Chungnam
12. Chunbuk
13. Chunnam
14. Gyungbuk
15. Gyungnam
16. Jeju

Region Size :
1. Large City
2. Small-Medium Sized City
3. Provincial Town

Hello. My name is (            ) with (            ). We are conducting an important survey regarding university image. We would greatly appreciate it if you would give us some of your precious time for our research.

SQ1) What is the main purpose of the phone you just answered? Is it _____?
1. A Home Phone
2. A Business/Work Phone
3. Or a Phone used both for work and at home
4. Refusal to answer/No answer (Do not read)

If the answer is 2, work phone, thank the respondent, hang up and circle the next un-circled number below. (Do not count in the quota)

1   2   3   4   5   6   7   8   9   10   11   12   13   14   15

If the respondent refuses to answer or answers "I don't know", thank the respondent, hang up and circle the next un-circled number below. (Do not count in the quota)

1   2   3   4   5   6   7   8   9   10   11   12   13   14   15

SQ2) How old are you?

1

If <u>18 years old or above</u>, fill in the age:  _____ years old

If <u>17 years old or below</u>, ask: "May I speak with someone 18 years old or above in the house?" If someone answers the phone in response to the question, conduct the interview again from the very beginning.

If there is no one who is 18 years old or above, circle a number below, hang up and circle the next un-circled number below. (Do not count in the quota)

    1   2   3   4   5   6   7   8   9   10   11   12   13   14   15

If the respondent refuses to answer or answers "I don't know", thank the respondent, hang up and circle the next un-circled number below. (Do not count in the quota)

    1   2   3   4   5   6   7   8   9   10   11   12   13   14   15

Check the quota. If quota has been surpassed, thank the respondent, hang up and circle the next un-circled number below. (Do not count in the quota)

    1   2   3   4   5   6   7   8   9   10   11   12   13   14   15

Note for TNS: When setting the quota and categorizing ages, use the following.

18-24

25-29

30-39

40-49

50-59

60-69

70 years old or above

SQ3) Sex:   1.Male   2.Female

Check the quota for each sex and if quota has been surpassed, thank the respondent, hang-up and circle the next un-circled number below. (Do not count in the quota)

    1   2   3   4   5   6   7   8   9   10   11   12   13   14   15

Q1. This interview will take approximately 10 minutes. If you feel that you do not know the answer or cannot answer any questions, there is no need to guess. If you say, "I don't know" or "I cannot recall", I will move on to the next question. Are you ready?

2

Q1a. Have you heard of the following universities? Have you heard of _____?

|  |  | Yes | No | Don't Know(Do not read) |
|---|---|---|---|---|
| Seoul National University |  | 1 | 2 | 3 |
| Ajou University |  | 1 | 2 | 3 |
| Dongguk University | 1 | 2 | 3 |  |
| Woojang University |  | 1 | 2 | 3 |

If the respondent answers, "No," "Don't know," or does not answer "Yes" to "Dongguk University," thank the respondent, hang-up and circle the next un-circled number below. (Do not count in the quota)

1    2    3    4    5    6    7    8    9    10    11    12    13    14    15

If the respondent answers "yes" to "Woojang University," thank the respondent, hang-up and circle the next un-circled number below. (Do not count in the quota)

1    2    3    4    5    6    7    8    9    10    11    12    13    14    15

In order to move on to the next question, the answer must be "Yes" to "Dongguk University" and must not be "Yes" to Woojang University.

Q2. The next few questions are related to Dongguk University.

|  |  | Yes | No | Don't Know (Do not read) |
|---|---|---|---|---|
| a. | Before today, did you know or have you heard that Dongguk University is a Buddhist university? | 1 | 2 | 3 |
| b. | Before today, did you know or have you heard that Dongguk Universty and Kyunghee University have decided to establish a joint MBA program? | 1 | 2 | 3 |
| c. | Before today, did you know or have you heard about Shin, Jung Ah's degree forgery incident at Dongguk University? | 1 | 2 | 3 |

If the answer to Q2b is "Yes", thank the respondent, hang-up and circle the next un-circled number below. (Do not count in the quota)

1    2    3    4    5    6    7    8    9    10    11    12    13    14    15

If the answer to Q2c is "Yes", say "As you remember, the Shin Jung Ah incident refers to the incident where Dongguk University employed Shin Jung Ah as a professor after Dongguk University believed Shin, Jung Ah's false claims and a forged document showing she received a doctorate degree from Yale University in the United States." And then ask Q3.

If the answer to Q2c is 'No' or 'I don't know', ask Q2a.

Q2a. The Shin Jung Ah incident refers to the incident where Dongguk University employed Shin Jung Ah as a professor after Dongguk University believed Shin, Jung Ah's false claims and a forged document showing she received a doctorate degree from Yale University in the United States." Have you seen, heard or read anything at all about this incident?

If the respondent simply answers "Yes", ask again and clarify: "By answering 'Yes' do you mean you



have heard, seen or read something about the incident or do you mean you have not heard, seen or read anything about the incident?"

1. Does remember seeing, hearing and reading about this incident (→ Go to Q3)
2. Does not remember seeing, hearing and reading about this incident (→ Go to D1)
3. Not sure; does not know; does not respond (do not read) (→ Go to D1)

People who answer number 2 or 3 skip to D1. Include in quota.

Q3. Some people may have learned about the Shin Jung Ah incident through conversation with other people, and other people may have learned about the Shin Jung Ah incident through reports on TV, the radio, in newspapers, magazines, on the internet or other media. Trying to remember the best that you can, is your knowledge about the Shin Jung Ah incident purely from what you came to know through conversations with other people? Or did some of what you know also come from reports you saw, heard or read in media sources such as TV or radio?
1. Came to know of it purely through conversations with other people
2. There is some that came through media reports
3. Don't know (Do not read)

Please also answer the remaining questions based on everything you remember seeing, hearing and reading about the Shin Jung Ah incident.

Q4a. In the process of employing Shin Jung Ah as a professor, which of the following do you think Dongguk University did?
*Ask the examples in the questions in rotation.*

1. Contacted Yale University to verify whether Shin Jung Ah received a doctorate degree (→ Skip to Q5a)
2. Did not contact Yale University to verify whether Shin Jung Ah received a doctorate degree (→Go to Q4b)
3. Have no thoughts about this (Do not read) (→ Skip to Q5a)
4. Don't know/No response (do not read) (→ Skip to Q5a)

Q4b. Do you think your belief that Dongguk University did not contact Yale University to verify whether Shin Jung Ah received a doctorate degree has affected or changed your view of Dongguk University?
1. Yes (Do not read)
2. No (Do not read)
3. Don't know/Cannot Remember/No Response (Do not read)

Q5a. Which of the following do you think Dongguk University did?

1. Dongguk University told the truth to the public about the attempt to contact Yale University to verify whether Yale University awarded Shin Jung Ah a doctorate degree. (→ Skip to Q6)
2. Dongguk University did not tell the truth to the public about the attempt to contact Yale University to

4



verify whether Yale University awarded Shin Jung Ah a doctorate degree (→ Go to Q5b)

3. Have no thoughts about this (Do not read) (→ Skip to Q6)

4. Don't know/No response (Do not read) (→ Skip to Q6)

Q5b. Do you think your belief that (Dongguk University) did not tell the truth about their effort to contact Yale University in order to verify whether Shin Jung Ah received a doctorate degree from Yale University has affected or changed your view of Dongguk University?

