# EXHIBIT  B

1

```
 1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
 3   - - - - - - - - - - - - - - - -x
     DONGGUK UNIVERSITY,                    :
 4
             Plaintiff,                     :
 5
                                            :
 6       -against-                      Case No.
                                        :  3:08-CV-00441
 7   YALE UNIVERSITY,                      (TLM)
                                            :
 8           Defendant.
                                            :
 9   - - - - - - - - - - - - - - - -x
10
11           VIDEOTAPED DEPOSITION of JACOB JACOBY, Ph.D.,
12   taken by Defendant at the offices of Day Pitney, LLP,
13   7 Times Square, New York, New York, on Saturday, May
14   7, 2011 commencing at 10:10 o'clock a.m., before Carol
15   Mele, a Registered Professional Shorthand (Stenotype)
16   Reporter and Notary Public within and for the State of
17   New York.
18
19
20
21
22
23
24
25
```

SIMONSON00000946

**Page 2**

```
 1
 2
 3   APPEARANCES:
 4
 5      McDERMOTT WILL & EMORY, LLP
            Attorneys for Plaintiff
 6          340 Madison Avenue
            New York, New York  10173-1922
 7      BY:  ROBERT A. WEINER, Esq., of Counsel
            AUDREY LU, Esq., of Counsel
 8
 9
        DAY PITNEY, LLP
10          Attorneys for Defendant
            One Audubon Street
11          New Haven, Connecticut  06511-6433
12      BY:  HOWARD FETNER, Esq., of Counsel
            FELIX J. SPRINGER, Esq., of Counsel
13
14
15
16   ALSO PRESENT:
17
     Omar Melendez, Video Specialist,
18   Fink & Carney Reporting and Video Services
19
20
21
22
23
24
25
```

**Page 3**

```
 1
 2          IT IS HEREBY STIPULATED AND
 3   AGREED that the filing and sealing
 4   of the within deposition be, and
 5   the same are hereby waived;
 6          IT IS FURTHER STIPULATED AND
 7   AGREED that all objections, except
 8   as to the form of the question, be
 9   and the same are hereby reserved to
10   the time of the trial;
11          IT IS FURTHER STIPULATED AND
12   AGREED that the within deposition
13   may be sworn to before any Notary
14   Public with the same force and
15   effect as if sworn to before a
16   Judge of this Court;
17          IT IS FURTHER STIPULATED that
18   the transcript is to be certified
19   by the reporter.
20
21
22
23
24
25
```

**Page 4**

```
 1                    Jacoby
 2          (A document entitled To What
 3   Extent Has Dongguk University's
 4   Reputation Been Damaged by Yale
 5   University's Actions in the Jeong
 6   Shin Ah Degree Forgery Incident,
 7   Report of a Nationwide Survey in
 8   South Korea, dated March 18, 2010
 9   was marked as Deposition Exhibit No.
10   1 for identification, as of this
11   date.)
12          MR. WEINER:  Dr. Jacoby
13   informed me that during the course
14   of his preparation for today's
15   deposition that he was looking for
16   the basis for certain numbers that
17   he used in his report which came
18   from the TNS survey that had been
19   conducted in Korea.  And he realized
20   that the basis was set forth in an
21   earlier draft of the TNS report
22   which was dated December 2008.  And
23   he informed me that he then based
24   upon those numbers were able to
25   derive other numbers that he did use
```

**Page 5**

```
 1                    Jacoby
 2   in his final report.
 3          I have informed Mr. Fetner
 4   and Mr. Springer that we have the
 5   earlier draft report here today,
 6   that I am prepared to make it
 7   available on the condition that it
 8   is not deemed to be a waiver of our
 9   position that drafts are not to be
10   produced.  And I also informed him
11   that there are some wording changes
12   but, in my judgment, they're not
13   substantive.  But, in any event, the
14   changes are not changes that
15   Dr. Jacoby had anything to do with.
16   This was TNS doing whatever it did.
17          In order to make it easier
18   for everyone involved, I have also
19   had a black-lined version of the
20   December report run as compared to
21   the final report so that it's clear
22   to Dr. Jacoby and clear to Mr.
23   Fetner, who I presume will be asking
24   questions, what the changes are.
25   And as I understand it, counsel for
```

Pages 2 to 5

Fink & Carney Reporting and Video Services

39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000947

Jacoby

```
 1              Jacoby
 2    Yale has agreed to what I have
 3    asked.
 4         MR. FETNER: Yes. We agree
 5    that producing this document doesn't
 6    waive your objections to producing
 7    any other drafts.
 8         MR. WEINER: Okay. So let
 9    me give you first the December 2008
10    report.
11         MR. FETNER: This is the
12    initial draft?
13         MR. WEINER: I can't tell
14    you it's an initial draft.
15         MR. FETNER: It's the
16    earlier draft.
17         MR. WEINER: Then I also
18    give you the black-lined for
19    comparison. I presume you will want
20    one for the witness eventually.
21    When you are ready, here's an extra
22    set.
23         MR. FETNER: Well, we won't
24    get to that just yet. We will need
25    to read it first.
                                      6
```

```
 1              Jacoby
 2         MR. WEINER: I don't think
 3    it's going to take a long time.
 4         MR. FETNER: We'll see.
 5         THE VIDEOGRAPHER: We are
 6    now going on the record. The time
 7    is 10:13 a.m. on May 7, 2011. This
 8    is the videotaped deposition of
 9    Jacob Jacoby, Ph.D., in the matter
10    of Dongguk University versus Yale
11    University under the jurisdiction of
12    the United States District Court,
13    District of Connecticut.
14         This deposition is being
15    held at 7 Times Square, New York,
16    New York. My name is Omar Melendez
17    and I'm the video specialist. The
18    court reporter is Carol Mele and we
19    are representing Fink and Carney
20    Reporting, with offices located at
21    39 West 37th Street, New York, New
22    York.
23         May I have an introduction
24    from counsel?
25         MR. WEINER: My name is
                                      7
```

```
 1              Jacoby
 2    Robert Wiener, McDermott Will &
 3    Emory. I'm representing Dongguk
 4    University.
 5         MS. LU: Audrey Lu,
 6    McDermott & Emory, also representing
 7    Dongguk University.
 8         MR. FETNER: Howard Fetner,
 9    of Day Pitney, for Yale University.
10         MR. SPRINGER: Felix
11    Springer, Day Pitney, Yale
12    University.
13         THE VIDEOGRAPHER: Will the
14    court reporter please swear in the
15    witness?
16    J A C O B  J A C O B Y, Ph.D., called as a
17    witness, having been first duly sworn by
18    Carol Mele, a Notary Public within and
19    for the State of New York, was examined
20    and testified as follows:
21    DIRECT EXAMINATION BY MR. FETNER:
22         MR. FETNER: Before we
23    begin, Bob, the usual stipulations?
24         MR. WEINER: Yes.
25    Q    Good morning, Dr. Jacoby.
                                      8
```

```
 1              Jacoby
 2    A    Good morning.
 3    Q    Can you tell me what you did to
 4    prepare for today's deposition?
 5    A    Yes. I reread my report and on
 6    Tuesday of this week I met with Mr. Weiner and
 7    Ms. Lu.
 8    Q    Other than your report, did you
 9    review any other documents in preparing for the
10    deposition?
11    A    I don't think — no. No.
12    Q    Approximately how much time did
13    you spend meeting with Mr. Weiner and Ms. Lu?
14    A    Four to five hours.
15    Q    And that was only on one occasion?
16    A    Correct, in — in preparation for.
17    Q    I understand. My question simply
18    is in preparation for today's deposition.
19    A    Right. I wanted to clarify that.
20    Q    Looking back now, not asking about
21    your preparation of this deposition but your
22    work on this case generally, can you tell me
23    what documents Dongguk's attorneys provided to
24    you in connection with your work in this case?
25    A    Not sure, but I usually — I
                                      9
```

Pages 6 to 9

SIMONSON00000948

Jacoby

1
2 indicate what documents I was provided with in
3 my report. And what I was provided with
4 happened two or three years ago and there's been
5 a lot that's happened since then, so frankly I
6 don't remember. Whatever was provided to me,
7 however, was in my files and all of those files
8 were provided to counsel and reproduced for you.
9     Q   Okay.
10    A   So I can't answer specifically
11 what was in my files, but you have what was in
12 my files.
13    Q   Okay. And just -- just so we're
14 clear, Dongguk's attorneys have produced to us a
15 number of documents representing that they were
16 from your file. I just want to be clear that
17 what was produced to us is, in fact, the
18 entirety of what was in your files. And, again,
19 I'm asking strictly with respect to documents
20 that Dongguk's attorneys provided to you.
21    A   I can tell you this. I provided
22 to Dongguk's attorneys my files, the actual raw
23 files with everything in them. I have nothing
24 else. I also provide them -- them came in and
25 copied every e-mail that had to do with this, so

10

Jacoby

1
2 report, can you recall any other facts that
3 Dongguk's attorneys communicated to you?
4     A   No. I remember what's in the
5 report. I don't remember anything -- that's not
6 to say there might not have been other facts and
7 based on your questioning it might stimulate me
8 to think of some, but right now, as I sit here,
9 I don't recall any other facts. As I say, that
10 was several years ago.
11    Q   Other than information or
12 documents that Dongguk's attorneys provided to
13 you, did you do any research of your own in
14 connection with your work in this case?
15    A   Yes. Yes, I did. I did two
16 things. Number one, remembering how important
17 the whole issue of face, f-a-c-e, in quotation
18 marks, is in Western -- excuse me -- Eastern
19 Asian societies, I went on-line to see if there
20 were any cogent summaries, descriptions that is
21 I could read and refamiliarize myself with the
22 details, and did I find such an article. That
23 was in my file.
24         And then I think I also looked up
25 Dongguk University on the Internet and I don't

12

Jacoby

1
2 they had everything. I have no files to go back
3 to to say there may have been additional things
4 that they didn't provide. That I don't know and
5 it might be privileged and that might be the
6 reason, if there are such files, that they
7 didn't provide them. All I can tell you is I
8 gave them all my files. I understand they
9 reproduced files, gave them to you. I don't
10 have anything left against which to compare what
11 was given to you with what I originally had.
12    Q   Did you discard any documents that
13 were provided to you?
14    A   No.
15    Q   Other than documents can you
16 recall any particular facts that Dongguk's
17 attorneys communicated to you in connection with
18 your work in this case?
19    A   I think the facts that were
20 pertinent to my interpretation and understanding
21 of the case were set forth in my report at the
22 beginning. Those were the facts.
23    Q   Okay. Well, I guess I'll ask the
24 question in a slightly different way. Other
25 than the facts that are set forth in your

11

Jacoby

1
2 recall if I printed out material. I think I did
3 pertaining to Dongguk.
4     Q   Well, what do you recall seeing on
5 the Internet about Dongguk University?
6     A   I -- oh, yeah. I remember
7 scanning a bunch of things, but in particular I
8 remember one -- one comment some -- that had to
9 do with around the year 2006 or five or four
10 about it being ranked either in math or in
11 science as the top university in that academic
12 area in South Korea.
13    Q   And do you recall where you saw
14 that, that is, what website?
15    A   No, I don't, other than it must
16 have been -- and I'm conjecturing here -- it
17 must been the Dongguk University site because I
18 was looking up its site for information on that
19 university.
20    Q   Do you recall anything else that
21 you saw about Dongguk on the Internet?
22    A   Specific details, no. I mean,
23 there were -- there were pages that -- a number
24 of pages I remember reproducing and actually
25 putting in my file, but I don't remember any

13

Pages 10 to 13

SIMONSON00000949

Jacoby

1  details from those pages.
2
3       Q.   And when you say pages, you are
4  referring to pages from Dongguk's own website or
5  from other websites?
6       A.   I believe it was from Dongguk's
7  website.
8       Q.   Did you read any newspaper
9  articles or other media coverage relating to
10  Dongguk?
11       A.   Not directly, only indirectly
12  insofar as they were cited in the complaint.
13       Q.   Right. I'm not asking about the
14  complaint. I'm asking if you actually read the
15  articles themselves.
16       A.   No, I did not.
17       Q.   And that includes the articles
18  than were cited in the complaint; you didn't
19  read those actual articles?
20       A.   That's correct.
21       Q.   Beyond what's stated in the
22  complaint, are you aware of any other Korean
23  media coverage relating to Dongguk?
24       A.   I am not.
25       Q.   Okay. And again, beyond what's

14

Jacoby

1  of Dongguk University among the population of
2  South Korea in general and among specific
3  subcomponents of the population.
4       Q.   Did Mr. Weiner identify the
5  specifics component or did you identify them
6  yourself?
7       A.   I think it was sort of
8  collaborative. I asked certain questions. I
9  don't remember specifically, but would you be
10  interested in this? Would you be interested in
11  that? And in conversing, we identified what
12  would be of interest.
13       Q.   Other than what you've just
14  identified, were there -- was there anything
15  else that you were asked to investigate?
16       A.   Everything I was asked to
17  investigate is incorporated in the survey.
18       Q.   And I guess just thinking about
19  the objective, what question you set out to
20  answer, I take it there's no question that you
21  designed the survey to answer that's not itself
22  set out in your report; is that correct?
23       A.   Yes.
24       Q.   So how long after you were engaged

16

Jacoby

1  stated in the complaint, are you aware of any
2  Korean media coverage related to Jeong Ah Shin?
3       A.   I am not.
4       Q.   How did you go about designing the
5  survey in this case? And guess I just want to
6  know, once you were engaged to design a survey,
7  what did you do?
8       A.   Essentially, I interviewed Mr.
9  Weiner and I said, what do you need to know?
10  And I found out what he needed to know and then
11  I set forth designing a survey to do that.
12       Q.   What did he say he needed to know?
13       A.   I can't tell you exact words, but
14  essentially what -- as a result of exposure to
15  media coverage in South Korea, what did the
16  South Korean populace think of Dongguk
17  University? Was there essentially tarnishment
18  of Dongguk University's image? And this was a
19  period of months or year after Yale had issued
20  its statement retracting some of its comments or
21  amending some of its comments. And the question
22  was at that point in time, when I would be doing
23  my survey, what was the collective impact of
24  media coverage, Yale's statements on the image

15

Jacoby

1  in this case did you begin to actually design
2  the questionnaire?
3       A.   I know that Mr. Weiner and I had
4  conversations in, I believe it would be July,
5  possibly even June of 2008, barring my leaving
6  town for some occasion. I know that afterward
7  in the early fall we had some conversations,
8  meetings, and it was at that point, and I'm
9  guessing, but it would be probably October of
10  2008 plus or minus a month, it might have been
11  September, might have been November, that I
12  actually started preparing the survey.
13       Q.   Did you send a copy of the survey
14  to Dongguk's attorneys for their review before
15  it was actually implemented?
16       A.   Most certainly. I don't think --
17  I don't know if I sent it, but I know I provided
18  it to Mr. Weiner. I may have taken it over,
19  hand carried, as I sometimes do for firms in New
20  York, and we discussed it.
21       Q.   Did -- did Dongguk's attorneys
22  have any input into what questions were
23  ultimately included in the survey?
24       MR. WEINER: I'm going to

17

Pages 14 to 17

SIMONSON00000950

Jacoby

1  object to that as calling for work
2  product.
3      MR. FETNER:  Well, I'm
4  trying to find out here how much of
5  the final survey that was used is
6  Dr. Jacoby's own work.  And if
7  there's some other way of going
8  about getting an answer to that
9  question, I'm -- I'm happy to do it,
10  but I do think we are entitled to
11  know that.
12      MR. WEINER:  Well, you know,
13  Howie, you sort of raise a very fine
14  line here.  We did not draft the
15  questions.  Obviously, as attorneys,
16  we reviewed what the witness did and
17  you might want to ask him whether he
18  considers the survey to be something
19  of his own creation or a joint
20  creation of counsel because I don't
21  know of any other way of getting you
22  the answer without really getting
23  into the substance of what we talked
24  about.

18

Jacoby

1  I went back.  I drafted each and every word of
2  the questionnaire.  I wrote each and every word
3  of the report, insofar as the report is
4  concerned, actually, with virtually no input
5  from Mr. Weiner or any other counsel on behalf
6  of Dongguk.
7      Q    Okay.  I'm not interested in your
8  report at the moment --
9      A    Okay.
10      Q    -- but with respect to the
11  questionnaire, is the final version of the
12  questionnaire that was actually used in Korea --
13  I understand there would obviously be a
14  translation -- but with respect to the English
15  version before it was translated into Korean,
16  was that entirely your work?  That is, are the
17  words included in that document yours?
18      A    They are entirely mine with maybe
19  one or two exceptions, and I can't recall
20  specific words.  However, inasmuch as it had to
21  be translated into Korean, Mr. Weiner had an
22  associate, Jean Bae, B-a-e, who was Korean and
23  she looked at what I had drafted.  And I recall
24  her telling me with respect to one or two words,

20

Jacoby

1      MR. FETNER:  Well, I'm not
2  so much asking what you talked about
3  as whose words are these that are
4  included in the survey itself.
5      MR. WEINER:  That you can
6  ask him.
7  BY MR. FETNER:
8      Q    That's essentially what I -- at
9  least what I was trying to ask.
10      A    A hundred percent mine.  As I
11  said, I mean, I can't be informed of the matter
12  and then, you know, you design whatever survey
13  you think you want and we'll do it.  Clearly,
14  it's got to be responsive to the legal issues
15  being raised and the trier of is going to have
16  to adjudicate on.
17      And so I came in with initial,
18  preliminary ideas.  I said, will this be
19  something that will assist you in presenting
20  your case?  Is it relevant or not relevant?
21  Have I omitted things?  And through that
22  discussion, I found out what needed to be
23  tested.
24      These are broad conceptual areas.

19

Jacoby

1  and I couldn't even tell what you they were,
2  that there was no easy translation into Korean
3  for those words.  And so I came up with synonyms
4  as it were that could be more easily translated
5  into Korean.  But, I mean, with that minor
6  exception, a hundred percent of all the other
7  words are my words.
8      Q    Do you recall what questions the
9  words that had to be changed were from?
10      A    No.
11      Q    Do you recall any more about what
12  those words were?
13      A    No.  I just recall that she did
14  tell me that word, I don't think we have a
15  comparable word for it in Korean.
16      Q    Other than the survey that's
17  discussed in your report, did you design any
18  other surveys relating to this case?
19      A    No.
20      Q    Are you aware of any other surveys
21  relating to this case?
22      A    Yes.
23      MR. FETNER:  I know, Bob,
24  you've told us previously that there

21

Pages 18 to 21

SIMONSON00000951

Jacoby

1  Jacoby
2  was one previous survey conducted
3  and I know your position is that
4  that survey is work product. I just
5  want to be clear. Are you going to
6  instruct Dr. Jacoby not to answer
7  any questions about that?
8      MR. WEINER: Yes.
9      MR. FETNER: Okay.
10     Q   Well, just so we have a record,
11  then, Dongguk's attorneys have informed us that
12  they commissioned one previous survey somewhere
13  around the time that the complaint was filed in
14  this case. Is that the survey that you are
15  referring to?
16     A   I have knowledge of only one
17  survey and my knowledge is very superficial.
18  It's that a survey was conducted that was
19  generally quite favorable, actually. That's
20  what I was informed.
21     Q   I understand Mr. Weiner —
22     MR. WEINER: You can't go
23  into the substance of it.
24     THE WITNESS: Oh, I'm sorry.
25     Q   I understand Mr. Weiner will

22

1  Jacoby
2  specifically of page 4, the section that's
3  titled Historical and Precipitating Events, do
4  you see that?
5      A   Yes, I am.
6      Q   Footnote 3 on page 4 indicates
7  this section of the report is based on
8  information supplied in the complaint.
9      And my question to you is, is this
10  section of the report based entirely on
11  information from the complaint?
12     A   My records -- recollection in
13  preparing this is that I based it entirely on
14  the complaint and then the complaint was
15  amended. I don't recall if that in fact -- no,
16  I think it did. I think I modified, I don't
17  know, some words or some sentence or something
18  like that. But my recollection at this point in
19  time is that, indeed, it was based on the
20  complaint.
21     Q   Other than the complaint and the
22  amended complaint or the proposed amended
23  complaint, can you identify any other sources of
24  the information that's stated in the Historical
25  and Precipitating Events section?

24

1  Jacoby
2  likely instruct you not to answer this, but I
3  just want to establish a record. And, please,
4  allow him time to object before you answer.
5      Other than what you've just
6  testified to, are you aware of any other facts
7  relating to that previous survey other than what
8  you testified to?
9      A   No.
10     MR. FETNER: Oh, you didn't
11  object.
12     MR. WEINER: No.
13     Q   Do you have any plans to conduct
14  another survey related to this case?
15     A   I do not.
16     Q   We have had this document marked
17  at Exhibit 1. It is a copy of your report and
18  the appendices to it which you can review to
19  confirm without taking my word for it.
20     A   On the record, you look like an
21  honest person and I can always find your mother,
22  so I'm going to accept your representation that
23  this is a true and accurate copy of my report.
24     Q   Turning to the Background section
25  of this report, and I guess I'm thinking

23

1  Jacoby
2      MR. WEINER: He told you, he
3  viewed the Dongguk website.
4      MR. FETNER: What I want to
5  know, Bob, is whether anything in
6  the report is based on something
7  like that.
8      Q   I'm not asking what you reviewed.
9  I'm asking what the information stated in the
10  report is based on?
11     A   You know, it's possible that I may
12  have incorporated some of the material from the
13  Dongguk website, but without going, you know,
14  side by side with the complaint to see what I
15  may have said in here that's not found in the
16  complaint that might be in the Dongguk website,
17  I can't answer your question.
18     Q   Can you point to anything in
19  particular in this section of your report that's
20  based on the Dongguk website?
21     A   I cannot.
22     Q   Can you point to anything in
23  particular in this section of the report that's
24  based on anything other than the complaint?
25     A   I cannot as I sit here now.

25

Pages  22  to  25

SIMONSON00000952



Jacoby

2    Q   Is there a reason you didn't
3  mention in Footnote 3 that the section was also
4  based on information from Dongguk's website?
5    A   Other than perhaps forgetting or
6  not realizing, no. I mean, why would I want to
7  hide that? No.
8    Q   Is it possible that this section
9  of the report isn't based on anything from
10  Dongguk's website at all?
11   A   It's possible that this section of
12  the report is not based on anything from
13  Dongguk's website.
14   Q   And, again, just so we are clear,
15  other than the complaint and the proposed
16  amended complaint and Dongguk's website, is
17  there anything else that you can think of that
18  might have been sources of information in this
19  section of the report?
20   A   When you open it to might have
21  been, it might have been something that counsel
22  told me, you know. I can think of that as a
23  possibility, if there is something that wasn't
24  in the complaint or wasn't in Dongguk
25  University's website, but I don't recall my

26

Jacoby

2    A   Inasmuch as I don't read Korean, I
3  didn't read any of the articles. When -- when
4  it was represented to me, for example, that it
5  was the number one story or among the top news
6  stories in Korea during the preceding year, I
7  accept that on faith. I mean, how am I going to
8  go back and -- and -- I guess I could in some
9  way if I retained people, but there would be no
10  reason for me to do so. It would only be
11  injurious to Mr. Weiner's case for him to
12  misinform me and for me to operate on such
13  misinformation, so I take as valid everything he
14  has represented to me.
15   Q   When you say that it was the top
16  story or one of the top stories, what are you
17  referring to? That is, what is the it that was
18  the top story?
19   A   The it was the entire -- what's --
20  I forget exactly how -- say Shin, can I use that
21  as an abbreviation for the whole --
22   Q   If you say Shin, I will know who
23  you're talking about.
24   A   The Shin incident at Dongguk
25  University, the entirety. That's the it.

28

Jacoby

2  incorporating any of that.
3    Q   And you can't point to anything in
4  particular in this section of the report that
5  was, in fact, based on information that counsel
6  gave you?
7    A   That is correct.
8    Q   And do you think that if
9  information in this section of the report were
10  based on information that counsel had given you,
11  you would have mentioned that in Footnote 3?
12   A   I might have. I mean, after all,
13  the complaint was drafted by counsel. One I
14  have to take is an assumption, a working
15  assumption, that I am being told the truth by
16  the party with whom I'm working, that that party
17  has expressed the truth as they see it in their
18  complaint, otherwise they would be subject to
19  all kinds of problems, let's put it that way.
20  And so I take on faith that what has been
21  provided to me is accurate and correct.
22   Q   That actually leads to my next
23  question which is, did you do anything to
24  attempt to verify the information in Dongguk's
25  complaint?

27

Jacoby

2    Q   Other than the information that's
3  included in the Background or the Historical and
4  Precipitating Events section of your report, do
5  you have any other information about the Shin
6  incident?
7    A   I do not.
8    Q   Did you make any effort to find
9  out?
10   A   I did not.
11   Q   And, again, I just want to be sure
12  that the record is clear. You accepted all of
13  the statements in the complaint as true; is that
14  correct?
15   A   That is correct.
16   Q   Turn, please, to page -- page 10
17  of your -- your report, particularly the section
18  that's headed Objectives. Do you see that?
19   A   I do.
20   Q   I know I asked you earlier about
21  what the objective was of your survey in this
22  case and my understanding, apart from slight
23  language differences, is what you said is
24  essentially what's stated here. Is that your
25  understanding?

29

Pages 26 to 29

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000953

Jacoby

1
2      A   Yes.
3      Q   How did you come to understand
4  what the objective was? Is that something that
5  counsel communicated to you?
6      A   Clearly.
7      Q   And was it entirely what counsel
8  communicated to you or is it based on anything
9  else?
10     A   Well, in the normal course of
11 conversation, we interpret, we comprehend and
12 interpret what the other party that we are
13 speaking with in and outside of a litigation
14 context is telling us. My interpretation was I
15 was to examine the impact on Dongguk's
16 reputation of the Shin incident to see whether
17 or not there was tarnishment of Dongguk's image
18 at that point in time.
19         I encapsulated that in writing my
20 objectives. I showed that to Mr. Weiner and
21 said, is this correct? Is this what I need to
22 study?
23         And he said, yes, that's correct.
24         So I confirmed my understanding of
25 our conversation.
                                            30

Jacoby

1
2      Q   Looking at the first section under
3  the Objectives heading in your report, that
4  sentence begins, While extensive media coverage
5  over a period of months raising serious doubts
6  regarding the fundamental honesty and competence
7  of a previously trusted institution is likely to
8  be harmful. And I understand there's a second
9  half of the sentence, but I just have a couple
10 of background questions about the language that
11 I just read.
12         Is it your understanding that
13 there was extensive media coverage over a period
14 of months raising serious doubts about the
15 honest and competence of Dongguk University?
16     A   Yes.
17     Q   And is it your understanding that
18 that media coverage relates to statements made
19 by Yale?
20     A   It includes statements made by
21 Yale, yes.
22     Q   Okay. Are you aware of anything
23 else that it would be based on or that it would
24 include other than statements made by Yale?
25     A   It would include actions taken by
                                            31

Jacoby

1
2  Dongguk University with respect to its
3  administration, with respect to its faculty, et
4  cetera, a pronouncement by Dongguk that may have
5  been reported in the press, so the entire
6  incident involved multiple parties, not only
7  Yale and its officials and their pronouncements
8  and representations, but also those made by
9  Dongguk and its officials.
10     Q   What actions of Dongguk are you
11 referring to?
12     A   I'm talking about, say, faculty
13 rising up and criticizing the president of the
14 university. I'm talking about statements that
15 Dongguk University representatives may have made
16 in response to statements being made by Yale
17 University.
18     Q   And what's the source of your
19 information about those subjects?
20     A   The complaint.
21     Q   And you also mentioned a moment
22 ago pronouncements made by Dongguk University.
23 What pronouncements are you referring to?
24     A   Pronouncements, things that they
25 may have said to the press, either in response
                                            32

Jacoby

1
2  to questions from the press or press releases
3  that they themselves released, in general how
4  they responded to the entire situation, the
5  media coverage.
6      Q   Okay. And, again, I just want to
7  understand. When you say the entire situation,
8  what are you referring to?
9      A   I'll try again. Sorry. I thought
10 we had been over this and it must be my fault
11 for not being clear enough. What I'm referring
12 to the Shin incident, I'm referring to Shin
13 being hired by Dongguk University under the
14 assumption that she had a legitimate degree from
15 Yale University. I'm referring to Dongguk
16 having contacted Yale to find out and verify
17 that this, indeed, was the case. I'm referring
18 to Dongguk being told that, yes, it was the
19 case; she did have a degree from Yale
20 University. I'm referring to the several months
21 later their being furnished with information
22 indicating that her doctoral -- doctoral
23 dissertation was forged and that she probably
24 didn't have a degree from Yale University. I'm
25 referring to Yale University at a certain point
                                            33

Pages 30 to 33

SIMONSON00000954

Jacoby

1 disavowing that they had ever been contacted.
2 I'm referring to interviews with Yale University
3 officials that appeared in the press in Korea.
4 I'm referring to newspaper accounts, television
5 accounts of this entire situation and I'm sure
6 I've left out a number of important details, but
7 that's what I'm referring to.
8    Q   Looking back at that -- that first
9 half of the first sentence of the Objectives
10 section, is it your understanding that prior to
11 the events you just described Dongguk University
12 was a previously trusted institution?
13    A   Yes.
14    Q   And what is the basis for that
15 understanding?
16    A   Well, I guess the representations
17 that I've seen in the complaint, the fact that
18 it was a -- going back to what I remember
19 circling and circling in their description of
20 being considered the top university in Korea in
21 that year with respect to either to a scientific
22 discipline or science in general or to
23 mathematics, that's my recollection, with
24 respect to the fact that it had been around over

34

Jacoby

1 particular. I remember what happened after
2 World War II. I remember knowing and reading --
3 knowing, you know -- knowing about hari kari,
4 how if one lost face in Asian societies, certain
5 Asian societies, it was so severe, it would be
6 important enough to commit suicide to atone for
7 having lost face or done something that was
8 perceived as being disgraceful. That has only
9 been reaffirmed as I grew up, read things, saw
10 things, saw movies.
11     In fact, I had the pleasure of
12 meeting Ms. Lu this Tuesday. And in a break I
13 was conversing with her -- this is not
14 privileged -- about seeing "The Last Samurai"
15 and you may remember that and how important the
16 face was so that the general who had lost the
17 battle was permitted to commit hari-kari; he had
18 lost face.
19     So I have known about face and
20 losing face easily since I was six and seven and
21 eight years old. That and -- and it occurred to
22 me in my first conversation with Mr. Weiner to
23 mention that, wow, this must be important,
24 especially in -- in a society like Japan or

36

Jacoby

1 a hundred years, I believe, that it had been
2 founded -- I don't know if the proper term would
3 be had a board of directors involving spiritual,
4 presumably ethical individuals.
5     I was not informed of anything
6 negative about Dongguk. Everything I saw and
7 read seemed to be glowing. And that's -- I
8 think that's responsive to your question, or at
9 least I'm trying to be responsive to the
10 question and I believe that was responsive.
11    Q   Moving on to the second half of
12 this first sentence of the Objectives section of
13 your report, you say, There was reason to
14 believe that the impact of such coverage and
15 public criticism in Korea - a society where face
16 and losing face are core societal values - was
17 likely to be especially severe and long lasting.
18     And I guess my first questions is
19 what is your basis for your statement that face
20 and losing face are core societal values in
21 Korea?
22    A   I was born in 1940. World War II
23 was already ongoing. I remember all kinds of
24 conversations with my parents, father in

35

Jacoby

1 China or Korea that we're talking about in those
2 societies face is important. This really had to
3 be serious and his concurring.
4    Q   Looking again at that language I
5 just read from the second half of the first
6 sentence, when you say that -- excuse me. I --
7 I strike that.
8     It's actually the first half of
9 the sentence that I wanted to ask you about
10 where you say that extensive media coverage over
11 a period of months raising serious doubts
12 regarding the fundamental honesty and competence
13 of a previously trusted institution is likely to
14 be harmful.
15     My question is, what do you mean
16 by harmful? Harmful in what way?
17    A   In many ways. It can tarnish
18 their image. It can tarnish donation to the
19 institution. It can tarnish application from
20 qualified individuals. I mean, let's take Yale
21 University, your client. If something were to
22 happen to tarnish its image, it might reduce
23 alumni donations. It might reduce donations
24 from other alumni. It might reduce -- wow.

37

Pages 34 to 37

SIMONSON00000955

Jacoby

1
2   My cousin was accepted at -- at
3   Harvard, Yale and Princeton as an undergrad. He
4   decided on going to Yale's undergrad and
5   graduated from there and was accepted by
6   Stanford and Harvard Law School and got a degree
7   from Harvard. Here's a bright guy. His name,
8   by the way, is Leonard Jacoby. He's a partner
9   at Cleary Gottlieb; you can check all this out.
10  Len had a choice. He could have gone to
11  Harvard. He could have gone to Yale. He could
12  have gone to Princeton. He chose Yale.
13       Now, what happens if Yale had had
14  its image tarnished? Would he have been as
15  likely to choose Yale or would he have gone to
16  Harvard or Princeton? Presumably and knowing
17  Len, he would not have selected Yale.
18       So when you ask about harmful, I
19  mean, there are many ways in which a university
20  can have its -- can be harmed by having its
21  image tarnished.
22       Q    Other than the areas you've
23  mentioned, are there any other areas you were
24  thinking of in which this -- these events would
25  be harmful or you would expect them to be

38

Jacoby

1   saying if they have comparable talk shows and
2   comparable comedic mentions at night, late night
3   TV, it could have become. Whether it was I
4   don't know. You asked -- you asked me your
5   question in what way could they be harmed and I
6   have given you a number and you keep asking me
7   in what other ways could they be harmed. And
8   I'm trying to tell you here, this can be harm.
9   We can go on.
10       Q    Do you know if Dongguk's
11  applications or donations or grants from the
12  government were, in fact, diminished as a result
13  of the Shin incident?
14       A    I can't say for sure. I have a
15  recollection that some or all of those were
16  adversely impacted, but I don't know the source
17  of -- of that information.
18       Q    Do you believe that you obtained
19  that information from the complaint?
20       A    I might have. I'd have to go back
21  and read it. And I might have obtained it from
22  Mr. Weiner, I might not have obtained it, but my
23  recollection is some or all of those things that
24  you mentioned did, in fact, occur.

40

Jacoby

1
2   harmful?
3       A    Sure. I don't know if you have
4   the equivalent of John Stewart and Jay Leno and
5   all the late night talk show comedy routines.
6   They can become the butt of jokes, as here in
7   our city Donald Trump has become recently.
8   There are so many ways in which you can be
9   harmed once your image is tarnished. They can
10  be harmed in getting grants -- they being
11  Dongguk -- harmed in getting grants from the
12  government, if the government has a choice of,
13  establishing, say, a medical school at one
14  facility versus another. Well, why give it to
15  Dongguk? That's -- that's not going to be a
16  good idea, not a good PR move for the
17  government. Let's give it to an alternative
18  university.
19       Q    Do you know if Dongguk was, in
20  fact, the butt of jokes as you say as the result
21  of the Shin incident?
22       A    I don't know. I only know what I
23  have read from the complaint, from conversations
24  with Mr. Weiner. I haven't heard of anything to
25  that effect, but I -- I prefaced my response

39

Jacoby

1
2       Q    And beyond that do you have any
3   further information about those particular
4   areas?
5       A    No. As -- as I mentioned and I
6   thought we already -- all of my information
7   regarding this case comes from the complaint,
8   from my looking on-line, from my conversations
9   with Mr. Weiner and I don't believe, I don't
10  recall from anything else.
11       Q    Did you conduct or did TNS conduct
12  any sort of pretest or pilot test before
13  conducting the survey in this case?
14       A    I did not. I don't recall -- I
15  don't think -- I mean, it's possible they may
16  have tested out wording, but I don't recall
17  being informed of any pilot or pretest that TNS
18  might have conducted. I myself did not do any.
19       Q    Do you typically conduct pretests
20  before you do consumer surveys?
21       A    Yes, but typically don't do them
22  for surveys in litigation because of things
23  called discoverability and because of things
24  like once you change one word all of a sudden
25  smoke is perceived to be a raging forest fire

41

Pages 38 to 41

SIMONSON00000956

Jacoby

1  Jacoby
2  when there really is nothing, it was just
3  powder. And so my approach in designing surveys
4  for litigation and I have designed and conducted
5  well over a thousand in my career has not been
6  to conduct pilot surveys but to design it as
7  best I know how to address the allegations in
8  the complaint, what needs to be known and then
9  let the chips fall where they may.
10     Q    Do you ever conduct pretests
11  before surveys that you do for purposes of
12  litigation?
13     A    No.
14     Q    Do you know what instructions were
15  given to the interviewers who conducted this
16  survey?
17     A    I -- I cannot say that I do. I
18  can't say that I do.
19     Q    Did you have any communications
20  with anyone from TNS about the subject of what
21  instructions would be given to the interviewers?
22     A    Yes.
23     Q    Tell me what knows those consisted
24  of.
25     A    I had at least one phone call,

42

1  Jacoby
2  over two years ago, maybe two and a half -- two
3  and a quarter, two and a half years ago, I don't
4  remember specifically that the conversation -- I
5  know we went through the questions, their
6  questions to me about what the questions meant,
7  how it could be worded.
8       They worded it. We had it back
9  translated. I'm sure we'll get into that, but
10  those were the conversation, the kinds of
11  conversations that I had with them.
12     Q    Other than the requirement that
13  the survey be double blind, do you recall any
14  other requirements that you communicated to TNS?
15     A    No, with no specificity but, I
16  mean, I did communicate other requirements, but
17  I don't recall them.
18     Q    Well, I just want to be clear. I
19  mean, you say with no specificity. I'm happy to
20  hear about any level of generality that you
21  recall about such requirements.
22     A    I would tell them -- I don't
23  recall anything specifically, but generally when
24  I do speak to the field interviewing sites --
25  not the field interviewing sites, the

44

1  Jacoby
2  there may have been two, I think there were two
3  directly -- oh, sorry, my apologies -- with
4  researchers at TNS telling them what I want,
5  what I needed. I also was able to communicate
6  with TNS through Miss Bae, who was a native
7  speaking Korean, and I would inform her what I
8  needed and she would call on my behalf and
9  implement my instructions.
10     Q    What did you tell TNS that you
11  needed?
12     A    Well, I told them that I needed
13  this thing to be double blind. They knew that
14  it was being sponsored by and paid for by a law
15  firm. They had no idea what the law firm -- who
16  the law firm would be representing nor for what
17  purposes it was being used. I didn't want to
18  have any disinformation to be communicated to
19  the interviewers. And so I insisted that it be
20  double blind so that not only did the
21  respondents not know who was sponsoring this or
22  for what purpose it was being conducted, but I
23  didn't want the interviewers knowing that.
24       That is one thing that I do recall
25  telling them I -- I mean, it's been, as I say,

43

1  Jacoby
2  subcontractors, I will give them general, oral
3  instructions as to how I would like the study
4  handled. They always will include the need for
5  a double blind. They will also include other
6  kinds of instructions. And what I told them
7  specifically in this matter I don't know. I'm
8  sure I told -- I told them other things, but I
9  have no specific recollection of what -- as I
10  sit here now, I have no specific recollection.
11     Q    Was any post-survey validation
12  conducted of your survey? Your microphone.
13       Was any post-survey validation
14  conducted in this case?
15     A    As I recall, no.
16     Q    Do you typically have validation
17  conducted after you have a survey performed?
18     A    I typically do. It's typically --
19  it's not always done.
20       I was in a deposition yesterday
21  where the opposing party, a major company, an
22  opinion research corporation had done a survey
23  for -- and did a phone survey nationwide and it
24  did not do a validation. It does litigation
25  surveys all the time and said it never does

45

Pages 42 to 45

**Fink & Carney Reporting and Video Services**
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000957

**Page 46**

```
 1              Jacoby
 2  telephone validations. I do them. I do them in
 3  the states. I did not do one here.
 4      Q    Do you always do them on surveys
 5  you conduct in the United States?
 6      A    No, not always.
 7      Q    How do you decide when to validate
 8  a survey and when not to?
 9      A    It depends on the nature -- in
10  part, the nature of the population. For
11  example, I did do one this year with physicians
12  on a drug, a kidney drug, sorry, with
13  endocrinologists and nephrologists. I didn't go
14  back. I didn't have them called back to verify
15  that they participated. I mean, these are the
16  kinds of people, their time is busy. I accepted
17  the fact that they were in the study.
18          Validation will frequently knock
19  out 1 or 2 or 3 percent at most, zero to 1 or 2
20  or 3 percent. That would have no material
21  impact on the findings in this study.
22      Q    Why was no validation conducted in
23  this case?
24      A    Why? In part because of the
25  general, the more complicated effort of
                                            46
```

**Page 47**

```
 1              Jacoby
 2  translating the survey into Korean, the back
 3  translation, getting the wording right and
 4  basically I was minimizing these kinds of
 5  complications.
 6      Q    If you had conducted a similar
 7  survey in the United States, would you have
 8  validated it? That is, I'm trying to understand
 9  is the fact that it was in Korea the only reason
10  you didn't use validation here?
11      A    Had I done this in the states, the
12  answer is, yes, I most likely would have
13  validated it. Again, to -- because frequently
14  likely confusion studies there is a percentage
15  level at which certain things become actionable.
16  Above 15 percent they're actionable and below
17  they're not. And when things I find in some
18  studies that it's 16.5 or 14.5, you want to be
19  as -- you want the data to be as purged as
20  completely of error as possible, and so you do a
21  validation.
22          Validation in -- in part is --
23  well, you're not asking that, so I won't get
24  that that, but the point is these data even had
25  there been a validation would essentially be the
                                            47
```

**Page 48**

```
 1              Jacoby
 2  same as they are. It would have had no material
 3  impact on the data or my conclusions therefrom.
 4      Q    You don't actually know what a
 5  validation would have found, do you?
 6      A    Having done, as I said, well over
 7  a thousand studies with validations, I know that
 8  the validation would not affect the -- the
 9  results by more than about 3 percent, if that.
10  Yeah, I do know -- I do know that based upon
11  considerable amount of prior experience.
12      Q    And roughly what percentage of
13  your telephone surveys involve validation?
14      A    Probably 80 to 90 percent.
15      Q    And can you just explain generally
16  why validation is performed, that is, what
17  purpose it serves?
18      A    Validation is performed so as to
19  make sure to insure that the respondent has,
20  indeed, been interviewed.
21      Q    When you do validations, is there
22  a standard percentage of the respondents that
23  would be called or does that vary?
24      A    It varies from researcher to
25  researcher. In my research, when I do
                                            48
```

**Page 49**

```
 1              Jacoby
 2  validation, I was about to say without exception
 3  and I believe that to be true, but let me just
 4  say almost without exception I request 100
 5  percent validation which generally means that
 6  you can get in the order of around 60 percent
 7  that you reach. I mean, you can't reach
 8  everyone even with three call backs.
 9      Q    Turning to page 11 of your report
10  and I'm looking at the section that's headed
11  Overview of Survey Methodology, you say in the
12  third sentence there, Based on a sample of this
13  size, the percentages reported below are
14  accurate within plus or minus 2.7 percent.
15          When you say a sample of this
16  size, you are referring to the 1,306
17  respondents?
18      A    Correct.
19      Q    Now, my understanding is not all
20  of the questions in the survey were actually
21  asked of 1,306 respondents; is that correct?
22      A    That's correct, but the -- they
23  are based on the responses of -- except in the
24  subgroups, when I talk about the aggregate, they
25  are based on all 1,306 respondents regardless of
                                            49
```

Pages 46 to 49

SIMONSON00000958

Jacoby

1  whether or not they were asked the question.
2  Which means by including them, the data can
3  only -- if it leans in any direction favor
4  Yale's position rather than Dongguk's position.
5  If they weren't asked the question, I counted
6  them as not being -- not having a tarnished
7  reputation, not having an image that was
8  negative of Dongguk. So the denominator -- in
9  fact, that was the reason for there being
10  another iteration of the TNS report because I
11  wanted everything predicated upon the full
12  sample, not everything, but when I talked about
13  not the subgroups, when I talked about the
14  findings from the study as a whole, I wanted
15  every finding predicated upon 1,306 respondents.
16  And so that plus or minus 2.7 percent absolutely
17  does apply to all the findings that are not
18  referred to as those three specific subgroups.
19  **Q   And that's the case, even if the**
20  **question wasn't actually posed to all of the**
21  **respondents?**
22  A   That's exactly right because the
23  data were based on 1,306 respondents. Those
24  people were put in the denominator not the

50

Jacoby

1  numerator for calculating the percentages.
2  **Q   Who decided when the survey would**
3  **be conducted?**
4  A   I guess ultimately it would be Mr.
5  Weiner and -- and -- if he had someone telling
6  him when it should be conducted, maybe someone
7  there, but I -- I was informed it should be
8  conducted as soon as I could get ready to
9  conduct it.
10  **Q   Do you know how the telephone**
11  **numbers that were called in the survey were**
12  **obtained?**
13  A   I believe they -- not I believe --
14  they were randomly selected. In fact, it says
15  here, second line on page 11, Participate in
16  national random probability telephone survey.
17  They were selected at random from lists from
18  telephones. There are various ways to go about
19  it. The specific way, no, I don't know.
20  **Q   And do you know what those lists**
21  **are?**
22  A   I don't know what they have
23  available in Korea. What we do in the United
24  States, a variety of things. I can tell you

51

Jacoby

1  what I generally do here --
2  **Q   Before do you I'm really**
3  **interested in what was done in this case.**
4  A   But TNS -- but TNS being, you
5  know, the preeminent, largest international firm
6  doing survey research of this sort, relied on by
7  clients in the normal course of business,
8  commercial clients who do business in Korea,
9  they know what's required to generate a random
10  probability telephone survey and what they --
11  what they typically would do.
12  My requirement was for a national
13  random probability telephone survey. How they
14  did that, I don't know the particulars.
15  **Q   Before this survey had you ever**
16  **worked with TNS?**
17  A   Yes.
18  **Q   How many times?**
19  A   Several, but not directly. I have
20  worked with them through one of my
21  subcontractors, Fire Power Communications.
22  **Q   And before this survey had you**
23  **ever taken a survey of people in Korea?**
24  A   I had not.

52

Jacoby

1  **Q   Had you ever taken a survey**
2  **relating to either Korea or Korean people at all**
3  **before this case?**
4  A   Not that I can recall.
5  **Q   Had you ever taken a survey**
6  **relating to universities?**
7  A   Yes.
8  **Q   How many times?**
9  A   How many?
10  **Q   Roughly.**
11  A   I -- I guess I should ask, are you
12  confining that to the litigation context because
13  I --
14  **Q   No. I just mean any surveys that**
15  **you conducted.**
16  A   Oh, well, then, in that regard, a
17  number of my academic studies, scholarly
18  studies, have looked at universities where
19  people were from, schools they graduated from,
20  et cetera, so a number.
21  **Q   I am looking -- I should direct**
22  **you -- I'm looking at in Appendix D to your**
23  **report on page 76. I'll give you a moment to**
24  **find the page.**

53

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000959

Jacoby

1
2    A    Got it.
3    Q    And my questions now pertain to
4  what you describe as the implementation period.
5  You say in Appendix D, Interviewing began on
6  November 28, 2008 and ended on December 1, 2008.
7       Do you know if interviews were
8  conducted on each of the days from November 28th
9  to December 1st?
10   A    I do not.
11   Q    Do you know what time of day or
12 what times of day the interviews were conducted?
13   A    Hopefully, not at 3:00 a.m.  In
14 order to get people to participate, you call
15 them when it's convenient to reach them.  I do
16 not know what time of day they were contacted.
17   Q    Do you know if calls were made at
18 varying times of day?
19   A    Well, presumably, to get 1,306
20 people to participate and you have three days,
21 they are not all made at 7:42 p.m.  I mean, you
22 couldn't do that, right?  So clearly they had to
23 be made at different times.
24   Q    But you don't know what times the
25 calls were made?

54

Jacoby

1
2    A    I have no idea.
3    Q    Does that matter?
4    A    Well, it could.  But, again, here
5  I'm relying on TNS, a highly regarded
6  international firm that knows what it's doing
7  including, as I recall, one of the people I
8  chatted with in Korea had worked in the New York
9  office here.  They knew what was required.  They
10 do this day in and day out.  They're not waiting
11 for Jacob Jacoby to call them and have them do a
12 single study in Korea.  I mean, that's their
13 bread and butter.  That's their business and
14 they're professionals and I rely on
15 professionals.
16   Q    Why might it matter what time of
17 day the survey was conducted?
18   A    I tried to give you an example.
19 If the survey were conducted at 3:00 a.m. local
20 time, you're going to wake up a bunch of people,
21 have them irate and they won't participate,
22 right?  That's one way it might matter.
23   Q    How else might it matter?
24   A    It might matter if you called
25 during the day, you're not likely to get the

55

Jacoby

1
2  people working away from home and most do,
3  you're not likely to get the people away from
4  home.  Most interviewing is done in the early
5  evening.  You should know that, actually, from
6  your own personal experience.  If you're home in
7  the early evening, that's when you get all the
8  calls and solicitations from people.  You don't
9  get them at 8:00 a.m.
10   Q    Do you know if when interviewers
11 made calls that weren't answered they would call
12 the same number back again?
13   A    They were supposed to.  They were
14 supposed to have three call backs, as I recall.
15 I mean, that was one of the questions you asked
16 me before and I didn't recall specifically, but
17 I was asked how many call backs.
18   Q    And you --
19   A    That's standard.
20   Q    So you instructed TNS to call back
21 three times to try to get a response?
22   A    Yes.  Right.  That's my
23 recollection.
24   Q    We haven't seen this, but
25 presumably someone at TNS tabulated the

56

Jacoby

1
2  respondents' answers to the questions in the
3  survey.  Have you seen those responses?
4    A    What I received was the initial
5  report from TNS summarizing the data, okay?  And
6  that has been provided to you at the beginning
7  of this deposition.  That's what I saw.  I don't
8  recall if I did get what's called raw
9  tabulations, but what happens, the data -- if
10 they used an approach called CATI, C-A-T-I,
11 Computer Assisted Telephone Interviewing, then
12 the responses would have been typed in
13 automatically by the interviewer and these would
14 have been aggregated by machine.  That's the way
15 most telephone interviewing is done here.  I
16 presume, but I don't know for sure that that's
17 the way it was done or is being done in Korea.
18       So I didn't see the individual
19 typed-in text.  I saw -- because they wouldn't
20 mean anything to me.  What I have to do is look
21 at the aggregate.  And the first time I got to
22 see the aggregate was in the initial report and
23 I noticed there was something that was not the
24 way I wanted it which was the reason for the
25 second and final report.

57

Pages 54 to 57

SIMONSON00000960



Jacoby

1  Jacoby
2  Just to be clear, there are only
3  two versions of the TNS report. The first one,
4  which I looked at and said, wait a moment, this
5  does not conform to what I need, and then the
6  second version, which does conform to what I
7  need.
8      Q    Do you know if TNS used consumer
9  or, excuse me, computer assisted telephone
10  interviewing in this case?
11     A    I said I didn't. I said I
12  presumed if they had it available, they did.
13     Q    Apart from seeing the raw data,
14  was it communicated to you in any way at all?
15     A    I don't recall that. Again, the
16  questions basically are closed-ended questions
17  because I couldn't get involved in going into
18  translations back and forth with, you know,
19  1,300 respondents. And I don't know if anyone
20  here -- I don't think I'd be capable of
21  necessarily appropriately interpreting responses
22  to open-answered. What you have are mostly
23  closed-ended questions or entirely -- I could go
24  back and check -- so that all we had were a
25  bunch of numbers. It wouldn't necessarily be
                                                    58

1  Jacoby
2  meaningful for me to look at a two versus a
3  three versus a -- until it was aggregated and
4  that's what I did get, the aggregated data.
5      Q    Okay. And just to be perfectly
6  clear, you don't recall the raw data being
7  communicated to you at all, do you?
8      A    I don't recall that. It may have
9  been, but I don't recall that at all.
10     Q    When the survey was conducted, was
11  the order of the questions rotated at all?
12     A    I know I had rotations for some.
13  I had affirmative and negative within quotations
14  rotated -- within questions rotated.
15     Q    I'm not asking about rotations of
16  answer choices.
17     A    Right.
18     Q    I'm asking about rotation of the
19  questions.
20     A    I don't recall if -- I could go
21  check.
22     Q    Please do.
23     A    Okay.
24     Q    I can tell you, I don't recall
25  seeing any mention of it in your report, but by
                                                    59

1  Jacoby
2  all means.
3      A    Okay. You're talking specifically
4  about questions, not within questions, right?
5      Q    Correct.
6      A    Just to confirm that.
7      Q    Yes.
8      A    As I look at this, the -- number
9  one, it doesn't make sense. It would, in fact,
10  violate all proper practice to rotate questions
11  in -- in general. The only place where it might
12  make sense and I don't recall what was done is
13  in regard to the sub-questions within question
14  seven. I might have -- I don't recall as I sit
15  here now whether I -- I rotated the five
16  sub-parts of question 7 or not. That is the --
17  any other rotation would have been highly
18  critical because of -- and undermined the
19  validity of this study.
20     Q    Why?
21     A    Because what you do and what
22  this -- here. I'll give the example. It's used
23  as a funnel. You ask the more general questions
24  first that are more -- not likely to -- my
25  apologies.
                                                    60

1  Jacoby
2      Q    Technical difficulties.
3      A    Technical difficulties. You ask a
4  funnel. You start with the general. You don't
5  ask specific questions first because they can
6  then -- anything that's asked first has the
7  potential to give the respondent a mindset in
8  which they then use to answer the subsequent
9  questions. So what you're advised to do by many
10  of the texts is a funnel approach. You start
11  with the general and then zero down to the
12  specifics.
13     Let me show you what I mean here.
14  The first question asked them if they heard
15  about Dongguk -- if they knew of Dongguk
16  University. Now, it wouldn't have made sense to
17  ask them that question at the end to have
18  rotated it, right? It's only if they heard of
19  Dongguk University that I would ask them did
20  they hear of the Shin incident. If they didn't
21  hear of the Shin incident, why would I ask any
22  of the other questions? You know, why would
23  that be rotated at the end? It would be inane,
24  actually, to do so.
25     The only point at which -- oh, and
                                                    61

Pages 58 to 61

SIMONSON00000961

Jacoby

1  Jacoby
2  then I asked, where did you get your information
3  from? It doesn't make sense to ask people who
4  didn't get their information from the media
5  questions about the impact of the media. I
6  mean, there's a logical sequence to what has to
7  be done. The only point at which questions
8  might have been rotated – and I don't recall if
9  they were or not – was in regard to the five
10 sub-questions of Question 7.
11     Q   As long as we're on the subject,
12 if you look at Appendix E to your report which
13 is the questionnaire and look through for the
14 moment at least at page 4, looking in particular
15 at Questions 4-A and 5-A, would it have been
16 improper to rotate the orders of those
17 questions?
18     A   Could it have been done?
19 Possibly. I'd want to think about this some
20 more and look at it some minutes now. If you want
21 I'll spend the five or ten minutes now. If not,
22 if you want to take as an answer could have been,
23 maybe it could have been.
24     Q   I'm happy to take a break if – if
25 you need a few minutes to think about that

62

1  Jacoby
2  question.
3      A   Sure.
4          THE VIDEOGRAPHER: The time
5  now is 11:23 a.m. This marks the
6  ending of Tape One. Off the record.
7          (Whereupon, at 11:23 o'clock
8  a.m., a recess was taken to 11:38
9  o'clock a.m.)
10         (The deposition resumed with
11 all parties present.)
12         THE VIDEOGRAPHER: The time
13 now is 11:38 a.m. this marks the
14 beginning of Tape Two. On the
15 record.
16 JACOB JACOBY, Ph.D.,   resumed
17 and testified further as follows:
18 BY MR. FETNER:
19     Q   Before the break, I had asked you,
20 I guess, if it would have been appropriate or
21 proper procedure to rotate questions 4-A and
22 5-A, and essentially why that wasn't done here.
23 Do you now have an answer to that question?
24     A   I certainly do and I'm glad I
25 had – and thank you for the opportunity to

63

1  Jacoby
2  review it. It would not have been proper. If
3  you take a look at – look at 4-A. It asks
4  about which do you think it did, contact Yale or
5  not contact Yale? And then 5-A is, do you think
6  they told the truth to the public about
7  contacting Yale versus not contacting Yale?
8          What I'm doing is arranging it in
9  a chronological or temporal order. In my
10 opinion, that's the best way to do it. To ask
11 which of the following do you think Dongguk
12 University did, did they tell the truth about
13 contacting Yale before finding out whether or
14 not they ever made contact with Yale just
15 doesn't make sense, so I think the way I did it
16 is not only totally proper, but the required
17 way.
18     Q   I don't – I don't quite follow.
19 Tell me, why wouldn't it have made sense to have
20 rotated the order?
21     A   Okay. Let's go this way, Question
22 5-A, which of the following – for two reasons.
23 Number one, temporally what has to happen first?
24 They have to contact Yale, right? And then they
25 either tell the truth or not truth about

64

1  Jacoby
2  contacting Yale. So for that reason alone,
3  temporally in the sequence of events of what
4  happened, it make sense to ask Question 4 first.
5          Now, there's another problem here.
6  Look at Question 4-A. Which of the following do
7  you think Dongguk did, contacted Yale to – no,
8  in fact, let's take a look at 5-A. I think it
9  would be more interesting for you to see it this
10 way. Which of the following do you think
11 Dongguk University did in 5-A, Dongguk told the
12 truth to the public about the attempt to contact
13 Yale University.
14         Now, you just were asked that and
15 now I'm going to ask you 4-A: Do you think they
16 contacted Yale to – I mean, it doesn't make
17 sense to ask that of people who don't believe
18 they contacted Yale University. The people who
19 gave a negative to 4-A should not have been
20 asked 5-A.
21     Q   Were they?
22     A   No, but they would be if it were
23 in the flipped order direction. I mean, if you
24 started out – which of the following do you
25 think Dongguk University did, Dongguk University

65

Pages 62 to 65

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000962

```
                    Jacoby
 1
 2   told the truth to the public about the attempt
 3   to contact Yale? If you answered that, you're
 4   asked did they contact or not contact or, if
 5   they said they did not tell the truth about
 6   their attempt to contact Yale and then you asked
 7   them, well, did they contact Yale or did they
 8   not contact Yale, it just doesn't make sense.
 9       Q    Going back to something you said a
10   moment ago, you said part of the reason you
11   didn't rotate the orders of these questions is
12   because the way they are in the survey is
13   chronological order, I guess the order in which
14   the underlying events happened. Is that what
15   you're saying?
16       A    Yes. I said that's one reason why
17   and it tracks the temporal sequence.
18       Q    Why does it matter if the order of
19   the questions in the survey tracks the order in
20   which the events occurred?
21       A    Time is a continuum and like all
22   continua when you give a -- when you ask
23   questions about continua, it makes it easy to
24   understand, it makes it easy to rule people out
25   if they don't qualify not to continue along the
                                                    66
```

```
                    Jacoby
 1
 2   continuum, not to disrupt the continuum. It's
 3   as if I were to -- what's -- what's -- what's
 4   the temperature today? Is it in the 40s, in the
 5   80s, in the 60s, in the 100s, in the 90s? I
 6   mean, that's disruptive. You ask things in --
 7   that are logically, inherently, intrinsically
 8   continua in the continuum sequence because it's
 9   less disruptive and easy to comprehend that way.
10   And these questions do track the temporal
11   continuum, the logical continuum of what must
12   have occurred.
13          That said let me say one last
14   thing. It would make a hill of difference I
15   don't think in the -- in the results that we got
16   other than fewer people would have been or more
17   people would have been inappropriately asked the
18   question -- yeah, it might have made a
19   difference. By the way, I don't think this has
20   any impact on the data or my conclusion.
21       Q    Well, my understanding of what
22   you're saying is that it wouldn't have been
23   appropriate to ask Question 5-A of people who
24   said in response to Question 4-A that they
25   believe Dongguk did contact Yale?
                                                    67
```

```
                    Jacoby
 1
 2       A    No, I'm saying the reverse. It
 3   wouldn't have been -- if it wouldn't have been
 4   appropriate to ask people who did not -- who
 5   said they didn't think -- let's go -- maybe I
 6   was unclear about that.
 7          In 5-A, if I asked 5-A first,
 8   which of the following do you think Dongguk
 9   University did, they -- they told the truth
10   about their attempt to contact Yale or they
11   didn't tell the truth about the attempt to
12   contact Yale, in both of those I'm telling them
13   they made an attempt to contact Yale. It does
14   not then make sense 1 don't think to ask them,
15   do you think they did contact Yale or they
16   didn't contact Yale. I'm -- I'm giving you what
17   in my best judgment based on my expert --
18   expertise would be and is the proper way to ask
19   the sequence of these questions.
20          Could someone else have decided to
21   ask them a different way? Certainly. I think
22   it is the proper way, the most proper way to
23   have done it.
24       Q    Couldn't you ever asked Question
25   5-A in a way that doesn't inform the respondent
                                                    68
```

```
                    Jacoby
 1
 2   that Dongguk had attempted to contact Yale?
 3       A    If I asked you for your age, I
 4   could ask you, how old are you? What's your age
 5   on your last birthday? What's your age on your
 6   next birthday? In what year were you born, et
 7   cetera. There are many ways to ask the question
 8   with such a simple question as your age.
 9          I did, in phrasing and asking
10   these questions, what I thought in my
11   professional expertise was the best way to
12   address the problem in ways that would not
13   create any bias.
14          Are you implying that there was
15   bias in what I did?
16       Q    I'm simply asking a question that
17   I'd like you to answer.
18       A    And I'm doing that, I'm telling
19   you, I used my best judgment. I followed the
20   temporal sequence. I followed one that wouldn't
21   have one question alert them to how to answer a
22   different question. And in my best judgment,
23   this is the way to have done it.
24       Q    Okay. What my actual question was
25   is, could you have asked Question 5-A in a
                                                    69
```

Pages 66 to 69

SIMONSON00000963

Jacoby

1  manner that doesn't inform respondents that
2  Dongguk had actually attempted to contact Yale?
3      A    Is it possible? I guess it's
4  possible, but I was doing what I thought was
5  best in response to what needed to be measured
6  and how it should best be measured in a way that
7  was least minimally likely to generate invalid
8  responses.
9          MR. WEINER: Can I just have
10         the question reread so I can
11         understand it. I'm not sure I
12         understand it in the context in
13         which you asked it.
14             (The record was read.)
15         MR. WEINER: I guess I'm
16         just confused looking at four
17         choices how you did do that, but
18         maybe could you put on the record
19         what the four choices were?
20         MR. FETNER: Well, I wasn't
21         actually asking you, Bob —
22         MR. WEINER: I understand
23         that, but I want to be able to
24         understand it as well.

70

Jacoby

1          MR. FETNER: I don't really
2      understand what's going on.
3          MR. WEINER: Well, what I'm
4      saying, Question 5-A, which of the
5      following do you think Dongguk
6      University did, and there are four
7      choices. And what I thought I heard
8      you ask is given those four choices
9      without having established having
10     contacted or not contacted Yale in
11     the first instance, I don't
12     understand your question.
13         MR. FETNER: But that wasn't
14     my question.
15         MR. WEINER: That's why had
16     it reread. I think that was the
17     substance of your question.
18         MR. FETNER: No. In case,
19     my last remark wasn't caught because
20     the microphone fell off, that was
21     not my question.
22         MR. WEINER: Well, I guess
23     we'll see what the record reflects.

71

Jacoby

1  BY MR. FETNER:
2      Q    Apart from Questions 4-A and 5-A,
3  I know you've already mentioned that it's
4  possible that Questions 7-A through 7-E could
5  have been rotated? My question for you now is
6  are there any other questions in the survey that
7  you believe could have been rotated in
8  accordance with proper practice apart from 7-A
9  through E?
10     A    Let me preface what I'm about to
11 say by saying that developing a questionnaire
12 for a survey in some respect is the most
13 complicated part of survey development. And it
14 takes hours, days, weeks, et cetera, to do it
15 and do it right. In my opinion, this is the
16 culmination of those hours and days. Could
17 something have been done differently? Sure.
18 But what I did in my best judgment was put the
19 questions in an order that made sense and would
20 enable me to filter out individuals who should
21 not have been asked the question yet include
22 them in the denominator in a way that counted
23 toward, quote, the adversary's, in this case,
24 Yale's, position.

72

Jacoby

1          Give you an example, let's —
2      let's go to Question 6. We just did 4 and 5.
3      If — if people answered yes to either 4 or 5,
4      they were asked 6. If not, they were skipped
5      over 6, but if they were asked 6 they were asked
6      whether or not their view had changed. And if
7      they said — look below 6. If respondent
8      answered they did not contact Yale to Question
9      4-A or did not tell the truth, they were asked
10     Question 7. If not, they weren't asked Question
11     7. They were skipped to Question 8. So none of
12     these things could have counted. Nowhere could
13     I have gotten a negative response toward Yale
14     from those people who were skipped who were
15     filtered out of being asked this question.
16         The whole, quote, bias in the
17     questionnaire is in a direction of leaning over
18     to be conservative and favorable toward the
19     adversary, which is my normal practice which I
20     have written about. Everything that I've done
21     was in my best judgment conservative. Could it
22     have been in another way? Sure, just as I
23     illustrated with the question on age. You can
24     ask any question in innumerable number of ways.

73

Pages 70 to 73

SIMONSON00000964

Jacoby

1   I asked these questions in this order worded in
2   these ways with these skip instructions that
3   based upon my judgment would be least biasing
4   or, if it were biasing would bias against my
5   client's interest. Could someone else do it
6   differently? You bet your bippy they could.
7       Q    Turn, please, to the first page of
8   the questionnaire. We are still in Appendix E.
9       My understanding is in conducting
10  the survey the population was selected to be
11  representative of the adult population of South
12  Korea; is that correct?
13      A    Yes.
14      Q    And I understand that the first
15  item listed on page 1 is region. Was the idea
16  to get the percentages of respondents within the
17  population from each of the listed regions to
18  match the percentages of the Korean population?
19      A    It was and no question was asked
20  about that. The sample was stratified based on
21  region. That is, the number of respondents or
22  the proportion of respondents allowed in the
23  study were proportional to the region. Nobody
24  was asked where your live or anything of that

74

Jacoby

1   sort. Phone numbers were taken from the
2   regions.
3       Q    Okay. So that was going to be my
4   question. TNS determined what region each
5   respondent was from based on what the phone
6   number was?
7       A    Yes.
8       Q    And how was the list of 16 regions
9   comprised?
10      A    I think that's an exhaustive of
11  every region or province within Korea. And I'm
12  pretty positive -- I shouldn't say I think --
13  I'm 99.9 percent positive that that is the case.
14  That's what I requested and was told this is
15  every region.
16      Q    And the population information
17  that would tell TNS what percentage of the
18  respondents should be from each region, do you
19  know where that came from?
20      A    We'd have to ask them, but
21  presumably they, being in Korea and being
22  Koreans, and doing survey research for all kinds
23  of people would have that information. I
24  wouldn't.

75

Jacoby

1       Q    Turning to the next item on page
2   1, which here is called Region Size, is that
3   also information that TNS determined without
4   asking the respondents?
5       A    Yes.
6       Q    Do you know how they determined
7   that?
8       A    Again, the same answer applies as
9   for region.
10      Q    Turning to the next portion of the
11  questionnaire immediately beneath Region Size,
12  it says, Hello, my name is blank with blank. We
13  are conducting an important survey regarding
14  university image. We would greatly appreciate
15  it if you would give us some of your precious
16  time for our research.
17      Is that something that you drafted
18  or that TNS determined on its own?
19      A    I didn't use the word precious. I
20  may have used valuable. But, again, what I
21  wrote was translated into Korean by them and
22  then translated back. I went through the
23  questionnaire to make sure that it corresponded
24  to my -- the meanings I wanted to convey, not

76

Jacoby

1   necessarily the words I had used in conveying
2   them.
3       Again, this is something that I
4   would be told by -- you know, if it came back
5   precious, I don't know if I did this with this
6   specific word, I might say, wait a moment,
7   that's not what I wrote, and I would be told
8   that that's the most comparable equivalent
9   corresponding translation in Korean.
10      I mean, we went back and forth
11  several times to make sure that my words could
12  be and were conveyed properly in Korean to
13  convey the meaning that I had in mind. So what
14  you have here is what came back and what was
15  essentially the translation of my survey.
16      Q    And is it your understanding that
17  the document we are looking at here, Appendix E,
18  is in fact an accurate translation of what was
19  told to or asked of the respondents in the
20  survey?
21      A    We retained the services of a
22  professional firm that translates and they were
23  independent of TNS, independent of everything
24  else, and I'm relying upon their professional

77

Pages 74 to 77

**Fink & Carney Reporting and Video Services**
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000965

Jacoby

1 skills and saying, yes, I believe — I mean, I
2 have no way of going and reading the Korean
3 script and translating it. I am — we retained
4 top notch professionals to do that and I'm
5 relying on them.
6
7    Q    I just want to be clear. You have
8 no basis for questioning the accuracy of any of
9 the translations? That's really all I'm
10 interested in.
11    A    That would have been a great
12 question because I could have not waxed
13 eloquently about answer to the other one. The
14 answer is yes.
15    Q    In the instruction I just read,
16 why did you include the instruction that the
17 survey was regarding university image, that is,
18 why convey that fact to respondents?
19    A    Why not?
20    Q    Is that something you typically do
21 in surveys?
22    A    It varies. Sometimes I will do
23 that because the subject might be interesting to
24 individuals. They might then be more inclined
25 to participate. That's the answer.

78

Jacoby

1    Q    I guess by the same token, if it's
2 a subject that's not interesting to people, they
3 might be less inclined to participate; is that
4 right?
5    A    Yeah. And I wanted to include —
6 again, here the objective was to be able to talk
7 about the Korean population as a whole and I
8 wanted to include — I wanted to increase the
9 rate of participation.
10    Q    Why was the survey conducted only
11 of people who answered home telephones as
12 opposed to business telephones?
13    A    Because that's normally what's
14 done here in the states.
15    Q    Why is that?
16    A    That's standard practice. Why?
17 Maybe I should just say it's custom. You reach
18 people at their home. That is the way it's
19 done. Here we don't — we don't interview
20 people unless it's a business survey and then we
21 will interview them by phone, but it's — they
22 will — it's more than custom. I just realized.
23 It's another reason. Because if you reach them,
24 if you try to reach them at home and you also

79

Jacoby

1 reach them at business, you're giving them a two
2 to one shot at being interviewed and you're
3 ruining the probability of the survey. You want
4 to keep everything equal. Some people don't
5 have a business phone. Others have a business
6 and a residential phone and we're trying to make
7 sure they have the same equal shot at being
8 included as anyone else does, so if you give
9 them two shots you've messed up the probability
10 nature of the survey.
11    Q    Do you know if cell phone numbers
12 were included on the lists that were used to
13 generate numbers for the survey?
14    A    I don't know and I won't
15 speculate.
16    Q    Would it have been appropriate to
17 include cell phone numbers on those lists?
18    A    Based upon data in the United
19 States, probably not.
20    Q    Why not?
21    A    Well, studies issued, actually, I
22 think within the past 30 days from, oh, one of
23 the federal government centers, illustrates —
24 see, now at this point in the country, in the

80

Jacoby

1 United States I'm talking about, 24 percent of
2 the people in the country no longer have a
3 landline. They're relying totally on cell
4 phones. When surveys have been conducted
5 comparing response to the people with landlines
6 to those with cell phones, what you find — and
7 this is by the Pew, P-e-w, Center — you find in
8 about 40 to 50 percent of the occasions
9 significant differences between people who
10 answer on cell phones versus — not only that,
11 cell phones are disproportionately — again, I'm
12 talking about the United States —
13 disproportionately possessed by certain types of
14 people in certain states, certain age groups,
15 certain demographics. It's a totally different
16 ballgame.
17    I don't know what at the time, the
18 turn of 2008, what the — the cell phone only
19 population would have been in Korea, but I would
20 not have wanted a cell phone. Knowing what I
21 know now, I would not have wanted cell phones
22 included.
23    Q    Did you give any instruction to
24 TNS about whether to include or not include cell

81

Pages 78 to 81

SIMONSON00000966

Jacoby

1  phone numbers?
2
3      A    We were talking about households,
4  home phones. That's what it says.
5      Q    All right, but my question is did
6  you give any instruction about that?
7      A    I don't recall specifically.
8      Q    Turn, please, to page 3 of the
9  questionnaire and I'm interested in Question
10  1-A. My understanding is based on the
11  instruction beneath Question 1-A that
12  respondents who answered yes to Woojang
13  University were essentially purged from the
14  survey?
15      A    Yes.
16      Q    Were respondents who answered I
17  don't know about Woojang University purged?
18      A    No.
19      Q    Why not?
20      A    I don't know if I've heard of it.
21  It doesn't say affirmatively that they have
22  heard of it, of this fictitious thing. I don't
23  know what's the foundation for excluding them.
24  I may, I may not have. I don't recall at this
25  point whether I've heard of them. It don't say

82

Jacoby

1  you ask me have I heard of, and you give me a
2  fictitious name and I say yes, you know I'm not
3  telling the truth.
4
5      Q    Okay. But my question is do you
6  know if people who answered yes to the real
7  universities are guessing or speculating?
8      A    I think if you understood my
9  answer to your prior question you would
10  understand you have to take a certain on faith
11  that they did answer truthfully because I have
12  given them two opportunities to answer
13  non-truthfully, which is two more than most
14  surveys, and I've taken out people who gave me
15  untruthful answers.
16      Whether or not they're telling the
17  truth, maybe we could, you know, bring each and
18  every one of them in and put them under
19  deposition and have them swear and even then we
20  wouldn't know that they were telling the truth,
21  would we?
22      Q    I just want to follow up on
23  something you said a moment ago. Most surveys
24  do not include any questions designed to weed
25  out what you call yea sayers or unreliable

84

Jacoby

1  to me they heard of a fictitious university.
2      Q    So just — I understand the
3  general nature, but can you just please explain
4  why respondents who said yes in response to
5  Woojang University were excluded?
6      A    Well, they — I think I talk about
7  in the report there is a propensity for some
8  people to answer yes. It's called yea saying or
9  acquiescence response bias. I wanted to get yea
10  sayers out and I wanted people to give me honest
11  answers. And I had two such checks incorporated
12  early in the questionnaire to make sure that I
13  was getting people who were being truthful,
14  thoughtful, weren't guessing at answers. They
15  weren't responding randomly.
16      Q    Do you know if people who said
17  they had heard of real universities were
18  guessing about those answers?
19      A    Do we know anything
20  philosophically? I mean, we're taking them at
21  their face. Yes, I've heard of. Have you heard
22  of Yale University? Yes. Do you know if I'm
23  guessing? Do you know if I'm speculating?
24  You're taking what I'm saying at truth, but if

83

Jacoby

1  responses?
2      A    That's exactly right.
3      Q    Do you universally use such
4  questions in your surveys?
5      A    I will use distracters. I will
6  use — yes. In the litigation surveys that I
7  do, I would say for the most part — I don't
8  want to say because I have a thousand-plus in
9  mind, but as a general rule I try to include at
10  least one or two such items.
11      Q    Turning to Question 2, why did you
12  include Question 2-A in the survey, the question
13  that asks if respondents had heard that Dongguk
14  is a Buddhist university?
15      A    Why? I wanted to give them some
16  things that were true, whether they knew it or
17  not and some things that are — one thing that
18  wasn't true and I happened to select that.
19      Q    Did you select that in particular
20  for any reason? I mean, you could have selected
21  anything. I'm wondering why you asked
22  particularly about that.
23      A    It's — it's — it was a fact
24  incontestable and some people might not know

85

Pages 82 to 85

SIMONSON00000967

Jacoby

1  that fact even though they had heard of Dongguk
2  University, and I just used that as an example
3  of a true fact.
4      Q    And I guess I should have asked
5  you a preliminary question which is why did you
6  need to include here at all a question that was
7  based on a true fact?
8      A    Why? Again, if I asked only about
9  things that were untrue that would telegraph to
10 the respondent or could telegraph to the
11 respondent what was going on. I'm trying -- I'm
12 nesting these. The key question to me is
13 Question B, 2-B, and I'm putting this in the
14 context of other distracter items. That's a
15 common procedure to use.
16      If I'm -- if I'm doing a survey
17 on -- on bank cards, financial plastic cards, I
18 won't necessarily ask people, do you have or
19 have you purchased, or have you signed up for
20 any bank cards? I would ask them, do you -- you
21 know, do you have a bank account? Do you have a
22 savings account? Do you have a checking
23 account? Do you have this? Do you have that?
24 Do you have a credit card? I don't care about

86

Jacoby

1  all those other things. And I would ask them
2  about something maybe if I can in that question
3  that they couldn't possibly have had to weed out
4  people who have given me a false response, but
5  I'm not interested in those other distracter
6  items. I'm just trying not to be transparent
7  and let them know what I'm interested in. And
8  that's the whole purpose for having true items
9  as part of Question 2 sub-parts.
10      Q    Were questions 2 A, B and C
11 rotated in order when the survey was conducted?
12      A    I don't recall. I don't recall.
13      Q    Would it have been proper practice
14 to rotate those questions?
15      A    To a certain extent maybe. Let's
16 put it this way. I would not have wanted the --
17 the key item to rule people out which is B, I
18 would not have wanted that in the A slot. I
19 would have wanted that to come after -- after a
20 true statement. In fact, as I look at this now,
21 I don't think it was rotated and I think I know
22 the reason why.
23      There's a true statement, a false
24 statement and a true statement. And the only

87

Jacoby

1  one that really counts in a way is C, but I use
2  a true and a false beforehand to -- to -- to, as
3  they say, not be transparent as to what I was
4  interested in, just to wait. Let me go back and
5  illustrate the approach.
6      With Question 1-A, I didn't ask
7  them, have you heard of the following
8  university, Dongguk University, and that's the
9  one I'm interested in. They don't know which
10 one I'm interested in at this point when I ask
11 about all of these and I have Dongguk third. By
12 the same token, they don't know which of the
13 sub-parts of Question 2 I'm interested in. And
14 so I ask a truthful one, the trap question, and
15 then I ask in C the question that I'm really
16 interested in after getting rid of people who
17 have given an incorrect response, yes, to a
18 false fact.
19      Q    Why wouldn't it have been proper
20 to ask what's now Question 2-B before 2-A and
21 2-C?
22      A    I -- I would not. I -- people may
23 pay more attention -- I don't know. To -- to
24 the first question. I just don't want to give

88

Jacoby

1  them something false up front. I generally
2  don't do that. It's my practice. Could --
3  could A and B have been rotated? Yes. I would
4  not have put C before B or before A. I'd want C
5  exactly where it was for the reason I told you.
6      Q    In question 2-C, why did you ask a
7  question that includes basically the general
8  definition of what the Shin incident was? That
9  is, why didn't you simply ask something like,
10 have you heard of an incident involving Shin
11 Jeong Ah, and then ask a more specific question?
12      A    I could have.
13      Q    Why did you not do that?
14      A    I thought this was the most direct
15 way and the most clear way to be clear about
16 what I had -- what the Shin Jeong Ah incident
17 involved. They may have heard about a different
18 Shin Jeong Ah independently or have a different
19 recollection. Here -- have you heard about
20 this, the degree forgery incident involving Shin
21 Jeong Ah? I could have asked it that way as
22 opposed to the Shin Jeong Ah degree forgery
23 incident.
24      Q    My question is why is the question

89

Pages 86 to 89

SIMONSON00000968



Jacoby
1
2  itself giving respondents information that there
3  was a degree forgery incident at Dongguk
4  University?
5       Q    Why not give that information?
6  Why get an ambiguous answer? Why --
7       Q    Couldn't you have asked an
8  open-ended question?
9       A    And then had all these 1,300
10  open-ended responses translated from the Korean
11  back into the English and -- yeah, could have
12  been done. It wouldn't have made sense.
13       Q    Why wouldn't it have made sense?
14       A    For the reason I just told you
15  because we're not going to start interpreting
16  and going through back translations with 1,300
17  individual answers to this one question or -- or
18  multiple questions.
19       Q    Other than the requirement of
20  translation, is there any other reason it would
21  be inappropriate or any other reason you didn't
22  use an open-ended question in this particular
23  case?
24       A    The requirement for translation is
25  enough.

90

Jacoby
1
2       Did you have any concern that
3  including the language that you did in Question
4  2-C that is, identifying Shin Jeong Ah's degree
5  forging incident at Dongguk University may have
6  created a negative impression in respondents'
7  minds by associating a degree forgery incident
8  with Dongguk University?
9       MR. WEINER:  Negative
10  impression of what?
11       MR. FETNER:  Of Dongguk
12  University.
13       A    Did I have any thought that it
14  would have -- no.  I didn't think it would have
15  generated a negative impact of Dongguk
16  University.
17       Q    Do you think --
18       A    I think it would --
19       Q    Excuse me.  No, go ahead.
20       A    No, go ahead.  Ask your question.
21  And I would appreciate, you told me several
22  times, my real question is.  I know you're
23  asking questions, but I would make a question to
24  you.  Why don't you ask me your real question
25  first?

92

Jacoby
1
2       Q    I'm not -- I'm not suggesting it's
3  not.  I'm simply asking if there were any other
4  reasons?
5       A    As I sit here now, I don't recall
6  any, but that's enough.
7       Q    And explain to me what the problem
8  with the translation is.  Is it simply that it
9  would -- that it would take time, that it would
10  cost money?  What's the reason that the
11  translation caused you to use the closed-ended
12  question?
13       A    It would take time.  It would cost
14  money.  It could introduce error.  And it would
15  put me, as one example, in a deposition that
16  would take days, if you didn't have a limit of
17  seven hours.  Well, take a look at that word in
18  Korean.  Was it really translated properly
19  into -- and how do you know that -- and maybe
20  they meant this; couldn't they have meant that?
21  No way.  It would have been ridiculous.  And you
22  may realize that on your trip back to
23  Connecticut.
24       Q    I don't, but I guess we'll have to
25  wait until I take a trip back to Connecticut.

91

Jacoby
1
2       Q    I believe I have done that.
3       A    Okay.
4       Q    And if you haven't understood one
5  of my questions, I have gone back and
6  clarified --
7       A    Okay.
8       Q    -- but I believe I have asked you
9  only real questions.
10       A    Okay.
11       Q    And if you don't understand a
12  question, let me know and I'll do my best to
13  clarify it.
14       MR. WEINER:  I think what
15  he's referring to is the fact that
16  after he's answered your question
17  you then come back and say, no, my
18  real question is.
19       MR. FETNER:  No, Bob,
20  actually I said that after the
21  witness has avoided answering the
22  question.
23       MR. WEINER:  Avoided
24  answering?  No, he answered your
25  question fully.  You didn't like it,

93

Pages 90 to 93

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000969



Jacoby

1  Jacoby
2  or your question wasn't clear, but
3  come on, let's not play games here.
4      MR. FETNER: That is my
5  instruction to you --
6      MR. WEINER: Let's try not
7  to insult the witness which seems to
8  be --
9      MR. FETNER: Unfortunately,
10  photos fetus I'm not hiding
11  anything. I'm not asking insulting,
12  questions. If you don't understand
13  something, ask it. I am as
14  interested in getting honest,
15  accurate answers to the questions
16  I'm asking as you are.
17      A    Well, when you ask a question as I
18  understand it, I answer it and I answer it more
19  fully than probably many witnesses would. In
20  part, it's a function of being a professor; you
21  try and educate. And then, after I try to be as
22  fulsome and responsive to your questions,
23  multiple times you said, but my real question
24  is. And I'm just saying, hey, if you have a
25  real question, ask me a real question.

94

1  Jacoby
2      Q    I understand that and I am saying,
3  I have asked you my real questions and I have
4  only gone back and said that when I haven't
5  gotten an answer.
6      MR. WEINER: Or an answer to
7  my question.
8      MR. SPRINGER: No, that's
9  not true.
10      Q    Let's move on. With respect to
11  Question 2-C, you testified a moment ago that
12  you do not believe that including information in
13  that question referring to Shin Jeong Ah's
14  degree forgery incident at Dongguk University
15  would have created a negative impression in the
16  respondents' minds about Dongguk University. Do
17  you think --
18      MR. WEINER: Did you say 2-C
19  or 2-A?
20      MR. FETNER: 2-C.
21      MR. WEINER: 2-C.
22      Q    Do you think that the Korean
23  population would have a positive association
24  with a university that's identified as having
25  had a degree forgery incident?

95

1  Jacoby
2      A    I stated a fact and I wanted to
3  know if they were aware of this fact. Are you
4  telling me there was not a degree forgery
5  incident of Shin Jeong Ah's degree forgery in
6  Dongguk, that I was giving them false
7  information?
8      MR. FETNER: Could you
9  please read my last question back?
10      (The record was read.)
11      Q    Could you answer my question,
12  please?
13      MR. WEINER: I think he did.
14      MR. FETNER: I disagree.
15      Q    Could you answer my question,
16  please?
17      A    Would you please either restate or
18  ask it in another way?
19      MR. FETNER: Could you
20  please read my question back one
21  more time?
22      (The record was read.)
23      A    Let me try and answer a different
24  way. I don't know. That's what the study was
25  trying to find out, whether as a result of this

96

1  Jacoby
2  factual occurrence the Korean population had a
3  negative impression of Dongguk University.
4      Q    Well, when I asked you a couple of
5  moments ago if you were concerned that including
6  that information in Question C would have
7  created a negative impression of Dongguk
8  University, you said no.
9      MR. WEINER: Why don't you
10  state for the record what Question C
11  says?
12      Q    Question 2-C: Before today did
13  you know or have you heard about Shin Jeong Ah's
14  degree forgery incident at Dongguk University?
15      I understand, Dr. Jacoby, that's
16  the question you had in mind when I was asking
17  about Question 2-C, correct?
18      A    Correct.
19      Q    Okay. So once again I'm trying to
20  understand. My understanding is you testified
21  that the information included in that question
22  in your mind would not have created a negative
23  impression of Dongguk in the respondents' minds?
24      A    That's exactly right to the answer
25  I gave you. I'm asking are you aware of this

97

Pages 94 to 97

SIMONSON00000970

Jacoby

1  fact, yes or no?  The question is yes or no or
2  don't know, both response options.  And they
3  could say, no, I'm not aware of this fact, or I
4  don't know or, yes, I am aware of this fact.  It
5  is a fact, is it not, that there was a Shin
6  Jeong Ah degree forgery incident at Dongguk
7  University?  That's a truthful response --
8  statement.  And I'm asking, are aware of this
9  fact?  There's nothing wrong with asking them
10  about that fact.
11      Q   Do you have any concern that the
12  number of people who responded to Question 2-C
13  by stating that they were aware of it is higher
14  than the number of similar responses you would
15  have gotten with an open-ended question?
16          MR. WEINER:  I object to the
17      form of that question.
18      A   Boy.  Let me again wax
19  professional.  If I asked you to tell me
20  everything you know about Columbus discovering
21  America and you give me an answer, I say what
22  else?  What else?  What else?  And finally you
23  say, I have told you everything I know.  And
24  then I ask you a closed-ended question because

98

Jacoby

1  ships?
2      A   Yeah, it could.
3      Q   So why didn't you ask in Question
4  2-C, do you know what university was involved in
5  Shin Jeong Ah's degree forgery incident?
6      A   And what if they said Dong
7  University?  How do I interpret that?  Gee, I
8  don't know.  It's -- yeah, I've heard of it.
9  It's the university that's -- and they give you
10  the town where Dongguk is, but they don't
11  mention Dongguk, how do I interpret that?  How
12  do I interpret the myriad of responses that are
13  given to me and not end up in here quibbling
14  with you about how I interpreted them?
15      Q   Do you believe you would not have
16  been able to accurately interpret responses to a
17  question if you asked respondents what
18  university was involved in the Shin Jeong Ah
19  degree forgery incident?
20      A   I believe I would have had some
21  difficulty in interpreting.  I would -- I
22  believe further I would have had greater
23  difficulty in sitting through a deposition
24  trying to justify why I interpret this one this

100

Jacoby

1  you haven't told me the name of his ships.  And
2  I say, was the name of one of his ships the
3  Nina?  And you go, yes.  An open -- you asked me
4  would you get a different response by asking an
5  open-ended question and a closed-ended question.
6  Of course you would because an open-ended
7  response -- an open-end response won't give
8  you -- it will give you general things, but not
9  necessarily the specific knowledge you need.
10      And so in order to avoid the
11  problems that I described to you with an
12  open-ended question in a cross-national study, I
13  asked about a specific fact:  Have you heard of
14  this, yes or no?  Simple question yes or no?
15  And you could say don't know because I told you
16  up front as part of the instructions to the
17  questionnaire you can always tell me you don't
18  know.  It's always an acceptable answer.
19      Q   Going back to your example, I
20  understand that asking someone to tell you
21  everything they know about Columbus' discovery
22  of America is an open-ended question.  Wouldn't
23  it also be an open-ended question to ask
24  someone, do you know the names of Columbus'

99

Jacoby

1  way and that one that way.
2      Q   Do you believe that the answers to
3  a question like the one I suggested would have
4  been different from the answers to Question 2-C
5  in --
6      A   Absolutely, and I told you why.
7  Because people don't give you all they know in
8  their mind in response to open-ended questions
9  as they do with respect to closed-ended
10  questions.
11          Excuse me.  I should have
12  mentioned this at the very beginning of the
13  deposition.  My phone is not ringing.  It is
14  buzzing.  My father-in-law is near death and I
15  want to see if my wife it calling me with that.
16      Q   We can take a break.
17          THE VIDEOGRAPHER:  The time
18      now is 12:25 p.m.  Off the record.
19          (Discussion off the record.)
20          THE VIDEOGRAPHER:  The time
21      now is 12:25 p.m.  On the record.
22  BY MR. FETNER:
23      Q   You've described a potential
24  disadvantage of open-ended questions and I just

101

Pages 98 to 101

SIMONSON00000971

Jacoby

1 Jacoby
2 want to be sure we are -- we're on the same
3 page. My understanding is you said an
4 open-ended question might not generate all of
5 the information that a respondent actually has
6 in his mind. Is that an accurate understanding
7 of what you've said?
8     A   Except for the word might not, I
9 would say likely would not and I would agree
10 that that.
11     Q   Are there disadvantages to
12 closed-ended questions?
13     A   Sure. There are pros and cons of
14 both forms.
15     Q   What are the disadvantages of
16 using closed-ended questions?
17     A   Pros and cons. One possibility is
18 it might have people think about things they
19 hadn't thought about prior to the question.
20 And -- and that would be true with the Columbus
21 ships example. Not that they didn't know that,
22 but until I would have asked a closed-ended
23 question it wouldn't have occurred to them that
24 I would be interested in knowing whether they
25 knew the names of the ships.

102

1 Jacoby
2     Q   So it might require more questions
3 to get the relevant information?
4     A   It would require more questions.
5 Again, I saw great difficulty with using
6 open-ended question in a cross-national study
7 where the language was different. I mean, I can
8 read and understand German; I can read and
9 understand French; I can read and understand
10 Spanish. That's the limit of my knowledge of
11 foreign languages. I cannot read any other
12 script and comprehend it. I needed to be
13 confident in the data. I needed to make sure
14 that the data were and said what they said and
15 wouldn't be quibbled with.
16         I think asking open-ended
17 questions in such a survey where it wasn't
18 necessary to do so would have gotten us involved
19 in looking at the underbrush as opposed to the
20 tree in the forest and what's the real meaning
21 of the data here. And based on your questions,
22 I'm sure that would have happened.
23     Q   Have you taken other surveys of
24 foreign language respondents?
25     A   I've done surveys in Germany, yes.

103

1 Jacoby
2 I've done surveys in Israel, yes.
3     Q   Have you used open-ended questions
4 in those surveys?
5     A   Boy, I don't remember. I don't
6 remember.
7     Q   Do you know if you've ever used
8 open-ended questions in surveys of foreign
9 language respondents?
10     A   Same answer.
11     Q   Looking back at the questionnaire
12 immediately beneath Question 2-C that we have
13 been talking about there's -- there's an
14 instruction, If the answer to Question 2-B is
15 yes, thank the respondent, hang up, and circle
16 the next uncircled number below. What do the
17 numbers below, 1 through 15, what do those
18 represent?
19     A   Those represent the number of
20 people who would have been terminated at that
21 point. That's a standard approach in -- used
22 here in the States and obviously used there as
23 well.
24     Q   Immediately beneath that is a
25 statement that says, If the answer to Question

104

1 Jacoby
2 2-C is yes, and then there's a -- an
3 instruction, what was the purpose of that
4 instruction?
5     A   To give them -- so we're all on
6 the same common base -- to give them an
7 understanding of what I would be asking about.
8 And also if you notice, the same understanding
9 would be given to those who said they didn't
10 remember. Those who said in answer to 2-C I
11 don't know would have been asked 2-A and only
12 those, and they were given an explanation of
13 what the incident that I was referring to had in
14 mind in order to make sure that those
15 respondents were comparable to the ones who said
16 yes up front. Everyone was put on the same page
17 as it were. Everyone was given the same
18 understanding.
19     Q   My understanding just from reading
20 the questionnaire is that what's identified as
21 Question 2-A at the bottom of page 3 was asked
22 not only of people who said I don't know in
23 response to Question 2-C, but to people who said
24 no or I don't know.
25     A   You are correct.

105

Pages 102 to 105

SIMONSON00000972



Jacoby

1  .
2     Q   Why once people have said no, they
3  haven't heard of the Shin incident, why not just
4  exclude them at some point?
5     A   You could, but maybe they had
6  heard of it but just didn't remember it. And so
7  that is, again, to illustrate with the open and
8  closed-ended, do you remember the name any of
9  Columbus' ships? No. Or any of the names of
10  the St. Mary? No. The -- the Queen Mary? No.
11  The Santa Maria? Yeah, yeah I remember. That
12  was one them. Oh, okay.
13     So there. You did remember and
14  now I can go on and ask you questions. You can
15  tell me I still don't know or no. Most people
16  did who were asked this question.
17     Q   Unlike the example you just gave
18  of the name Columbus' ship, your Question 2-A
19  doesn't include other false descriptions of the
20  Shin incident.
21     A   That's correct.
22     Q   Why is that?
23     A   Because I have already gotten out
24  people who were intending -- people who were in
25  my opinion more likely to say yes when they
                                            106

Jacoby

1  you asked me a question here in this deposition
2  and I say, no, I don't recall that and then you
3  may refresh my memory and I say, oh, yeah, yes,
4  I did. You're right. When I said no, I wasn't
5  thinking of X, Y, Z. Now that you've refreshed
6  my memory, yes. The answer is yes. It's a
7  human tendency. We're all human. We all forget
8  things we knew and then upon skillful
9  questioning will recall them.
10     Q   Was it your intention that the
11  respondents would have the definition of the
12  Shin incident that's included here in Question
13  2-A or immediately above that following Question
14  2-C in mind when they answered the remaining
15  questions in the survey?
16     A   Yes.
17     Q   I noticed that there isn't an
18  explicit instruction, please have this
19  definition or this description of the Shin
20  incident in mind when answering the remaining
21  questions. Why not?
22     A   It wasn't necessary. I'm telling
23  them something. I'm not telling them about the
24  price of beef, am I? They're participating.
                                            108

Jacoby

1  didn't really mean yes by the prior questions,
2  the question regarding Woojang University and
3  the question regarding in 2-B Dongguk and
4  Kyunghee University and an MBA program.
5     Q   So is it your belief that the
6  question about Woojang University and the
7  question about the joint MBA program essentially
8  eliminated all what you call yes saying
9  respondents?
10     A   Yeah. I think with two shots at
11  it early up front you're pretty much getting rid
12  of people who are inclined to say yes no matter
13  what. And the fact that a number of people did
14  answer Question 2-A in the negative tells me,
15  yeah, there are still people who didn't hear
16  about it, didn't know about it. Yes.
17     Q   Do you have any either knowledge
18  or opinion about why it is that people who
19  answered Question 2-C by saying either no, they
20  hadn't heard of the incident or they don't know
21  if they heard of it would then say, yes, they
22  had when they're read the description in
23  Question 2-A?
24     A   Sure. For the same reason when
                                            107

Jacoby

1  They know they're participating in a survey.
2  They are of -- being members of the Korean
3  population, basically very respectful and
4  attentive. They've agreed to participate. Now
5  I'm giving them information. And from what we
6  know about the character of the Korean people,
7  they're paying attention to it.
8     Q   How do you know they're paying
9  attention to it?
10     A   I could go back and test them, but
11  that wouldn't make sense, would it? How do you
12  know that they're not? I know you're asking the
13  questions; I'm not.
14     Q   What do you need me for? You can
15  ask the questions and answer them.
16     A   Good. Are we done?
17     Q   Unfortunately not. Turn, please,
18  to Question 4 which is on Appendix Eon --
19     A   I'm sorry. Which question?
20     Q   Question 3, which is the first
21  question on page 4.
22     A   Yes.
23     Q   Do you see that? I'm not going to
24  read the entire question because it's lengthy,
                                            109

Pages 106 to 109

SIMONSON00000973

Jacoby

1     Jacoby
2 but this refers to how respondents learned about
3 the Shin incident. Why did you include this
4 question in the survey?
5     A   For the reason I stated in the
6 text of the report and let me read it to you.
7     Q   Please.
8     A   I assume you read it, but perhaps
9 not. Page 20 of my report, quote: As I
10 understand the issues in this case, comma, it is
11 relevant to know if those aware of the Shin
12 Jeong Ah degree forgery incident obtained at
13 least some of their information regarding the
14 matter from the mass media, period. For this
15 reason, the 1,043 respondents who said they were
16 aware of the Jeong Ah Shin degree forgery
17 incident were asked Question 3, unquote. That's
18 why I asked it.
19     Q   Is it important to know
20 specifically where people learned of the
21 incident, that is, what newspapers or what TV
22 programs?
23     A   I'm not sure that people could
24 actually answer a good proportion of the time
25 where they got information. And I know if I

110

1     Jacoby
2 information I did studies with both of those
3 firms. I just couldn't remember at the time
4 where, you know, the linkage of the information.
5     There's a lot of evidence in the
6 literature that people don't necessarily
7 remember where they got information from, even
8 when they got it. It just becomes assembled in
9 their mind. I just needed to make sure that
10 they thought they got some of their information
11 from the media, which is where the coverage was,
12 and so that's what I asked about.
13     Q   Is it important to know what
14 portion, how much of a person's knowledge of the
15 Shin incident comes from the media? Was it 5
16 percent, 50 percent, 100 percent; does that
17 matter?
18     A   I don't think it matters and I
19 don't think people can give you an honest
20 answer. You couldn't. I couldn't. No one
21 around this table could. You don't know where
22 your information is from, what proportion. What
23 if it's duplicate information? Well, I got some
24 from the television and then heard it from
25 my friends later, or I got it from the

112

1     Jacoby
2 would ask you about where you got information on
3 certain political events, where did you hear
4 this? Where did you hear that? Either about
5 Osama Bin Laden Sam or about the Republicans
6 doing this, or — you might give me an answer,
7 yeah, I heard that, I know that. Where did you
8 that information? Did you get it from the
9 media? Yeah, I must have. Which media? Well,
10 sometimes you could tell me which and sometimes
11 you couldn't and sometimes you would mistake
12 where you heard it from.
13     Yesterday I was involved in
14 another wonderful deposition and they asked me
15 about cases I had done with a particular law
16 firm. And I said I believe I had done a
17 particular study with this firm's Washington
18 office about twelve years ago. And then they
19 went to the record and showed me it was a
20 different firm's Washington office.
21     Gee, I didn't remember where —
22 you know, that information had sort of become
23 jumbled because I worked for both firms in
24 Washington about the same time. So I had the
25 information. I did the study. I had the

111

1     Jacoby
2 television and I read a newspaper and my Aunt
3 Tilda told me about it.
4     Are you suggesting I should have
5 gone through their Aunt Tilda-type questions? I
6 don't think so.
7     Q   Do you think in light of your
8 testimony about people's not remembering where
9 they obtained information, do you think that the
10 answers that the respondents did give to
11 Question 3 are reliable?
12     A   Yes.
13     Q   Why?
14     A   Because they are. Because we rely
15 on this kind of answer in survey research and
16 experimental research.
17     By the way, going back to your
18 client, Yale University. The classic studies on
19 communication were conducted at Yale University
20 under a Carl Iver, I-v-e-r, Hovland,
21 H-o-v-l-a-n-d, who is the dean, as it were, not
22 officially the dean, but known as the dean of
23 communication persuasion research at Yale. They
24 did lots of studies and I believe Hovland was
25 involved in at least one or two of these where

113

Pages 110 to 113

SIMONSON00000974

```
 1              Jacoby
 2   they showed that there's something called the
 3   sleeper effect where regardless of whether you
 4   heard something somewhat positively valued or
 5   negatively valued, or it may have a dramatic
 6   effect, if you tested right after 30 days later
 7   they're both the same.
 8            And these guys at Yale correctly
 9   and it's since been verified many times said,
10   well, the reason why people -- why the
11   information has an effect is 'cause they forgot
12   the source of the information, but they
13   remembered the content of the information. They
14   disassociated the source from the message. It
15   is -- it is enshrined -- enshrined t in books
16   published under the Yale University imprimatur.
17   So if you doubt me about this, go check with
18   your client.
19        Q    Well, my question really was the
20   flip side of what you're saying, that is, if
21   people don't remember the sources of their
22   information, how can you trust their answers to
23   Question 3 which asks about the sources of their
24   information?
25        A    I can't -- I know that -- well,
                                              114
```

```
 1              Jacoby
 2   I'm ruling out people saying, no, I didn't see
 3   any of this in the media. And then the vast
 4   majority say they did. I'm taking them on their
 5   face value because -- well, for several reasons.
 6   Number one, I'm already ruled out yea sayers
 7   with the two earlier questions.
 8            Number two, I don't have the
 9   opportunity to go back and put each and every
10   one of these people under oath. I don't -- even
11   if I did, I don't have the opportunity to know
12   what they subscribed, what they may have
13   listened to, what they have watched. I can only
14   take them at their word. And if their word is
15   wrong as determined by these trap questions to
16   get out yea sayers, then I get rid of those
17   kinds of people, but I'm assuming that the rest
18   are giving me the honest information as best
19   they recall it. Could they be mistaken? Sure.
20   We're human.
21        Q    Couldn't you have asked the
22   respondents what newspapers they read or what TV
23   programs they watch?
24        A    Sure I have could, but then I
25   would have been back again into coding the
                                              115
```

```
 1              Jacoby
 2   open-ended responses.
 3        Q    Couldn't you have used a
 4   closed-ended question to get that information?
 5        A    I could have. What newspapers --
 6   how many news papers covered this? How many
 7   newspapers had impact -- had covered the press
 8   release? How many television stations covered
 9   the -- this matter?
10        Q    Do you know the answers to those
11   questions?
12        A    I don't know how many, but I do
13   know that at least one television station had as
14   I think I say in my report like a 60 Minutes
15   expose on this whole thing that was definitely
16   not favorable to Dongguk University. 60 Minutes
17   is a heavily watched TV show -- you may have had
18   heard of it -- here in the United States. Many
19   people watch that. Many more people used to
20   watch it years ago.
21            I presume given that this was one
22   of the hottest stories in Korea, South Korea at
23   that time, you would have had many people aware
24   of the media coverage.
25        Q    Couldn't you have asked in the
                                              116
```

```
 1              Jacoby
 2   survey if people had seen the TV program you
 3   just mentioned?
 4        A    I could have asked a lot of
 5   questions.
 6        Q    Why didn't you ask that?
 7        A    Because I thought what I asked was
 8   sufficient. In my expert opinion, that's
 9   sufficient given what I have already done and
10   described to you in answer to your prior
11   questions. This is sufficient.
12        Q    Do you know how many of the
13   respondents to the survey, for example, watched
14   that 60 Minutes-type program?
15        A.   No, I don't.
16            Oops. Here's the problem.
17        Q    Do you believe Question 3 is
18   leading?
19        A.   No.
20        Q    Define a leading question.
21        A    A leading question is one that --
22   that makes one response option more likely than
23   another.
24        Q    And you don't believe that
25   Question 3 makes one response option more likely
                                              117
```

Pages 114 to 117

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018            (800) NYC-FINK * (212) 869-3063

SIMONSON00000975

Jacoby

```
 1               Jacoby
 2   than another?
 3       A   I don't.
 4       Q   So you think that people who are
 5   asked Question 3 are equally likely --
 6       A   No, I didn't say equally likely.
 7   I said they're not likely.
 8       Q   Well, I didn't finish the
 9   question.
10       A   Oh, I'm sorry.  I thought you had.
11   My apologies.
12       Q   Well, I just want to be clear
13   then.  When you say they're not likely, what
14   were you referring to?
15       A   I'm sorry.  I was trying to find
16   something else here that -- and I wasn't paying
17   attention.  My apologies.  Please reask your
18   question.
19       Q   Is it your belief that Question 3
20   does not make it more likely that respondents
21   would answer that they received some information
22   from the media?
23       A   The simple answer is I believe
24   this is not leading.  If you want to ask me why,
25   I'll tell you.
                                            118
```

```
 1               Jacoby
 2       Q   Please tell me why.
 3       A   Sure.  Take a look.  Some people
 4   may have learned about the Shin Jeong Ah
 5   incident through conversation with other people.
 6   It doesn't ask did you or did you not learn
 7   about that.  That would be a leading question,
 8   yes, no, to Widmore on Evidence, according to
 9   Blake's definition, according to McCormick, we
10   can go through a whole bunch of treatises on
11   leading questions --
12       Q   Well --
13       A   -- wait a minute.  I'm answering
14   my question.
15       Q   I was just trying to.
16           MR. WEINER:  Let him finish
17       his answer.
18       Q   All I was going to say is rather
19   than reading me a list of treatises, I would
20   just like to know why it isn't reading your
21   definition of a leading question?
22           MR. WEINER:  Because it was
23       suggestive of the answer.
24       A   I'm trying to give the answer --
25       Q   I understand.
                                            119
```

```
 1               Jacoby
 2       A   If you have a problem with it
 3   afterward, please ask me a question --
 4       Q   I'm just trying to make it easier.
 5       A   I appreciate that.  Thank you.
 6           A leading question is one that
 7   makes more -- one response option more likely
 8   than another or one response -- response
 9   option -- let's just stay with that part of the
10   definition.  A simple yes, no question that
11   provides only the affirmative and no options is
12   a leading question.  According to the treatises
13   and authorities, and I won't go through the
14   social science ones on that, this provides all
15   of the descriptions.  It doesn't stop.
16           It says, quote, Some people may
17   have learned about the Shin Jeong Ah incident
18   through conversation with other people.  And
19   other people may have learned about the Shin
20   Jeong Ah incident through reports on TV, the
21   radio, newspapers, magazines, or the Internet or
22   other media, so it's giving them both.
23           Trying to remember the best that
24   you can, is your knowledge about the Shin Jeong
25   Ah incident purely from what you came to know
                                            120
```

```
 1               Jacoby
 2   from conversations with other people or did some
 3   of what you know also come from reports you saw,
 4   heard or read in the media, sources such as TV
 5   or radio?
 6           Same thing here.  Some people may
 7   have a conversation with others.  What's your
 8   answer?  Are you one of those people or are you
 9   one of those people who also got it from the
10   media?  I'm not giving one option a more
11   favorable response or making it more likely.
12   I'm laying it out.  Here are your response
13   options.  By the way, when you say don't know
14   which one applies to you?  And most people say,
15   gee, at least some portion of the information I
16   have came from the media.  Why would I -- how
17   have I led them?  You tell me.
18       Q   Look, please, at page 4 of the
19   questionnaire.  Immediately beneath Question 3
20   is an instruction that says, Please also answer
21   the remaining questions based on everything you
22   remember seeing, hearing and reading about the
23   Shin Jeong Ah incident.  What was the purpose of
24   that instruction?
25       A   Again, they have heard things, I
                                            121
```

Pages 118 to 121

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000976

Jacoby

1   .
2 didn't want to start giving them facts beyond
3 what I had already given them which was enough
4 to set the framework. I wanted them to keep all
5 that they remembered at that point in time in
6 mind when -- when they reported regarding the
7 Shin Jeong Ah incident.
8     Q  By the way, people who said that
9 they had not received any information about the
10 Shin incident through the media, were those
11 people screened out of the subsequent questions?
12 There's no instruction, at least in the
13 questionnaire, to that effect.
14     A  You know, I don't know. There's
15 only 1 percent, so it wouldn't have had any
16 material impact anyway. As I recall, it was
17 only 1 percent, but I'm tell you exactly what it
18 was. I think -- oh, let me just check one
19 thing.
20     It was less than 1 percent. It
21 was 8/10th of a percent said they came to know
22 of it purely through conversations with other
23 people. What I had -- if it was a larger
24 percent, what I will frequently do -- in this
25 case it made no difference -- is analyze the

122

Jacoby

1 answers of the different people -- of the people
2 who gave different answers, put them in
3 different categories and compare the answer.
4 There wasn't enough here even to come close to
5 having a material effect, so that's the answer.
6     Q  But they were included and asked
7 all the remaining questions?
8     A  That 8/10th's of 1 percent who
9 answered Question 3 were, indeed, included. So
10 what it amounts to is -- is about maybe -- maybe
11 ten people out of 1,306 people were included.
12     Q  So they were included with the
13 remaining question? That's what I was asking.
14     A  I said if they were included and
15 it may be that they were, that amounts to ten
16 people out of 1,306.
17     Q  Do you know if they were included
18 for the remaining questions?
19     A  Well, as I sit here now I don't
20 see them being skipped out. And as I answered
21 my prior question, sometimes it is my -- my
22 analysis pattern to take a look at the people
23 who answer questions one way and compare them
24 with the people who answer the same question a

123

Jacoby

1 different way when they're sufficient numbers.
2     There weren't sufficient numbers
3 here and so I didn't look at them separately.
4 And had I -- had I taken them out, it wouldn't
5 have had any effect. I mean ten out of 1,306,
6 it wouldn't have had any material effect on the
7 data or my conclusion.
8     Q  How many would it have been for it
9 to have material effect on the data?
10     A  Okay. Let's take a hypothetical
11 number. If 50 percent of the 1,300 people had a
12 negative effect, that means, well, 653 had a
13 negative opinion, maybe a hundred or 200 would
14 have brought that down to -- from 50 percent
15 to -- to 40 percent and that would be material,
16 substantial number. To have a material impact
17 with numbers such as we have here, you'd have to
18 remove hundreds of people before it would exert
19 any impact on the findings or on my conclusions
20 from the findings.
21     Q  And how many people would have had
22 to say they received no information from the
23 media in order for you to be able to separate
24 them out and compare the two groups?

124

Jacoby

1     A  At a minimum because that is
2 essentially the differentiating between the
3 small sample and large sample statistics, at a
4 minimum you'd need at least 30, statistical
5 distribution stabilized to sample size of 30.
6 Virtually all do. Any back of any statistic
7 book will tell you that. Eight or ten people
8 don't qualify.
9     Q  What would be the point of
10 separating them out if it weren't enough people?
11     A  Maybe to look at their data
12 separately to see if they were — gave the same
13 kinds of answers or not.
14     Q  What would that enable you to do?
15 What would that show?
16     A  I don't know. I haven't thought
17 about it at this point. I haven't looked at the
18 data, what specifically the data show, would
19 show.
20     Q  And generally, when you do have
21 enough people to separate them out, why do you
22 do it? What are the benefits of doing that?
23     A  You take a look at how these
24 different people respond.

125

Pages 122 to 125

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018    (800) NYC-FINK * (212) 869-3063

SIMONSON00000977

Jacoby

1
2      THE VIDEOGRAPHER:  Sorry to
3   interrupt, but we have about five
4   minutes of tape left.
5      Q   When you do have a large enough
6   group to be able to separate them, do you
7   typically do that?
8      A   It depends -- no, not always and
9   not necessarily typically.  It depends on what
10  I'm trying to analyze.
11     Q   Okay.  What would you be analyzing
12  that would lead you to do it?
13     A   Well, the key purpose of this
14  question is to see individuals who said that
15  they received at least a portion -- what's the
16  specific word -- some of what they know came
17  from the reports in the media, and I wanted to
18  look at those people.
19     Now, it may be and, unfortunately,
20  I have to now mention a competitor to Yale,
21  another Ivy League university.  It may be as the
22  early Columbia University researchers found with
23  studies on opinion leadership that the people
24  who said they didn't pay any attention to the
25  media may have had the same opinions as the

126

Jacoby

1
2   Jeong Ah degree forgery incident obtained at
3   least some of their information regarding the
4   matter from the mass media, unquote.
5      That was my understanding of the
6   issue.  If I had measured whether or not -- if I
7   had asked all the other questions and not asked
8   them, by the way, did you pay attention to the
9   media, I'd be sitting here answering questions
10  from a deposer, how do you know they actually
11  paid attention to any of this?  How do you know
12  they got any of their information from the
13  media?  Go ahead.  Ask that question.
14     Q   Based on the time and the fact
15  that we're about out of tape, this seems like a
16  good place to break for lunch.
17     MR. WEINER:  Okay.
18     THE VIDEOGRAPHER:  The time
19  now is 12:57 p.m.  This marks the
20  ending of Tape Two.  Off the record.
21     (Whereupon, at 12:57 o'clock
22  p.m., a luncheon recess was taken.)
23
24
25

128

Jacoby

1
2   people who did pay attention to the media.
3   There -- that's fully explained by absolutely
4   confirmed studies on opinion leadership.
5   Opinion leaders get their information from the
6   media and then they convey this information to
7   the non-opinion leaders.  This happens in
8   doctors prescribing.  It happens in all -- in
9   all groups.
10     So the people, even if they had
11  the same information or the same opinions of
12  Dongguk University as the people who paid
13  attention to the media, the people who didn't
14  pay attention to the media by virtue of speaking
15  with people who did pay attention to the media
16  would have had their opinions in part influenced
17  by the media.
18     Q   So why did you ask Question 3 at
19  all?
20     A   Because -- let me direct you back
21  to page 20 and I'll read it into the record
22  again.  I think it's 20.  I'll read it back into
23  the record.  Yeah, it is page 20.  Quote, As I
24  understand the issues in this case, it is
25  relevant to know if those aware of the Shin

127

Jacoby

1
2   AFTERNOON SESSION
3   May 7, 2011
4   2:16 o'clock p.m.
5      THE VIDEOGRAPHER:  The time
6   now is 2:16 p.m.  This marks the
7   beginning of Tape Three.  On the
8   record.
9   JACOB JACOBY, Ph.D.,      resumed
10  and testified further as follows:
11  BY MR. FETNER:
12     Q   For Questions 4-B and 6-B which in
13  the questionnaire at least on are on page 4 and
14  5, but my question really is about the results,
15  I see in the TNS report, and I can direct you to
16  the particular page, 4-B is discussed on pages
17  14 and 15.  And then 5-B is discussed on page 18
18  and 19.  The question I'd like to know the
19  answer to is, do you know what the net is of the
20  respondents who answered yes to one or both of
21  those two questions because I didn't see that
22  anywhere?
23     A   The answers to -- let me see.
24  You're saying if they answered yes to 4-B or 5
25  about --

129

Pages 126 to 129

SIMONSON00000978



Jacoby

Q   Or both.

A   Or both, yeah. The net would be — and you know what, you didn't have it, but maybe that's a good time to go over that report.

Q   It should be in here?

A   That's why I requested that the — for the copy to be produced.

Q   Okay. Why don't we mark this then and we can go through it at least so far as this issue is concerned. And I guess we will start with the one that's not black-lined because I suspect it will be clearer.

(A document entitled Public Opinion Survey Report on Universities Image, December 2008 was marked as Deposition Exhibit No. 2 for identification, as of this date.)

A   May I suggest that it probably will be faster and you can always ask more questions, but I could tell you what this is about very quickly.

Q   What is it about?

A   What this exhibit that I have just

130

Jacoby

rerun with all qualified respondents which gave us a total number of 1,306. They did that in providing their next and final report to me. The next and final report to me is what was bound into my report to you. And if you were to take a look at the corresponding page 3, you will see that it is now based on 1,306 respondents, so it includes those people who were unaware, had never heard of Dongguk.

Now, I did not realize until Tuesday, when I met with counsel, I was looking at this and realized, wait a moment, the report that was from TNS bound into my report did not provide the numbers for many of the tables. And I wanted to make sure that those numbers were provided, so that is why we have provided this, as well as a black-lined version showing you the differences, and it will be this earlier report that will enable me to answer the previously posed question.

Q   Okay. So now that we have the earlier report which is marked at as Exhibit 2, can you tell me what the net is of those respondents who said yes to 4-B or 5-B?

132

Jacoby

been handed?

Q   Sure. Sure.

A   Okay. In the final report, we have the TNS report that was provided to me. It is also marked December 2008. I was originally provided with Exhibit 2. And Exhibit 2, maybe — if you were to go to page 3, Arabic 3, lower left, sorry, they're not Bates numbered — of Exhibit 3, you will see the center column, it's marked Number of Cases, 1,250 right at the top there, at the very top.

Q   I see. Yes, I see.

A   Now, when I got this, I realized what they had done was they had given me the data based on the individuals who said they were aware of Dongguk University. I wanted the numbers based on all people who were qualified for the interview, whether they had heard of Dongguk or not, because I wanted to project to the universe of the South Korean adult population.

It turns out there were 56 people who responded that they were not aware of Dongguk University. I asked that the data be

131

Jacoby

A   The net was 900. If you go to page 20 on the original TNS report — wait a moment. This is the people who were not asked, so then the net would be 406.

Q   Which, just to run through the thought process, it's the total of 1,306 minus the 900 identified as the N for Question 6?

A   Right. And if you notice right under the — that line, it says the N 900 respondents that were not asked 4-B and 5-B plus respondents answered yes to neither A, B nor 5-B. In other words, all the people — you can go through the skip pass on the questionnaire, but the answer to your question would be 406 people, 900 from the 1,306.

Q   Okay. Now, something else I don't quite understand that I'm hoping you can clarify for me, if you look back at the questionnaire at page 5 after Question 5-B, the instruction, to my understanding, says for people who answered yes to Question 4-B or Question 5-B, ask Question 6. Do you see that?

A   Yes.

Q   Well, that seems to me to be a

133

Pages 130 to 133

SIMONSON00000979

Jacoby

1 different number from what's indicated in that
2 first TNS report as the people who were asked
3 Question 6. Is that -- am I missing something?
4     A   Maybe or I may be the one missing
5 something, so if you will give me --
6     Q   Sure.
7     A   Okay. Let's go through the skip
8 patterns here. I'm just making sure of one
9 thing and then I'm going to ask you to repeat
10 your question, okay?
11     Q   Sure.
12     A   Okay. If you were to take a look
13 at the first report, page 14, at the top you
14 note the people answered yes to -- excuse me.
15 The people asked -- asked for the 487
16 respondents that answered did not contact and we
17 asked whether or not, that is, 4-B -- okay. We
18 think they did not contact. Right, that's 4-B.
19 It's -- it's based on the 487, right?
20           And the 5-A -- 5-B on 18 is based
21 on the 661. Some of those people answered yes
22 to both 4-B and 5-B, right? And so if you
23 netted them, how many answered yes to one or
24 both, you would get up to the 900.

134

Jacoby

1     Q   Okay. A moment ago you told me
2 that the net was 406.
3     A   Right. Hang on. Because this
4 says 900 respondents that were not asked 4-B or
5 5-B, plus respondents to neither 4-B nor 5-B --
6 okay. So it's then -- then it's -- I'd have to
7 go back and retrace, but I believe it's with all
8 the other -- it should be exactly what is stated
9 here. And I'm not going through it very
10 quickly -- very easily now.
11     Q   My most recent question was what
12 is the universe of people who were asked
13 Question 6 --
14     A   That will tell you --
15     Q   -- because, again, just so you're
16 completely familiar with -- with what's
17 confusing me, my understanding of what the
18 questionnaire says differs from what the initial
19 TNS report seems to say. And if -- if you have
20 a different understanding, I would just like to
21 know what it is.
22     A   Hang on. First -- first, maybe to
23 back this up, if you go look at the two TNS
24 report pages 14, if you can put the pages 14

135

Jacoby

1 from the initial report next to the page 14 from
2 the report in the -- okay.
3     Q   Yes.
4     A   If you take a look, you'll see the
5 numbers change dramatically, right? Just look
6 at the yes response. You see 48 percent to the
7 first report and 17.9 percent in the second
8 report, right?
9     Q   I do see that.
10     A   Okay. Let me kind of walk you
11 through it now. What has happened is that the
12 48 percent in the first report is based on
13 asking only the 487 people this question. I
14 didn't want to know of the people asked this
15 question how many said yes. I wanted to know of
16 the total sample how many said yes.
17           And so when you get to the second
18 and final report from TNS, that 17.9 percent is,
19 as I testified earlier this morning, based on
20 the entire 1,306 respondents.
21     Q   I understand that.
22     A   Okay. I wanted to make sure you
23 did. I'm --
24     Q   My question is a different one

136

Jacoby

1 which is which people were asked Question 6?
2     A   Which people were asked Question
3 6?
4     Q   Yes.
5     A   As indicated in the questionnaire
6 as specified here, the people who were asked
7 Question 6, I don't -- I don't know why the
8 or -- well, hang on for one moment. It's a
9 little confusing to me as I'm quickly reading it
10 now, so I can see how you would have been
11 confused.
12           For people who answered yes to
13 neither Question B -- 4-B nor 5-B, so all those
14 who didn't answer yes to 4-B or 5-B, skip over 6
15 to the next instruction. So the people who
16 answered -- who were asked Question 6, which I
17 think is your question --
18     Q   Yes.
19     A   -- then would be the people who
20 answered no or don't know according to this
21 to -- to 4-B or 5-B.
22     Q   But doesn't the questionnaire say
23 for people who answered yes to Question 4-B or
24 5-B --

137

Pages 134 to 137

SIMONSON00000980



Jacoby

1 · 
2    A   No.
3    Q   -- ask Question 6?
4    A   No, it doesn't. You're missing
5  the word neither.
6    Q   Well, I'm actually reading the
7  line above that.
8    A   Oh, I'm sorry. Yeah, I'm sorry.
9  For people who answered yes to 4-B or 5-B, I was
10 looking at the wrong line. So the net of the
11 people who answered yes to 4-B or 5-B are those
12 who were asked Question 6, which is the 900 that
13 I told you about before.
14   Q   Right, except the cause of my
15 confusion, as I mentioned a moment ago, is if
16 you look at page 20 of the initial TNS report,
17 it doesn't define that 900 as the people who
18 answered yes to 4-B or 5-B. It defines it as
19 actually the opposite, people who were not asked
20 4-B or 5-B at all, plus people who answered yes
21 to neither 4-B nor 5-B. Do you see that?
22   A   Yeah. That -- I do see that. As
23 I sit here now, I'm perplexed and I can't -- I
24 can't answer your question.
25   Q   Okay. Let me throw another issue

138

Jacoby

1  into the mix here which is your report. If
2  you'll turn to page 26 of your report where you
3  discuss Question 6 of the survey, you say there,
4  Out of the sample of 1,306 respondents
5  representing the adult population of South
6  Korea, 68.9 percent, parenthesis, 900
7  respondents, close parenthesis, said they
8  thought that Dongguk University either did not
9  contact Yale University and/or had not told the
10 truth about contacting Yale University. These
11 900 respondents were then asked Questions 6 and
12 7.
13       To my understanding, this is now a
14 third definition of the population that was
15 asked Question 6, which is consistent with
16 neither the initial TNS report nor the
17 instruction in the questionnaire. Do you
18 understand the difference?
19   A   I do understand differently.
20   Q   Please explain.
21   A   As I told you now, I can't
22 explain. I'd like to sit down with these and
23 think it through, but under the pressure of the
24 moment I can't explain to you.

139

Jacoby

1  
2    Q   Okay. To try to step back a
3  second, do you have an understanding of who the
4  people are who were supposed to be asked
5  Question 6?
6    A   I think the answer to that -- not
7  I think -- the answer to that is yes. Let's
8  take a look at the logic of the questionnaire.
9  Let's go to Appendix E. Let's start with page
10 4.
11       If they said to 4-B, they
12 didn't -- it didn't affect in 4-B, and if they
13 said it didn't affect in 5-B they were supposed
14 to go to Question 8. Yeah. Take a look on page
15 5 of that questionnaire. If you take a look
16 below Question 6 for respondents that answered
17 did not contact Yale to 4-A or thought did not
18 tell the truth to 5-A, they were asked 7. If
19 they didn't say did not contact Yale or
20 didn't -- or did not tell the truth -- I don't
21 think I'm explaining that properly.
22       For the response that did not
23 contact Yale or thought did not tell the truth,
24 they had to say that to be asked question 7. If
25 they didn't say that Dongguk did not contact

140

Jacoby

1  Yale or if they didn't say that Dongguk --
2  Dongguk did not tell the truth, they were not
3  asked Questions 7-A through 7-E. They went on
4  to Question 8.
5    Q   But my question was about who was
6  supposed to be asked Question 6, not Question 7.
7    A   Okay. It was supposed to be
8  according to these instructions for the people
9  who answered 4-B or 5-B. They were supposed to
10 be asked Question 6. If they didn't answer yes
11 to 4-B or 5-B, they were skipped over to
12 Question 6 to the instruction that we just
13 talked -- I was just talking about after
14 Question 6.
15   Q   And can you tell from the initial
16 TNS report whether --
17       MR. WEINER: This is not
18 necessarily the initial TNS report,
19 nor is it the last --
20       MR. FETNER: Okay. This is
21 the only document we've been
22 provided with that has information
23 on that subject.
24       MR. WEINER: That is true.

141

Pages 138 to 141

SIMONSON00000981

Jacoby

1  
2  Q   Regardless of whether it's the
3  initial TNS report, can you tell from the
4  information in Exhibit 2 whether the instruction
5  that you just read with respect to who was
6  supposed to be asked Question 6 was actually
7  followed.
8  A   I think I should be able to, yeah.
9  Question 4-B, what is labeled now as Exhibit 2
10  on page 14 — let's do this.  48 percent or
11  about half — oh, it wouldn't give you the net.
12  Roughly half of the 487, let's say half of 480,
13  would be 240 there.  And 5-B would be half of
14  661 or another 330, along with 240 would be --
15  I'm not for some reason able you to give you an
16  answer at this moment.  I'd have to go back to
17  check certain things to the extent that I could.
18  Q   What would you have to check?
19  A   I'd want to see what if anything I
20  might have in my computer files, go back to --
21  this is not the questionnaire that I developed.
22  This is the one that was back translated.  By
23  this questionnaire, I mean Appendix Edward, E.
24  And I'd want to go back and see what my
25  instructions were on E.

142

Jacoby

1  
2  Q   Do you have any recollection of
3  what those instructions were?
4  A   If I -- no, absolutely not.
5  Q   Before the survey was conducted,
6  did you make sure that the translation and back
7  translation accurately reflected what your
8  instructions were?
9  A   I -- my recollection is I did,
10  yes.
11  Q   Turning again to your report and
12  page 26 again is where I want to focus your
13  attention, the same portion we looked at just a
14  couple of moments ago, what you say there again
15  is that the respondents who said that they
16  thought Dongguk either did not contact Yale
17  and/or had not told the truth about contacting
18  Yale were the people who were asked Question 6;
19  do you see that?
20  A   Yes.
21  Q   And that is actually something
22  different from what the questionnaire actually
23  says, right?
24  A   That is different from what's on
25  top here.  It appears to be.

143

Jacoby

1  
2  Q   Do you know which is correct?
3  A   No, I'd have to go back and check
4  to see what happened to the extent that I could.
5  Q   Okay.  I have a similar question
6  about Question 7.  And, again, if you look at
7  page 5 of the questionnaire, I know you just
8  read this a little while ago, after Question 6
9  you see the instruction that says, Instruction,
10  for respondents that answered did not contact
11  Yale University to Question 4-A or thought did
12  not tell the truth to Question 5-A, ask Question
13  7.  If not, skip to Question 8; do you see that?
14  A   Yes.
15  Q   Do you know if that is the actual
16  universe of people who were asked Question 7?
17  A   I believe it is.
18  Q   Okay.  And I guess if you'll turn
19  to exhibit or Appendix F to your report?
20  A   F?
21  Q   F, as in Frank, yes, the later TNS
22  report.  Looking at Question 7-A or information
23  about Question 7-A which is on page 22 of that
24  document; do you see that?
25  A   Yes.  Sorry.

144

Jacoby

1  
2  Q   It did not ask the number for
3  Question 7-A identified as 41.3 percent; do you
4  see that?
5  A   Yes.
6  Q   Okay.  And I want to direct your
7  attention once again to your report which is
8  page 28 of your report where you discuss
9  Questions 7-A through E; do you see that?
10  A   Yes.
11  Q   There you say beneath that -- that
12  bold language, To gauge the impact on a number
13  of more specific issues in 900 respondents who
14  said they thought that Dongguk University either
15  did not contact Yale University and/or had not
16  told the truth about contacting Yale University
17  were next asked a series of questions.
18  According to my math, 900 is not
19  48.7 percent of 1,306.  In other words, the
20  number of people who were asked Question 7-A
21  appears to be a smaller number than the 900
22  indicated on page 28 of your report.  Do you
23  agree with that?
24  A   According to your math, that would
25  be correct.  And I would have to go back and

145

Pages 142 to 145

SIMONSON00000982



Jacoby

1  find out what's going on.
2  Q   Okay. So do you know who was
3  actually asked questions 7-A through E?
4  A   Well, who was actually asked --
5  Q   Correct. That is, whether your
6  instruction was followed?
7  A   I assumed it had been. I still
8  assume that until I get to the bottom of this.
9  Q   Okay. Tell me what you would do
10  to get to the bottom of it.
11  A   I would go see what records I had
12  and I would go back to TNS to see what records
13  they have.
14  Q   As far as the records that you
15  have are concerned, are there any records other
16  than what's been produced to Yale in this
17  litigation that you would look at?
18  A   I would go back in the computer
19  and see what drafts I would have, what anything
20  I would have pertaining to this.
21  Q   Other than drafts is there
22  anything else that you can think of that you
23  would look at to get to the bottom of this?
24  A   I would look at whatever I had in
25

146

Jacoby

1  page 7 -- page 27, excuse me, of your report,
2  you discuss that figure. I'll give you a moment
3  to find the pages. Do you see that?
4  A   Yes.
5  Q   You see that 3.5 percent said
6  their view of Dongguk University had become more
7  positive and noteworthy in two respects. First,
8  is it possible that all or some portion of this
9  3.5 percent answered this way because
10  subsequently they had become aware of Yale
11  University's eventual admissions and apology.
12  Can you explain that to me? I'm
13  trying to understand what you mean by
14  subsequently since my understanding is this
15  whole survey was conducted in one phone call,
16  right? So people would have had the same
17  information at their disposal when they answered
18  the call.
19  A   Subsequent to Yale's eventual
20  admissions and apology which occurred
21  approximately a year before the survey was done,
22  that impacted and their impression of the whole
23  as a result of everything they knew including
24  Yale's retraction improved their impression of
25

148

Jacoby

1  the computer on this matter.
2  Q   And I'm just trying to find out
3  other than drafts is there anything you can
4  think of that would help answer that question?
5  A   I don't know what's in the
6  computer under this file number. I would go
7  look and see what's in the computer under this
8  file or I would also try and get the entire file
9  from TNS.
10  Q   Had you previously obtained the
11  entire file from TNS?
12  A   No, I don't believe I got every
13  scrap of paper.
14  Q   If you'll look at -- looking again
15  the Appendix F to your report, which is the
16  later TNS report, once again, page 20, which
17  discusses Question 6, notwithstanding the issues
18  we have just gone over about who was asked
19  Question 6, I see that what's reported here on
20  page 20 says that 3.5 percent of the population
21  says my view of Dongguk University has become
22  more positive; do you see that?
23  A   Yes.
24  Q   And looking again at your report,
25

147

Jacoby

1  Dongguk University. They had had a negative
2  impression of Dongguk and then Yale's admission
3  had them convert their negative impression to a
4  positive impression.
5  Q   How do you know that they would
6  have had a negative impression in the first
7  place? Perhaps a positive impression just
8  became more positive?
9  A   That's possible. Yes, I
10  acknowledge that.
11  Q   And -- well, I guess this does
12  involve the confusion over who was asked
13  Question 6, but if Question 6 was asked only of
14  those people who said that they believed that
15  Dongguk either did not contact Yale or that
16  Dongguk did not tell the truth about contacting
17  Yale and that one or both of those beliefs
18  affected their view of Dongguk, I'm trying to
19  understand how people who were aware of Yale's
20  correction and apology could believe that
21  Dongguk didn't contact Yale or that Dongguk lied
22  about it?
23  A   I'm glad your question said if. I
24  mean, I don't know. I -- maybe I should have
25

149

Pages 146 to 149

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018        (800) NYC-FINK * (212) 869-3063

SIMONSON00000983

Jacoby

1
2  that question repeated.  I think I focused on
3  one part and not the other.
4      Q    Sure.
5          MR. FETNER:  You don't have
6      to read it back.
7      Q    And, yes, the word if is included.
8  If Question 6 was asked of people who said that
9  they believed that Dongguk did not contact Yale
10  or that Dongguk did not tell the truth about
11  attempting to contact Yale and that one or both
12  of those beliefs affected their view of Dongguk,
13  how could those people be aware of Yale's
14  correction and apology?  In other words, they
15  have already expressed a view in the survey
16  that's contrary to Yale's correction.
17      A    How could they be aware of
18  Yale's — that's an interesting question.  I
19  have no answer for you right now.
20      Q    Looking still at page 27 of your
21  report in, let's see, the third sentence of that
22  paragraph, you say, Considerably more striking
23  is the fact that a full year after Yale
24  University's admission and apology more than
25  one-third of all adults in Korea said their

150

Jacoby

1
2  18 percent said yes.  If you take a look at 5-B,
3  do you think the belief that Dongguk University
4  did not tell the truth about their efforts to
5  contact Yale University in order to verify
6  whether Shin Jeong Ah received a doctorate
7  degree from Yale University has affected or
8  changed your view of Dongguk University, you
9  have 25 percent.
10          Those people were then asked how
11  has it affected their view.  And you find —
12  well, hang on.  Again, we're getting back to the
13  same — I've got to go check some other numbers
14  to the extent I can to answer that question of
15  yours.
16      Q    Okay.  But at least I guess as we
17  are sitting here today, Question 6 is the only
18  question you can think of that's the basis for
19  your statement about more than one-third of all
20  adults in Korea?  That was my most recent
21  question.
22      A    No, I would think that there are
23  other questions here, but I don't want to say
24  definitively that that's the case.
25      Q    But you can't identify others at

152

Jacoby

1
2  image of Dongguk University had become more
3  negative as a result of the Jeong Ah Shin
4  incident.
5          What question or questions in the
6  survey is that statement based on?
7      A    It's based on the question they
8  were asked, Question 6.
9      Q    Is it based on any other
10  questions?
11      A    Well, from here I'm saying it's
12  based on Question 6.  Let's take a look at the
13  other data.  If you take a look at Question 4-B
14  and 5-B which you were asking about on page 14
15  and 18 of the TNS report —
16      Q    Which TNS report are you looking
17  at?
18      A    The one bound into my report.
19  Okay.  What you see is 17.9 or let's round off,
20  18 percent said that their — their belief — do
21  you think your belief that Dongguk University
22  did not contact Yale University to verify
23  whether Shin Jeong Ah received a doctorate
24  degree has affected or changed your view of
25  Dongguk University, and the answer is roughly

151

Jacoby

1
2  this point?
3      A    I want to — based upon what I
4  have now seen, I want to go back and look at
5  everything before I offer concrete opinions.
6      Q    Okay.  Well, I guess that makes it
7  hard for me to ask follow-up questions about
8  that.
9          When — when you state here,
10  looking again at that same sentence on page 27
11  of your report, that more than one-third of all
12  adults in Korea said their image of Dongguk
13  University had become more negative as a result
14  of the Shin Jeong Ah — the Jeong Ah Shin
15  incident, what question or questions asked about
16  respondents' opinions as a result of the Jeong
17  Ah Shin incident?
18      A    Well, virtually all of them did
19  including Question 7.
20      Q    But I mean — I'm sorry.  I should
21  have been more clear.  I mean that this
22  particular statement is based on, about the more
23  than one-third of adults in Korea.
24      A    I thought that's what I was trying
25  to answer before and said until I go back and

153

Pages 150 to 153

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000984

Jacoby

1  take a look, I don't want to put on the record
2  something that may be incorrect. I want to make
3  sure and -- and perhaps write you -- I don't
4  know how Mr. Weiner would like to handle this,
5  but perhaps I would prepare a supplemental
6  report explaining what this is about, how the
7  numbers were derived and provide it to you.
8      Q   Okay. Well, I'll move on to
9  something else.
10         MR. WEINER: We can actually
11      talk about that and then have a
12      deposition based upon that.
13         MR. FETNER: I would like an
14      explanation and if you can provide
15      one, then, yeah I'd like to
16      receive --
17         MR. WEINER: We will talk
18      about that, about a supplemental
19      report. And if it means -- what we
20      will do is we'll talk about
21      supplementing once Dr. Jacoby has an
22      opportunity to review his files so
23      that he can better explain the
24      numbers that appear in the report.

154

Jacoby

1  that there was still a residual -- Dongguk did
2  nothing insofar as I know that should have
3  tarnished its image as a result of Jeong Ah Shin
4  incident.
5         The whole question was what about
6  the publicity that aroused -- that was raised
7  after this aroused in particular by statements
8  from Yale. And to the extent that as a result
9  of the incident people had negative images of --
10  of Dongguk roughly a year after Yale had issued
11  its retractions and an apology indicated to me
12  that there was a lingering effect of a negative
13  image upon Dongguk University.
14      Q   You didn't ask any questions
15  specifically about Yale's apology in the survey,
16  did you?
17      A   Did not.
18      Q   How do you know what the results
19  would have been in the absence of Yale's
20  apology? That is, how do you know what the
21  Korean people would have thought about Dongguk
22  had there been no apology?
23      A   Had there been, maybe it would
24  have been the same maybe it would have been more

156

Jacoby

1  And assuming we go down that road, I
2  don't know what his review will --
3  will reflect, assuming there is a
4  supplemental report that makes it
5  clearer, I'm certainly not going to
6  preclude you from taking additional
7  time to ask questions.
8         MR. FETNER: Okay, So we'll
9      wait until we get additional
10      information from you.
11         MR. WEINER: Fine.
12  BY MR. FETNER:
13      Q   Continuing to look at page 27 of
14  your report, the next sentence after the one I
15  just asked about said, Clearly, even though
16  Yale's apology had a year to become known among
17  - and therefore exert an ameliorating effect
18  upon - the Korean populace at best it had a
19  trivial impact in undoing the damage it actually
20  caused to Dongguk University's image.
21         Can you tell me what question or
22  questions that statement is based upon?
23      A   That statement is based on
24  essentially virtually all the findings showing

155

Jacoby

1  negative or maybe it would have been more
2  positive. Those are the three logical options,
3  right? It's doubtful that the first one would
4  have applied. I couldn't go back and retract
5  Yale's admissions and apologies, right? So I
6  couldn't study what would have happened if -- if
7  half the country had received the apology and
8  half had not.
9      Q   Okay. So I guess my question is
10  do you know what the results would have been in
11  the absence of Yale's apology?
12      A   I guess the issue is -- the direct
13  answer to that is no, but that's not as I
14  understand the issue. The issue is was there a
15  direct effect -- I'm talking to people who knew
16  about the incident and what was their image at
17  this point in time. And their image at this
18  point in time was still negative.
19         So what I'm saying here is even
20  though Yale issued an apology and retraction, it
21  didn't have an effect to reduce the impressions
22  of Dongguk University that resulted from the
23  Jeong Ah Shin incident.
24      Q   But you don't actually know what

157

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000985

Jacoby

1
2  those impressions would have been in the absence
3  of Yale's apology?
4      A   I can suspect it would have been
5  equal to or greater in terms of being negative.
6      Q   But you don't know either which of
7  those or how much more negative?
8      A   Well, since we can't go back and
9  retract Yale's apology and do a comparison, we
10 don't know. We can't know.
11     Q   Couldn't you have asked in the
12 survey whether respondents were aware of Yale's
13 apology and then compared the results from the
14 groups who were and weren't aware?
15     A   I could have, but that -- would
16 not necessarily have been entirely -- I'm not
17 sure that everyone would have known. I mean,
18 some would have said -- you get false positives
19 and you get false negatives. I suspect there
20 would have been some people who would have said,
21 yes, they were aware of it when they had ever
22 heard of it, and some who had heard of it but
23 who had forgotten it that would have had their
24 beliefs affected as a result.
25     Q   Do you think the same is true of

158

Jacoby

1
2  the questions you did ask in the survey, that
3  is, did they have false positives and false
4  negatives also?
5      A   Every question has the potential
6  to have false positives and a false negatives,
7  so...
8      Q   So that isn't a reason not to have
9  asked that particular question, then, is it?
10     A   It's not a reason necessarily not
11 to have asked that question.
12     Q   Is there anything in particular
13 that you do in surveys to guard against or
14 minimize the possibility of false positive and
15 false negative responses?
16     A   Yeah. You take out the people who
17 are yea sayers.
18     Q   Is there anything else you can --
19     A   Yes. To the extent that you can
20 impose an experimental design so that you expose
21 half the people to something or at least a
22 proportion and the other proportion not, you can
23 compare what happens as a result of exposure to
24 not exposure. That's done all the time. That
25 was not possible in this study.

159

Jacoby

1
2      Q   Why not?
3      A   Because Yale had already issued
4  its apologies and retractions.
5      Q   Do you believe that any of the
6  questions in this survey are leading?
7          MR. WEINER:  Asked and
8          answered, but you can answer it
9          again.
10     A   If I had believed that I wouldn't
11 have included them.
12     Q   So you believe that none of them
13 are leading?
14     A   I believe none of them are
15 leading.
16     Q   Are you familiar with the concept
17 of demand effects?
18     A   Yes.
19     Q   Can you just give me a brief
20 explanation of what demand effects are?
21     A   Sure. They're a classic 1963
22 article by a guy named -- psychiatrist named
23 Martin T. Orne, O-r-n-e, and he's saying any
24 time -- his thesis is any time you ask people
25 questions, the questions themselves create

160

Jacoby

1
2  demand effects. He says there's no way to get
3  around demand effects. When you ask questions,
4  you're essentially asking people, demanding an
5  answer, and people give you answers. A close
6  reading or any reading of that article which
7  appeared in the American Psychologist in 1963
8  will show you that he says every question in
9  every study is subject to demand effects.
10     Q   Is there anything that you do
11 generally to try to minimize demand effects in
12 your surveys?
13     A   Yeah. What I did to try and
14 get -- to try and get to people who answer
15 questions truthfully, I included two of these
16 questions designed to trap people who are
17 acquiescent oriented and would be more likely to
18 answer yes just to anything and get rid of those
19 people.
20     Q   Is there anything else apart from
21 those two questions that you did in this
22 particular survey to try to minimize the demand
23 effects?
24     A   Yeah. I tried to -- and this gets
25 back to the question you asked just a few

161

Pages 158 to 161

Fink & Carney Reporting and Video Services

39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000986

Jacoby

1  moments ago -- make sure the questions aren't
2  leading. In each case, as I illustrated before
3  the lunch break, I gave people a fully
4  informed -- I fully informed the respondents of
5  the various options, for example, the media
6  question. Some people are exposed to media and
7  get their information from there and some
8  aren't. To the best of your recollection, were
9  you affected by the media? Did this affect or
10 were you not affected by the media. I'm sorry.
11     Q   Is there anything else that you
12 **did in this particular survey to try to minimize**
13 **the demand effects?**
14     A   Try to get questions that are
15 worded fairly.
16     Q   **Anything else?**
17     A   Let me look through and I'll see
18 if you can answer your question with greater
19 detail. Let's put it this way: As I said, and
20 as Orne said, there is no way to ask questions
21 without generating some demand effects, so you
22 can't get rid of all these demand effects.
23     In rotating within the questions
24 to make sure there was no order effects so that

162

Jacoby

1  people would be responding either to the first
2  or to the last primacy. It's called primacy or
3  recency effects. I did what one does to make
4  sure that you're getting honest answers and that
5  if there are biases as a function of something
6  appearing in the first order that compensated or
7  counterbalance is the technical term, by the
8  same option appearing in the reverse order, the
9  last order. Generally, I did what one does to
10 get rid of or at least counterbalance for demand
11 effects.
12     Q   **You've essentially predicted my**
13 **next question which is, is there anything that**
14 **you typically do in other surveys to guard**
15 **against or minimize demand effects that you did**
16 **not do in this case?**
17     A   No. I did what is generally done
18 to accommodate for and counterbalance for,
19 compensate for whatever demand effects there
20 might be.
21     Q   **Can you tell me again briefly what**
22 **controls are in the context of consumer surveys?**
23     A   Sure. You can't have a control
24 here, as I just explained but didn't elaborate

163

Jacoby

1  as such. If I -- a control is something that is
2  generally used to rule out alternative,
3  plausible explanations. And controls in
4  experimental design, if we wanted to know if
5  Yale's pronouncement would have an effect and
6  what effect it would have, we could expose a
7  group half -- we could, let's say, randomly
8  select 1,000 Koreans. We could expose 500 to
9  this pronouncement and not expose 500 to this
10 pronouncement, and take a look and see what
11 effect exposure would have.
12     You can do that if you can
13 manipulate experimental -- you can't do that
14 here because the cat is already out of the bag.
15 Yale has already made its announcement. So you
16 can't have a control for whether or not it made
17 its announcement. Everyone has been, so to
18 speak, contaminated in a sense by the
19 announcement having been made.
20     Q   **What about the people who weren't**
21 **aware of the Shin Jeong Ah incident at all?**
22     A   As I said to you, people may have
23 said they're not aware, but have been affected
24 by it either directly or indirectly.

164

Jacoby

1     Q   **Apart from this sort of control**
2  **group that you just described, is there any**
3  **other sort of control that -- that one could use**
4  **to try to rule out alternative, plausible**
5  **explanations?**
6     A   Yes, which were included here.
7     Q   **What?**
8     A   About -- for the Woojang
9  University? I mean, one explanation is when
10 people are saying yes to some of these questions
11 there is an acquiescence orientation. People
12 are, by cooperating, willing to say yes to
13 virtually anything. So I included two of those
14 questions and took out people who gave
15 affirmative responses to factually incorrect
16 items. That's an internal control in questions.
17     The other one that I mentioned is
18 an external control sometimes called a between
19 control, between group control. This is the
20 within group or within individual group control.
21     Q   **And the between group is the one**
22 **about the joint MBA program?**
23     A   No.
24     Q   **I'm sorry. I misunderstood. What**

165

Pages 162 to 165

SIMONSON00000987

Jacoby

1  Jacoby
2  did you by between group?
3      A    The between group is if you could
4  get my example of randomly selecting 1,000
5  typical Koreans prior to Yale's announcement to
6  see what effect the announcement would have.
7  You give half the announcement, randomly select
8  half to get the announcement. Then you randomly
9  select half not to get the announcement. Then
10  you measure -- you don't say effect -- what do
11  you think about Dongguk University?
12      You can't do that here because the
13  announcement was already out, so you can't do
14  that -- there's no way to do a control like
15  that.
16      Q    Okay. So I guess my next
17  question, then, is are there any other sort of
18  within group controls that are typically used?
19      A    And my answer to that was yes.
20  And you asked me which they were. And then I
21  said the two questions to identify people who
22  were saying yes to questions that were incorrect
23  and I eliminated those people from the survey.
24      Q    Okay. So I guess to make sure I
25  understand, you're saying that you've ruled out

166

1  Jacoby
2  an alternative, plausible explanation, that is,
3  people just might say yes to anything?
4      A    That's correct.
5      Q    Okay. So apart from those two
6  questions that ruled out that people who said
7  yes to Woojang university and the joint MBA
8  program, are there any other controls that you
9  do use in this survey?
10      A    No. I was just getting -- I was
11  gauging public sentiment just the way one
12  typically gauges public sentiment in this
13  country or any other country by asking questions
14  as to what their sentiment was and asking the
15  questions only of people who said they were
16  aware of the incident, but also including -- to
17  get the projections of the nation as a whole,
18  people who said they weren't aware of the
19  incident and having them as the denominator and
20  making sure that they couldn't be counted in any
21  way as having a negative impression of Dongguk
22  as a result of the Shin Jeong Ah incident.
23      Q    Other than the people who you say
24  you eliminated as the yea sayers, are there any
25  other alternative, plausible explanations for

167

1  Jacoby
2  the conclusions you reached that you are aware
3  of?
4      A    On the spot maybe -- maybe
5  something was so -- even that wouldn't work.
6  What I was thinking of was maybe something was
7  so momentous that adversely affected Dongguk's
8  reputation and that would explain things, but
9  the questions were designed specifically to
10  focus their attention on the Shin Jeong Ah
11  incident. And not only that, we had gone
12  through how I made sure after Question 2 by
13  giving or is it in Question 2 everyone the same
14  explanation of what I meant by that incident.
15  So it was focused back on that as a result of
16  that incident, what are your current
17  impressions?
18      Q    So you're not aware of any other
19  controls that you could have used here to
20  support the conclusions that you reached?
21      A    I am not aware. I used the
22  standard practice for assessing a population's
23  beliefs at that point in time.
24      Q    I want to focus your attention now
25  on, I think it's page 14 of your report.

168

1  Jacoby
2      A    Yes.
3      Q    And in particular, the section
4  titled, Universe Definition. Why did you define
5  the universe as you did, which is the relevant
6  universe was defined as the entire adult
7  population of South Korea, age 18 and above,
8  regardless of whether they had or had not
9  previously heard of Dongguk University?
10      A    Because I wanted to be able to
11  project to all of Korea, South Korea. I didn't
12  want to project only to the people who had heard
13  of Dongguk University. That said, you can take
14  a look at the data and look at only those who
15  had heard of Dongguk University.
16      Q    Why did you want to project to the
17  entire country?
18      A    Because my understanding was
19  that's what was important. Let me give you a
20  hypothetical example. Suppose only 30 percent
21  of the population had heard of Dongguk
22  University? That's not as important as
23  95 percent having heard of it and having a
24  negative impression of it as a result of the
25  incident.

169

Pages 166 to 169

SIMONSON00000988

Jacoby

1
2     Q     Apart from the issue of whether
3  people had heard of Dongguk, why not survey a
4  different population all together like people
5  considering applying to college?
6     A     But we do have that included.
7  This is what's called an umbrella universe. Not
8  only have I looked at the entire population of
9  Korea, the adult population over the age of 18,
10  I also had three universe -- sub-universes of
11  specific interest including those as defined on
12  page 15 in those three bullet points, quote,
13  those thinking about attending university or
14  graduate school within the next five years. And
15  there were 274 such individuals.
16     A second sub-universe is those who
17  had or thought they had, quote, discussed their
18  thoughts regarding any universities in Korea
19  with family members, friends or other people.
20  There were 568 such individuals.
21     And then, finally, those who,
22  quote, in the past one to two years have
23  suggested or advised anyone to attend or not
24  attend a specific university in south Korea.
25     So I was looking at three key

170

Jacoby

1
2     Q     Why didn't you include them in the
3  survey?
4     A     It may be in part because in the
5  United States including people under the age of
6  18 in households we usually have to have
7  parental consent to do that. And so for that
8  reason many surveys, many that I've done for
9  litigation, begin with age 18 and above. Had it
10  been important to -- to only focus on that
11  sub-universe, then maybe we would have defined
12  the universe differently and maybe we would have
13  gotten parental consent, but the entire
14  perspective was let's look at the whole country.
15  Oh, yes, by the way, there's three subgroups of
16  particular interest. Let's look at those as
17  well.
18     Q     Do you know if parental consent is
19  required to survey people under 18 in Korea?
20     A     I do not.
21     Q     Do you think that the results of
22  the survey that was conducted as to the people
23  who were considering applying to college or
24  graduate school in the next five years is fairly
25  representative of the entire population of

172

Jacoby

1
2  sub-universes within the broader universe of all
3  of the adults age 18 and above in Korea.
4     Q     How did you identify those three
5  as particularly important subgroups?
6     A     It occurred to me those were
7  important. Discussion with Mr. Weiner those
8  were important and so we asked questions
9  enabling us to identify those sub-universes.
10  If -- so that if, say, a trier of fact were
11  interested only in what about -- I just want to
12  know about the impact on those who are thinking
13  about attending university or graduate school in
14  the next five years, that trier of fact would
15  say, okay, there's a sufficient number of
16  people, 274 such individuals, who were randomly
17  selected from the population. I can look at
18  only their data. I don't have to look at the
19  entire population.
20     Q     I would expect that the universe
21  of people considering applying to college or
22  graduate school in the next five years would
23  include a fair number of people under the age of
24  18?
25     A     That is true.

171

Jacoby

1
2  Koreans who are considering that including those
3  under 18?
4     A     I think it's absolutely
5  representative of those 18 and above at the time
6  the surveys was conducted.
7     Q     But my question is --
8     A     I'm in the middle of answering
9  your question. I cannot say with certainty that
10  it also includes those who are 16 or 17 who
11  might be interested in applying to university,
12  but it includes all those 18 and above with
13  the -- and they may be 35, they may be 28, they
14  may be 42 -- who may be considering going to
15  university or graduate school. I don't know how
16  much more one would get from 16 or 17 year-olds
17  or possibly 15 year-olds and to what extent, if
18  any, they might diverge. But I do know if we're
19  talking about people 18 and above, we've done a
20  very good job of getting their opinions.
21     Q     I would, in fact, expect that the
22  universe of people applying to college in the
23  next five years might also include 14 or even
24  13 --
25     MR. WEINER: Are you

173

Pages 170 to 173

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000989

Jacoby

1  testifying or speculating?
2       MR. FETNER: I'm asking a
3  question.
4    Q   Do you agree?
5    A   Sure. And I might include
6  eight-year-olds or nine-year-olds. For a fact,
7  I've got a ten-year old and she's thinking of
8  college now. At what point do you start asking
9  the question? Unless it's been products
10 directed specifically at young children, surveys
11 that I've conducted where it was important to
12 get at children, for example, surveys in the
13 National Football League, we always start at age
14 14 and above because we assume they are able to
15 give us reasonably correct answers, reasonable,
16 accurate answers in response to the questions,
17 so it wouldn't have gone down below 14.
18      I would not ask my ten-year old
19 right now about her impressions of Dongguk or
20 Yale University, even though she's intending to
21 go to university.
22   Q   Did you give any consideration to
23 surveying people outside of South Korea?
24   A   No.
25

174

Jacoby

1  or the resources, financial resources, to do
2  such a study and it's not generally done in
3  other studies such as the one I've done are
4  relied on typically. This was considered
5  adequate. The response rate is adequate. It's
6  totally in line with what the response rates
7  generally are.
8       And so — so, yeah, could there be
9  non-response bias? In theory, there would be,
10 but there's no reason to expect it had any
11 substantial effect on what we have here.
12   Q   Is there some threshold for
13 determining what an adequate response rate is?
14   A   Is there some threshold? There
15 used to be one that was mentioned from a federal
16 bureau that I'm not sure it exists any longer
17 and it used to have a sliding scale. And it was
18 one would normally want response rates above 5
19 percent — 50 percent. But as it turns out in
20 commercial research what you will frequently
21 have are response rates on the order of 5 or 10
22 percent, and these are customarily relied on
23 inside litigation and outside of litigation.
24   Q   Okay. But today is there a
25

176

Jacoby

1    Q   Why not?
2    A   As I understood it, that was the
3  universe of interest, the people in South Korea.
4    Q   Could you explain briefly the
5  concept of non-response bias?
6    A   Yes. Not everyone will respond to
7  a survey. It may be that people who don't
8  respond are in some ways different in a material
9  respect than those who do respond. That is why
10 you will have for — for — well, there are
11 always non-respondents. Maybe this is the way
12 to — even when we the decennial U.S. Census —
13 once every ten-year U.S. census, it's required
14 by law to complete that. We have mail surveys.
15 That only gets about 60 percent, if it's lucky.
16 We have multiple follow-ups. We send
17 interviewers and even then we can't count
18 everyone. We get to 75 to 80 percent. That's
19 after the federal government spends incredible
20 amounts of time on multiple waves and on
21 different modes of interviewing.
22      That's not normally done in
23 litigation surveys, for example. One doesn't —
24 the sponsor of the survey doesn't have the time
25

175

Jacoby

1  threshold for determining when a response rate
2  is adequate?
3    A   There's no hard and fast threshold
4  that I'm aware of.
5    Q   Have you ever conducted a survey
6  where you felt the response rate was not
7  adequate?
8    A   Ever? You know, I can't say that
9  I haven't.
10   Q   But not that you can recall?
11   A   That's correct.
12   Q   Do you know what the response rate
13 was here?
14   A   Yeah. We can take a look because
15 it's at the beginning of the TNS report.
16   Q   Okay. So on page 2 of the report
17 and that is the report that's attached to
18 your — your own report, not the earlier TNS
19 report, successful survey is indicated as
20 1.6 percent. Do you see that?
21   A   Yeah.
22   Q   Is that what would be referred to
23 here as the response rate?
24   A   No. What you've got to do is take
25

177

Pages 174 to 177

Fink & Carney Reporting and Video Services

39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000990

Jacoby

1      a look at the effective response rate. I mean,
2      you have 44 percent who didn't answer, okay?
3      You have more than a third, 36.6 percent, that
4      was an invalid number. You can't get a response
5      from an invalid number. We -- we had an
6      immediate refusal. Why we don't know, okay? We
7      had refusal during the survey of nine --
8      9/10th's of a percent, so those people were
9      qualified. We know that they -- somebody over
10     the age of 18 lived in the household and they
11     refused. They started the study and they
12     refused during the study.
13           We know that another 4.5 percent
14     were deliberately screened out as a result of
15     what we have at the bottom of page 2. Of those
16     3,794 people were screened out, 1,187 were
17     terminated due to a work phone. Another 250
18     were terminated because they refused to tell you
19     what type of phone they have. And you can read.
20     I mean, I won't read it into the record, but you
21     can see there's lots of reasons why people would
22     refuse.
23           So what's going on with the no
24     answer to those phones? We don't know. What's

178

Jacoby

1      going -- you can't count an invalid phone
2      number, so you've got to put it in context. It
3      is not 1.6 percent. It's something appreciably
4      higher than 1.6 percent.
5      Q    You referred to something a moment
6      ago called the effective response rate. Can you
7      tell what that rate is for this survey?
8      A    Well, it depends on how you would
9      define it. In fact, the American Association of
10     Public Opinion Research has a pamphlet in which
11     it sets out various terms that it used in
12     research. And it come up, if I recall correctly
13     and I believe I do, with seven different
14     definitions of response rate calculated in
15     different ways. There's no universal one agreed
16     upon. The reason why there is seven different
17     ones is different people look at it differently.
18           So one could try and calculate it
19     applying the various formulas they have to the
20     data we have here, but you're going to get
21     different answers depending upon which formula
22     you use and the performance of other formulas
23     saying this is right and that's wrong. There's
24     no standard way of doing it.

179

Jacoby

1      Q    Is there -- for the people who are
2      indicated as immediate refusal, would there be
3      any record of why they refused or would TNS even
4      have asked why they refused?
5      A    I don't think there -- they're not
6      supposed to ask why, at least I didn't request
7      they ask why. That is generally not done.
8      People just hang up. Hello, I'll doing a
9      survey. I would appreciate a few moments of
10     your precious time. Click. Right? What's the
11     reason? We don't know the reason. We didn't
12     even get a chance to ask why. And even if we
13     did have a chance to ask why, that's not done.
14     Q    For the people who are indicated
15     as refusal during survey, would there be any
16     indication of why those people refused?
17     A    I don't know. If I were to guess,
18     I would suspect not, but I don't want to guess,
19     I don't know. I would only tell you that it's a
20     small number.
21     Q    But they're -- oh, I'm sorry.
22     A    If you add that 700 roughly to the
23     1,300, it works out to about 35, 36 percent of
24     the refusal of people who started. So clearly

180

Jacoby

1      they must have been over the age of 18 and then
2      they refused.
3      Q    Would there be any record of at
4      what point in the survey those 781 people
5      refused?
6      A    I don't know about those 781. We
7      do have, as I pointed out earlier this morning,
8      an indication for the screen terminations below.
9      Those were the circles around the numbers.
10     Q    Could you explain to me what
11     filter questions are?
12     A    Yeah. I've got quite a few of
13     them in this questionnaire. So let me --
14     basically, depending on how you respond to an
15     earlier question, either you are asked a
16     subsequent question or skipped to another
17     question. You're filtered. And as we have
18     already discussed and if you want I'll show you
19     again, but we have many such filter questions in
20     the questionnaire.
21     Q    So in this survey, if you want to
22     run through the specifics, you can, but I'm
23     hoping we can short-circuit it a bit, are you
24     saying that any question the response to which

181

Pages 178 to 181

SIMONSON00000991

182

```
 1                  Jacoby
 2   determines whether you are asked another
 3   question would be considered a filter question;
 4   is that a general understanding?
 5       A    Yes.
 6       Q    And what's the purpose of using
 7   filter questions generally?
 8       A    Not to ask questions of
 9   individuals who aren't qualified to be asked
10   those questions.  And, again, I illustrated that
11   earlier this morning.  It didn't make sense to
12   ask people who hadn't heard of Dongguk
13   University, for example, questions about their
14   impressions of Dongguk University.  If you told
15   me you never heard of it or you never heard of
16   the incident, why am I asking you questions
17   about it?
18       Q    Do you have any concerns about the
19   adequacy of the filter questions used in this
20   survey?
21       A    If I did, I wouldn't have asked
22   them the way I did.  No, I don't have any
23   concerns about them.
24       Q    Is there any sort of general
25   practice you use for determining either whether
```

183

```
 1                  Jacoby
 2   to use filter questions or what sort of filter
 3   questions to use?
 4       A    General practice, no.  I mean,
 5   the -- the general guiding idea is not to ask
 6   people questions that they would be incapable of
 7   answering based on their prior responses, so
 8   that's what we try to avoid.
 9            THE VIDEOGRAPHER:  Sorry to
10       interrupt.  You have about
11       five-minutes of tape left.
12            MR. FETNER:  Okay.  Why
13       don't we take a break here?
14            THE VIDEOGRAPHER:  The time
15       now is 3:31 p.m.  This marks the
16       ending of Tape Three.  Off the
17       record.
18            (Whereupon, at 3:31 o'clock
19       p.m., a recess was taken to 3:55
20       o'clock p.m.)
21            (The deposition resumed with
22       all parties present.)
23            THE VIDEOGRAPHER:  The time
24       now is 3:55 p.m.  This marks the
25       beginning of Tape Four.  On the
```

184

```
 1                  Jacoby
 2       record.
 3   J A C O B  J A C O B Y, Ph.D.,    resumed
 4       and testified further as follows:
 5   BY MR. FETNER:
 6       Q    Dr. Jacoby, during the break were
 7   you able to learn any more or figure anything
 8   out about the issue that was confusing you
 9   earlier?
10       A    No.
11       Q    Turn, please, to page 13 of your
12   report.  I'm focusing particularly on the
13   section labeled Conclusion and Opinions.  You
14   say, Based upon the study and its findings, in
15   my opinion the misstatements made by Yale
16   University about Dongguk University in
17   connection with Jeong Ah Shin degree forgery
18   incident has had a long-lasting and substantial
19   harmful effect on the image and credibility of
20   Dongguk University among the adult population of
21   South Korea.
22            Are you drawing a conclusion about
23   causation?
24       A    Yeah, I am, although I need not,
25   but I am.
```

185

```
 1                  Jacoby
 2       Q    Why do you say you need not?
 3       A    I measured the attitude of the
 4   population at a certain point in time.  They
 5   were still -- or let's put it this way:  They
 6   were substantially negative.  There's no
 7   indication that there were any negative opinions
 8   of Dongguk prior to this entire incident, so
 9   what's the inference?  What caused it to be
10   negative?  Seems to me, especially given that my
11   questions were focused in on that incident and I
12   was clear to specify what I meant by that
13   incident, that it was that incident and
14   everything associated with that incident that
15   caused that -- those negative impression.
16            Now, did I test it in a normal --
17   where I could experiment with having control
18   groups, some exposed to this information and
19   some not?  No.  But there's no other, insofar as
20   I can tell, plausible explanation for the
21   negative opinions of Dongguk where none had
22   existed previously.
23       Q    How do you know that none had
24   existed previously?
25       A    I think I mentioned that earlier
```

Pages 182 to 185

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000992

Jacoby

1                Jacoby
2 this morning to my understanding that the -- two
3 things in response to that question. None --
4 there were none. Everything that I heard was
5 neg -- was positive. I recall at the beginning
6 of -- near the beginning of being retained on
7 this matter I had asked counsel whether there
8 was any negative information in the press
9 regarding Dongguk and I was told no.
10          MR. WEINER: That was prior.
11 A    That was prior, yeah, when I was
12 engaged, initially engaged. I wanted to find
13 out as a bench line where -- where was the
14 impression, so there was none.
15       Then, as I said, in my questions I
16 was pretty clear to define the incident and I
17 asked -- and I was told the response here
18 clearly is what I'm referring to, this incident,
19 what impact did this incident have on your
20 impressions? I could not randomly assign people
21 to be exposed to the incident and other people
22 not to be exposed to it. I had to accept them
23 as they were. This is naturalistic field
24 research. I measured their impressions at a
25 given point in time around the end of 2008.
                186

1                Jacoby
2 That -- those were their impressions at that
3 point in time as a result of the incident or at
4 least those were their impressions at that point
5 in time that they said were a result of that
6 incident and I'm using that to infer causality
7 that that incident caused those impressions.
8    Q    Other than your asking Mr. Weiner
9 if there was any negative press coverage or
10 negative impressions of Dongguk prior to the
11 Shin incident and his answering no, are there
12 any other bases for your statement that there
13 was no previous negative impression of Dongguk?
14 A    It was not only Mr. Weiner. It
15 was also Miss Bae at the time. That's spelled
16 B-a-e. And I had gone on, in fact, I think it
17 was in my file and I presume you have it, I had
18 gone on the Internet to see if I could find
19 anything negative about Dongguk. What -- and
20 that's where I got that material from that I
21 mentioned earlier. I found nothing in my own
22 admittedly non-exhaustive search, but I could
23 find nothing that was negative.
24    Q    Do you recall how you searched on
25 the Internet for such information?
                187

1                Jacoby
2 A    Yeah, by typing in Dongguk
3 University and seeing what came up.
4    Q    Other than Dongguk's own website,
5 do you recall anything that came up?
6 A    I don't recall any specifics. I
7 recall what did come up. There was nothing
8 negative.
9    Q    Are you aware of whether there has
10 been any negative media coverage about Dongguk
11 since the Shin incident? That is, just so the
12 question is perfectly clear, I know you said you
13 asked Dongguk's counsel if there had been any
14 negative coverage prior to the incident, and I
15 know the survey was conducted a year or more
16 after the incident. I'm wondering whether you
17 know whether there was any negative coverage in
18 that time?
19 A    In that time. Now -- now I don't
20 understand your question.
21    Q    Sure. Let me -- let me try to ask
22 it more clearly. This survey was apparently
23 conducted from November 28, 2008 through
24 December 1, 2008; is that correct?
25 A    Yes.
                188

1                Jacoby
2    Q    Do you know if there was any
3 negative press coverage about Dongguk unrelated
4 to the Shin incident at any time prior to that?
5 A    The direct answer is I don't know
6 if there was. However, I don't think that
7 would -- even if there were if that would have
8 any effect because, as I explained, I asked the
9 respondents to focus in on the impact of that
10 incident on their impressions.
11    Q    Okay. I thought you had said a
12 moment ago that your ability to draw a
13 conclusion of causation was based on the fact
14 that there was no negative coverage on Dongguk
15 prior to the incident?
16 A    That's, indeed, what I said.
17    Q    And now my question is are you
18 aware of other unrelated, negative coverage
19 subsequent to the Shin incident but before the
20 survey?
21 A    And my answer to you is, no, I'm
22 not aware of any, but even if there was such
23 negative, and I don't know if there was or was
24 not, it wouldn't have an effect because I asked
25 my respondents to think only of that incident,
                189

Pages 186 to 189

SIMONSON00000993

Jacoby

1 to base their responses, their answers only on
2 their understanding of that incident.
3    Q   Are you aware of whether there was
4 any media coverage relating to the Shin incident
5 but not relating to Yale that might have created
6 negative impressions of Dongguk?
7    A   I subsequently -- to be precise --
8 on this past Tuesday found out that she had an
9 affair with a government official. I don't know
10 if that was reported in the press. It was not
11 something I knew at the time. I'm not sure
12 anyone knew that at the time and I don't know if
13 it was known, if it was covered in the paper or
14 what have you, but I found out -- I found out
15 about that this Tuesday.
16    Q   Are there any other issues that
17 you found out about relating to the Shin
18 incident?
19    A   That's the only thing I remember.
20    Q   Do you have any opinion about
21 whether media coverage relating to the affair
22 that you just mentioned might have impacted the
23 respondents' views in the survey?
24    A   I have a belief that it did not

190

Jacoby

1 what I meant by the incident on the prior page.
2 Is it possible some may have had that other
3 information in mind? Yes. Is it possible had
4 they had that information in mind it would have
5 affected their impression of Dongguk University?
6 In my opinion, unlikely, their impression of Ms.
7 Shin, not of the university. The university
8 can't control whether or not its people have
9 affairs. What I'm assuming, some people at Yale
10 have had affairs. If that were to come out,
11 would that affect the impression of Yale
12 University? I suspect not. It would affect the
13 impression of that individual.
14    Q   Getting back to my question, where
15 the instruction refers to everything you
16 remember seeing, hearing and reading about the
17 Shin Jeong Ah incident, do you think a
18 respondent could fairly interpret that
19 instruction as including coverage of Ms. Shin's
20 affair?
21    A   Anything is possible except green
22 cheese on the moon. But in light of the answer
23 I gave you, let me read into the record the
24 instruction on the immediately preceding page as

192

Jacoby

1 for the reasons that I just explained. I asked
2 people to keep in mind the incident as it was
3 defined to them at the beginning of the
4 questionnaire. Everything went back to the
5 forgery incident. It had nothing to do with any
6 affair that might or might not have taken -- and
7 I don't even know if that -- I don't know if --
8 if any reports of that affair -- presumably
9 occurred -- occurred prior to when the survey
10 was conducted.
11    Q   Turn, please, to the questionnaire
12 which is Appendix E to your report and in
13 particular page 4 the questionnaire. Do you see
14 towards the middle of the page there is a
15 statement that says, Please also answer the
16 remaining questions based on everything you
17 remember seeing, hearing and reading about the
18 Shin Jeong Ah incident. Do you see that?
19    A   Yes.
20    Q   Do you know if in light of that
21 instruction respondents to the survey may have
22 had in mind media coverage about Ms. Shin's
23 affair with a government official?
24    A   That I don't know, but I defined

191

Jacoby

1 I'm defining the incident as follows: Quote, As
2 your measure, the Shin Jeong Ah incident refers
3 to the incident where Dongguk University
4 employed Shin Jeong Ah as a professor after
5 Dongguk University believed Shin Jeong Ah's
6 false claims and a forged document showing she
7 received a doctorate degree from Yale University
8 in the United States, unquote. That defines
9 what is meant by the incident.
10    Could they have had other things
11 in mind when they answered the question? Yeah,
12 it's possible. Would it have affected their
13 impression of the university? Unlikely, in my
14 opinion.
15    Q   Do you think Ms. Shin's affair
16 with a government official could reasonably be
17 considered something relating to the Shin
18 incident as you defined it in the survey?
19    A   Whether it could or could not, it
20 might or might not, as I have said, is not
21 something I would anticipate would affect the
22 reputation of the university. It would affect
23 her reputation.
24    Q   Okay, but my question is, do you

193

Pages 190 to 193

SIMONSON00000994

Jacoby

1   think it's something that could reasonably be
2   understood as relating to that incident?
3       A   Even if it were by some proportion
4   of the respondents, my answer to you is I
5   doubt -- I sincerely doubt if it would have had
6   any material impact on the findings because it
7   would have affected her reputation as somebody
8   who was a forgerer, as somebody who is a liar,
9   as somebody who had an affair now, and now we
10  have an impression of her. I don't see how
11  that's going to affect the impression of
12  Dongguk.
13      Q   Okay. But could you please answer
14  my specific question?
15      A   I believe I did twice.
16      Q   Okay. I believe you didn't and
17  I'll ask it again.
18      A   Okay.
19      Q   Do you believe that one could
20  reasonably understand Ms. Shin's affair with a
21  government official as being related to the Shin
22  incident as you defined it, notwithstanding your
23  opinion that it wouldn't affect one's impression
24  of Dongguk?

194

Jacoby

1   A   And as I said -- I believe I said,
2   the record will show what I said -- it could, it
3   may, it may not. In either case, if it did not,
4   it would have no effect. And if it did, I
5   believe it would have no effect.
6       Q   Other than the fact of his affair
7   with Ms. Shin, do you have any other information
8   about the government official you referred to a
9   moment ago?
10      A   No.
11      Q   Turning back to the Conclusion and
12  opinions identified on page 13 of your report,
13  the sentence there refers to the misstatements
14  made by Yale University about Dongguk University
15  in connection with Jeong Ah Shin's degree
16  forgery. What misstatements are you referring
17  to?
18      A   Yale apparently, as I said at the
19  beginning, said it never received an inquiry
20  from Dongguk when in fact it had received an
21  inquiry from Dongguk. As I understand,
22  Yale's -- I don't know if they call it Office of
23  Information or -- or P.R. department or
24  whatever, was conveying that information to the

195

Jacoby

1   media in Korea. Wait a moment, Dongguk says
2   they contacted us; they never did. That's a
3   fabrication. That's what I'm referring to here,
4   the misstatements made by Yale.
5       By the way, another misstatement
6   made by Yale is at the very beginning, the
7   statement that apparently was issued from the
8   dean's office saying, yes, Ms. Shin had received
9   her degree, her doctorate from Yale. That was a
10  misstatement. If that one had not been made at
11  the beginning, there wouldn't probably be an
12  affair -- an incident.
13      Q   I wanted to clarify that --
14      A   Yeah --
15      Q   -- because the word affair has
16  been used in a different way.
17      A   Right.
18      Q   You didn't ask any questions in
19  the survey specifically about statements made by
20  Yale, though, did you?
21      A   I don't think I had to -- the
22  answer is no, I did not. Sorry.
23      Q   Do you know if the respondents to
24  the survey were aware of statements made by

196

Jacoby

1   Yale?
2       A   Whether they were or not in a
3   way -- the answer is, no, I don't know. The
4   reason why it wasn't asked whether they were or
5   were not aware is irrelevant. The question was
6   what was Dongguk's impression -- impression of
7   Dongguk at that point in time relative to the
8   lack of anything negative at an earlier point in
9   time. And was that -- if it was a negative
10  impression, was it a function of the entire
11  incident including Yale's misstatements,
12  including Yale's subsequent correction,
13  including everything that was involved in the
14  incident, what were these people's impression at
15  that point in time of Dongguk University?
16      Q   Okay. Well, you just said in
17  light of everything that was involved in the
18  incident, but on page 13 of your report you cite
19  the cause specifically as the misstatements made
20  by Yale.
21      A   Yeah.
22      Q   So how do you know that the cause
23  of the public's views was statements made by
24  Yale as opposed to something else involved in

197

Pages 194 to 197

SIMONSON00000995

Jacoby

1   this incident?
2     A   Good. Let's -- let's -- perhaps
3  you can edify me. What other plausible
4  explanations could there be? I mean, here we
5  had a positive -- a university with a positive
6  image prior to the incident. Now we have a
7  university with a negative image as a result of
8  the incident because the questions focused on
9  the incident. We also had Yale subsequently
10  acknowledging it made errors. A year later we
11  asked questions. What would have caused -- what
12  other plausible explanation does the man in the
13  moon and the influence on the tide and a Ouija
14  board -- what other plausible explanations are
15  there for those images, those impressions of
16  Dongguk University at that point in time?
17     Q   You're not aware of any?
18     A   I'm not. I'm asking you to edify
19  me.
20     Q   I understand, but it's not my job
21  to edify you.
22     A   I also understand that. And I
23  would ask counsel to edify me. I would ask
24  anyone to edify me. What else would there be?

198

Jacoby

1  substantial harmful effect on the image of
2  credibility of Dongguk University among the
3  adult population of Korea, and I'll try to break
4  that up piece by piece.
5     How would you define long-lasting
6  in that context? How long would it need to
7  to be called long-lasting?
8     A   Well, I measured it a year later,
9  so by long-lasting I meant I had a year's worth
10  of data. I couldn't project into the future,
11  but as of the point in time that I measured it
12  which was a year after Yale had retracted
13  statements, issued an apology, there was still
14  this substantial negative impression of Dongguk.
15  To me that was long-lasting. It wasn't -- it
16  wasn't a week. It wasn't ten weeks. It was
17  roughly 52 weeks.
18     Q   Do you know what the impression of
19  Dongguk was among the Korean population prior to
20  the time the survey was conducted?
21     A   I know it wasn't negative and I
22  know that, as I told you before, from my
23  examinations or of what was on the Net. I know
24  that from what I heard from counsel, both Mr.

200

Jacoby

1  I mean, it's -- it's akin to saying, isn't it
2  possible that the moons of Jupiter had some
3  influence? I can't rule that out, but do we
4  have any evidence that the moons of Jupiter had
5  any affect or would have any affect? Is that
6  plausible? No. I don't know of anything. My
7  answer to you is I don't know of anything
8  plausible that would explain these findings
9  other than the incident.
10     MR. WEINER: Just so I'm
11     clear, the focus for me is the
12     question is what you were asking.
13     THE WITNESS: Yeah.
14     MR. WEINER: You're not
15     talking hypothetically, right?
16     THE WITNESS: In terms of
17     the findings, the findings were a
18     result of the questions asked. I'm
19     trying to say what else would have
20     influenced the answers to those
21     questions. Not the moons of
22     Jupiter. Not a Ouija board.
23     Q   On page 13 looking at that same
24  paragraph, you refer to a long-lasting and

199

Jacoby

1  Weiner and Ms. Bae.
2     MR. WEINER: Just so we're
3     clear, you're talking about the date
4     of the survey or the Shin incident
5     as defined when the survey began?
6     Q   No, my question was the date of
7  the survey when the respondents were called and
8  answered these questions, do you know -- and I
9  know I asked earlier about whether you were
10  aware of media coverage or other events that
11  might have cast Dongguk in a negative light
12  after the Shin incident, but I'm trying to ask a
13  slightly different question from that now which
14  is the negative impressions that were reported
15  in this survey, do you know if they existed
16  prior to the survey but subsequent to the Shin
17  incident?
18     MR. WEINER: I'm going to
19     object to the question and this has
20     been my problem for a while now. I
21     really tried to stay silent. The
22     question are very focused, okay?
23     This is not an impression as you
24     describe. The question is do you

201

Pages 198 to 201

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018     (800) NYC-FINK * (212) 869-3063

SIMONSON00000996

```
                    Jacoby
 1   .
 2            think that Dongguk brought shame
 3            because of Yale, so we're not
 4            talking about general impressions
 5            about Dongguk University. We're
 6            talking about a position that people
 7            had based upon what Yale said or
 8            didn't say.
 9                MR. FETNER: I'm only using
10            the word impression --
11                MR. WEINER: But you are
12            using the word impression as if it's
13            some kind of general survey about
14            people's impressions about Dongguk
15            and that's not what the questions
16            asked about. And that's why I asked
17            before if we were focusing on the
18            questions asked.
19                MR. FETNER: We are not. I
20            am only using the phrase negative
21            impressions because that is the
22            phrase that Dr. Jacoby used in his
23            testimony.
24                MR. WEINER: I'm going to
25            object to the form.
                                            202
```

```
 1                    Jacoby
 2            You can answer the question.
 3   BY MR. FETNER:
 4        Q   Do you recall the question?
 5        A   No.
 6        Q   In the survey, my understanding
 7   was you were measuring the Korean public's
 8   beliefs as of the date of the survey. My
 9   question is, do you know that the people who
10   responded to the survey actually held those
11   beliefs for the year or so prior to the time the
12   survey was conducted?
13                MR. WEINER: That is
14            precisely my problem. It's not what
15            the survey says. They're not just
16            beliefs. They're beliefs based upon
17            a specified list of questions,
18            Howie. They not some general
19            beliefs.
20                MR. FETNER: Bob, you're not
21            entitled to dictate the content of
22            my questions.
23                MR. WEINER: Fine. If you
24            can answer it, it's a very
25            misleading question, but if you can
                                            203
```

```
 1                    Jacoby
 2            answer it, go ahead.
 3                MR. FETNER: And I can point
 4            out the questionnaire itself uses
 5            the word belief.
 6                MR. WEINER: The
 7            questionnaire is focused questions,
 8            so why don't we focus on them.
 9        Q   My question is, the answers to the
10   question in your survey that was conducted
11   between November 28th and December 1, 2008, do
12   you know if the respondents who gave those
13   answers on those dates had the same opinions
14   prior to those dates? And I don't mean prior to
15   the Shin incident. I mean for the year and a
16   half after the Shin incident leading up to the
17   time the survey was conducted?
18                MR. WEINER: Object to the
19            form of the question. It's
20            unanswerable as the survey is
21            written, but go ahead if you can
22            answer it.
23        A   I don't think they formulated
24   their opinions the day before the survey. I
25   think they may have opinions that may have been
                                            204
```

```
 1                    Jacoby
 2   shifting one way or another over the time of the
 3   duration of the entire incident, sometimes
 4   becoming more positive toward Dongguk when
 5   Dongguk issued some statements and behaved
 6   properly and sometimes negatively as a function
 7   of hearing adverse information.
 8            My questions told them to think
 9   about the entire incident -- I just read that
10   into the record, so I won't bother to read that
11   in again -- it defined the incident and it said
12   as of this point in time what are your
13   impressions?
14            Once they answered that, I was
15   able to talk about on page 13 had a long-lasting
16   substantial impact on the image. They lead --
17   these -- these impressions were present now at
18   the end of one year. These impressions weren't
19   general, but they were impressions gathered by
20   each of these specific questions on specific
21   facts. And they said at that point, end of
22   November 2008, beginning of December 2008, here
23   are our thoughts regarding Dongguk as a result
24   of the Shin incident.
25            Do I know what impressions they
                                            205
```

Pages 202 to 205

SIMONSON00000997

Jacoby

1               Jacoby
2 had the day before, the day afterward? No. Do
3 I have an opinion as to what impressions they
4 likely had the day before and the day afterward?
5 Yes. I -- my -- my opinions, my comments, my
6 conclusion, my opinions are predicated on their
7 answers to the specific questions that were
8 asked in the survey and that's what this
9 statement that you're asking me about on page 13
10 is all about.
11      Q   Do you know when the impressions
12 that were reported in the survey were formed?
13      A   Let's put it this: I know they
14 weren't formed before the Shin incident because
15 I'm asking about the impressions of the Shin
16 incident. They could not logically have had
17 those impressions prior to this whole thing
18 erupting.
19      Q   Assuming they were formed after
20 the Shin incident, do you know how long after
21 the Shin incident?
22      A   It seemed as if the incident was
23 not a single point in time, but something that
24 evolved over a period of months, years. So I'm
25 asking them as a result of everything that

206

1               Jacoby
2 happened over that period in time now as of the
3 date you're being asked this question what are
4 your beliefs, opinions, evaluations of Dongguk,
5 so it's a function of everything that happened
6 beforehand that they have in their mind at this
7 point in time. When they formed that, I can't
8 go back in time, nor can anyone else.
9      Q   Do you have any opinion about
10 whether the beliefs, impressions and opinions
11 reported in the survey continue to exist today?
12      A   I -- I suspect that they have. I
13 have no evidence to buttress that suspicion.
14      Q   Why do you suspect that they
15 continue to exist today?
16      A   Because these kind of things tend
17 to be long-lasting. Once you have such a
18 negative impression, a negative credibility in
19 your mind regarding a source, that stays. Their
20 suspicion -- you know, we have it in literature.
21 All we have to do is ask a damning question.
22 And whether or not there's truth behind the
23 question or fact, it's enough to plant in the
24 mind of an individual -- just trying to think of
25 Mark Twain's famous comment about it. Once

207

1               Jacoby
2 there's been this negative impression, it tends
3 to last for a lot of people and for a long time.
4        I suspect if I went back now, I
5 would find either the impressions at or near the
6 same level or possibly even higher. Maybe
7 lower, I don't know, but I suspect I would find
8 them at or near the same level.
9      Q   Why would they be higher?
10      A   Why would they be higher?
11      Q   Yes.
12      A   Because certain elements start to
13 become disassociated from the core belief. What
14 happens is that, okay, here I am in year, you
15 know, in December 1, 2008. I know about
16 everything. I know about Yale's retraction, et
17 cetera, but I still have a negative attitude
18 toward Dongguk. Okay. As this thing stays in
19 my memory and changes over time because memories
20 change over time, I know I have a negative image
21 toward Dongguk. Gee, I don't even remember the
22 fact that Yale said anything positive -- Yale
23 made an apology.
24        My attitude towards Dongguk which
25 has been negative becomes more concrete, any

208

1               Jacoby
2 information that's discordant or discrepant with
3 that tends not to be remembered, not to be
4 integrated into this holistic impression and
5 there is a lot of research on that. So I think
6 it could very easily be more negative at this
7 point in time for a lot of people.
8      Q   But you don't know?
9      A   I think I used the word suspect.
10 I have no empirical evidence. I think I said
11 that too. I don't know, but in my opinion it
12 would not be surprising to find people having as
13 comparable opinions, near comparable opinions or
14 even much more severe opinions at this point in
15 time.
16      Q   Please turn to page 33 which is
17 the last page of your report. The first
18 sentence on page 33 appears to be the same as
19 the sentence we were just discussing from page
20 13, so I'm not going to ask you the same
21 questions again.
22        I believe the second sentence
23 which refers to -- I guess I should read it:
24 Further, a full year after Yale University's
25 admission and apology more than one-third of all

209

Pages 206 to 209

SIMONSON00000998

Jacoby

1  Adults in Korea said their image of Dongguk
2  University had become more negative as a result
3  of the misstatements made by Yale University to
4  the Korean press regarding the Jeong Ah Shin
5  Incident.
6       You say that adults said their
7  image became more negative as a result of
8  misstatements made by Yale. The respondents to
9  the survey didn't actually say that their
10  opinions were the result of Yale's
11  misstatements, did they?
12    A  You are right.
13    Q  And, again, I just want to be very
14  clear. Is the basis for your opinion that the
15  negative image of Dongguk was a result of
16  statements made by Yale, is that the same as the
17  basis you were describing to me a moment ago for
18  the opinions expressed on page 13?
19    A  Insofar as they include Yale from
20  the very beginning -- was it Dean Schirmeister,
21  is that her name? That's the first of the
22  misstatements saying, yes, Shin had received a
23  doctorate from Yale. That was a misstatement
24  and there were a whole series of those until the

210

Jacoby

1  point at which Yale, I think in December of 2007
2  or end of November 2007, issued an apology and
3  retraction. So I'm talking about -- when I say
4  misstatements, I mean that full series.
5    Q  You're referring to what you've
6  described as Dean Schirmeister's misstatement to
7  Dongguk as well as any misstatements Yale made
8  to the Korean media?
9    A  Yes. The fact that they never
10  received the registered letter when they had,
11  saying that Dongguk had not made inquiry when it
12  had, implying that Dongguk was doing something
13  shady when it had not, all those kinds of
14  statements.
15    Q  Did you consider asking any
16  questions to try to determine whether
17  respondents were actually aware of statements
18  made by Yale?
19    A  Did I consider it? To some extent
20  I have that covered by some of the questions.
21  When the question asks, do you think Dongguk did
22  contact or did not contact Yale, I mean that
23  relates to indirectly statements made by Yale
24  that it was not contacted by Dongguk.

211

Jacoby

1    Q  But do you know if the people
2  answering that question were aware of statements
3  made by Yale?
4    A  I don't know to what extent they
5  were aware of statements. I just know that
6  their impressions -- again, I think we're losing
7  sight of the whole forest for all these
8  tree-type questions. Here's the bottom line of
9  my thinking. 2005 and earlier Dongguk had been
10  around for a hundred years. No negative
11  comments. Start getting the Shin incident, all
12  kinds of things discussed multiple times in
13  multiple portions of the media so that it
14  becomes one if not the top story in South Korea
15  during that period. People are talking amongst
16  themselves about it, hearing about it on TV,
17  reading about it in the newspaper. And I
18  understand the coverage was copious, was
19  extensive.
20    And now there comes a point in
21  time when I'm asking about the opinions and I'm
22  finding that the opinions are negative. I
23  didn't have to ask about the specific items. I
24  had to ask about the opinions of Dongguk.

212

Jacoby

1  That's what had to be done.
2    Q  I had asked you a moment ago if
3  you considered asking a question that explicitly
4  asks whether respondents were aware of
5  statements made by Yale. Did you do that?
6    A  Well, we know I didn't ask any
7  explicit questions.
8    Q  Right. My question is did you
9  consider asking such questions?
10    A  Oh. Well, if I did and I suspect
11  I did, I came to the conclusion that it would
12  not be relevant as it were.
13    Q  Why not?
14    A  I think I answered that two
15  questions ago. I'm talking to these people and
16  asking them to think about the whole incident,
17  whatever they know about the incident, all
18  right? There would be no incident were it not
19  for Yale's statements, right? You don't have to
20  answer that. If Yale right up front said, no,
21  this woman does not have a degree, there would
22  be no incident, but Yale continued and made a
23  whole series of negative statements -- of
24  statements that were misstatements which is what

213

Pages 210 to 213

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018     (800) NYC-FINK * (212) 869-3063

SIMONSON00000999

Jacoby

1  Jacoby
2  I mean by misstatements that generated press
3  coverage, that generated bad face, losing face,
4  lost face for Dongguk that generated a series of
5  things where the faculty was up in arms, as I
6  recall, calling for the president's head who --
7  all of these things happened as a result of
8  these misstatements.
9      Q    Do you know what the Dongguk
10 faculty was up in arms about?
11     A    I understand that the Dongguk
12 faculty was up in arms about the handling of
13 this affair -- and I don't mean affair in a
14 sexual sense -- this incident --
15     Q    I understand.
16     A    -- by its administration thinking
17 that it was bringing disgrace upon them and the
18 institution, and that had the administration
19 acted forthrightly and properly they wouldn't be
20 disgraced.
21     Q    Okay. And when you refer to the
22 administration's handling of the incident, is
23 there anything in particular that you are
24 referring to?
25     A    Yeah. As I understand it, they

214

1  Jacoby
2  believed that the administration, or at least
3  some of them believed that the administration at
4  Dongguk had not acted properly, had not acted
5  with due diligence, had not contacted Yale and
6  the whole -- et cetera, and that's what they
7  were reacting to.
8      Q    Okay. But when you say you hadn't
9  told the truth, you mean told the truth about
10 contacting Yale?
11     A    Yes.
12     Q    What's the basis for that
13 understanding?
14     A    If I recall correctly, it may have
15 been something in the complaint -- let's put it
16 this way: I don't recall the basis, but if I
17 asked myself what could have been the basis, it
18 would have been either reading the complaint or
19 discussions with counsel.
20     Q    Looking at page 33 in its
21 entirety, have you formed any other conclusions
22 in this case besides those that are stated on
23 page 33?
24     A    Yeah, I have, and that is -- would
25 you like to know them?

215

1  Jacoby
2      Q    Absolutely.
3      A    That even the best among us and I
4  consider Yale to be among the best among us can
5  really these days just screw up and -- and not
6  be willing to fess up to having screwed up
7  sooner rather than later and try and sweep
8  incidents under the rug, and breed more
9  negativity than need be or should be the case.
10 And it's disheartening and I'm not saying Yale
11 alone is doing this. I'm just saying it's an
12 indictment of in some way what's happened in our
13 society or maybe the world today so, yeah,
14 that's my impression. It's not anything I would
15 put in a report, but I think it's kind of a sad
16 commentary.
17     Q    And what is the basis for that
18 conclusion?
19     A    Everything that I read and came
20 across and learned about in this -- in
21 participating in this matter.
22     Q    Okay. Aside from that, have you
23 reached any other conclusions based on the
24 survey besides those that are stated on page 33
25 of the report?

216

1  Jacoby
2      A    Well, yes, as a result of today.
3  I could have been more expansive in discussing
4  how one infers causation when there are no
5  control groups and discussed the fundamental
6  underlying scientific literature that provides
7  me with a foundation and basis for saying this
8  is a causal situation, so that's a conclusion I
9  formed as a result of your questions.
10     Q    Are there any others?
11     A    At this moment, not that I can
12 think of.
13     Q    Okay. Now, looking specifically
14 at the conclusions that are stated on page 33,
15 have you reached all of those conclusions to a
16 reasonable degree of scientific certainty?
17     A    Yes.
18          (Questionnaire was marked as
19          Deposition Exhibit No. 3 for
20          identification, as of this date.)
21     Q    Dr. Jacoby, I'm now showing you a
22 document that we have labeled Exhibit 3. Can
23 you tell me what this document is?
24     A    I think it's self-explanatory. It
25 gives you the answers to the questions at the

217

Pages 214 to 217

SIMONSON00001000

```
 1  .          Jacoby
 2  end of the questionnaire, D-1, D-2, D-3. This
 3  Tuesday, in going over, in preparing for
 4  testimony and for the first time realizing that
 5  the copy of the TNS report did not provide the
 6  numbers and I was making statements in my report
 7  about the numbers, I wanted to make sure that
 8  everything that we had the foundation.
 9          And so based upon my request,
10  Ms. Lu looked into the files and she -- she's
11  not under oath, but she could testify herself,
12  but she was able to obtain or locate this
13  information and I requested that it be provided
14  to you and that's why it's been provided to you.
15      Q   Looking at Question D-1 which is
16  on the first page of the document, actually it
17  starts on the first page and continues onto the
18  second page, do you know if the frequency with
19  which each of the options listed here was
20  answered in the survey is representative of
21  their frequency in the adult population of
22  Korea?
23      A   Given that this was a probability
24  survey, the answer is it should approximate
25  their frequency and proportion in the
                                             218
```

```
 1             Jacoby
 2  the study a hundred times, roughly 95 percent of
 3  those hundred times we should get an answer for
 4  I am a student of between 10 and 14 percent. It
 5  won't be 3 percent and it won't be 30 percent.
 6  It will be a hover, plus or minus 2.7 percent
 7  and not 11.8 percent.
 8      Q   Okay. And apart from that fact do
 9  you have any information about whether
10  11.8 percent is an accurate reflection of, in
11  this particular case, what percentage of the
12  Korean adult population are students?
13      A   Has this been independently
14  checked against some other data is implicit in
15  your question. Is that your question?
16      Q   Well, my question is do you have
17  any information at all about what -- what the
18  actual numbers are for the Korean adult
19  population?
20      A   I guess the answer to that is I
21  don't, but I have no reason to doubt that the
22  accuracy within the range of this 11.8 percent
23  for the Korean population 18 and over at the
24  point in time at which the survey was conducted.
25      Q   And I take it the same is true for
                                             220
```

```
 1             Jacoby
 2  population.
 3          Let me -- let me say this: If I
 4  were to do a survey of the American population
 5  and ask a question about gender and the
 6  population, you know, over the age of 18, and we
 7  have roughly close to 52 percent female and a
 8  little over 48 percent male, I would expect plus
 9  or minus to find, you know, 46 to 50 percent
10  male and 50 to 54 percent female. I've done a
11  survey of the national population for the NFL of
12  4,000 people, actually, where we found something
13  in the order of 58 percent female, 42 percent
14  male, and that was a national probability
15  survey. It didn't track. It was just outside
16  the range.
17          So all these numbers are, given
18  the sample size, as I said earlier, plus or
19  minus, 2. whatever, 7 percent 95 percent of the
20  time. Five percent of the time it could be --
21  diverge further than plus or minus 2 percent --
22  2.7 percent. But based upon sampling theory,
23  sampling practice, prior experience, yeah. You
24  know, where it says, I am a student and we have
25  11.8 percent saying, yes, if we were to repeat
                                             219
```

```
 1             Jacoby
 2  the other percentage indicated in response to
 3  Question D-1?
 4      A   That is correct.
 5      Q   I would like to ask a similar
 6  question about Question D-2 which is on the
 7  third and fourth pages of the document, that is,
 8  the percentage indicated there for the different
 9  education levels. Do you have any information
10  about whether those percentage accurately
11  reflect the actual percentages of each education
12  level in the Korean adult population?
13      A   I recall Ms. Bae and I conversing
14  about this and her telling me these seemed about
15  right based upon her knowledge of Korea. Beyond
16  that I have no other information. My answer
17  would be the same as I gave you for D -- I gave
18  you for Question D-1.
19      Q   And I would like to ask the same
20  question about Question D-3 which is on the
21  fifth page of this document. Do you have any
22  information about whether the percentages
23  indicated there match the actual percentages for
24  the Korean adult population?
25      A   I suspect that they are -- the
                                             221
```

Pages 218 to 221

SIMONSON00001001

Jacoby

```
1              Jacoby
2   same would apply.  Wait a moment.  Hang on.
3        Q   It's the last page of the
4   document.
5        A   Yeah.  Oh, four out of five,
6   Question 5.  I don't know if there are any other
7   criteria against which one could compare this,
8   so I think these are probably the best
9   statements.  I don't know if anyone else has
10  collected data like this.  This may be the only
11  statement of these data and I -- I would say
12  they're accurate.
13       Q   I'd like to ask a question that
14  I'll try to save some time.  I would like to ask
15  it generally about Questions D-1, D-2 and D-3,
16  but if you need to answer separately for each
17  one you should feel free to do so.
18       Does the integrity or reliability
19  of the responses to the survey, would it vary or
20  would it depend at all on the accuracy of the
21  percentages in response to Questions D-1 through
22  D-3, that is, whether in fact it's an accurate
23  reflection of the percentage of the population
24  that is students or that has a certain leveling
25  of education?
                                              222
```

```
1              Jacoby
2        A   They're really -- well, listen, it
3   could, but it's not likely to.
4        Q   When you say it could, why might
5   it?  Why could it?
6        A   Well, if it was found that these
7   are so in error, if it turns out that
8   90 percent, to take the example we were using
9   before, 90 percent of the adult population is
10  currently a student, not 11.8 percent, you begin
11  to wonder what's going on here.  You can -- hang
12  on.  One, two, three, four, five, six -- by my
13  rough approximation, I've got close to 30
14  different percentages.
15       On a probability basis alone, if
16  you do that many tests some are going to be
17  significantly -- significantly different from
18  truth by chance alone, okay?  I mean, that's
19  what the 05 level of significance mean.  If you
20  would run a test a hundred times, you find five
21  out of a hundred times something would be
22  significant by chance loan.  So could it be that
23  some of these are, you know, one or two of these
24  30 are significantly divergent from other data
25  that are reliable?  Yeah, it's possible.
                                              223
```

```
1              Jacoby
2        That wouldn't have any implication
3   whatsoever on the validity of the survey.  If 20
4   of these 30 were significantly different in ways
5   that were substantial, meaningful -- and I'll
6   explain what I mean by that -- then you'd have
7   to reconsider that.  When I say substantial and
8   meaningful, on large populations small
9   differences can become significant -- I wrote
10  two books on that very subject -- where
11  differences in comprehension of mass media
12  communications of 2 and 3 percent became highly
13  significant given on the sample size that were
14  involved of thousands of people.
15       Small differences become
16  significant.  So you can have statistical
17  significance without having it mean anything
18  materially.  I'm not taking about that
19  statistical significance -- that kind of
20  statistical significance.
21       (A handwritten document was
22       marked as Deposition Exhibit No. 4
23       for identification, as of this
24       date.)
25       Q   I'm now showing you a document
                                              224
```

```
1              Jacoby
2   that's been labeled Exhibit 4.  I understand
3   that these are your notes; is that correct?
4        A   That's, unfortunately, my
5   handwriting.  By unfortunately, I meant it's bad
6   handwriting, not --
7        Q   I understand.
8        A.  Okay.
9        Q   Mine might be worse, but I
10. understand.
11       Do you know when you wrote these
12  notes?
13       A   Yes.  Roughly.
14       Q   When is that?
15       A   Early on in my discussions with
16  Mr. Weiner, getting some idea of what's going
17  on.
18       Q   Immediately below the first line
19  that you drew on the first page you have a note
20  that says, Call Bill somebody.  Do you see that?
21       A   It's Bill Cook, senior
22  vice-president of the Advertising Research
23  Foundation, ARF.  Bill is an old friend.  Bill
24  knows the survey industry intimately and -- I was going to
25  wanted to find out from him -- I was going to
                                              225
```

Pages 222 to 225

SIMONSON00001002

Jacoby

1 need a -- an outfit, a subcontractor in Korea.
2 I wanted to find out who he would recommend, who
3 he considered to be quality companies.
4    Q   Who did he recommend?
5    A   He recommended three -- three
6 companies as I recall, one which was TNS. Given
7 that I had prior experience with TNS here in
8 America and they have done well and I thought
9 highly of them, we went to TNS.
10    Q   Beneath the portion of the notes
11 that we just read, can you tell me what that
12 says?
13    A   Yeah. Unfortunately, again, it's
14 Carl, C-a-r-l, missing it says middle initial L,
15 Hovland, H-o-v-l-a-n-d, long deceased, but of
16 the Yale school. He was a professor of social
17 psychology and I think that's curriculum and
18 social psych, communication, one of the foremost
19 communication theorists, persuasive
20 communication theorists and researchers that we've
21 had, and I had a question to myself, what
22 literature did they use to teach classes at
23 Yale. And I suspect that they're still citing a
24 lot of Hovland and his colleagues' work.

226

Jacoby

1    Q   Why did you write this portion of
2 notes about Carl Hovland?
3    A   I mentioned his name earlier in
4 the deposition. I mean, when I discussed how
5 people will sometimes -- well, Hovland is of the
6 school that believes communication is a process
7 whereby a source transmits a message over a
8 medium to one or more receivers, in other words,
9 to achieve certain effects. Persuasive
10 communication is to persuade them to do
11 something, but need not persuasive.
12        Hovland and his colleagues did a
13 lot of research on what makes for an effective
14 source. Most effective component or aspect of a
15 source is the source's credibility. If
16 somebody -- if a source has high expertise and
17 high trustworthiness and high reputation that
18 source's pronouncements will be given greater
19 weight. Yale presumably has high expertise,
20 high trustworthiness, high prestige.
21        Conversely, a source with low
22 prestige, low trustworthiness, low expertise
23 will be discounted and given little weight. I
24 mean, that research was done by Hovland and all

227

Jacoby

1 his colleagues at Yale over a period of years,
2 published in highly reviewed journals and
3 published in monographs, a couple of which I
4 still have, in the '60s and '70s. It gave birth
5 to research on communication effects around the
6 country and probably around the world.
7        And his research is directly
8 meaningful to the impact that Yale's
9 misstatements as previously defined would have
10 in this matter. And that was just a note to
11 myself while I was listening to Mr. Weiner to
12 mention Carl Hovland to him and what I thought
13 the implications of Hovland's work were -- and
14 Hovland's colleagues' work was in this matter.
15    Q   Do you have any opinion about
16 whether Dongguk had high expertise, high
17 trustworthiness and high prestige prior to the
18 Shin scandal?
19    A   Relative to Yale? There is an
20 order of magnitude difference. I think even in
21 Korea, Ivy League institutions, particularly
22 Harvard, Yale, Princeton, any American
23 institution, but especially those three would
24 have -- be perceived as much higher prestige,

228

Jacoby

1 much higher credibility, much higher confidence,
2 much higher trustworthiness.
3    Q   What's the basis for that belief?
4    A   Even in Korea? Or that --
5    Q   Yes --
6    A   Discussion -- again, I guess most
7 of my impressions would come from -- but not
8 entirely in this case -- from discussions with
9 counsel or the complaint.
10    Q   Do you have any opinion about
11 Dongguk's expertise, trustworthiness and
12 prestige prior to the Shin incident relative to
13 other Korean universities?
14    A   Yes. I testified about one of
15 those things earlier today twice and that is
16 where it's -- was indicated to be ranked number
17 one among Korean universities. Again, I don't
18 recall if it was science generally, a specific
19 science or I think mathematics.
20    Q   Looking further down the first
21 page of your notes on Exhibit 4, it looks like
22 beneath that second horizontal line you wrote,
23 proposal budget, here's what I think needs to be
24 done; is that correct --

229

Pages 226 to 229

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018        (800) NYC-FINK * (212) 869-3063

SIMONSON00001003

Jacoby

1
2  A  Yes.
3  Q  -- so far at least?
4     What did you think needed to be
5  done?
6  A  What I -- what I thought needed to
7  be done is -- has evolved into what is the
8  survey. Mr. Weiner and I discussed -- I guess
9  he had asked me and I'm here to -- after I read
10 the complaint, after I just thought about it,
11 come in and provide him with an idea of what I
12 thought needed to done, what I thought needed to
13 be measured, what it would cost to do it
14 sequentially and shoot for next Friday, which is
15 the bottom line -- I don't know what dated this
16 was done, but to have it done a week from
17 whatever the Friday was in this week, not this
18 Friday but next Friday.
19 Q  Do you have any recollection of
20 whether what you thought needed to be done at
21 that time differs in any way from the survey
22 that was ultimately conducted?
23 A  I'm sure it must. I came in with
24 a number of ideas, some of which were deemed to
25 be irrelevant to the legal issues, some of which

230

Jacoby

1
2  were deemed to be relevant. Do I have concrete
3  knowledge of that? No, but I do recall coming
4  in with a number of thoughts, some of which
5  were, you know, not scholarly ideas, but not
6  relevant to the litigation.
7  Q  What thoughts did you have that
8  was not relevant to the litigation?
9  A  I remember having that as a
10 general recollection of what happened and I
11 don't have any specific thoughts regarding what
12 those issues were.
13 Q  Turning to the second page of the
14 same document, there's a series of boxes --
15 A  Right. Wow.
16 Q  -- separated by arrows that say,
17 looks like, source message media, receiver
18 effects. Have I read that correctly?
19 A  Yes, you have.
20 Q  Okay. And beneath the source, the
21 word looks like credibility. I know that's
22 what -- what you had mentioned a moment ago with
23 respect to Carl Hovland's work; is that right?
24 A  Yes.
25 Q  And with respect to the -- what

231

Jacoby

1
2  you've written on the second page here with
3  these words in these boxes, do you have any
4  opinion about their implication for this case?
5  A  I certainly do.
6  Q  What is it?
7  A  This was my attempt to illustrate
8  for Mr. Weiner what I believed was going on and
9  the fact that in getting people -- one effect on
10 the receiver is to get them to believe certain
11 things. The most impactful aspect of the source
12 of the communication is the source's
13 credibility. And in this case, as I testified a
14 moment ago, Yale has incredible -- incredibly
15 high credibility. So its messages emanating
16 from its representatives would have greater
17 impact than messages, equivalent messages,
18 emanating from sources of lower credibility.
19    MR. FETNER: Let's take a
20 break, I guess.
21    (Discussion off the record.)
22    THE VIDEOGRAPHER: The time
23 is 4:58 p.m. Off the record.
24    (Whereupon, at 4:58 o'clock
25 p.m., a recess was taken to 5:06

232

Jacoby

1
2  o'clock p.m.)
3     (The deposition resumed with
4  all parties present.)
5     THE VIDEOGRAPHER: The time
6  now is 5:06 p.m. On the record.
7     MR. FETNER: Bob, before we
8  resume questions, I think in light
9  of the time and in light of the fact
10 that we're likely to have to resume
11 this deposition anyway, and
12 particularly in light of the court
13 reporter's indication that she's
14 kind of struggling to keep up at
15 this point, I think it's best to
16 break off here and finish what we've
17 got left on another day.
18    MR. WEINER: You know, I'm
19 sort of surprised at that, Howie,
20 since we have gone through
21 depositions in order to make sure we
22 finish within a day on many
23 occasions where I have stayed to
24 5:30 and 6:00 when you guys, you
25 know, wanted me to complete in one

233

Pages 230 to 233

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00001004

Jacoby

2 day, and also taking the position
3 you've taken on finishing up in one
4 day.
5 Now, if we have an
6 understanding that you're not going
7 to order the transcript and will not
8 look at the transcript and not use
9 it to -- as a basis for a
10 continuation, then I'll be fine with
11 it, but I certainly don't want you
12 to use this as an opportunity to get
13 the transcript, go through it and
14 then say, ah, now I have all these
15 questions, so I want to follow-up
16 this, that and the other. I think
17 that's improper.
18 MR. FETNER: I will
19 certainly agree not to use the
20 transcript as a basis of further
21 questions --
22 MR. WEINER: What I'm saying
23 is I don't think you should order
24 the transcript until after the
25 deposition is complete.

234

Jacoby

2 those issues.
3 MR. WEINER: I understand
4 those issues. Yeah, and we will
5 endeavor to get that as quickly as
6 possible. Believe me, we want to
7 find out what the basis of that is
8 as much as you do.
9 MR. FETNER: Putting that
10 aside, there are a number of topics
11 that I also intended to cover today
12 have not yet gotten to. I don't
13 think it's a whole lot of material,
14 but it's not something that we're
15 going to be able to finish in 15
16 minutes.
17 MR. WEINER: I understand.
18 I don't mind coming back. What I
19 don't want to do is create an unfair
20 advantage in having agreed to come
21 back. So as long as we have an
22 understanding we're not going to
23 order the transcript until after, no
24 dirty transcripts, none of that, we
25 will get you this report and, you

236

Jacoby

2 MR. FETNER: I understand
3 that, but my problem with that is
4 how soon are we going to be able to
5 complete this deposition?
6 MR. WEINER: Well, we can
7 certainly tell you early next week
8 what we find. You know, I guess
9 that would somewhat depend on what
10 the answers are to the questions.
11 Again, we're talking very focused on
12 Question 6 or that area regarding
13 the numbers. We'll know that real
14 quickly next week. And if there's a
15 supplement report, I suspect we can
16 get that out real quickly next week.
17 So as far as I'm concerned, this
18 will be a pretty quick process.
19 MR. FETNER: My
20 understanding is the outstanding
21 issue that we discussed earlier
22 involved essentially who was asked
23 Question 6, who was asked Question 7
24 and, obviously, all the follow-up
25 questions that flow from both of

235

Jacoby

2 know, whether we go beyond the seven
3 hours at that point we will take a
4 look at that because, you know, one
5 could argue that seven hours is
6 seven hours however you get there,
7 but let's see where we are.
8 And, hopefully, Jack, you'll
9 give me your schedule. I don't know
10 where you are at year-end in terms
11 of your teaching, what your
12 availability is, but I want to get
13 this done quickly.
14 MR. FETNER: As do we and
15 here's what I think. I'd love to
16 try to set a date for when we're
17 going to get any supplemental report
18 if, in fact, there is a supplement
19 report. Can we get that within a
20 week?
21 MR. WEINER: Or before the
22 week is out.
23 MR. FETNER: Okay.
24 MR. WEINER: I have to get
25 contact Korea, obviously, to get an

237

Pages 234 to 237

Fink & Carney Reporting and Video Services

39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00001005

Jacoby

1  answer in Korea. It's obviously
2  Sunday at this point or just about
3  Sunday, I think, so we're not going
4  to be able to communicate with them
5  until Monday our time. I hope to
6  have a response Tuesday and
7  hopefully the latest on Wednesday.
8      MR. FETNER: And presumably
9  we would get that response?
10     MR. WEINER: Yeah. I will
11  then tell you one, this is not an
12  issue that requires a supplemental
13  report, or I will say we will do a
14  short supplemental report or
15  something in between, but it's hard
16  for me to say anything else at this
17  moment.
18     MR. FETNER: I understand.
19  All I'm saying is if there is going
20  to be a supplemental report,
21  obviously we would like to get it as
22  soon as possible.
23     MR. WEINER: Yeah. I would
24  think that if there's going to be a

238

Jacoby

1  order a transcript, I'll be
2  perfectly candid with my concern.
3  You'll be unsurprised to hear that
4  we have also engaged an expert in
5  surveys. We have a deadline coming
6  up for that expert's report. I
7  don't want to be unfairly
8  disadvantaged by his not having
9  access to the transcript of this
10  deposition while we're waiting a
11  week two, three, four, whatever it
12  is for the schedules to merge --
13     MR. WEINER: Well, I don't
14  think it's going to be two, three or
15  four weeks.
16     MR. FETNER: I'm just
17  saying --
18     MR. WEINER: The real issue
19  to me is not so much -- well, I
20  guess we are sort of in the
21  situation. I don't want your expert
22  to be reading this transcript and
23  then feeding you questions based
24  upon his reading of the transcript.

240

Jacoby

1  supplemental report, it could be
2  generated pretty quickly because if
3  we're talking about that. You know,
4  it's going to -- either the data is
5  what it is or the data is going to
6  be adjusted somewhat because there
7  was a misunderstanding on something.
8  I don't know. You know, so I'm not
9  going to speculate on that, but the
10  data is going to be the data.
11     MR. FETNER: Okay. And,
12  look, we can discuss when we're
13  going to get the supplemental report
14  once you talk to Korea and find out
15  whether there's even a need to get
16  one, just understanding, obviously,
17  we would like to get it as soon as
18  we can.
19     MR. WEINER: Yeah. I also
20  want to go back to look at the
21  translations and make sure it's not
22  another thing I need to do.
23     MR. FETNER: The separate
24  issue about whether we're going to

239

Jacoby

1  If you wanted him here today, you
2  could have had him here today.
3     MR. FETNER: I understand
4  that and I can tell you that that
5  won't happen. All I'm saying is
6  there's a separate issue apart from
7  whether a transcript is --
8     MR. WEINER: We can worry
9  about that when we know the time
10  frame. Okay. I don't see it being
11  material at the moment.
12     MR. FETNER: So maybe we can
13  talk Monday and try to get this
14  resolved as soon as possible.
15     MR. WEINER: Okay.
16     THE WITNESS: May I ask,
17  when is that expert's report due?
18     MR. WEINER: This is off the
19  record.
20     Let's talk on Monday and
21  deal with this.
22     MR. FETNER: Sure.
23     MR. WEINER: Actually, we
24  probably ought to talk Tuesday

241

Pages 238 to 241

SIMONSON00001006

```
 1              Jacoby
 2  because hopefully I will know more
 3  by Tuesday.
 4      MR. FETNER:  We can talk
 5  Tuesday.
 6      MR. WEINER:  Okay.  We
 7  should probably send an e-mail to
 8  Korea in any event.  Yeah.
 9      MS. LU:  All right.
10      MR. WEINER:  Yeah.
11      MR. FETNER:  But, in any
12  event, we'll adjourn now for today
13  and figure out the exact course it
14  follows when we talk on Tuesday.
15      MR. WEINER:  Okay.  Great.
16      THE VIDEOGRAPHER:  The time
17  now is 5:12 p.m.  This marks the
18  ending of Tape Four.  Off the
19  record.
20      (Whereupon, at 5:12 o'clock
21  p.m., the deposition was adjourned
22  sine die.)
23
24
25                              242
```

```
 1
 2          CERTIFICATE
 3
 4  STATE OF_____:
 5  COUNTY/CITY OF_____:
 6
 7  Before me, this day, personally appeared
 8  JACOB JACOBY, Ph.D., who, being duly sworn, states
 9  that the foregoing transcript of his/her
10  Deposition, taken in the matter, on the date, and
11  at the time and place set out on the title page
12  hereof, constitutes a true and accurate transcript
13  of said deposition.
14
15
16          JACOB JACOBY, Ph.D.
17
18
    SUBSCRIBED and SWORN to before me this_____
19
20  day of_____, 2011, in the
21  jurisdiction aforesaid.
22
23  _____
24  My Commission Expires      Notary Public
25                              244
```

```
 1
 2      CAPTION
 3
 4  The Deposition of JACOB JACOBY, Ph.D., taken in the
 5  matter, on the date, and at the time and place set
 6  out on the title page hereof.
 7
 8
 9  It was requested that the deposition be taken by
10  the reporter and that same be reduced to
11  typewritten form.
12
13
14  The Deponent will read and sign the transcript
15  of said deposition.
16
17
18
19
20
21
22
23
24
25                              243
```

```
 1
 2  DEPOSITION ERRATA SHEET
    RE:
 3  FILE NO.
 4  CASE CAPTION: Dongguk University vs. Yale University
 5  DEPONENT:  Jacob Jacoby, Ph.D.
    DEPOSITION DATE: May 7, 2011
 6
    To the Reporter:
 7  I have read the entire transcript of my Deposition
    taken in the captioned matter or the same has been
 8  read to me.  I request the following changes
    be entered upon the record for the reasons
 9  indicated.
    I have signed my name to the Errata Sheet and the
10  appropriate Certificate and authorize you to
    attach both to the original transcript.
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  SIGNATURE:_____DATE:_____
25  Jacob Jacoby, Ph.D.          245
```

Pages 242 to 245

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018        (800) NYC-FINK * (212) 869-3063

SIMONSON00001007

```
 1
 2                    I N D E X
 3
       Witness:        Direct
 4
       JACOB JACOBY, PH.D.   8
 5
 6
                   E X H I B I T S
 7
 8     Deposition     Description        Page
       For Ident.
 9
       1    A document entitled To What Extent    4
10          Has Dongguk University's Reputation
            Been Damaged by Yale University's
11          Actions in the Jeong Shin Ab Degree
            Forgery Incident. Report of a
12          Nationwide Survey in South Korea,
            dated March 18, 2010
13
       2    A document entitled Public Opinion  130
14          Survey Report on Universities Image,
            December 2008
15
16     3    Questionnaire             217

       4    A handwritten document         224
17
18
19     May 7, 2011
20     New York, New York
21
22
23
24
25
                                          246
```

```
 1
 2                C E R T I F I C A T E
 3     STATE OF NEW YORK )
 4                       ) ss.
 5     COUNTY OF NEW YORK )
 6              I, CAROL MELE, a Registered
 7     Professional Shorthand (Stenotype)
 8     Reporter and Notary Public of the
 9     State of New York, do hereby certify
10     that the foregoing Deposition, of
11     the witness, JACOB JACOBY, Ph.D.,
12     taken at the time and place
13     aforesaid, is a true and correct
14     transcription of my shorthand notes.
15              I further certify that I am
16     neither counsel for nor related to
17     any party to said action, nor in any
18     wise interested in the result or
19     outcome thereof.
20              IN WITNESS WHEREOF, I have
21     hereunto set my hand this 12th day
22     of May, 2011.
23
24
25              _____
                   Carol Mele, RPR
                                          247
```

Pages 246 to 247

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018.          (800) NYC-FINK * (212) 869-3063

SIMONSON00001008

SIMONSON00001009

## A

abbreviation 28:21
ability 189:12
able 4:24 43:5 70:24
  79:7 100:17 124:24
  126:6 142:8,15
  169:10 174:15
  184:7 205:15
  218:12 235:4
  236:15 238:5
absence 156:20
  157:12 158:2
absolutely 50:17
  101:7 127:3 143:4
  173:4 216:2
academic 13:11
  53:18
accept 23:22 28:7
  186:22
acceptable 99:19
accepted 29:12 38:2,5
  46:16
access 240:10
accommodate 163:19
account 86:22,23,24
accounts 34:5,6
accuracy 78:8 220:22
  222:20
accurate 23:23 27:21
  49:14 77:19 94:15
  102:6 174:17
  220:10 222:12,22
  244:12
accurately 100:17
  143:7 221:10
achieve 227:10
acknowledge 149:11
acknowledging
  198:11
acquiescence 83:10
  165:12
acquiescent 161:17
acted 214:19 215:4,4
action 247:17

actionable 47:15,16
actions 4:5 31:25
  32:10 246:11
actual 10:22 14:19
  69:24 144:15
  220:18 221:11,23
add 180:23
additional 11:3 155:7
  155:10
address 42:7 69:12
adequacy 182:19
adequate 176:6,6,14
  177:3,8
adjourn 242:12
adjourned 242:21
adjudicate 19:17
adjusted 239:7
administration 32:3
  214:16,18 215:2,3
administration's
  214:22
admission 149:3
  150:24 209:25
admissions 148:12,21
  157:6
admittedly 187:22
adult 74:12 131:21
  139:6 169:6 170:9
  184:20 200:4
  218:21 220:12,18
  221:12,24 223:9
adults 150:25 152:20
  153:12,23 171:3
  210:2,7
advantage 236:20
adversary 73:20
adversary's 72:24
adverse 205:7
adversely 40:17
  168:7
Advertising 225:22
advised 61:9 170:23
affair 190:10,22
  191:7,9,24 192:21

193:16 194:10,21
  195:7 196:13,16
  214:13,13
affairs 192:10,11
affect 48:8 140:12,13
  162:10 192:12,13
  193:22,23 194:12
  194:24 199:6,6
affirmative 59:13
  120:11 165:16
affirmatively 82:21
aforesaid 244:21
  247:13
afterward 17:7 120:3
  206:2,4
age 69:3,4,5,8 73:24
  81:15 169:7 170:9
  171:3,23 172:5,9
  174:14 178:11
  181:2 219:6
aggregate 49:24
  57:21,22
aggregated 57:14
  59:3,4
ago 10:4 12:10 32:22
  44:2,3 66:10 84:23
  95:11 97:5 111:18
  116:20 135:2
  138:15 143:14
  144:8 162:2 179:7
  189:12 195:10
  210:18 213:3,16
  231:22 232:14
agree 6:4 102:9
  145:23 174:5
  234:19
agreed 3:3,7,12 6:2
  109:5 179:16
  236:20
ah 4:6 15:3 89:12,17
  89:19,22,23 98:7
  100:19 110:12,16
  119:4 120:17,20,25
  121:23 122:7 128:2

151:3,23 152:6
  153:14,14,17 156:4
  157:24 164:22
  167:22 168:10
  184:17 191:19
  192:18 193:3,5
  195:16 210:5
  234:14 246:11
ahead 92:19,20
  128:13 204:2,21
Ah's 92:4 95:13 96:5
  97:13 100:6 193:6
akin 199:2
alert 69:21
allegations 42:7
allow 23:4
allowed 74:23
alternative 39:17
  164:3 165:5 167:2
  167:25
alumni 37:24,25
ambiguous 90:6
ameliorating 155:18
amended 24:15,22,22
  26:16
amending 15:22
America 98:22 99:23
  226:9
American 161:7
  179:10 219:4
  228:23
amount 48:11
amounts 123:11,16
  175:21
analysis 123:23
analyze 122:25
  126:10
analyzing 126:11
and/or 139:10 143:17
  145:15
announcement
  164:16,18,20 166:5
  166:6,7,8,9,13
answer 10:10 16:21

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018     (800) NYC-FINK * (212) 869-3063

SIMONSON00001010

Page 2

16:22 18:9,23 22:6
23:2,4 25:17 47:12
59:16 61:8 62:22
63:23 69:17,21 76:9
78:13,14,25 81:11
83:9 84:9,11,12
90:6 94:18,18 95:5
95:6 96:11,15,23
97:24 98:22 99:19
104:10,14,25
105:10 107:15
108:7 109:16
110:24 111:6
112:20 113:15
117:10 118:21,23
119:17,23,24 121:8
121:20 123:4,6,24
123:25 129:19
132:20 133:15
137:15 138:24
140:6,7 141:11
142:16 147:5
150:19 151:25
152:14 153:25
157:14 160:8 161:5
161:14,18 162:19
166:19 178:3,25
189:5,21 191:16
192:23 194:5,14
196:23 197:4 199:8
203:2,24 204:2,22
213:21 218:24
220:3,20 221:16
222:16 238:2
**answered** 56:11 66:3
73:4,9 79:12 82:12
82:16 84:6 93:16,24
107:20 108:15
123:10,21 129:20
129:24 133:12,21
134:15,17,22,24
137:13,17,21,24
138:9,11,18,20
140:16 141:10

144:10 148:10,18
160:8 193:12 201:9
205:14 213:15
218:20
**answering** 93:21,24
108:21 119:13
128:9 173:8 183:7
187:11 212:3
**answers** 57:2 83:12
83:15,19 84:15
90:17 94:15 101:3,5
113:10 114:22
116:10 123:2,3
125:14 129:23
161:5 163:5 174:16
174:17 179:22
190:2 199:21 204:9
204:13 206:7
217:25 235:10
**anticipate** 193:22
**anyway** 122:16
233:11
**apart** 29:22 58:13
72:3,9 161:20 165:2
167:5 170:2 220:8
241:7
**apologies** 43:3 60:25
118:11,17 157:6
160:4
**apology** 148:12,21
149:21 150:14,24
155:17 156:12,16
156:21,23 157:8,12
157:21 158:3,9,13
200:14 208:23
209:25 211:3
**apparently** 188:22
195:19 196:8
**appear** 154:25
**appeared** 34:4 161:7
244:7
**appearing** 163:7,9
**appears** 143:25
145:21 209:18

**appendices** 23:18
**Appendix** 53:23 54:5
62:12 74:9 77:18
109:19 140:9
142:23 144:19
147:16 191:13
**application** 37:20
**applications** 40:12
**applied** 157:5
**applies** 76:9 121:14
**apply** 50:18 222:2
**applying** 170:5
171:21 172:23
173:11,22 179:20
**appreciably** 179:4
**appreciate** 76:15
92:21 120:5 180:10
**approach** 42:3 57:10
61:10 88:6 104:21
**appropriate** 63:20
67:23 68:4 80:17
245:10
**appropriately** 58:21
**approximate** 218:24
**approximately** 9:12
148:22
**approximation**
223:13
**Arabic** 131:8
**area** 13:12 235:12
**areas** 19:25 38:22,23
41:4
**ARF** 225:23
**argue** 237:5
**arms** 214:5,10,12
**aroused** 156:7,8
**arranging** 64:8
**arrows** 231:16
**article** 12:22 160:22
161:6
**articles** 14:9,15,17,19
28:3
**Asian** 12:19 36:5,6
**aside** 216:22 236:10

**asked** 6:3 16:9,16,17
29:20 40:5,5 49:21
50:2,6 56:15,17
61:6,14 62:2 63:19
65:14,20 66:4,6
67:17 68:7,24 69:3
69:25 70:14 72:22
73:5,6,6,10,11,16
74:2,20,25 77:20
85:22 86:5,9 89:22
90:7 93:8 95:3 97:4
98:20 99:4,14
100:18 102:22
105:11,21 106:16
108:2 110:17,18
111:14 112:12
115:21 116:25
117:4,7 118:5 123:7
128:7,7 131:25
133:4,11 134:3,16
134:16,18 135:5,13
136:15 137:2,3,7,17
138:12,19 139:12
139:19 140:4,18,24
141:4,7,11 142:6
143:18 144:16
145:17,20 146:4,5
147:19 149:13,14
150:8 151:8 152:10
153:15 155:16
158:11 159:9,11
160:7 161:25
166:20 171:8 180:5
181:16 182:2,9,21
186:7,17 188:13
189:8,24 191:2
197:5 198:12
199:19 201:10
202:16,16,18 206:8
207:3 213:3 215:17
230:9 235:22,23
**asking** 5:23 9:20
10:19 14:13,14 19:3
25:8,9 40:7 47:23

SIMONSON00001011

59:15,18 69:9,16
70:22 76:5 91:3
92:23 94:11,16
97:16,25 98:9,10
99:5,21 103:16
105:7 109:13
123:14 136:14
151:14 161:4
167:13,14 174:3,9
182:16 187:8
198:19 199:13
206:9,15,25 211:16
212:22 213:4,10,17
**asks** 64:3 85:14
114:23 211:22
213:5
**aspect** 227:15 232:11
**assembled** 112:8
**assessing** 168:22
**assign** 186:20
**assist** 19:20
**assisted** 57:11 58:9
**associate** 20:23
**associated** 185:14
**associating** 92:7
**association** 95:23
179:10
**assume** 110:8 146:9
174:15
**assumed** 146:8
**assuming** 115:17
155:2,4 192:10
206:19
**assumption** 27:14,15
33:14
**atone** 36:7
**attach** 245:10
**attached** 177:18
**attempt** 27:24 65:12
66:2,6 68:10,11,13
232:7
**attempted** 69:2 70:3
**attempting** 150:11
**attend** 170:23,24

**attending** 170:13
171:13
**attention** 88:24 109:8
109:10 118:17
126:24 127:2,13,14
127:15 128:8,11
143:13 145:7
168:10,24
**attentive** 109:5
**attitude** 185:3 208:17
208:24
**attorneys** 2:5,10 9:23
10:14,20,22 11:17
12:3,12 17:15,22
18:16 22:11
**Audrey** 2:7 8:5
**Audubon** 2:10
**Aunt** 113:2,5
**authorities** 120:13
**authorize** 245:10
**automatically** 57:13
**availability** 237:12
**available** 5:7 51:24
58:12
**Avenue** 2:5
**avoid** 99:11 183:8
**avoided** 93:21,23
**aware** 14:22 15:2
21:21 23:6 31:22
96:3 97:25 98:4,5,9
98:14 110:11,16
116:23 127:25
131:17,24 148:11
149:20 150:13,17
158:12,14,21
164:22,24 167:16
167:18 168:2,18,21
177:5 188:9 189:18
189:22 190:4
196:25 197:6
198:18 201:11
211:18 212:3,6
213:5
**a.m** 1:14 7:7 54:13

55:19 56:9 63:5,8,9
63:13

---
**B**

**B** 8:16,16 63:16,16
86:14 87:11,18 89:4
89:5 129:9,9 133:12
137:14 184:3,3
246:6
**back** 9:20 11:2 20:2
28:8 34:9,19 40:21
44:8 46:14,14 47:2
56:12,20 58:18,24
66:9 76:23 77:5,11
77:15 88:5 90:11,16
91:22,25 93:5,17
95:4 96:9,20 99:20
104:11 109:11
113:17 115:9,25
125:7 127:20,22
133:19 135:8,24
140:2 142:16,20,22
142:24 143:6 144:3
145:25 146:13,19
150:6 152:12 153:4
153:25 157:5 158:8
161:25 168:15
191:5 192:15
195:12 207:8 208:4
236:18,21 239:21
**background** 23:24
29:3 31:10
**backs** 49:8 56:14,17
**bad** 214:3 225:5
**Bae** 20:23 43:6
187:15 201:2
221:13
**bag** 164:15
**ballgame** 81:17
**bank** 86:18,21,22
**barring** 17:6
**base** 105:6 190:2
**based** 4:23 12:7 24:7
24:10,13,19 25:6,10

25:20,24 26:4,9,12
27:5,10 30:8 31:23
48:10 49:12,23,25
50:24 68:17 74:4,21
75:6 80:19 82:10
86:8 103:21 121:21
128:14 131:16,18
132:8 134:20,21
136:13,20 151:6,7,9
151:12 153:3,22
154:13 155:23,24
183:7 184:14
189:13 191:17
202:7 203:16
216:23 218:9
219:22 221:15
240:24
**bases** 187:12
**basically** 47:4 58:16
89:8 109:4 181:15
**basis** 4:16,20 34:15
35:20 78:8 152:18
210:15,18 215:12
215:16,17 216:17
217:7 223:15 229:4
234:9,20 236:7
**Bates** 131:9
**battle** 36:18
**becoming** 205:4
**beef** 108:25
**began** 54:5 201:6
**beginning** 11:22 57:6
63:14 101:13 129:7
177:16 183:25
186:5,6 191:4
195:20 196:7,12
205:22 210:21
**begins** 31:4
**behalf** 20:6 43:8
**behaved** 205:5
**belief** 107:6 118:19
151:20,21 152:3
190:25 204:5
208:13 229:4

SIMONSON00001012

Page 4

**beliefs** 149:18 150:12
158:24 168:23
203:8,11,16,16,19
207:4,10
**believe** 14:6 17:5 35:2
35:11,15 40:19 41:9
49:3 51:14,14 65:17
67:25 72:8 78:2
93:2,8 95:12 100:16
100:21,23 101:3
111:16 113:24
117:17,24 118:23
135:8 144:17
147:13 149:21
160:5,12,14 179:14
194:16,17,20 195:2
195:6 209:22
232:10 236:6
**believed** 149:15
150:9 160:10 193:6
215:2,3 232:8
**believes** 227:7
**bench** 186:13
**beneath** 76:12 82:11
104:12,24 121:19
145:11 226:11
229:23 231:20
**benefits** 125:23
**best** 42:7 64:10 68:17
69:11,19,22 70:6,7
72:19 73:22 93:12
115:18 120:23
155:19 162:9 216:3
216:4 222:8 233:15
**bet** 74:7
**better** 154:24
**beyond** 14:21,25 41:2
122:2 221:15 237:2
**bias** 69:13,15 73:17
74:5 83:10 175:6
176:10
**biases** 163:6
**biasing** 74:4,5
**Bill** 225:20,21,23,23

**Bin** 111:5
**bippy** 74:7
**birth** 228:5
**birthday** 69:5,6
**bit** 181:24
**black-lined** 5:19 6:18
130:12 132:18
**Blake's** 119:9
**blank** 76:13,13
**blind** 43:13,20 44:13
45:5
**board** 35:4 198:15
199:23
**Bob** 8:23 21:24 25:5
70:22 93:19 203:20
233:7
**bold** 145:12
**book** 125:8
**books** 114:15 224:10
**born** 35:23 69:6
**bother** 205:10
**bottom** 105:21 146:9
146:11,24 178:16
212:9 230:15
**bound** 132:6,14
151:18
**boxes** 231:14 232:3
**Boy** 98:19 104:5
**bread** 55:13
**break** 36:13 62:24
63:19 101:17
128:16 162:4
183:13 184:6 200:4
232:20 233:16
**breed** 216:8
**brief** 160:19
**briefly** 163:22 175:5
**bright** 38:7
**bring** 84:17
**bringing** 214:17
**broad** 19:25
**broader** 171:2
**brought** 124:15 202:2
**Buddhist** 85:15

**budget** 229:24
**bullet** 170:12
**bunch** 13:7 55:20
58:25 119:10
**bureau** 176:17
**business** 52:8,9 55:13
79:13,21 80:2,6,6
**busy** 46:16
**butt** 39:6,20
**butter** 55:13
**buttress** 207:13
**buzzing** 101:15
**B-a-e** 20:23 187:16

─────── C ───────

**C** 2:3 8:16,16 63:16
63:16 87:11 88:2,16
89:5,5 97:6,10
129:9,9 184:3,3
243:2 244:2,2 247:2
247:2
**calculate** 179:19
**calculated** 179:15
**calculating** 51:2
**call** 42:25 43:8 49:8
54:14 55:11 56:11
56:14,17,20 84:25
107:9 148:16,19
195:23 225:20
**called** 8:16 41:23
46:14 48:23 51:12
55:24 57:8,10 76:3
83:9 114:2 163:3
165:19 170:7 179:7
200:8 201:8
**calling** 18:2 101:16
214:6
**calls** 54:17,25 56:8,11
**candid** 240:3
**capable** 58:20
**CAPTION** 245:4
**captioned** 245:7
**card** 86:25
**cards** 86:18,18,21

**care** 86:25
**career** 42:5
**Carl** 113:20 226:15
227:3 228:13
231:23
**Carney** 2:18 7:19
**Carol** 1:14 7:18 8:18
247:6,25
**carried** 17:20
**case** 1:6 9:22,24
11:18,21 12:14 15:6
17:2 19:21 21:19,22
22:14 23:14 28:11
29:22 33:17,19 41:7
41:13 45:14 46:23
50:20 52:4 53:4
58:10 71:19 72:24
75:14 90:23 110:10
122:25 127:24
152:24 162:3
163:17 195:4
215:22 216:9
220:11 229:9 232:4
232:13 245:4
**cases** 111:15 131:11
**cast** 201:12
**cat** 164:15
**categories** 123:4
**CATI** 57:10
**caught** 71:20
**causal** 217:8
**causality** 187:6
**causation** 184:23
189:13 217:4
**cause** 114:11 138:14
197:20,23
**caused** 91:11 155:21
185:9,15 187:7
198:12
**cell** 80:12,18 81:4,7
81:11,12,19,21,22
81:25
**census** 175:13,14
**center** 81:8 131:10

SIMONSON00001013

centers 80:24
certain 4:16 16:9
    33:25 36:5 47:15
    81:14,15,15,16
    84:10 87:16 111:3
    142:17 185:4
    208:12 222:24
    227:10 232:10
certainly 17:17 63:24
    68:21 155:6 232:5
    234:11,19 235:7
certainty 173:9
    217:16
Certificate 245:10
certified 3:18
certify 247:9,15
cetera 32:4 53:21
    69:7 72:15 208:17
    215:6
chance 180:13,14
    223:18,22
change 41:24 136:6
    208:20
changed 21:10 73:7
    151:24 152:8
changes 5:11,14,14
    5:24 208:19 245:8
character 109:7
chatted 55:8
check 38:9 58:24
    59:21 114:17
    122:18 142:17,18
    144:3 152:13
checked 220:14
checking 86:23
checks 83:12
cheese 192:23
children 174:11,13
China 37:2
chips 42:9
choice 38:10 39:12
choices 59:16 70:18
    70:20 71:8,9
choose 38:15

chose 38:12
chronological 64:9
    66:13
circle 104:15
circles 181:10
circling 34:20,20
cite 197:19
cited 14:12,18
citing 226:24
city 39:7
claims 193:7
clarified 93:6
clarify 9:19 93:13
    133:18 196:14
classes 226:23
classic 113:18 160:21
clear 5:21,22 10:14
    10:16 22:5 26:14
    29:12 33:11 44:18
    58:2 59:6 78:7
    89:16,16 94:2
    118:12 153:21
    185:12 186:16
    188:12 199:12
    201:4 210:15
clearer 130:13 155:6
clearly 19:14 30:6
    54:22 155:16
    180:25 186:18
    188:22
Cleary 38:9
Click 180:11
client 37:22 113:18
    114:18
clients 52:8,9
client's 74:6
close 123:5 139:8
    161:5 219:7 223:13
closed-ended 58:16
    58:23 91:11 98:25
    99:6 101:10 102:12
    102:16,22 106:8
    116:4
coding 115:25

cogent 12:20
collaborative 16:9
colleagues 226:25
    227:13 228:2,15
collected 222:10
collective 15:24
college 170:5 171:21
    172:23 173:22
    174:9
Columbia 126:22
Columbus 98:21
    99:22,25 102:20
    106:9,18
column 131:10
come 30:3 87:20
    93:17 94:3 121:3
    123:5 179:13 188:7
    192:11 229:8
    230:11 236:20
comedic 40:3
comedy 39:5
comes 41:7 112:15
    212:21
coming 231:3 236:18
    240:6
comma 110:10
commencing 1:14
comment 13:8 207:25
commentary 216:16
comments 15:21,22
    206:5 212:12
commercial 52:9
    176:21
Commission 244:24
commissioned 22:12
commit 36:7,18
common 86:16 105:6
communicate 43:5
    44:16 238:5
communicated 11:17
    12:3 30:5,8 43:18
    44:14 58:14 59:7
communication
    113:19,23 226:19

226:20,21 227:7,11
    228:6 232:12
communications
    42:19 52:22 224:12
companies 226:4,7
company 45:21
comparable 21:16
    40:2,3 77:9 105:15
    209:13,13
compare 11:10 123:4
    123:24 124:25
    159:23 222:7
compared 5:20
    158:13
comparing 81:6
comparison 6:19
    158:9
compensate 163:20
compensated 163:7
competence 31:6,15
    37:13
competitor 126:20
complaint 14:12,14
    14:18,22 15:2 22:13
    24:8,11,14,14,20,21
    24:22,23 25:14,16
    25:24 26:15,16,24
    27:13,18,25 29:13
    32:20 34:18 39:23
    40:20 41:7 42:8
    215:15,18 229:10
    230:10
complete 175:15
    233:25 234:25
    235:5
completely 47:20
    135:17
complicated 46:25
    72:14
complications 47:5
component 16:6
    227:15
comprehend 30:11
    67:9 103:12

SIMONSON00001014

Page 6

comprehension
224:11
comprised 75:10
computer 57:11 58:9
142:20 146:19
147:2,7,8
concept 160:16 175:6
conceptual 19:25
concern 92:2 98:12
240:3
concerned 20:5 97:5
130:11 146:16
235:17
concerns 182:18,23
conclusion 67:20
124:8 184:13,22
189:13 195:12
206:6 213:12
216:18 217:8
conclusions 48:3
124:20 168:2,20
215:21 216:23
217:14,15
concrete 153:5
208:25 231:2
concurring 37:4
condition 5:7
conduct 23:13 41:11
41:11,19 42:6,10
46:5 51:10
conducted 4:19 22:2
22:18 41:18 42:4,15
43:22 45:12,14,17
46:22 47:6 51:4,7,9
53:16 54:8,12 55:17
55:19 59:10 79:11
81:5 87:12 113:19
143:5 148:16
172:22 173:6
174:12 177:6
188:15,23 191:11
200:21 203:12
204:10,17 220:24
230:22

conducting 41:13
74:10 76:14
confidence 229:2
confident 103:13
confining 53:13
confirm 23:19 60:6
confirmed 30:24
127:4
conform 58:5,6
confused 70:17
137:12
confusing 135:18
137:10 184:8
confusion 47:14
138:15 149:13
conjecturing 13:16
Connecticut 1:2 2:11
7:13 91:23,25
connection 9:24
11:17 12:14 184:17
195:16
cons 102:13,17
consent 172:7,13,18
conservative 73:19
73:22
consider 211:16,20
213:10 216:4
considerable 48:11
Considerably 150:22
consideration 174:23
considered 34:21
176:5 182:3 193:18
213:4 226:4
considering 170:5
171:21 172:23
173:2,14
considers 18:19
consisted 42:23
consistent 139:16
constitutes 244:12
consumer 41:20 58:8
163:23
contact 64:4,5,14,24
65:12 66:3,4,4,6,7,8

67:25 68:10,12,13
68:15,16 69:2 70:3
73:9 134:17,19
139:10 140:17,19
140:23,25 143:16
144:10 145:15
149:16,22 150:9,11
151:22 152:5
211:23,23 237:25
contacted 33:16 34:2
54:16 65:7,16,18
71:11,11 196:3
211:25 215:5
contacting 64:7,7,13
65:2 139:11 143:17
145:16 149:17
215:10
contaminated 164:19
content 114:13
203:21
context 30:14 53:13
70:13 86:15 163:23
179:3 200:7
continua 66:22,23
67:8
continuation 234:10
continue 66:25
207:11,15
continued 213:23
continues 218:17
Continuing 155:14
continuum 66:21
67:2,2,8,11,11
contrary 150:16
control 163:24 164:2
164:17 165:2,4,17
165:19,20,20,21
166:14 185:17
192:9 217:5
controls 163:23 164:4
166:18 167:8
168:19
convenient 54:15
conversation 30:11

30:25 36:23 44:4,10
119:5 120:18 121:7
conversations 17:5,8
35:25 39:23 41:8
44:11 121:2 122:22
Conversely 227:22
conversing 16:12
36:14 221:13
convert 149:4
convey 76:25 77:14
78:18 127:6
conveyed 77:13
conveying 77:2
195:25
Cook 225:21
cooperating 165:13
copied 10:25
copious 212:19
copy 17:14 23:17,23
130:8 218:5
core 35:17,21 208:13
corporation 45:22
correct 9:16 14:20
16:23 27:7,21 29:14
29:15 30:21,23
49:18,21,22 60:5
74:13 97:17,18
105:25 106:21
144:2 145:25 146:6
167:4 174:16
177:12 188:24
221:4 225:3 229:25
247:13
correction 149:21
150:14,16 197:13
correctly 114:8
179:13 215:14
231:18
corresponded 76:24
corresponding 77:10
132:7
cost 91:10,13 230:13
counsel 2:7,7,12,12
5:25 7:24 10:8

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00001015

18:21 20:6 26:21
27:5,10,13 30:5,7
132:12 186:7
188:13 198:24
200:25 215:19
229:10 247:16
count 175:18 179:2
counted 50:6 72:23
73:13 167:20
counterbalance
163:8,11,19
country 80:25 81:3
157:8 167:13,13
169:17 172:14
228:7
counts 88:2
COUNTY 247:5
COUNTY/CITY
244:5
couple 31:9 97:4
143:14 228:4
course 4:13 30:10
52:8 99:7 242:13
court 1:2 3:16 7:12
7:18 8:14 233:12
cousin 38:2
cover 236:11
coverage 14:9,23
15:3,16,25 31:4,13
31:18 33:5 35:15
37:11 112:11
116:24 187:9
188:10,14,17 189:3
189:14,18 190:5,22
191:23 192:20
201:11 212:19
214:3
covered 116:6,7,8
190:14 211:21
create 69:13 160:25
236:19
created 92:6 95:15
97:7,22 190:6
creation 18:20,21

credibility 184:19
200:3 207:18
227:16 229:2
231:21 232:13,15
232:18
credit 86:25
criteria 222:7
critical 60:18
criticism 35:16
criticizing 32:13
cross-national 99:13
103:6
culmination 72:17
current 168:16
currently 223:10
curriculum 226:18
custom 79:18,23
customarily 176:23
C-a-r-l 226:15
C-A-T-I 57:10

——————————
**D**
D 53:23 54:5 221:17
246:2
damage 155:20
Damaged 4:4 246:10
damning 207:21
data 47:19,24 48:3
50:3,24 57:5,9
58:13 59:4,6 67:20
80:19 103:13,14,21
124:8,10 125:12,19
125:19 131:16,25
151:13 169:14
171:18 179:21
200:11 220:14
222:10,11 223:24
239:5,6,11,11
date 4:11 130:19
201:4,7 203:8 207:3
217:20 224:24
237:16 243:5
244:10 245:5,24
dated 4:8,22 230:15

246:12
dates 204:13,14
day 1:12 2:9 8:9,11
54:11,12,16,18
55:10,10,17,25
204:24 206:2,2,4,4
233:17,22 234:2,4
244:7,20 247:21
days 54:8,20 72:15,17
80:23 91:16 114:6
216:5
deadline 240:6
deal 241:22
dean 113:21,22,22
210:21 211:7
dean's 196:9
death 101:15
deceased 226:16
December 4:22 5:20
6:9 54:6,9 130:16
131:6 188:24
204:11 205:22
208:15 211:2
246:14
decennial 175:13
decide 46:7
decided 38:4 51:3
68:20
deemed 5:8 230:24
231:2
Defendant 1:8,12
2:10
define l 17:20 138:17
169:4 179:10
186:16 200:6
defined 169:6 170:11
172:11 191:4,25
193:19 194:23
201:6 205:11
228:10
defines 138:18 193:9
defining 193:2
definitely 116:15
definition 89:9

108:12,20 119:9,21
120:10 139:15
169:4
definitions 179:15
definitively 152:24
degree 4:6 33:14,19
33:24 38:6 89:21,23
90:3 92:4,7 95:14
95:25 96:4,5 97:14
98:7 100:6,20
110:12,16 128:2
151:24 152:7
184:17 193:8
195:16 196:10
213:22 217:16
246:11
deliberately 178:15
demand 160:17,20
161:2,3,9,11,22
162:14,22,23
163:11,16,20
demanding 161:4
demographics 81:16
denominator 50:9,25
72:23 167:19
department 195:24
depend 222:20 235:9
depending 179:22
181:15
depends 46:9 126:8,9
179:9
Deponent 243:14
245:5
deposer 128:10
deposition 1:11 3:4
3:12 4:9,15 7:8,14
9:4,10,18,21 45:20
57:7 63:10 84:19
91:15 100:24
101:14 108:2
111:14 130:17
154:13 183:21
217:19 224:22
227:5 233:3,11

SIMONSON00001016

234:25 235:5
240:11 242:21
243:4,9,15 244:10
244:13 245:2,5,7
246:8 247:10
**depositions** 233:21
**derive** 4:25
**derived** 154:8
**describe** 54:4 201:25
**described** 34:12
99:12 101:24
117:10 165:3 211:7
**describing** 210:18
**description** 34:20
107:23 108:20
246:8
**descriptions** 12:20
106:19 120:15
**design** 15:7 17:2
19:13 21:18 42:6
159:20 164:5
**designed** 16:22 42:4
84:24 161:16 168:9
**designing** 15:5,12
42:3
**detail** 162:20
**details** 12:22 13:22
14:2 34:7
**determine** 211:17
**determined** 75:5 76:4
76:7,19 115:15
**determines** 182:2
**determining** 176:14
177:2 182:25
**developed** 142:21
**developing** 72:12
**development** 72:14
**dictate** 203:21
**die** 242:22
**difference** 67:14,19
122:25 139:19
228:21
**differences** 29:23
81:10 132:19 224:9

224:11,15
**different** 11:24 54:23
68:21 69:22 81:16
89:18,19 96:23 99:5
101:5 103:7 111:20
123:2,3,4 124:2
125:25 134:2
135:21 136:25
143:22,24 170:4
175:9,22 179:14,16
179:17,18,22
196:17 201:14
221:8 223:14,17
224:4
**differentiating** 125:3
**differently** 72:18
74:7 139:20 172:12
179:18
**differs** 135:19 230:21
**difficulties** 61:2,3
**difficulty** 100:22,24
103:5
**diligence** 215:5
**diminished** 40:13
**direct** 8:21 53:22
89:15 127:20
129:15 145:6
157:13,16 189:5
246:3
**directed** 174:11
**direction** 50:4 65:23
73:18
**directly** 14:11 43:3
52:20 164:25 228:8
**directors** 35:4
**dirty** 236:24
**disadvantage** 101:25
**disadvantaged** 240:9
**disadvantages**
102:11,15
**disagree** 96:14
**disassociated** 114:14
208:13
**disavowing** 34:2

**discard** 11:12
**discipline** 34:23
**discordant** 209:2
**discounted** 227:24
**discoverability** 41:23
**discovering** 98:21
**discovery** 99:22
**discrepant** 209:2
**discuss** 139:4 145:8
148:3 239:13
**discussed** 17:21
21:18 129:16,17
170:17 181:19
212:13 217:5 227:5
230:8 235:21
**discusses** 147:18
**discussing** 209:19
217:3
**discussion** 19:23
101:20 171:7 229:7
232:21
**discussions** 215:19
225:15 229:9
**disgrace** 214:17
**disgraced** 214:20
**disgraceful** 36:9
**disheartening** 216:10
**disinformation** 43:18
**disposal** 148:18
**disproportionately**
81:12,14
**disrupt** 67:2
**disruptive** 67:6,9
**dissertation** 33:23
**distracter** 86:15 87:6
**distracters** 85:6
**distribution** 125:6
**District** 1:2,2 7:12,13
**diverge** 173:18
219:21
**divergent** 223:24
**doctoral** 33:22,22
**doctorate** 151:23
152:6 193:8 196:10

210:24
**doctors** 127:8
**document** 4:2 6:5
20:18 23:16 77:18
130:14 141:22
144:24 193:7
217:22,23 218:16
221:7,21 222:4
224:21,25 231:14
246:9,13,16
**documents** 9:9,23
10:2,15,19 11:12,15
12:12
**doing** 5:16 15:23 52:7
55:6 64:8 69:18
70:5 75:23 86:17
111:6 125:23
179:25 180:9
211:13 216:11
**Donald** 39:7
**donation** 37:19
**donations** 37:24,24
40:12
**Dong** 100:7
**Dongguk** 1:3 4:3 7:10
8:3,7 12:25 13:3,5
13:17,21 14:10,23
15:17,19 16:2 20:7
25:3,13,16,20 26:24
28:24 31:15 32:2,4
32:9,10,15,22 33:13
33:15,18 34:12 35:7
39:11,15,19 50:9
61:15,15,19 64:11
65:7,11,11,25,25
67:25 68:8 69:2
70:3 71:6 85:14
86:2 88:9,12 90:3
92:5,8,11,15 95:14
95:16 96:6 97:3,7
97:14,23 98:7
100:11,12 107:4
116:16 127:12
131:17,20,25

SIMONSON00001017

132:10 139:9
140:25 141:2,3
143:16 145:14
147:22 148:7 149:2
149:3,16,17,19,22
149:22 150:9,10,12
151:2,21,25 152:3,8
153:12 155:21
156:2,11,14,22
157:23 166:11
167:21 169:9,13,15
169:21 170:3
174:20 182:12,14
184:16,20 185:8,21
186:9 187:10,13,19
188:2,10 189:3,14
190:7 192:6 193:4,6
194:13,25 195:15
195:21,22 196:2
197:8,16 198:17
200:3,15,20 201:12
202:2,5,14 205:4,5
205:23 207:4
208:18,21,24 210:2
210:16 211:8,12,13
211:22,25 212:10
212:25 214:4,9,11
215:4 228:17 245:4
246:10
**Dongguk's** 9:23
10:14,20,22 11:16
12:3,12 14:4,6
17:15,22 22:11 26:4
26:10,13,16 27:24
30:15,17 40:11 50:5
168:7 188:4,13
197:7 229:12
**double** 43:13,20
44:13 45:5
**doubt** 114:17 194:6,6
220:21
**doubtful** 157:4
**doubts** 31:5,14 37:12
**Dr** 4:12 5:15,22 8:25

18:7 22:6 97:15
154:22 184:6
202:22 217:21
**draft** 4:21 5:5 6:12,14
6:16 18:15
**drafted** 20:2,24 27:13
76:18
**drafts** 5:9 6:7 146:20
146:22 147:4
**dramatic** 114:5
**dramatically** 136:6
**draw** 189:12
**drawing** 184:22
**drew** 225:19
**drug** 46:12,12
**due** 178:18 215:5
241:18
**duly** 8:17 244:8
**duplicate** 112:23
**duration** 205:3
**D-1** 218:2,15 221:3
221:18 222:15,21
**D-2** 218:2 221:6
222:15
**D-3** 218:2 221:20
222:15,22

_____

**E**
**E** 2:3,3 62:12 72:10
74:9 77:18 129:2,2
140:9 142:23,25
145:9 146:4 191:13
244:2,2 246:2,6
247:2,2
**earlier** 4:21 5:5 6:16
29:20 115:7 132:19
132:23 136:20
177:19 181:8,16
182:11 184:9
185:25 187:21
197:9 201:10
212:10 219:18
227:4 229:16
235:21

**early** 17:8 56:4,7
83:13 107:12
126:22 225:15
235:7
**easier** 5:17 120:4
**easily** 21:5 36:21
135:11 209:6
**Eastern** 12:18
**easy** 21:3 66:23,24
67:9
**edify** 198:4,19,22,24
198:25
**educate** 94:21
**education** 221:9,11
222:25
**Edward** 142:23
**effect** 3:15 39:25
114:3,6,11 122:13
123:6 124:6,7,10,13
155:18 156:13
157:16,22 164:6,7
164:12 166:6,10
176:12 184:19
189:8,24 195:5,6
200:2 232:9
**effective** 178:2 179:7
227:14,15
**effects** 160:17,20
161:2,3,9,11,23
162:14,22,23,25
163:4,12,16,20
227:10 228:6
231:18
**effort** 29:8 46:25
**efforts** 152:4
**eight** 36:22 125:8
**eight-year-olds** 174:7
**either** 13:10 32:25
34:22 53:3 64:25
73:4 96:17 107:18
107:20 111:4 139:9
143:16 145:14
149:16 158:6 163:2
164:25 181:16

182:25 195:4 208:5
215:18 239:5
**elaborate** 163:25
**elements** 208:12
**eliminated** 107:9
166:23 167:24
**eloquently** 78:13
**emanating** 232:15,18
**Emory** 2:4 8:3,6
**empirical** 209:10
**employed** 193:5
**enable** 72:21 125:15
132:20
**enabling** 171:9
**encapsulated** 30:19
**endeavor** 236:5
**ended** 54:6
**endocrinologists**
46:13
**engaged** 15:7 16:25
186:12,12 240:5
**English** 20:15 90:11
**enshrined** 114:15,15
**entered** 245:8
**entire** 28:19 32:5
33:4,7 34:6 109:25
136:21 147:9,12
169:6,17 170:8
171:19 172:13,25
185:8 197:11 205:3
205:9 245:7
**entirely** 20:17,19
24:10,13 30:7 58:23
158:16
**entirety** 10:18 28:25
215:21 229:9
**entitled** 4:2 18:11
130:14 203:21
246:9,13
**Eon** 109:19
**equal** 80:5,8 158:5
**equally** 118:5,6
**equivalent** 39:4 77:9
232:17

SIMONSON00001018

Page 10

**Errata** 245:2,9
**error** 47:20 91:14
223:7
**errors** 198:11
**erupting** 206:18
**especially** 35:18
36:25 185:10
228:24
**Esq** 2:7,7,12,12
**essentially** 15:9,15,18
19:9 29:24 47:25
63:22 77:16 82:13
107:8 125:3 155:25
161:4 163:13
235:22
**establish** 23:3
**established** 71:10
**establishing** 39:13
**et** 32:3 53:21 69:6
72:15 208:16 215:6
**ethical** 35:5
**evaluations** 207:4
**evening** 56:5,7
**event** 5:13 242:8,12
**events** 24:3,25 29:4
34:12 38:24 65:3
66:14,20 111:3
201:11
**eventual** 148:12,20
**eventually** 6:20
**evidence** 112:5 119:8
199:5 207:13
209:10
**evolved** 206:24 230:7
**exact** 15:14 242:13
**exactly** 28:20 50:23
85:3 89:6 97:24
122:17 135:9
**EXAMINATION**
8:21
**examinations** 200:24
**examine** 30:15
**examined** 8:19
**example** 28:4 46:11

55:18 60:22 73:2
86:3 91:15 99:20
102:21 106:17
117:13 162:6 166:4
169:20 174:13
175:24 182:13
223:8
**exception** 21:7 49:2,4
**exceptions** 20:20
**exclude** 106:4
**excluded** 83:6
**excluding** 82:23
**excuse** 12:18 37:7
58:9 92:19 101:12
134:15 148:2
**exert** 124:19 155:18
**exhaustive** 75:11
**exhibit** 4:9 23:17
130:17,25 131:7,7
131:10 132:23
142:4,9 144:19
217:19,22 224:22
225:2 229:22
**exist** 207:11,15
**existed** 185:22,24
201:16
**exists** 176:17
**expansive** 217:3
**expect** 38:25 171:20
173:21 176:11
219:8
**experience** 48:11
56:6 219:23 226:8
**experiment** 185:17
**experimental** 113:16
159:20 164:5,14
**expert** 68:17 117:8
240:5,22
**expertise** 68:18 69:11
227:17,20,23
228:17 229:12
**expert's** 240:7 241:18
**Expires** 244:24
**explain** 48:15 83:4

91:7 139:21,23,25
148:13 154:24
168:8 175:5 181:11
199:9 224:6
**explained** 127:3
163:25 189:8 191:2
**explaining** 140:21
154:7
**explanation** 105:12
154:15 160:20
165:10 167:2
168:14 185:20
198:13
**explanations** 164:4
165:6 167:25 198:5
198:15
**explicit** 108:19 213:8
**explicitly** 213:4
**expose** 116:15 159:20
164:7,9,10
**exposed** 162:7 185:18
186:21,22
**exposure** 15:15
159:23,24 164:12
**expressed** 27:17
150:15 210:19
**extensive** 31:4,13
37:11 212:20
**extent** 4:3 87:16
142:17 144:4
152:14 156:9
159:19 173:17
211:20 212:5 246:9
**external** 165:19
**extra** 6:21
**e-mail** 10:25 242:7

**F**

**F** 129:2 144:19,20,21
147:16 244:2 247:2
**fabrication** 196:4
**face** 12:17 35:16,17
35:20,21 36:5,8,17
36:19,20,21 37:3

83:22 115:5 214:3,3
214:4
**facility** 39:14
**fact** 10:17 24:15 27:5
34:18,25 36:12
39:20 40:13,25
46:17 47:9 50:10
51:15 60:9 65:8
77:19 78:18 85:24
86:2,4,8 87:21
88:19 93:15 96:2,3
98:2,4,5,6,10,11
99:14 107:14
128:14 150:23
171:10,14 173:21
174:7 179:10
187:16 189:13
195:7,21 207:23
208:22 211:10
220:8 222:22 232:9
233:9 237:18
**facts** 11:16,19,22,25
12:2,6,9 23:6 122:2
205:21
**factual** 97:2
**factually** 165:16
**faculty** 32:3,12 214:5
214:10,12
**fair** 171:23
**fairly** 162:16 172:24
192:19
**faith** 27:20 28:7
84:10
**fall** 17:8 42:9
**false** 87:5,24 88:3,19
89:2 96:6 106:19
158:18,19 159:3,3,6
159:6,14,15 193:7
**familiar** 135:17
160:16
**family** 170:19
**famous** 207:25
**far** 130:10 146:15
230:3 235:17

SIMONSON00001019

fast 177:4
faster 130:21
father 35:25
father-in-law 101:15
fault 33:10
favor 50:4
favorable 22:19
73:19 116:16
121:11
federal 80:24 175:20
176:16
feeding 240:24
feel 222:17
Felix 2:12 8:10
fell 71:21 226:12
felt 177:7
female 219:7,10,13
fess 216:6
Fetner 2:12 5:3,23
6:4,11,15,23 7:4 8:8
8:8,21,22 18:4 19:2
19:8 21:24 22:9
23:10 25:4 63:18
70:21 71:2,14,19
72:2 92:11 93:19
94:4,9 95:20 96:8
96:14,19 101:23
129:11 141:21
150:5 154:14 155:9
155:13 174:3
183:12 184:5 202:9
202:19 203:3,20
204:3 232:19 233:7
234:18 235:2,19
236:9 237:14,23
238:9,19 239:12,24
240:17 241:4,13,23
242:4,11
fetus 94:10
fewer 67:16
fictitious 82:22 83:2
84:3
field 44:24,25 186:23
fifth 221:21

figure 148:3 184:7
242:13
file 10:16 12:23 13:25
147:7,9,9,12 187:17
245:3
filed 22:13
files 10:7,7,11,12,18
10:22,23 11:2,6,8,9
142:20 154:23
218:10
filing 3:3
filter 72:21 181:12,20
182:3,7,19 183:2,2
filtered 73:16 181:18
final 5:2,21 18:6
20:12 57:25 131:4
132:4,5 136:19
finally 98:23 170:21
financial 86:18 176:2
find 12:22 18:5 23:21
29:8 33:16 47:17
53:25 81:7,8 96:25
118:15 146:2 147:3
148:4 152:11
186:12 187:18,23
208:5,7 209:12
219:9 223:20
225:25 226:3 235:8
236:7 239:15
finding 50:16 64:13
212:23
findings 46:21 50:15
50:18 124:20,21
155:25 184:14
194:7 199:9,18,18
fine 18:14 155:12
203:23 234:10
finish 118:8 119:16
233:16,22 236:15
finishing 234:3
Fink 2:18 7:19
fire 41:25 52:22
firm 43:15,15,16 52:6
55:6 77:23 111:16

firms 17:20 111:23
112:3
firm's 111:17,20
first 6:9,25 8:17 31:2
34:9,10 35:13,19
36:23 37:6,9 57:21
58:3 60:24 61:5,6
61:14 64:23 65:4
68:7 71:12 74:8,15
88:25 92:25 109:21
134:3,14 135:23,23
136:8,13 148:8
149:7 157:4 163:2,7
209:17 210:22
218:4,16,17 225:18
225:19 229:21
five 9:14 13:9 60:15
62:9,21 126:3
170:14 171:14,22
172:24 173:23
219:20 222:5
223:12,20
five-minutes 183:11
flip 114:20
flipped 65:23
flow 235:25
focus 143:12 168:10
168:24 172:10
189:9 199:12 204:8
focused 150:2 168:15
185:11 198:9
201:23 204:7
235:11
focusing 184:12
202:17
follow 64:18 84:22
followed 69:19,20
142:7 146:7
following 64:11,22
65:6,10,24 68:8
71:6 88:8 108:14
245:8
follows 8:20 63:17
129:10 184:4 193:2

242:14
follow-up 153:7
234:15 235:24
follow-ups 175:17
Football 174:14
Footnote 24:6 26:3
27:11
force 3:14
foregoing 244:9
247:10
foreign 103:11,24
104:8
foremost 226:19
forest 41:25 103:20
212:8
forged 33:23 193:7
forgerer 194:9
forgery 4:6 89:21,23
90:3 92:7 95:14,25
96:4,5 97:14 98:7
100:6,20 110:12,16
128:2 184:17 191:6
195:17 246:11
forget 28:20 108:8
forgetting 26:5
forging 92:5
forgot 114:11
forgotten 158:23
form 3:8 98:18
202:25 204:19
243:11
formed 206:12,14,19
207:7 215:21 217:9
forms 102:14
formula 179:22
formulas 179:20,23
formulated 204:23
forth 4:20 11:21,25
15:12 58:18 77:11
forthrightly 214:19
found 15:11 19:23
25:15 48:5 126:22
187:21 190:9,15,15
190:18 219:12

SIMONSON00001020

Page 12

223:6
foundation 82:23
  217:7 218:8 225:23
founded 35:3
four 9:14 13:9 70:17
  70:20 71:7,9 183:25
  222:5 223:12
  240:12,16 242:18
fourth 221:7
frame 241:11
framework 122:4
Frank 144:21
frankly 10:5
free 222:17
French 103:9
frequency 218:18,21
  218:25
frequently 46:18
  47:13 122:24
  176:21
Friday 230:14,17,18
  230:18
friend 225:23
friends 112:25
  170:19
front 89:2 99:17
  105:16 107:12
  213:21
full 50:12 150:23
  209:24 211:5
fully 93:25 94:19
  127:3 162:4,5
fulsome 94:22
function 94:20 163:6
  197:11 205:6 207:5
fundamental 31:6
  37:13 217:5
funnel 60:23 61:4,10
furnished 33:21
further 3:6,11,17
  41:3 63:17 100:23
  129:10 184:4
  209:24 219:21
  229:21 234:20

247:15
future 200:11
f-a-c-e 12:17

**G**
games 94:3
gathered 205:19
gauge 145:12
gauges 167:12
gauging 167:11
gee 100:8 111:21
  121:15 208:21
gender 219:5
general 16:3 33:3
  34:23 36:17 45:2
  46:25 60:11,23 61:4
  61:11 83:4 85:10
  89:8 99:9 182:4,24
  183:4,5 202:4,13
  203:18 205:19
  231:10
generality 44:20
generally 9:22 22:19
  44:23 48:15 49:5
  52:2 89:2 125:21
  161:11 163:10,18
  164:3 176:3,8 180:8
  182:7 222:15
  229:19
generate 52:10 70:8
  80:14 102:4
generated 92:15
  214:2,3,4 239:3
generating 162:22
German 103:8
Germany 103:25
getting 18:9,22,23
  39:10,11 47:3 83:14
  88:17 94:14 107:12
  152:12 163:5
  167:10 173:20
  192:15 212:12
  225:16 232:9
give 6:9,18 39:14,17

45:2 53:24 55:18
60:22 61:7 66:22
73:2 76:16 80:9
81:24 82:6 83:11
84:2 85:16 88:25
90:5 98:22 99:8,9
100:10 101:8 105:5
105:6 111:6 112:19
113:10 119:24
134:6 142:11,15
148:3 160:19 161:5
166:7 169:19
174:16,23 237:9
given 11:11 27:10
  40:7 42:15,21 71:9
  84:12 87:5 88:18
  100:14 105:9,12,17
  116:21 117:9 122:3
  131:15 185:10
  186:25 218:23
  219:17 224:13
  226:7 227:19,24
gives 217:25
giving 68:16 80:2
  90:2 96:6 109:6
  115:18 120:22
  121:10 122:2
  168:13
glad 63:24 149:24
glowing 35:8
go 11:2 15:5 22:22
  28:8 40:10,21 46:13
  51:19 58:23 59:20
  64:21 68:5 73:3
  88:5 92:19,20 99:4
  106:14 109:11
  114:17 115:9
  119:10 120:13
  128:13 130:5,10
  131:8 133:2,14
  134:8 135:8,24
  140:9,14 142:16,20
  142:24 144:3
  145:25 146:12,13

146:19 147:7
152:13 153:4,25
155:22 157:5 158:8
174:22 204:2,21
207:8 234:13 237:2
239:21
going 7:3,6 17:25
  18:8 19:16 22:5
  23:22 25:13 28:7
  34:19 38:4 39:15
  55:20 58:17 65:15
  66:9 71:3 75:4 78:3
  86:12 90:15,16
  99:20 109:24
  113:17 119:18
  134:10 135:10
  146:2 155:6 173:14
  178:24 179:2,21
  194:12 201:19
  202:24 209:20
  218:3 223:11,16
  225:16,25 232:8
  234:6 235:4 236:15
  236:22 237:17
  238:4,20,25 239:5,6
  239:10,11,14,25
  240:15
good 8:25 9:2 39:16
  39:16 109:17
  110:24 128:16
  130:5 173:20 198:3
gotten 73:14 95:5
  98:16 103:18
  106:23 172:13
  236:12
Gottlieb 38:9
government 39:12,12
  39:17 40:13 80:24
  175:20 190:10
  191:24 193:17
  194:22 195:9
graduate 170:14
  171:13,22 172:24
  173:15

SIMONSON00001021

graduated 38:5 53:20
grants 39:10,11 40:12
great 78:11 103:5
242:15
greater 100:23 158:5
162:19 227:19
232:16
greatly 76:15
green 192:22
grew 36:10
group 126:6 164:8
165:3,20,21,21,22
166:2,3,18
groups 81:15 124:25
127:9 158:14
185:18 217:5
guard 159:13 163:15
guess 11:23 15:6
16:19 23:25 28:8
34:17 35:19 51:5
53:12 63:20 66:13
70:4,16 71:23 79:2
86:5 91:24 130:11
144:18 149:12
152:16 153:6
157:10,13 166:16
166:24 180:18,19
209:23 220:20
229:7 230:8 232:20
235:8 240:21
guessing 17:10 83:15
83:19,24 84:7
guiding 183:5
guy 38:7 160:22
guys 114:8 233:24

H

H 246:6
half 31:9 34:10 35:12
37:6,9 44:2,3
142:11,12,12,13
157:8,9 159:21
164:8 166:7,8,9
204:16

hand 17:20 247:21
handed 131:2
handle 154:5
handled 45:4
handling 214:12,22
handwriting 225:5,6
handwritten 224:21
246:16
hang 104:15 135:4,23
137:9 152:12 180:9
222:2 223:11
happen 37:23 64:23
241:6
happened 10:4,5 36:2
65:4 66:14 85:19
103:22 136:12
144:4 157:7 207:2,5
214:7 216:12
231:10
happens 38:13 57:9
127:7,8 159:23
208:14
happy 18:10 44:19
62:24
hard 153:7 177:4
238:16
hari 36:4
hari-kari 36:18
harm 40:9
harmed 38:20 39:9
39:10,11 40:6,8
harmful 31:8 37:15
37:17,17 38:18,25
39:2 184:19 200:2
Harvard 38:3,6,7,11
38:16 228:23
Haven 2:11
head 214:6
headed 29:18 49:10
heading 31:3
hear 44:20 61:20,21
107:16 111:3,4
240:4
heard 39:24 61:14,18

71:8 82:20,22,25
83:2,18,22,22 84:2
85:14 86:2 88:8
89:11,18,20 97:13
99:14 100:9 106:3,6
107:21,22 111:7,12
112:24 114:4
116:18 121:4,25
131:19 132:10
158:22,22 169:9,12
169:15,21,23 170:3
182:12,15,15 186:4
200:25
hearing 121:22
191:18 192:17
205:7 212:17
heavily 116:17
held 7:15 203:10
Hello 76:13 180:9
help 147:5
hereof 243:6 244:12
hereunto 247:21
hey 94:24
hide 26:7
hiding 94:10
high 227:17,18,18,20
227:21,21 228:17
228:17,18 232:15
higher 98:14 179:5
208:6,9,10 228:25
229:2,2,3
highly 55:5 60:17
224:12 226:10
228:3
hill 67:14
hired 33:13
Historical 24:3,24
29:3
his/her 244:9
holistic 209:4
home 56:2,4,6 79:12
79:19,25 82:4
honest 23:21 31:15
83:11 94:14 112:19

115:18 163:5
honesty 31:6 37:13
hope 238:6
hopefully 54:13
237:8 238:8 242:2
hoping 133:18 181:24
horizontal 229:23
hottest 116:22
hours 9:14 72:15,17
91:17 237:3,5,6
household 178:11
households 82:3
172:6
hover 220:6
Hovland 113:20,24
226:16,25 227:3,6
227:13,25 228:13
Hovland's 228:14,15
231:23
Howard 2:12 8:8
Howie 18:14 203:18
233:19
human 108:8,8
115:20
hundred 19:11 21:7
35:2 124:14 212:11
220:2,3 223:20,21
hundreds 124:19
hypothetical 124:11
169:20
hypothetically
199:16
H-o-v-l-a-n-d 113:21
226:16

I

idea 39:16 43:15 55:2
74:16 183:5 225:16
230:11
ideas 19:19 230:24
231:5
Ident 246:8
identification 4:10
130:18 217:20

SIMONSON00001022

224:23
identified 16:12,15
 95:24 105:20 133:8
 145:3 195:13
identify 16:5,6 24:23
 152:25 166:21
 171:4,9
identifying 92:4
II 35:23 36:3
illustrate 88:6 106:7
 232:7
illustrated 73:24
 162:3 182:10
illustrates 80:24
image 15:19,25 30:17
 37:19,23 38:14,21
 39:9 50:8 76:15
 78:17 130:16 151:2
 153:12 155:21
 156:4,14 157:17,18
 184:19 198:7,8
 200:2 205:16
 208:20 210:2,8,16
 246:14
images 156:10 198:16
immediate 178:7
 180:3
immediately 76:12
 104:12,24 108:14
 121:19 192:25
 225:18
impact 15:24 30:15
 35:15 46:21 48:3
 62:5 67:20 92:15
 116:7 122:16
 124:17,20 145:12
 155:20 171:12
 186:19 189:9 194:7
 205:16 228:9
 232:17
impacted 40:17
 148:23 190:23
impactful 232:11
implement 43:9

implementation 54:4
implemented 17:16
implication 224:2
 232:4
implications 228:14
implicit 220:14
implying 69:14
 211:13
important 12:16 34:7
 36:7,16,24 37:3
 76:14 110:19
 112:13 169:19,22
 171:5,7,8 172:10
 174:12
impose 159:20
impression 92:6,10
 95:15 97:3,7,23
 148:23,25 149:3,4,5
 149:7,8 167:21
 169:24 185:15
 186:14 187:13
 192:6,7,12,14
 193:14 194:11,12
 194:24 197:7,7,11
 197:15 200:15,19
 201:24 202:10,12
 207:18 208:2 209:4
 216:14
impressions 157:22
 158:2 168:17
 174:20 182:14
 186:20,24 187:2,4,7
 187:10 189:10
 190:7 198:16
 201:15 202:4,14,21
 205:13,17,18,19,25
 206:3,11,15,17
 207:10 208:5 212:7
 229:8
imprimatur 114:16
improper 62:16
 234:17
improved 148:25
inane 61:23

inappropriate 90:21
inappropriately
 67:17
inasmuch 20:21 28:2
incapable 183:6
incident 4:6 28:24
 29:6 30:16 32:6
 33:12 39:21 40:14
 61:20,21 89:9,11,17
 89:21,24 90:3 92:5
 92:7 95:14,25 96:5
 97:14 98:7 100:6,20
 105:13 106:3,20
 107:21 108:13,21
 110:3,12,17,21
 112:15 119:5
 120:17,20,25
 121:23 122:7,10
 128:2 151:4 153:15
 153:17 156:5,10
 157:17,24 164:22
 167:16,19,22
 168:11,14,16
 169:25 182:16
 184:18 185:8,11,13
 185:13,14 186:16
 186:18,19,21 187:3
 187:6,7,11 188:11
 188:14,16 189:4,10
 189:15,19,25 190:3
 190:5,19 191:3,6,19
 192:2,18 193:2,3,4
 193:10,19 194:3,23
 196:13 197:12,15
 197:19 198:2,7,9,10
 199:10 201:5,13,18
 204:15,16 205:3,9
 205:11,24 206:14
 206:16,20,21,22
 210:6 212:12
 213:17,18,19,23
 214:14,22 229:13
 246:11
incidents 216:8

inclined 78:24 79:4
 107:13
include 31:24,25 45:4
 45:5 72:22 78:16
 79:6,9 80:18 81:25
 81:25 84:24 85:10
 85:13 86:7 106:19
 110:3 171:23 172:2
 173:23 174:6
 210:20
included 17:24 19:5
 20:18 29:3 80:9,13
 81:23 97:21 108:13
 123:7,10,12,13,15
 123:18 150:7
 160:11 161:15
 165:7,14 170:6
includes 14:17 31:20
 89:8 132:9 173:10
 173:12
including 50:3 55:7
 92:3 95:12 97:5
 148:24 153:19
 167:16 170:11
 172:5 173:2 192:20
 197:12,13,14
incontestable 85:25
incorporated 16:18
 25:12 83:12
incorporating 27:2
incorrect 88:18 154:3
 165:16 166:22
increase 79:9
incredible 175:20
 232:14
incredibly 232:14
independent 77:24
 77:24
independently 89:19
 220:13
indicate 10:2
indicated 134:2 137:6
 145:22 156:12
 177:20 180:3,15

SIMONSON00001023

221:2,8,23 229:17
245:9
**indicates** 24:6
**indicating** 33:22
**indication** 180:17
181:9 185:7 233:13
**indictment** 216:12
**indirectly** 14:11
164:25 211:24
**individual** 57:18
90:17 165:21
192:14 207:24
**individuals** 35:5
37:21 72:21 78:24
126:14 131:16
170:15,20 171:16
182:9
**industry** 225:24
**infer** 187:6
**inference** 185:9
**infers** 217:4
**influence** 198:14
199:4
**influenced** 127:16
199:21
**inform** 43:7 68:25
70:2
**information** 12:11
13:18 24:8,11,24
25:9 26:4,18 27:5,9
27:10,24 29:2,5
32:19 33:21 40:18
40:20 41:3,6 62:2,4
75:17,24 76:4 90:2
90:5 95:12 96:7
97:6,21 102:5 103:3
109:6 110:13,25
111:2,8,22,25 112:2
112:4,7,10,22,23
113:9 114:11,12,13
114:22,24 115:18
116:4 118:21
121:15 122:9
124:23 127:5,6,11

128:3,12 141:23
142:4 144:22
148:18 155:11
162:8 185:18 186:8
187:25 192:4,5
195:8,24,25 205:7
209:2 218:13 220:9
220:17 221:9,16,22
**informed** 4:13,23 5:3
5:10 19:12 22:11,20
35:6 41:17 51:8
162:5,5
**inherently** 67:7
**initial** 6:12,14 19:18
57:4,22 135:19
136:2 138:16
139:17 141:16,19
142:3 226:15
**initially** 186:12
**injurious** 28:11
**innumerable** 73:25
**input** 17:23 20:5
**inquiry** 195:20,22
211:12
**inside** 176:24
**insisted** 43:19
**insofar** 14:12 20:4
156:3 185:19
210:20
**instance** 71:12
**institution** 31:7 34:13
37:14,20 214:18
228:24
**institutions** 228:22
**instruct** 22:6 23:2
**instructed** 56:20
**instruction** 78:15,16
81:24 82:6,11 94:5
104:14 105:3,4
108:19 121:20,24
122:12 133:20
137:16 139:18
141:13 142:4 144:9
144:9 146:7 191:22

192:16,20,25
**instructions** 42:14,21
43:9 45:3,6 74:3
99:17 141:9 142:25
143:3,8
**insult** 94:7
**insulting** 94:11
**insure** 48:19
**integrated** 209:4
**integrity** 222:18
**intended** 236:11
**intending** 106:24
174:21
**intention** 108:11
**interest** 16:13 74:6
170:11 172:16
175:4
**interested** 16:11,11
20:8 52:4 78:10
82:9 87:6,8 88:5,10
88:11,14,17 94:14
102:24 171:11
173:11 247:18
**interesting** 65:9
78:23 79:3 150:18
**internal** 165:17
**international** 52:6
55:6
**Internet** 12:25 13:5
13:21 120:21
187:18,25
**interpret** 30:11,12
100:8,12,13,17,25
192:19
**interpretation** 11:20
30:14
**interpreted** 100:15
**interpreting** 58:21
90:15 100:22
**interrupt** 126:3
183:10
**interview** 79:20,22
131:19
**interviewed** 15:9

48:20 80:3
**interviewer** 57:13
**interviewers** 42:15
42:21 43:19,23
56:10 175:18
**interviewing** 44:24
44:25 54:5 56:4
57:11,15 58:10
175:22
**interviews** 34:3 54:7
54:12
**intimately** 225:24
**intrinsically** 67:7
**introduce** 91:14
**introduction** 7:23
**invalid** 70:8 178:5,6
179:2
**investigate** 16:16,18
**involve** 48:13 149:13
**involved** 5:18 32:6
58:17 89:18 100:5
100:19 103:18
111:13 113:25
197:14,18,25
224:14 235:22
**involving** 35:4 89:11
89:21
**irate** 55:21
**irrelevant** 197:6
230:25
**Israel** 104:2
**issue** 12:17 128:6
130:11 138:25
157:13,15,15 170:2
184:8 235:21
238:13 239:25
240:19 241:7
**issued** 15:20 80:22
156:11 157:21
160:3 196:8 200:14
205:5 211:3
**issues** 19:15 110:10
127:24 145:13
147:18 190:17

SIMONSON00001024

Page 16

230:25 231:12
236:2,4
**item** 74:16 76:2 87:18
**items** 85:11 86:15
87:7,9 165:17
212:24
**iteration** 50:11
**Iver** 113:20
**Ivy** 126:21 228:22
**I-v-e-r** 113:20

**J**

**J** 2:12 8:16,16 63:16
63:16 129:9,9 184:3
184:3
**Jack** 237:8
**Jacob** 1:11 7:9 55:11
243:4 244:8,16
245:5,25 246:4
247:11
**Jacoby** 1:11 4:1,12
5:1,15,22 6:1 7:1,9
8:1,25 9:1 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1,6
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
38:8 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1,11 56:1
57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1

93:1 94:1 95:1 96:1
97:1,15 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1,22 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1,6 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1,22
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
217:21 218:1 219:1
220:1 221:1 222:1

223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:4
244:8,16 245:5,25
246:4 247:11
**Jacoby's** 18:7
**Japan** 36:25
**Jay** 39:4
**Jean** 20:23
**Jeong** 4:5 15:3 89:12
89:17,19,22,23 92:4
95:13 96:5 97:13
98:7 100:6,19
110:12,16 119:4
120:17,20,24
121:23 122:7 128:2
151:3,23 152:6
153:14,14,16 156:4
157:24 164:22
167:22 168:10
184:17 191:19
192:18 193:3,5,6
195:16 210:5
246:11
**job** 173:20 198:21
**John** 39:4
**joint** 18:20 107:8
165:23 167:7
**jokes** 39:6,20
**journals** 228:3
**Judge** 3:16
**judgment** 5:12 68:17
69:19,22 72:19
73:22 74:4
**July** 17:5
**jumbled** 111:23
**June** 17:6
**Jupiter** 199:3,5,23
**jurisdiction** 7:11
244:21

**justify** 100:25

**K**

**kari** 36:4
**keep** 40:7 80:5 122:4
191:3 233:14
**key** 86:13 87:18
126:13 170:25
**kidney** 46:12
**kind** 113:15 136:11
202:13 207:16
216:15 224:19
233:14
**kinds** 27:19 35:24
44:10 45:6 46:16
47:4 75:23 115:17
125:14 211:14
212:13
**knew** 43:13 55:9
61:15 85:17 102:25
108:9 148:24
157:16 190:12,13
**knock** 46:18
**know** 11:4 15:7,10,11
15:13 17:4,7,18,18
18:12,13,22 19:13
21:24 22:3 24:17
25:5,11,13 26:22
28:22 29:20 35:3
36:4 39:3,19,22,22
40:5,11,17 42:7,14
43:21 44:5 45:7
48:4,7,10,10 51:11
51:20,21,23 52:6,10
52:15 54:7,11,16,17
54:24 56:5,10 57:16
58:8,18,19 59:12
61:22 72:4 75:20
76:7 77:5,6 80:12
80:15 81:18,22
82:17,20,23 83:17
83:20,23,24 84:3,6
84:17,20 85:25
86:22 87:8,22 88:10

SIMONSON00001025

88:13,24 91:19
92:22 93:12 96:3,24
97:13 98:3,5,21,24
99:16,19,22,25
100:5,9 101:8
102:21 104:7
105:11,22,24
106:15 107:17,21
109:2,7,9,13,13
110:11,19,25 111:7
111:22 112:4,13,21
114:25 115:11
116:10,12,13
117:12 119:20
120:25 121:3,13
122:14,14,21
123:18 125:17
126:16 127:25
128:10,11 129:18
129:19 130:4
135:22 136:15,16
137:8,21 144:2,7,15
146:3 147:6 149:6
149:25 154:5 155:3
156:3,19,21 157:11
157:25 158:6,10,10
164:5 171:12
172:18 173:15,18
177:9,13 178:7,10
178:14,25 180:12
180:18,20 181:7
185:23 188:12,15
188:17 189:2,5,23
190:10,13 191:8,8
191:21,25 195:23
196:24 197:4,23
199:7,8 200:19,22
200:23,24 201:9,10
201:16 203:9
204:12 205:25
206:11,13,20
207:20 208:7,15,15
208:16,20 209:8,11
212:2,5,6 213:7,18

214:9 215:25
218:18 219:6,9,24
222:6,9 223:23
225:11 230:15
231:5,21 233:18,25
235:8,13 237:2,4,9
239:4,9,9 241:10
242:2
**knowing** 36:3,4,4
38:16 43:23 81:21
102:24
**knowledge** 22:16,17
99:10 103:10
107:18 112:14
120:24 221:15
231:3
**known** 36:20 42:8
113:22 155:17
158:17 190:14
**knows** 42:23 55:6
225:24
**Korea** 4:8,19 13:12
15:16 16:3 20:13
28:6 34:4,21 35:16
35:22 37:2 47:9
51:24 52:9,24 53:3
55:8,12 57:17 74:13
75:12,22 81:20
116:22,22 139:7
150:25 152:20
153:12,23 169:7,11
169:11 170:9,18,24
171:3 172:19
174:24 175:4
184:21 196:2 200:4
210:2 212:15
218:22 221:15
226:2 228:22 229:5
237:25 238:2
239:15 242:8
246:12
**Korean** 14:22 15:3,17
20:16,22,23 21:3,6
21:16 28:2 43:7

47:2 53:3 74:19
76:22 77:10,13 78:3
79:8 90:10 91:18
95:22 97:2 109:3,7
131:21 155:19
156:22 200:20
203:7 210:5 211:9
220:12,18,23
221:12,24 229:14
229:18
**Koreans** 75:23 164:9
166:5 173:2
**Kyunghee** 107:5

———————
L
**labeled** 142:9 184:13
217:22 225:2
**lack** 197:9
**Laden** 111:5
**landline** 81:4
**landlines** 81:6
**language** 29:23 31:10
37:5 92:3 103:7,24
104:9 145:12
**languages** 103:11
**large** 125:4 126:5
224:8
**larger** 122:23
**largest** 52:6
**lasting** 35:18
**late** 39:5 40:3
**latest** 238:8
**law** 38:6 43:14,15,16
111:15 175:15
**laying** 121:12
**lead** 126:12 205:16
**leaders** 127:5,7
**leadership** 126:23
127:4
**leading** 117:18,20,21
118:24 119:7,11,21
120:6,12 160:6,13
160:15 162:3
204:16

**leads** 27:22
**League** 126:21
174:14 228:22
**leaning** 73:18
**leans** 50:4
**learn** 119:6 184:7
**learned** 110:2,20
119:4 120:17,19
216:20
**leaving** 17:6
**led** 121:17
**left** 11:10 34:7 126:4
131:9 183:11
233:17
**legal** 19:15 230:25
**legitimate** 33:14
**Len** 38:10,17
**lengthy** 109:25
**Leno** 39:4
**Leonard** 38:8
**letter** 211:11
**let's** 27:19 37:21
39:17 64:21 65:8
68:5 73:2,3 87:16
94:3,6 95:10 120:9
124:11 134:8 140:7
140:9,9 142:10,12
150:21 151:12,19
162:20 164:8
172:14,16 185:5
198:3,3 206:13
215:15 232:19
237:7 241:21
**level** 44:20 47:15
208:6,8 221:12
223:19
**leveling** 222:24
**levels** 221:9
**liar** 194:9
**lied** 149:22
**light** 113:7 191:21
192:23 197:18
201:12 233:8,9,12
**limit** 91:16 103:10

SIMONSON00001026

Page 18

**line** 18:15 51:16
133:10 138:7,10
176:7 186:13 212:9
225:18 229:23
230:15
**lingering** 156:13
**linkage** 112:4
**list** 75:9 119:19
203:17
**listed** 74:16,18
218:19
**listen** 223:2
**listened** 115:13
**listening** 228:12
**lists** 51:18,21 80:13
80:18
**literature** 112:6
207:20 217:6
226:23
**litigation** 30:13 41:22
42:4,12 45:24 53:13
85:7 146:18 172:9
175:24 176:24,24
231:6,8
**little** 137:10 144:8
219:8 227:24
**live** 74:25
**lived** 178:11
**LLP** 1:12 2:4,9
**loan** 223:22
**local** 55:19
**locate** 218:12
**located** 7:20
**logic** 140:8
**logical** 62:6 67:11
157:3
**logically** 67:7 206:16
**long** 7:3 16:25 35:18
62:11 200:7 206:20
208:3 226:16
236:21
**longer** 81:3 176:17
**long-lasting** 184:18
199:25 200:6,8,10

200:16 205:15
207:17
**look** 23:20 57:20 59:2
60:8 62:12,13,20
64:3,3 65:6,8 73:8
87:21 91:17 119:3
121:18 123:23
124:4 125:12,24
126:18 132:7
133:19 134:13
135:24 136:5,6
138:16 140:8,14,15
144:6 146:18,24,25
147:8,15 151:12,13
152:2 153:4 154:2
155:14 162:18
164:11 169:14,14
171:17,18 172:14
172:16 177:15
178:2 179:18 234:8
237:4 239:13,21
**looked** 12:24 20:24
53:19 58:4 125:18
143:13 170:8
218:10
**looking** 4:15 9:20
13:18 31:2 34:9
37:5 41:8 49:10
53:22,23 62:14
70:17 77:18 103:19
104:11 132:12
138:10 144:22
147:15,25 150:20
151:16 153:10
170:25 199:24
215:20 217:13
218:15 229:21
**looks** 229:22 231:17
231:21
**losing** 35:17,21 36:21
212:7 214:3
**lost** 36:5,8,17,19
214:4
**lot** 10:5 112:5 117:4

208:3 209:5,7
226:25 227:14
236:13
**lots** 113:24 178:22
**love** 237:15
**low** 227:22,23,23
**lower** 131:9 208:7
232:18
**Lu** 2:7 8:5,5 9:7,13
36:13 218:10 242:9
**lucky** 175:16
**lunch** 128:16 162:4
**luncheon** 128:22

────────────
**M**
────────────
**machine** 57:14
**Madison** 2:5
**magazines** 120:21
**magnitude** 228:21
**mail** 175:15
**major** 45:21
**majority** 115:4
**making** 121:11 134:9
167:20 218:6
**male** 219:8,10,14
**man** 198:13
**manipulate** 164:14
**manner** 70:2
**March** 4:8 246:12
**Maria** 106:11
**mark** 130:9 207:25
**marked** 4:9 23:16
130:17 131:6,11
132:23 217:18
224:22
**marks** 12:18 63:5,13
128:19 129:6
183:15,24 242:17
**Martin** 160:23
**Mary** 106:10,10
**mass** 110:14 128:4
224:11
**match** 74:19 221:23
**material** 13:2 25:12

46:20 48:2 122:16
123:6 124:7,10,16
124:17 175:9
187:20 194:7
236:13 241:12
**materially** 224:18
**math** 13:10 145:18,24
**mathematics** 34:24
229:20
**matter** 7:9 19:12 45:7
55:3,16,22,23,24
66:18 107:13
110:14 112:17
116:9 128:4 147:2
186:7 216:21
228:11,15 243:5
244:10 245:7
**matters** 112:18
**MBA** 107:5,8 165:23
167:7
**McCormick** 119:9
**McDERMOTT** 2:4
8:2,6
**mean** 13:22 19:12
21:6 26:6 27:12
28:7 37:16,21 38:19
41:15 43:25 44:16
44:19 46:15 49:7
53:15 54:21 55:12
56:15 57:20 61:13
62:6 65:16,23 67:6
77:11 78:2 83:21
85:21 103:7 107:2
124:6 142:23
148:14 149:25
153:20,21 158:17
165:10 178:2,21
183:4 198:5 199:2
204:14,15 211:5,23
214:2,13 215:9
223:18,19 224:6,17
227:5,25
**meaning** 77:14
103:20

SIMONSON00001027

meaningful 59:2
224:5,8 228:9
meanings 76:25
means 49:5 50:3 60:2
124:13 154:20
meant 44:6 91:20,20
168:14 185:12
192:2 193:10
200:10 225:5
measure 166:10
193:3
measured 70:6,7
128:6 185:3 186:24
200:9,12 230:13
measuring 203:7
media 14:9,23 15:3
15:16,25 31:4,13,18
33:5 37:11 62:4,5
110:14 111:9,9
112:11,15 115:3
116:24 118:22
120:22 121:4,10,16
122:10 124:24
126:17,25 127:2,6
127:13,14,15,17
128:4,9,13 162:6,7
162:10,11 188:10
190:5,22 191:23
196:2 201:11 211:9
212:14 224:11
231:17
medical 39:13
medium 227:9
meeting 9:13 36:13
meetings 17:9
Mele 1:15 7:18 8:18
247:6,25
Melendez 2:17 7:16
members 109:3
170:19
memories 208:19
memory 108:4,7
208:19
mention 26:3 36:24

59:25 100:12
126:20 228:13
mentioned 27:11
32:21 38:23 40:25
41:5 72:4 101:13
117:3 138:15
165:18 176:16
185:25 187:21
190:23 227:4
231:22
mentions 40:3
merge 240:13
message 114:14
227:8 231:17
messages 232:15,17
232:17
messed 80:10
met 9:6 132:12
Methodology 49:11
microphone 45:12
71:21
middle 173:8 191:15
226:15
mind 77:14 85:10
97:16,22 101:9
102:6 105:14
108:15,21 112:9
122:6 191:3,23
192:4,5 193:12
207:6,19,24 236:18
minds 92:7 95:16
97:23
mindset 61:7
mine 19:11 20:19
225:9
minimally 70:8
minimize 159:14
161:11,22 162:13
163:16
minimizing 47:4
minimum 125:2,5
minor 21:6
minus 17:11 49:14
50:17 133:7 219:9

219:19,21 220:6
minute 119:13
minutes 62:21,25
116:14,16 126:4
236:16
Minutes-type 117:14
misinform 28:12
misinformation
28:13
misleading 203:25
missing 134:4,5 138:4
226:15
misstatement 196:6
196:11 210:24
211:7
misstatements
184:15 195:14,17
196:5 197:12,20
210:4,9,12,23 211:5
211:8 213:25 214:2
214:8 228:10
mistake 111:11
mistaken 115:19
misunderstanding
239:8
misunderstood
165:25
mix 139:2
modes 175:22
modified 24:16
moment 20:9 32:21
53:24 58:4 62:14
66:10 77:7 84:23
95:11 132:13 133:4
135:2 137:9 138:15
139:25 142:16
148:3 179:6 189:12
195:10 196:2
210:18 213:3
217:11 222:2
231:22 232:14
238:18 241:12
momentous 168:7
moments 97:5 143:14

162:2 180:10
Monday 238:6
241:14,21
money 91:10,14
monographs 228:4
month 17:11
months 15:20 31:5,14
33:20 37:12 206:24
moon 192:23 198:14
moons 199:3,5,22
morning 8:25 9:2
136:20 181:8
182:11 186:2
mother 23:21
move 39:16 95:10
154:9
movies 36:11
Moving 35:12
multiple 32:6 90:18
94:23 175:17,21
212:13,14
myriad 100:13

—————————
N

N 2:3 129:2,2,2 133:8
133:10 243:2 246:2
name 7:16,25 38:7
76:13 84:3 99:2,3
106:8,18 210:22
227:4 245:9
named 160:22,22
names 99:25 102:25
106:9
nation 167:17
national 51:17 52:13
174:14 219:11,14
nationwide 4:7 45:23
246:12
native 43:6
naturalistic 186:23
nature 46:9,10 80:11
83:4
near 101:15 186:6
208:5,8 209:13

SIMONSON00001028

Page 20

necessarily 58:21,25
  77:2 86:19 99:10
  112:6 126:9 141:19
  158:16 159:10
necessary 103:18
  108:23
need 6:24 15:10
  30:21 45:4 58:5,7
  62:25 86:7 99:10
  109:15 125:5
  184:24 185:2 200:7
  216:9 222:16 226:2
  227:12 239:16,23
needed 15:11,15
  19:23 43:5,8,11,12
  70:6 103:12,13
  112:9 230:4,6,12,12
  230:20
needs 42:8 229:24
neg 186:5
negative 35:7 50:9
  59:13 65:19 73:14
  92:6,9,15 95:15
  97:3,7,22 107:15
  124:13,14 149:2,4,7
  151:3 153:13
  156:10,13 157:2,19
  158:5,7 159:15
  167:21 169:24
  185:6,7,10,15,21
  186:8 187:9,10,13
  187:19,23 188:8,10
  188:14,17 189:3,14
  189:18,23 190:7
  197:9,10 198:8
  200:15,22 201:12
  201:15 202:20
  207:18,18 208:2,17
  208:20,25 209:6
  210:3,8,16 212:11
  212:23 213:24
negatively 114:5
  205:6
negatives 158:19

159:4,6
negativity 216:9
neither 133:12 135:6
  137:14 138:5,21
  139:17 247:16
nephrologists 46:13
nesting 86:13
net 129:19 130:3
  132:24 133:2,5
  135:3 138:10
  142:11 200:24
netted 134:24
never 45:25 132:10
  182:15,15 195:20
  196:3 211:10
New 1:13,13,17 2:6,6
  2:11 7:15,16,21,21
  8:19 17:20 55:8
  246:20,20 247:3,5,9
news 28:5 116:6
newspaper 14:8 34:5
  113:2 212:18
newspapers 110:21
  115:22 116:5,7
  120:21
NFL 219:11
night 39:5 40:3,3
Nina 99:4
nine 178:8
nine-year-olds 174:7
non-exhaustive
  187:22
non-opinion 127:7
non-respondents
  175:12
non-response 175:6
  176:10
non-truthfully 84:13
normal 30:10 52:8
  73:20 185:16
normally 79:14
  175:23 176:19
Notary 1:16 3:13
  8:18 244:24 247:8

notch 78:5
note 134:15 225:19
  228:11
notes 225:3,12 226:11
  227:3 229:22
  247:14
noteworthy 148:8
notice 105:8 133:9
noticed 57:23 108:18
notwithstanding
  147:18 194:23
November 17:12 54:6
  54:8 188:23 204:11
  205:22 211:3
number 10:15 12:16
  13:23 28:5 34:7
  40:7 53:18,21 56:12
  60:8 64:23 73:25
  74:22 75:7 98:13,15
  104:16,19 107:14
  115:6,8 124:12,17
  131:11 132:3 134:2
  145:2,12,20,21
  147:7 171:15,23
  178:5,6 179:3
  180:21 229:17
  230:24 231:4
  236:10
numbered 131:9
numbers 4:16,24,25
  51:12 58:25 75:2
  80:12,14,18 82:2
  104:17 124:2,3,18
  131:18 132:15,16
  136:6 152:13 154:8
  154:25 181:10
  218:6,7 219:17
  220:18 235:13
numerator 51:2

O

O 8:16,16 63:16,16
  129:2,2,2,9,9 184:3
  184:3 243:2

oath 115:10 218:11
object 18:2 23:4,11
  98:17 201:20
  202:25 204:18
objections 3:7 6:6
objective 16:20 29:21
  30:4 79:7
objectives 29:18
  30:20 31:3 34:10
  35:13
obtain 218:12
obtained 40:19,22,23
  51:13 110:12 113:9
  128:2 147:11
obviously 18:16
  20:14 104:22
  235:24 237:25
  238:2,22 239:17
occasion 9:15 17:7
occasions 81:9
  233:23
occur 40:25
occurred 36:22 66:20
  67:12 102:23
  148:21 171:6
  191:10,10
occurrence 97:2
October 17:10
offer 153:5
office 55:9 111:18,20
  195:23 196:9
offices 1:12 7:20
official 190:10 191:24
  193:17 194:22
  195:9
officially 113:22
officials 32:7,9 34:4
oh 13:6 22:24 23:10
  43:3 53:17 61:25
  80:23 106:12 108:4
  118:10 122:18
  138:8 142:11
  172:15 180:22
  213:11 222:5

SIMONSON00001029

okay 6:8 10:9,13
  11:23 14:25 20:8,10
  22:9 31:22 33:6
  57:5 59:5,23 60:3
  64:21 69:24 75:4
  84:5 93:3,7,10
  97:19 106:12
  124:11 126:11
  128:17 130:9 131:4
  132:22 133:17
  134:8,11,13,18
  135:2,7 136:3,11,23
  138:25 140:2 141:8
  141:21 144:5,18
  145:6 146:3,10
  151:19 152:16
  153:6 154:9 155:9
  157:10 166:16,24
  167:5 171:15
  176:25 177:17
  178:3,7 183:12
  189:11 193:25
  194:14,17,19
  197:17 201:23
  208:14,18 214:21
  215:8 216:22
  217:13 220:8
  223:18 225:8
  231:20 237:23
  239:12 241:11,16
  242:6,15
old 36:22 69:4 174:8
  174:19 225:23
Omar 2:17 7:16
omitted 19:22
once 15:7 39:9 41:24
  97:19 106:2 145:7
  147:17 154:22
  175:14 205:14
  207:17,25 239:15
ones 105:15 120:14
  179:18
one's 194:24
one-third 150:25

152:19 153:11,23
  209:25
ongoing 35:24
on-line 12:19 41:8
Oops 117:16
open 26:20 99:4
  106:7
open-answered 58:22
open-end 99:8
open-ended 90:8,10
  90:22 98:16 99:6,7
  99:13,23,24 101:9
  101:25 102:4 103:6
  103:16 104:3,8
  116:2
operate 28:12
opinion 45:22 64:10
  72:16 106:25
  107:19 117:8
  124:14 126:23
  127:4,5 130:15
  179:11 184:15
  190:21 192:7
  193:15 194:24
  206:3 207:9 209:11
  210:15 228:16
  229:11 232:4
  246:13
opinions 126:25
  127:11,16 153:5,16
  173:20 184:13
  185:7,21 195:13
  204:13,24,25 206:5
  206:6 207:4,10
  209:13,13,14
  210:11,19 212:22
  212:23,25
opportunities 84:12
opportunity 63:25
  115:9,11 154:23
  234:12
opposed 79:13 89:23
  103:19 197:25
opposing 45:21

opposite 138:19
option 117:22,25
  120:7,9 121:10
  163:9
options 98:3 120:11
  121:13 157:3 162:6
  218:19
oral 45:2
order 5:17 49:6 54:14
  59:11 64:9,20 65:23
  66:13,13,18,19
  72:20 74:2 87:12
  99:11 105:14
  124:24 152:5
  162:25 163:7,9,10
  176:22 219:13
  228:21 233:21
  234:7,23 236:23
  240:2
orders 62:16 66:11
orientation 165:12
oriented 161:17
original 133:3 245:10
originally 11:11
  131:6
Orne 160:23 162:21
Osama 111:5
ought 241:25
Ouija 198:14 199:23
outcome 247:19
outfit 226:2
outside 30:13 174:24
  176:24 219:15
outstanding 235:20
Overview 49:11
o'clock 1:14 63:7,9
  128:21 129:4
  183:18,20 232:24
  233:2 242:20
O-r-n-e 160:23

——— P ———

P 2:3,3 243:2
page 24:2,6 29:16,16

49:9 51:16 53:24,25
  62:14 74:8,16 76:2
  82:8 102:3 105:16
  105:21 109:22
  110:9 121:18
  127:21,23 129:13
  129:16,17 131:8
  132:7 133:3,20
  134:14 136:2
  138:16 139:3 140:9
  140:14 142:10
  143:12 144:7,23
  145:8,22 147:17,21
  148:2,2 150:20
  151:14 153:10
  155:14 168:25
  170:12 177:17
  178:16 184:11
  191:14,15 192:2,25
  195:13 197:19
  199:24 205:15
  206:9 209:16,17,18
  209:19 210:19
  215:20,23 216:24
  217:14 218:16,17
  218:18 221:21
  222:3 225:19
  229:22 231:13
  232:2 243:6 244:11
  246:8
pages 13:23,24 14:2,3
  14:4 129:16 135:25
  135:25 148:4 221:7
paid 43:14 127:12
  128:11
pamphlet 179:11
paper 147:14 190:14
papers 116:6
paragraph 150:22
  199:25
parental 172:7,13,18
parenthesis 139:7,8
parents 35:25
part 46:10,24 47:22

SIMONSON00001030

Page 22

66:10 72:14 85:8
87:10 94:20 99:17
120:9 127:16 150:3
172:4
participate 51:16
54:14,20 55:21
78:25 79:4 109:5
participated 46:15
participating 108:25
109:2 216:21
participation 79:10
particular 11:16 13:7
25:19,23 27:4 36:2
41:3 62:14 85:20
90:22 111:15,17
129:16 153:22
156:8 159:9,12
161:22 162:13
169:3 172:16
191:14 214:23
220:11
particularly 29:17
85:23 171:5 184:12
228:22 233:12
particulars 52:15
parties 32:6 63:11
183:22 233:4
partner 38:8
party 27:16,16 30:12
45:21 247:17
pass 133:14
pattern 123:23
patterns 134:9
pay 88:24 126:24
127:2,14,15 128:8
paying 109:8,9
118:16
people 28:9 46:16
50:25 52:24 53:3,20
54:14,20 55:7,20
56:2,3,8 62:3 65:17
65:18 66:24 67:16
67:17,23 68:4 73:4
73:15 75:24 79:3,12

79:19,21 80:5 81:3
81:6,10,15 83:9,11
83:14,17 84:6,14
85:25 86:19 87:5,18
88:17,23 98:13
101:8 102:18
104:20 105:22,23
106:2,15,24,24
107:13,14,16,19
109:7 110:20,23
112:6,19 114:10,21
115:2,10,17 116:19
116:19,23 117:2
118:4 119:3,5
120:16,18,19 121:2
121:6,8,9,14 122:8
122:11,23 123:2,2
123:12,12,17,23,25
124:12,19,22 125:8
125:11,22,25
126:18,23 127:2,10
127:12,13,15
131:18,23 132:9
133:4,13,16,21
134:3,15,16,22
135:13 136:14,15
137:2,3,7,13,16,20
137:24 138:9,11,17
138:19,20 140:4
141:9 143:18
144:16 145:20
148:17 149:15,20
150:8,13 152:10
156:10,22 157:16
158:20 159:16,21
160:24 161:4,5,14
161:16,19 162:4,7
163:2 164:21,23
165:11,12,15
166:21,23 167:3,6
167:15,18,23
169:12 170:3,4,19
171:16,21,23 172:5
172:19,22 173:19

173:22 174:24
175:4,8 178:9,17,22
179:18 180:2,9,15
180:17,25 181:5
182:12 183:6
186:20,21 191:3
192:9,10 202:6
203:9 208:3 209:7
209:12 212:2,16
213:16 219:12
224:14 227:6 232:9
people's 113:8 197:15
202:14
perceived 36:9 41:25
228:25
percent 19:11 21:7
46:19,20 47:16 48:9
48:14 49:5,6,14
50:17 75:14 81:2,9
112:16,16,16
122:15,17,20,21,24
123:9 124:12,15,16
136:7,8,13,19 139:7
142:10 145:3,19
147:21 148:6,10
151:20 152:2,9
169:20,23 175:16
175:19 176:20,20
176:23 177:21
178:3,4,9,14 179:4
179:5 180:24 219:7
219:8,9,10,13,13,19
219:19,20,21,22,25
220:2,4,5,5,6,7,10
220:22 223:8,9,10
224:12
percentage 47:14
48:12,22 75:18
220:11 221:2,8,10
222:23
percentages 49:13
51:2 74:17,19
221:11,22,23
222:21 223:14

perfectly 59:5 188:12
240:3
performance 179:23
performed 45:17
48:16,18
period 15:20 31:5,13
37:12 54:4 110:14
206:24 207:2
212:16 228:2
permitted 36:18
perplexed 138:23
person 23:21
personal 56:6
personally 244:7
person's 112:14
perspective 172:14
persuade 227:11
persuasion 113:23
persuasive 226:20
227:10,12
pertain 54:3
pertaining 13:3
146:21
pertinent 11:20
Pew 81:8
philosophically 83:21
phone 42:25 45:23
75:2,6 79:22 80:6,7
80:12,18 81:19,21
82:2 101:14 148:16
178:18,20 179:2
phones 81:5,7,11,12
81:22 82:4 178:25
photos 94:10
phrase 202:20,22
phrasing 69:9
physicians 46:11
Ph.D 1:11 7:9 8:16
63:16 129:9 184:3
243:4 244:8,16
245:5,25 246:4
247:11
piece 200:5,5
pilot 41:12,17 42:6

Fink & Carney Reporting and Video Services

SIMONSON00001031

**Pitney** 1:12 2:9 8:9
  8:11
**place** 60:11 128:16
  149:8 243:5 244:11
  247:12
**Plaintiff** 1:4 2:5
**plans** 23:13
**plant** 207:23
**plastic** 86:18
**plausible** 164:4 165:5
  167:2,25 185:20
  198:4,13,15 199:7,9
**play** 94:3
**please** 8:14 23:3
  29:16 59:22 74:8
  82:8 83:4 96:9,12
  96:16,17,20 108:19
  109:18 110:7
  118:17 119:2 120:3
  121:18,20 139:21
  184:11 191:12,16
  194:14 209:16
**pleasure** 36:12
**plus** 17:11 49:14
  50:17 133:11 135:6
  138:20 219:8,18,21
  220:6
**point** 15:23 17:9
  24:18 25:18,22 27:3
  30:18 33:25 47:24
  61:25 62:7 80:25
  82:25 88:11 104:21
  106:4 122:5 125:10
  125:18 153:2
  157:18,19 168:23
  174:9 181:5 185:4
  186:25 187:3,4
  197:8,9,16 198:17
  200:12 204:3
  205:12,21 206:23
  207:7 209:7,14
  211:2 212:21
  220:24 233:15
  237:3 238:3

**pointed** 181:8
**points** 170:12
**political** 111:3
**populace** 15:17
  155:19
**population** 16:2,4
  46:10 74:11,12,18
  74:19 75:17 79:8
  81:20 95:23 97:2
  109:4 131:22 139:6
  139:15 147:21
  169:7,21 170:4,8,9
  171:17,19 172:25
  184:20 185:4 200:4
  200:20 218:21
  219:2,4,6,11 220:12
  220:19,23 221:12
  221:24 222:23
  223:9
**populations** 224:8
**population's** 168:22
**portion** 76:11 112:14
  121:15 126:15
  143:13 148:9
  226:11 227:2
**portions** 212:14
**posed** 50:21 132:21
**position** 5:9 22:3 50:5
  50:5 72:25 202:6
  234:2
**positive** 75:13,14
  95:23 147:23 148:8
  149:5,8,9 157:3
  159:14 186:5 198:6
  198:6 205:4 208:22
**positively** 114:4
**positives** 158:18
  159:3,6
**possessed** 81:14
**possibility** 26:23
  102:17 159:14
**possible** 25:11 26:8
  26:11 41:15 47:20
  70:4,5 72:5 148:9

149:10 159:25
  192:3,4,22 193:13
  199:3 223:25 236:6
  238:23 241:15
**possibly** 17:6 62:19
  87:4 173:17 208:6
**post-survey** 45:11,13
**potential** 61:7 101:24
  159:5
**powder** 42:3
**Power** 52:22
**PR** 39:16
**practice** 60:10 72:9
  73:20 79:17 87:14
  89:3 168:22 182:25
  183:4 219:23
**preceding** 28:6
  192:25
**precious** 76:16,20
  77:6 180:11
**Precipitating** 24:3,25
  29:4
**precise** 190:8
**precisely** 203:14
**preclude** 155:7
**predicated** 50:12,16
  206:6
**predicted** 163:13
**preeminent** 52:6
**preface** 72:11
**prefaced** 39:25
**preliminary** 19:19
  86:6
**preparation** 4:14
  9:16,18,21
**prepare** 9:4 154:6
**prepared** 5:6
**preparing** 9:9 17:13
  24:13 218:3
**prescribing** 127:8
**present** 2:16 63:11
  183:22 205:17
  233:4
**presenting** 19:20

**president** 32:13
**president's** 214:6
**press** 32:5,25 33:2,2
  34:4 116:7 186:8
  187:9 189:3 190:11
  210:5 214:2
**pressure** 139:24
**prestige** 227:21,23
  228:18,25 229:13
**presumably** 35:5
  38:16 54:19 56:25
  75:22 191:9 227:20
  238:9
**presume** 5:23 6:19
  57:16 116:21
  187:17
**presumed** 58:12
**pretest** 41:12,17
**pretests** 41:19 42:10
**pretty** 75:13 107:12
  186:16 235:18
  239:3
**previous** 22:2,12 23:7
  187:13
**previously** 21:25 31:7
  34:13 37:14 132:20
  147:11 169:9
  185:22,24 228:10
**price** 108:25
**primacy** 163:3,3
**Princeton** 38:3,12,16
  228:23
**printed** 13:2
**prior** 34:11 48:11
  84:9 102:19 107:2
  117:10 123:22
  166:5 183:7 185:8
  186:10,11 187:10
  188:14 189:4,15
  191:10 192:2 198:7
  200:20 201:17
  203:11 204:14,14
  206:17 219:23
  226:8 228:18

SIMONSON00001032

Page 24

229:13
privileged 11:5 36:15
probability 51:17
  52:11,14 80:4,10
  218:23 219:14
  223:15
probably 17:10 33:23
  48:14 80:20 94:19
  130:20 196:12
  222:8 228:7 241:25
  242:7
problem 65:5 69:12
  91:7 117:16 120:2
  201:21 203:14
  235:3
problems 27:19
  99:12
procedure 63:21
  86:16
process 133:7 227:7
  235:18
produced 5:10 10:14
  10:17 130:8 146:17
producing 6:5,6
product 18:3 22:4
products 174:10
professional 1:15
  69:11 77:23,25
  247:7
professionals 55:14
  55:15 78:5
professor 94:20
  193:5 226:17
professorial 98:20
program 107:5,8
  117:2,14 165:23
  167:8
programs 110:22
  115:23
project 131:20
  169:11,12,16
  200:11
projections 167:17
pronouncement 32:4

164:6,10,11
pronouncements
  32:7,22,23,24
  227:19
propensity 83:8
proper 35:3 60:10
  63:21 64:2,16 68:18
  68:22,22 72:9 87:14
  88:20
properly 77:13 91:18
  140:21 205:6
  214:19 215:4
proportion 74:23
  110:24 112:22
  159:22,22 194:4
  218:25
proportional 74:24
proposal 229:24
proposed 24:22 26:15
pros 102:13,17
provide 10:24 11:4,7
  132:15 154:8,15
  218:5 230:11
provided 9:23 10:2,3
  10:6,8,20,21 11:13
  12:12 17:18 27:21
  57:6 131:5,7 132:17
  132:17 141:23
  218:13,14
provides 120:11,14
  217:6
providing 132:4
province 75:12
psych 226:19
psychiatrist 160:22
Psychologist 161:7
psychology 226:18
public 1:16 3:14 8:18
  35:16 64:6 65:12
  66:2 130:14 167:11
  167:12 179:11
  244:24 246:13
  247:8
publicity 156:7

public's 197:24 203:7
published 114:16
  228:3,4
purchased 86:20
purely 120:25 122:22
purged 47:19 82:13
  82:17
purpose 43:22 48:17
  87:9 105:3 121:23
  126:13 182:6
purposes 42:11 43:17
put 27:19 50:25
  70:19 72:19 84:18
  87:17 89:5 91:15
  105:16 115:9 123:3
  135:25 154:2
  162:20 179:3 185:5
  206:13 215:15
  216:15
putting 13:25 86:14
  236:9
P-e-w 81:8
p.m 54:21 101:19,22
  128:19,22 129:4,6
  183:15,19,20,24
  232:23,25 233:2,6
  242:17,21
P.R 195:24

_____
              Q
qualified 37:21
  131:18 132:2
  178:10 182:9
qualify 66:25 125:9
quality 226:4
quarter 44:3
Queen 106:10
question 3:8 9:17
  11:24 15:22 16:20
  16:21 18:10 24:9
  25:17 27:23 35:9,11
  37:16 40:6 50:2,6
  50:21 60:13,16
  61:14,17 62:10 63:2

63:23 64:21 65:4,6
  67:18,23,24 68:24
  69:7,8,16,21,22,24
  69:25 70:11 71:5,13
  71:15,18,22 72:6,22
  73:3,9,11,11,12,16
  73:24,25 74:20 75:5
  78:12 82:5,9,11
  84:5,9 85:12,13,13
  86:6,7,13,14 87:3
  87:10 88:7,14,15,16
  88:21,25 89:7,8,12
  89:25,25 90:8,17,22
  91:12 92:3,20,22,23
  92:24 93:12,16,18
  93:22,25 94:2,17,23
  94:25,25 95:7,11,13
  96:9,11,15,20 97:6
  97:10,12,16,17,21
  98:2,13,16,18,25
  99:6,6,13,15,23,24
  100:4,18 101:4,5
  102:4,19,23 103:6
  104:12,14,25
  105:21,23 106:16
  106:18 107:3,4,7,8
  107:15,20,24 108:2
  108:13,14 109:19
  109:20,21,22,25
  110:4,17 113:11
  114:19,23 116:4
  117:17,20,21,25
  118:5,9,18,19 119:7
  119:14,21 120:3,6
  120:10,12 121:19
  123:10,14,22,25
  126:14 127:18
  128:13 129:14,18
  132:21 133:8,15,20
  133:22,22,23 134:4
  134:11 135:12,14
  136:14,16,25 137:2
  137:3,8,14,17,18,24
  138:3,12,24 139:4

SIMONSON00001033

139:16 140:5,14,16
140:24 141:5,6,7,7
141:11,13,15 142:6
142:9 143:18 144:5
144:6,8,11,12,12,13
144:16,22,23 145:3
145:20 147:5,18,20
149:14,14,24 150:2
150:8,18 151:5,7,8
151:12,13 152:14
152:17,18,21
153:15,19 155:22
156:6 157:10 159:5
159:9,11 161:8,25
162:7,19 163:14
166:17 168:12,13
173:7,9 174:4,10
181:16,17,18,25
182:3,3 186:3
188:12,20 189:17
192:15 193:12,25
194:15 197:6
199:13 201:7,14,20
201:23,25 203:2,4,9
203:25 204:9,10,19
207:3,21,23 211:22
212:3 213:4,9
218:15 219:5
220:15,15,16 221:3
221:6,6,18,20,20
222:6,13 226:22
235:12,23,23
**questioning** 12:7 78:8
108:10
**questionnaire** 17:3
20:3,12,13 62:13
72:12 73:18 74:9
76:12,24 82:9 83:13
99:18 104:11
105:20 121:19
122:13 129:13
133:14,19 135:19
137:6,23 139:18
140:8,15 142:21,23

143:22 144:7
181:14,21 191:5,12
191:14 204:4,7
217:18 218:2
246:15
**questions** 5:24 16:9
17:23 18:16 21:9
22:7 31:10 33:2
35:19 44:5,6,6
49:20 54:3 56:15
57:2 58:16,16,23
59:11,14,19 60:4,4
60:10,23 61:5,9,22
62:5,7,15,17 63:21
66:11,19,23 67:10
68:19 69:10 72:3,5
72:7,20 74:2 84:24
85:5 87:11,15 90:18
92:23 93:5,9 94:12
94:15,22 95:3 101:9
101:11,25 102:12
102:16 103:2,4,17
103:21 104:3,8
106:14 107:2
108:16,22 109:14
109:16 113:5 115:7
115:15 116:11
117:5,11 119:11
121:21 122:11
123:8,19,24 128:7,9
129:12,21 130:22
139:12 141:4 145:9
145:17 146:4 151:5
151:10 152:23
153:7,15 155:8,23
156:15 159:2 160:6
160:25,25 161:3,15
161:16,21 162:2,15
162:21,24 165:11
165:15,17 166:21
166:22 167:6,13,15
168:9 171:8 174:17
181:12,20 182:7,8
182:10,13,16,19

183:2,3,6 185:11
186:15 191:17
196:19 198:9,12
199:19,22 201:9
202:15,18 203:17
203:22 204:7 205:8
205:20 206:7
209:21 211:17,21
212:9 213:8,10,16
217:9,25 222:15,21
233:8 234:15,21
235:10,25 240:24
**quibbled** 103:15
**quibbling** 100:14
**quick** 235:18
**quickly** 130:23
135:11 137:10
235:14,16 236:5
237:13 239:3
**quite** 22:19 64:18
133:18 181:13
**quotation** 12:17
**quotations** 59:13
**quote** 72:24 73:17
110:9 120:16
127:23 170:12,17
170:22 193:2

――――――――――
**R**
**R** 2:3 129:2 244:2
247:2
**radio** 120:21 121:5
**raging** 41:25
**raise** 18:14
**raised** 19:16 156:7
**raising** 31:5,14 37:12
**random** 51:17,18
52:10,14
**randomly** 51:15
83:16 164:8 166:4,7
166:8 171:16
186:20
**range** 219:16 220:22
**ranked** 13:10 229:17

**rate** 79:10 176:6,14
177:2,7,13,24 178:2
179:7,8,15
**rates** 176:7,19,22
**raw** 10:22 57:8 58:13
59:6
**reach** 49:7,7 54:15
79:18,24,25 80:2
**reached** 168:2,20
216:23 217:15
**reacting** 215:7
**read** 6:25 12:21 14:8
14:14,19 28:2,3
31:11 35:8 36:10
37:6 39:23 40:22
70:15 78:15 96:9,10
96:20,22 103:8,8,9
103:11 107:23
109:25 110:6,8
113:2 115:22 121:4
127:21,22 142:5
144:8 150:6 178:20
178:21 192:24
205:9,10 209:23
216:19 226:12
230:9 231:18
243:14 245:7,8
**reading** 36:3 78:3
105:19 119:19,20
121:22 137:10
138:6 161:6,6
191:18 192:17
212:18 215:18
240:23,25
**ready** 6:21 51:9
**reaffirmed** 36:10
**real** 83:18 84:6 92:22
92:24 93:9,18 94:23
94:25,25 95:3
103:20 235:13,16
240:19
**realize** 91:22 132:11
**realized** 4:19 79:23
131:14 132:13

SIMONSON00001034

Page 26

realizing 26:6 218:4
really 18:23 37:3 42:2
  52:3 71:2 78:9 88:2
  88:16 91:18 107:2
  114:19 129:14
  201:22 216:5 223:2
reask 118:17
reason 11:6 26:2
  28:10 35:14 47:9
  50:10 57:24 65:2
  66:10,16 79:24
  85:21 87:23 89:6
  90:14,20,21 91:10
  107:25 110:5,15
  114:10 142:15
  159:8,10 172:8
  176:11 179:17
  180:12,12 197:5
  220:21
reasonable 174:16
  217:16
reasonably 174:16
  193:17 194:2,21
reasons 64:22 91:4
  115:5 178:22 191:2
  245:8
recall 11:16 12:2,9
  13:2,4,13,20 20:20
  20:24 21:9,12,14
  24:15 26:25 41:10
  41:14,16 43:24
  44:13,17,21,23
  45:15 53:5 55:7
  56:14,16 57:8 58:15
  59:6,8,9,20,24
  60:12,14 62:8 82:7
  82:24 87:13,13 91:5
  108:3,10 115:19
  122:16,177:11
  179:13 186:5
  187:24 188:5,6,7
  203:4 214:6 215:14
  215:16 221:13
  226:7 229:19 231:3

receive 154:17
received 57:4 118:21
  122:9 124:23
  126:15 151:23
  152:6 157:8 193:8
  195:20,21 196:9
  210:23 211:11
receiver 231:17
  232:10
receivers 227:9
recency 163:4
recess 63:8 128:22
  183:19 232:25
recollection 24:12,18
  34:24 40:16,24 45:9
  45:10 56:23 89:20
  143:2,9 162:9
  230:19 231:10
recommend 226:3,5
recommended 226:6
reconsider 224:7
record 7:6 22:10 23:3
  23:20 29:12 63:6,15
  70:15,19 71:24
  96:10,22 97:10
  101:19,20,22
  111:19 127:21,23
  128:20 129:8 154:2
  178:21 180:4 181:4
  183:17 184:2
  192:24 195:3
  205:10 232:21,23
  233:6 241:20
  242:19 245:8
records 24:12 146:12
  146:13,15,16
reduce 37:23,24,25
  157:22
reduced 243:10
refamiliarize 12:21
refer 199:25 214:21
referred 50:19
  177:23 179:6 195:9
referring 14:4 22:15

28:17 32:11,23 33:8
  33:11,12,15,17,20
  33:25 34:3,5,8
  49:16 93:15 95:13
  105:13 118:14
  186:18 195:17
  196:4 211:6 214:24
refers 110:2 192:16
  193:3 195:14
  209:23
reflect 155:4 221:11
reflected 143:7
reflection 220:10
  222:23
reflects 71:24
refresh 108:4
refreshed 108:6
refusal 178:7,8 180:3
  180:16,25
refuse 178:23
refused 178:12,13,19
  180:4,5,17 181:3,6
regard 53:17 60:13
  62:9
regarded 55:5
regarding 31:6 37:13
  41:7 76:14 78:17
  107:3,4 110:13
  122:6 128:3 170:18
  186:9 205:23
  207:19 210:5
  231:11 235:12
regardless 49:25
  114:3 142:2 169:8
region 74:16,22,24
  75:5,12,16,19 76:3
  76:10,12
regions 74:18 75:3,9
registered 1:15
  211:11 247:6
related 15:3 23:14
  194:22 247:16
relates 31:18 211:24
relating 14:9,23

21:19,22 23:7 53:3
  53:7 190:5,6,18,22
  193:18 194:3
relative 197:8 228:20
  229:13
release 116:8
released 33:3
releases 33:2
relevant 19:21,21
  103:3 110:11
  127:25 169:5
  213:13 231:2,6,8
reliability 222:18
reliable 113:11
  223:25
relied 52:7 176:5,23
rely 55:14 113:14
relying 55:5 77:25
  78:6 81:4
remaining 108:15,21
  121:21 123:8,14,19
  191:17
remark 71:20
remember 10:6 12:4
  12:5 13:6,8,24,25
  16:10 34:19 35:24
  36:2,3,16 44:4
  104:5,6 105:10
  106:6,8,11,13
  111:21 112:3,7
  114:21 120:23
  121:22 190:20
  191:18 192:17
  208:21 231:9
remembered 114:13
  122:5 209:3
remembering 12:16
  113:8
remove 124:19
repeat 134:10 219:25
repeated 150:2
report 4:7,17,21 5:2,5
  5:20,21 6:10 9:5,8
  10:3 11:21 12:2,5

SIMONSON00001035

16:23 20:4,4,9
21:18 23:17,23,25
24:7,10 25:6,10,19
25:23 26:9,12,19
27:4,9 29:4,17 31:3
35:14 49:9 50:11
53:24 57:5,22,25
58:3 59:25 62:12
83:8 110:6,9 116:14
129:15 130:5,15
131:4,5 132:4,5,6
132:13,14,19,23
133:3 134:3,14
135:20,25 136:2,3,8
136:9,13,19 138:16
139:2,3,17 141:17
141:19 142:3
143:11 144:19,22
145:7,8,22 147:16
147:17,25 148:2
150:21 151:15,16
151:18 153:11
154:7,20,25 155:5
155:15 168:25
177:16,17,18,19,20
184:12 191:13
195:13 197:19
209:17 216:15,25
218:5,6 235:15
236:25 237:17,19
238:14,15,21 239:2
239:14 240:7
241:18 246:11,14
**reported** 32:5 49:13
122:6 147:20
190:11 201:15
206:12 207:11
**reporter** 1:16 3:19
7:18 8:14 243:10
245:6 247:8
**reporter's** 233:13
**Reporting** 2:18 7:20
**reports** 120:20 121:3
126:17 191:9

**represent** 104:18,19
**representation** 23:22
**representations** 32:8
34:17
**representative** 74:12
172:25 173:5
218:20
**representatives** 32:15
232:16
**represented** 28:4,14
**representing** 7:19 8:3
8:6 10:15 43:16
139:6
**reproduced** 10:8 11:9
**reproducing** 13:24
**Republicans** 111:5
**reputation** 4:4 30:16
50:8 168:8 193:23
193:24 194:8
227:18 246:10
**request** 49:4 180:7
218:9 245:8
**requested** 75:15
130:7 218:13 243:9
**require** 103:2,4
**required** 52:10 55:9
64:16 172:19
175:14
**requirement** 44:12
52:13 90:19,24
**requirements** 44:14
44:16,21
**requires** 238:13
**reread** 9:5 70:11
71:17
**rerun** 132:2
**research** 12:13 45:22
48:25 52:7 75:23
76:17 113:15,16,23
176:21 179:11,13
186:24 209:5
225:22 227:14,25
228:6,8
**researcher** 48:24,25

**researchers** 43:4
126:22 226:21
**reserved** 3:9
**residential** 80:7
**residual** 156:2
**resolved** 241:15
**resources** 176:2,2
**respect** 10:19 20:11
20:15,25 32:2,3
34:22,25 72:13
95:10 101:10 142:5
175:10 231:23,25
**respectful** 109:4
**respects** 148:8
**respond** 125:25 175:7
175:9,10 181:15
**responded** 33:4 98:13
131:24 203:10
**respondent** 48:19
61:7 68:25 73:8
75:6 86:11,12 102:5
104:15 192:19
**respondents** 43:21
48:22 49:17,21,25
50:16,22,24 57:2
58:19 70:2 74:17,22
74:23 75:19 76:5
77:20 78:18 82:12
82:16 83:5 85:14
90:2 92:6 95:16
97:23 100:18
103:24 104:9
105:15 107:10
108:12 110:2,15
113:10 115:22
117:13 118:20
129:20 132:2,9,25
133:11,12 134:17
135:5,6 136:21
139:5,8,12 140:16
143:15 144:10
145:13 153:16
158:12 162:5 189:9
189:25 190:24

191:22 194:5
196:24 201:8
204:12 210:9
211:18 213:5
**responding** 83:16
163:2
**response** 32:16,25
39:25 56:21 67:24
70:6 73:14 81:6
83:5,10 87:5 88:18
98:3,8 99:5,8,8
101:9 105:23
117:22,25 120:7,8,8
121:11,12 136:7
140:22 174:17
176:6,7,14,19,22
177:2,7,13,24 178:2
178:5 179:7,15
181:25 186:3,17
221:2 222:21 238:7
238:10
**responses** 49:23 57:3
57:12 58:21 70:9
85:2 90:10 98:15
100:13,17 116:2
159:15 165:16
183:7 190:2 222:19
**responsive** 19:15
35:9,10,11 94:22
**rest** 115:17
**restate** 96:17
**result** 15:15 39:20
40:13 96:25 148:24
151:3 153:13,16
156:4,9 158:24
159:23 167:22
168:15 169:24
178:15 187:3,5
198:8 199:19
205:23 206:25
210:3,8,11,16 214:7
217:2,9 247:18
**resulted** 157:23
**results** 48:9 67:15

SIMONSON00001036

Page 28

129:14 156:19
157:11 158:13
172:21
resume 233:8,10
resumed 63:10,16
129:9 183:21 184:3
233:3
retained 28:9 77:22
78:4 186:6
retrace 135:8
retract 157:5 158:9
retracted 200:13
retracting 15:21
retraction 148:25
157:21 208:16
211:4
retractions 156:12
160:4
reverse 68:2 163:9
review 9:9 17:15
23:18 64:2 154:23
155:3
reviewed 18:17 25:8
228:3
rid 88:17 107:12
115:16 161:18
162:23 163:11
ridiculous 91:21
right 9:19 12:8 14:13
47:3 50:23 54:22
55:22 56:22 59:17
60:4 61:18 64:24
72:16 79:5 82:5
85:3 97:24 108:5
114:6 131:11 133:9
133:9 134:19,20,23
135:4 136:6,9
138:14 143:23
148:17 150:19
157:4,6 174:20
179:24 180:11
196:18 199:16
210:13 213:9,19,20
213:21 221:15

231:15,23 242:9
ringing 101:14
rising 32:13
road 155:2
Robert 2:7 8:2
rotate 60:10 62:16
63:21 66:11 87:15
rotated 59:11,14,14
60:15 61:18,23 62:8
64:20 72:6,8 87:12
87:22 89:4
rotating 162:24
rotation 59:18 60:17
rotations 59:12,15
rough 223:13
roughly 48:12 53:11
142:12 151:25
156:11 180:23
200:18 219:7 220:2
225:13
round 151:19
routines 39:5
RPR 247:25
rug 216:8
ruining 80:4
rule 66:24 85:10
87:18 164:3 165:5
199:4
ruled 115:6 166:25
167:6
ruling 115:2
run 5:20 133:6
181:23 223:20

S

S 2:3 129:2,2,2 246:6
sad 216:15
Sam 111:5
sample 49:12,15
50:13 74:21 125:4,4
125:6 136:17 139:5
219:18 224:13
sampling 219:22,23
Samurai 36:15

Santa 106:11
Saturday 1:13
save 222:14
savings 86:23
saw 13:13,21 35:7
36:10,11 57:7,19
103:5 121:3
sayers 83:11 84:25
115:6,16 159:17
167:24
saying 40:2 66:15
67:22 68:2 71:5
72:12 78:2 83:9,25
94:24 95:2 107:9,20
114:20 115:2
129:24 151:11
157:20 160:23
165:11 166:22,25
179:24 181:25
196:9 199:2 210:23
211:12 216:10,11
217:7 219:25
234:22 238:20
240:18 241:6
says 51:15 76:13 82:4
97:11 104:25
120:16 121:20
133:10,21 135:5,19
143:23 144:9
147:21,22 161:2,8
191:16 196:2
203:15 219:24
225:20 226:13,15
scale 176:18
scandal 228:19
scanning 13:7
schedule 237:9
schedules 240:13
Schirmeister 210:21
Schirmeister's 211:7
scholarly 53:18 231:5
school 38:6 39:13
170:14 171:13,22
172:24 173:15

226:17 227:7
schools 53:20
science 13:11 34:23
120:14 229:19,20
scientific 34:22 217:6
217:16
scrap 147:14
screen 181:9
screened 122:11
178:15,17
screw 216:5
screwed 216:6
script 78:4 103:12
sealing 3:3
search 187:22
searched 187:24
second 31:8 35:12
37:6 51:16 57:25
58:6 136:8,18 140:3
170:16 209:22
218:18 229:23
231:13 232:2
section 23:24 24:2,7
24:10,25 25:19,23
26:3,8,11,19 27:4,9
29:4,17 31:2 34:11
35:13 49:10 169:3
184:13
see 7:4 12:19 24:4
25:14 27:17 29:18
30:16 57:18,22 65:9
71:24 80:25 101:16
109:24 115:2
123:21 125:13
126:14 129:15,21
129:23 131:10,13
131:13 132:8
133:23 136:5,7,10
137:11 138:21,22
142:19,24 143:19
144:4,9,13,24 145:4
145:9 146:12,13,20
147:8,20,23 148:4,6
150:21 151:19

SIMONSON00001037

162:18 164:11
166:6 177:21
178:22 187:18
191:14,19 194:11
225:20 237:7
241:11
seeing 13:4 36:15
58:13 59:25 121:22
188:3 191:18
192:17
seen 34:18 56:24 57:3
117:2 153:4
select 85:19,20 164:9
166:7,9
selected 38:17 51:15
51:18 74:11 85:21
171:17
selecting 166:4
self-explanatory
217:24
send 17:14 175:17
242:7
senior 225:21
sense 60:9,12 61:16
62:3 64:15,19 65:4
65:17 66:8 68:14
72:20 90:12,13
109:12 164:19
182:11 214:14
sent 17:18
sentence 24:17 31:4,9
34:10 35:13 37:7,10
49:12 150:21
153:10 155:15
195:14 209:18,19
209:22
sentiment 167:11,12
167:14
separate 124:24
125:22 126:6
239:24 241:7
separated 231:16
separately 124:4
125:13 222:16

separating 125:11
September 17:12
sequence 62:6 65:3
66:17 67:8 68:19
69:20
sequentially 230:14
series 145:17 210:25
211:5 213:24 214:4
231:14
serious 31:5,14 37:4
37:12
serves 48:17
services 2:18 77:22
set 4:20 6:22 11:21,25
15:12 16:20,23
122:4 237:16 243:5
244:11 247:21
sets 179:12
seven 36:21 60:14
91:17 179:14,17
237:2,5,6
severe 35:18 36:6
209:14
sexual 214:14
shady 211:14
shame 202:2
Sheet 245:2,9
shifting 205:2
Shin 4:6 15:3 28:20
28:22,24 29:5 30:16
33:12,12 39:21
40:14 61:20,21 89:9
89:11,17,19,21,23
92:4 95:13 96:5
97:13 98:6 100:6,19
106:3,20 108:13,20
110:3,11,16 112:15
119:4 120:17,19,24
121:23 122:7,10
127:25 151:3,23
152:6 153:14,14,17
156:4 157:24
164:22 167:22
168:10 184:17

187:11 188:11
189:4,19 190:5,18
191:19 192:8,18
193:3,5,6,18 194:22
195:8 196:9 201:5
201:13,17 204:15
204:16 205:24
206:14,15,20,21
210:5,23 212:12
228:19 229:13
246:11
Shin's 191:23 192:20
193:16 194:21
195:16
ship 106:18
ships 99:2,3 100:2
102:21,25 106:9
shoot 230:14
short 238:15
shorthand 1:15 247:7
247:14
short-circuit 181:24
shot 80:3,8
shots 80:10 107:11
show 39:5 61:13
116:17 125:16,19
125:20 161:8
181:19 195:3
showed 30:20 111:19
114:2
showing 132:18
155:25 193:7
217:21 224:25
shows 40:2
side 25:14,14 114:20
sight 212:8
sign 243:14
SIGNATURE 245:24
signed 86:20 245:9
significance 223:19
224:17,19,20
significant 81:10
223:22 224:9,13,16
significantly 223:17

223:17,24 224:4
silent 201:22
similar 47:6 98:15
144:5 221:5
simple 69:8 99:15
118:23 120:10
simply 9:17 69:16
89:10 91:3,8
sincerely 194:6
sine 242:22
single 55:12 206:23
sit 12:8 25:25 45:10
60:14 91:5 123:20
138:23 139:23
site 13:17,18
sites 44:24,25
sitting 100:24 128:9
152:17
situation 33:4,7 34:6
217:8 240:22
six 36:21 223:12
size 49:13,16 76:3,12
125:6 219:18
224:13
skillful 108:9
skills 78:2
skip 74:3 133:14
134:8 137:15
144:13
skipped 73:5,12,15
123:21 141:12
181:17
sleeper 114:3
sliding 176:18
slight 29:22
slightly 11:24 201:14
slot 87:19
small 125:4 180:21
224:8,15
smaller 145:21
smoke 41:25
social 120:14 226:17
226:19
societal 35:17,21

SIMONSON00001038

| | | | |
|---|---|---|---|
| societies 12:19 36:5,6 37:3 | speak 44:24 164:19 | standard 48:22 56:19 | 224:16,19,20 |
| society 35:16 36:25 216:13 | speaking 30:13 43:7 127:14 | 79:17 104:21 168:22 179:25 | statistics 125:4 |
| solicitations 56:8 | specialist 2:17 7:17 | Stanford 38:6 | stay 120:9 201:22 |
| somebody 178:10 194:8,9,10 225:20 227:17 | specific 13:22 16:3 20:21 45:9,10 50:19 51:20 61:5 77:7 89:12 99:10,14 126:16 145:13 170:11,24 194:15 205:20,20 206:7 212:24 229:19 231:11 | start 61:4,10 90:15 122:2 130:11 140:9 174:9,14 208:12 212:12 | stayed 233:23 |
| somewhat 114:4 235:9 239:7 | | started 17:13 65:24 178:12 180:25 | stays 207:19 208:18 |
| soon 51:9 235:4 238:23 239:18 241:15 | | starts 218:17 | Stenotype 1:15 247:7 |
| sooner 216:7 | | state 1:16 8:19 97:10 153:9 244:4 247:3,9 | step 140:2 |
| sorry 22:24 33:9 43:3 46:12 109:20 118:10,15 126:2 131:9 138:8,8 144:25 153:20 162:11 165:25 180:22 183:9 196:23 | specifically 10:10 16:10 24:2 44:4,23 45:7 56:16 60:3 82:7 110:20 125:19 156:16 168:9 174:11 196:20 197:20 217:13 | stated 14:21 15:2 24:24 25:9 29:24 96:2 110:5 135:9 215:22 216:24 217:14 | Stewart 39:4 |
| | | | stimulate 12:7 |
| | | | STIPULATED 3:2,6 3:11,17 |
| | | statement 15:21 35:20 87:21,24,25 87:25 98:9 104:25 151:6 152:19 153:22 155:23,24 187:12 191:16 196:8 206:9 222:11 | stipulations 8:23 |
| | | | stop 120:15 |
| | | | stories 28:6,16 116:22 |
| | specificity 44:15,19 | | story 28:5,16,18 212:15 |
| | specifics 16:6 61:12 181:23 188:6 | | stratified 74:21 |
| sort 16:8 18:14 41:12 52:7 75:2 111:22 165:2,4 166:17 182:24 183:2 233:19 240:21 | specified 137:7 203:17 | statements 15:25 29:13 31:18,20,24 32:14,16 156:8 196:20,25 197:24 200:14 205:5 210:17 211:15,18 211:24 212:3,6 213:6,20,24,25 218:6 222:9 | Street 2:10 7:21 |
| | | | strictly 10:19 |
| | specify 185:12 | | strike 37:8 |
| | speculate 80:16 239:10 | | striking 150:22 |
| source 32:18 40:17 114:12,14 207:19 227:8,15,16,17,22 231:17,20 232:11 | speculating 83:24 84:7 174:2 | | struggling 233:14 |
| | | | student 219:24 220:4 223:10 |
| | spelled 187:15 | | |
| | spend 9:13 62:21 | | students 220:12 222:24 |
| sources 24:23 26:18 114:21,23 121:4 232:18 | spends 175:20 | states 1:2 7:12 46:3,5 47:7,11 51:25 79:15 80:20 81:2,13,15 104:22 116:18 172:5 193:9 244:8 | studies 47:14,18 48:7 53:18,19 80:22 112:2 113:18,24 126:23 127:4 176:4 |
| | spiritual 35:4 | | |
| | sponsor 175:25 | | |
| source's 227:16,19 232:12 | sponsored 43:14 | | study 30:22 45:3 46:17,21 50:15 55:12 60:19 74:24 96:24 99:13 103:6 111:17,25 157:7 159:25 161:9 176:3 178:12,13 184:14 220:2 |
| | sponsoring 43:21 | | |
| south 4:8 13:12 15:16 15:17 16:3 74:12 116:22 131:21 139:6 169:7,11 170:24 174:24 175:4 184:21 212:15 246:12 | spot 168:4 | stating 98:14 | |
| | Springer 2:12 5:4 8:10,11 95:8 | station 116:13 | |
| | Square 1:13 7:15 | stations 116:8 | subcomponents 16:4 |
| | ss 247:4 | statistic 125:7 | subcontractor 226:2 |
| | St 106:10 | statistical 125:5 | subcontractors 45:2 52:22 |
| Spanish 103:10 | stabilized 125:6 | | subgroups 49:24 |

SIMONSON00001039

50:14,19 171:5
172:15
**subject** 27:18 42:20
62:11 78:23 79:3
141:24 161:9
224:10
**subjects** 32:19
**subscribed** 115:12
244:18
**subsequent** 61:8
122:11 148:20
181:17 189:19
197:13 201:17
**subsequently** 148:11
148:15 190:8
198:10
**substance** 18:24
22:23 71:18
**substantial** 124:17
176:12 184:18
200:2,15 205:16
224:5,7
**substantially** 185:6
**substantive** 5:13
**sub-parts** 60:16
87:10 88:14
**sub-questions** 60:13
62:10
**sub-universe** 170:16
172:11
**sub-universes** 170:10
171:2,9
**successful** 177:20
**sudden** 41:24
**sufficient** 117:8,9,11
124:2,3 171:15
**suggest** 130:20
**suggested** 101:4
170:23
**suggesting** 91:2 113:4
**suggestive** 119:23
**suicide** 36:7
**summaries** 12:20
**summarizing** 57:5

**Sunday** 238:3,4
**superficial** 22:17
**supplement** 235:15
237:18
**supplemental** 154:6
154:19 155:5
237:17 238:13,15
238:21 239:2,14
**supplementing**
154:22
**supplied** 24:8
**support** 168:20
**Suppose** 169:20
**supposed** 56:13,14
140:4,13 141:7,8,10
142:6 180:7
**sure** 9:25 29:11 34:6
39:3 40:15 44:9
45:8 48:19 57:16
63:3 70:12 72:18
73:23 76:24 77:12
80:8 83:13 102:2,13
103:13,22 105:14
107:25 110:23
112:9 115:19,24
119:3 131:3,3
132:16 134:7,9,12
136:23 143:6 150:4
154:4 158:17
160:21 162:2,25
163:5,24 166:24
167:20 168:12
174:6 176:17
188:21 190:12
218:7 230:23
233:21 239:22
241:23
**surprised** 233:19
**surprising** 209:12
**survey** 4:7,18 15:6,7
15:12,24 16:18,22
17:13,14,24 18:6,19
19:5,13 21:17 22:2
22:4,12,14,17,18

23:7,14 29:21 41:13
42:16 44:13 45:12
45:17,22,23 46:8
47:2,7 49:11,20
51:3,12,17 52:7,11
52:14,16,23,24 53:2
53:6 55:17,19 57:3
59:10 66:12,19 72:7
72:13,14 74:11
75:23 76:14 77:16
77:21 78:17 79:11
79:21 80:4,11,14
82:14 85:13 86:17
87:12 103:17
108:16 109:2 110:4
113:15 117:2,13
130:15 139:4 143:5
148:16,22 150:15
151:6 156:16
158:12 159:2 160:6
161:22 162:13
166:23 167:9 170:3
172:3,19,22 175:8
175:25 177:6,20
178:8 179:8 180:10
180:16 181:5,22
182:20 188:15,22
189:20 190:24
191:10,22 193:19
196:20,25 200:21
201:5,6,8,16,17
202:13 203:6,8,10
203:12,15 204:10
204:17,20,24 206:8
206:12 207:11
210:10 216:24
218:20,24 219:4,11
219:15 220:24
222:19 224:3
225:24 230:8,21
246:12,14
**surveying** 174:24
**surveys** 21:19,21
41:20,22 42:3,6,11

45:25 46:4 48:13
53:15 78:21 81:5
84:14,23 85:5,7
103:23,25 104:2,4,8
159:13 161:12
163:15,23 172:8
173:6 174:11,13
175:15,24 240:6
**suspect** 130:13 158:4
158:19 180:19
192:13 207:12,14
208:4,7 209:9
213:11 221:25
226:24 235:15
**suspicion** 207:13,20
**swear** 8:14 84:19
**sweep** 216:7
**sworn** 3:13,15 8:17
244:8,18
**synonyms** 21:4

— — — — — — — —
**T**

**t** 114:15 129:2 160:23
243:2 244:2,2 246:6
247:2,2
**table** 112:21
**tables** 132:15
**tabulated** 56:25
**tabulations** 57:9
**take** 7:3 16:21 27:14
27:20 28:13 37:21
62:22,24 64:3 65:8
84:10 91:9,13,16,17
91:25 101:17
115:14 119:3
123:23 124:11
125:24 132:7
134:13 136:5 140:8
140:14,15 151:12
151:13 152:2 154:2
159:16 164:11
169:13 177:15,25
183:13 220:25
223:8 232:19 237:3

SIMONSON00001040

Page 32

**taken** 1:12 17:19
  31:25 52:24 53:2,6
  63:8 75:2 84:14
  103:23 124:5
  128:22 183:19
  191:7 232:25 234:3
  243:4,9 244:10
  245:7 247:12
**takes** 72:15
**talk** 39:5 40:2 49:24
  79:7 83:7 154:12,18
  154:21 205:15
  239:15 241:14,21
  241:25 242:4,14
**talked** 18:24 19:3
  50:13,14 141:14
**talking** 28:23 32:12
  32:14 37:2 60:3
  81:2,13 82:3 104:13
  141:14 157:16
  173:19 199:16
  201:4 202:4,6 211:4
  212:16 213:16
  235:11 239:4
**tape** 63:6,14 126:4
  128:15,20 129:7
  183:11,16,25
  242:18
**tarnish** 37:18,19,20
  37:23
**tarnished** 38:14,21
  39:9 50:7 156:4
**tarnishment** 15:18
  30:17
**teach** 226:23
**teaching** 237:11
**technical** 61:2,3
  163:8
**telegraph** 86:10,11
**telephone** 46:2 48:13
  51:11,17 52:11,14
  57:11,15 58:9
**telephones** 51:19
  79:12,13

**television** 34:5
  112:24 113:2 116:8
  116:13
**tell** 6:13 9:3,22 10:21
  11:7 15:14 21:2,15
  40:9 42:23 43:10
  44:22 51:25 59:24
  64:12,19,25 66:5
  68:11 73:10 75:18
  98:20 99:18,21
  106:15 111:10
  118:25 119:2
  121:17 122:17
  125:8 130:22
  132:24 135:15
  140:18,20,23 141:3
  141:16 142:3
  144:12 146:10
  149:17 150:10
  152:4 155:22
  163:22 178:19
  179:8 180:20
  185:20 217:23
  235:7 238:12 241:5
**telling** 20:25 30:14
  43:4,25 51:6 68:12
  69:18 84:4,16,20
  96:4 108:23,24
  221:14
**tells** 107:15
**temperature** 67:4
**temporal** 64:9 66:17
  67:10 69:20
**temporally** 64:23
  65:3
**ten** 62:21 123:12,16
  124:6 125:8 200:17
**tend** 207:16
**tendency** 108:8
**tends** 208:2 209:3
**ten-year** 174:8,19
  175:14
**term** 35:3 163:8
**terminated** 104:20

  178:18,19
**terminations** 181:9
**terms** 158:5 179:12
  199:17 237:10
**test** 41:12 109:11
  185:16 223:20
**tested** 19:24 41:16
  114:6
**testified** 8:20 23:6,8
  63:17 95:11 97:20
  129:10 136:20
  184:4 229:15
  232:13
**testify** 218:11
**testifying** 174:2
**testimony** 113:8
  202:23 218:4
**tests** 223:16
**text** 57:19 110:6
**texts** 61:10
**thank** 63:25 104:15
  120:5
**theorists** 226:20
**theory** 176:10 219:22
  226:21
**therefrom** 48:3
**thereof** 247:19
**thesis** 160:24
**thing** 43:13,24 67:14
  82:22 85:18 116:15
  121:6 122:19
  134:10 190:20
  206:17 208:18
  239:23
**things** 11:3 12:16
  13:7 19:22 32:24
  36:10,11 40:24
  41:22,23 45:8 47:15
  47:17 51:25 67:6
  73:13 85:17,18
  86:10 87:2 99:9
  102:18 108:9
  121:25 142:17
  168:8 186:3 193:11

  207:16 212:13
  214:5,7 229:16
  232:11
**think** 7:2 9:11 11:19
  12:8,24 13:2 15:17
  16:8 17:17 18:11
  19:14 21:15 24:16
  24:16 26:17,22 27:8
  35:9 41:15 43:2
  58:20 62:19,25 64:4
  64:5,11,15 65:7,8
  65:10,15,25 67:15
  67:19 68:5,8,14,15
  68:21 71:6,17 75:11
  75:13 80:23 83:7
  84:8 87:22,22 92:14
  92:17,18 93:14
  95:17,22 96:13
  102:18 103:16
  107:11 112:18,19
  113:6,7,9 116:14
  118:4 122:18
  127:22 134:19
  137:18 139:24
  140:6,7,21 142:8
  146:23 147:5 150:2
  151:21 152:3,18,22
  158:25 166:11
  168:25 172:21
  173:4 180:6 185:25
  187:16 189:6,25
  192:18 193:16
  194:2 196:22 202:2
  204:23,25 205:8
  207:24 209:5,9,10
  211:2,22 212:7
  213:15,17 216:15
  217:12,24 222:8
  226:18 228:21
  229:20,24 230:4
  233:8,15 234:16,23
  236:13 237:15
  238:4,25 240:15
**thinking** 16:19 23:25

SIMONSON00001041

38:24 108:6 168:6
170:13 171:12
174:8 212:10
214:16
**third** 49:12 88:12
139:15 150:21
178:4 221:7
**thought** 33:9 41:6
69:10 70:5 71:8
89:15 92:13 102:19
112:10 117:7
118:10 125:17
133:7 139:9 140:17
140:23 143:16
144:11 145:14
153:24 156:22
170:17 189:11
226:9 228:13 230:6
230:10,12,12,20
**thoughtful** 83:15
**thoughts** 170:18
205:23 231:4,7,11
**thousand** 42:5 48:7
**thousands** 224:14
**thousand-plus** 85:9
**three** 10:4 49:8 50:19
54:20 56:14,21 59:3
129:7 157:3 170:10
170:12,25 171:4
172:15 183:16
223:12 226:6,6
228:24 240:12,15
**threshold** 176:13,15
177:2,4
**throw** 138:25
**tide** 198:14
**Tilda** 113:3
**Tilda-type** 113:5
**time** 3:10 7:3,6 9:12
15:23 22:13 23:4
24:19 30:18 45:25
46:16 54:11,16
55:16,20 57:21 63:4
63:12 66:21 76:17

81:18 91:9,13 96:21
101:18,21 110:24
111:24 112:3
116:23 122:5
128:14,18 129:5
130:5 155:8 157:18
157:19 159:24
160:24,24 168:23
173:5 175:21,25
180:11 183:14,23
185:4 186:25 187:3
187:5,15 188:18,19
189:4 190:12,13
197:8,10,16 198:17
200:12,21 203:11
204:17 205:2,12
206:23 207:2,7,8
208:3,19,20 209:7
209:15 212:22
218:4 219:20,20
220:24 222:14
230:21 232:22
233:5,9 238:6
241:10 242:16
243:5 244:11
247:12
**times** 1:13 7:15 52:19
53:9 54:12,18,23,24
56:21 77:12 92:22
94:23 114:9 212:13
220:2,3 223:20,21
**title** 243:6 244:11
**titled** 24:3 169:4
**TLM** 1:7
**TNS** 4:18,21 5:16
41:11,17 42:20 43:4
43:6,10 44:14 50:11
52:5,5,17 55:5
56:20,25 57:5 58:3
58:8 75:5,18 76:4
76:19 77:24 81:25
129:15 131:5
132:14 133:3 134:3
135:20,24 136:19

138:16 139:17
141:17,19 142:3
144:21 146:13
147:10,12,17
151:15,16 177:16
177:19 180:4 218:5
226:7,8,10
**today** 5:5 67:4 97:12
152:17 176:25
207:11,15 216:13
217:2 229:16
236:11 241:2,3
242:12
**today's** 4:14 9:4,18
**token** 79:2 88:13
**told** 21:25 25:2 26:22
27:15 33:18 43:12
45:6,8,8 64:6 65:11
66:2 68:9 75:15
77:5,8,20 89:6
90:14 92:21 98:24
99:2,16 101:7 113:3
135:2 138:13
139:10,22 143:17
145:16 182:14
186:9,17 200:23
205:8 215:9,9
**top** 13:11 28:5,15,16
28:18 34:21 78:5
131:12,12 134:14
143:25 212:15
**topics** 236:10
**total** 132:3 133:7
136:17
**totally** 64:16 81:4,16
176:7
**town** 17:7 100:11
**track** 67:10 219:15
**tracks** 66:17,19
**transcript** 3:18 234:7
234:8,13,20,24
236:23 240:2,10,23
240:25 241:8
243:14 244:9,12

245:7,10
**transcription** 247:14
**transcripts** 236:24
**translated** 20:16,22
21:5 44:9 76:22,23
90:10 91:18 142:22
**translates** 77:23
**translating** 47:2 78:4
**translation** 20:15
21:3 47:3 77:10,16
77:19 90:20,24 91:8
91:11 143:6,7
**translations** 58:18
78:9 90:16 239:22
**transmits** 227:8
**transparent** 87:7
88:4
**trap** 88:15 115:15
161:16
**treatises** 119:10,19
120:12
**tree** 103:20
**tree-type** 212:9
**trial** 3:10
**tried** 55:18 161:24
201:22
**trier** 19:16 171:10,14
**trip** 91:22,25
**trivial** 155:20
**true** 23:23 29:13 49:3
85:17,19 86:4,8
87:9,21,24,25 88:3
95:9 102:20 141:25
158:25 171:25
220:25 244:12
247:13
**Trump** 39:7
**trust** 114:22
**trusted** 31:7 34:13
37:14
**trustworthiness**
227:18,21,23
228:18 229:3,12
**truth** 27:15,17 64:6

SIMONSON00001042

Page 34

64:12,25,25 65:12
66:2,5 68:9,11
73:10 83:25 84:4,17
84:20 139:11
140:18,20,23 141:3
143:17 144:12
145:16 149:17
150:10 152:4
207:22 215:9,9
223:18
truthful 83:14 88:15
98:8
truthfully 84:11
161:15
try 33:9 56:21 79:25
85:10 94:6,21,21
96:23 140:2 147:9
161:11,13,14,22
162:13,15 165:5
179:19 183:8
188:21 200:4
211:17 216:7
222:14 237:16
241:14
trying 18:5 19:10
35:10 40:9 47:8
80:7 86:12 87:7
96:25 97:19 100:25
118:15 119:15,24
120:4,23 126:10
147:3 148:14
149:19 153:24
199:20 201:13
207:24
Tuesday 9:6 36:13
132:12 190:9,16
218:3 238:7 241:25
242:3,5,14
turn 29:16 74:8 81:19
82:8 109:18 139:3
144:18 184:11
191:12 209:16
Turning 23:24 49:9
76:2,11 85:12

143:11 195:12
231:13
turns 131:23 176:20
223:7
TV 40:4 110:21
115:22 116:17
117:2 120:20 121:4
212:17
Twain's 207:25
twelve 111:18
twice 194:16 229:16
two 10:4 12:15 20:20
20:25 43:2,2 44:2,2
44:2,3 58:3 59:2
63:14 64:22 80:2,10
83:12 84:12,13
85:11 107:11
113:25 115:7,8
124:25 128:20
129:21 135:24
148:8 161:15,21
165:14 166:21
167:5 170:22 186:2
213:15 223:12,23
224:10 240:12,15
type 178:20
typed 57:12
typed-in 57:19
types 81:14
typewritten 243:11
typical 166:5
typically 41:19,21
45:16,18,18 52:12
78:20 126:7,9
163:15 166:18
167:12 176:5
typing 188:2

U

ultimately 17:24 51:5
230:22
umbrella 170:7
unanswerable 204:20
unaware 132:10

uncircled 104:16
unclear 68:6
underbrush 103:19
undergrad 38:3,4
underlying 66:14
217:6
undermined 60:18
understand 5:25 9:17
11:8 20:14 22:21,25
30:3 31:8 33:7 47:8
66:24 70:12,13,23
70:25 71:3,13 74:15
83:3 84:10 93:11
94:12,18 95:2 97:15
97:20 99:21 103:8,9
103:9 110:10
119:25 127:24
133:18 136:22
139:19,20 148:14
149:20 157:15
166:25 188:20
194:21 195:22
198:21,23 212:19
214:11,15,25 225:2
225:7,10 235:2
236:3,17 238:19
241:4
understanding 11:20
29:22,25 30:24
31:12,17 34:11,16
49:19 67:21 74:10
77:17 82:10 97:20
102:3,6 105:7,8,18
105:19 128:5
133:21 135:18,21
139:14 140:3
148:15 169:18
182:4 186:2 190:3
203:6 215:13 234:6
235:20 236:22
239:17
understood 84:8 93:4
175:3 194:3
undoing 155:20

unfair 236:19
unfairly 240:8
unfortunately 94:9
109:18 126:19
225:4,5 226:14
United 1:2 7:12 46:5
47:7 51:24 80:19
81:2,13 116:18
172:5 193:9
universal 179:16
universally 85:4
universe 131:21
135:13 144:16
169:4,5,6 170:7,10
171:2,20 172:12
173:22 175:4
universities 53:7,19
83:18 84:7 130:16
170:18 229:14,18
246:14
university 1:3,7 7:10
7:11 8:4,7,9,12
12:25 13:5,11,17,19
15:18 16:2 28:25
31:15 32:2,14,15,17
32:22 33:13,15,20
33:24,25 34:3,12,21
37:22 38:19 39:18
61:16,19 64:12
65:11,13,18,25,25
68:9 71:7 76:15
78:17 82:13,17 83:2
83:6,23 85:15 86:3
88:9,9 90:4 92:5,8
92:12,16 95:14,16
95:24 97:3,8,14
98:8 100:5,8,10,19
107:3,5,7 113:18,19
114:16 116:16
126:21,22 127:12
131:17,25 139:9,10
139:11 144:11
145:14,15,16
147:22 148:7 149:2

SIMONSON00001043

151:2,21,22,25
152:3,5,7,8 153:13
156:14 157:23
165:10 166:11
167:7 169:9,13,15
169:22 170:13,24
171:13 173:11,15
174:21,22 182:13
182:14 184:16,16
184:20 188:3 192:6
192:8,8,13 193:4,6
193:8,14,23 195:15
195:15 197:16
198:6,8,17 200:3
202:5 210:3,4 245:4
245:4
**University's** 4:3,5
15:19 26:25 148:12
150:24 155:21
209:24 246:10,10
**unquote** 110:17
128:4 193:9
**unrelated** 189:3,18
**unreliable** 84:25
**unsurprised** 240:4
**untrue** 86:10
**untruthful** 84:15
**use** 4:25 28:20 47:10
61:8 76:20 85:4,6,7
86:16 88:2 90:22
91:11 165:4 167:9
179:23 182:25
183:2,3 226:23
234:8,12,19
**uses** 204:4
**usual** 8:23
**usually** 9:25 172:6
**U.S** 175:13,14

---
**V**
---

**valid** 28:13
**validate** 46:7
**validated** 47:8,13
**validation** 45:11,13

45:16,24 46:18,22
47:10,21,22,25 48:5
48:8,13,16,18 49:2
49:5
**validations** 46:2 48:7
48:21
**validity** 60:19 224:3
**valuable** 76:21
**value** 115:5
**valued** 114:4,5
**values** 35:17,21
**varies** 48:24 78:22
**variety** 51:25
**various** 51:19 162:6
179:12,20
**vary** 48:23 222:19
**varying** 54:18
**vast** 115:3
**verified** 114:9
**verify** 27:24 33:16
46:14 151:22 152:5
**version** 5:19 20:12,16
58:6 132:18
**versions** 58:3
**versus** 7:10 39:14
59:2,3 64:7 81:11
**vice-president** 225:22
**video** 2:17,18 7:17
**VIDEOGRAPHER**
7:5 8:13 63:4,12
101:18,21 126:2
128:18 129:5 183:9
183:14,23 232:22
233:5 242:16
**videotaped** 1:11 7:8
**view** 73:7 147:22
148:7 149:19
150:12,15 151:24
152:8,11
**viewed** 25:3
**views** 190:24 197:24
**violate** 60:10
**virtually** 20:5 125:7
153:18 155:25

165:14
**virtue** 127:14
**vs** 245:4

---
**W**
---

**wait** 58:4 77:7 88:5
91:25 119:13
132:13 133:3
155:10 196:2 222:2
**waiting** 55:10 240:11
**waive** 6:6
**waived** 3:5
**waiver** 5:8
**wake** 55:20
**walk** 136:11
**want** 6:19 10:16 15:6
18:18 19:14 22:5
23:3 25:4 26:6
29:11 33:6 43:4,17
43:23 44:18 47:18
47:19 62:19,20,22
70:24 78:7 80:4
84:22 85:9 88:25
89:5 101:16 102:2
118:12,24 122:2
136:15 142:19,24
143:12 145:6
152:23 153:3,4
154:2,3 168:24
169:12,16 171:11
176:19 180:19
181:19,22 210:14
234:11,15 236:6,19
237:12 239:21
240:8,22
**wanted** 9:19 37:10
50:12,15 57:24
76:25 79:6,9,9
81:21,22 83:10,11
85:16 87:17,19,20
96:2 122:4 126:17
131:17,20 132:16
136:16,23 164:5
169:10 186:12

196:14 218:7
225:25 226:3
233:25 241:2
**War** 35:23 36:3
**Washington** 111:17
111:20,24
**wasn't** 26:23,24
50:21 63:22 70:21
71:14,20 85:19 94:2
103:17 108:5,23
118:16 123:5 197:5
200:16,17,17,22
**watch** 115:23 116:19
116:20
**watched** 115:13
116:17 117:13
**waves** 175:21
**wax** 98:19
**waxed** 78:12
**way** 11:24 18:8,22
27:19 28:9 37:17
38:8 40:6 51:20
55:22 57:14,17,24
58:14 64:10,15,17
64:21 65:10 66:12
67:9,19 68:18,21,22
68:22,25 69:11,23
70:7 72:23 73:23
78:3 79:19 87:17
88:2 89:16,16,22
91:21 96:18,24
101:2,2 113:17
121:13 122:8
123:24 124:2 128:8
148:10 161:2
162:20,21 166:14
167:11,21 172:15
175:12 179:25
182:22 185:5 196:6
196:17 197:4 205:2
215:16 216:12
230:21
**ways** 37:18 38:19
39:8 40:8 51:19

---

SIMONSON00001044

Page 36

69:7,12 73:25 74:3
175:9 179:16 224:4
**website** 13:14 14:4,7
25:3,13,16,20 26:4
26:10,13,16,25
188:4
**websites** 14:5
**Wednesday** 238:8
**weed** 84:24 87:4
**week** 9:6 200:17
230:16,17 235:7,14
235:16 237:20,22
240:12
**weeks** 72:15 200:17
200:18 240:16
**weight** 227:20,24
**Weiner** 2:7 4:12 6:8
6:13,17 7:2,25 8:24
9:6,13 15:10 16:5
17:4,19,25 18:13
19:6 20:6,22 22:8
22:21,22,25 23:12
25:2 30:20 36:23
39:24 40:23 41:9
51:6 70:10,16,23
71:4,16,23 92:9
93:14,23 94:6 95:6
95:18,21 96:13 97:9
98:17 119:16,22
128:17 141:18,25
154:5,11,18 155:12
160:7 171:7 173:25
186:10 187:8,14
199:11,15 201:2,3
201:19 202:11,24
203:13,23 204:6,18
225:16 228:12
230:8 232:8 233:18
234:22 235:6 236:3
236:17 237:21,24
238:11,24 239:20
240:14,19 241:9,16
241:19,24 242:6,10
242:15

**Weiner's** 28:11
**went** 12:19 20:2 44:5
76:23 77:11 111:19
141:4 191:5 208:4
226:10
**weren't** 50:6 56:11
73:11 83:15,16
124:3 125:11
158:14 164:21
167:18 205:18
206:14
**West** 7:21
**Western** 12:18
**we'll** 7:4 19:14 44:9
71:24 91:24 154:21
155:9 235:13
242:12
**we're** 10:13 37:2
62:11 80:7 83:21
90:15 102:2 105:5
108:8 115:20
128:15 152:12
173:18 201:3 202:3
202:5 212:7 233:10
235:11 236:14,22
237:16 238:4 239:4
239:13,25 240:11
**we've** 141:22 173:19
226:21 233:16
**whatsoever** 224:3
**WHEREOF** 247:20
**Widmore** 119:8
**Wiener** 8:2
**wife** 101:16
**willing** 165:13 216:6
**wise** 247:18
**witness** 6:20 8:15,17
18:17 22:24 93:21
94:7 199:14,17
241:17 246:3
247:11,20
**witnesses** 94:19
**woman** 213:22
**wonder** 223:11

**wonderful** 111:14
**wondering** 85:22
188:16
**Woojang** 82:12,17
83:6 107:3,7 165:9
167:7
**word** 20:2,3 21:15,16
23:19 41:24 76:20
77:7 91:17 102:8
115:14,14 126:16
138:5 150:7 196:16
202:10,12 204:5
209:9 231:21
**worded** 44:7,8 74:2
162:16
**wording** 5:11 41:16
47:3
**words** 15:14 19:4
20:18,21,25 21:4,8
21:8,10,13 24:17
77:2,12 133:13
145:19 150:14
227:9 232:3
**work** 9:22,24 11:18
12:14 18:2,7 20:17
22:4 168:5 178:18
226:25 228:14,15
231:23
**worked** 52:17,21
55:8 111:23
**working** 27:14,16
56:2
**works** 180:24
**world** 35:23 36:3
216:13 228:7
**worry** 241:9
**worse** 225:9
**worth** 200:10
**wouldn't** 57:19 58:25
61:16 64:19 67:22
68:3,3 69:20 75:25
84:20 88:20 90:12
90:13 99:23 102:23
103:15 109:12

122:15 124:5,7
142:11 160:10
168:5 174:18
182:21 189:24
194:24 196:12
214:19 224:2
**wow** 36:24 37:25
231:15
**write** 154:4 227:2
**writing** 30:19
**written** 73:21 204:21
232:2
**wrong** 98:10 115:15
138:10 179:24
**wrote** 20:3 76:22 77:8
224:9 225:11
229:23

---

**X**

**x** 1:3,9 108:6 246:2,6

---

**Y**

**Y** 8:16 63:16 108:6
129:9 184:3
**Yale** 1:7 4:4 6:2 7:10
8:9,11 15:20 31:19
31:21,24 32:7,16
33:15,16,19,24,25
34:3 37:21 38:3,11
38:12,13,15,17 64:4
64:5,7,7,13,14,24
65:2,7,13,16,18
66:3,6,7,8 67:25
68:10,12,13,15,16
69:2 70:3 71:11
73:9,14 83:23
113:18,19,23 114:8
114:16 126:20
139:10,11 140:17
140:19,23 141:2
143:16,18 144:11
145:15,16 146:17
148:11 149:16,18
149:22 150:9,11,23
151:22 152:5,7

SIMONSON00001045

| | | | |
|---|---|---|---|
| 156:9,11 157:21 | 219:23 222:5 | **1,000** 164:9 166:4 | **16** 75:9 173:10,16 |
| 160:3 164:16 | 223:25 226:14 | **1,043** 110:15 | **16.5** 47:18 |
| 174:21 184:15 | 236:4 238:11,24 | **1,187** 178:17 | **17** 173:10,16 |
| 190:6 192:10,12 | 239:20 242:8,10 | **1,250** 131:11 | **17.9** 136:8,19 151:19 |
| 193:8 195:15,19 | **year** 13:9 15:20 28:6 | **1,300** 58:19 90:9,16 | **18** 4:8 129:17 134:21 |
| 196:5,7,10,21 197:2 | 34:22 46:11 69:6 | 124:12 180:24 | 151:15,20 152:2 |
| 197:21,25 198:10 | 148:22 150:23 | **1,306** 49:16,21,25 | 169:7 170:9 171:3 |
| 200:13 202:3,7 | 155:17 156:11 | 50:16,24 54:19 | 171:24 172:6,9,19 |
| 208:22,22 209:24 | 188:15 198:11 | 123:12,17 124:6 | 173:3,5,12,19 |
| 210:4,9,17,20,24 | 200:9,13 203:11 | 132:3,8 133:7,16 | 178:11 181:2 219:6 |
| 211:2,8,19,23,24 | 204:15 205:18 | 136:21 139:5 | 220:23 246:12 |
| 212:4 213:6,21,23 | 208:14 209:24 | 145:19 | **19** 129:18 |
| 215:5,10 216:4,10 | **years** 10:4 12:10 35:2 | **1-A** 82:10,11 88:7 | **1940** 35:23 |
| 226:17,24 227:20 | 36:22 44:2,3 111:18 | **1.6** 177:21 179:4,5 | **1963** 160:21 161:7 |
| 228:2,20,23 232:14 | 116:20 170:14,22 | **10** 29:16 176:22 | |
| 245:4 246:10 | 171:14,22 172:24 | 220:4 | **2** |
| **Yale's** 15:25 38:4 | 173:23 206:24 | **10:10** 1:14 | **2** 46:19,19 85:12 |
| 50:5 72:25 148:20 | 212:11 228:2 | **10:13** 7:7 | 87:10,11 88:14 |
| 148:25 149:3,20 | **year's** 200:10 | **100** 49:4 112:16 | 130:18 131:7,7 |
| 150:13,16,18 | **year-end** 237:10 | **100s** 67:5 | 132:23 142:4,9 |
| 155:17 156:16,20 | **year-olds** 173:16,17 | **10173-1922** 2:6 | 168:12,13 177:17 |
| 157:6,12 158:3,9,12 | **yesterday** 45:20 | **11** 49:9 51:16 | 178:16 219:19,21 |
| 164:6 166:5 195:23 | 111:13 | **11.8** 219:25 220:7,10 | 224:12 246:13 |
| 197:12,13 208:16 | **York** 1:13,13,17 2:6,6 | 220:22 223:10 | **2-A** 85:13 88:21 |
| 210:11 213:20 | 7:15,16,21,22 8:19 | **11:23** 63:5,7 | 95:19 105:11,21 |
| 228:9 | 17:21 55:8 246:20 | **11:38** 63:8,13 | 106:18 107:15,24 |
| **yea** 83:9,10 84:25 | 246:20 247:3,5,9 | **12th** 247:21 | 108:14 |
| 107:9,13 115:6,16 | **young** 174:11 | **12:25** 101:19,22 | **2-B** 86:14 88:21 |
| 159:17 167:24 | | **12:57** 128:19,21 | 104:14 107:4 |
| **yeah** 13:6 48:10 | **Z** | **13** 173:24 184:11 | **2-C** 88:22 89:7 92:4 |
| 67:18 79:6 90:11 | **Z** 108:6 | 195:13 197:19 | 95:11,18,20,21 |
| 100:3,9 106:11,11 | **zero** 46:19 61:11 | 199:24 205:15 | 97:12,17 98:13 |
| 107:11,16 108:4 | | 206:9 209:20 | 100:5 101:5 104:12 |
| 111:7,9 127:23 | **0** | 210:19 | 105:2,10,23 107:20 |
| 130:3 138:8,22 | **05** 223:19 | **130** 246:13 | 108:15 |
| 140:14 142:8 | **06511-6433** 2:11 | **14** 129:17 134:14 | **2.7** 49:14 50:17 |
| 154:16 159:16 | | 135:25,25 136:2 | 219:22 220:6 |
| 161:13,24 176:9 | **1** | 142:10 151:14 | **2:16** 129:4,6 |
| 177:15,22 181:13 | **1** 4:10 23:17 46:19,19 | 168:25 173:23 | **20** 110:9 127:21,22 |
| 184:24 186:11 | 54:6 74:16 76:3 | 174:15,18 220:4 | 127:23 133:3 |
| 188:2 193:12 | 104:17 122:15,17 | **14.5** 47:18 | 138:16 147:17,21 |
| 196:15 197:22 | 122:20 123:9 | **15** 47:16 104:17 | 224:3 |
| 199:14 214:25 | 188:24 204:11 | 129:17 170:12 | **200** 124:14 |
| 215:24 216:13 | 208:15 246:9 | 173:17 236:15 | **2005** 212:10 |
| | **1st** 54:9 | | |

SIMONSON00001046

Page 38

**2006** 13:9
**2007** 211:2,3
**2008** 4:22 6:9 17:6,11
  54:6,6 81:19 130:16
  131:6 186:25
  188:23,24 204:11
  205:22,22 208:15
  246:14
**2010** 4:8 246:12
**2011** 1:14 7:7 129:3
  244:20 245:5
  246:19 247:22
**217** 246:15
**22** 144:23
**224** 246:16
**24** 81:2
**240** 142:13,14
**25** 152:9
**250** 178:18
**26** 139:3 143:12
**27** 148:2 150:20
  153:10 155:14
**274** 170:15 171:16
**28** 54:6 145:8,22
  173:13 188:23
**28th** 54:8 204:11

---
**3**

**3** 24:6 26:3 27:11
  46:19,20 48:9 82:8
  105:21 109:21
  110:17 113:11
  114:23 117:17,25
  118:5,19 121:19
  123:10 127:18
  131:8,8,10 132:7
  217:19,22 220:5
  224:12 246:15
**3,794** 178:17
**3.5** 147:21 148:6,10
**3:00** 54:13 55:19
**3:08-CV-00441** 1:6
**3:31** 183:15,18
**3:55** 183:19,24

**30** 80:23 114:6 125:5
  125:6 169:20 220:5
  223:13,24 224:4
**33** 209:16,18 215:20
  215:23 216:24
  217:14
**330** 142:14
**340** 2:5
**35** 173:13 180:24
**36** 180:24
**36.6** 178:4
**37th** 7:21
**39** 7:21

---
**4**

**4** 24:2,6 62:14 65:4
  73:3,4 109:19,22
  121:18 129:13
  140:10 191:14
  224:22 225:2
  229:22 246:9,16
**4,000** 219:12
**4-A** 62:15 63:21 64:3
  65:6,15,19 67:24
  72:3 73:10 140:17
  144:11
**4-B** 129:12,16,24
  132:25 133:11,22
  134:18,19,23 135:5
  135:6 137:14,15,22
  137:24 138:9,11,18
  138:20,21 140:11
  140:12 141:10,12
  142:9 151:13
**4.5** 178:14
**4:58** 232:23,24
**40** 81:9 124:16
**40s** 67:4
**406** 133:5,15 135:3
**41.3** 145:3
**42** 173:14 219:13
**44** 178:3
**46** 219:9
**48** 136:7,13 142:10

**219:**8
**48.7** 145:19
**480** 142:12
**487** 134:16,20 136:14
  142:12

---
**5**

**5** 73:3,4 112:15
  129:14,24 133:20
  140:15 144:7
  176:19,22 222:6
**5-A** 62:15 63:22 64:5
  64:22 65:8,11,20
  67:23 68:7,7,25
  69:25 71:5 72:3
  134:21 140:18
  144:12
**5-B** 129:17 132:25
  133:11,13,20,22
  134:21,23 135:6,6
  137:14,15,22,25
  138:9,11,18,20,21
  140:13 141:10,12
  142:13 151:14
  152:2
**5:06** 232:25 233:6
**5:12** 242:17,20
**5:30** 233:24
**50** 81:9 112:16
  124:12,15 176:20
  219:9,10
**500** 164:9,10
**52** 200:18 219:7
**54** 219:10
**56** 131:23
**568** 170:20
**58** 219:13

---
**6**

**6** 73:3,5,6,6,8 133:8
  133:23 134:4
  135:14 137:2,4,8,15
  137:17 138:3,12
  139:4,12,16 140:5
  140:16 141:7,11,13

**141:**15 142:6
**143:**18 144:8
**147:**18,20 149:14
**149:**14 150:8 151:8
  151:12 152:17
  235:12,23
**6-B** 129:12
**6:00** 233:24
**60** 49:6 116:14,16
  117:14 175:16
**60s** 67:5 228:5
**653** 124:13
**661** 134:22 142:14
**68.9** 139:7

---
**7**

**7** 1:13,14 7:7,15
  60:16 62:10 73:11
  73:12 129:3 139:13
  140:18,24 141:7
  144:6,13,16 148:2
  153:19 219:19
  235:23 245:5
  246:19
**7-A** 72:5,9 141:4
  144:22,23 145:3,9
  145:20 146:4
**7-E** 72:5 141:4
**7:42** 54:21
**70s** 228:5
**700** 180:23
**75** 175:19
**76** 53:24
**781** 181:5,7

---
**8**

**8** 73:12 140:14 141:5
  144:13 246:4
**8/10th** 122:21
**8/10th's** 123:9
**8:00** 56:9
**80** 48:14 175:19
**80s** 67:5

---
**9**

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00001047

**9/10th's** 178:9
**90** 48:14 223:8,9
**90s** 67:5
**900** 133:2,8,10,16
  134:25 135:5
  138:12,17 139:7,12
  145:13,18,21
**95** 169:23 219:19
  220:2
**99.9** 75:14

SIMONSON00001048

SIMONSON00001049

248

1

2    UNITED STATES DISTRICT COURT

     DISTRICT OF CONNECTICUT

3    - - - - - - - - - - - - - - - - ~ -x

     DONGGUK UNIVERSITY,                    :

4

              Plaintiff,                    :

5

                                            :

6         -against-                          Case No.

                                            :  3:08-CV-00441

7    YALE UNIVERSITY,                          (TLM)

                                            :

8             Defendant.

                                            :

9    - - - - - - - - - - - - - - ~ - - -x

10

11        CONTINUED VIDEOTAPED DEPOSITION of JACOB

12   JACOBY, Ph.D., taken by Defendant at the offices of

13   Day Pitney, LLP, 7 Times Square, New York, New York,

14   on Thursday, May 19, 2011 commencing at 9:10 o'clock

15   a.m., before Carol Mele, a Registered Professional

16   Shorthand (Stenotype) Reporter and Notary Public

17   within and for the State of New York.

18

19

20

21

22

23

24

25

SIMONSON00000898

| | |
|---|---|
| ...ANCES: | 1  Jacoby |
| | 2  THE VIDEOGRAPHER: We are |
| ...cDERMOTT WILL & EMORY, LLP | 3  now going on the record. The time |
| Attorneys for Plaintiff | 4  is 9:10 a.m. on May 19, 2011. This |
| 340 Madison Avenue | 5  is the continued videotaped |
| New York, New York 10173-1922 | 6  deposition of Jacob Jacoby, Ph.D., |
| BY: ROBERT A. WEINER, Esq., of Counsel | 7  in the matter of Dongguk University |
| AUDREY LU, Esq., of Counsel | 8  versus Yale University, under the |
| | 9  jurisdiction of the United States |
| | 10  District Court, District of |
| DAY PITNEY, LLP | 11  Connecticut. |
| Attorneys for Defendant | 12  This deposition is being |
| One Audubon Street | 13  held at 7 Times Square, New York, |
| New Haven, Connecticut 06511-6433 | 14  New York. My name is Omar Melendez, |
| BY: HOWARD FETNER, Esq., of Counsel | 15  and I'm the video specialist. The |
| FELIX J. SPRINGER, Esq., of Counsel | 16  court reporter is Carol Mele, and we |
| | 17  are representing Fink & Carney |
| | 18  Reporting, with offices located at |
| ALSO PRESENT: | 19  39 West 37th Street, New York, New |
| | 20  York. |
| Omar Melendez, Video Specialist, | 21  May I have an introduction |
| Fink & Carney Reporting and Video Services | 22  from counsel? |
| | 23  MR. WEINER: My name is |
| | 24  Robert Weiner, McDermott Will & |
| | 25  Emory, representing Dongguk |
| 249 | 251 |

| | |
|---|---|
| 1 | 1  Jacoby |
| 2  IT IS HEREBY STIPULATED AND | 2  University. |
| 3  AGREED that the filing and sealing | 3  MS. LU: Audrey Lu, |
| 4  of the within deposition be, and | 4  McDermott Will & Emory, also |
| 5  the same are hereby waived; | 5  representing Dongguk University. |
| 6  IT IS FURTHER STIPULATED AND | 6  MR. FETNER: Howard Fetner, |
| 7  AGREED that all objections, except | 7  Day Pitney, for Yale University. |
| 8  as to the form of the question, be | 8  MR. SPRINGER: Felix |
| 9  and the same are hereby reserved to | 9  Springer, from Day Pitney, for Yale |
| 10  the time of the trial; | 10  University. |
| 11  IT IS FURTHER STIPULATED AND | 11  MR. FETNER: Bob, we will |
| 12  AGREED that the within deposition | 12  continue to use the same |
| 13  may be sworn to before any Notary | 13  stipulations from Dr. Jacoby's |
| 14  Public with the same force and | 14  previous deposition? |
| 15  effect as if sworn to before a | 15  MR. WEINER: Yes. |
| 16  Judge of this Court; | 16  COURT REPORTER: You are |
| 17  IT IS FURTHER STIPULATED that | 17  still under oath -- |
| 18  the transcript is to be certified | 18  THE WITNESS: Okay. |
| 19  by the reporter. | 19  COURT REPORTER: -- okay? |
| 20 | 20  J A C O B   J A C O B Y, Ph.D., called as a |
| 21 | 21  witness, having been previously sworn, |
| 22 | 22  resumed and testified further as follows: |
| 23 | 23  DIRECT EXAMINATION BY MR. FETNER: (Continued) |
| 24 | 24  Q  Dr. Jacoby, I would like to show |
| 25 | 25  you a document we had marked as Exhibit 1 during |
| 250 | 252 |

Pages 249 to 252

SIMONSON00000899

```
 1              Jacoby
 2   the previous day of your deposition, which is
 3   the report that you submitted in this case,
 4   along with the six appendices. And I would like
 5   you to turn in particular to Appendix E, which
 6   is the survey questionnaire. And within
 7   Appendix E, I would like you to turn
 8   particularly to page 3.
 9        And you see — I know this is an
10   issue we discussed during the previous day of
11   your deposition, but beneath Question 2-C there
12   is an instruction that begins, If the answer to
13   Question 2-C is yes; do you see that?
14        A   Yes.
15        Q   And the rest of that instruction
16   goes on to describe the Shin Jeong Ah incident;
17   do you see that?
18        A   Yes.
19        Q   How did you come up with that
20   definition of the Shin Jeong Ah incident?
21        A   I'm going to try and recreate what
22   I believe must have happened. I prepared a
23   description based upon my reading of the
24   complaint and in discussions with counsel,
25   shared it with counsel, and I don't know if
                                              253
```

```
 1              Jacoby
 2   counsel had any suggestions to modify it. He
 3   may have. But ultimately, obviously, the two of
 4   us agreed that was an appropriate description of
 5   the incident.
 6        Q   Okay. I would now like you to
 7   turn to the next page of the same document which
 8   is page 4. And immediately after Question 3
 9   there's an instruction that says, Please also
10   answer the remaining questions based on
11   everything you remember seeing, hearing and
12   reading about the Shin Jeong Ah incident.
13        And my question about that
14   instruction is, was it your intent that
15   respondents answer the remaining questions based
16   on what they believed to have happened or based
17   on what they remembered reading about what had
18   happened?
19        A   Based upon, actually, both. I
20   mean, I asked them whether they believe it or
21   not, so we get to that, but I'm telling them,
22   hey, everything you — essentially, everything
23   you know you have in your head, regardless of
24   what source you got it from, please use that as
25   the frame of reference for answering my
                                              254
```

```
 1              Jacoby
 2   questions.
 3        Q   And if, as you say, everything
 4   that a respondent has in his or her head
 5   contains contradictory information, for example,
 6   one source says Dongguk wrote to Yale about
 7   Shin. Another source says Dongguk did not write
 8   to Yale about Shin. Hold would you expect a
 9   respondent to answer these questions?
10        A   Based upon their beliefs. These
11   are all opinion questions, what's your opinion
12   now? I, as a respondent, factor have factored
13   in all of this information and here's my opinion
14   at this point in time.
15        I mean you, by example, you read
16   things about prospective political candidates
17   for president. You read some positive things,
18   some negative things. Nothing is all positive
19   about a candidate. You arrive at a decision.
20   You're going to a vote for candidate X even
21   though you may think there are some negatives
22   about that candidate. I mean, this is what we
23   do as human beings. This is nothing
24   exceptional.
25        Q   When you prepared the
                                              255
```

```
 1              Jacoby
 2   questionnaire and this instruction in
 3   particular, did you understand that the record
 4   that respondents might have been familiar with
 5   from the media contained conflicting
 6   information?
 7        MR. WEINER: I'm going to
 8        object to the form of the question.
 9        I don't think it's clear, but if you
10        want to show him something.
11        MR. FETNER: I would like
12        him to answer the question, Bob.
13        MR. WEINER: But it contains
14        a statement that is not a fact. You
15        say conflicting information. I have
16        no idea what you're talking about.
17        MR. FETNER: Okay.
18        Q   But — but do you understand what
19   I'm talking about, Dr. Jacoby?
20        A   The media often contain
21   conflicting information. And as I tried to
22   indicate in my response to your earlier
23   question, as individuals we process that
24   information and decide what to believe, what not
25   to believe, and how to integrate it and come up
                                              256
```

Pages 253 to 256

Fink & Carney Reporting and Video Services

39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000900

Jacoby

1  with a cohesive, overall opinion at whatever
2  instant in time that opinion's being measured.
3      So, yes, there may have been
4  conflicting information. In fact, there most
5  likely was conflicting information, but all of
6  us cope with that daily. This is not a problem.
7      Q   So you expected respondents to
8  essentially sift through everything they had
9  seen or heard and read and make a determination
10 as to what they believed to have happened?
11     A   The simple answer is yes.
12     Q   Turning to Question 4-B, which is
13 further down on page 4 of the questionnaire,
14 which asks, Do you think your belief that
15 Dongguk University did not contact Yale
16 University to verify whether Shin Jeong Ah
17 received a doctorate degree has affected or
18 changed your view of Dongguk University, do you
19 think people can reliably recall what affected
20 their views a year earlier?
21     A   They may, they may not. It
22 wouldn't be totally reliable, but since I
23 couldn't go out and do an experiment with the
24 Korean population and take half of them and,

257

Jacoby

1  say, never expose them to this information, I
2  had to -- excuse me -- use a question that asked
3  them to self-reference. Do you think there was
4  a change a result -- as a result, excuse me --
5  of your knowledge of this entire affair,
6  incident? I have -- I think it's a perfectly
7  legitimate question.
8      Do you think your opinion of
9  Arnold Schwartzenegger changed as a function of
10 finding out that Arnold had an affair with a
11 maid in his household at the time that he was
12 married to his wife and, et cetera. I mean,
13 yeah, I think my opinion changed as a result of
14 finding that out.
15     Q   And do you think if you were asked
16 that question a year from now you'd be able to
17 answer it just as easily as you can answer it
18 today?
19     A   Probably as easily, yes.
20     Q   Last time I had asked you what the
21 net of the yes responses to Questions 4-B and
22 5-B was. And I understand that the answer to
23 that may depend on information we've obtained
24 since your previous deposition. And maybe the

258

Jacoby

1  most sensible thing to do before we I ask a
2  question is to introduce the subsequent
3  information that we've, in fact, received.
4      MR. FETNER: Could you mark
5  this, please?
6      (A document entitled Public
7  Opinion Survey Report on University
8  Image, December 2008 was marked as
9  Deposition Exhibit No. 5 for
10 identification, as of this date.)
11     Q   Dr. Jacoby, I'm now showing you a
12 document that's been labeled Exhibit 5. Have
13 you seen this document before?
14     A   Yes.
15     Q   Can you tell me what it is?
16     A   It is the same report -- excuse
17 me -- except I -- I point your attention to
18 Bates No. 478, the cover page, and you notice
19 under December 2008 it says, 2011 Revised.
20     Based upon your questions and --
21 we went back to Korea to find out what exactly
22 had happened because we had thought something
23 happened and, apparently, it didn't happen the
24 way we had thought it had happened. And we

259

Jacoby

1  found out some data had to change, and so we had
2  them run the table, run the data, issue a new
3  report and at the same time, as I think you were
4  informed, also put on the numbers of respondents
5  that were involved for each questioning, so it
6  now contained the -- the answer to your question
7  about the net.
8      Q   So that's exactly where I was
9  going to go next. Can you tell me now what the
10 net of the yes responses to Questions 4-B and
11 5-B was?
12     A   Yes. Those were the people who
13 were asked Question 6 and that net is 394 as
14 indicated on Bates No. 494.
15     Q   Can you just tell me what exactly
16 you did since the previous deposition to try to
17 get to the bottom of this issue?
18     A   First, I took a look at a
19 translation and sitting down I saw the
20 translation actually said what I wanted it to
21 say, but I could see how it could be confusing.
22 In any event, I asked that counsel contact the
23 folks in Korea with someone who could interpret
24 for them; they did. We found out that as a

260

Pages 257 to 260

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018       (800) NYC-FINK * (212) 869-3063

SIMONSON00000901

Jacoby

```
 1             Jacoby
 2   result of that instruction what TNS in Korea did
 3   was counted some people in -- they -- they
 4   counted -- in asking Question 6, they counted
 5   people who shouldn't have been counted in
 6   addition to counting people who should have been
 7   counted.
 8         We asked them to back out the
 9   people who should not have been asked the
10   question. They did and that's what we now have
11   with the answer 394, based on 394 people. I
12   subsequently then revised my own report to make
13   clear what had happened.
14         Q   When you said a moment ago that
15   you looked at the translation, what document are
16   you referring to?
17         A   Appendix -- this very same
18   appendix we are looking at, Appendix E in Jacoby
19   Exhibit 1, and the translation being what we
20   were talking about on page 5 immediately above
21   Question 6.
22         Q   Okay. And just so we're perfectly
23   clear, this document, Appendix E, is not the
24   version that you originally drafted, correct?
25         A   This is -- correct. It is the
                                              261
```

Jacoby

```
 1             Jacoby
 2   back translation from what I drafted.
 3         Q   Do you recall what you drafted
 4   with respect to this instruction preceding
 5   Question 6?
 6         A   Do I recall? Not with precision,
 7   but it had the same meaning.
 8         Q   Okay. So there was not, in fact,
 9   a translation error?
10         A   There was a translation error. It
11   was confused -- it was confusing for them, as it
12   was to me and I -- presumably to us when we
13   looked at this, you know, what was going on here
14   do. So I guess in an effort to be safe rather
15   than sorry, they, in conducting the analyses, in
16   conducting the interviewing, asked more people
17   than they should have been asked this question
18   than should have been asked this question.
19         Q   Can you tell me what the
20   translation error was?
21         A   Sure. It -- it confused them, as
22   it was confusing to me and to us. And so, as I
23   said, rather to be safe than sorry they asked
24   all people or many more people this question
25   than should have been asked this question.
                                              262
```

Jacoby

```
 1             Jacoby
 2         Q   Okay. Well, do you understand
 3   which people they did ask the question of?
 4         A   Yeah, I do. They should only have
 5   asked the question of people who I think --
 6   let's go to 4-A. In 4-A on page 4, they should
 7   have only asked the question of people who gave
 8   a two answer, but instead they also included
 9   people who gave a one answer and may have -- in
10   fact, I don't recall as I sit here now -- they
11   may have, in fact, also asked people who gave a
12   three answer. But I know for sure they asked
13   people who gave a one answer.
14         The same applies to Question 5-A
15   where as -- where they should have asked the
16   Question 6 only of people who said yes to
17   Question -- to Item 2. They also asked the
18   question of people who said yes to Item 1.
19         Q   Looking at Question 4-A, I see
20   immediately beneath the question but before the
21   answer choices is a statement that says, Ask the
22   examples in the questions in rotation.
23         I take it that means that Nos. 1
24   and 2 should have been rotated in the order in
25   which the questioner presented them to the
                                              263
```

Jacoby

```
 1             Jacoby
 2   respondents?
 3         A   No. The -- these were -- the
 4   instructions, this was programmed into the CATI,
 5   as I explained how those things are done,
 6   Computer Assisted Telephone Interviewing, so the
 7   interviewer never had to rotate. It was
 8   automatically rotated for them by the computer.
 9         Q   Oh, so this, Ask the questions --
10   ask the examples in the questions in rotation is
11   essentially an instruction to the computer; is
12   that what you're saying?
13         A   No, it's not. It's an instruction
14   to the people who prepared the program to ask
15   the questions, so it's an instruction to the
16   programmer.
17         Q   Okay. So when the questioner is
18   going through the questions, half of the time
19   choice one will precede choice two and half of
20   the time choice two will precede choice one?
21         A   That is correct.
22         Q   I noticed Question 5-A does not
23   include the same instruction. Do you know if
24   the people who programmed the computer for
25   Question 5-A did, in fact, receive that same
                                              264
```

Pages 261 to 264

SIMONSON00000902

Jacoby

1  instruction?
2      A    I believe it did because I believe
3  my -- my version which went to them a week
4  earlier had indicated that they should do that.
5
6      Q    But do you know if it actually
7  did?
8      A    I believe it did because if you
9  take a look at page 5 you'll see all of these
10  thing are rotated. Question 6 has the same
11  instruction, Question 7-A and B and C and D, et
12  cetera, and I believe that they would have
13  followed suit. It was my instruction.
14      Q    In what form did you give that
15  instruction?
16      A    It was on my version of the
17  questionnaire that went to them.
18      Q    But did you give that instruction
19  orally as well?
20      A    I don't recall if I did.
21      Q    When -- when the issue of who was
22  asked Question 6 arose in the previous day of
23  your deposition, you had said you were going to
24  check your computer files to figure out what
25  happened. Did you, in fact, do that?

265

Jacoby

1      A    Yes.
2      Q    What files did you check?
3      A    I checked the version of my -- my
4  questionnaire that I -- the version that they
5  used to translate into Korean to then get back
6  to this version.
7      Q    Did you look at anything else in
8  your files?
9      A    That was essentially it.
10          MR. FETNER: That document
11      has not been produced to us. I'm
12      not entirely sure why. I don't
13      think, Bob, that there's any need to
14      take yet another day of Dr. Jacoby's
15      time to question him about it, but I
16      do think that document should be
17      produced to us.
18          MR. WEINER: Was it produced
19      in hard copy?
20          MS. LU: I don't think we
21      had it.
22          MR. WEINER: I don't think
23      we had a version of it, so you'll
24      have to print it out. That's fine.

266

Jacoby

1          MR. FETNER: If there's any
2      way we could get today just to --
3          MR. WEINER: I don't know.
4          MR. FETNER: Well, we can --
5      we can discuss this during a break,
6      but if there's any way, we would
7      appreciate it.
8  BY MR. FETNER:
9      Q    Can you recall anything else that
10  you looked at in your computer since the
11  previous deposition to answer this question that
12  we've been discussing?
13      A    Well, clearly, I did look at my
14  report, the electronic copy of my report, which
15  I then revised.
16      Q    Anything else?
17      A    Not to my recollection.
18      Q    Okay. Take a look, please, at
19  Question 6 which is on page 5 of Appendix E.
20  That question asks, How has your view of Dongguk
21  University changed after coming to know about
22  the Shin Jeong Ah incident. And I'm focusing in
23  particular on the word after.
24          Was it your intention that people

267

Jacoby

1  answer this question based on how their views
2  changed as a result of coming to know about the
3  Shin Jeong Ah incident?
4      A    Yes.
5      Q    And is that how you intended the
6  question to read or did you intend to include
7  the word after?
8      A    Well, it does include the word
9  after and talks about changed after, so I don't
10  understand your question.
11      Q    Okay. So -- so to your
12  understanding asking someone how their views
13  changed after coming to know about the incident
14  is synonymous with asking them how their views
15  changed as a result of coming to know about the
16  incident?
17      A    Oh, I see. You know, it -- it is
18  difficult enough to do translations into a
19  foreign language. I think they're essentially
20  conveying the equivalent meaning and this is
21  exactly what I wanted to know, after coming to
22  know about it. Implicitly, it says, as a
23  function of having learned about it. I don't
24  see how anyone would come out -- it's what's

268

Pages 265 to 268

SIMONSON00000903

```
 1              Jacoby
 2   called a pragmatic implication. It's implicit
 3   in there.
 4       Q   Okay.  Take a look at Exhibit 5,
 5   please, one more time, which is the -- the TNS
 6   document and, in particular, page 15 of that
 7   document which is Bates No. 494.
 8              My understanding is that the -- in
 9   494 is all the people who said in response to
10   Question 4-B or 5-B that their views about
11   Dongguk University had changed?
12       A   Correct.
13       Q   Can you explain how 59 of those
14   people nevertheless said they don't know how
15   their views changed, if they were more positive
16   or more negative?
17       A   Yeah, easily.  A lot of people say
18   something and then when you probe a little
19   further they don't have an answer.  It's
20   changed.  I don't know how.  This is being
21   human.  That's how I can explain it --
22       Q   Well --
23       A   -- not being an automaton.
24       Q   Okay.  So do you think those
25   people's views of Dongguk had not actually
                                              269
```

```
 1              Jacoby
 2   changed?
 3       A   No, I think it may have changed.
 4   They just can't explain how.
 5       Q   Is there some third category
 6   beyond becoming more positive or more negative
 7   that would nevertheless reflect a change?
 8       A   I can't think of one.
 9       Q   I'd like you to take a look now
10   at, once again, Appendix E to your report.  And
11   still on page 5 of that document can you tell me
12   the purpose of the instruction immediately
13   preceding Question 7 which says -- I'm sorry.
14   It's actually labeled Question 7, immediately
15   preceding Question 7-A, which says, From now on,
16   I will ask you a few questions related to the
17   affect Dongguk University's actions regarding
18   the Shin Jeong Ah incident had on Dongguk
19   University students, alumni, faculty and the
20   Republic of Korea, so why include that
21   statement?
22       A   Why?  Because it provides them
23   with a frame of reference.
24       Q   Do you think looking at Question
25   7-A on its own the question itself wouldn't
                                              270
```

```
 1              Jacoby
 2   provide that frame of reference?
 3       A   I think it's more clear by
 4   providing the framed reference from Question 7.
 5   I'm not playing any tricks on them.  I'm not
 6   telling them in Question 7 which way to answer
 7   Question 7-A, 7-B, et cetera.  I'm saying, okay,
 8   now I'd like you to think about how the incident
 9   affected your opinions about these issues.
10       Q   You don't think that Question 7
11   implies that Dongguk's actions regarding the
12   Shin Jeong Ah incident, in fact, had an affect
13   on the various institutions listed?
14       A   Well, they could answer don't know
15   or no opinion.
16       Q   I'm asking in particular about the
17   statement that's labeled Question 7.  Do you
18   believe that statement, putting aside the
19   subsequent question, but do you believe that
20   statement implies that Dongguk's actions had an
21   affect?
22       A   It may.  It may.
23       Q   Do you think that's problematic in
24   any way?
25       A   Yeah, I do think it's
                                              271
```

```
 1              Jacoby
 2   problematic -- you mean, no, no.  I think I'm
 3   misinterpreting problematic.
 4       Q   Okay.  Let me -- let me ask the
 5   question more clearly, then.
 6              Do you think the fact that the
 7   statement that's labeled Question 7 may imply
 8   that Dongguk's actions had an affect is
 9   problematic?
10       A   Not in the context of your earlier
11   questions.  I don't think so.  So we can go
12   through them, because everything is interpreted
13   in terms of what came before.  So we've
14   established that they're familiar with the
15   incident.  Let's see.  We asked them what they
16   did.  I don't -- I don't see a problem.
17       Q   Okay.  Questions 7-A through E ask
18   about Dongguk University's actions in the Shin
19   Jeong Ah incident.  Do you know what actions
20   respondents had in mind when they answered those
21   questions?
22       A   Again, that's the instruction, you
23   know, that you had me read on page 4 just above
24   Question 4-A:  Answer the remaining questions
25   based on everything you remember seeing, hearing
                                              272
```

Pages 269 to 272

SIMONSON00000904

Jacoby

1  and reading about the Shin Jeong Ah incident.
2  So whatever they knew, that's the foundation for
3  their answers.
4      Q    And you don't know what it is that
5  the respondents actually did know?
6      A    I don't think I have to.
7      Q    Why not?
8      A    They heard about the incident.
9  They now have an opinion as a result of hearing
10 a lot about the incident. What's your opinion
11 as a result of hearing about the incident?
12     Q    Okay. Well, it doesn't ask about
13 hearing about the incident. It asks about
14 Dongguk University's actions in the incident.
15     And that's what I'm focusing them
16 on, Dongguk University's actions in the
17 incident.
18     Q    And -- and you don't think it
19 matters what the respondents had seen or read or
20 heard about the incident?
21     A    They could have -- given the press
22 coverage, they could have seen a hundred
23 different articles, heard a number of different
24 reports, broadcast reports. I don't think they

273

Jacoby

1  week. I'm assuming you wore a tie at least two
2  or three days a week. Which ties do you wear?
3  And if you're not most people, you probably
4  don't remember.
5      Q    Okay. Yet for the questions that
6  you did ask in the survey, you trust the
7  respondents' memory to answer those questions
8  accurately?
9      A    Yes, I do because we form overall
10 opinions and impressions of Arnold
11 Schwartzenegger of Tiger Woods, et cetera, that
12 we carry around with us as a result of
13 everything we've heard.
14     Q    Turn, please, to page 6 of
15 Appendix E. For questions -- well, I'll ask the
16 same questions for Questions 8 and 9. Do you
17 know if the answer choices were rotated for
18 those two questions?
19     A    Excuse me. I don't know. I don't
20 know -- I don't know as I sit here.
21     Q    And now I'd like you to look at
22 the very bottom of the page. There's a
23 statement that says, When tabulating the data,
24 use responses of yes to Questions Q-9 and Q-10

275

Jacoby

1  could. In fact, there's evidence, research
2  evidence, to indicate that a lot of this
3  information that we get from different sources
4  eventually gets sort of molded into one --
5  called cognitive network and we cannot -- excuse
6  me -- remember the source, which source gave us
7  which message, what message we got when.
8  There's an awful lot of -- memory is also
9  reconstructive. There's a lot of evidence on
10 that.
11     And so at this point in time I'm
12 saying, okay, you know, what's your opinion?
13 And they can't go back. I mean, it would be --
14 okay, was it the article on August 18th that
15 appeared in this periodical or the article on
16 August 23rd that appeared in that -- that's not
17 going to happen a year after, which is when the
18 survey took place.
19     Q    Would it have been possible --
20 would it have been possible closer in time to
21 the actual events?
22     A    Probably not. Mr. Fetner, do you
23 remember what ties you wore last week?
24     Well, wait a moment. That's last

274

Jacoby

1  as separate banner points.
2      Can you tell me what that means?
3      A    Yes. A banner point is an
4  analytic group and what I wanted to be able to
5  do and what I, in fact, did, if I can refer you
6  back to here -- here, I'm sorry, being Jacoby
7  Exhibit 5, the three key groups, that's how --
8  those are two of the questions, the third being
9  Question D-3 on the next page of Appendix E to
10 Exhibit 1, Jacoby 1, but those three questions
11 are the basis that I had for separating out the
12 groups of interest.
13     Q    Okay. The instruction at the
14 bottom of Q-6, page 6, excuse me, refers to
15 Questions Q-9 and Q-10. Should that have been
16 Q-8 and Q-9 because I don't see a Q-10?
17     A    Yeah, I guess it should have been.
18     Q    So there was no additional
19 question that somehow was not reflected in this
20 document?
21     A    Correct.
22     (A document entitled, To
23 What Extent has Dongguk University's
24 Reputation Been Damaged by Yale

276

Pages 273 to 276

SIMONSON00000905

Jacoby

1
2    University's Actions in the Jeong Ah
3    Shin Degree Forgery Incident, dated
4    March 16, 2010 was marked as
5    Deposition Exhibit No. 6 for
6    identification, as of this date.)
7        Q    Dr. Jacoby, I'm now showing you a
8    document that's been labeled Exhibit 6. Can you
9    tell me what this document is?
10       A    Yes. As a result of getting the
11   revised analyses, I then revised my report. And
12   as you can see on page 1, it indicates it was
13   revised as of May 12th of this year and this was
14   provided to counsel to provide to you.
15       Q    Could you point me to what
16   specifically has been changed in this version of
17   the report?
18       A    There -- I can give you some
19   general indications and -- but I don't know if I
20   can give you specifics. I can tell you in
21   general what changed.
22       If we go to page 12, what I did do
23   starting at the bottom of page 12 -- this is
24   based on recollection. If you compare this
25   version which is Exhibit 6 with Exhibit 1, maybe
                                           277

Jacoby

1
2    that's the best way for me to do it. Starting
3    on page 12 at the very top you see Exhibit 1
4    says 69 percent. It really should have been
5    59 percent. There's a typo there. The 900
6    response on the next line which was in Exhibit 1
7    should have been 767 after doing it correctly.
8        If you go back -- well, fourth
9    line says remaining 31 percent of the
10   respondents is actually 41 percent of
11   respondents. Instead of 406 it's 539. If you
12   place it side by side, you will begin to see
13   where these changes occur. So in the summary up
14   front I made those changes on that page.
15       Then if you go to -- okay. If we
16   go to page 26 of both reports, you will see the
17   first full paragraph is shorter. I realized
18   that in trying to talk about Question 6 and 7,
19   the latter of which I talk about later, it was
20   confusing, so I changed that paragraph. And I
21   also incorporated the correct number there which
22   was the 394, not the 900.
23       And then what you will find is
24   that the numbers change in this two-page
25   section. For example, under the question, How
                                           278

Jacoby

1
2    has your view of Dongguk University changed
3    after coming to know about the Shin Jeong Ah
4    incident, it says in response to Question 6, it
5    originally said 37.1 percent of all the
6    respondents in the sample and now it says
7    24.8 percent. The 3.5 percent goes down to 0.8.
8        Also what I did since the zero --
9    the 3.5 went to 0.8, I took out the first couple
10   of sentences, first four lines of the first
11   paragraph on paragraph -- on page 27 in Jacoby
12   Exhibit 1 and because that -- it just didn't
13   make sense to talk about .8 percent. Point --
14   0.8 percent, 3.5, that already made sense, so
15   you'll see that changed. And then the numbers
16   in this two-page section change. The correct
17   numbers are put in, in place of the numbers that
18   appeared there before.
19       To give you concrete examples,
20   you'll see there are three bullet points in
21   Exhibit 1 spanning pages 27 through 28 under
22   three subgroups. Those three bullet points now
23   appear on 27 in Exhibit 6. And you'll see in
24   each case the percent -- although the -- the raw
25   number on which it's based is smaller, the
                                           279

Jacoby

1
2    percentage is higher in the rerunning than it
3    was in the original, I believe.
4        Q    The percentages look smaller to
5    me --
6        A    Yeah, you know what --
7        Q    -- in the second version.
8        A    I'm sorry. You're right. You're
9    right. I was looking at the wrong version going
10   back and forth. You're right. But those
11   numbers changed. Those are now the accurate
12   numbers.
13       Q    Getting back to something you had
14   said in your answer a moment ago, you say in
15   discussing the results of Question 6 where you
16   had previously explained or -- or at least
17   discussed the 3.5 percent of respondents who
18   said their views of Dongguk had become more
19   positive, now that number is 0.8 percent you are
20   no longer discussing it. Why not?
21       A    Because 3.5 percent of 1,300
22   people worked out to about 20 people and that I
23   was willing to discuss. .8 percent works out to
24   much, much less. It works out -- let me see if
25   I'm doing the math right. 3.5 of 100 is three
                                           280

Pages 277 to 280

SIMONSON00000906

Jacoby

1
2  and a half people.  I guess, no, that would be
3  more times 13, so it would be over 40 people,
4  right?  Thirteen times three is 26 is 39 -- it
5  would be over -- over 40 people.  .8 percent is
6  trivial.
7      Q   So do you have any opinion about
8  why those .8 percent would have said that their
9  view of Dongguk became more positive?
10     A   I think my opinion still applies.
11  I just didn't want to make a big deal out of
12  .8 percent.
13     Q   So you -- you still believe that
14  those people, looking back at your first report,
15  some or all of those people answered that way
16  because they had become aware of Yale's
17  admissions and apologies?
18     A   Well, if you read the full
19  sentence, it says, It is possible that all or
20  some proportion answered this way because they
21  had become aware of Yale University's eventual
22  admission.  I don't know if that's the case.
23  It's possible.
24     Q   Can you think of any other reason
25  those people might have answered that way?

281

Jacoby

1
2  full year after Yale University's admission and
3  apology, more than one-third of all adults in
4  Korea said their image of Dongguk University
5  became more negative, and I don't need to finish
6  the sentence.
7      My understanding is that you would
8  say that that should have been changed to
9  approximately one-quarter and it should no
10  longer say more than one-third?
11     A   You are entirely correct.
12     Q   Was it your intent in designing
13  this survey to gather information about
14  causation, that is, what caused the people to
15  express the beliefs that they were expressing?
16     A   Causation's implicit, but it was
17  not my intent to get at causation.  It was my
18  intent to get at their opinions at that point in
19  time.  It was a regular opinion survey.  It was,
20  for example, you know if we do a poll here --
21  we're getting into the political season -- if we
22  ask people, you know, which of the Republican
23  candidates are you likely to vote for?  And you
24  have Newt Gingrich and you have Mitt Romney, et
25  cetera, et cetera, and you get certain

283

Jacoby

1
2      A   Well, it could be random error.  I
3  don't know, but -- don't know.
4      Q   If you'll -- I see in what is the
5  bottom of page 26 of your most recent report you
6  say in that last paragraph, Thus, a full year
7  after Yale University's admission and apology
8  approximately one-quarter of all adults in Korea
9  said their image of Dongguk University had
10  become more negative as a result of the Shin --
11  of the Jeong Ah Shin incident.
12     I take it the approximately
13  one-quarter is meant to refer to the
14  24.8 percent that you discuss in the previous
15  paragraph?
16     A   Yes
17     Q   And where in the previous version
18  of the report you had said more than one-third
19  of all adults in Korea, I take it that was meant
20  to refer to the 37.1 percent that you had
21  included in that version of the report?
22     A   Correct.
23     Q   Turn to the last page of the most
24  recent report, Exhibit 6.  If you'll look there,
25  the fourth line on that page you say, Further, a

282

Jacoby

1
2  percentages that tells you what their state of
3  min and the likely intention to vote is at that
4  point in time.  It doesn't tell you what caused
5  them to appraise Mitt Romney or Newt Gingrich in
6  that way, but it's a good indicator of what they
7  think now and how their -- it's taken as a good
8  indicator of what they think now and how they're
9  likely to vote.
10     And that -- this is a public
11  opinion survey.  There is a self-referential
12  causal question which you and I were talking
13  about just a moment ago.  I return you to
14  Appendix E -- well, I don't have to -- when I
15  asked them, how has your opinion changed as a
16  result, you know, has it changed, that was the
17  first question and then, if so, how has it
18  changed, I'm asking them to tell me, if they
19  can, whether it's become more positive or more
20  negative.
21     Q   When you had said a moment ago
22  that causation is implicit, can just tell me
23  what you meant by that?
24     A   Sure.  There was no incident
25  prior, right?  I mean, you know here -- here --

284

Pages 281 to 284

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018        (800) NYC-FINK * (212) 869-3063

SIMONSON00000907

```
                    285
     Jacoby
 1
 2   we talked about this at some length last time
 3   and that is there's nothing in the record to
 4   indicate that there was a negative view of
 5   Dongguk University prior to this incident. The
 6   only things that I found indicated a positive
 7   view of Dongguk University prior to this
 8   incident. One can make a reasonable inference
 9   that it was this incident that caused these
10   people to have these opinions.
11        Q   Are you familiar with a concept of
12   focalism or anchoring? And I guess a subsequent
13   question that I'd like you to answer at the same
14   time is are those two things the same or are
15   they two different concepts?
16        A   I don't know what you mean by
17   focalism, so I can't tell you if they are the
18   same or different.
19        Q   Can you tell me what anchoring
20   means?
21        A   Yes. Anchoring is a technical
22   term used to refer to providing the respondents
23   in a study with an anchor, a marker against
24   which to benchmark their response.
25        Q   And is -- I'll try to ask this in
```

```
                    286
     Jacoby
 1
 2   as broad a way as I can. Does that concept come
 3   into play in any way in this survey?
 4        A   It may. I haven't seen how. I
 5   mean, anchoring is usually with providing
 6   numerical values. Let me give you an example.
 7   How many times a month do you have a headache?
 8   One, three, five or more as opposed to how many
 9   times a month do you have a headache of five,
10   15, 25 or more? Those are anchors. Those are
11   the benchmarks.
12        I haven't given any numerical
13   anchors so to speak here, so I don't think it's
14   applicable.
15        Q   In a public opinion survey like
16   this one, do you think it's important to conceal
17   the survey's objective from the respondents?
18        A   I think it is, yes.
19        Q   Why?
20        A   Because we don't want them to
21   respond in a way that -- there's some
22   respondents who have what is call a yea saying
23   or acquiescence response bias. They are more
24   likely to tell you yes if they think that's what
25   you want. That's part of the demand
```

```
                    287
     Jacoby
 1
 2   characteristic issue that you raised last time.
 3        Over here these respondents had no
 4   idea who was sponsoring the survey or for what
 5   purpose it was being or would be used. How
 6   could they know -- given that how could they
 7   know what -- what -- what was desired as a
 8   response? They couldn't.
 9        Q   Do you think it would be
10   significant to know if the respondents were
11   aware of litigation between Dongguk and Yale?
12        A   I think that was part of -- for
13   many of them that was part of what was in their
14   mind. Again, I'm asking them to give me their
15   opinion at that point in time based on
16   everything they know. And if they happen to
17   know about the litigation, that's part of what
18   they know. They may not agree with the
19   litigation. They may still -- you know, they
20   may still be of the opinion, you know, Dongguk
21   acted unethically. My questions asked them at
22   this point in time based on everything you know,
23   which may or may not include the litigation,
24   what are your opinions of Dongguk University and
25   how the incident has affected Dongguk
```

```
                    288
     Jacoby
 1
 2   University?
 3        Q   And does it matter if any of the
 4   respondents believed that the survey was being
 5   conducted for purposes of the litigation?
 6        A   I wouldn't think it would matter.
 7        Q   Apart from the particular issue of
 8   what responses a respondent might think that the
 9   person asking the questions would like to hear,
10   is there any value in disguising the general
11   subject of the survey from the respondents? In
12   other words, asking questions about a variety of
13   subjects so they don't even know that the survey
14   is interested in talking about the Shin Jeong Ah
15   incident at all?
16        A   Well, you could have done that.
17   Cooperation rates decrease as a function of
18   length of time of the survey. Problems
19   compound, especially in a cross-national survey
20   where you've got to have all kinds of
21   translations. I could have asked them about
22   Smith University or Mount Holyoke or some other
23   university in Korea. So what?
24        It's like an opinion poll here.
25   Let's go back to a presidential thing. I could
```

Pages 285 to 288

SIMONSON00000908

Jacoby

1
2  ask them what's your opinion of Howard Fetner
3  running for president? I have no idea if you
4  ultimately have political aspirations.
5      Q   I don't think you'd get a lot of
6  positive responses.
7      A   Well, your mother maybe. My
8  mother would vote for you, I'm sure, if she were
9  still here, but aside from that for what
10  purpose? I mean, here are their opinions of
11  Dongguk. That's what we want to know.
12      Q   Okay. So you don't think there
13  would have been any value in asking questions
14  about other universities or other incidents or
15  other issues to try conceal the fact that the
16  survey was really interested in thoughts about
17  the Shin incident?
18      A   But wait a moment. We did. We
19  asked about even non-existent universities and
20  two other existing universities, so how did they
21  know we were going to be asking about Dongguk?
22  Then we asked — when they indicated they knew
23  about Dongguk, we asked them three things about
24  Dongguk, one of which was totally false, one of
25  which had nothing to do with the Shin Jeong Ah

289

Jacoby

1
2  incident. So how — I mean, they — they didn't
3  know until we had to finally get into asking
4  them questions about the incident and its
5  impact.
6      I mean, this is what all the texts
7  tell you to do, use a funnel approach to get in
8  to ask the questions you want which is what we
9  did.
10      Could it, could it, could it, you
11  know, anything could — could happen. I mean,
12  if that's the nature of the question the answer
13  is, sure. You know, anything's possible, but
14  it's unlikely in this situation.
15      Q   Do you know how respondents'
16  answers of I don't know or I have no thoughts
17  about this were coded by either interviewers or
18  the computer system or however it's operated?
19      A   Yeah.
20      Q   Do you know how that was done?
21      A   Yes. The interviewer punched the
22  number or a letter corresponding to the I don't
23  know and it was tabulated that way.
24      Q   Do you have any concerns about the
25  abilities of the interviewers to accurately

290

Jacoby

1
2  understand what's meant by an I don't know or I
3  have no thought response and to code that into
4  the computer?
5      A   You know, you always have
6  questions about interviewers. That's why I went
7  to TNS. It was, you know, a superb
8  international, professional organization with
9  professional interviewers who do interviews all
10  the time and who themselves, unlike a number of
11  other major international survey research firms,
12  TNS has an ongoing facility and interviewing
13  service in Korea. They weren't sitting around
14  waiting for us and then at that point starting
15  from scratch to build up a professional
16  interviewing staff. They had these people
17  available and that's why I went to them.
18      So do I have concern? Yes, in
19  theory, I could but, no, not really. I went to,
20  you know, top notch professionals who do this
21  all the time.
22      Q   Can you tell me what the concept
23  of loaded words means?
24      A   Sure. Loading is an emotional
25  phrase. It gives an emotionality to a — loaded

291

Jacoby

1
2  is essentially emotionality in a — it evokes
3  emotionality. It's a term phrase or word that
4  would evoke an emotional thought or response —
5  response.
6      Q   And I take it you try to avoid
7  using loaded words in surveys?
8      A   Generally, yes.
9      Q   Why is that?
10      A   Well, not always. It depends. A
11  former brother-in-law, a Harvard lawyer who
12  unfortunately left law and went and became an
13  epidemiologist for the United Public Health —
14  U.S. Public Health Service used to interview
15  people with respect to venereal diseases because
16  the objective was to find the partners they had
17  and to stop or reduce the effect of at that time
18  gonorrhea and syphilis. They used emotional
19  language. They used leading questions which
20  were effective in eliciting responses that were
21  more truthful than neutral questions.
22      It depends. There are
23  circumstances under which even leading
24  questions, as I just illustrated, are highly
25  useful. In fact, I think you're allowed to ask

292

Pages 289 to 292

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000909

Jacoby

1    Jacoby
2    me leading questions, if I recall correctly, and
3    that may cause me to give you an honest
4    response. I see no problem with any of the
5    language used in my survey, especially the way
6    it was used.
7        Q    Okay. When you had said, putting
8    aside the issues of what epidemiologists might
9    do to gather information about
10   sexually-transmitted diseases, you said that in
11   your surveys you generally avoid using loaded
12   words?
13       A    I generally do try to avoid it
14   when they're not appropriate, yes.
15       Q    And my question to you is why is
16   that? Why do you generally avoid them?
17       A    Because, well, first, let's talk
18   about my surveys. My surveys are, A, totally
19   different. Generally, we're talking about
20   things like trademarks and trade dress. Over
21   here I don't know how you -- how you describe
22   the incident without saying the word forgery as
23   I did. I don't know how you describe the
24   incident without using words that have emotional
25   connotation.
                                            293

1    Jacoby
2        By the way, all words have
3    emotional connotation. Every single word does,
4    even nonsense syllables. There's literature on
5    that. You can tell your expert about that. All
6    words have emotional connotation.
7        Q    Okay, but getting back to my
8    question, why do you generally avoid using
9    loaded words in surveys?
10       A    I avoid them because it's not
11   necessary to describe what's going on in a
12   trademark or trade dress suit. You don't have a
13   comparable situation here where in order to
14   describe what actually happened you've got to
15   use words like forgery and shame. How else are
16   you going to get at it?
17       Q    You could have asked open-ended
18   questions.
19       A    And we would have -- we would be
20   here forever. I mean, we're talking not only
21   opened-ended questions being a problem
22   frequently in English and that's why you
23   frequently -- you generally ask open-ended
24   followed by primarily closed-ended questions,
25   but the translations back and forth and the
                                            294

1    Jacoby
2    nuances of the different languages never would
3    have been captured and we would have such a
4    muddy record, it would be -- the only word that
5    I can think of -- insane to do it.
6        Q    When you do surveys in the United
7    States, do you typically use open-ended
8    questions followed by closed-ended questions?
9    Is that -- I just want to understand what you's
10   said a moment ago. Is that generally --
11       MR. WEINER: When he's doing
12           trademark, trade dress surveys?
13       Q    Well, whatever surveys you
14   typically conduct in the United States.
15       A    I frequently will ask a
16   combination, usually open followed by closed
17   relying on -- depends on how it's said. There
18   are so many permutations, so I won't even go
19   into it.
20       Q    Getting back to the issue of
21   loaded words, I just want to be sure the record
22   is clear. Do you believe that forgery is a
23   loaded word?
24       A    It contains a connotation. My --
25   is it -- is it a good thing or a bad thing
                                            295

1    Jacoby
2    forgery? Do you have a visceral emotion to
3    somebody who is forgerer or not a forgerer?
4    Yeah, it's an emotional word, but how else are
5    you going to communicate that efficiently,
6    economically with language? Are you going to
7    run it out as a string of words, somebody who
8    said -- and I don't even know if this would be
9    free of emotion -- somebody who took someone
10   else's thoughts and words and used them
11   representing them as her own? Oh, boy, I don't
12   like that person either. I mean, but forgery is
13   a very efficient, economical way in terms of
14   language to get at it.
15       Q    And do you believe that shame is a
16   loaded word?
17       A    No, I believe shame has emotion to
18   it. Not every -- every word has emotion
19   affected with it.
20       Q    Do you believe that asking if
21   someone told the truth is a loaded phrase?
22       A    No. I just swore or at least I
23   did the other day to tell the truth, the whole
24   truth, and nothing but the truth. Is that
25   loaded? Give me a break.
                                            296

Pages 293 to 296

SIMONSON00000910



Jacoby

1  Q  And I'm not sure we've completely
2  covered the ground on this issue, but can you
3  just tell me what disadvantages there might be
4  from using loaded words in a survey?
5  A  If they're used inappropriately
6  and maybe that's the way I should put it because
7  they can be used inappropriately, if they're
8  used inappropriately they could shift response
9  one way or another.  I don't think any were used
10  inappropriately here.
11  Q  Okay.  And can you —
12  A  Excuse me.  By any I want to be
13  clear.  I don't mean any loaded word.  I mean
14  any words.  None of my words were loaded.  All
15  of my words had emotion attached to them.  I
16  don't think any were used inappropriately here.
17  Q  Okay.  When is it appropriate to
18  use loaded words in a survey?
19  A  Well, I gave you an example with
20  my former brother-in-law.  There are other
21  examples that — you know, it's case specific.
22  It — I have used word — loaded words in order
23  to elicit information, not trademark surveys but
24  in order to elicit truthful information from

297

Jacoby

1  respondents.  As I sit here now, you know, with
2  thousands of surveys under my belt, I can't
3  recall specifically which one.
4  Q  Is there some general rule about
5  when it would be appropriate?
6  A  I think it's judgment.  I think —
7  I think it's judgment.
8  Q  So it just depends on the
9  particular facts and context?
10  A  Yeah, you know what?  We could let
11  a jury decide if any of this was loaded.  I
12  suspect they'll understand it wasn't.  I'm
13  willing to put my judgment on the line and stand
14  behind it.
15  (Three-page document with
16  handwriting was marked as Deposition
17  Exhibit No. 7 for identification, as
18  of this date.)
19  Q  I'm now showing you a document
20  that's been labeled Exhibit 7.  Can you tell me
21  what this document is?
22  A  Yeah.  It's cetera a document from
23  a different study involving a class action
24  against JVC Victor Corp. involving 1080i and

298

Jacoby

1  1080p resolution.  And I have no idea how it
2  ended up in this file, but it did.  And that's
3  what — these are my hand tallies of — as you
4  can see, the questions are totally different.
5  Go to page 147 on this exhibit.
6  You'll see at the top Question 335, Question
7  350, et cetera, Question 370.  I mean, it has
8  nothing to do with this matter.  It is totally
9  in the file — I have no idea why.
10  Q  Okay.  So this document has no
11  relation to this case?
12  A  Exactly.
13  Q  You can put that one aside, then.
14  (Handwritten notes was
15  marked as Deposition Exhibit No. 8
16  for identification, as of this
17  date.)
18  Q  Dr. Jacoby, I'm now showing you a
19  document that's been labeled Exhibit 8.  Can you
20  tell me what this document is?
21  A  Yes.  It's my handwriting.  It
22  represents notes that I took either in speaking
23  with Mr. Weiner over the phone or at a meeting.
24  I don't — I don't — I could not tell you when.

299

Jacoby

1  It was obviously very early in this matter.
2  Q  And just, I guess, dealing with
3  the first page of the document for the moment,
4  is what you wrote there your notes of what Mr.
5  Weiner would have told you?
6  A  It would have been my
7  interpretation of what either Mr. Weiner or
8  Ms. Bae had told me, yes.
9  Q  Okay.  And looking towards the top
10  of the first page, it looks like there's a
11  vertical line and then a name written to the
12  right of that; do you see that?
13  A  Yes.
14  Q  Can you tell me what that name is?
15  A  Yeah.  Eric Greenleaf.  He's a
16  colleague of mine.  I wonder why I have that
17  there?
18  Q  But you are not aware of any
19  connection to this case?
20  A  No.  He — hmm.  What will
21  happen — this — this is a presumption.  This
22  was a phone call —
23  MR. WEINER:  Don't
24  speculate.

300

Pages 297 to 300

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018     (800) NYC-FINK * (212) 869-3063

SIMONSON00000911

Jacoby

1
2　　　THE WITNESS: Okay.
3　　　Q　Well, can you think of any way in
4　which that name relates to this case?
5　　　A　It does not at all in any way,
6　shape or form.
7　　　Q　Then I'm not interested in hearing
8　more about it anyway.
9　　　Looking toward the bottom of the
10　first page of this document, there is a line
11　that looks like it begins with the word
12　reputation; do you see that?  You have to say
13　yes?
14　　　A　Yes.
15　　　Q　Could you read that line out loud?
16　　　A　Reputation of university goes down
17　in prestige donations.
18　　　Q　Is that information that either
19　Mr. Weiner or Ms. Bae had told you?
20　　　A　Maybe, maybe not.  May be
21　something that I told them.  I can't tell.
22　　　Q　Well, why would you have told it
23　to them?
24　　　A　Because this would be my
25　interpretation based on the facts that I was

301

Jacoby

1
2　to be tested as a preliminary thinking on my
3　part.
4　　　Q　Okay.  Do you recall that is why
5　you wrote them or are you just trying to figure
6　it out now?
7　　　A　Trying to figure it out now.
8　　　Q　Have you done any additional
9　research relating to this case --
10　　　A　No.
11　　　Q　-- since your previous deposition?
12　　　A　Other than --
13　　　Q　-- apart from the issue of trying
14　to determine which respondents were asked which
15　questions in the survey.
16　　　A　No.
17　　　Q　Other than the documents you
18　mentioned earlier, have you read any additional
19　documents relating to this case since your
20　previous deposition?
21　　　A　No.  I don't know if it qualifies
22　as a document.  I saw a letter from Mr. Weiner
23　to you and from you to Mr. Weiner.  I saw two
24　letters.  If those qualify as documents, yes, I
25　saw those letters.

303

Jacoby

1
2　given.
3　　　Q　But you don't know if that's the
4　case or not?
5　　　A　That's what I said.
6　　　Q　Okay.  Look now at the very last
7　line of the first page of this document.  Could
8　you read that aloud?
9　　　A　Yeah.  Looks like by the time
10　apologies to DU, Dongguk University, Dongguk
11　University ashamed.
12　　　Q　Is that something that Mr. Weiner
13　or Ms. Bae said to you?
14　　　A　I can't recall.
15　　　Q　Turn, please, to the second page
16　of this document.  And it looks like your notes
17　there say, loss of reputation, negligence.  Then
18　beneath that looks like it says, damages.  And I
19　can't see what it says beneath that.  Can you
20　read that?
21　　　A　Donations applications.
22　　　Q　Okay.  Do you know what those
23　notes represent here?  Why did you write them?
24　　　A　It may represent my thinking of
25　what would happen.  It may represent what needed

302

Jacoby

1
2　　　Q　But nothing else?
3　　　A　Nothing else.
4　　　(A document entitled Expert
5　　　Agreement was marked as Deposition
6　　　Exhibit No. 9 for identification, as
7　　　of this date.)
8　　　Q　Dr. Jacoby, I'm now showing you a
9　document that's been labeled Exhibit 9.  Can you
10　tell me what that document is?
11　　　A　Yes.  It's the -- as it indicates
12　at the top of the document, it's an agreement
13　executed between myself and McDermott Will and
14　Emory in regard to this matter.
15　　　Q　Is this the only agreement you've
16　entered into with McDermott Will and Emory with
17　regard to this matter?
18　　　A　It is.
19　　　Q　Turning to paragraph 3, I guess
20　it's subparagraph 3-A discussing your
21　compensation, the document says, The firm shall
22　pay the expert a fee of $650 per hour for your
23　expert services and a fee of $850 an hour for
24　testimony given under oath.
25　　　Are those, in fact, the fees that

304

Pages 301 to 304

SIMONSON00000912

Jacoby

1  you have been paid for your work in this matter?
2  A   Well, I have been paid the first
3  fee. I have not yet invoiced anything for any
4  testimony under oath, but will be doing that
5  shortly.
6  Q   Are those standard fees that you
7  charge for your expert services or does your fee
8  vary from case to case?
9  A   Generally, I do have a standard
10  fee. There are some times I do work pro bono
11  with -- with either no fee or a reduced fee. I
12  did one for the City of New York, one a couple
13  of years ago. The -- I'm not sure. I think I
14  answered your question.
15  Q   Yeah. And so these are the
16  standard fees that you charge when you're not
17  doing work pro bono?
18  A   No. My standard fees are a little
19  higher.
20  Q   What are your standard fees?
21  A   Well, they are currently since
22  January 1 of last year 900 an hour for general
23  fees and $1,000 an hour for testimony.
24  Q   Okay. Well, if you turn to the
25

305

Jacoby

1  against another entity with the name Stanford, a
2  commercial firm, but that matter settled. So it
3  depends. Yes, I will on occasion reduce my
4  fees.
5  Q   Do you have any information about
6  how much money TNS has been paid for its work in
7  this case?
8  A   I don't.
9  (A document entitled Invoice
10  8014-D dated March 23, 2010 was
11  marked as Deposition Exhibit No. 10
12  for identification, as of this
13  date.)
14  MR. FETNER:  We can mark
15  this one too.
16  (A document entitled Invoice
17  8014-D dated March 23, 2010 was
18  marked as Deposition Exhibit No. 11
19  for identification, as of this
20  date.)
21  Q   I'm now showing you two documents
22  that have been labeled Exhibits 10 and 11. They
23  contain what appears to be your invoices in this
24  matter. And some of them appear -- some of
25

307

Jacoby

1  last page of Exhibit 9, it looks like this
2  agreement was entered into as of October 16,
3  2008; do you see that?
4  A   Yes.
5  Q   What were your standard fees as of
6  that date?
7  A   They -- they may -- I don't --
8  they were higher than this. I know that. I
9  could go back and look at what my expert
10  agreements of that -- of that era say, but they
11  were not my current rates which took effect a
12  year ago last January.
13  Q   Do you know what your standard fee
14  was immediately before you raised it last
15  January?
16  A   As I said, no, I don't. I'd have
17  to go back and look.
18  Q   Why did you not charge your
19  standard fees in this case?
20  A   I didn't in part because we were
21  talking about a university. In fact, there was
22  an instance that Stanford University came to me
23  several years ago and I was prepared to charge
24  less for doing research for Stanford University

306

Jacoby

1  these pages appear redundant of other pages.
2  And I just want really to understand if what is
3  stated in these invoices reflects accurately all
4  of the work that you have performed in this
5  case.
6  MR. WEINER:  Howie, would
7  this be a good time to take a short
8  break so I can use the men's room
9  and he can review the documents?
10  MR. FETNER:  Absolutely.
11  THE VIDEOGRAPHER:  The time
12  now is 10:24 a.m. This marks the
13  ending of Tape One. Off the record.
14  (Whereupon, at 10:24 o'clock
15  a.m., a recess was taken to 10:41
16  o'clock a.m.)
17  (The deposition resumed with
18  all parties present.)
19  THE VIDEOGRAPHER:  The time
20  now is 10:39 a.m. This marks the
21  beginning of Tape Two. On the
22  record.
23  J A C O B   J A C O B Y, Ph.D.,   resumed
24  and testified further as follows:

308

Pages 305 to 308

SIMONSON00000913

**Page 309**

```
 1                Jacoby
 2  BY MR. FETNER:
 3      Q   Doctor Jacoby, were you able to
 4  review those two sets of invoices during the
 5  break?
 6      A   Yes.
 7      Q   And can you now tell me if
 8  collectively Exhibits 10 and 11 accurately
 9  reflect all of the work that you have done on
10  this case, understanding that it doesn't include
11  your actual testimony at this deposition?
12      A   Or--
13      Q   Or the previous deposition.
14      A   Yes.  It seems if Exhibit 11 is
15  much more -- more complete than Exhibit 10 as
16  you can see from the very first page comparing
17  Bates No. 186 to Bates No. 226.  That said, it's
18  duplicative.  You can actually toss, which you
19  won't, Exhibit 10 because it's -- it's really --
20  Exhibit 11 has all the information you need.
21      Q   Okay.  So then let me ask that
22  question which is does Exhibit 11 accurately
23  reflect all of the time you've spent working on
24  this case, at least through the date indicated
25  on here which is March 23, 2010?
```

**Page 310**

```
 1                Jacoby
 2      A   Yes.  Let me see here.  Yeah,
 3  that's correct.
 4      Q   Have you submitted any invoices
 5  for your work in this case since March 23, 2010?
 6      A   I have not.
 7      Q   Have you done or -- strike that.
 8  I'll ask this a different way.
 9          Can you tell me what work you've
10  done in this case since March 23, 2010?
11      A   Probably a couple of hours in
12  preparation prior to my first deposition of a
13  week ago and then everything since then.
14      Q   But nothing else?
15      A   Nothing else.
16      Q   If you'll look in Exhibit 11, I'd
17  like you to turn to the page that's been Bates
18  stamped Jacoby 233, the second from the end; do
19  you see that?
20      A   Yes.
21      Q   It looks like, according to that
22  page, September 8, 2008 you started your report.
23  Is that the expert report that was ultimately
24  produced in the case?
25      A   Yes.
```

**Page 311**

```
 1                Jacoby
 2      Q   Is it your usual practice to start
 3  working on a report before you've conducted a
 4  survey?
 5      A   It will vary, but if I have the
 6  time and I know there's going to be a report I
 7  will start the report when I have the time.
 8      Q   Do you recall what work you did on
 9  the report before the survey was conducted?
10      A   The background material while it
11  was fresh in my mind, and that is if you were to
12  take a look at Jacoby Exhibit 1, I don't have a
13  Bates number copy here, but the background
14  section which begins on page 3 and goes through
15  page 9, at least maybe 10 -- through 10 is
16  something I would just prepare.  That's what I
17  was doing at that time.
18          MR. WEINER:  Howie, if this
19      is a good time?
20          MR. FETNER:  Yeah.
21          MR. WEINER:  You had asked
22      us if we had a copy of the document
23      that the witness had looked on the
24      computer.  We do.  He happened to
25      have one in his briefcase,
```

**Page 312**

```
 1                Jacoby
 2  ironically, so we had made -- yeah,
 3  there are some issues with some of
 4  the copying that was just done.
 5          MS. LU:  They gave us some
 6  partial copies.
 7          MR. WEINER:  So let me give
 8      you these copies.  We have one for
 9      each of you and the witness and so
10      we have our own copy.  So one,
11      two --
12          MS. LU:  That's mine.
13      That's yours --
14          MR. WEINER:  These two.  All
15      right.
16          MR. FETNER:  These are just
17      multiple copies of the same
18      document?
19          MR. WEINER:  Yes.
20          MR. FETNER:  Okay.
21          MR. WEINER:  And Audrey will
22      get a Bates stamped version during a
23      break.
24          MR. FETNER:  Okay.  And I'll
25      read it during a break and see if I
```

Pages 309 to 312

SIMONSON00000914

Jacoby

1           Jacoby
2    have any questions for the witness
3    about that document.
4       Q   Apart from what you have already
5    testified to, do you have any knowledge or
6    information about the experience or
7    qualifications of the interviewers who conducted
8    the survey or their supervisors?
9       MR. WEINER: I think you
10   asked that last time, but he can
11   answer it again.
12     A   I told you that in going to TNS,
13  selecting TNS I deliberately selected an
14  organization that had an established
15  interviewing presence in Korea and was regularly
16  doing survey research in Korea. These
17  interviewers would have been professional
18  interviewers. That's what we do here and that's
19  presumably what TNS would have over there. It
20  just — can I, as I sit here now, you know, say
21  what their qualifications were? No. But then
22  knowing this industry and how things are done
23  and what we rely on, I can simply say with
24  99.9999999 et cetera, and a few more 9s
25  certainty that these were professional

313

Jacoby

1           Jacoby
2  interviewers who had been used for many surveys
3  and were being used to implement this survey.
4     Q   I believe you testified last time
5  that when you conduct telephone surveys in the
6  United States you typically have the surveys
7  validated afterwards.
8     A   Yes. In trademark surveys that
9  has be — has become a generally standard
10 feature.
11    Q   And —
12    A   Let me — let me put it this way.
13 There are some major firms that do not who do a
14 lot of trademark surveys. Hal Poret, P-o-r-e-t,
15 who is a senior vice-president of Guideline
16 Research now part of Opinion Research Corp. who
17 is a Harvard lawyer as well and researcher,
18 mathematician, does not do in his trademark
19 surveys a validation on phone surveys, his
20 argument being that, you know, everything is
21 being monitored and listened into by the
22 supervisors. That's standard practice. There's
23 no reason to go and validate afterward.
24    So what I'm saying is I do it, but
25 it's not 100 percent standard.

314

Jacoby

1           Jacoby
2    Q   Do you do it even when the surveys
3 are monitored by supervisors?
4    A   I have — for trademark surveys,
5 yes, I have.
6    Q   And is that your usual practice
7 for trademark surveys?
8    A   It is.
9    Q   Have you ever worked with Mr.
10 Weiner before, before this case?
11    A   No.
12    Q   Have you worked with attorneys
13 from McDermott Will and Emory before this case?
14    A   Yes, not the New York office.
15    Q   How many times have you worked
16 with that firm?
17    A   I couldn't — three, four and
18 that's a rough guess.
19    Q   When you design surveys or —
20 strike that.
21    When you serve as an expert
22 witness in litigation, can you give me a general
23 estimate of how often you are working for a
24 plaintiff versus a defendant?
25    A   Yeah, 50/50.

315

Jacoby

1           Jacoby
2    Q   Do you know when you serve as an
3 expert witness and you design surveys for use in
4 litigation, do you know how often your survey
5 results are not ultimately used by your client
6 in the litigation?
7    A   Wow. That's kind of a complicated
8 question with many, many aspects. I have
9 done — well, let's take surveys that I do for
10 litigation that do not go to court. In the vast
11 majority of instances, it is because my surveys
12 are used as a basis for settlement out of court.
13 In some number of instances, it is because my
14 surveys do not confirm what my client's
15 hypotheses regarding the matter are. So those
16 are the ones that don't go to court.
17    The ones that do go to court I
18 would say 80 to 90 percent of the time my
19 surveys have been accepted, admitted, given
20 weight. There might have been a minor criticism
21 here and there on one or, you know, a couple of
22 these surveys, but they were admitted and given
23 weight. In 10 to 20 percent of the occasions
24 they haven't been given weight.
25    Q   Turning to the category that you

316

Pages 313 to 316

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018     (800) NYC-FINK * (212) 869-3063

SIMONSON00000915

Jacoby

1    mentioned of times when your surveys don't
2 confirm your client's hypotheses, do you have
3 a -- can you give me just a rough estimate of
4 how often that happens, what percentage of the
5 surveys you've designed have led to that result?
6      A   I don't know. A rough guess maybe
7 10 to 20, 10 to 15, something like that.
8      Q   When that happens do you ever go
9 back and conduct a second survey?
10      A   Generally, I advise the client to
11 retain some other expert.
12      Q   I'd like to direct you one more
13 time to Exhibit 5 which is the supplemental TNS
14 report that should be in that stack in front of
15 you somewhere. It's beneath that, actually.
16 There.
17      In particular, turn to page 9 of
18 that document which is Bates No. Jacoby 488. So
19 that -- that page indicates that a total of 487
20 respondents said in response to Question 4-A
21 that they think Dongguk did not contact Yale
22 University to verify whether Shin Jeong Ah
23 received a doctorate degree; do you see that?
24      A   I do.

317

Jacoby

1      Q   And if you'll now turn to page 12
2 of the same document, that page indicates that a
3 total of 661 respondents said that they think
4 Dongguk University did not tell the truth to the
5 public about contacting Yale University to
6 verify whether Yale University awarded Shin
7 Jeong Ah a doctorate degree; do you see that?
8      A   I do.
9      Q   Do you have any explanation as to
10 how that number that is the response to Question
11 5-A could be so much greater than the response
12 to Question 4-A?
13      A   They're two separate questions. I
14 think they ask about two different things. You
15 can have an opinion one way; you can have an
16 opinion the other way. If I were -- and this is
17 an example I use in class. For example, if I
18 were to say use Cream X, it will remove your
19 freckles, if I have an ad that says use Cream X,
20 it will remove your freckles and you ask people
21 did ad X say that if you use Cream X it will
22 remove your freckles? Yes. Do you believe that
23 if you use Cream X it will remove your freckles?
24 No.

318

Jacoby

1    So you're asking different
2 questions and it's not inconsistent here. I
3 don't believe Yale -- I -- let's put it this
4 way: I believe Yale did not contact -- sorry.
5 I believe Dongguk did not contact Yale
6 University. And then that's independent of
7 Dongguk did not tell the truth about contacting
8 Yale University. They're separate issues.
9      Q   Well, do you think it makes sense
10 for a respondent to believe that Dongguk did
11 contact Yale University and for that same
12 respondent to also believe that Dongguk didn't
13 tell the truth about contacting Yale University?
14      A   There's a wonderful assumption in
15 your question and that is that we act as
16 rational beings. No, we're not rational beings.
17 There's more and more evidence about that. I
18 think it's perfectly consistent from what we
19 know about human behavior for people to answer
20 questions like that.
21      Q   What is it about human behavior
22 that makes you say that that's consistent?
23      A   Tons of research on how we
24 interpret and answer questions and what we do.

319

Jacoby

1 It's totally consistent.
2      Q   Okay. Is there some particular
3 research you're thinking of that explains that?
4      A   Behavior -- how's this?
5 Behavioral science research in the areas of
6 social psychology, decision making and consumer
7 behavior, there are enough instances where we
8 find people -- in behavioral economics, another
9 area, I think you used the word framing before
10 in issues on framing where people give
11 inconsistent responses. Totally reasonable.
12      Q   So those responses don't cause you
13 to question the reliability of those
14 respondents?
15      A   No.
16      Q   You mentioned framing a moment
17 ago. Can you just tell me what you meant by
18 that?
19      A   Yeah. That sort of gets analogous
20 to the notion of anchoring that you raised.
21 It's how you frame a question, how you frame a
22 situation.
23      Q   I want to direct you one more time
24 to Exhibit 8 which is your notes. I believe

320

Pages 317 to 320

SIMONSON00000916

Jacoby

1
2   you — you testified earlier that you must have
3   written those notes early on in your engagement
4   in this case and I'd just like to know if you
5   have any sense of whether you wrote these notes
6   before or after the survey was conducted?
7       A   Well before.
8       Q   Do you have any idea how long
9   before?
10      A   As I said, it was early on when I
11  first heard about this matter. It may have been
12  during a phone conversation, if that's the way
13  Mr. Weiner and I — Weiner and I had initially
14  interacted and I suspect it is. In fact, the
15  Eric Greenleaf name on there supports that
16  belief because I might have put Mr. Weiner on
17  hold and gotten a call from my colleague and
18  this is a note to call him back.
19      MR. WEINER:  If it will make
20  it easier, I actually know this.
21      MR. FETNER:  Sure.
22      MR. WEINER:  If you want to
23  go back to Exhibit 11, and go to
24  page stamped 233, and you see
25  there's an indication of a June 8th

321

Jacoby

1
2   meeting?
3       MR. FETNER:  Yes.
4       MR. WEINER:  Eric Greenberg
5   was the first person I had contacted
6   and he recommended Dr. Jacoby. And
7   when Dr. Jacoby met with me, I told
8   him. That's how I got his name.
9       THE WITNESS:  And I
10  misinterpreted it as Eric Greenleaf.
11      MR. WEINER:  Greenleaf or
12  Greenberg, whatever, it was one of
13  your — it was somebody at —
14      THE WITNESS:  Oh, okay, it
15  would be Eric Greenleaf.
16      MR. WEINER:  Greenleaf,
17  excuse me.
18      THE WITNESS:  Okay. That
19  makes sense.
20      MR. WEINER:  Just so you can
21  remove the mystery of that.
22      THE WITNESS:  All right.
23  Thank you.
24      MR. FETNER:  Always happy to
25  solve a mystery.

322

Jacoby

1
2       MR. WEINER:  Which, by the
3   way, also explains why my telephone
4   number is on there.
5       MR. FETNER:  Mark this,
6   please.
7       (An article entitled Yale
8   Safeguards Its Top Spot was marked
9   as Deposition Exhibit No. 12 for
10  identification, as of this date.)
11      MR. WEINER:  Twelve?
12      MR. FETNER:  This is
13  Exhibit 12, yes.
14  BY MR. FETNER:
15      Q   Dr. Jacoby, I'm now showing you a
16  document that's been labeled Exhibit 12, which
17  is a printout of a Wall Street Journal article.
18      Can you tell me for what purpose
19  you had this document?
20      A   I don't recall how I got this
21  document, whether I went online and got it or it
22  was provided to me by counsel, but it's
23  background and I do go online, as I indicated
24  last time, to check out Dongguk University. I
25  may have gone online to see — I don't even want

323

Jacoby

1
2   to speculate. I mean, I do some background and
3   I don't know if I did this or it was provided to
4   me by counsel.
5       Q   Did you read this document?
6       A   I'm sure I did.
7       Q   Did you draw any conclusions from
8   it?
9       A   It confirmed my opinion that Yale
10  is a leading institution.
11      Q   Does it relate to your survey or
12  your opinions in any way beyond that?
13      A   No.
14      Q   Other than this — this document,
15  I understand you don't recall how you came to
16  possess this document, but apart from that do
17  you recall any research that you did relating to
18  Yale in this case?
19      A   I didn't have to do very much. I
20  mean, I've known about Yale ever since I was a
21  little child. What's — what's to tell you
22  about Yale? I've had relatives who have gone to
23  Yale.
24      Q   I'm not suggesting that you should
25  have done research. I'm simply asking if you

324

Pages 321 to 324

SIMONSON00000917

Jacoby

1  did?
2
3      A  No.
4          (A letter dated May 12, 2011
5      was marked as Deposition Exhibit No.
6      13 for identification, as of this
7      date.)
8      Q  I'm now showing you a document
9  that's been labeled Exhibit 13. Now, you
10  testified earlier that you had read a letter
11  from Mr. Weiner to me. Is this that letter that
12  you were referring to?
13      A  It is.
14      Q  I'd like to –
15          MR. WEINER:  Just for the
16      record, I think Ms. Lu sent you a
17      follow-up e-mail indicating that I
18      had inadvertently left out the word
19      first in the third paragraph, so it
20      was the first, second and fourth
21      categories.
22          MR. FETNER:  That's correct,
23      although I wasn't even going to ask
24      about that.
25          MR. WEINER:  That's fine.

325

Jacoby

1
2  remember when conducting phone surveys?
3      A  I was on the phone with an
4  interpreter, actually, Ms. Bae, speaking with
5  Mr. Chung in Korea, and he mentioned that they
6  did a general list of things to remember when
7  conducting phone surveys.
8          Now, here in the States we do have
9  interviewer instructions which are typed up and
10  provided to the interviewers and it tells them a
11  whole variety of things. I mean, if it's a –
12  it's an in-person survey where you're using
13  pencil, you know, what to do, what not to do,
14  what -- if you make an error, if there's not
15  enough room on the page, how to turn it over on
16  the back and indicate the question number, for
17  open-ended questions you put a P in a circle for
18  a probe, all those kinds of informations --
19  information, pretty standard, with little tweaks
20  here and there from one company to another, but
21  those -- just general things relating to
22  conducting that kind of interview, it's just a
23  reminder right before the interviewer goes out
24  to do that interview.
25      Q  You can put that aside.  (

327

Jacoby

1
2      Q  Okay. I would like to direct your
3  attention to the second page of Exhibit 13, and,
4  in particular, the second set of bullet points
5  that follows the phrase, Additionally, as to the
6  instruction provided to the inter viewers. I
7  would just like you to read those four bullet
8  points to yourself and let me know if you have
9  any information about the instructions provided
10  to the interviewers beyond what's stated in the
11  document.
12      A  I previously read this. I just
13  scanned it again. So your question about them?
14      Q  My question is beyond what's
15  stated here in these four bullet points, do you
16  have any additional information about the
17  instructions that were provided to the
18  interviewers?
19      A  No, I do not.
20      Q  If you look at the third bullet
21  point, it says, Then, a general list of things
22  to remember when conducting phone surveys.
23          I understand you don't know
24  specifically what was said here, but do you have
25  some thoughts of your own about what things to

326

Jacoby

1
2          (An article entitled,
3      University of Kansas Has No
4      Verification of Record of Shin's
5      Diplomas was marked as Deposition
6      Exhibit No. 14 for identification,
7      as of this date.)
8      Q  Dr. Jacoby, I'm now showing you a
9  document that's been labeled Exhibit 14. Have
10  you seen this document before today?
11      A  I don't recall. I don't think so,
12  but I – I don't recall.
13      Q  My recollection from your previous
14  day of testimony is that you didn't read any
15  newspaper articles relating to this case.
16      A  I don't recall seeing this. I
17  mean –
18      Q  Okay.
19      A  That's what I'm saying. I don't
20  recall seeing this.
21      Q  Okay. I'd like you to take a
22  moment and read it to yourself and then let me
23  know when you're done.
24          MR. WEINER:  I wonder if
25      they're picking up on the video the

328

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000918



Jacoby

1  voices next door?
2
3         THE VIDEOGRAPHER: Not too
4  much. You can hear them in the
5  background, but...
6     A   I've read this.
7     Q   Okay. If you had read this
8  document before you designed your survey, would
9  you have done anything differently in designing
10 the survey?
11    A   No.
12    Q   Does anything in this document
13 cause you to question any of the conclusions
14 you've drawn from the survey?
15    A   No.
16        (An article entitled, Shin
17        Exploited Relations with Roh's
18        Former Aide was marked as Deposition
19        Exhibit No. 15 for identification,
20        as of this date.)
21    Q   I'm now showing you a document
22 that's been labeled Exhibit 15. As with the
23 previous one, I'd like you to read it to
24 yourself and let me know when you're done.
25    A   I've read it.

329

Jacoby

1  an English translation of a Korean document that
2  follows the English one. I take it the Korean
3  version is as unintelligible to you as it is to
4  me; is that correct?
5
6     A   That's correct.
7     Q   Okay. Then I'd like you to read
8  the English translation and let me know when
9  you're done.
10    A   1 finished reading it.
11    Q   Okay. Have you seen this document
12 before today?
13    A   No, I have not.
14    Q   If you had been aware of this
15 document before you designed the survey, would
16 you have done anything differently in designing
17 the survey?
18    A   No, I would not.
19    Q   Does anything in this document
20 cause you to question any of the conclusions
21 that you've drawn from the survey results?
22    A   Nothing in this document causes me
23 to change my conclusions.
24    Q   And is that for the same reason as
25 you stated with respect to the previous

331

Jacoby

1
2     Q   Okay. Have you seen this document
3  before today?
4     A   No.
5     Q   If you had been aware of this
6  document before you designed the survey, would
7  you have done anything differently in designing
8  the survey?
9     A   No.
10    Q   Does anything in this document
11 cause you to question any of the conclusions
12 you've drawn from the survey?
13    A   No.
14    Q   Why not?
15    A   The issue is Shin's -- what Shin
16 did and how it affected Dongguk University and
17 that's what I tested. It's -- it's that clear.
18        (An article entitled, He
19        Said No External Pressure, But
20        Dongguk University President Roh's
21        Lies Are Revealed was marked as
22        Deposition Exhibit No. 16 for
23        identification, as of this date.)
24    Q   I'm now showing you a document
25 labeled Exhibit 16. This document consists of

330

Jacoby

1  document?
2     A   Yeah. Also additionally, I mean,
3  this is -- as I understand, there was a
4  tremendous amount of press. This is a version
5  at a particular point in time when maybe not all
6  the facts were out. My survey took place over a
7  year later and I asked people, as we went
8  through this morning, you know, based on
9  everything you know, if they knew this, then
10 presumably it did or did not enter into their
11 decision. If they didn't know this, it didn't
12 enter into their decision, their opinion, at
13 that point in time.
14        So I'm sure we could sit here all
15 the day and you could give me document after
16 document but, no, I wouldn't have designed the
17 survey any differently. I think the survey did
18 what it was supposed to do, gauge public opinion
19 at a certain point in time. And to the extent
20 that these things you're showing me had any
21 affect, they would have been incorporated to
22 some extent in the person's overall cognitive
23 network regarding this incident and Dongguk
24 University.

332

Pages 329 to 332

SIMONSON00000919



Jacoby

1    Jacoby
2    Q    And do you know to what extent, if
3    at all, these articles I have just shown you
4    were incorporated into the respondent's
5    cognitive network, as you said?
6    A    I do not know to what extent, if
7    at all.
8    Q    Does that matter?
9    A    No.
10        (An article entitled, Byeon
11        Ordered Funds to Aid Dongguk Monk
12        was marked as Deposition Exhibit No.
13        17 for identification, as of this
14        date.)
15    Q    I'm know showing you a document
16    that's been labeled Exhibit 17. As with the
17    previous articles, I'd like you to read it to
18    yourself and then let me know when you're done.
19    A    I finished reading it.
20    Q    Have you seen this document before
21    today?
22    A    I have not.
23    Q    If you had been aware of this
24    document before you designed the survey, would
25    you have done anything differently in designing
                                                    333

1    Jacoby
2    question any of the conclusions you've drawn
3    from the survey?
4    A    It does not.
5        MR. WEINER: I need to take
6    a short break.
7        MR. FETNER: Okay.
8        THE VIDEOGRAPHER: The time
9    now is 11:19 a.m. Off the record.
10        (Whereupon, at 11:19 o'clock
11    a.m., a recess was taken to 11:37
12    o'clock a.m.)
13        (The deposition resumed with
14    all parties present.)
15        THE VIDEOGRAPHER: The time
16    now is 11:37 a.m. On the record.
17        (An article entitled, Former
18    Art Professor Shin Sentenced to Jail
19    was marked as Deposition Exhibit No.
20    19 for identification, as of this
21    date.)
22    J A C O B   J A C O B Y,  Ph.D.,    resumed
23        and testified further as follows:
24    BY MR. FETNER:
25    Q    Dr. Jacoby, I'm now showing you a
                                                    335

1    Jacoby
2    the survey?
3    A    I would not.
4    Q    Does this document cause you to
5    question any of the conclusions you've drawn
6    from the survey?
7    A    It does not.
8        (An article entitled,
9        Ex-Leader of Dongguk Takes Stand was
10        marked as Deposition Exhibit No. 18
11        for identification, as of this
12        date.)
13    Q    I'm now showing you a document
14    that's been labeled Exhibit 18 and, once again,
15    I'd like you to read it to yourself and let me
16    know when you're done.
17    A    I've read it.
18    Q    Have you seen this document before
19    today?
20    A    No.
21    Q    If you had been aware of it before
22    you designed the survey, would you have done
23    anything differently in designing the survey?
24    A    No.
25    Q    Does this document cause you to
                                                    334

1    Jacoby
2    document that's been labeled Exhibit 19. Please
3    read it to yourself and let me know when you're
4    done.
5    A    I've read it.
6    Q    Have you seen this document before
7    today?
8    A    No.
9    Q    If you had been aware of this
10    document before you designed the survey, would
11    you have done anything differently in designing
12    the survey?
13    A    No.
14    Q    If you had been aware or now that
15    you are aware of this document, does it cause
16    you to change any of the conclusions you've
17    drawn from the survey?
18    A    It does not.
19        (A document entitled, Survey
20        on University Image dated 11-17-08
21        was marked as Deposition Exhibit No.
22        20 for identification, as of this
23        date.)
24    Q    I'm now showing you a document
25    that's been labeled Exhibit 20b.
                                                    336

Pages 333 to 336

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

SIMONSON00000920

Jacoby

1
2  MR. FETNER: Bob, this is
3  the document you gave me earlier, so
4  I'm assuming you and Audrey already
5  have copies?
6  MR. WEINER: We do.
7  MR. FETNER: Good.
8  Q   Dr. Jacoby, could you tell me what
9  this document is?
10  A   Yes. This is the version of the
11  questionnaire I had developed as of November 17,
12  2008, that was sent to Korea to be translated
13  into Korean and then sent back here to be
14  retranslated, back translated, into English,
15  which is the November 26th version that appears
16  as Appendix E to my report, Exhibit 1.
17  Q   Okay. And I guess I'd like you to
18  have both Exhibit 20 and Appendix E to Exhibit 1
19  in front of you as I question you about the two
20  documents.
21  Turn, please, to page 4 of
22  Exhibit 20 and please also turn to page 4 of
23  Appendix E. In Exhibit 20, Question 4-A reads,
24  if you have any thoughts about this in
25  connection with its hiring of Shin Jeong Ah, do

337

Jacoby

1
2  be easier to understand if you omitted the
3  phrase, if you have any thoughts about this?
4  A   I was told, I don't remember who,
5  what, but it was conveyed do me by Ms. Bae that
6  it would -- the way in which the -- the final
7  questionnaire, the November 26th version, is
8  worded is consistent with the way in which these
9  questions or questions like this were asked in
10  Korea of the populace and it would n easier to
11  understand. And I accepted that.
12  Q   Okay. Do you believe that the
13  version of Question 4-A in Exhibit 20 is
14  inconsistent with the way questions are asked in
15  Korea?
16  A   I have no idea how questions are
17  asked in Korea. This is the way I would ask
18  questions in the States, United States, but
19  being informed it would cause problems in
20  understanding, interpretation, response, I
21  didn't want that. Being informed it would be
22  more direct to ask the question this way and it
23  would be consistent with the way in which
24  questions were asked there, I said okay.
25  Q   Looking in particular at Question

339

Jacoby

1
2  you think Dongguk University, and then there are
3  a series of choices.
4  In the same or in Question 4-A in
5  Appendix E the introductory phase, If you have
6  any thoughts about this, is not included. Do
7  you know why that is?
8  A   Yes. You can take a look,
9  actually, at -- well, the -- for clarity, it was
10  my understanding that for clarity in Korean it
11  would be better to ask the question as it had
12  been worded in what should it -- Exhibit 1,
13  Appendix E of Exhibit 1.
14  Q   And what's the basis for that
15  understanding?
16  A   Discussions with Ms. Bae and with,
17  you know, the Korean folks that this was the way
18  it would -- it would make sense. It would be --
19  it would be consistent with the way -- it would
20  be easier to understand and consistent with the
21  way in which questioning was done in Korea.
22  Q   And when you refer to Korean
23  folks, do you mean TNS?
24  A   Yes.
25  Q   And so they told you that it would

338

Jacoby

1
2  4-A in Exhibit 20, why is that the way you would
3  ask questions in the United States?
4  A   It's a second-- as you know, up
5  front all respondents in Korea were told that if
6  they didn't know they could answer don't know.
7  This was another signal in the question itself
8  to say, if you don't know, you can tell us you
9  don't know.
10  Q   Is that something you typically do
11  when you conduct surveys in the United States?
12  A   When I conduct surveys in
13  trademark and deceptive advertising, I typically
14  not always will do that, yes.
15  Q   Okay. How about in other types of
16  surveys, apart from trademark or deceptive
17  advertising surveys?
18  A   I -- in my academic research, I
19  have not -- I don't recall ever asking a
20  question worded that way.
21  Q   So why do you do it in the
22  trademark or deceptive advertising surveys?
23  A   It's what you folks -- and by you
24  folks, I mean attorneys -- call belts and
25  suspenders. It's in addition to the general

340

Pages 337 to 340

SIMONSON00000921

Jacoby

1
2  indication that you can say don't know, not
3  sure, et cetera, at any point. I give them
4  another -- I give them the belt in addition to
5  the suspenders.
6      Q   Do you have any concern that
7  respondents who did not have thoughts about the
8  issue raised in Question 4-A might nevertheless
9  have presented one because that opening phrase
10  was omitted from the question?
11     A   If I would have been concerned
12  about it, I would have been -- you know after
13  discussion, I would have changed something, but
14  I -- I accepted what was -- what I was informed
15  about the Korean population and I have no
16  concern about it.
17     Q   Without having to take the time to
18  ask all the same questions again, if you'll look
19  at Question 5-A in the version in Exhibit 20
20  that phrase, if you have any thoughts about this
21  is included, and if you look at Appendix E that
22  phrase is not included, I take it your answers
23  to those questions would be the same as with
24  Question 4-A; is that correct?
25     A   It would be. And, again, you can

341

Jacoby

1
2  see the phrasing is different. Not only is that
3  taken out, but the phrasing now, it's a simpler
4  question. Which of the following do you think
5  Dongguk University did? As opposed to if you
6  have any thoughts about it, do you think Dongguk
7  University. And the language in the stems
8  are -- excuse me, in the response options has
9  been shortened. It's just an easier question to
10  convey, to ask and probably to understand.
11     Q   When you say it's easier to
12  understand, do you mean for Koreans or do you
13  think the same would be true for Americans?
14     A   I think the same would be true for
15  Americans.
16     Q   But, nevertheless, that's not the
17  way you drafted the question?
18     A   Nevertheless, that's not the way I
19  drafted the question.
20     Q   Turn, please, to page 5 of the
21  same two documents, Exhibit 20 and Appendix E.
22  If you look at what's -- what's labeled Q-6-A in
23  Exhibit 20 and Q-6 in Appendix E, again, there's
24  a disparity in the language.
25     In Q-6-A of Exhibit 20, you say,

342

Jacoby

1
2  As a result of what you learned about the Shin
3  Jeong Ah incident, in what way has your view of
4  Dongguk University been changed?
5     And this is something we discussed
6  earlier, but in the version in Appendix E
7  instead of using the phrase, as a result of what
8  you learned, the question is, after coming to
9  know. Do you believe that that is an accurate
10  translation of the question what you drafted?
11     A   I think it -- what I drafted was
12  unnecessary. You take out unnecessary language.
13  And the reason why it's unnecessary is because
14  earlier -- and we had gone through this -- on
15  page 4 I'm telling them, please answer the
16  remaining questions based on everything you
17  remember seeing, hearing and reading about the
18  Shin Jeong Ah incident. So asking them or
19  saying as a result of what you learned about the
20  Shin Jeong Ah incident is not necessary.
21  They're -- they've been told that it's
22  everything they've learned about the incident.
23     Q   Okay. So you -- you -- you're
24  comfortable that version of Question 6 in
25  Appendix E is an accurate translation of the

343

Jacoby

1
2  version in of Question 6 in Exhibit 20?
3     A   Yes.
4     Q   I'd like you --
5     A   Well, whoa, whoa, whoa, whoa,
6  whoa, whoa. It's not an accurate translation.
7  It's a -- it captures accurately what I
8  intended, okay? They don't have the phrase as a
9  result of what you learned about the Shin Jeong
10  Ah incident, and they don't have it because it
11  wasn't necessary. They had already been
12  informed to think that way. So it was redundant
13  and it was taken out. Other than that, it
14  essentially represents an accurate translation.
15     Q   Okay. I'd like you now to look at
16  Q-7 which is on the same page of the same two
17  documents that we have been looking at. And in
18  particular, the version in Exhibit 20, what is
19  the first sentence there appears to have been
20  omitted in the version in Appendix E; do you see
21  that?
22     A   You're referring to --
23     Q   The -- what's labeled Q-7 --
24     A   Yes.
25     Q   -- on page 5 of Exhibit 20. The

344

Pages 341 to 344

SIMONSON00000922

**Page 345**

Jacoby

1  first sentence there which begins, Now I have a
2  few questions. And it looks like the bulk of
3  that sentence has been omitted from the version
4  of Q-7 in Appendix E. My question is really a
5  simple one which is why?
6      A   Because they're in the questions
7  themselves, the Question 7-A through 7-B or 7-E,
8  is it, themselves.
9      Q   Okay. So when you drafted Q-7 in
10  Exhibit 20, why did you include that information
11  there?
12      A   I did to make it more explicit
13  but, again, in order to make things -- in order
14  to make things more easily understood, I -- I
15  take the input, consider the input from my
16  subcontractors at all levels, especially
17  subcontractors who are living in and working in
18  a foreign country.
19      Now, they're telling me that
20  having this was unnecessary because it had
21  already been explained. All it would do would
22  be to make things longer and maybe make things
23  more difficult to comprehend, that it wasn't
24  necessary, and I agree that it wasn't.

**Page 346**

Jacoby

1      Q   Looking at the second sentence of
2  Q-7 in Exhibit 20, there you say, These
3  questions have to do with how Dongguk
4  University's handling of the incident may have
5  affected its students, alumni, faculty, and the
6  Nation of Korea; do you see that?
7      A   Yeah.
8      Q   In the version of Q-7 that is
9  included in Appendix E, the wording is somewhat
10  different. And this is something I know we
11  discussed earlier, but the concept may have
12  affected in Exhibit 20 appears to have been
13  converted in Appendix E to the affect Dongguk's
14  actions had; do you see?
15      A   Yes, I do.
16      Q   Do you have any concerns that that
17  doesn't accurately reflect what you were
18  intending to convey?
19      A   I don't think that has any
20  material impact.
21      Q   Do you think those two
22  formulations are synonymous?
23      A   Nearly so.
24      Q   If you look at Question 7-A, and I

**Page 347**

Jacoby

1  know the same issue will apply to 7-B, C, D, E,
2  but we can just focus on 7-A for a moment, the
3  question there in Exhibit 20 says, Based on your
4  understanding of Dongguk University's role in
5  the Shin Jeong Ah incident. In the version
6  that's included in Appendix E, it says, When you
7  think about Dongguk University's actions in the
8  Shin Jeong Ah incident.
9      Do you have any concern that
10  what's included there in Appendix E does not
11  accurately convey what you were intending to
12  convey?
13      A   No, I don't. And, again, there's
14  certain things that don't translate. I -- I --
15  well, the word the university's role, r-o-l-e, I
16  have a vague recollection that that might not
17  have been a good word to use. That's why it
18  went to actions.
19      Q   Is that something that someone at
20  TNS told you?
21      A   That's something I was told and it
22  may have been at TNS. It may have been Ms. Bae
23  who is Korean but, again, we were trying to have
24  our language conveyed into their language and

**Page 348**

Jacoby

1  that's my recollection of what happened.
2      By the way, I don't think it makes
3  a material difference. I don't think the
4  words -- the fact that the wording was
5  changed -- you may, in fact, get to it. You
6  notice I had bring disgrace. We went to shame,
7  which is a word that's a little milder and I
8  think translated better than disgrace.
9      I mean, you have to make some
10  accommodations. There's no one-to-one
11  correspondence in the language of one country
12  and a totally different language in a totally
13  different script from another country.
14      Q   Are you comfortable that the
15  change from disgrace to shame did not alter what
16  you were intending to convey in Questions 7-A
17  through E?
18      A   Yeah, I'm comfortable. Had I not
19  been comfortable, I wouldn't have gone ahead.
20      Q   And do you understand or do you
21  have an understanding as to why that change was
22  made?
23      A   I thought I just answered that
24  question.

Pages 345 to 348

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018        (800) NYC-FINK * (212) 869-3063

SIMONSON00000923

Jacoby

```
 1                    Jacoby
 2    Q   Okay.  Well, maybe — okay.  It
 3  wasn't entirely clear to me.
 4         Is the idea that the Korean
 5  language doesn't have a word that captures
 6  disgrace, but it does have a word that captures
 7  a notion of shame?
 8    A   I — my recollection is this was a
 9  better word.  It would be better understood in
10  the context of the question of the actions.
11  You're asking me technical — the bottom line is
12  if I didn't — if I wasn't comfortable with
13  this, I wouldn't have gone ahead.  These things
14  get at what I wanted to get at.
15         I am no expert in Korean, not even
16  Korean food.  I have to rely on — on, you know,
17  the translations and back translations and
18  advice of people who are fluent in Korean and
19  that's what I did.
20    Q   I have no more questions.
21         MR. WEINER:  We have no
22  questions.
23         THE VIDEOGRAPHER:  The time
24  now is 11:56 a.m.  This marks the
25  ending of Tape Two.  Off the record.
                                          349
```

```
 1                    Jacoby
 2               CAPTION
 3
 4  The Deposition of JACOB JACOBY, Ph.D., taken in the
 5  matter, on the date, and at the time and place set
 6  out on the title page hereof.
 7
 8
 9  It was requested that the deposition be taken by
10  the reporter and that same be reduced to
11  typewritten form.
12
13
14  The Deponent will read and sign the transcript
15  of said deposition.
16
17
18
19
20
21
22
23
24
25
                                          350
```

```
 1                    Jacoby
 2               CERTIFICATE
 3
 4  STATE OF_____;
 5  COUNTY/CITY OF_____;
 6
 7  Before me, this day, personally appeared
 8  JACOB JACOBY, Ph.D., who, being duly sworn, states
 9  that the foregoing transcript of his/her
10  Deposition, taken in the matter, on the date, and
11  at the time and place set out on the title page
12  hereof, constitutes a true and accurate transcript
13  of said deposition.
14
15
16         JACOB JACOBY, Ph.D.
17
18
19  SUBSCRIBED and SWORN to before me this_____
20  day of_____,2011, in the
21  jurisdiction aforesaid.
22
23
24  My Commission Expires        Notary Public
25
                                          351
```

```
 1                    Jacoby
 2            DEPOSITION ERRATA SHEET
 3  RE:
 4  FILE NO.
 5  CASE CAPTION: Dongguk University vs. Yale University
 6  DEPONENT: Jacob Jacoby, Ph.D.
 7  DEPOSITION DATE: May 19, 2011
 8
 9  To the Reporter:
10  I have read the entire transcript of my Deposition
11  taken in the captioned matter or the same has been
12  read to me. I request for the following changes
13  be entered upon the record for the reasons
14  indicated.
15  I have signed my name to the Errata Sheet and the
16  appropriate Certificate and authorize you to
17  attach both to the original transcript.
18
19
20
21
22
23  SIGNATURE_____DATE_____
24        Jacob Jacoby, Ph.D.
25
                                          352
```

Pages 349 to 352

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018       (800) NYC-FINK * (212) 869-3063

SIMONSON00000924

Jacoby
INDEX

Witness:        Direct (Cont'd.)

JACOB JACOBY, PH.D.   252

EXHIBITS

Deposition   Description        Page
For Ident.

5   A document entitled Public Opinion   259
    Survey Report on University Image,
    December 2008

6   A document entitled, To What Extent   277
    has Dongguk University's Reputation
    Been Damaged by Yale University's
    Actions in the Jeong Ah Shin Degree
    Forgery Incident, dated March 16,
    2010
7   Three-page document with handwriting 298
8   Handwritten notes             299
9   A document entitled Expert Agreement 304
10  A document entitled Invoice 8014-D   307
    dated March 23, 2010

11  A document entitled Invoice 8014-D   307
    dated March 23, 2010
12  An article entitled Yale Safeguards   323
    Its Top Spot

13  A letter dated May 12, 2011       325

14  An article entitled, University of   328
    Kansas Has No Record of Verification
    of Shin's Diplomas.

Jacoby

EXHIBITS (Cont'd.)

Deposition   Description        Page
For Ident.

15  An article entitled, Shin Exploited  329
    Relations with Roh's Former Aide

16  An article entitled, He Said No       330
    External Pressure, But Dongguk
    University President Roh's Lies Are
    Revealed

17  An article entitled, Byeon Ordered   333
    Funds to Aid Dongguk Monk

18  An article entitled, Ex-Leader of    334
    Dongguk Takes Stand
19  An article entitled, Former Art       335
    Professor Shin Sentenced to Jail

20  A document entitled, Survey on       336
    University Image dated 11-17-08

May 19, 2011
New York, New York

353

354

Jacoby
C E R T I F I C A T E
STATE OF NEW YORK   )
                    ) ss.
COUNTY OF NEW YORK )
        I, CAROL MELE, a Registered
Professional Shorthand (Stenotype)
Reporter and Notary Public of the
State of New York, do hereby certify
that the foregoing Deposition, of
the witness, JACOB JACOBY, Ph.D.,
taken at the time and place
aforesaid, is a true and correct
transcription of my shorthand notes.
        I further certify that I am
neither counsel for nor related to
any party to said action, nor in any
wise interested in the result or
outcome thereof.
        IN WITNESS WHEREOF, I have
hereunto set my hand this 23rd day
of May, 2011.

_____
        Carol Mele, RPR

355

Pages 353 to 355

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018        (800) NYC-FINK * (212) 869-3063

SIMONSON00000925

**A**

abilities 290:25
able 258:17 276:5
  309:3
Absolutely 308:11
academic 340:18
accepted 316:19
  339:11 341:14
accommodations
  348:11
accurate 280:11
  343:9,25 344:6,14
  351:12
accurately 275:9
  290:25 308:4 309:8
  309:22 344:7
  346:18 347:12
acquiescence 286:23
act 319:16
acted 287:21
action 298:24 355:17
actions 270:17
  271:11,20 272:8,18
  272:19 273:15,17
  277:2 346:15 347:8
  347:19 349:10
  353:13
actual 274:22 309:11
ad 318:20,22
addition 261:6
  340:25 341:4
additional 276:19
  303:8,18 326:16
additionally 326:5
  332:3
admission 281:22
  282:7 283:2
admissions 281:17
admitted 316:19,22
adults 282:8,19 283:3
advertising 340:13
  340:17,22
advice 349:18
advise 317:11

affair 258:6,11
affect 270:17 271:12
  271:21 272:8
  332:22 346:14
aforesaid 351:21
  355:13
afterward 314:23
ago 261:14 280:14
  284:13,21 295:10
  305:14 306:13,24
  310:13 320:18
agree 287:18 345:25
agreed 250:3,7,12
  254:4
agreement 304:5,12
  304:15 306:3
  353:17
agreements 306:11
Ah 253:16,20 254:12
  257:17 267:23
  268:4 270:18
  271:12 272:19
  273:2 277:2 279:3
  282:11 288:14
  289:25 317:23
  318:8 337:25 343:3
  343:18,20 344:10
  347:6,9 353:13
ahead 348:20 349:13
Aid 333:11 354:10
Aide 329:18 354:6
allowed 292:25
aloud 302:8
alter 348:16
alumni 270:19 346:6
Americans 342:13,15
amount 332:5
analogous 320:20
analyses 262:15
  277:11
analytic 276:5
anchor 285:23
anchoring 285:12,19
  285:21 286:5

320:21
anchors 286:10,13
answer 253:12
  254:10,15 255:9
  256:12 257:12
  258:18,18,23 260:7
  261:11 263:8,9,12
  263:13,21 267:12
  268:2 269:19 271:6
  271:14 272:24
  275:8,18 280:14
  285:13 290:12
  313:11 319:20,25
  340:6 343:15
answered 272:20
  281:15,20,25
  305:15 348:24
answering 254:25
answers 273:4 290:16
  341:22
anything's 290:13
anyway 301:8
apart 288:7 303:13
  313:4 324:16
  340:16
apologies 281:17
  302:10
apology 282:7 283:3
apparently 259:24
appear 279:23
  307:25 308:2
appeared 274:16,17
  279:18 351:7
appears 307:24
  337:15 344:19
  346:13
appendices 253:4
appendix 253:5,7
  261:17,18,18,23
  267:20 270:10
  275:16 276:10
  284:14 337:16,18
  337:23 338:5,13
  341:21 342:21,23

343:6,25 344:20
  345:5 346:10,14
  347:7,11
applicable 286:14
applications 302:21
applies 263:14
  281:10
apply 347:2
appraise 284:5
appreciate 267:8
approach 290:7
appropriate 254:4
  293:14 297:18
  298:6 352:10
approximately 282:8
  282:12 283:9
area 320:10
areas 320:6
argument 314:20
Arnold 258:10,11
  275:11
arose 265:22
arrive 255:19
Art 335:18 354:13
article 274:15,16
  323:7,17 328:2
  329:16 330:18
  333:10 334:8
  335:17 353:21,23
  354:6,7,10,11,13
articles 273:24
  328:15 333:3,17
ashamed 302:11
aside 271:18 289:9
  293:8 299:14
  327:25
asked 254:20 258:3
  258:16,21 260:14
  260:23 261:8,9
  262:16,17,18,23,25
  263:5,7,11,12,15,17
  265:22 272:15
  284:15 287:21
  288:21 289:19,22

SIMONSON00000926

Page 2

289:23 294:17
303:14 311:21
313:10 332:8 339:9
339:14,17,24
**asking** 261:4 268:13
268:15 271:16
284:18 287:14
288:9,12 289:13,21
290:3 296:20 319:2
324:25 340:19
343:18 349:11
**asks** 257:15 267:21
273:14
**aspects** 316:8
**aspirations** 289:4
**Assisted** 264:6
**assuming** 275:2
337:4
**assumption** 319:15
**attach** 352:10
**attached** 297:16
**attention** 259:18
326:3
**attorneys** 249:5,10
315:12 340:24
**Audrey** 249:7 252:3
312:21 337:4
**Audubon** 249:10
**August** 274:15,17
**authorize** 352:10
**automatically** 264:8
**automaton** 269:23
**available** 291:17
**Avenue** 249:5
**avoid** 292:6 293:11
293:13,16 294:8,10
**awarded** 318:7
**aware** 281:16,21
287:11 300:19
330:5 331:14
333:23 334:21
336:9,14,15
**awful** 274:9
**a.m** 248:15 251:4

308:13,16,17,21
335:9,11,12,16
349:24

— **B** —

**B** 252:20,20 265:11
308:24,24 335:22
335:22 353:6 354:3
**back** 259:22 261:8
262:2 266:6 274:14
276:7 278:8 280:10
280:13 281:14
288:25 294:7,25
295:20 306:10,18
317:10 321:18,23
327:16 337:13,14
349:17
**background** 311:10
311:13 323:23
324:2 329:5
**bad** 295:25
**Bae** 300:9 301:19
302:13 327:4
338:16 339:5
347:23
**banner** 276:2,4
**based** 253:23 254:10
254:15,16,19
255:10 259:21
261:11 268:2
272:25 277:24
279:25 287:15,22
301:25 332:9
343:16 347:4
**basis** 276:12 316:12
338:14
**Bates** 259:19 260:15
269:7 309:17,17
310:17 311:13
312:22 317:19
**becoming** 270:6
**beginning** 308:22
**begins** 253:12 301:11
311:14 345:2

**behavior** 319:20,22
320:5,8
**behavioral** 320:6,9
**beings** 255:23 319:17
319:17
**belief** 257:15 321:16
**beliefs** 255:10 283:15
**believe** 253:22 254:20
256:24,25 265:3,3,8
265:12 271:18,19
280:3 281:13
295:22 296:15,17
296:20 314:4
318:23 319:4,5,6,11
319:13 320:25
339:12 343:9
**believed** 254:16
257:11 288:4
**belt** 298:3 341:4
**belts** 340:24
**benchmark** 285:24
**benchmarks** 286:11
**beneath** 253:11
263:20 302:18,19
317:16
**best** 278:2
**better** 338:11 348:9
349:9,9
**beyond** 270:6 324:12
326:10,14
**bias** 286:23
**big** 281:11
**Bob** 252:11 256:12
266:14 337:2
**bono** 305:11,18
**bottom** 260:18
275:23 276:15
277:23 282:5 301:9
349:11
**boy** 296:11
**break** 267:6 296:25
308:9 309:5 312:23
312:25 335:6
**briefcase** 311:25

**bring** 348:7
**broad** 286:2
**broadcast** 273:25
**brother-in-law**
292:11 297:21
**build** 291:15
**bulk** 345:3
**bullet** 279:20,22
326:4,7,15,20
**Byeon** 333:10 354:10

— **C** —

**C** 249:3 252:20,20
265:11 308:24,24
335:22,22 347:2
350:2 351:2,2 355:2
355:2
**call** 286:22 300:23
321:17,18 340:24
**called** 252:20 269:2
274:6
**candidate** 255:19,20
255:22
**candidates** 255:16
283:23
**CAPTION** 352:4
**captioned** 352:7
**captured** 295:3
**captures** 344:7 349:5
349:6
**Carney** 249:18
251:17
**Carol** 248:15 251:16
355:6,24
**carry** 275:13
**case** 248:6 253:3
279:24 281:22
297:22 299:12
300:20 301:4 302:4
303:9,19 305:9,9
306:20 307:8 308:6
309:10,24 310:5,10
310:24 315:10,13
321:4 324:18

SIMONSON00000927

328:15 352:4
categories 325:21
category 270:5
316:25
CATI 264:4
causal 284:12
causation 283:14,17
284:22
Causation's 283:16
cause 293:3 320:13
329:13 330:11
331:20 334:4,25
336:15 339:19
caused 283:14 284:4
285:9
causes 331:22
certain 283:25
332:20 347:15
certainty 313:25
Certificate 352:10
certified 250:18
certify 355:9,15
cetera 258:13 265:12
271:7 275:12
283:25,25 298:23
299:8 313:24 341:3
change 258:5 260:2
270:7 278:24
279:16 331:23
336:16 348:16,22
changed 257:19
258:10,14 267:22
268:3,10,14,16
269:11,15,20 270:2
270:3 277:16,21
278:20 279:2,15
280:11 283:8
284:15,16,18
341:13 343:4 348:6
changes 278:13,14
352:8
characteristic 287:2
charge 305:8,17
306:19,24

check 265:24 266:3
323:24
checked 266:4
child 324:21
choice 264:19,19,20
264:20
choices 263:21
275:18 338:3
Chung 327:5
circle 327:17
circumstances
292:23
City 305:13
clarity 338:9,10
class 298:24 318:18
clear 256:9 261:13,23
271:3 295:22
297:14 330:17
349:3
clearly 267:14 272:5
client 316:5 317:11
client's 316:14 317:3
closed 295:16
closed-ended 294:24
295:8
closer 274:21
code 291:3
coded 290:17
cognitive 274:6
332:23 333:5
cohesive 257:2
colleague 300:17
321:17
collectively 309:8
combination 295:16
come 253:19 256:25
268:25 286:2
comfortable 343:24
348:15,19,20
349:12
coming 267:22 268:3
268:14,16,22 279:3
343:8
commencing 248:14

commercial 307:3
Commission 351:24
communicate 296:5
company 327:20
comparable 294:13
compare 277:24
comparing 309:16
compensation 304:21
complaint 253:24
complete 309:15
completely 297:2
complicated 316:7
compound 288:19
comprehend 345:24
computer 264:6,8,11
264:24 265:24
267:11 290:18
291:4 311:24
conceal 286:16
289:15
concept 285:11 286:2
291:22 346:12
concepts 285:15
concern 291:18 341:6
341:16 347:10
concerned 341:11
concerns 290:24
346:17
conclusions 324:7
329:13 330:11
331:20,23 334:5
335:2 336:16
concrete 279:19
conduct 295:14 314:5
317:10 340:11,12
conducted 288:5
311:3,9 313:7 321:6
conducting 262:15,16
326:22 327:2,7,22
confirm 316:14 317:3
confirmed 324:9
conflicting 256:5,15
256:21 257:5,6
confused 262:11,21

confusing 260:22
262:11,22 278:20
Connecticut 248:2
249:11 251:11
connection 300:20
337:25
connotation 293:25
294:3,6 295:24
consider 345:16
consistent 319:19,23
320:2 338:19,20
339:8,23
consists 330:25
constitutes 351:12
consumer 320:7
contact 257:16
260:23 317:22
319:5,6,12
contacted 322:5
contacting 318:6
319:8,14
contain 256:20
307:24
contained 256:5
260:7
contains 255:5
256:13 295:24
context 272:10
298:10 349:10
continue 252:12
continued 248:11
251:5 252:23
Conti'd 354:3
contradictory 255:5
Cont'd 353:3
conversation 321:12
converted 346:14
convey 342:10 346:19
347:12,13 348:17
conveyed 339:5
347:25
conveying 268:21
Cooperation 288:17
cope 257:7

SIMONSON00000928

Page 4

copies 312:6,8,17
  337:5
copy 266:20 267:15
  311:13,22 312:10
copying 312:4
Corp 298:25 314:16
correct 261:24,25
  264:21 269:12
  276:22 278:21
  279:16 282:22
  283:11 310:3
  325:22 331:5,6
  341:24 355:13
correctly 278:7 293:2
correspondence
  348:12
corresponding
  290:22
counsel 249:7,7,12,12
  251:22 253:24,25
  254:2 260:23
  277:14 323:22
  324:4 355:16
counted 261:3,4,4,5,7
counting 261:6
country 345:19
  348:12,14
COUNTY 355:5
COUNTY/CITY
  351:5
couple 279:9 305:13
  310:11 316:21
court 248:2 250:16
  251:10,16 252:16
  252:19 316:10,12
  316:16,17
cover 259:19
coverage 273:23
covered 297:3
Cream 318:19,20,22
  318:24
criticism 316:20
cross-national 288:19
current 306:12

currently 305:22

— D —

D 265:11 347:2 353:2
daily 257:7
Damaged 276:25
  353:12
damages 302:18
data 260:2,3 275:24
date 259:11 277:6
  298:19 299:18
  304:7 306:7 307:14
  307:21 309:24
  323:10 325:7 328:7
  329:20 330:23
  333:14 334:12
  335:21 336:23
  350:5 351:10 352:5
  352:24
dated 277:3 307:11
  307:18 325:4
  336:20 353:13,18
  353:20,22 354:15
day 248:13 249:9
  252:7,9 253:2,10
  265:22 266:15
  296:23 328:14
  332:16 351:7,20
  355:21
days 275:3
deal 281:11
dealing 300:3
December 259:9,20
  353:10
deceptive 340:13,16
  340:22
decide 256:24 298:12
decision 255:19 320:7
  332:12,13
decrease 288:17
defendant 248:8,12
  249:10 315:24
definition 253:20
degree 257:18 277:3

317:24 318:8
  353:13
deliberately 313:13
demand 286:25
depend 258:24
depends 292:10,22
  295:17 298:9 307:4
Deponent 350:14
  352:5
deposition 248:11
  250:4,12 251:6,12
  252:14 253:2,11
  258:25 259:10
  260:17 265:23
  267:12 277:5
  298:17 299:16
  303:11,20 304:5
  307:12,19 308:18
  309:11,13 310:12
  323:9 325:5 328:5
  329:18 330:22
  333:12 334:10
  335:13,19 336:21
  350:4,9,15 351:10
  351:13 352:2,5,7
  353:8 354:4 355:10
describe 253:16
  293:21,23 294:11
  294:14
description 253:23
  254:4 353:8 354:4
design 315:19 316:3
designed 317:6 329:8
  330:6 331:15
  332:17 333:24
  334:22 336:10
designing 283:12
  329:9 330:7 331:16
  333:25 334:23
  336:11
desired 287:7
determination
  257:10
determine 303:14

developed 337:11
difference 348:4
different 273:24,24
  274:4 285:15,18
  293:19 295:2
  298:24 299:5 310:8
  318:15 319:2 342:2
  346:11 348:13,14
differently 329:9
  330:7 331:16
  332:18 333:25
  334:23 336:11
difficult 268:19
  345:24
Diplomas 328:5
  353:24
direct 252:23 317:13
  320:24 326:2
  339:22 353:3
disadvantages 297:4
discuss 267:6 280:23
  282:14
discussed 253:10
  280:17 343:5
  346:12
discussing 267:13
  280:15,20 304:20
discussion 341:13
discussions 253:24
  338:16
diseases 292:15
  293:10
disgrace 348:7,9,16
  349:6
disguising 288:10
disparity 342:24
District 248:2,2
  251:10,10
Doctor 309:3
doctorate 257:18
  317:24 318:8
document 252:25
  254:7 259:7,13,14
  261:15,23 266:11

SIMONSON00000929

266:17 269:6,7
270:11 276:21,23
277:8,9 298:16,20
298:22,23 299:11
299:20,21 300:4
301:10 302:7,16
303:22 304:4,9,10
304:12,21 307:10
307:17 311:22
312:18 313:3
317:19 318:3
323:16,19,21 324:5
324:14,16 325:8
326:11 328:9,10
329:8,12,21 330:2,6
330:10,24,25 331:2
331:11,15,19,22
332:2,16,17 333:15
333:20,24 334:4,13
334:18,25 336:2,6
336:10,15,19,24
337:3,9 353:9,11,15
353:17,18,19
354:14
**documents** 303:17,19
303:24 307:22
308:10 337:20
342:21 344:17
**doing** 278:7 280:25
295:11 305:5,18
306:25 311:17
313:16
**donations** 301:17
302:21
**Dongguk** 248:3 251:7
251:25 252:5 255:6
255:7 257:16,19
267:21 269:11,25
270:17,18 272:18
273:15,17 276:24
279:2 280:18 281:9
282:9 283:4 285:5,7
287:11,20,24,25
289:11,21,23,24

302:10,10 317:22
318:5 319:6,8,11,13
323:24 330:16,20
332:24 333:11
334:9 338:2 342:5,6
343:4 346:4 347:5,8
352:4 353:12 354:8
354:10,12
**Dongguk's** 271:11,20
272:8 346:14
**door** 329:2
**Dr** 252:13,24 256:19
259:12 266:15
277:7 299:19 304:8
322:6,7 323:15
328:8 335:25 337:8
**drafted** 261:24 262:2
262:3 342:17,19
343:10,11 345:10
**draw** 324:7
**drawn** 329:14 330:12
331:21 334:5 335:2
336:17
**dress** 293:20 294:12
295:12
**DU** 302:10
**duly** 351:8
**duplicative** 309:18
**D-3** 276:10

**E**

**E** 249:3,3 253:5,7
261:18,23 267:20
270:10 272:17
275:16 276:10
284:14 337:16,18
337:23 338:5,13
341:21 342:21,23
343:6,25 344:20
345:5 346:10,14
347:2,7,11 348:18
351:2,2 353:2,6
354:3 355:2,2
**earlier** 256:22 257:21

265:5 272:10
303:18 321:2
325:10 337:3 343:6
343:14 346:12
**early** 300:2 321:3,10
**easier** 321:20 338:20
339:2,10 342:9,11
**easily** 258:18,20
269:17 345:15
**economical** 296:13
**economically** 296:6
**economics** 320:9
**effect** 250:15 292:17
306:12
**effective** 292:20
**efficient** 296:13
**efficiently** 296:5
**effort** 262:14
**either** 290:17 296:12
299:23 300:8
301:18 305:12
**electronic** 267:15
**elicit** 297:24,25
**eliciting** 292:20
**else's** 296:10
**Emory** 249:4 251:25
252:4 304:14,16
315:13
**emotion** 296:2,9,17
296:18 297:16
**emotional** 291:24
292:4,18 293:24
294:3,6 296:4
**emotionality** 291:25
292:2,3
**ended** 299:3
**engagement** 321:3
**English** 294:22 331:2
331:3,8 337:14
**enter** 332:11,13
**entered** 304:16 306:3
352:8
**entire** 258:6 352:7
**entirely** 266:13

283:11 349:3
**entitled** 259:7 276:23
304:4 307:10,17
323:7 328:2 329:16
330:18 333:10
334:8 335:17
336:19 353:9,11,17
353:18,19,21,23
354:6,7,10,11,13,14
**entity** 307:2
**epidemiologist**
292:13
**epidemiologists**
293:8
**equivalent** 268:21
**era** 306:11
**Eric** 300:16 321:15
322:4,10,15
**Errata** 352:2,9
**error** 262:9,10,20
282:2 327:14
**especially** 288:19
293:5 345:17
**Esq** 249:7,7,12,12
**essentially** 254:22
257:9 264:11
266:10 268:20
292:2 344:14
**established** 272:14
313:14
**estimate** 315:23
317:4
**et** 258:13 265:11
271:7 275:12
283:24,25 299:8
313:24 341:3
**event** 260:23
**events** 274:22
**eventual** 281:21
**eventually** 274:5
**evidence** 274:2,3,10
319:18
**evoke** 292:4
**evokes** 292:2

SIMONSON00000930

Page 6

exactly 259:22 260:9
  260:16 268:22
  299:13
**EXAMINATION**
  252:23
example 255:5,15
  278:25 283:20
  286:6 297:20
  318:18,18
examples 263:22
  264:10 279:19
  297:22
exceptional 255:24
excuse 258:3,5
  259:17 274:6
  275:20 276:15
  297:13 322:17
  342:8
executed 304:13
exhibit 252:25 259:10
  259:13 261:19
  269:4 276:8,11
  277:5,8,25,25 278:3
  278:6 279:12,21,23
  282:24 298:18,21
  299:6,16,20 304:6,9
  306:2 307:12,19
  309:14,15,19,20,22
  310:16 311:12
  317:14 320:25
  321:23 323:9,13,16
  325:5,9 326:3 328:6
  328:9 329:19,22
  330:22,25 333:12
  333:16 334:10,14
  335:19 336:2,21,25
  337:16,18,18,22,23
  338:12,13 339:13
  340:2 341:19
  342:21,23,25 344:2
  344:18,25 345:11
  346:3,13 347:4
**Exhibits** 307:23
  309:8

existing 289:20
expect 255:8
expected 257:8
experience 313:6
experiment 257:24
expert 294:5 304:4,22
  304:23 305:8
  306:10 310:23
  315:21 316:3
  317:12 349:15
  353:17
**Expires** 351:24
explain 269:13,21
  270:4
explained 264:5
  280:16 345:22
explains 320:4 323:3
explanation 318:10
explicit 345:13
**Exploited** 329:17
  354:6
expose 258:2
express 283:15
expressing 283:15
extent 276:24 332:20
  332:23 333:2,6
  353:11
**External** 330:19
  354:8
**Ex-Leader** 334:9
  354:11
e-mail 325:17

──────── F ────────
F 351:2 355:2
facility 291:12
fact 256:14 257:5
  259:4 262:8 263:10
  263:11 264:25
  265:25 271:12
  272:6 274:2 276:6
  289:15 292:25
  304:25 306:22
  321:14 348:5,6

factor 255:12
factored 255:12
facts 298:10 301:25
  332:7
faculty 270:19 346:6
false 289:24
familiar 256:4 272:14
  285:11
feature 314:10
fee 304:22,23 305:4,8
  305:11,12,12
  306:14
fees 304:25 305:7,17
  305:19,21,24 306:6
  306:20 307:5
**Felix** 249:12 252:8
**Fetner** 249:12 252:6
  252:6,11,23 256:11
  256:17 259:5
  266:11 267:2,5,9
  274:23 289:2
  307:15 308:11
  309:2 311:20
  312:16,20,24
  321:21 322:3,24
  323:5,12,14 325:22
  335:7,24 337:2,7
figure 265:24 303:5,7
file 299:3,10 352:3
files 265:24 266:3,9
filing 250:3
final 339:6
finally 290:3
find 259:22 278:23
  292:16 320:9
finding 258:11,15
fine 266:25 325:25
finish 283:5
finished 331:10
  333:19
**Fink** 249:18 251:17
firm 304:21 307:3
  315:16
firms 291:11 314:13

first 260:19 278:17
  279:9,10,10 281:14
  284:17 293:17
  300:4,11 301:10
  302:7 305:3 309:16
  310:12 321:11
  322:5 325:19,20
  344:19 345:2
five 286:8,9
fluent 349:18
focalism 285:12,17
focus 347:3
focusing 267:23
  273:16
folks 260:24 338:17
  338:23 340:23,24
followed 265:13
  294:24 295:8,16
following 342:4 352:8
follows 252:22
  308:25 326:5 331:3
  335:23
follow-up 325:17
food 349:16
force 250:14
foregoing 351:9
  355:10
foreign 268:20
  345:19
forever 294:20
forgerer 296:3,3
forgery 277:3 293:22
  294:15 295:22
  296:2,12 353:13
form 250:8 256:8
  265:14 275:10
  301:6 350:11
former 292:11
  297:21 329:18
  335:17 354:6,13
formulations 346:23
forth 280:10 294:25
found 260:2,25 285:6
foundation 273:3

SIMONSON00000931

**four** 279:10 315:17
  326:7,15
**fourth** 278:8 282:25
  325:20
**frame** 254:25 270:23
  271:2 320:22,22
**framed** 271:4
**framing** 320:10,11,17
**freckles** 318:20,21,23
  318:24
**free** 296:9
**frequently** 294:22,23
  295:15
**fresh** 311:11
**front** 278:14 317:15
  337:19 340:5
**full** 278:17 281:18
  282:6 283:2
**function** 258:10
  268:24 288:17
**Funds** 333:11 354:10
**funnel** 290:7
**further** 250:6,11,17
  252:22 257:14
  269:19 282:25
  308:25 335:23
  355:15

**G**
**gather** 283:13 293:9
**gauge** 332:19
**general** 277:19,21
  288:10 298:5
  305:23 315:22
  326:21 327:6,21
  340:25
**generally** 292:8
  293:11,13,16,19
  294:8,23 295:10
  305:10 314:9
  317:11
**getting** 277:10 280:13
  283:21 294:7
  295:20

**Gingrich** 283:24
  284:5
**give** 265:14,18 277:18
  277:20 279:19
  286:6 287:14 293:3
  296:25 312:7
  315:22 317:4
  320:11 332:16
  341:3,4
**given** 273:22 286:12
  287:6 302:2 304:24
  316:19,22,24
**gives** 291:25
**go** 257:24 260:10
  263:6 272:11
  274:14 277:22
  278:8,15,16 288:25
  295:18 299:6
  306:10,18 314:23
  316:10,16,17 317:9
  321:23,23 323:23
**goes** 253:16 279:7
  301:16 311:14
  327:23
**going** 251:3 253:21
  255:20 256:7
  260:10 262:13
  264:18 265:23
  274:18 280:9
  289:21 294:11,16
  296:5,6 311:6
  313:12 325:23
**gonorrhea** 292:18
**good** 284:6,7 295:25
  308:8 311:19 337:7
  347:18
**gotten** 321:17
**greater** 318:12
**Greenberg** 322:4,12
**Greenleaf** 300:16
  321:15 322:10,11
  322:15,16
**ground** 297:3
**group** 276:5

**groups** 276:8,13
**guess** 262:14 276:18
  281:2 285:12 300:3
  304:19 315:18
  317:7 337:17
**Guideline** 314:15

**H**
**H** 353:6 354:3
**Hal** 314:14
**half** 257:25 264:18,19
  281:2
**hand** 299:4 355:21
**handling** 346:5
**handwriting** 298:17
  299:22 353:15
**Handwritten** 299:15
  353:16
**happen** 259:24
  274:18 287:16
  290:11 300:22
  302:25
**happened** 253:22
  254:16,18 257:11
  259:23,24,25
  261:13 265:25
  294:14 311:24
  348:2
**happens** 317:5,9
**happy** 322:24
**hard** 266:20
**Harvard** 292:11
  314:17
**Haven** 249:11
**head** 254:23 255:4
**headache** 286:7,9
**Health** 292:13,14
**hear** 288:9 329:4
**heard** 257:10 273:9
  273:21,24 275:14
  321:11
**hearing** 254:11
  272:25 273:10,12
  273:14 301:7

343:17
**held** 251:13
**hereof** 350:6 351:12
**hereunto** 355:21
**hey** 254:22
**higher** 280:2 305:20
  306:9
**highly** 292:24
**hiring** 337:25
**his/her** 351:9
**hmm** 300:21
**hold** 255:8 321:17
**Holyoke** 288:22
**honest** 293:3
**hour** 304:22,23
  305:23,24
**hours** 310:11
**household** 258:12
**Howard** 249:12
  252:6 289:2
**Howie** 308:7 311:18
**how's** 320:5
**human** 255:23
  269:21 319:20,22
**hundred** 273:23
**hypotheses** 316:15
  317:3

**I**
**idea** 256:16 287:4
  289:3 299:2,10
  321:8 339:16 349:4
**Ident** 353:8 354:5
**Identification** 259:11
  277:6 298:18
  299:17 304:6
  307:13,20 323:10
  325:6 328:6 329:19
  330:23 333:13
  334:11 335:20
  336:22
**illustrated** 292:24
**image** 259:9 282:9
  283:4 336:20

SIMONSON00000932

Page 8

353:10 354:15
**immediately** 254:8
261:20 263:20
270:12,14 306:15
**impact** 290:5 346:21
**implement** 314:3
**implication** 269:2
**implicit** 269:2 283:16
284:22
**Implicitly** 268:23
**implies** 271:11,20
**imply** 272:7
**important** 286:16
**impressions** 275:11
**inadvertently** 325:18
**inappropriately**
297:6,8,9,11,17
**incident** 253:16,20
254:5,12 258:7
267:23 268:4,14,17
270:18 271:8,12
272:15,19 273:2,9
273:11,12,14,15,18
273:21 277:3 279:4
282:11 284:24
285:5,8,9 287:25
288:15 289:17
290:2,4 293:22,24
332:24 343:3,18,20
343:22 344:10
346:5 347:6,9
353:13
**incidents** 289:14
**include** 264:23 268:7
268:9 270:20
287:23 309:10
345:11
**included** 263:8
282:21 338:6
341:21,22 346:10
347:7,11
**inconsistent** 319:3
320:12 339:14
**incorporated** 278:21

332:22 333:4
**independent** 319:7
**indicate** 256:22 274:3
285:4 327:16
**indicated** 260:15
265:5 285:6 289:22
309:24 323:23
352:9
**indicates** 277:12
304:11 317:20
318:3
**indicating** 325:17
**indication** 321:25
341:2
**indications** 277:19
**indicator** 284:6,8
**individuals** 256:23
**industry** 313:22
**inference** 285:8
**information** 255:5,13
256:6,15,21,24
257:5,6 258:2,24
259:4 274:4 283:13
293:9 297:24,25
301:18 307:6
309:20 313:6 326:9
326:16 327:19
345:11
**informations** 327:18
**informed** 260:5
339:19,21 341:14
344:12
**initially** 321:13
**input** 345:16,16
**insane** 295:5
**instance** 306:23
**instances** 316:11,13
320:8
**instant** 257:3
**institution** 324:10
**institutions** 271:13
**instruction** 253:12,15
254:9,14 256:2
261:2 262:4 264:11

264:13,15,23 265:2
265:11,13,15,18
270:12 272:22
276:14 326:6
**instructions** 264:4
326:9,17 327:9
**integrate** 256:25
**intend** 268:7
**intended** 268:6 344:8
**intending** 346:19
347:12 348:17
**intent** 254:14 283:12
283:17,18
**intention** 267:25
284:3
**inter** 326:6
**interacted** 321:14
**interest** 276:13
**interested** 288:14
289:16 301:7
355:18
**international** 291:8
291:11
**interpret** 260:24
319:25
**interpretation** 300:8
301:25 339:20
**interpreted** 272:12
**interpreter** 327:4
**interview** 292:14
327:22,24
**interviewer** 264:7
290:21 327:9,23
**interviewers** 290:17
290:25 291:6,9
313:7,17,18 314:2
326:10,18 327:10
**interviewing** 262:16
264:6 291:12,16
313:15
**interviews** 291:9
**introduce** 259:3
**introduction** 251:21
**introductory** 338:5

**Invoice** 307:10,17
353:18,19
**invoiced** 305:4
**invoices** 307:24 308:4
309:4 310:4
**involved** 260:6
**involving** 298:24,25
**in-person** 327:12
**ironically** 312:2
**issue** 253:10 260:3,18
265:21 287:2 288:7
295:20 297:3
303:13 330:15
341:8 347:2
**issues** 271:9 289:15
293:8 312:3 319:9
320:11
**Item** 263:17,18

**J**

**J** 249:12 252:20,20
308:24,24 335:22
335:22
**Jacob** 248:11 251:6
350:4 351:8,16
352:5,25 353:4
355:11
**Jacoby** 248:12 251:1
251:6 252:1,24
253:1 254:1 255:1
256:1,19 257:1
258:1 259:1,12
260:1 261:1,18
262:1 263:1 264:1
265:1 266:1 267:1
268:1 269:1 270:1
271:1 272:1 273:1
274:1 275:1 276:1,7
276:11 277:1,7
278:1 279:1,11
280:1 281:1 282:1
283:1 284:1 285:1
286:1 287:1 288:1
289:1 290:1 291:1

SIMONSON00000933

292:1 293:1 294:1
295:1 296:1 297:1
298:1 299:1,19
300:1 301:1 302:1
303:1 304:1,8 305:1
306:1 307:1 308:1
309:1,3 310:1,18
311:1,12 312:1
313:1 314:1 315:1
316:1 317:1,19
318:1 319:1 320:1
321:1 322:1,6,7
323:1,15 324:1
325:1 326:1 327:1
328:1,8 329:1 330:1
331:1 332:1 333:1
334:1 335:1,25
336:1 337:1,8 338:1
339:1 340:1 341:1
342:1 343:1 344:1
345:1 346:1 347:1
348:1 349:1 350:1,4
351:1,8,16 352:1,5
352:25 353:1,4
354:1 355:1,11
Jacoby's 252:13
266:15
Jail 335:18 354:13
January 305:23
306:13,16
Jeong 253:16,20
254:12 257:17
267:23 268:4
270:18 271:12
272:19 273:2 277:2
279:3 282:11
288:14 289:25
317:23 318:8
337:25 343:3,18,20
344:9 347:6,9
353:13
Journal 323:17
Judge 250:16
judgment 298:7,8,14

June 321:25
jurisdiction 251:9
351:21
jury 298:12
JVC 298:25

**K**

Kansas 328:3 353:24
key 276:8
kind 316:7 327:22
kinds 288:20 327:18
knew 273:3 289:22
332:10
know 253:9,25
254:23 262:13
263:12 264:23
265:6 267:4,22
268:3,14,16,18,22
268:23 269:14,20
271:14 272:19,23
273:5,6 274:13
275:18,20,21,21
277:19 279:3 280:6
281:22 282:3,3
283:20,22 284:16
284:25 285:16
287:6,7,10,16,17,18
287:19,20,22
288:13 289:11,21
290:3,11,13,15,16
290:20,23 291:2,5,7
291:20 293:21,23
296:8 297:22 298:2
298:11 302:3,22
303:21 306:9,14
311:6 313:20
314:20 316:2,4,21
317:7 319:20 321:4
321:20 324:3 326:8
326:23 327:13
328:23 329:24
331:8 332:9,10,12
333:2,6,15,18
334:16 336:3 338:7

338:17 340:4,6,6,8
340:9 341:2,12
343:9 346:11 347:2
349:16
knowing 313:22
knowledge 258:6
313:5
known 324:20
Korea 259:22 260:24
261:2 270:20 282:8
282:19 283:4
288:23 291:13
313:15,16 327:5
337:12 338:21
339:10,15,17 340:5
346:7
Korean 257:25 266:6
331:2,3 337:13
338:10,17,22
341:15 347:24
349:4,15,16,18
Koreans 342:12

**L**

labeled 259:13
270:14 271:17
272:7 277:8 298:21
299:20 304:9
307:23 323:16
325:9 328:9 329:22
330:25 333:16
334:14 336:2,25
342:22 344:23
language 268:20
292:19 293:5 296:6
296:14 342:7,24
343:12 347:25,25
348:12,13 349:5
languages 295:2
law 292:12
lawyer 292:11 314:17
leading 292:19,23
293:2 324:10
learned 268:24 343:2

343:8,19,22 344:9
led 317:6
left 292:12 325:18
legitimate 258:8
length 285:2 288:18
letter 290:22 303:22
325:4,10,11 353:22
letters 303:24,25
let's 263:6 272:15
288:25 293:17
316:9 319:4
levels 345:17
Lies 330:21 354:8
line 278:6,9 282:25
298:14 300:12
301:10,15 302:7
349:11
lines 279:10
list 326:21 327:6
listed 271:13
listened 314:21
literature 294:4
litigation 287:11,17
287:19,23 288:5
315:22 316:4,6,10
little 269:18 305:19
324:21 327:19
348:8
living 345:18
LLP 248:13 249:4,9
loaded 291:23,25
292:7 293:11 294:9
295:21,23 296:16
296:21,25 297:5,14
297:15,19,23
298:12
Loading 291:24
located 251:18
long 321:8
longer 280:20 283:10
345:23
look 260:19 265:9
266:8 267:14,19
269:4 270:9 275:22

SIMONSON00000934

Page 10

280:4 282:24 302:6
306:10,18 310:16
311:12 326:20
338:8 341:18,21
342:22 344:15
346:25
looked 261:15 262:13
267:11 311:23
looking 261:18
263:19 270:24
280:9 281:14
300:10 301:9
339:25 344:17
346:2
looks 300:11 301:11
302:9,16,18 306:2
310:21 345:3
loss 302:17
lot 269:17 273:11
274:3,9,10 289:5
314:14
loud 301:15
Lu 249:7 252:3,3
266:21 312:5,12
325:16

───────

**M**
Madison 249:5
maid 258:12
major 291:11 314:13
majority 316:11
making 320:7
March 277:4 307:11
307:18 309:25
310:5,10 353:13,18
353:20
mark 259:5 307:15
323:5
marked 252:25 259:9
277:4 298:17
299:16 304:5
307:12,19 323:8
325:5 328:5 329:18
330:21 333:12

334:10 335:19
336:21
marker 285:23
marks 308:13,21
349:24
married 258:13
material 311:10
346:21 348:4
math 280:25
mathematician
314:18
matter 251:7 288:3,6
299:9 300:2 304:14
304:17 305:2 307:3
307:25 316:15
321:11 333:8 350:5
351:10 352:7
matters 273:20
**McDERMOTT**
249:4 251:24 252:4
304:13,16 315:13
mean 254:20 255:15
255:22 258:13
272:2 274:14
284:25 285:16
286:5 289:10 290:2
290:6,11 294:20
296:12 297:14,14
299:8 324:2,20
327:11 328:17
332:3 338:23
340:24 342:12
348:10
meaning 262:7
268:21
means 263:23 276:3
285:20 291:23
meant 282:13,19
284:23 291:2
320:18
measured 257:3
media 256:5,20
meeting 299:24 322:2
Mele 248:15 251:16

355:6,24
**Melendez** 249:17
251:14
memory 274:9 275:8
mentioned 303:18
317:2 320:17 327:5
men's 308:9
message 274:8,8
met 322:7
milder 348:8
min 284:3
mind 272:20 287:14
311:11
mine 300:17 312:12
minor 316:20
misinterpreted
322:10
misinterpreting
272:3
**Mitt** 283:24 284:5
modify 254:2
molded 274:5
moment 261:14
274:25 280:14
284:13,21 289:18
295:10 300:4
320:17 328:22
347:3
money 307:7
monitored 314:21
315:3
Monk 333:11 354:10
month 286:7,9
morning 332:9
mother 289:7,8
Mount 288:22
muddy 295:4
multiple 312:17
mystery 322:21,25

───────

**N**
n 249:3 339:10 350:2
353:2
name 251:14,23

300:12,15 301:4
307:2 321:15 322:8
352:9
Nation 346:7
nature 290:12
Nearly 346:24
necessary 294:11
343:20 344:11
345:25
need 266:14 283:5
309:20 335:5
needed 302:25
negative 255:18
269:16 270:6
282:10 283:5
284:20 285:4
negatives 255:21
negligence 302:17
neither 355:16
net 258:22 260:8,11
260:14
network 274:6
332:24 333:5
neutral 292:21
never 258:2 264:7
295:2
nevertheless 269:14
270:7 341:8 342:16
342:18
new 248:13,13,17
249:6,6,11 251:13
251:14,19,19 260:3
305:13 315:14
354:19,19 355:3,5,9
newspaper 328:15
Newt 283:24 284:5
nonsense 294:4
non-existent 289:19
Nos 263:23
Notary 248:16
250:13 351:24
355:8
notch 291:20
note 321:18

SIMONSON00000935

**notes** 299:15,23 300:5
302:16,23 320:25
321:3,5 353:16
355:14
**notice** 259:19 348:7
**noticed** 264:22
**notion** 320:21 349:7
**November** 337:11,15
339:7
**nuances** 295:2
**number** 273:24
278:21 279:25
280:19 290:22
291:10 311:13
316:13 318:11
323:4 327:16
**numbers** 260:5
278:24 279:15,17
279:17 280:11,12
**numerical** 286:6,12

_____
**O**

**O** 252:20,20 308:24
308:24 335:22,22
350:2
**oath** 252:17 304:24
305:5
**object** 256:8
**objections** 250:7
**objective** 286:17
292:16
**obtained** 258:24
**obviously** 254:3
300:2
**occasion** 307:4
**occasions** 316:23
**occur** 278:13
**October** 306:3
**office** 315:14
**offices** 248:12 251:18
**Oh** 264:9 268:18
296:11 322:14
**okay** 252:18,19 254:6
256:17 261:22

262:8 263:2 264:17
267:19 268:12
269:4,24 271:7
272:4,17 273:13
274:13,15 275:6
276:14 278:15
289:12 293:7 294:7
297:12,18 299:11
300:10 301:2 302:6
302:22 303:4
305:25 309:21
312:20,24 320:3
322:14,18 326:2
328:18,21 329:7
330:2 331:7,11
335:7 337:17
339:12,24 340:15
343:23 344:8,15
345:10 349:2,2
**Omar** 249:17 251:14
**omitted** 339:2 341:10
344:20 345:4
**once** 270:10 334:14
**ones** 316:16,17
**one-quarter** 282:8,13
283:9
**one-third** 282:18
283:3,10
**one-to-one** 348:11
**ongoing** 291:12
**online** 323:21,23,25
**open** 295:16
**opened-ended** 294:21
**opening** 341:9
**open-ended** 294:17
294:23 295:7
327:17
**operated** 290:18
**opinion** 255:11,11,13
257:2 258:9,14
259:8 271:15
273:10,11 274:13
281:7,10 283:19
284:11,15 286:15

287:15,20 288:24
289:2 314:16
318:16,17 324:9
332:13,19 353:9
**opinions** 271:9
275:11 283:18
285:10 287:24
289:10 324:12
**opinion's** 257:3
**opposed** 286:8 342:5
**options** 342:8
**orally** 265:19
**order** 263:24 294:13
297:23,25 345:14
345:14
**Ordered** 333:11
354:10
**organization** 291:8
313:14
**original** 280:3 352:10
**originally** 261:24
279:5
**outcome** 355:19
**overall** 257:2 275:10
332:23
**o'clock** 248:14
308:15,17 335:10
335:12

_____
**P**

**P** 249:3,3 327:17
350:2
**page** 253:8 254:7,8
257:14 259:19
261:20 263:6 265:9
267:20 269:6
270:11 272:23
275:15,23 276:10
276:15 277:12,22
277:23 278:3,14,16
279:11 282:5,23,25
299:6 300:4,11
301:10 302:7,15
306:2 309:16

310:17,22 311:14
311:15 317:18,20
318:2,3 321:24
326:3 327:15
337:21,22 342:20
343:15 344:16,25
350:6 351:11 353:8
354:4
**pages** 279:21 308:2,2
**paid** 305:2,3 307:7
**paragraph** 278:17,20
279:11,11 282:6,15
304:19 325:19
**part** 286:25 287:12
287:13,17 303:3
306:21 314:16
**partial** 312:6
**particular** 253:5
256:3 267:24 269:6
271:16 288:7
298:10 317:18
320:3 326:4 332:6
339:25 344:18
**particularly** 253:8
**parties** 308:19 335:14
**partners** 292:16
**party** 355:17
**pay** 304:22
**pencil** 327:13
**people** 257:20 260:13
261:3,5,6,9,11
262:16,24,24 263:3
263:5,7,9,11,13,16
263:18 264:14,24
267:25 269:9,14,17
275:4 280:22,22
281:2,3,5,14,15,25
283:14,22 285:10
291:16 292:15
318:21 319:20
320:9,11 332:8
349:18
**people's** 269:25
**percent** 278:4,5,9,10

SIMONSON00000936

Page 12

279:5,7,7,13,14,24
280:17,19,21,23
281:5,8,12 282:14
282:20 314:25
316:18,23
percentage 280:2
317:5
percentages 280:4
284:2
perfectly 258:7
261:22 319:19
performed 308:5
periodical 274:16
permutations 295:18
person 288:9 296:12
322:5
personally 351:7
person's 332:23
phase 338:5
phone 299:24 300:23
314:19 321:12
326:22 327:2,3,7
phrase 291:25 292:3
296:21 326:5 339:3
341:9,20,22 343:7
344:8
phrasing 342:2,3
Ph.D 248:12 251:6
252:20 308:24
335:22 350:4 351:8
351:16 352:5,25
353:4 355:11
picking 328:25
Pitney 248:13 249:9
252:7,9
place 274:19 278:12
279:17 332:7 350:5
351:11 355:12
plaintiff 248:4 249:5
315:24
play 286:3
playing 271:5
please 254:9,24 259:6
267:19 269:5

275:15 302:15
323:6 336:2 337:21
337:22 342:20
343:15
point 255:14 259:18
274:12 276:4
277:15 279:13
283:18 284:4
287:15,22 291:14
326:21 332:6,14,20
341:3
points 276:2 279:20
279:22 326:4,8,15
political 255:16
283:21 289:4
poll 283:20 288:24
populace 339:10
population 257:25
341:15
Poret 314:14
positive 255:17,18
269:15 270:6
280:19 281:9
284:19 285:6 289:6
possess 324:16
possible 274:20,21
281:19,23 290:13
practice 311:2 314:22
315:6
pragmatic 269:2
precede 264:19,20
preceding 262:4
270:13,15
precision 262:6
preliminary 303:2
preparation 310:12
prepare 311:16
prepared 253:22
255:25 264:14
306:24
presence 313:15
present 249:16
308:19 335:14
presented 263:25

341:9
president 255:17
289:3 330:20 354:8
presidential 288:25
press 273:22 332:5
Pressure 330:19
354:8
prestige 301:17
presumably 262:12
313:19 332:11
presumption 300:22
pretty 327:19
previous 252:14
253:2,10 258:25
260:17 265:22
267:12 282:14,17
303:11,20 309:13
328:13 329:23
331:25 333:17
previously 252:21
280:16 326:12
primarily 294:24
print 266:25
printout 323:17
prior 284:25 285:5,7
310:12
pro 305:11,18
probably 258:20
274:23 275:4
310:11 342:10
probe 269:18 327:18
problem 257:7
272:16 293:4
294:21
problematic 271:23
272:2,3,9
problems 288:18
339:19
process 256:23
produced 266:12,18
266:19 310:24
professional 248:15
291:8,9,15 313:17
313:25 355:7

professionals 291:20
Professor 335:18
354:13
program 264:14
programmed 264:4
264:24
programmer 264:16
proportion 281:20
prospective 255:16
provide 271:2 277:14
provided 277:14
323:22 324:3 326:6
326:9,17 327:10
provides 270:22
providing 271:4
285:22 286:5
psychology 320:7
public 248:16 250:14
259:7 284:10
286:15 292:13,14
318:6 332:19
351:24 353:9 355:8
punched 290:21
purpose 270:12 287:5
289:10 323:18
purposes 288:5
put 260:5 279:17
297:7 298:14
299:14 314:12
319:4 321:16
327:17,25
putting 271:18 293:7
P-o-r-e-t 314:14

_____
Q
_____

qualifications 313:7
313:21
qualifies 303:21
qualify 303:24
question 250:8
253:11,13 254:8,13
256:8,12,23 257:13
258:3,8,17 259:3
260:7,14 261:4,10

SIMONSON00000937

261:21 262:5,17,18
262:24,25 263:3,5,7
263:14,16,17,18,19
263:20 264:22,25
265:10,11,22
266:16 267:12,20
267:21 268:2,7,11
269:10 270:13,14
270:15,24,25 271:4
271:6,7,10,17,19
272:5,7,24 276:10
276:20 278:18,25
279:4 280:15
284:12,17 285:13
290:12 293:15
294:8 299:7,7,8
305:15 309:22
316:8 317:21
318:11,13 319:16
320:14,22 326:13
326:14 327:16
329:13 330:11
331:20 334:5 335:2
337:19,23 338:4,11
339:13,22,25 340:7
340:20 341:8,10,19
341:24 342:4,9,17
342:19 343:8,10,24
344:2 345:5,8
346:25 347:4
348:25 349:10
**questioner** 263:25
264:17
**questioning** 260:6
338:21
**questionnaire** 253:6
256:2 257:14
265:17 266:5
337:11 339:7
**questions** 254:10,15
255:2,9,11 258:22
259:21 260:11
263:22 264:9,10,15
264:18 270:16

272:11,17,21,24
275:6,8,16,17,17,19
275:25 276:9,11,16
287:21 288:9,12
289:13 290:4,8
291:6 292:19,21,24
293:2 294:18,21,24
295:8,8 299:5
303:15 313:2
318:14 319:3,21,25
327:17 339:9,9,14
339:16,18,24 340:3
341:18,23 343:16
345:3,7 346:4
348:17 349:20,22
**Q-10** 275:25 276:16
276:17
**Q-6** 276:15 342:23
**Q-6-A** 342:22,25
**Q-7** 344:16,23 345:5
345:10 346:3,9
**Q-8** 276:17
**Q-9** 275:25 276:16,17

––––– **R** –––––
**R** 249:3 351:2 355:2
**raised** 287:2 306:15
320:21 341:8
**random** 282:2
**rates** 288:17 306:12
**rational** 319:17,17
**raw** 279:24
**read** 255:15,17
257:10 268:7
272:23 273:20
281:18 301:15
302:8,20 303:18
312:25 324:5
325:10 326:7,12
328:14,22 329:6,7
329:23,25 331:7
333:17 334:15,17
336:3,5 350:14
352:7,8

**reading** 253:23
254:12,17 273:2
331:10 333:19
343:17
**reads** 337:23
**realized** 278:17
**really** 278:4 289:16
291:19 308:3
309:19 345:5
**reason** 281:24 314:23
331:24 343:13
**reasonable** 285:8
320:12
**reasons** 352:8
**recall** 257:20 262:3,6
263:10 265:20
267:10 293:2 298:4
302:14 303:4 311:8
323:20 324:15,17
328:11,12,16,20
340:19
**receive** 264:25
**received** 257:18
259:4 317:24
**recess** 308:16 335:11
**recollection** 267:18
277:24 328:13
347:17 348:2 349:8
**recommended** 322:6
**reconstructive**
274:10
**record** 251:3 256:3
285:3 295:4,21
308:14,23 325:16
328:4 335:9,16
349:25 352:8
353:24
**recreate** 253:21
**reduce** 292:17 307:4
**reduced** 305:12
350:10
**redundant** 308:2
344:12
**refer** 276:6 282:13,20

**reading** 285:22 338:22
**reference** 254:25
270:23 271:2,4
**referring** 261:16
325:12 344:22
**refers** 276:15
**reflect** 270:7 309:9,23
346:18
**reflected** 276:20
**reflects** 308:4
**regard** 304:14,17
**regarding** 270:17
271:11 316:15
332:24
**regardless** 254:23
**Registered** 248:15
355:6
**regular** 283:19
**regularly** 313:15
**relate** 324:11
**related** 270:16
355:16
**relates** 301:4
**relating** 303:9,19
324:17 327:21
328:15
**relation** 299:12
**Relations** 329:17
354:6
**relatives** 324:22
**reliability** 320:14
**reliable** 257:23
**reliably** 257:20
**rely** 313:23 349:16
**relying** 295:17
**remaining** 254:10,15
272:24 278:9
343:16
**remember** 254:11
272:25 274:7,24
275:5 326:22 327:2
327:6 339:4 343:17
**remembered** 254:17
**reminder** 327:23

SIMONSON00000938

Page 14

remove 318:19,21,23
  318:24 322:21
report 253:3 259:8,17
  260:4 261:12
  267:15,15 270:10
  277:11,17 281:14
  282:5,18,21,24
  310:22,23 311:3,6,7
  311:9 317:15
  337:16 353:10
reporter 248:16
  250:19 251:16
  252:16,19 350:10
  352:6 355:8
Reporting 249:18
  251:18
reports 273:25,25
  278:16
represent 302:23,24
  302:25
representing 251:17
  251:25 252:5
  296:11
represents 299:23
  344:14
Republic 270:20
Republican 283:22
reputation 276:25
  301:12,16 302:17
  353:12
request 352:8
requested 350:9
rerunning 280:2
research 274:2
  291:11 303:9
  306:25 313:16
  314:16,16 319:24
  320:4,6 324:17,25
  340:18
researcher 314:17
reserved 250:9
resolution 299:2
respect 262:4 292:15
  331:25

respond 286:21
respondent 255:4,9
  255:12 288:8
  319:11,13
respondents 254:15
  256:4 257:8 260:5
  264:2 272:20 273:6
  273:20 275:8
  278:10,11 279:6
  280:17 285:22
  286:17,22 287:3,10
  288:4,11 290:15
  298:2 303:14
  317:21 318:4
  320:15 340:5 341:7
respondent's 333:4
response 256:22
  269:9 278:6 279:4
  285:24 286:23
  287:8 291:3 292:4,5
  293:4 297:9 317:21
  318:11,12 339:20
  342:8
responses 258:22
  260:11 275:25
  288:8 289:6 292:20
  320:12,13
rest 253:15
result 258:5,5,14
  261:2 268:3,16
  273:10,12 275:13
  277:10 282:10
  284:16 317:6 343:2
  343:7,19 344:9
  355:18
results 280:15 316:5
  331:21
resumed 252:22
  308:18,24 335:13
  335:22
retain 317:12
retranslated 337:14
return 284:13
Revealed 330:21

354:9
review 308:10 309:4
revised 259:20
  261:12 267:16
  277:11,11,13
right 280:8,9,10,25
  281:4 284:25
  300:13 312:15
  322:22 327:23
Robert 249:7 251:24
Rob's 329:17 330:20
  354:6,8
role 347:5,16
Romney 283:24
  284:5
room 308:9 327:15
rotate 264:7
rotated 263:24 264:8
  265:10 275:18
rotation 263:22
  264:10
rough 315:18 317:4,7
RPR 355:24
rule 298:5
run 260:3,3 296:7
running 289:3
r-o-l-e 347:16

_____

S

S 249:3 353:6 354:3
safe 262:14,23
Safeguards 323:8
  353:21
sample 279:6
saw 260:20 303:22,23
  303:25
saying 264:12 271:7
  274:13 286:22
  293:22 314:24
  328:19 343:19
says 254:9 255:6,7
  259:20 263:21
  268:23 270:13,15
  275:24 278:4,9

279:4,6 281:19
  302:18,19 304:21
  318:20 326:21
  347:4,7
scanned 326:13
Schwartzenegger
  258:10 275:12
science 320:6
scratch 291:15
script 348:14
sealing 250:3
season 283:21
second 280:7 302:15
  310:18 317:10
  325:20 326:3,4
  340:4 346:2
section 278:25 279:16
  311:14
see 253:9,13,17
  260:22 263:19
  265:9 268:18,25
  272:15,16 276:17
  277:12 278:3,12,16
  279:15,20,23
  280:24 282:4 293:4
  299:5,7 300:13
  301:12 302:19
  306:4 309:16 310:2
  310:19 312:25
  317:24 318:8
  321:24 323:25
  342:2 344:20 346:7
  346:15
seeing 254:11 272:25
  328:16,20 343:17
seen 257:10 259:14
  273:20,23 286:4
  328:10 330:2
  331:11 333:20
  334:18 336:6
selected 313:13
selecting 313:13
self-reference 258:4
self-referential

SIMONSON00000939

284:11
senior 314:15
sense 279:13,14
    319:10 321:5
    322:19 338:18
sensible 259:2
sent 325:16 337:12,13
sentence 281:19
    283:6 344:19 345:2
    345:4 346:2
Sentenced 335:18
    354:13
sentences 279:10
separate 276:2
    318:14 319:9
separating 276:12
September 310:22
series 338:3
serve 315:21 316:2
service 291:13 292:14
services 249:18
    304:23 305:8
set 326:4 350:5
    351:11 355:21
sets 309:4
settled 307:3
settlement 316:12
sexually-transmitted
    293:10
shame 294:15 296:15
    296:17 348:7,16
    349:7
shape 301:6
shared 253:25
Sheet 352:2,9
shift 297:9
Shin 253:16,20
    254:12 255:7,8
    257:17 267:23
    268:4 270:18
    271:12 272:18
    273:2 277:3 279:3
    282:10,11 288:14
    289:17,25 317:23

318:7 329:16
330:15 335:18
337:25 343:2,18,20
344:9 347:6,9
353:13 354:6,13
Shin's 328:4 330:15
    353:24
short 308:8 335:6
shortened 342:9
shorter 278:17
shorthand 248:16
    355:7,14
shortly 305:6
show 252:24 256:10
showing 259:12
    277:7 298:20
    299:19 304:8
    307:22 323:15
    325:8 328:8 329:21
    330:24 332:21
    333:15 334:13
    335:25 336:24
shown 333:3
side 278:12,12
sift 257:9
sign 350:14
signal 340:7
SIGNATURE 352:24
signed 352:9
significant 287:10
simple 257:12 345:6
simpler 342:3
simply 313:23 324:25
single 294:3
sit 263:10 275:21
    298:2 313:20
    332:15
sitting 260:20 291:13
situation 290:14
    294:13 320:23
six 253:4
smaller 279:25 280:4
Smith 288:22
social 320:7

solve 322:25
somebody 296:3,7,9
    322:13
somewhat 346:10
sorry 262:15,23
    270:13 276:7 280:8
    319:5
sort 274:5 320:20
source 254:24 255:6
    255:7 274:7,7
sources 274:4
spanning 279:21
speak 286:13
speaking 299:23
    327:4
specialist 249:17
    251:15
specific 297:22
specifically 277:16
    298:4 326:24
specifics 277:20
speculate 300:25
    324:2
spent 309:23
sponsoring 287:4
Spot 323:8 353:21
Springer 249:12
    252:8,9
Square 248:13
    251:13
ss 355:4
stack 317:15
staff 291:16
stamped 310:18
    312:22 321:24
stand 298:14 334:9
    354:12
standard 305:7,10,17
    305:19,21 306:6,14
    306:20 314:9,22,25
    327:19
Stanford 306:23,25
    307:2
start 311:2,7

started 310:22
starting 277:23 278:2
    291:14
state 248:17 284:2
    351:4 355:3,9
stated 308:4 326:10
    326:15 331:25
statement 256:14
    263:21 270:21
    271:17,18,20 272:7
    275:24
states 248:2 251:9
    295:7,14 314:6
    327:8 339:18,18
    340:3,11 351:8
stems 342:7
Stenotype 248:16
    355:7
STIPULATED 250:2
    250:6,11,17
stipulations 252:13
stop 292:17
Street 249:10 251:19
    323:17
strike 310:7 315:20
string 296:7
students 270:19
    346:6
study 285:23 298:24
subcontractors
    345:17,18
subgroups 279:22
subject 288:11
subjects 288:13
submitted 253:3
    310:4
subparagraph
    304:20
SUBSCRIBED
    351:18
subsequent 259:3
    271:19 285:12
subsequently 261:12
suggesting 324:24

SIMONSON00000940

Page 16

suggestions 254:2
suit 265:13 294:12
summary 278:13
superb 291:7
supervisors 313:8
  314:22 315:3
supplemental 317:14
supports 321:15
supposed 332:19
sure 262:21 263:12
  266:13 284:24
  289:8 290:13
  291:24 295:21
  297:2 305:14
  321:21 324:6
  332:15 341:3
survey 253:6 259:8
  274:19 275:7
  283:13,19 284:11
  286:3,15 287:4
  288:4,11,13,18,19
  289:16 291:11
  293:5 297:5,19
  303:15 311:4,9
  313:8,16 314:3
  316:4 317:10 321:6
  324:11 327:12
  329:8,10,14 330:6,8
  330:12 331:15,17
  331:21 332:7,18,18
  333:24 334:2,6,22
  334:23 335:3
  336:10,12,17,19
  353:10 354:14
surveys 292:7 293:11
  293:18,18 294:9
  295:6,12,13 297:24
  298:3 314:2,5,6,8
  314:14,19,19 315:2
  315:4,7,19 316:3,9
  316:11,14,19,22
  317:2,6 326:22
  327:2,7 340:11,12
  340:16,17,22

survey's 286:17
suspect 298:13
  321:14
suspenders 340:25
  341:5
swore 296:22
sworn 250:13,15
  252:21 351:8,18
syllables 294:4
synonymous 268:15
  346:23
syphilis 292:18
system 290:18

_____
           T
T 350:2 351:2,2 353:6
  354:3 355:2,2
table 260:3
tabulated 290:23
tabulating 275:24
take 257:25 263:23
  265:9 266:15
  267:19 269:4 270:9
  282:12,19 292:6
  308:8 311:12 316:9
  328:21 331:3 335:5
  338:8 341:17,22
  343:12 345:16
taken 248:12 284:7
  308:16 335:11
  342:3 344:13 350:4
  350:9 351:10 352:7
  355:12
Takes 334:9 354:12
talk 278:18,19 279:13
  293:17
talked 285:2
talking 256:16,19
  261:20 284:12
  288:14 293:19
  294:20 306:22
talks 268:10
tallies 299:4
Tape 308:14,22

349:25
technical 285:21
  349:11
telephone 264:6
  314:5 323:3
tell 259:16 260:10,16
  262:19 270:11
  276:3 277:9,20
  284:4,18,22 285:17
  285:19 286:24
  290:7 291:22 294:5
  296:23 297:4
  298:21 299:21,25
  300:15 301:21
  304:10 309:7 310:9
  318:5 319:8,14
  320:18 323:18
  324:21 337:8 340:8
telling 254:21 271:6
  343:15 345:20
tells 284:2 327:10
term 285:22 292:3
terms 272:13 296:13
tested 303:2 330:17
testified 252:22
  308:25 313:5 314:4
  321:2 325:10
  335:23
testimony 304:24
  305:5,24 309:11
  328:14
texts 290:6
Thank 322:23
theory 291:19
thereof 355:19
thing 259:2 265:10
  288:25 295:25,25
things 255:16,17,18
  264:5 285:6,14
  289:23 293:20
  313:22 318:15
  326:21,25 327:6,11
  327:21 332:21
  345:14,15,23,23

347:15 349:13
think 255:21 256:9
  257:15,20 258:4,7,9
  258:14,16 260:4
  263:5 266:14,17,21
  266:23 268:20
  269:24 270:3,8,24
  271:3,8,10,23,25
  272:2,6,11 273:7,19
  273:25 281:10,24
  284:7,8 286:13,16
  286:18,24 287:9,12
  288:6,8 289:5,12
  292:25 295:5
  297:10,17 298:7,7,8
  301:3 305:14 313:9
  317:22 318:4,15
  319:10,19 320:10
  325:16 328:11
  332:18 338:2 342:4
  342:6,13,14 343:11
  344:12 346:20,22
  347:8 348:3,4,9
thinking 302:24
  303:2 320:4
third 270:5 276:9
  325:19 326:20
Thirteen 281:4
thought 259:23,25
  291:3 292:4 348:24
thoughts 289:16
  290:16 296:10
  326:25 337:24
  338:6 339:3 341:7
  341:20 342:6
thousands 298:3
three 263:12 275:3
  276:8,11 279:20,22
  279:22 280:25
  281:4 286:8 289:23
  315:17
Three-page 298:16
  353:15
Thursday 248:14

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018        (800) NYC-FINK * (212) 869-3063

SIMONSON00000941

tie 275:2
ties 274:24 275:3
Tiger 275:12
time 250:10 251:3
    255:14 257:3
    258:12,21 260:4
    264:18,20 266:16
    269:5 274:12,21
    283:19 284:4 285:2
    285:14 287:2,15,22
    288:18 291:10,21
    292:17 302:9 308:8
    308:12,20 309:23
    311:6,7,17,19
    313:10 314:4
    316:18 317:14
    320:24 323:24
    332:6,14,20 335:8
    335:15 341:17
    349:23 350:5
    351:11 355:12
times 248:13 251:13
    281:3,4 286:7,9
    305:11 315:15
    317:2
title 350:6 351:11
TLM 248:7
TNS 261:2 269:5
    291:7,12 307:7
    313:12,13,19
    317:14 338:23
    347:21,23
today 258:19 267:3
    328:10 330:3
    331:12 333:21
    334:19 336:7
told 296:21 300:6,9
    301:19,21,22
    313:12 322:7
    338:25 339:4 340:5
    343:21 347:21,22
Tons 319:24
top 278:3 291:20
    299:7 300:10

304:12 323:8
    353:21
toss 309:18
total 317:20 318:4
totally 257:23 289:24
    293:18 299:5,9
    320:2,12 348:13,13
trade 293:20 294:12
    295:12
trademark 294:12
    295:12 297:24
    314:8,14,18 315:4,7
    340:13,16,22
trademarks 293:20
transcript 250:18
    350:14 351:9,12
    352:7,10
transcription 355:14
translate 266:6
    347:15
translated 337:12,14
    348:9
translation 260:20,21
    261:15,19 262:2,9
    262:10,20 331:2,8
    343:10,25 344:6,14
translations 268:19
    288:21 294:25
    349:17,17
tremendous 332:5
trial 250:10
tricks 271:5
tried 256:21
trivial 281:6
true 342:13,14
    351:12 355:13
trust 275:7
truth 296:21,23,24,24
    318:5 319:8,14
truthful 292:21
    297:25
try 253:21 260:17
    285:25 289:15
    292:6 293:13

trying 278:18 303:5,7
    303:13 347:24
turn 253:5,7 254:7
    275:15 282:23
    302:15 305:25
    310:17 317:18
    318:2 327:15
    337:21,22 342:20
Turning 257:13
    304:19 316:25
tweaks 327:19
Twelve 323:11
two 254:3 263:8
    264:19,20 275:2,19
    276:9 285:14,15
    289:20 303:23
    307:22 308:22
    309:4 312:11,14
    318:14,15 337:19
    342:21 344:16
    346:22 349:25
two-page 278:24
    279:16
typed 327:9
types 340:15
typewritten 350:11
typically 295:7,14
    314:6 340:10,13
typo 278:5

U

ultimately 254:3
    289:4 310:23 316:5
understand 256:3,18
    258:23 263:2
    268:11 291:2 295:9
    298:13 308:3
    324:15 326:23
    332:4 338:20 339:2
    339:11 342:10,12
    348:21
understanding
    268:13 269:8 283:7
    309:10 338:10,15

339:20 347:5
    348:22
understood 345:15
    349:9
unethically 287:21
unfortunately 292:12
unintelligible 331:4
United 248:2 251:9
    292:13 295:6,14
    314:6 339:18 340:3
    340:11
universities 289:14
    289:19,20
university 248:3,7
    251:7,8 252:2,5,7
    252:10 257:16,17
    257:19 259:8
    267:22 269:11
    270:19 279:2 282:9
    283:4 285:5,7
    287:24 288:2,22,23
    301:16 302:10,11
    306:22,23,25
    317:23 318:5,6,7
    319:7,9,12,14
    323:24 328:3
    330:16,20 332:25
    336:20 338:2 342:5
    342:7 343:4 352:4,4
    353:10,23 354:8,15
university's 270:17
    272:18 273:15,17
    276:24 277:2
    281:21 282:7 283:2
    346:5 347:5,8,16
    353:12,12
unnecessary 343:12
    343:12,13 345:21
use 252:12 254:24
    258:3 275:25 290:7
    294:15 295:7
    297:19 308:9 316:3
    318:18,19,20,22,24
    347:18

SIMONSON00000942

Page 18

useful 292:25
usual 311:2 315:6
usually 286:5 295:16
U.S 292:14

**V**

vague 347:17
validate 314:23
validated 314:7
validation 314:19
value 288:10 289:13
values 286:6
variety 288:12
  327:11
various 271:13
vary 305:9 311:5
vast 316:10
venereal 292:15
Verification 328:4
  353:24
verify 257:17 317:23
  318:7
version 261:24 265:4
  265:16 266:4,5,7,24
  277:16,25 280:7,9
  282:17,21 312:22
  331:4 332:5 337:10
  337:15 339:7,13
  341:19 343:6,24
  344:2,18,20 345:4
  346:9 347:6
versus 251:8 315:24
vertical 300:12
vice-president 314:15
Victor 298:25
video 249:17,18
  251:15 328:25
VIDEOGRAPHER
  251:2 308:12,20
  329:3 335:8,15
  349:23
videotaped 248:11
  251:5
view 257:19 267:21

279:2 281:9 285:4,7
  343:3
viewers 326:6
views 257:21 268:2
  268:13,15 269:10
  269:15,25 280:18
visceral 296:2
voices 329:2
vote 255:20 283:23
  284:3,9 289:8
vs 352:4

**W**

wait 274:25 289:18
waiting 291:14
waived 250:5
Wall 323:17
want 256:10 281:11
  286:20,25 289:11
  290:8 295:9,21
  297:13 308:3
  320:24 321:22
  323:25 339:21
wanted 260:21
  268:22 276:5
  349:14
wasn't 298:13 325:23
  344:11 345:24,25
  349:3,12
way 259:25 267:3,7
  271:6,24 278:2
  281:15,20,25 284:6
  286:2,3,21 290:23
  293:5 294:2 296:13
  297:7,10 301:3,5
  310:8 314:12
  318:16,17 319:5
  321:12 323:3
  324:12 338:17,19
  338:21 339:6,8,14
  339:17,22,23 340:2
  340:20 342:17,18
  343:3 344:12 348:3
wear 275:3

week 265:4 274:24
  275:2,3 310:13
weight 316:20,23,24
Weiner 249:7 251:23
  251:24 252:15
  256:7,13 266:19,23
  267:4 295:11
  299:24 300:6,8,24
  301:19 302:12
  303:22,23 308:7
  311:18,21 312:7,14
  312:19,21 313:9
  315:10 321:13,13
  321:16,19,22 322:4
  322:11,16,20 323:2
  323:11 325:11,15
  325:25 328:24
  335:5 337:6 349:21
went 259:22 265:4,17
  279:9 291:6,17,19
  292:12 323:21
  332:8 347:19 348:7
weren't 291:13
West 251:19
we're 261:22 283:21
  293:19 294:20
  319:17
we've 258:24 259:4
  267:13 272:13
  275:14 297:2
WHEREOF 355:20
whoa 344:5,5,5,5,6,6
wife 258:13
willing 280:23 298:14
wise 355:18
witness 252:18,21
  301:2 311:23 312:9
  313:2 315:22 316:3
  322:9,14,18,22
  353:3 355:11,20
wonder 300:17
  328:24
wonderful 319:15
Woods 275:12

word 267:24 268:8,9
  292:3 293:22 294:3
  295:4,23 296:4,16
  296:18 297:14,23
  301:11 320:10
  325:18 347:16,18
  348:8 349:5,6,9
worded 338:12 339:8
  340:20
wording 346:10
  348:5
words 288:12 291:23
  292:7 293:12,24
  294:2,6,9,15 295:21
  296:7,10 297:5,15
  297:15,16,19,23
  348:5
wore 274:24 275:2
work 305:2,11,18
  307:7 308:5 309:9
  310:5,9 311:8
worked 280:22 315:9
  315:12,15
working 309:23
  311:3 315:23
  345:18
works 280:23,24
wouldn't 257:23
  270:25 288:6
  332:17 348:20
  349:13
Wow 316:7
write 255:7 302:23
written 300:12 321:3
wrong 280:9
wrote 255:6 300:5
  303:5 321:5

**X**

x 248:3,9 255:20
  318:19,20,22,22,24
  353:2,6 354:3

**Y**

Y 252:20 308:24

SIMONSON00000943

335:22
**Yale** 248:7 251:8
  252:7,9 255:6,8
  257:16 276:25
  281:21 282:7 283:2
  287:11 317:22
  318:6,7 319:4,5,6,9
  319:12,14 323:7
  324:9,18,20,22,23
  352:4 353:12,21
**Yale's** 281:16
**yea** 286:22
**yeah** 258:14 263:4
  269:17 271:25
  276:18 280:6
  290:19 296:4
  298:11,23 300:16
  302:9 305:16 310:2
  311:20 312:2
  315:25 320:20
  332:3 346:8 348:19
**year** 257:21 258:17
  274:18 277:13
  282:6 283:2 305:23
  306:13 332:8
**years** 305:14 306:24
**York** 248:13,13,17
  249:6,6 251:13,14
  251:19,20 305:13
  315:14 354:19,19
  355:3,5,9
**you's** 295:9

**Z**
**zero** 279:8

**$**
**$1,000** 305:24
**$650** 304:22
**$850** 304:23

**0**
**0.8** 279:7,9,14 280:19
**06511-6433** 249:11

**1**
**1** 252:25 261:19
  263:18,23 276:11
  276:11 277:12,25
  278:3,6 279:12,21
  305:23 311:12
  337:16,18 338:12
  338:13
**1,300** 280:21
**10** 307:12,23 309:8
  309:15,19 311:15
  311:15 316:23
  317:8,8 353:18
**10:24** 308:13,15
**10:39** 308:21
**10:41** 308:16
**100** 280:25 314:25
**10173-1922** 249:6
**1080i** 298:25
**1080p** 299:2
**11** 307:19,23 309:8
  309:14,20,22
  310:16 321:23
  353:19
**11-17-08** 336:20
  354:15
**11:19** 335:9,10
**11:37** 335:11,16
**11:56** 349:24
**12** 277:22,23 278:3
  318:2 323:9,13,16
  325:4 353:21,22
**12th** 277:13
**13** 281:3 325:6,9
  326:3 353:22
**14** 328:6,9 353:23
**147** 299:6
**15** 269:6 286:10
  317:8 329:19,22
  354:6
**16** 277:4 306:3
  330:22,25 353:13
  354:7
**17** 333:13,16 337:11

354:10
**18** 334:10,14 354:11
**18th** 274:15
**186** 309:17
**19** 248:14 251:4
  335:20 336:2 352:5
  354:13,18

**2**
**2** 263:17,24
**2-C** 253:11,13
**20** 280:22 316:23
  317:8 336:22
  337:18,22,23
  339:13 340:2
  341:19 342:21,23
  342:25 344:2,18,25
  345:11 346:3,13
  347:4 354:14
**2008** 259:9,20 306:4
  310:22 337:12
  353:10
**2010** 277:4 307:11,18
  309:25 310:5,10
  353:14,18,20
**2011** 248:14 251:4
  259:20 325:4
  351:20 352:5
  353:22 354:18
  355:22
**206** 336:25
**226** 309:17
**23** 307:11,18 309:25
  310:5,10 353:18,20
**23rd** 274:17 355:21
**233** 310:18 321:24
**24.8** 279:7 282:14
**25** 286:10
**252** 353:4
**259** 353:9
**26** 278:16 281:4
  282:5
**26th** 337:15 339:7
**27** 279:11,21,23

**277** 353:11
**28** 279:21
**298** 353:15
**299** 353:16

**3**
**3** 253:8 254:8 304:19
  311:14
**3-A** 304:20
**3.5** 279:7,9,14 280:17
  280:21,25
**3:08-CV-00441** 248:6
**304** 353:17
**307** 353:18,19
**31** 278:9
**323** 353:21
**325** 353:22
**328** 353:23
**329** 354:6
**330** 354:7
**333** 354:10
**334** 354:11
**335** 299:7 354:13
**336** 354:14
**340** 249:5
**350** 299:8
**37th** 251:19
**37.1** 279:5 282:20
**370** 299:8
**39** 251:19 281:4
**394** 260:14 261:11,11
  278:22

**4**
**4** 254:8 257:14 263:6
  272:23 337:21,22
  343:15
**4-A** 263:6,6,19
  272:24 317:21
  318:13 337:23
  338:4 339:13 340:2
  341:8,24
**4-B** 257:13 258:22
  260:11 269:10
**40** 281:3,5

SIMONSON00000944

**406** 278:11
**41** 278:10
**478** 259:19
**487** 317:20
**488** 317:19
**494** 260:15 269:7,9

---
**5**

**5** 259:10,13 261:20
  265:9 267:20 269:4
  270:11 276:8
  317:14 342:20
  344:25 353:9
**5-A** 263:14 264:22,25
  318:12 341:19
**5-B** 258:23 260:12
  269:10
**50/50** 315:25
**539** 278:11
**59** 269:13 278:5

---
**6**

**6** 260:14 261:4,21
  262:5 263:16
  265:10,22 267:20
  275:15 276:15
  277:5,8,25 278:18
  279:4,23 280:15
  282:24 343:24
  344:2 353:11
**661** 318:4
**69** 278:4

---
**7**

**7** 248:13 251:13
  270:13,14 271:4,6
  271:10,17 272:7
  278:18 298:18,21
  353:15
**7-A** 265:11 270:15,25
  271:7 272:17 345:8
  346:25 347:3
  348:17
**7-B** 271:7 345:8
  347:2

**7-E** 345:8
**767** 278:7

---
**8**

**8** 275:17 279:13
  280:23 281:5,8,12
  299:16,20 310:22
  320:25 353:16
**8th** 321:25
**80** 316:18
**8014-D** 307:11,18
  353:18,19

---
**9**

**9** 275:17 304:6,9
  306:2 311:15
  317:18 353:17
**9s** 313:24
**9:10** 248:14 251:4
**90** 316:18
**900** 278:5,22 305:23
**99.9999999** 313:24

SIMONSON00000945