# EXHIBIT D

# McDermott
# Will&Emery

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Munich

New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Robert A. Weiner
Attorney at Law
rweiner@mwe.com
212.547.5408

May 12, 2011

**VIA E-MAIL**

Howard Fetner
Day Pitney LLP
One Audubon Street, 6th Floor
New Haven CT 06511
hfetner@daypitney.com

Re:     Dongguk University v. Yale University, No. 3:08-CV-00441 (TLM)

Dear Howie:

       This letter addresses your May 9, 2011 letter and your May 12, 2011 e-mail regarding the issues raised at the May 7, 2011 deposition of Jacob Jacoby. This letter also confirms our May 10, 2010 conversation regarding the same.

       Attached hereto are: (i) the raw data for each of the questions, (ii) the frequency tables for each question in the survey, (iii) a chart indicating the number of respondents for each question, (iv) tabulations of the data across the three sub-groups for each question, and (v) the revised TNS survey report in Korean (with anything added or corrected in red text). We intend to produce to you an English translation of the revised TNS survey report as well as Dr. Jacoby's supplemental report early next week.

       As we explained to you on our call, we have discovered a translation error regarding the instructions for Question 6. As a result of the translation error, included in the analysis were respondents who had responded to the third and fourth categories of Questions 4a and 5a. TNS has now removed those categories of respondents who should not have been asked Question 6. Consequently, the analysis (for both the general response and across the three sub-groups) in the revised survey report is in accordance with the instruction prepared by Dr. Jacoby for Question 6 of the questionnaire.

       TNS also confirmed that the instructions for Question 7a-e were properly administered and that the data for that question set is correct. Dr. Jacoby's supplemental report will simply memorialize what we have already told you.

       In addition, for ease of reference, the revised TNS survey report now includes for each question: (i) the total number of respondents asked each question (similar to the prior draft of the TNS report), (ii) the number of respondents for each of the answer choices, and (iii) the

Howard Fetner
May 12, 2011
Page 2

correlating number of people in the Korean population for each of the answer choices.  This added information does not in any way change Dr. Jacoby's methodology or conclusions nor is it new information.

We have also confirmed with TNS that, as per Dr. Jacoby's testimony,

- no pilot or pre-test was conducted;

- no post-survey validation was performed because TNS Korea uses computer-assisted telephone interviews ("CATI"), whereby the interviewers are monitored real-time; and

- the telephone numbers were obtained from a phone number database maintained by the Korea Telecom's Yellow Pages and purchased from the Korean Society for Opinion and Marketing Research, the same method that was used in all Korean phone surveys in 2008.

Additionally, as to the instructions provided to the interviewers,

- first, the interviewers were briefed orally as to: (1) what the survey was about, (2) who the target respondents were, and (3) the screening questions;

- then, the questionnaire was distributed and read aloud, with an explanation as to each and every question and each of the answer choices;

- then, a general list of things to remember when conducting phone surveys; and

- finally, before conducting live interviews, and to familiarize themselves with the survey questions and responses, the interviewers performed CATI practice runs in which they ran through the survey questionnaire themselves.

As to timing of the continued deposition, we understand that at the end of the deposition on May 7, you had spent six of the seven hours allotted under Rule 30 of the Federal Rule of Civil Procedure questioning Dr. Jacoby.  While we disagree with your characterization of the issues that arose on Saturday as "significant", we do understand that with the production of additional documents, the revised TNS report, and the supplemental expert report, a couple of hours, at most, beyond the seven hour time limit may be necessary to respond to questions concerning questions 6 and 7a-e only.

As to the scheduling of Dr. Jacoby's continued deposition, he has agreed to May 19 so long as the deposition is completed by 3 p.m.  Also, as we explained to you in our telephone conversation, because the far majority of Dr. Jacoby's deposition has already been completed with only minor issues remaining, we do not believe the delay in completing Dr. Jacoby's deposition will in any way disadvantage you or your survey expert.

Howard Fetner
May 12, 2011
Page 3


   In any event, we understand that you would like to obtain the transcript of Saturday's deposition for your expert's review.  Since you provided us with your assurance that you will not have your expert review Saturday's deposition transcript in order to provide you feedback on Dr. Jacoby's testimony and that you will not incorporate any comments from your expert into your questioning of Dr. Jacoby during his continued deposition, we have no objection to you ordering the transcript at this time.

   As to your request for a three-week extension in serving your expert's report, we believe that there is simply no justification for such a long adjournment.  As we informed you yesterday, and as discussed above, the only thing that has caused a delay is a translation error that resulted in an over-inclusion of respondents in connection with Question 6.  While we would have preferred to have avoided the translation error, as we have continually said, nothing has occurred that has resulted in a change to Dr. Jacoby's methodology or conclusions.

   To the extent that you might be justifying your request on the fact that we have now provided you with TNS's data, such a justification would be similarly specious.  As you know, the TNS data and documents were never previously requested by Yale.  Nevertheless, as a courtesy, we have now provided the TNS data to you without the need for a document request or a subpoena.  More importantly, there is nothing in the TNS data or documents that deviates from Dr. Jacoby's report or justifies further delay.

Sincerely,

Robert A. Weiner

cc: Felix Springer, Esq.
  Audrey Lu, Esq.
  Ira Grudberg, Esq.

DM_US 28564398-1.081817.0011