# EXHIBIT H

**Appendix D**

Thursday, February 14, 2008
2:30 PM

Dr. Simonson's Phone Invite

## Financial Products Study-Phone Invite

PROG. NOTE: Move in from sample

NAME.   Move in name from sample

PROG. NOTE: Move in from sample

PHONE.   Move in phone number from sample

INTRO.   Hello, I'm ___ from Market Strategies, a nationwide market research organization. We're conducting a survey about financial products, and I'd like to include your opinions. We are not selling anything; we are only interested in your opinions, which will be held in the strictest confidence. However, as I will explain shortly, interviewees will be invited to do a follow-up interview, again with no selling involved, but for which we would offer $25 compensation.

QA.   May I speak to (RESTORE NAME)?

1   Respondent is available
2   Respondent is not currently available, can schedule appointment/call back
3   Respondent is not available, cannot schedule appointment/callback
4   Name on sample does not match actual name.
DK
REF

{IF QA=1, ASK QB; IF QA=2 SCHEDULE CALLBACK;OTHERWISE TERMINATE}

QB.   First, which, if any, of the following financial publications are you familiar with? *(READ CODES 1-5, ACCEPT 5 MENTIONS)*

1   Smart Money
2   Wall Street Journal
3   Fortune
4   Financial Times
5   Business Week
6   None *(VOL-DO NOT READ)*
DK
REF

1

Dr. Simonson's Phone Invite

QC. Which of the following companies have you heard about? *(READ CODES 1-5, ACCEPT 5 MENTIONS)*

1. Prudential
2. Merrill Lynch
3. Bank of America
4. Citibank
5. MetLife
6. None (VOL-DO NOT READ)
- DK
- REF

I would like to invite you to participate in a follow-up survey we are conducting. Again, we are not selling anything and are only interested in your opinions. We would like to send you documents about an annuity product, and we would like to ask you some questions. For your time and willingness to participate in this follow-up survey, we will send you a check for $25 after completing that survey.

QD. Would you like to participate in our survey and receive $25?

1. Yes
2. No
- 4DK
- REF

{IF QD=1, ASK INVITE; OTHERWISE TERMINATE}

INVITE. Thank you for agreeing to participate. We will send you the documents in a United States Postal Service *TWO-DAY PRIORITY MAIL* envelope. It should arrive in about 2 business days. We will call you after you have received the Priority Mail package to conduct the follow-up survey, and you will need this package with you to complete the survey. Also, as I will explain in a minute, it is important that you not open the Priority Mail envelope before we call you.

PROG. NOTE: LOCATOR BACKPAGE

Thank you. We appreciate your help on this project. I'd like to verify the spelling of your name.

RFNAME. [RECORD RESPONDENT'S FIRST NAME]

2

Dr. Simonson's Phone Invite

What would be the best time of day to reach you when we call back?

CBTIME.   [RECORD BEST TIME TO CALL BACK IN RESPONDENT TIME]

---

Please let me verify I have the following information entered correctly

VRFNAME.   [VERIFY RESPONDENT FIRST NAME] (RESTORE RFNAME)

VRLNAME.   [VERIFY RESPONDENT LAST NAME] (RESTORE RLNAME)

VCNAME.    [VERIFY COMPANY NAME] (RESTORE CNAME)

VADD1.     [VERIFY STREET ADDRESS FIRST LINE] (RESTORE ADD1)

VADD2.     [VERIFY STREET ADDRESS SECOND LINE] (RESTORE ADD2)

VCITY.     [VERIFY CITY] (RESTORE CITY)

VSTATE.    [VERIFY STATE] (RESTORE STATE)

VZIPCODE.  [VERIFY ZIP CODE] (RESTORE ZIPCODE)

---

GOODBYE.  Finally, I have one more important thing to tell you. Since we would like to ask you some questions about the documents immediately after you review them, please do not open the Priority Mail envelope and do not review the documents until we call you. Thank you, and we will call you approximately three days from today.

