UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DONGGUK UNIVERSITY,               :   No. 3:08-CV-00441 (TLM)
                                  :
        Plaintiff,                :
                                  :
   v.                             :
                                  :
YALE UNIVERSITY,                  :
                                  :
        Defendant.                :   JANUARY 23, 2012
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## JOINT STATUS FILING

Pursuant to the January 18, 2012 Jury Trial Procedure Order, Plaintiff Dongguk University and Defendant Yale University hereby confirm that there are no pending motions other than Defendant's Motion for Summary Judgment [Rec. Doc. 249] and Defendant's Motions in Limine [Rec. Docs. 288 and 291].

| PLAINTIFF DONGGUK UNIVERSITY | DEFENDANT YALE UNIVERSITY |
|---|---|
| By:     /s/ Audrey Lu<br>Robert A. Weiner<br>Audrey Lu<br>McDermott Will & Emery<br>340 Madison Avenue<br>New York NY 10173<br>(212) 547-5400 (phone)<br>(212) 547-5444 (fax)<br>rweiner@mwe.com<br>aulu@mwe.com<br><br>Its attorneys | By:     /s/ Howard Fetner<br>Felix J. Springer (#ct05700)<br>Howard Fetner (#ct26870)<br>Day Pitney LLP<br>242 Trumbull Street<br>Hartford, CT 06103<br>(860) 275-0100 (phone)<br>(860) 275-0343 (fax)<br>fjspringer@daypitney.com<br>hfetner@daypitney.com<br><br>Its attorneys |

## **CERTIFICATION**

      I hereby certify that on January 23, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  /s/ Howard Fetner