UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------X
Dongguk University,

                            Plaintiff,

   -against-                         **ORDER**
                                                 Case No. 08-cv-0441 (TLM)

Yale University,

                            Defendant
-------------------------------------------------------------X

       Based on the Court's March 26, 2012 Ruling on defendant Yale University's Motion for Reconsideration [Rec. Doc. 339], it is

       **ORDERED** that on or before Tuesday, April 17, 2012 the attorneys for the parties are to resubmit (1) joint proposed jury instructions and (2) joint proposed jury interrogatories consistent with the Court's Ruling and in compliance with Section II of the Court's January 18, 2012 Jury Trial Procedure Order [Rec. Doc. 318].

       **SO ORDERED.**

                                                        Tucker L. Melançon
                                                        United States District Judge

March 27, 2012
Bridgeport, CT