UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------X
Dongguk University,

                              Plaintiff,

   -against-                               **SCHEDULING ORDER**
                                              Case No. 08-cv-0441 (TLM)

Yale University,

                              Defendant
-------------------------------------------------------------X

     After the Court has had the opportunity to review the parties' memoranda of law required to be filed this date, if any there be, by the order that issued herein on April 2, 2012 [Rec. Doc. 343], a telephone status conference will be conducted on Thursday, April 19, 2012 at 2:00 p.m. EDT. Actual trial counsel are required to attend the teleconference. Plaintiff's counsel is to initiate the call at the undersigned's Brooklyn Chambers: (718) 613-2226.

    **SO ORDERED.**

                                                                   /s/ Tucker L. Melançon
                                                              Tucker L. Melançon
                                                            United States District Judge

April 17, 2012
Bridgeport, CT