UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------X
Dongguk University,

                              Plaintiff,        **ORDER**
    -against-                              Case No. 08-cv-0441 (TLM)

Yale University,

                              Defendant
---------------------------------------------------------------X

      For the reasons discussed with the attorneys during the April 19, 2012 teleconference [Rec. Doc. 355], the April 25-26, 2012 hearing is canceled and the June 4, 2012 trial is upset without date. All deadlines set by the Court's order of January 18, 2012 [Rec. Doc. 318] are suspended until further notice.

**SO ORDERED.**

                                                              Tucker L. Melançon
                                                              United States District Judge

April 19, 2012
Bridgeport, CT