UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------X
Dongguk University,

                                Plaintiff,        **JUDGMENT**
      -against-                              Case No. 08-cv-0441 (TLM)

Yale University,

                              Defendant
-------------------------------------------------------------X

      For written reasons assigned in the Court's June 8, 2012 Ruling [Rec. Doc. 358] on defendant Yale University's Motion for Reconsideration [Rec. Doc. 329], it is

      **ORDERED** that judgment be and is hereby entered in favor of defendant Yale University and against plaintiff Dongguk University dismissing all of plaintiff's remaining claims with prejudice.

      **IT IS FURTHER ORDERED** that plaintiff Dongguk University be cast with the costs of this proceeding, pursuant to Fed. R. Civ. P. 54(d).

      **SO ORDERED**.

                                                                             Tucker L. Melançon
                                                           United States District Judge

June 8, 2012
Bridgeport, CT