UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONGGUK UNIVERSITY,<br><br>           Plaintiff,<br><br>– against –<br><br>YALE UNIVERSITY,<br><br>           Defendant. | Civil Action No.<br>08-cv-0441 (TLM)<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Dongguk University ("Dongguk"), Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Second Circuit from (i) the Ruling on Summary Judgment, dated February 10, 2012, attached hereto as Exhibit A, which granted in part Yale University's ("Yale") Motion for Summary Judgment; and (ii) the Ruling and Judgment, each dated June 8, 2012, attached hereto as Exhibits B-C, which granted Yale's Motion for Reconsideration and entered judgment in favor of Yale dismissing the remainder of Dongguk's claims.

Dated: July 5, 2012

Of Counsel:
Ira Grudberg
Law Offices of Ira B. Grudberg
350 Orange Street
New Haven, Connecticut 06511
(203) 951-3720

McDERMOTT WILL & EMERY LLP

By: _[signature]_

Robert A. Weiner
Andrew B. Kratenstein
340 Madison Avenue
New York, New York 10173-1922
(212) 547-5400

*Attorneys for Plaintiff Dongguk University*