UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand and thirteen.

Before: JULIO M. FUENTES,
     D. BROOKS SMITH,
     D. MICHAEL FISHER,
         *Circuit Judges*.*

_____

Dongguk University,

    Plaintiff - Appellant,

.    v.

Yale University,

    Defendant Appellee.

_____

**JUDGMENT**
Docket No. 12-2698

The appeal in the above captioned case from a judgment of the United States District Court for the District of Connecticut was argued on the district court's record and the parties' briefs.  Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

---

*    The Honorable Julio M. Fuentes, The Honorable D. Brooks Smith, and The Honorable D. Michael Fisher, of the United States Court of Appeals for the Third Circuit sitting by designation.

**MANDATE**

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/11/2013