UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


DONGGUK UNIVERSITY

    v.                                              Civil No. 3:08cv441 (TLM)

YALE UNIVERSITY


ORDER ON DEFENDANT'S' BILL OF COSTS

The taxing of costs in this case follows. If the full amount is not awarded, an explanation is provided below.

| ITEM CLAIMED | AMOUNT CLAIMED | AMOUNT ALLOWED |
|---|---|---|
| **Deposition Fees:** | | |
| 1. Edward Barnaby | | |
|     Transcript | $ 522.05 | $ 522.05 |
|     Video Recording | $ 42.40 | $ 0 |
| 2. Peter Brano | | |
|     Transcript | $ 302.10 | $ 302.10 |
|     Video Recording | $ 21.20 | $ 0 |
| 3. Jon Butler | | |
|     Transcript | $ 426.65 | $ 426.65 |
|     Video Recording | $ 42.40 | $ 0 |
| 4. Susan Carney | | |
|     Transcript | $ 633.35 | $ 633.35 |
| 5. Euiyon Cho | | |
|     7/26/10: Transcript | $ 773.59 | $ 773.59 |
|         Court Reporter Attendance Fee | $ 132.50 | $ 132.50 |
|         Vdeio Recording | $ 1,144.80 | $ 0 |
|     7/27/10: Transcript | $ 751.86 | $ 751.86 |
|         Court Reporter Attendance Fee | $ 201.40 | $ 201.40 |
|         Video Recording | $ 1,144.80 | $ 0 |
|     7/28/10: Transcript | $ 851.82 | $ 851.82 |
|         Court Reporter Attendance Fee | $ 201.40 | $ 201.40 |
|         Video Recording | $ 1,181.90 | $ 0 |
|     7/29/10: Transcript | $ 743.17 | $ 743.17 |
|         Court Reporter Attendance Fee | $ 201.40 | $ 201.40 |
|         Video Recording | $ 1,216.35 | $ 0 |
|     1/18/11: Transcript | $ 682.32 | $ 682.32 |

|  |  |  |  |  |
|---|---:|---|---:|---|
| Court Reporter Attendance Fee | $ | 201.40 | $ | 201.40 |
| Video Recording | $ | 1,367.40 | $ | 0 |
| Mileage and Parking | $ | 24.20 | $ | 0 |

6. Susan Emerson

|  |  |  |  |  |
|---|---:|---|---:|---|
| Transcript | $ | 325.95 | $ | 325.95 |
| Video Recording | $ | 32.40 | $ | 0 |

7. Alicia Grendziszewski

|  |  |  |  |  |
|---|---:|---|---:|---|
| Transcript | $ | 217.30 | $ | 217.30 |
| Video Recording | $ | 21.20 | $ | 0 |

8. Jin-Soo Han

|  |  |  |  |  |
|---|---:|---|---:|---|
| 7/30/10: Transcript | $ | 556.29 | $ | 556.29 |
| Court Reporter Attendance Fee | $ | 100.70 | $ | 100.70 |
| Video Recording | $ | 1,001.70 | $ | 0 |
| 8/2/10: Transcript | $ | 512.83 | $ | 512.83 |
| Court Reporter Attendance Fee | $ | 132.50 | $ | 132.50 |
| Video Recording | $ | 1,216.35 | $ | 0 |
| 8/3/10: Transcript | $ | 586.71 | $ | 586.71 |
| Court Reporter Attendance Fee | $ | 201.40 | $ | 201.40 |
| Video Recording | $ | 1,144.80 | $ | 0 |
| 8/4/10: Transcript | $ | 608.44 | $ | 608.44 |
| Court Reporter Attendance Fee | $ | 100.70 | $ | 100.70 |
| Video Recording | $ | 1,144.80 | $ | 0 |

9. Jacob Jacoby

|  |  |  |  |  |
|---|---:|---|---:|---|
| 5/7/11: Transcript | $ | 2,148.30 | $ | 1,123.85 |
| Court Reporter Attendance Fee | $ | 114.00 | $ | 114.00 |
| Video Recording | $ | 1,262.50 | $ | 0 |
| Travel | $ | 60.00 | $ | 0 |
| 5/19/11: Transcript | $ | 909.85 | $ | 627.90 |
| Court Reporter Attendance Fee | $ | 57.00 | $ | 57.00 |
| Video Recording | $ | 610.00 | $ | 0 |
| Travel | $ | 60.00 | $ | 0 |

10. Byoung Geon Jeon

|  |  |  |  |  |
|---|---:|---|---:|---|
| 8/9/10: Transcript | $ | 460.68 | $ | 460.68 |
| Video Recording | $ | 1,144.80 | $ | 0 |
| 8/11/10: Transcript | $ | 447.64 | $ | 447.64 |
| Court Reporter Attendance Fee | $ | 100.70 | $ | 100.70 |
| Video Recording | $ | 1,160.70 | $ | 0 |
| Mileage & parking 7/26-8/11 | $ | 222.00 | $ | 0 |