1. Yes (Do not read)

2. No (Do not read)

3. Don't know/Cannot Remember/No Response (Do not read)

Or, for people who answered "Yes" to Q4b OR Q5b, ask Q6.

(For people who answered "Yes" to neither Q4b nor Q5b, skip over Q6 and go to the next instruction.)

Q6. How has your view of Dongguk University changed after coming to know about the Shin Jung Ah incident?

*Ask the first two examples below in the sentence in rotation to half the respondents.*

1. My view of Dongguk University has become more positive

2. My view of Dongguk University has become more negative

3. Don't know/Cannot Remember/No Response (Do not read)

Instruction: For respondents that answered "Did not contact Yale University" to Q4a or, thought "Did not tell the truth" to Q5a, ask Q7. If not, skip to Q8.

Q7. From now on, I will ask you a few questions related to the effect Dongguk University's actions regarding the Shin Jung Ah incident had on Dongguk University students, alumni, faculty and the Republic of Korea.

Q7a. When you think about Dongguk University's actions in the Shin Jung Ah incident, which of the following do you think?

*Ask the first two examples below in the sentence in rotation to half the respondents.*

1. The actions of Dongguk University has brought shame on Dongguk University.

2. The action of Dongguk University has not brought shame on Dongguk University.

3. Don't know/No opinion (Do not read)

Q7b. When you think about Dongguk University's actions in the Shin Jung Ah incident, which of the following do you think?

*Ask the first two examples below in the sentence in rotation to half the respondents.*

4. The actions of Dongguk University has brought shame on Dongguk University students at the time.

5. The action of Dongguk University has not brought shame on Dongguk University students at the time.

6. Don't know/No opinion (Do not read)

Q7c. When you think about Dongguk University's actions in the Shin Jung Ah incident, which of the following do you think?

5

*Ask the first two examples below in the sentence in rotation to half the respondents.*

7.   The actions of Dongguk University has brought shame on Dongguk University alumni and graduates.
8.   The action of Dongguk University has not brought shame on Dongguk University alumni and graduates.
9.   Don't know/No opinion (Do not read)

Q7d. When you think about Dongguk University's actions in the Shin Jung Ah incident, which of the following do you think?
*Ask the first two examples below in the sentence in rotation to half the respondents.*

10.   The actions of Dongguk University has brought shame on Dongguk University faculty.
11.   The action of Dongguk University has not brought shame on Dongguk University faculty.
12.   Don't know/No opinion (Do not read)

Q7e. When you think about Dongguk University's actions in the Shin Jung Ah incident, which of the following do you think?
*Ask the first two examples below in the sentence in rotation to half the respondents.*

13.   The actions of Dongguk University has brought shame on the Republic of Korea.
14.   The action of Dongguk University has not brought shame on the Republic of Korea.
15.   Don't know/No opinion (Do not read)

Q8. From now on, I will shift the topic away from Dongguk University and ask you a few questions regarding all Universities in Korea.

In the past 1 year or 2 years, have you ever discussed your thoughts regarding any university in Korea with family members, friends or other people? It does not matter which university.

1.   Yes, I have
2.   I think I may have
3.   No, I have not
4.   I do not think I have
5.   Cannot remember/No response (Do not read)

Q9. What about giving advice, suggestions or recommendations? Thinking back, in the past 1 to 2 years, have you ever suggested or advised anyone to attend or not to attend a specific university in our country?

1.   Yes, I have
2.   I think I may have
3.   No, I have not
4.   I do not think I have
5.   Cannot remember/No response (Do not read)

When tabulating the data, use responses of "Yes" to questions Q9 and Q10 as separate banner points.

D1. I will read categories of occupations to you. When I finish reading the list, please tell me which category best describes your occupation.

1. I work in agriculture, forestry or fishing
2. I am Self-Employed / a military officer / a professor / in management / a professional  / a business owner
3. I am a white collar worker
4. I am a blue collar worker
5. I am a student
6. I am a housewife
7. I am retired
8. I am have trouble finding employment
9. Don't know/No answer(Do not read)
10. Other _____ (Specifically)

D2. Which of the choices categories below match the highest level of education you completed? (What is your highest level of education?)

1. No education                          -> End with "Thank you for participating"
2. Attended elementary school            -> End with "Thank you for participating"
3. Graduated elementary school           -> End with "Thank you for participating"
4. Attended middle school                -> End with "Thank you for participating"
5. Graduated middle school               -> End with "Thank you for participating"
6. Attended high school
7. Graduated high school
8. Attended university
9. Graduated university
10. Attended graduate school
11. Graduated graduate school

D3. Are you yourself thinking about attending university or graduate school within the next 5 years?

1. Yes, I am.
2. I think I may be.
3. No, I am not.
4. I don't I think I will be
5. No answer (Do not read)

Thank you very much for participating in the survey.

## To: McDermott

# Public Opinion Survey Report on

# University Image

Founded in 1963, the TNS Group, with over 200 offices in 90 countries around the world, is the largest polling and market research agency in the world.

[December 2008]

2011 Revised



# Contents

【Survey Outline】

1.  Survey Design.................................................................................................1

2.  Respondent Characteristics.............................................................................3

【Survey Results】

1. Awareness of Major Univerisites(n=1,306).........................................................4

2. Awareness of Information Regarding Dongguk University(n=1,250) .........................5

2a. Shin Jung Ah Incident – Aided Awareness(n=384) ............................................7

3 Shing Jung Ah Incident – Awareness Path(n=1,043) ...........................................8

4a. Opinion Regarding Dongguk University's Contact with Yale University(n=1,043)...................................9

4b. Influence of Non-contact with Yale University on the Public's View of Dongguk University(n=487) ... 11

5a. Opinion Regarding Whether Dongguk University Presented the Truth(n=1,043).........................12

5b. Influence of Avoidance of Truth Presentation on the Public's View of Dongguk University(n=661) ..... 14

6. Influence of The Shin Jung Ah Incident on the change of the public's view of Dongguk University(n=394).................................................................15

7a. Whether Dongguk University's Actions Brought Shame on Dongguk University(n=767) ..................... 16

7b. Whether Dongguk University's Actions Brought Shame on Dongguk University Students(n=767)...17

7c. Whether Dongguk University's Actions Brought Shame on Dongguk University Alumni and Graduates(n=767)...............................................................18

7d. Whether Dongguk University's Actions Brought Shame on Dongguk University Faculty(n=767) ........ 19

7e. Whether Dongguk University's Actions Brought Shame on the Republic of Korea(n=767)....................20

8. Discussions about Universities in Past 1-2 Years(n=1,043)...............................................22

9. Suggestions or Recommendations Regarding Attending Universities(n=1,043) .......................................23

▣ Appendix 1. Statistical Data

▣ Appendix 2. Questionnaire

*The number of cases(n) beside each question is the number of respondants that answered each of the question that were asked.