4

## Appendix E

Friday, February 15, 2008
8:08 AM

Dr. Simonson's Study

## Financial Products Study

PROG. NOTE: Move in from sample

NAME.    Move in name from sample

---

PROG. NOTE: Move in from sample

ADD1.    Move in address line 1 from sample

---

PROG. NOTE: Move in from sample

ADD2.    Move in address line 2 from sample

---

PROG. NOTE: Move in from sample

CITY.    Move in city from sample

---

PROG. NOTE: Move in from sample

STATE.    Move in state from sample

---

PROG. NOTE: Move in from sample

ZIP.    Move in zip from sample

---

PROG. NOTE: Move in from sample

RESP, Respondent type
    1    Active
    2    Inactive
    3    Payout

1

Dr. Simonson's Study

PROG. NOTE: Move in from sample

| COMP. | Company |
|---|---|
| 1 | Allianz |
| 2 | LifeUSA |

PROG. NOTE: Move in from sample

| PRODUCT. | Product type |
|---|---|
| 1 | Accum |
| 2 | Buffet |
| 3 | Elite |

PROG. NOTE: Move in from sample

| STATE. | State |
|---|---|
| 1 | Florida |
| 2 | Minnesota |
| 3 | Texas |
| 4 | Pennsylvania |
| 5 | All other states |

PROG. NOTE: Move in from sample

2

Dr. Simonson's Study

| PACK. | Package type |
|---|---|
| 1 | Package 1 |
| 2 | Package 2 |
| 3 | Package 3 |
| 4 | Package 4 |
| 5 | Package 5 |
| 6 | Package 6 |
| 7 | Package 7 |
| 8 | Package 8 |
| 9 | Package 9 |
| 10 | Package 10 |
| 11 | Package 11 |
| 12 | Package 12 |
| 13 | Package 13 |
| 14 | Package 14 |
| 15 | Package 15 |
| 16 | Package 16 |
| 17 | Package 17 |
| 18 | Package 18 |
| 19 | Package 19 |

Hello, may I speak to _____ ?  *(IF RESPONDENT IS NOT AVAILABLE, ARRANGE A CALLBACK)*

This is _____ from Market Strategies calling to conduct the follow-up survey we spoke about a couple of days ago. As indicated, this survey is done for research purposes and your individual answers will remain strictly confidential. As a token of appreciation, we will send you a check for $25 that you will receive in about two weeks.

QAA. Do you have the Priority Mail package we sent you?

1. Yes *(CONTINUE)*
2. No *(ARRANGE A CALLBACK)*
3. Don't know *(ARRANGE A CALLBACK)*
4. Refused *(TERMINATE)*

First, when answering the questions, if you don't know the answer or don't have an opinion, please don't guess; just tell me you don't know, and we'll go on to the next question.

In this survey we are interviewing people about annuity products.

Now please open the Priority Mail package. Since I will be asking you to review some materials, if you normally wear eyeglasses or contact lenses, please put them on now, if you're not already wearing them. *(PAUSE)*

3

Dr. Simonson's Study

First, please take your time to carefully review the documents we sent you. Let me know after you are finished. *(AFTER THEY ARE DONE, CONTINUE)*

QBB. Have you fully reviewed the documents we sent you?

  1   Yes
  2   No *(ASK THEM TO REVIEW THEM AGAIN, THEN CONTINUE)*

---

Now I would like to ask you a few questions. Please feel free to look at the documents at any time.

*(READ THE FOLLOWING QUESTIONS SLOWLY; IF NEEDED, REREAD THE QUESTION, WITHOUT PARAPHRASING)*

QCC. Have you ever owned or do you own the annuity described in these documents or a similar annuity sold by Allianz *(pronounced ALL-EE-ONZ)* or LifeUSA?

  1   Yes
  2   No
  3DK

---

{IF QCC=1 ASK QD1; OTHERWISE GO TO FILTER BEFORE QDD}

QD1. Were you or weren't you involved in making the decision to buy this or a similar Allianz or Life USA annuity?

  1   Was involved
  2   Was not involved
  DK

---

{IF QCC=2, DK OR QD1=2, DK, ASK QDD; OTHERWISE GO TO RESP1}

QDD. If you were considering buying the annuity described in these documents, would you or wouldn't you be involved in that decision?

  1   Would be involved
  2   Would not be involved
  DK
  REF

---

4

Dr. Simonson's Study

RESP1.  Respondent Type
  1  Involved owner (IF QCC=1 AND QD1=1)
  2  Involved non-owner (IF QDD=1)
  3  All else

{IF RESP1=1-2, ASK Q1; OTHERWISE GO TO THANK}

Q1.  (IF RESP1=1 RESTORE "When you decided to buy the annuity," IF RESP1=2 RESTORE, "Suppose you were considering buying the annuity") described in these documents, what features or advantages of this annuity, if any, (IF RESP1=1 RESTORE "were," IF RESP1=2, RESTORE "would be") important in your decision? *(ASK OPEN END AS DESCRIBED IN BRIEFING).*