11. Bong Hyun Kim

|  |  |  |  |  |
|---|---:|---|---:|---|
| 2/9/11: Transcript | $ | 451.98 | $ | 451.98 |
| Court Reporter Attendance Fee | $ | 201.40 | $ | 201.40 |
| Video Recording | $ | 1,367.40 | $ | 0 |
| 2/10/11: Transcript | $ | 465.02 | $ | 465.02 |
| Court Reporter Attendance Fee | $ | 201.40 | $ | 201.40 |
| Video Recording | $ | 1,224.30 | $ | 0 |

| | | |
|---|---:|---:|
| Mileage | $ 20.40 | $ 0 |
| 12. Byoung Ho Kim | | |
| 8/5/10:Transcript | $ 421.56 | $ 421.56 |
| Court Reporter Attendance Fee | $ 100.70 | $ 100.70 |
| Video Recording | $ 1,144.80 | $ 0 |
| 8/6/10: Transcript | $ 356.37 | $ 356.37 |
| Court Reporter Attendance Fee | $ 100.70 | $ 100.70 |
| Video Recording | $ 1,038.80 | $ 0 |
| 13. Elaine Kim | | |
| Transcirpt | $ 1,440.45 | $ 1,324.05 |
| CD | $ 39.00 | $ 0 |
| Exhibits | $ 79.95 | $ 79.95 |
| Video Recording | $ 1,589.50 | $ 0 |
| Parking | $ 35.00 | $ 0 |
| 14. Helaine Klasky | | |
| Transcript | $ 559.15 | $ 559.15 |
| Video Recording | $ 42.40 | $ 0 |
| 15. Sang Il Lee | | |
| Transcript | $ 789.49 | $ 789.49 |
| Court Reporter Attendance Fee | $ 132.50 | $ 132.50 |
| Video Recording | $ 1,224.30 | $ 0 |
| Mileage | $ 10.00 | $ 0 |
| 16. Sun-In Lee | | |
| 10/27/10: Transcript | $ 420.08 | $ 420.08 |
| Court Reporter Attendance Fee | $ 100.70 | $ 100.70 |
| Video Recording | $ 1,224.30 | $ 0 |
| 10/28/10: Transcript | $ 467.88 | $ 467.88 |
| Court Reporter Attendance Fee | $ 100.70 | $ 100.70 |
| Video Recording | $ 1,152.75 | $ 0 |
| Mileage | $ 20.00 | $ 0 |
| 17. Richard Levin | | |
| Transcript | $ 537.95 | $ 537.95 |
| Video Recording | $ 42.40 | $ 0 |
| 18. Michael Madera | | |
| Transcript | $ 113.95 | $ 113.95 |
| Video Recording | $ 21.20 | $ 0 |
| 19. Thomas Mullen | | |
| Transcript | $ 206.70 | $ 206.70 |
| Video Recording | $ 21.20 | $ 0 |
| 20. Youngkyo Oh | | |
| 9/15/10: Transcript | $ 334.64 | $ 334.64 |
| Court Reporter Attendance Fee | $ 100.70 | $ 100.70 |
| Video Recording | $ 1,136,85 | $ 0 |
| 9/16/10: Transcript | $ 625.82 | $ 625.82 |
| Court Reporter Attendance Fee | $ 100.70 | $ 100.70 |

|  |  |  |
|---|---:|---:|
| Video Recording | $ 1,311.75 | $ 0 |
| Mileage | $ 54.00 | $ 0 |
| 21. Gila Reinstein | | |
| 2/4/10: Transcript | $ 508.80 | $ 508.80 |
| 4/26/11: Transcript | $ 111.30 | $ 111.30 |
| Video Recording | $ 21.20 | $ 0 |
| 22. Harold Rose | | |
| Transcript | $ 325.95 | $ 325.95 |
| Video Recording | $ 42.40 | $ 0 |
| 23. Pamela Schirmeister | | |
| 1/28/10: Transcript | $ 739.35 | $ 739.35 |
| 4/26/11: Transcript | $ 116.60 | $ 116.60 |
| Video Recording | $ 21.20 | $ 0 |
| 24. Itamar Simonson | | |
| Transcript | $ 4,019.50 | $ 1,801.80 |
| Video Recording | $ 328.00 | $ 0 |
| **Total Deposition Fees:** | $ 56,847.84 | $ 24,797.49 |