# I. Survey Design

## 【1】 Survey Methodology

| Survey Method | Telephone Survey Using Structured Questionnaire |
|---|---|

## 【2】 Sample Design

| Population | Nationwide: Male and Female Adults 18 years or above |
|---|---|
| Sample Size | 1,306 People |
| Sampling | Proportionate Random Quota Sampling |
| Margin of Error | ± 2.7%p (95% confidence level) |

## 【3】 Survey Progression

| Survey Period | Nov. 28, 2008 – Dec. 1, 2008 (3 Days) |
|---|---|
| Survey Institution | TNS Korea |

*Based on the 2008 Resident Registration Population Census

## 【4】 Number of Total Calls and Instances by Termination Type

### 1) Total Contact Status

| Category | Number of Calls | % |
|---|---|---|
| ⊞ Number of Total Calls ⊞ | 84,459 | 100.0% |
| No Answer | 37,346 | 44.2% |
| Invalid Number | 30,896 | 36.6% |
| Immediate Refusal | 10,336 | 12.2% |
| Refusal During Survey | 781 | 0.9% |
| Screened Termination | 3,794 | 4.5% |
| **Successful Survey** | **1,306** | **1.6%** |

### 2) Screened Termination Status

| Category | Number of Calls | % |
|---|---|---|
| ⊞ Total Number of Screened Terminations ⊞ | 3,794 | 100.0% |
| SQ1_ Termination due to Work Phone | 1,187 | 31.3% |
| SQ1_ Termination due to Refusal of Verification of Phone Type | 250 | 6.6% |
| SQ2_ Termination due to absence of someone at least 18 | 430 | 11.3% |
| SQ2_ Termination due to Refusal of Age Verification | 260 | 6.9% |
| SQ2_Termination due to Completion of Age Quota | 1,266 | 33.4% |
| SQ3_ Termination due to Completion of Sex Quota | 312 | 8.2% |
| Q1a_ Termination due to Awareness of Woojang University | 46 | 1.2% |
| Q2b_ Termination due to Awareness of Dongguk University/Kyunghee University joint MBA Program | 43 | 1.1% |

## II. Respondent Characteristics

| BASE : Total Respondents | Number of Cases | % |
|---|---|---|
| ▣ Total ▣ | 1,306 | 100.0 |
| ▣Region▣ | | |
| Seoul | 271 | 20.8 |
| Busan | 97 | 7.4 |
| Daegu | 64 | 4.9 |
| Inchon | 70 | 5.4 |
| Gwangju | 33 | 2.5 |
| Daejon | 37 | 2.8 |
| Ulsan | 26 | 2.0 |
| Gyunggi | 283 | 21.7 |
| Gangwon | 41 | 3.1 |
| Chungbuk | 38 | 2.9 |
| Chungnam | 57 | 4.4 |
| Chunbuk | 53 | 4.1 |
| Chunnam | 59 | 4.5 |
| Gyungbuk | 74 | 5.7 |
| Gyungnam | 85 | 6.5 |
| Jeju | 18 | 1.4 |
| ▣ Region Size ▣ | | |
| Large City | 598 | 45.8 |
| Small-Medium Sized City | 532 | 40.7 |
| Provincial Town | 176 | 13.5 |
| ▣ Sex ▣ | | |
| Male | 633 | 48.5 |
| Female | 673 | 51.5 |
| ▣Age▣ | | |
| 18-24 years old | 172 | 13.2 |
| 25-29 years old | 119 | 9.1 |
| 30-39 years old | 238 | 18.2 |
| 40-49 years old | 285 | 21.8 |
| 50-59 years old | 211 | 16.2 |
| 60-69 years old | 155 | 11.9 |
| 70 years old or above | 126 | 9.6 |



## 1. Awareness of Major Universities(n=1,306)

| Awareness: 'Seoul National University' 99.6% · 'Dongguk University' 95.7% · 'Ajou University' 91.9% | | | | | | | |
|---|---|---|---|---|---|---|---|
| Question ▶ | Have you heard of the following universities? | | | | | | |
| | Yes | | No | | Don't know | | Total |
| | % | Population (Number) | % | Population (Number) | % | Population (Number) | |
| Seoul National University | 99.6% | 38,729,253 | 0.4% | 155,539 | - | - | 100.0% |
| Ajou University | 91.9% | 35,735,124 | 6.9% | 2,683,051 | 1.2% | 466,617 | 100.0% |
| Dongguk University | 95.7% | 37,212,746 | 3.8% | 1,477,622 | 0.5% | 194,424 | 100.0% |

o  Results show that the majority of respondents are aware of Seoul National University – Ajou University – Dongguk University.

o  Awareness of "Seoul National University" was the highest at 99.6%.  Next was "Awareness of Dongguk University (95.7%)" and "Awareness of Ajou University (91.9%)" respectively.

### [Analysis by Respondent Characteristic (%)]

| | | Awareness of Seoul National University | Awareness of Ajou University | Awareness of Dongguk University |
|---|---|---|---|---|
| Total | | 99.6 | 91.9 | 95.7 |
| Total Age | 18-24 years old | 99.4 | 92.4 | 95.3 |
| | 25-29 years old | 100.0 | 97.5 | 98.3 |
| | 30-39 years old | 100.0 | 98.3 | 100.0 |
| | 40-49 years old | 99.6 | 97.9 | 98.9 |
| | 50-59 years old | 99.5 | 95.3 | 98.1 |
| | 60-69 years old | 99.4 | 79.4 | 88.4 |
| | 70 Years Old and Above | 99.2 | 69.8 | 83.3 |
| University /Graduate School Attendance | Thinking about Attending | 99.6 | 97.4 | 100.0 |
| | Not Thinking about attending | 99.7 | 98.0 | 100.0 |
| Discussions about Universities | Have Discussed | 99.5 | 98.9 | 100.0 |
| | Have not Discussed | 100.0 | 97.0 | 100.0 |
| University Recommendation | Have recommended | 99.7 | 98.5 | 100.0 |
| | Have not recommended | 99.7 | 98.0 | 100.0 |

o  Results show that more than 9 out of 10 respondents are aware of Seoul National University/Ajou University/Dongguk University.

o  "Awareness of Ajou Univesity" showed to be relatively lower in the following groups, ▶ 6 0-69 years old (79.4%) and 70 Years Old and Above (69.8%)



## 2. Awareness of Information Regarding Dongguk University(n=1,250)

| Awareness of Dongguk University as a Buddhist University, 74.7% Awareness that Dongguk University did not aid in the Shin Jung Ah degree forgery incident, 66.3% | | | | |
|---|---|---|---|---|
| Question ▸ | The following questions are regarding Dongguk University. | | | |
| | | Number of Cases | % | Population (Number) |
| Before today, did you know or have you heard that Dongguk University is a Buddhist university? | Yes | 976 | 74.7% | 29,046,940 |
| | No | 231 | 17.7% | 6,882,608 |
| | Don't know/No answer | 43 | 3.3% | 1,283,198 |
| | Did not ask | 56 | 4.3% | 1,672,046 |
| | Total | 1,306 | 100.0% | - |
| Before today, did you know or have you heard about Shin Jung Ah's degree forgery incident at Dongguk University? | Yes | 866 | 66.3% | 25,780,617 |
| | No | 308 | 23.6% | 9,176,811 |
| | Don't know/No answer | 76 | 5.8% | 2,255,318 |
| | Did not ask | 56 | 4.3% | 1,672,046 |
| | Total | 1,306 | 100.0% | - |

- Of a total of 1,306 respondents, 74.7% answered that they "did know or have heard that Dongguk University is a Buddhist university."
- Of a total of 1,306 respondents, 66.3% answered that they "did know or have heard about the Shin, Jung Ah's degree forgery incident at Dongguk University."