  1  Specify
  DK
  REF

{IF Q1=1 ASK Q1A; OTHERWISE GO TO Q3A}

Q1A.  Record second mention
  1  Specify
  2  Nothing else

{IF Q1A=1 ASK Q1B; OTHERWISE GO TO FILTER BEFORE 2A}

Q1B.  Record third mention
  1  Specify
  2  Nothing else

{IF Q1B=1 ASK Q1C; OTHERWISE GO TO Q2A}

Q1C.  Record fourth mention
  1  Specify
  2  Nothing else

{IF Q1=1, ASK Q2A; OTHERWISE GO TO FILTER BEFORE Q2B}

Q2A.  What makes you say (RESTORE Q1 RESPONSE)? *(ASK OPEN END)*

5

Dr. Simonson's Study

[OPEN END]

---

(IF Q1A=1, ASK Q2B; OTHERWISE GO TO FILTER BEFORE Q2C)

Q2B. What makes you say (RESTORE Q1A RESPONSE)? *(ASK OPEN END)*

[OPEN END]

---

(IF Q1B=1 ASK Q2C; OTHERWISE GO TO FILTER BEFORE Q2D)

Q2C. What makes you say (RESTORE Q1B RESPONSE)? *(ASK OPEN END)*

[OPEN END]

---

(IF Q1C=1 ASK Q2D; OTHERWISE GO TO Q2E)

Q2D. What makes you say (RESTORE Q1C RESPONSE)? *(ASK OPEN END)*

[OPEN END]

---

Q2E. (IF RESP1=1 RESTORE "When you decided to buy the annuity," IF RESP1=2 RESTORE, "Suppose you were considering buying the annuity") described in these documents, what other features or advantages of this annuity, if any, (IF RESP1=1 RESTORE "were," IF RESP1=2, RESTORE "would be") important in your decision?

    1    Specify
    2    Nothing else

---

(IF Q2E=1 ASK Q2F; OTHERWISE GO TO FILTER BEFORE Q2G)

Q2F. Record second mention
    1    Specify
    2    Nothing else

---

(IF Q2F=1, ASK Q2G; OTHERWISE GO TO FILTER BEFORE Q2H)

6

Dr. Simonson's Study

Q2G. Record third mention
  1  Specify
  2  Nothing else

---

{IF Q2G=1, ASK Q2H; OTHERWISE GO TO FILTER BEFORE Q2I}

Q2H. Record fourth mention
  1  Specify
  2  Nothing else

---

{IF Q2E=1, ASK Q2I; OTHERWISE GO TO Q3A}

Q2I. What makes you say (RESTORE Q2E RESPONSE)?

[OPEN END]

---

{IF Q2F=1, ASK Q2J; OTHERWISE GO TO Q3A}

Q2J. What makes you say (RESTORE Q2F RESPONSE)?

[OPEN END]

---

{IF Q2G=1, ASK Q2K; OTHERWISE GO TO Q3A}

Q2K. What makes you say (RESTORE Q2G RESPONSE)?

[OPEN END]

---

{IF Q2H=1, ASK Q2L; OTHERWISE GO TO Q3A}

Q2L. What makes you say (RESTORE Q2H RESPONSE)?

[OPEN END]

7

Dr. Simonson's Study

Q3A. You may have already mentioned it, but what (IF RESP1=1 RESTORE "were," IF RESP1=2, RESTORE "are") the most important advantages of this annuity, compared to other annuities? *(ASK OPEN END)*

    1   Specify
    2   None
    DK
    REF

{IF Q3A=1 ASK Q3B; OTHERWISE GO TO FILTER BEFORE Q6A}

Q3B. Record second mention

    1   Specify
    2   Nothing else

{IF Q3B=1 ASK Q3C; OTHERWISE GO TO FILTER BEFORE Q4A}

Q3C. Record third mention

    1   Specify
    2   Nothing else

{IF Q3C=1 ASK Q3D; OTHERWISE GO TO FILTER BEFORE Q4A}

Q3D. Record fourth mention

    1   Specify
    2   Nothing else

{IF Q3A=1, ASK Q4A; OTHERWISE GO TO FILTER BEFORE Q4B}

Q4A. What makes you say (RESTORE Q3A RESPONSE)? *(ASK OPEN END)*

    [OPEN END]

{IF Q3B=1, ASK Q4B; OTHERWISE GO TO FILTER BEFORE Q4C}

Q4B. What makes you say (RESTORE Q3B RESPONSE)? *(ASK OPEN END)*

    [OPEN END]

8

Dr. Simonson's Study

---

{IF Q3C=1, ASK Q4C; OTHERWISE GO TO FILTER BEFORE Q4D}

Q4C. What makes you say (RESTORE Q3C RESPONSE)? *(ASK OPEN END)*

[OPEN END]