**Interpreters' Fees:**

|  |  |  |
|---|---:|---:|
| 25. for witness Euiyon Cho | | |
| 7/26/10 | $ 1,400.00 | $ 1,400.00 |
| 7/27/10 | $ 1,400.00 | $ 1,400.00 |
| 7/28/10 | $ 1,400.00 | $ 1,400.00 |
| 7/29/10 | $ 1,400.00 | $ 1,400.00 |
| 1/18/11 | $ 1,400.00 | $ 1,400.00 |
| 1/19/11 | $ 1,400.00 | $ 1,400.00 |
| 26. for witness Jin-Soo Han | | |
| 7/30/10 | $ 1,400.00 | $ 1,400.00 |
| 8/2/10 | $ 1,400.00 | $ 1,400.00 |
| 8/3/10 | $ 1,400.00 | $ 1,400.00 |
| 8/4/10 | $ 1,400.00 | $ 1,400.00 |
| 27. for witness Byoung Geon Jeon | | |
| 8/9/10 | $ 1,400.00 | $ 1,400.00 |
| 8/11/10 | $ 1,400.00 | $ 1,400.00 |
| 28. for witness Bong Hyun Kim | | |
| 2/9/11 | $ 1,400.00 | $ 1,400.00 |
| 2/10/11 | $ 1,400.00 | $ 1,400.00 |
| 29, for witness Byoung Ho Kim | | |
| 8/5/10 | $ 1,400.00 | $ 1,400.00 |
| 8/6/10 | $ 1,400.00 | $ 1,400.00 |
| 30. for witness Sang Il Lee | $ 1,400.00 | $ 1,400.00 |
| 31. for witness Sun-In Lee | | |
| 10/27/10 | $ 1,400.00 | $ 1,400.00 |
| 10/28/10 | $ 1,400.00 | $ 1,400.00 |
| 32. for witness Youngkyo Oh | | |

|  |  |  |
|---|---:|---:|
| 9/15/10 | $ 1,400.00 | $ 1,400.00 |
| 9/16/10 | $ 1,400.00 | $ 1,400.00 |
| overtime 9/16/10 | $ 350.00 | $ 350.00 |
| Travel 9/15-9/16 | $ 97.00 | $ 97.00 |
| Total Interpreters' Fees | $ 30,257.00 | $ 30,257.00 |

**Witness Fees**:
| | | |
|---|---:|---:|
| 33. Itamar Siminson-deposition | $ 40.00 | $ 0 |

**Fees for Copies:**
| | | |
|---|---:|---:|
| 34. May 2008 (motion, memorandum & exhibits) | $ 60.20 | $ 0 |
| 35. June 2008 (motion to dismiss, memorandum & exhibits) | $ 45.10 | $ 0 |
| 36. June 2010 (deposition exhibits) | $ 219.90 | $ 0 |
| 37. July 2010 (deposition exhibits) | $ 1,134.80 | $ 0 |
| 38. August 2010 (deposition exhibits) | $ 571.00 | $ 0 |
| 39. September 2010 (deposition exhibits) | $ 266.70 | $ 0 |
| 40. October 2010 (deposition exhibits) | $ 295.20 | $ 0 |
| 41. January 2011 (deposition exhibits) | $ 177.30 | $ 0 |
| 42. February 2011 (deposition exhibits) | $ 494.90 | $ 0 |
| 43. April 2011 (deposition exhibits) | $ 293.20 | $ 0 |
| 44. May 2011 (deposition exhibits) | $ 134.30 | $ 0 |
| 45. July 2011 (summary judgment, memorandum & exhibits) | $ 1,442.40 | $ 137.90 |
| 46. August 2011 (summary judgment memorandum & exhibits) | $ 85.10 | $ 0 |
| 47. September 2011 (reply memorandum & other motions) | | |
|    photocopies | $ 631.10 | $ 2.70 |
|    impressions | $ 410.20 | $ 0 |
| 48. March 2012 (proposed jury instructions, jury interrogatories & trial exhibits) | $ 597.60 | $ 0 |
| 49. April 2012 (memorandum & proposed trial exhibits | $ 504.40 | $ 0 |
| Total Fees for Copies | $ 7,306.40 | $ 140.60 |

**Fees for Transcripts of Pre-trial Proceedings:**
| | | |
|---|---:|---:|
| 50. Oral Argument 1/30/09 | $ 301.78 | $ 301.78 |
| 51. Phone Conference 2/4/09 | $ 108.33 | $ 108.33 |
| 52. Phone Conference 2/23/09 | $ 88.99 | $ 88.99 |
| 53. Phone Conference 3/30/09 | $ 158.63 | $ 158.63 |
| 54. Oral Argument 2/16/11 | $ 127.68 | $ 127.68 |
| 55. Oral Argument 12/20/11 | $ 395.94 | $ 395.94 |
| Total Fees for Transcripts | $ 1,181.35 | $ 1,181.35 |