[Analysis by Respondent Characteristic (%)]

| | | Awareness of Dongguk University as a Buddhist University | Unaided Awareness of Shin Jung Ah Incident |
|---|---|---|---|
| Total | | 74.7 | 66.3 |
| Age | 18-24 years old | 61.0 | 60.5 |
| | 25-29 years old | 65.5 | 72.3 |
| | 30-39 years old | 74.8 | 77.7 |
| | 40-49 years old | 86.3 | 79.6 |
| | 50-59 years old | 85.3 | 73.0 |
| | 60-69 years old | 75.5 | 46.5 |
| | 70 Years Old and Above | 57.1 | 30.2 |
| University /Graduate School Attendance | Thinking about Attending | 80.7 | 80.3 |
| | Not Thinking about attending | 81.4 | 74.9 |
| Discussions about Universities | Have Discussed | 87.9 | 88.6 |
| | Have not Discussed | 79.0 | 76.2 |
| University Recommendation | Have recommended | 85.8 | 88.8 |



5

| Have not recommended | 82.8 | 80.2 |
|---|---|---|

o      "Unaided Awareness of the Shin Jung Ah Incident" showed to be especially high among the following groups: ►Seoul (78.2%) ►30~39 years old (77.7%) ►40~49 years old (79.6%) ► Self-Employed / professor / business owner (83.1%), white collar worker (81.5%) ►Graduated University(83.1%), Graduated Graduate School(94.3%) ►Thinking about Attending University/Graduate School(80.3%) ►Had Discussions Related to Universities (88.6%) ►Have Recommended Universities(88.8%), Have not Recommended Universities (80.2%)



## 2a. Shin Jung Ah Incident - Aided Awareness(n=384)

| "I remember" the Shin Jung Ah incident, 13.6% | | | |
|---|---|---|---|
| Question ▸ | The Shin Jung Ah incident refers to the incident where Dongguk University employed Shin Jung Ah as a professor after Dongguk University believed Shin Jung Ah's false claims and a forged document showing she received a doctorate degree from Yale University in the United States." Have you seen, heard or read anything at all about this incident? | | |
| | **Number of Cases** | **%** | **Population (People)** |
| Yes | 177 | 13.6% | 5,288,332 |
| No | 151 | 11.6% | 4,510,636 |
| Don't Know/No Response | 56 | 4.3% | 1,672,046 |
| Did not ask | 922 | 70.5% | 27,413,778 |
| Total | 1,306 | 100.0% | - |

○ Of a total of 1,306 respondents, after hearing a summary of the incident, 13.6% of respondents answered that they "have seen, heard or read" about this incident. On the other hand, 11.6% "had not heard."

### [Analysis by Respondent Characteristic (%)]

| | | **Have Heard** | **Have not Heard** |
|---|---|---|---|
| Total | | 13.6 | 11.6 |
| Age | 18-24 years old | 16.9 | 16.9 |
| | 25-29 years old | 13.4 | 8.4 |
| | 30-39 years old | 10.9 | 9.2 |
| | 40-49 years old | 10.2 | 6.0 |
| | 50-59 years old | 13.7 | 9.0 |
| | 60-69 years old | 19.4 | 12.9 |
| | 70 Years Old and Above | 14.3 | 27.0 |
| University/Graduate School Attendance | Thinking about Attending | 12.0 | 6.6 |
| | Not Thinking about attending | 13.4 | 9.0 |
| Discussions about Universities | Have Discussed | 11.4 | 0.0 |
| | Have not Discussed | 23.8 | 0.0 |
| University Recommendation | Have recommended | 11.2 | 0.0 |
| | Have not recommended | 19.8 | 0.0 |

○ "Aided Awareness of the Shin Jung Ah Incident" showed to be especially high among the following groups: ▸Daegu(21.9%) ▸60~69 years old(19.4%) ▸ Agriculture/Forestry/Fishing(25.0%) ▸ Graduated Middle School (27.6%) ▸ Did not Have Discussions Related to Universities (23.8%)



### 3. Shin Jung Ah Incident - Awareness Path(n=1043)

| Shin Jung Ah incident, "came to know through media reports" 78.9% | | | |
|---|---|---|---|
| Question ▶ | Some people may have learned about the Shin Jung Ah incident through conversation with other people, and other people may have learned about the Shin Jung Ah incident through reports on TV, the radio, in newspapers, magazines, on the internet or other media. Trying to remember the best that you can, is your knowledge about the Shin Jung Ah incident purely from what you came to know through conversations with other people? Or did some of what you know also come from reports you saw, heard or read in media sources such as TV or radio? | | |
| | Number of Cases | % | Population (People) |
| Came to know of it purely through conversations with other people | 11 | 0.8% | 311,078 |
| There is some that came through media reports | 1,031 | 78.9% | 30,680,101 |
| Don't know / No Response | 1 | 0.1% | 38,885 |
| Did not ask | 263 | 20.2% | 7,854,728 |
| Total | 1,306 | 100.0% | - |

○  Of a total of 1,306 respondents, 78.9% answered that they "came to know of the incident" not only through conversations with other people but also "through media reports."

**[Analysis by Respondent Characteristic (%)]**

| | | Purely through conversations | Through media reports |
|---|---|---|---|
| **Total** | | **0.8** | **78.9** |
| Age | 18-24 years old | 2.3 | 75.0 |
| | 25-29 years old | 1.7 | 84.0 |
| | 30-39 years old | 0.0 | 88.7 |
| | 40-49 years old | 0.7 | 89.1 |
| | 50-59 years old | 0.9 | 85.8 |
| | 60-69 years old | 0.6 | 64.5 |
| | 70 Years Old and Above | 0.0 | 44.4 |
| University/Graduate School Attendance | Thinking about Attending | 0.7 | 91.6 |
| | Not Thinking about attending | 0.8 | 87.4 |
| Discussions about Universities | Have Discussed | 1.1 | 98.9 |
| | Have not Discussed | 1.1 | 98.7 |
| University Recommendation | Have recommended | 1.2 | 98.8 |
| | Have not recommended | 1.0 | 98.9 |

○  Respondents from all groups responded that they "Came to know of the Shin Jung Ah incident through media reports."



8

## 4a.  Opinion Regarding Dongguk University's Contact with Yale University(n=1,043)

| Dongguk University's Contact of Yale University; Did not Contact 37.3% | | | | |
|---|---|---|---|---|
| **Question ▸** | In the process of employing Shin Jung Ah as a professor, which of the following do you think Dongguk University did? | | | |
| | | Number of Cases | % | Population (People) |
| Contacted Yale University to verify whether Shin Jung Ah received a doctorate degree | | 301 | 23.0% | 8,943,502 |
| Did not contact Yale University to verify whether Shin Jung Ah received a doctorate degree | | 487 | 37.3% | 14,504,027 |
| Have no thoughts about this | | 22 | 1.7% | 661,042 |
| Don't know/No response | | 233 | 17.8% | 6,921,493 |
| Did not ask | | 263 | 20.2% | 7,854,728 |
| Total | | 1,306 | 100.0% | - |

º   Regarding Dongguk University's process in naming Shin Jung Ah as professor, 37.3% of the total of 1,306 respondents answered that "Dongguk University did not contact Yale University to verify whether Shin Jung Ah received a doctorate degree."