---

{IF Q3D=1, ASK Q4D; OTHERWISE GO TO Q5A}

Q4D. What makes you say (RESTORE Q3D RESPONSE)? *(ASK OPEN END)*

[OPEN END]

---

Q5A. (IF RESP1=1 RESTORE "Were," IF RESP1=2, RESTORE "Are") there other important advantages of this annuity, if any, compared to other annuities?   *(IF THEY HAVE ANY MORE RESPONSES, FOLLOW SAME INSTRUCTION AS BEFORE, IF NONE, RECORD NOTHING ELSE)*

   1   Specify
   2   Nothing else

---

{IF Q5A=1, ASK Q5B, OTHERWISE GO TO FILTER BEFORE Q5E}

Q5B. Record second mention

   1   Specify
   2   Nothing else

---

{IF Q5B=1, ASK Q5C; OTHERWISE GO TO FILTER BEFORE Q5E}

Q5C. Record third mention

   1   Specify
   2   Nothing else

---

{IF Q5C=1, ASK Q5D; OTHERWISE GO TO FILTER BEFORE Q5E}

Q5D. Record fourth mention

   1   Specify
   2   Nothing else

9

Dr. Simonson's Study

{IF Q5A=1, ASK Q5E; OTHERWISE GO TO Q6A}

Q5E. What makes you say (RESTORE Q5A RESPONSE)? *(ASK OPEN END)*

[OPEN END]

{IF Q5B=1, ASK Q5F; OTHERWISE GO TO Q6A}

Q5F. What makes you say (RESTORE Q5B RESPONSE)? *(ASK OPEN END)*

[OPEN END]

{IF Q5C=1, ASK Q5G; OTHERWISE GO TO Q6A}

Q5G. What makes you say (RESTORE Q5C RESPONSE)? *(ASK OPEN END)*

[OPEN END]

{IF Q5D=1, ASK Q5H; OTHERWISE GO TO Q6A}

Q5H. What makes you say (RESTORE Q5D RESPONSE)? *(ASK OPEN END)*

[OPEN END]

SCREEN DESIGN: ROTATE BLOCKS Q6A-Q7C AND Q8A-Q9B4

TECH NOTE: READ SLOWLY

Q6A. Now, let me ask you – suppose you bought the annuity described in these documents with $10,000. *(PAUSE)* Assume you kept all the money in the annuity for 12 months, and then you decided to take all your money in a single cash payment. *(PAUSE)* My question is, what is your best estimate of how much money, in total, you would receive 12 months after you bought the annuity described in these documents for $10,000? *(ASK OPEN END, RECORD EXACT WHOLE DOLLAR AMOUNT, READ SLOWLY)*

[RECORD NUMBER 0-1,000,000]
DK
REF

10

Dr. Simonson's Study

{IF Q6A=0-1,000,000, ASK Q6B; OTHERWISE GO TO FILTER BEFORE Q7A}

Q6B. How did you determine that number? *(ASK OPEN END)*

[OPEN END]

---

{IF Q6A=DK OR REF, ASK Q7A; OTHERWISE GO TO NEXT BLOCK}

TECH NOTE: READ SLOWLY

Q7A. Let's assume again that you bought the annuity described in these documents with $10,000 and you kept your money in the annuity for 12 months, and then you decided to take all your money in a single cash payment. *(PAUSE)* Would you receive less or more than the $10,000 you had paid 12 months earlier? *(ALTERNATE BETWEEN READING "MORE" CODE AND "LESS" CODE)*

 1 Less than the $10,000
 2 More than the $10,000
 3 Exactly $10,000 [VOL- DO NOT READ]
 DK
 REF

---

{IF Q7A=1, ASK Q7B1; OTHERWISE GO TO FILTER BEFORE Q7B3}

Q7B1. About what percentage less would you receive? *(ASK OPEN END, RECORD PERCENTAGE LESS)*

[RECORD NUMBER 0-100]
DK
REF

---

{IF Q7B1=0-100, ASK Q7B2; OTHERWISE GO TO FILTER BEFORE Q7B3}

Q7B2. How did you determine that percentage? *(ASK OPEN END, PROBE FOR SPECIFICS)*

---

{IF Q7A=2, ASK Q7B3; OTHERWISE GO TO FILTER BEFORE Q7C}

Q7B3. About what percentage more would you receive? *(ASK OPEN END, RECORD PERCENTAGE MORE)*

[RECORD NUMBER 0-999]
DK
REF

11

Dr. Simonson's Study

---

{IF Q7B3=0-999, ASK Q7C; OTHERWISE CONTINUE TO NEXT BLOCK}

Q7C. How did you determine that percentage? *(ASK OPEN END, PROBE FOR SPECIFICS)*