**Translation Fees:**

| | | |
|---|---|---|
| 56. Yale's proposed request | $     296.50 | $     296.50 |
| 57. April 28, 2011 request | $     249.24 | $     249.24 |
| 58. April 28, 2011 certification | $       17.50 | $       17.50 |
| 59. December 5, 2011 request | $     564.36 | $     564.36 |
| 60. Exhibit G | $ 14,282.22 | $ 14,282.22 |
| 61. Summary Judgment exhibits | $ 38,729.43 | $ 38,729.43 |
| 62. Proposed trial exhibits | $ 82.693.85 | $ 82,693.85 |
| 63. Request for International Judicial Assistance | $   1,127.60 | $   1,127.60 |
| Total Translation Fees | $136,833.10 | $136,833.10 |

**Fees for Demonstrative Aids:**

| | | |
|---|---|---|
| 64. Empirical Creative | $ 66,947.82 | $ 66,947.82 |
| 65. Justine Cho | $ 36,921.52 | $ 36,921.52 |
| Total Fees for Demonstrative Aids | $103,869.34 | $103,869.34 |
| **Total Costs Awarded:** | $336,335.05 | $297,078.88 |

**Items 1-3, 5-24:** The statute allows fees for printed or electronically recorded transcripts, not video recordings.  28 U.S.C. § 1920(2).  See Christie v. General Elec. Capital Servs., Inc., No. 05-cv-379(TLM), 2010 WL 3081500 (D. Conn. Aug. 5, 2010) (explaining that neither the federal statute nor local court rules allow recovery of video recordings).

**Items 5, 10, 11, 15, 16, 20:** Item 10 includes $222.00 for mileage and parking incurred during the period 7/26 - 8/11.  The attached invoices indicates that this charge was incurred by the videographer for several depositions.  Doc. #386-6 at 37.  The $54.00 charge in Item 20 also was incurred by the videographer, as was the $10.00 charge in Item 15, the $20.00 charge in Item 16 and the $20.40 charges in Items 11 and 5.  Doc. #386-6 at 40, 42,45, 46, 47.   As video recordings are not recoverable, these costs are not allowed.  In addition, D. Conn. L. Civ. R. 54(c)2(ii) allows mileage fees for non-party deponents.  It does not reference fees for court reporters or, by analogy, videographers.

**Item 9:** The transcript charge has been reduced to $4.55 per page, the maximum allowable rate for an original and one copy of a transcript.  Guide to Judiciary Policy, Vol. 6, Chap. 5, § 530.10.  As the cost of the video recording has not been allowed, the travel charge for the videographer also is not allowed.

**Items 11:** These items also include charges for mileage without any information to enable the court to determine whether the costs are allowable.

**Item 13:** The transcript charge has been reduced to $4.55 per page.  The statute allows fees for printed **or** electronically recorded transcripts, not both.  The CD charge is not

6

allowed. As the cost of the video recording has not been allowed, the parking charge for the videographer also is not allowed.

**Item 24:** The invoice reflects a charge of $4,019.50 for a 396 page deposition transcript. This amount has been reduced to the maximum allowable charge of $4.55 per page for an original and one copy of the deposition transcript. Although the invoice indicated that there were 1,127 pages of exhibits, no charge is included on the invoice for copying exhibits. Thus, no additional amount is allowed.

**Item 33:** The defendants state that Dongguk noticed the deposition of Mr. Simonson. Thus, Dongguk would have incurred any witness fee.

**Items 34-49:** Costs of pleadings are not allowed as costs. D. Conn. L. Civ. R. 54(c)3(iii). The cost of one copy of exhibits appended to a successful motion for summary judgment are allowed. D. Conn. L. Civ. R. 54(c)3(i) & (iii). The docket indicates that 1,379 pages of exhibits were attached to the defendant's motion for summary judgment and 27 pages of exhibits to the reply memorandum. The cost of these copies, $.10 per page, is allowed in Items 45 and 47.

The defendant references deposition exhibits as some of the documents copies in Items 36-44, but does not indicate how many of pages were the deposition exhibits.

Although the defendant claims that the cost of copies provided in discovery is taxable, the only case cited from this circuit considers the cost of transcripts of depositions not read at trial, transcripts of pretrial proceedings and the cost of producing exhibits used at trial. The case does not reference discovery materials. See In re Air Crash Disaster at John F. Kennedy Int'l Airport on June 24, 1975, 687 F.2d 626, 631-32 (2d Cir. 1982). Absent a holding from the Second Circuit, this cost is denied. Further, even if the court were to allow the costs of exhibits produced to comply with discovery requests, the defendant proves no information regarding how many documents in each entry were attributable to discovery requests as opposed to copies of motions or other papers.

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge on or before October 29, 2013.

Dated at Bridgeport, Connecticut, this 15th day of October 2013.

ROBIN D. TABORA, CLERK

BY:   /s/ Donna P. Thomas
       Deputy Clerk