### [Analysis by Respondent Characteristic (%)]

| | | Did Contact | Did not Contact |
|---|---|---|---|
| Total | | 23.0 | 37.3 |
| Age | 18-24 years old | 26.7 | 39.0 |
| | 25-29 years old | 16.8 | 46.2 |
| | 30-39 years old | 26.1 | 51.7 |
| | 40-49 years old | 26.7 | 43.5 |
| | 50-59 years old | 26.1 | 34.1 |
| | 60-69 years old | 20.6 | 17.4 |
| | 70 Years Old and Above | 7.9 | 15.1 |
| University/Graduate School Attendance | Thinking about Attending | 27.7 | 50.7 |
| | Not Thinking about attending | 27.2 | 41.9 |
| Discussions about Universities | Have Discussed | 30.8 | 52.9 |



9

| | | | |
|---|---|---|---|
| | Have not Discussed | 27.1 | 39.6 |
| University Recommendation | Have recommended | 28.7 | **55.9** |
| | Have not recommended | 28.9 | 42.5 |

○ 'Did Contact' was relatively higher in the following groups: ►Inchon (30.0%) ► Self-Employed / professor / business owner (33.3%) ► Graduated Graduate School (40.0%).

○ 'Did Contact' was especially higher in the following groups: ►25~29 years old (46.2%), 30~39 years old (51.7%), 40~49 years old (43.5%) ►white collar worker (52.4%), student (45.5%) ►Attended University (47.8%), Graduated University(50.8%) ►Thinking about Attending University/Graduate School (50.7%) ►Had Discussions Related to Universities (52.9%) ►Have Recommended Universities (55.9%)

tns



## 4b. Influence of Non-contact with Yale University on the Public's View of Dongguk University (n=487)

| Dongguk University's non-contact of Yale University, "Affected view of Dongguk University" 17.9% | | | |
|---|---|---|---|
| **Question ▶** | Do you think your belief that Dongguk University **did not** contact Yale University to verify whether Shin Jung Ah received a doctorate degree has affected or changed your view of Dongguk University? | | |
| | **Number of Cases** | **%** | **Population (People)** |
| Yes | 234 | 17.9% | 6,960,378 |
| No | 206 | 15.8% | 6,143,797 |
| Don't Know/No Response | 47 | 3.6% | 1,399,852 |
| Did not ask | 819 | 62.7% | 24,380,765 |
| Total | 1,306 | 100.0% | - |

o   Of a total of 1,306 respondents, 17.9% answered that such truth "had affected or changed their view" of Dongguk University while 15.8% responded that it "had not affected or changed their view."

**[Analysis by Respondent Characteristic (%)]**

| | | **Did affect/change** | **Did not affect/change** |
|---|---|---|---|
| **Total** | | **17.9** | **15.8** |
| Age | 18-24 years old | 17.4 | 19.8 |
| | 25-29 years old | **26.9** | 16.8 |
| | 30-39 years old | **26.5** | 21.8 |
| | 40-49 years old | 21.1 | 18.2 |
| | 50-59 years old | 15.2 | 13.3 |
| | 60-69 years old | 9.0 | 5.8 |
| | 70 Years Old and Above | 2.4 | 8.7 |
| University/Graduate School Attendance | Thinking about Attending | **24.8** | 22.6 |
| | Not Thinking about attending | 19.9 | 18.0 |
| Discussions about Universities | Have Discussed | **28.1** | 21.1 |
| | Have not Discussed | 15.6 | 18.4 |
| University Recommendation | Have recommended | **28.1** | 22.2 |
| | Have not recommended | 19.8 | 18.7 |

o   "Did change" was especially higher in the following groups:  ►25~29 years old (26.9%), 30~39 years old (26.5%)  ☐Self-Employed / professor / business owner (24.4%), white collar worker (25.6%)  ☐Attended University (23.3%), Graduated University (27.2%)  ►Thinking about Attending University/Graduate School  (24.8%) ►Had Discussions Related to Universities (28.1%) ►Have Recommended Universities (28.1%)

o   "Did not Change" was relatively higher in the following groups:  ►Inchon (24.3%) ►Student (22.1%)  ►Attended High School (23.5%), Graduated Graduate School (22.9%).





## 5a. Opinion Regarding Whether Dongguk University Presented the Truth (n=1,043)

| Dongguk University's Presentation of the Truth, Did not tell the truth 50 6% | | | | |
|---|---|---|---|---|
| Question ▶ | Which of the following do you think Dongguk University did? | | | |
| | | Number of Cases | % | Population (People) |
| Dongguk University told the truth to the public about contacting Yale University to verify whether Yale University awarded Shin Jung Ah a doctorate degree. | | 123 | 9.4% | 3,655,170 |
| Dongguk University did not tell the truth to the public about contacting Yale University to verify whether Yale University awarded Shin Jung Ah a doctorate degree | | 661 | 50.6% | 19,675,705 |
| Have no thoughts about this | | 30 | 2.3% | 894,350 |
| Don't know/No response | | 229 | 17.5% | 6,804,839 |
| Did not ask | | 263 | 20.2% | 7,854,728 |
| Total | | 1,306 | 100.0% | - |

o Of a total of 1,306 respondents, 50.6% answered that "Dongguk University did not tell the truth to the public about the attempt to contact Yale University."

### [Analysis by Respondent Characteristic (%)]

| | | Told the truth | Did not tell the truth |
|---|---|---|---|
| Total | | 9.4 | 50.6 |
| Age | 18-24 years old | 10.5 | 49.4 |
| | 25-29 years old | 5.9 | 64.7 |
| | 30-39 years old | 9.2 | 61.3 |
| | 40-49 years old | 10.9 | 57.5 |
| | 50-59 years old | 11.4 | 52.1 |
| | 60-69 years old | 9.0 | 34.8 |
| | 70 Years Old and Above | 5.6 | 19.8 |
| University/Graduate School Attendance | Thinking about Attending | 12.0 | 64.6 |
| | Not Thinking about attending | 10.2 | 56.1 |
| Discussions about Universities | Have Discussed | 12.0 | 69.8 |
| | Have not Discussed | 11.9 | 55.8 |
| University Recommendation | Have recommended | 13.6 | 68.0 |
| | Have not | 10.8 | 61.4 |



tns

12

| recommended |

- ○ 'Did not tell the truth' was especially high in the following groups: ►25~29 years old (64.7%), 30~39 years old(61.3%) ► Self-Employed / professor / business owner (64.3%), white collar worker (63.1%), Retired (60.3%) ►Attended University (63.3%), Graduated University (64.3%), Graduated Graduate School (61.4%) ► Thinking about attending University/Graduate School (64.6%) ► Had Discussions Related to Universities (69.8%) ► Have Recommended Universities (68.0%), Have not Recommended Universities (61.4%).