[OPEN END]

---

TECH NOTE: READ SLOWLY

Q8A. Suppose you put $10,000 in a savings account in a bank, and you kept your money in the savings account for 12 months. *(PAUSE)* My question is, what is your best estimate of how much money, in total, you would have in the bank savings account 12 months after you had put in the $10,000? *(ASK OPEN END, REPEAT IF NECESSARY, RECORD EXACT FIGURE)*

[RECORD NUMBER 0-1,000,000]
DK
REF

---

{IF Q8A=0-1,000,000, ASK Q8B; OTHERWISE GO TO FILTER BEFORE Q9A}

Q8B. How did you determine that number? *(ASK OPEN END)*

[OPEN END]

---

{IF Q8A=DK OR REF, ASK Q9A; OTHERWISE GO TO THANK}

Q9A. Let's assume again that you put $10,000 in a savings account in a bank, and you kept your money in the savings account for 12 months. *(PAUSE)* Would you have less or more than the $10,000 you had put into the bank savings account 12 months earlier? *(ALTERNATE BETWEEN READING "MORE" CODE AND "LESS" CODE)*

1  Less than the $10,000
2  More than the $10,000
3  Exactly $10,000 [VOL-DO NOT READ]
DK
REF

---

{IF Q9A=1, ASK Q9B1; OTHERWISE GO TO FILTER BEFORE Q9B3}

Q9B1. About what percentage less would you receive? *(ASK OPEN END, RECORD PERCENTAGE LESS)*

12

Dr. Simonson's Study

    [RECORD NUMBER 0-100]
    DK
    REF

---

{IF Q9B1=0-100, ASK Q9B2; OTHERWISE GO TO FILTER BEFORE Q9B3}

Q9B2. How did you determine that percentage? *(ASK OPEN END, PROBE FOR SPECIFICS)*

    [OPEN END]

---

{IF Q9A=2, ASK Q9B3; OTHERWISE GO TO THANK}

Q9B3. About what percentage more would you receive? *(ASK OPEN END, RECORD PERCENTAGE MORE)*

    [RECORD NUMBER 0-999]
    DK
    REF

---

{IF Q9B3=0-999, ASK Q9B4; OTHERWISE GO TO THANK}

Q9B4. How did you determine that percentage? *(ASK OPEN END, PROBE FOR SPECIFICS)*

    [OPEN END]

---

THANK. Thank you for participating in our survey. You may be contacted by another firm to confirm that this interview occurred. I'd like to verify the address to which we'll mail the $25 check.

---

PROG. NOTE: LOCATOR BACKPAGE

RFNAME.    [RECORD RESPONDENT'S FIRST NAME]

RLNAME.    [RECORD RESPONDENT'S LAST NAME]

---

May I have your street address so we can send the check to you?

ADD1.    [RECORD STREET ADDRESS]

13

Dr. Simonson's Study

*(DO NOT USE THIS LINE UNLESS ADDRESS WILL NOT FIT ON FIRST LINE)*

| | |
|---|---|
| ADD2. | [RECORD STREET ADDRESS] |
| CITY. | [RECORD CITY] |
| STATE. | [RECORD STATE] |
| ZIPCODE. | [RECORD ZIP CODE] |

Please let me verify I have the following information entered correctly

| | |
|---|---|
| VRFNAME. | [VERIFY RESPONDENT FIRST NAME] (RESTORE RFNAME) |
| VRLNAME. | [VERIFY RESPONDENT LAST NAME] (RESTORE RLNAME) |
| VCNAME. | [VERIFY COMPANY NAME] (RESTORE CNAME) |
| VADD1. | [VERIFY STREET ADDRESS FIRST LINE] (RESTORE ADD1) |
| VADD2. | [VERIFY STREET ADDRESS SECOND LINE] (RESTORE ADD2) |
| VCITY. | [VERIFY CITY] (RESTORE CITY) |
| VSTATE. | [VERIFY STATE] (RESTORE STATE) |
| VZIPCODE. | [VERIFY ZIP CODE] (RESTORE ZIPCODE) |
| VCBAC. | [VERIFY CALLBACK AREA CODE] (RESTORE CBAC) |
| VCBPRE. | [VERIFY CALLBACK PREFIX] (RESTORE CBPRE) |
| VCBSUF. | [VERIFY CALLBACK SUFFIX] (RESTORE CBSUF) |

Thank you. You will receive your $25 check in about two weeks.

14

Dr. Simonson's Study

15

Itamar Simonson Page 15