## 5b. Influence of Avoidance of Truth Presentation on the Public's View of Dongguk University (n=661)

| Dongguk University's Avoidance of Truth Presentation, "affected view of Dongguk University" 25.0% | | | | |
|---|---|---|---|---|
| Question ▶ | Do you think your belief that (Dongguk University) <u>did not</u> tell the truth about their effort to contact Yale University in order to verify whether Shin Jung Ah received a doctorate degree from Yale University has affected or changed your view of Dongguk University? | | | |
| | | Number of Cases | % | Population (People) |
| Yes | | 327 | 25.0% | 9,721,198 |
| No | | 274 | 21.0% | 8,165,806 |
| Don't know/No Response | | 60 | 4.6% | 1,788,701 |
| Did not ask | | 645 | 49.4% | 19,209,087 |
| Total | | 1,306 | 100.0% | - |

o   Of a total of 1,306 respondents, 25% answered that their belief that "Dongguk University did not tell the truth," "has affected or changed" their view of Dongguk University while 21.0% answered that it "has not affected or changed" their view of Dongguk University.

### [Analysis by Respondent Characteristic (%)]

| | | Did affect/change | Did not affect/change |
|---|---|---|---|
| Total | | 25.0 | 21.0 |
| Age | 18-24 years old | 23.3 | 23.8 |
| | 25-29 years old | 31.9 | **30.3** |
| | 30-39 years old | 28.6 | 29.0 |
| | 40-49 years old | 29.1 | 23.9 |
| | 50-59 years old | 29.9 | 17.1 |
| | 60-69 years old | 16.1 | 11.0 |
| | 70 Years Old and Above | 7.9 | 5.6 |
| University /Graduate School Attendance | Thinking about Attending | 32.5 | **29.9** |
| | Not Thinking about attending | 28.6 | 22.7 |
| Discussions about Universities | Have Discussed | **37.1** | 28.1 |
| | Have not Discussed | 24.7 | 24.5 |
| University Recommendation | Have recommended | **37.9** | 26.0 |
| | Have not recommended | 28.3 | 26.5 |

o   "Did change" was especially high in the following groups:  ►Daegu (34.4%) ►Self-Employed / professor / business owner (36.2%) ►Attended University (36.7%), Graduated University (33.9%) ► Had Discussions Related to Universities (37.1%)  ►Have Recommended Universities (37.9%)

o   "Did not Change" was relatively higher in the following groups:  ►25~29 years old (30.3%) ► Graduated Graduate School (37.1%) ►Thinking about attending University/Graduate School (29.9%)



## 6. Influence of The Shin Jung Ah Incident on the change of the public's view of Dongguk University (n=394)

| The Shin Jung Ah incident, 'view of Dongguk University has become more negative' | | | | |
|---|---|---|---|---|
| Question ▸ | How has your view of Dongguk University changed after coming to know about the Shin Jung Ah incident? | | | |
| | | Number of Cases | % | Population (People) |
| My view of Dongguk University has become more positive | | 11 | 0.8% | 327,514 |
| My view of Dongguk University has become more negative | | 324 | 24.8% | 9,646,763 |
| Don't know/No Response | | 59 | 4.5% | 1,756,664 |
| Did not ask | | 912 | 69.8% | 27,153,852 |
| Total | | 1,306 | 100.0% | - |

o  Of a total of 1.306 respondents, 24.8% answered that, as a result of coming to know about the Shin Jung Ah incident, their view of "Dongguk University has become more negative."

o  Meanwhile, 4.5% of the total number of respondents refused to answer this question.

### [Analysis by Respondent Characteristic (%)]

| | | Became more positive | Became more negative |
|---|---|---|---|
| **Total** | | **0.8** | **24.8** |
| Age | 18-24 years old | 0.6 | 24.4 |
| | 25-29 years old | 0.0 | 31.9 |
| | 30-39 years old | 1.3 | 29.4 |
| | 40-49 years old | 1.4 | 27.4 |
| | 50-59 years old | 0.5 | 30.8 |
| | 60-69 years old | 1.3 | 14.2 |
| | 70 Years Old and Above | 0.0 | 7.1 |
| University /Graduate School Attendance | Thinking about Attending | 1.1 | 32.1 |
| | Not Thinking about attending | 1.1 | 28.1 |
| Discussions about Universities | Have Discussed | 0.9 | 37.8 |
| | Have not Discussed | 1.3 | 23.2 |
| University Recommendation | Have recommended | 0.9 | 39.1 |
| | Have not recommended | 1.1 | 27.4 |

o  "Became more negative" was especially high in the following groups: ▸25~29 years old (31.9%) ▸ 50~59 (30.8%) ▸Thinking about attending University/Graduate School (32.1%)   ▸Had Discussions Related to Universities (37.8%) ▸ Have Recommended Universities (39.1%).




## 7b. Whether Dongguk University's Actions Brought Shame on Dongguk Students (n=767)

| Dongguk University's Actions, has brought shame on Dongguk University students 47.1% | | | |
|---|---|---|---|
| Question ▶ | When you think about Dongguk University's actions in the Shin Jung Ah incident, which of the following do you think? | | |
| | Number of Cases | % | Population (People) |
| The actions of Dongguk University have brought shame on Dongguk University students. | 615 | 47.1% | 18,314,737 |
| The action of Dongguk University has not brought shame on Dongguk University students. | 116 | 8.9% | 3,460,747 |
| Don't Know/No Response | 36 | 2.8% | 1,088,774 |
| Did not ask | 539 | 41.2% | 16,020,534 |
| Total | 1,306 | 100.0% | - |

○  Of a total of 1,306 respondent, 47.1% answered that regarding Dongguk University's actions in the Shin Jung Ah incident, "Dongguk University's actions brought shame on Dongguk University students at the time."

### [Analysis by Respondent Characteristic (%)]

| | | Has brought shame on | Has not brought shame on |
|---|---|---|---|
| Total | | 47.1 | 8.9 |
| Age | 18-24 years old | 47.7 | 11.6 |
| | 25-29 years old | 55.5 | 12.6 |
| | 30-39 years old | 58.4 | 10.1 |
| | 40-49 years old | 53.3 | 10.5 |
| | 50-59 years old | 51.2 | 6.2 |
| | 60-69 years old | 29.0 | 5.8 |
| | 70 Years Old and Above | 18.3 | 4.0 |
| University / Graduate School Attendance | Thinking about Attending | 63.1 | 12.0 |
| | Not Thinking about attending | 51.6 | 9.8 |
| Discussions about Universities | Have Discussed | 66.3 | 10.9 |
| | Have not Discussed | 50.2 | 11.7 |
| University Recommendation | Have recommended | 66.3 | 11.5 |
| | Have not recommended | 55.7 | 11.0 |

○  'Has brought shame on Dongguk University students' was especially high in the following groups: ▶ 30~39 years old (58.4%) ▶ Self-Employed / professor / business owner (60.6%), White collar worker (57.7%)☐Attended University (58.9%), Graduated University (59.8%) ▶ Thinking about attending University/Graduate School (63.1%) ▶ Had Discussions Related to Universities (66.3%) ▶ Have Recommended Universities (66.3%).



## 7c. Whether Dongguk University's Actions Brought Shame on Dongguk University Alumni and Graduates(n=767)

| Dongguk University's Actions, has brought shame on Dongguk University alumni 45.8% | | | | |
|---|---|---|---|---|
| Question ▸ | When you think about Dongguk University's actions in the Shin Jung Ah incident, which of the following do you think? | | | |
| | | Number of Cases | % | Population (People) |
| The actions of Dongguk University have brought shame on Dongguk University alumni and graduates. | | 598 | 45.8% | 17,809,235 |
| The action of Dongguk University has not brought shame on Dongguk University alumni and graduates. | | 134 | 10.3% | 4,005,134 |
| Don't Know/No Response | | 35 | 2.7% | 1,049,889 |
| Did not ask | | 539 | 41.2% | 16,020,534 |
| Total | | 1,306 | 100.0% | - |

o  Of a total of 1,306 respondents, 45.8% answered that "Dongguk University's actions brought shame on Dongguk University alumni and graduates." On the other hand, 10.3% think that "Dongguk University's actions has not brought shame on Dongguk University alumni and graduates."

**[Analysis by Respondent Characteristic (%)]**

| | | Has brought shame on | Has not brought shame on |
|---|---|---|---|
| Total | | 45.8 | 10.3 |
| Age | 18-24 years old | 48.3 | 11.0 |
| | 25-29 years old | 48.7 | 18.5 |
| | 30-39 years old | 57.6 | 10.9 |
| | 40-49 years old | 53.0 | 11.2 |
| | 50-59 years old | 49.3 | 8.1 |
| | 60-69 years old | 26.5 | 8.4 |
| | 70 Years Old and Above | 19.0 | 4.0 |
| University /Graduate School Attendance | Thinking about Attending | 59.5 | 15.0 |
| | Not Thinking about attending | 51.1 | 11.1 |
| Discussions about Universities | Have Discussed | 64.3 | 12.5 |
| | Have not Discussed | 49.1 | 13.2 |
| University Recommendation | Have recommended | 63.9 | 14.5 |
| | Have not recommended | 54.4 | 12.1 |

o  'Has brought shame on Dongguk University alumni and graduates' was especially high in the following groups:  ▸30–39 years old (57.6%)  ▸ Self -Employed / professor / business owner (57.3%)  ▸Attended University (57.8%), Graduated University (57.8%)  ▸ Thinking about attending University/Graduate School (59.5%)  ▸ Had Discussions Related to Universities (64.3%)  ▸ Have Recommended Universities (63.9%).



18



## 7d. Whether Dongguk University's Actions Brought Shame on Dongguk University Faculty (n=767)

| Dongguk University's Actions, has brought shame on Dongguk University faculty 49.5% | | | | |
|---|---|---|---|---|
| Question ▸ | When you think about Dongguk University's actions in the Shin Jung Ah incident, which of the following do you think? | | | |
| | | Number of Cases | % | Population (People) |
| The actions of Dongguk University have brought shame on Dongguk University faculty. | | 647 | 49.5% | 19,247,972 |
| The action of Dongguk University has not brought shame on Dongguk University faculty. | | 85 | 6.5% | 2,527,512 |
| Don't Know/No Response | | 35 | 2.7% | 1,049,889 |
| Did not ask | | 539 | 41.3% | 16,059,419 |
| Total | | 1,306 | 100.0% | - |

○  Of a total of 1,306 respondents, 49.5% answered that Dongguk University's actions regarding the Shin Jung Ah incident "has brought shame on Dongguk University faculty." On the other hand, "has not brought shame" was 6.5%.

### [Analysis by Respondent Characteristic (%)]

| | | Has brought shame on | Has not brought shame on |
|---|---|---|---|
| Total | | 49.5 | 6.5 |
| Age | 18-24 years old | 55.2 | 4.1 |
| | 25-29 years old | 60.5 | 7.6 |
| | 30-39 years old | 60.5 | 8.8 |
| | 40-49 years old | 53.7 | 9.8 |
| | 50-59 years old | 54.0 | 3.3 |
| | 60-69 years old | 28.4 | 5.8 |
| | 70 Years Old and Above | 19.8 | 3.2 |
| University /Graduate School Attendance | Thinking about Attending | 68.6 | 6.2 |
| | Not Thinking about attending | 54.1 | 8.1 |
| Discussions about Universities | Have Discussed | 69.4 | 8.1 |
| | Have not Discussed | 53.5 | 8.4 |
| University Recommendation | Have recommended | 70.7 | 6.5 |
| | Have not recommended | 58.1 | 9.0 |

○  'Has brought shame on Dongguk University Faculty' was especially high in the following groups: ▸ Seoul (88.9%) ▸25~29 years old (60.5%), 30~39 years old (60.5%) ▸ Sel f-Employed / professor / business owner (63.4%), White collar worker (60.7%), Student (60.4%) ▸Attended University (63.3%), Graduated University (64.0%)▸Thinking about attending University/Graduate School (68.6%) ▸ Had Discussions Related to Universities (69.4%) ▸Have Recommended Universities (70.7%).





## 7e. Whether Dongguk University's Actions Brought Shame on the Republic of Korea (n=767)

| Dongguk University's Actions, has brought shame on the Republic of Korea 45.4% | | | |
|---|---|---|---|
| Question ▸ | When you think about Dongguk University's actions in the Shin Jung Ah incident, which of the following do you think? | | |
| | Number of Cases | % | Population (People) |
| The actions of Dongguk University has brought shame on the Republic of Korea. | 593 | 45.4% | 17,653,696 |
| The action of Dongguk University has not brought shame on the Republic of Korea. | 141 | 10.8% | 4,199,557 |
| Don't Know/No Response | 33 | 2.5% | 972,120 |
| Did not ask | 539 | 41.3% | 16,059,419 |
| Total | 1,306 | 100.0% | - |

o   Of a total of 1,306 respondents, 45.4% answered that Dongguk University's actions regarding the Shin Jung Ah incident "has brought shame on the Republic of Korea." On the other hand, "has not brought shame" was 10.8%.

### [Analysis by Respondent Characteristic (%)]

| | | Has brought shame on | Has not brought shame on |
|---|---|---|---|
| Total | | **45.4** | **10.8** |
| Age | 18-24 years old | 40.1 | 17.4 |
| | 25-29 years old | 48.7 | 17.6 |
| | 30-39 years old | **53.8** | 16.0 |
| | 40-49 years old | **55.4** | 8.4 |
| | 50-59 years old | 51.2 | 7.6 |
| | 60-69 years old | 29.0 | 5.8 |
| | 70 Years Old and Above | 21.4 | 2.4 |
| University /Graduate school Attendance | Thinking about Attending | **57.3** | 17.5 |
| | Not Thinking about attending | 50.4 | 11.6 |
| Discussions about Universities | Have Discussed | **61.7** | 15.5 |
| | Have not Discussed | 51.3 | 11.3 |
| University Recommendation | Have recommended | **62.7** | 15.1 |
| | Have not recommended | **54.3** | 12.8 |

o   'Has brought shame' was especially high in the following groups: ▸Daegu(54.7%) ▸30~39 years old (53.8%), 40~49 years old (55.4%) ▸ Self-Employed / professor / business owner (57.3%), Retired(58.7%) ▸Graduated University (58.7%), Graduated Graduate School (54.3%) ▸Thinking of Attending University/Graduate School (57.3%) ▸ Had Discussions Related to Universities (61.7%) ▸ Have Recommended Universities (62.7%), Have Not Recommended Universities (54.3%).





**TNS Korea Point:** Comparison of "Whether Dongguk University's Actions brought shame" by Target

| | Has bought shame | Has not brought shame |
|---|---|---|
| Dongguk University | 49.9 | 6.6 |
| Dongguk University faculty | 49.5 | 6.5 |
| Dongguk University students | 47.1 | 8.9 |
| Dongguk University alumni and graduates | 45.8 | 10.3 |
| Republic of Korea | 45.4 | 10.8 |

o  Results show that most respondents think that Dongguk University's actions regarding the Shin Jung Ah incident "has brought shame on" not only "Dongguk University," but also "Dongguk University Faculty," "Dongguk University students at the time," "Dongguk University alumni and graduates" and even "brought shame on" "the Republic of Korea."

o  Respondents who thought "Dongguk University" itself and "Dongguk University Faculty" were shamed was 49.9% and 49.5% respectively, while those who thought "Dongguk University alumni and graduates" and "the Republic of Korea" were shamed was relatively lower at 45.8% and 45.4% respectively, showing that the Dongguk University's actions in the Shin Jung Ah incident brought the most shame on those directly related to the incident, "Dongguk University" and "Dongguk University Faculty."





## 8. Discussions about Universities in Past 1-2 Years (n=1,043)

| Discussions about Universities, 'Yes, I have' 43.5% | | | | | |
|---|---|---|---|---|---|
| Question ▶ | From now on, I will shift the topic away from Dongguk University and ask you a few questions regarding all Universities in Korea.<br>In the past 1 year or 2 years, have you ever discussed your thoughts regarding any university in Korea with family members, friends or other people? It does not matter which university. | | | | |
|  | Number of Cases | % | Population (People) | % | Population (People) |
| Yes, I have | 472 | 36.1% | 14,037,410 | *Has discussed: 43.5%* | *16,914,885* |
| I think I may have | 97 | 7.4% | 2,877,475 | | |
| No, I have not | 382 | 29.2% | 11,354,359 | *Has not discussed: 35.3%* | *13,726,331* |
| I do not think I have | 80 | 6.1% | 2,371,972 | | |
| Don't know/No response | 12 | 0.9% | 349,963 | - | - |
| Did not ask | 263 | 20.3% | 7,893,613 | - | - |
| Total | 1,306 | 100.0% | - | - | - |

o    Of a total of 1,306 respondents, 43.5% answered that they "have discussed their thoughts regarding any university in Korea with other people" in the past 1 year or 2 years, while 35.3% have answered that they "have not."

### [Analysis by Respondent Characteristic (%)]

|  |  | Have discussed | Have not discussed |
|---|---|---|---|
| Total | | **43.5** | **35.3** |
| Age | 18-24 years old | 53.5 | 23.8 |
|  | 25-29 years old | 44.5 | 40.3 |
|  | 30-39 years old | 50.4 | 37.4 |
|  | 40-49 years old | 53.7 | 35.1 |
|  | 50-59 years old | 46.9 | 37.9 |
|  | 60-69 years old | 22.6 | 41.9 |
|  | 70 Years Old and Above | 13.5 | 31.0 |
| University /Graduate School Attendance | Thinking about Attending | **67.2** | 24.8 |
|  | Not Thinking about attending | 46.4 | 41.3 |
| Discussions about Universities | Have Discussed | **79.6** | 19.8 |
|  | Have not Discussed | 42.6 | 56.0 |

o    'Have discussed' was especially high in the following groups:  ▶ Sel f-Employed / professor / business owner (61.0%), student (64.9%) ▶Attended High School (54.9%), Attended University (67.8%), Graduated University (57.1%), Graduated Graduate School (75.7%) ▶Thinking about attending University/Graduate School (67.2%) ▶  Have Recommended Universities (79.6%).

o    'Have not discussed' was relatively higher in the following groups: ▶Agriculture/Forestry/Fishing (55.0%), Retired (47.6%) ▶Graduated Middle School (58.6%), Graduated High School (45.9%) ▶ Have not Recommended Universities (56.0%).



tns

22



## 9. Suggestions or Recommendations of Universities(n=1,043)

| Suggested or Recommended Universities, "I have" 25.8% | | | | | |
|---|---|---|---|---|---|
| Question ▸ | What about giving advice, suggestions or recommendations? Thinking back, in the past 1 to 2 years, have you ever suggested or advised anyone to attend or not to attend a specific university in our country? | | | | |
| | Number of Cases | % | Population (People) | % | Population (People) |
| Yes, I have | 293 | 22.4% | 8,710,193 | Has suggested/ recommended: 25.8% | 10,032,276 |
| I think I may have | 45 | 3.4% | 1,322,083 | | |
| No, I have not | 639 | 48.9% | 19,014,663 | Has not suggested/ recommended: 53.7% | 20,881,133 |
| I do not think I have | 63 | 4.8% | 1,866,470 | | |
| Don't know/No response | 3 | 0.2% | 77,770 | - | - |
| Did not ask | 263 | 20.3% | 7,893,613 | - | - |
| Total | 1,306 | 100.0 | - | - | - |

o   Of a total of 1,306 respondents, 53.7% answered that they "have not" suggested or advised anyone to attend or not to attend a specific university in the past 1 to 2 years.

**[Analysis by Respondent Characteristic (%)]**

| | | Have suggested/recommended | Have not suggested/recommended |
|---|---|---|---|
| Total | | **25.8** | **53.7** |
| Age | 18-24 years old | **36.0** | 41.3 |
| | 25-29 years old | 28.6 | 57.1 |
| | 30-39 years old | 23.5 | **65.1** |
| | 40-49 years old | **34.0** | 55.8 |
| | 50-59 years old | 25.6 | 61.1 |
| | 60-69 years old | 14.8 | 50.3 |
| | 70 Years Old and Above | 9.5 | 33.3 |
| University /Graduate School Attendance | Thinking about Attending | **42.3** | 49.6 |
| | Not Thinking about attending | 26.0 | **62.2** |
| Discussions about Universities | Have Discussed | **47.3** | 52.5 |
| | Have not Discussed | 14.5 | **85.1** |

o   'Have suggested/recommended' showed to be relatively higher in the following groups: □18~24 years old (36.0%), 40~49 years old (34.0%) □ Self-Employed / professor / business owner (35.7%), Student (44.8%) □Attended High School (43.1%), Attended University (42.2%), Graduated Graduate School (41.4%) □Thinking about attending University/Graduate School (42.3%) □ Had Discussions Related to Universities (47.3%).

o   'Have not suggested/recommended' was especially high in the following groups: ▸30~39 years old (65.1%) ▸Housewife (61.5%), Retired (66.7%)▸Graduated Middle School (67.8%), Graduated University (63.8%) ▸ Not thinking about attending University/Graduate School (62.2%) ▸ Did not Have Discussions Related to Universities (85.1%).



23